# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Christopher M. Chambers<br>219 Clove Road<br>Salisbury Mills, NY  12577 | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Civil Docket<br>No:_____ |
| The Honorable Francis J. Harvey<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C.  20310-0101, | ) ) ) ) ) | (          ) |
| Defendant. | ) ) ) | |
| Also Serve:<br>The United States Attorney<br>For the District of Columbia<br>555 Fourth Street, NW<br>Washington, D.C.  20530 | ) ) ) ) ) ) | |
| The Attorney General of<br>The United States<br>10th & Constitution Ave., N.W.<br>Washington, D.C.  20530 | ) ) ) ) | |

---

## COMPLAINT

This is a complaint for declaratory judgment seeking to declare the decision of the Army Board for Correction of Military Records denying relief to Plaintiff to have been in error.

<u>JURISDICTION</u>

1.  Jurisdiction in this matter is conveyed by 28 U.S.C. § 1331 and by the

    Administrative Procedure Act 5 U.S.C. § 702 <u>et</u> <u>seq</u>.

<u>VENUE</u>

2.  Venue is proper as the Defendant is found in this District.

<u>PARTIES</u>

3.  Plaintiff, Christopher M. Chambers, is a retired United States Army Major who

    continues to be employed by the Department of Defense.

4.  Defendant, The Honorable Francis J. Harvey, in his official capacity, is the

    Secretary of the Army.

<u>FACTS</u>

5.  On June 23, 2000 Plaintiff petitioned the U.S. Army, Officer Special Review Board

    (OSRB) to have his Officer Efficiency Report (OER) for the period May 7, 1996,

    through May 7, 1997, to be included in his record and to send the revised record to a

    Fiscal Year (FY) 1999 Lieutenant Colonel (LTC) Special Selection Board (SSB).

6.  Plaintiff was nonselected by the actual FY 99 LTC board and the theory was that

    the absence of the OER was the cause of the nonselection.

7.  Plaintiff then filed for relief with the Army Board for Correction of Military

    Records (ABCMR) seeking an SSB on the same grounds.

8.  On April 12, 2002, the ABCMR granted relief and ordered an SSB.

9.   Without providing a rationale the SSB denied Plaintiff promotion to LTC on January 10, 2003.

10.  On November 13, 2003, Applicant again filed with the ABCMR requesting an SSB for the FY 00 LTC, Army Competitive Category Promotion Selection Board.

11.  In the November 2003 ABCMR filing Plaintiff asserted that the U.S. Army Personnel Command had failed to redesignate him as a Functional Area 49. Plaintiff had requested such a designation change after his first nonselection to LTC in FY 99 and the change had been granted by PERSCOM on December 20, 1999.

12.  The 49 designation was not added to Plaintiff's official records. Accordingly, subsequent to December 1999 Plaintiff was competing with officers in Plaintiff's prior specialty which was an operational assignment. There was no prospect that he would be promoted.

13.  On October 8, 2004, the ABCMR denied the granting of an SSB.

14.  On April 11, 2005, Plaintiff for a third time filed with the ABCMR. In this filing Plaintiff sought a new SSB to replace the SSB that had denied him relief on January 10, 2003. The basis for this request was that case law generated within this district required the SSB to provide a rationale for the denial of promotion.

15.  On March 15, 2006, the ABCMR denied relief.


## CLAIM FOR RELIEF

16.  Defendant's failure to grant Plaintiff a second SSB for the FY 1999, LTC selection board was arbitrary and capricious, an abuse of discretion and contrary to law as

Plaintiff was not provided a rationale for nonselection by the first SSB which denied selection on January 10, 1993.

17.    Further, Defendant's failure to properly annotate Plaintiff's record so prejudiced Plaintiff that an SSB for any promotion boards subsequent to December 23, 1999, was required.  The failure by Defendant to provide such SSBs was arbitrary and capricious, an abuse of discretion and contrary to law.

RELIEF REQUESTED

18.    WHEREFORE, Plaintiff respectfully requests that:

This Honorable Court order the Defendant to provide Plaintiff with an SSB for the FY 99, LTC selection board, and order the Defendant to provide Plaintiff with an SSB for all LTC selection boards after December 23, 1999, and until Plaintiff's retirement in 2003 with Plaintiff's records being corrected to show functional Area 49 as Plaintiff's specialty.

Respectfully submitted,

Gary R. Myers
Counsel for Plaintiff
DC Bar # 157115
78 Clark Mill Road
Weare, NH  03281
Ph:  800-355-1095
Ph:  603-529-3455
Fax: 603-529-3009

07 cv 440
RCL
C

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

## I. (a) PLAINTIFFS

Christopher M. Chambers

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~99999~~
(EXCEPT IN U.S. PLAINTIFF CASES)    88888

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gary Myers & Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

## DEFENDANTS

The Honorable Francis J. Harvey
Secretary of the Army

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

CASE NUMBER  1:07CV00440

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Revie

DATE STAMP: 03/05/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZ
FOR PLAIN.

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust

- ☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ◉ C. Administrative Agency Review

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ **1** Original Proceeding    ○ **2** Removed from State Court    ○ **3** Remanded from Appellate Court    ○ **4** Reinstated or Reopened    ○ **5** Transferred from another district (specify)    ○ **6** Multi district Litigation    ○ **7** Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ [ 0 ]    Check YES only if demanded in complaint    JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 3/2/07    SIGNATURE OF ATTORNEY OF RECORD _Cen_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.