IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER M. CHAMBERS<br>219 Clove Road<br>Salisbury Mills, NY 12577<br><br>        Plaintiff,<br><br>v.<br><br>THE HONORABLE<br>FRANCIS J. HARVEY<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>        Defendant.<br><br>Also Serve:<br>The United States Attorney<br>For the District of Columbia<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br><br>The Attorney General of<br>The United States<br>10th & Constitution Ave., N.W.<br>Washington, D.C. 20530 | Civil Action No. 07-0440 (RCL) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Steven M Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                                    Respectfully submitted,
                                                   _____/s/_____
                                                   STEVEN M. RANIERI
                                                 Special Assistant United States Attorney
                                                 Civil Division
                                                 555 Fourth St., N.W.
                                                 Washington, D.C. 20530
                                                 202-353-9895  / FAX 202-514-8780