AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher M. Chambers
219 Clove Road
Salisbury Mills, NY 12577

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

CASE NUMBER: **1:07-cv-00440**

TO: (Name and address of Defendant)

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary R. Myers
78 Clark Mill Road
Weare, NH 03281
800-355-1095

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 25, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lee A. Currier | Office Manager, Gary Myers, James Culp & Associates |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified Mail - Return Receipt_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 19, 2007            _[signature]_
              Date                      Signature of Server

78 Clark Mill Road
Weare, NH  03281
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    The Hon. Francis J. Harvey
    Secretary of the Army
    101 Pentagon (Army)
    Washington DC 20310-0101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                      25 May 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from s    7002 3150 0001 5413 3991

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary R. Myers
78 Clark Mill Road
Weare, NH 03281

R007