IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER M. CHAMBERS<br>219 Clove Road<br>Salisbury Mills, NY 12577 | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0440 (RCL) |
| THE HONORABLE<br>FRANCIS J. HARVEY<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101 | ) ) ) ) ) ) | |
| **Defendant.** | ) ) ) ) | |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff brings this action for review on an administrative record under the

Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board

For Correction of Military Records.  The parties have conferred and believe that the Court can

decide the merits of this case based on cross-motions for summary judgment.  The parties

propose the following briefing schedule:

1.  Defendant's Motion for Summary Judgment and submission of Administrative Record

due by July 27, 2007;

2.  Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's

Motion for Summary Judgment due by August 24, 2007;

3.  Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply

to Plaintiff's Opposition due by September 7, 2007;

4.  Plaintiff's Reply to Defendant's Opposition due September 21, 2007; and

5.  Defendant's obligation to file an answer should be stayed until resolution of the

parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895


2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CHRISTOPHER M. CHAMBERS**<br>**219 Clove Road**<br>**Salisbury Mills, NY 12577** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 07-0440 (RCL)** |
| **THE HONORABLE**<br>**FRANCIS J. HARVEY**<br>**Secretary of the Army**<br>**101 Army Pentagon**<br>**Washington, D.C. 20310-0101** | ) ) ) ) ) ) | |
| **Defendant.** | ) ) ) ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the

entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it

is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of

Administrative Record is due by July 27, 2007;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to

Defendant's Motion for Summary Judgment is due by August 24, 2007;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment

and Reply to Plaintiff's Opposition is due by September 7, 2007;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due September 21, 2007;

and

//

//

ORDERED that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.


Dated this _____ day of _____, 2007.


_____
Royce C. Lamberth
United States District Judge

Copies to:
Counsel for Parties via ECF