UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER M. CHAMBERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-440 |
| | ) |
| **FRANCIS J. HARVEY, Secretary of the Army,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the parties' Joint Motion [9] to Establish a Briefing Schedule, and the entire record herein, it is hereby

ORDERED, that the Joint Motion to Establish Briefing Schedule is GRANTED, and it is further

ORDERED, that Defendant's Motion for Summary Judgment and Submission of Administrative Record is due by July 27, 2007; and it is further

ORDERED, that plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by August 24, 2007; and it is further

ORDERED, that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by September 7, 2007; and it is further

ORDERED, that Plaintiff's Reply to Defendant's Opposition is due by September 21, 2007; and it is further

ORDERED, that Defendant's Answer is stayed until resolution of the parties' cross-motions for summary judgment.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 19, 2007.