# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER M. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-00440 (RCL) |
| | ) | |
| THE HONORABLE PETE GEREN[1] | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves for summary judgment on Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56 because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.  In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities, statement of material facts not in genuine dispute, proposed order, and an administrative record.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant United States Attorney

---

[1]On July 16, 2007, the Honorable Pete Geren became the Secretary of the Army and is substituted for Francis J. Harvey pursuant to Fed. R. Civ. P. 25(d)(1).

Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Of Counsel:
MAJOR JOSHUA M. TOMAN
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER M. CHAMBERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No. 1:07-cv-00440 (RCL)** |
| | ) |
| **THE HONORABLE PETE GEREN** | ) |
| **Secretary of the Army,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant files this Memorandum in support of Defendant's Motion for Summary Judgment. Defendant is entitled to judgment as a matter of law on Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 56, because there is no genuine issue as to any material fact and the Army Board for Correction of Miliary Records[1] ("ABCMR") decisions are not an abuse of discretion, arbitrary or capricious, or contrary to law and regulation. Defendant's statement of material facts not in genuine dispute and the Administrative Record ("AR") support this memorandum.

## I. INTRODUCTION

Plaintiff, a retired officer of the United States Army, brings suit under the Federal Question Statute, 28 U.S.C. § 1331, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, et. seq. (Compl. ¶ 1.) Plaintiff was considered but not selected for promotion to the rank of lieutenant colonel ("LTC") by the Army Competitive Category Promotion Selection Board for

---

[1] The Army Board for Correction of Military Records is composed of civilians appointed by the Secretary of the Army, and has statutory authority to "correct any [Army] record" in order to "correct an error or remove an injustice." 10 U.S.C. § 1552(a).

the fiscal year 1999 ("FY99").  (AR 116.)  An officer evaluation report ("OER") was missing from Plaintiff's promotion file during the FY99 LTC board, but it was added to his promotion files prior to the LTC Army Competitive Category Promotion Selection Board for the 2000 fiscal year ("FY00").  (AR 135.)  Plaintiff was considered but not selected for promotion by the FY00 LTC board.  Id. After this second non-selection, and pursuant to a decision by the ABCMR, the same OER was added to Plaintiff's official promotion file as it existed during the FY99 LTC board; and then a Special Selection Board[2] ("SSB") was convened to reconsider him under the criteria in effect for the FY99 LTC board.  (AR 94-107.)  This FY99 SSB considered but did not recommend Plaintiff for promotion despite the addition of the previously absent OER.[3]  (AR 93.)

Plaintiff then filed a second application with the ABCMR seeking an FY00 SSB claiming that the Officer Record Brief ("ORB") submitted before the FY00 promotion board contained an incorrect functional area ("FA") designation.  (AR 50.)  The ABCMR reviewed Plaintiff's application but denied relief because of insufficient evidence of material error.  (AR 39-46.)  Plaintiff filed a third application seeking an additional FY99 SSB by claiming that the first FY99 SSB did not provide a rationale for not promoting him.  (AR 10-37.)  The ABCMR again reviewed Plaintiff's application but denied relief because of insufficient evidence to rebut the presumption of regularity in the FY99 SSB proceedings.  (AR 1-8.)  Plaintiff claims the

---

[2] A Special Selection Board is composed of five or more officers meeting the criteria of 10 U.S.C. § 612(a), appointed by the Secretary of the Army to determine whether a person, "who was considered for selection for promotion by a promotion board but was not selected . . . [due to] material unfairness . . . should be recommended for promotion."  10 U.S.C. § 628(b).

[3] The memorandum of notification of non-selection to Plaintiff incorrectly states the SSB used the  FY00 promotion selection criteria.  The declaration from the Deputy Chief of the Army Promotions Branch explains the typographical error and provides supporting documentation to show the board used the FY99 criteria.  (Ex. A, and related enclosures.)

2

ABCMR's decisions were arbitrary and capricious, an abuse of discretion and contrary to law. (Compl. ¶¶ 16,17.)  Plaintiff now petitions this Court to overturn the Army's decision and order the Army to convene an FY99 LTC SSB and "an SSB for all LTC selection boards after December 23, 1999, and until Plaintiff's retirement in 2003, with Plaintiff's records being corrected to show [F]unctional Area 49 as Plaintiff's speciality." Id. ¶18.

## II.  SUMMARY OF THE ARGUMENT

Plaintiff was not selected for promotion by the FY99 or FY00 LTC promotion boards but was specially selected for continuation on active duty until retirement.[4]  (AR 116.)  In his complaint the Plaintiff raises two alleged errors by the ABCMR: 1) denial of a second FY99 SSB because the previous FY99 SSB did not provide specific reasons why Plaintiff was not promoted; and 2) denial of a FY00 SSB because of an alleged discrepancy in his ORB in  his promotion file (Comp. ¶¶ 16,17).  Both these allegations are false.  However, even if the allegations were true they would not create material error or unfairness warranting an additional SSB.  Plaintiff has received three considerations of his case by the ABCMR, and each time, he has received a thorough and careful consideration of his claims.  On Plaintiff's last two applications,  the ABCMR simply found there was insufficient evidence to grant the relief requested.  After a

---

[4] An officer "who has failed to be selected for promotion to . . . [Lieutenant Colonel] . . . a second time will be subject to" discharge or selective continuation on active duty until retirement. (Army Regulation ("AReg.") 600-8-29, Officer Promotions, Ex. C, ¶1-13a.) Selective continuation under 10 U.S.C. § 611(b), "is not a method for easing an officer's transition into a second career, substantial separation pay is provided for that purpose.  Selection continuation is a method for providing experienced and capable officers of a specific grade and skill to meet the needs of the Army."  Department of the Army Memorandum, 600-2, Policies and Procedures for Active-Duty List Officer Selection Boards, September 24, 1999. Additionally, a commissioned officer who "was considered but not selected for promotion by a regular selection board incurs no additional failure of selection if he or she was not selected by an SSB."  (Ex. C, ¶ 7-8b.)

complete and thorough review of the evidence presented, the ABCMR acted reasonably and lawfully in denying the requested relief.  This Court's review in this case is limited.  "The function of the District Court . . . [is] to determine whether the decision of the [A]BCMR was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law."  White v. Sec'y of Army, 878 F.2d 501, 503 (D.C. Cir. 1989), citing Chappell v. Wallace, 462 U.S. 296, 303 (1983).   Summary judgment is appropriate because the ABCMR did not act arbitrarily, capriciously, or in violation of the law in denying Plaintiff's applications.  Moreover, the evidence provided with the administrative record establishes that there are no material facts in dispute.  Accordingly, Defendant is entitled to summary judgment.

### III. <u>STATEMENT OF FACTS</u>

Defendant respectfully refers the Court to Defendant's Statement of Material Facts to Which There is No Genuine Dispute filed simultaneously herewith.

### IV. <u>ARGUMENT</u>

### 1.    <u>Standard of Review for Summary Judgment</u>

Summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); Diamond v. Atwood, 43 F.3d 1538, 1540 (D.C. Cir. 1995); Molerio v. FBI, 749 F.2d 815, 823 (D.C. Cir. 1984).  Where no genuine dispute exists as to any material fact, summary judgment is required.  Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-248 (1986).

A genuine issue of material fact is one that could change the outcome of the litigation.  Id.

4

at 247. "[T]he burden on the moving party may be discharged by 'showing'–that is, pointing out to the [Court]–that there is an absence of evidence to support the non-moving party's case." Celotex, at 325. Once the moving party has met its burden, the non-movant may not rest on mere allegations, but must instead proffer specific facts showing that a genuine issue exists for trial. Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). Thus to avoid summary judgment, the Plaintiff must state specific facts or present some objective evidence that would enable the court to find he is entitled to relief.

In an opinion issued the same day as Celotex, the Supreme Court explained the circumstances in which summary judgment is appropriate:

> If the evidence is merely colorable . . . or is not sufficiently probative . . . summary judgment may be granted . . . [T]he mere existence of a scintilla of evidence in support of the plaintiff's position will be insufficient; there must be evidence on which the jury could reasonably find for the plaintiff.

Anderson v. Liberty Lobby, Inc., 477 U.S. at 252. Unsupported speculation is not enough to defeat a summary judgment motion; the existence of specific material evidentiary facts must be shown. Fed. R. Civ. P. 56(e)(the nonmoving party may not rest on mere allegations but "must come forward with 'specific facts showing there is a genuine issue for trial.'"). See also Hayes v. Shalala, 902 F.Supp. 259, 263 (D.D.C. 1995)(opposition to summary judgment must consist of more than mere unsupported allegations or denials); Johnson v. Digital Equip. Corp., 836 F.Supp. 14, 18 (D.D.C. 1993)(evidence that is merely colorable or not sufficiently probative is insufficient to defeat summary judgment); Batson v. Powell, 912 F.Supp. 565, 578 (D.D.C. 1996).

In Celotex, the Supreme Court further instructed that the "[s]ummary judgment procedure

5

is properly regarded not as a disfavored procedural shortcut, but rather as an integral part of the Federal Rules as a whole, which are designed 'to secure the just, speedy and inexpensive determination of every action.'" 477 U.S. at 327, quoting Fed. R. Civ. P. 1.

### 2.    Review Is Limited Under the Administrative Procedure Act

When called upon to review a decision of a military records correction board, the standard of review is whether the decision is arbitrary, capricious, unsupported by substantial evidence, or contrary to law.  Chappell, 462 U.S. at 303.  To prevail in this Court, Plaintiff "must overcome the strong, but rebuttable, presumption that administrators of the military, like other public officers, discharge their duties correctly, lawfully, and in good faith."  Frizelle v. Slater, 111 F.3d 172, 177 (D.C. Cir 1997) (quoting Sanders v. United States, 594 F.2d 804, 813 (Cl. Ct. 1979)).  To rebut this presumption, Plaintiff bears the burden to demonstrate through "cogent and clearly convincing evidence," that the ABCMR's findings were arbitrary, capricious, unsupported by substantial evidence, or contrary to law or regulations.  Calloway v. Brownlee, 366 F. Supp. 2d 43, 53 (D.D.C. 2005); McDougall v. Widnall, 20 F.Supp. 2d 78, 82 (D.D.C. 1998).  Due to this very high standard, only the most egregious agency decisions do not satisfy this very deferential standard of review.  Kreis v. Air Force, 866 F.2d 1508, 1515 (D.C. Cir. 1989).

In reviewing an agency's action under the APA standard, the Court is limited to reviewing the administrative record that was in front of the agency when it made its decision, Commercial Drapery v. United States, 133 F.3d 1, 7 (D.C. Cir. 1998), and it "will not disturb the decision of an agency that has examined the relevant data and articulated a satisfactory explanation for its action including a rational connection between the facts found and the choice

6

made." MD Pharm. Inc. v. Drug Enforcement Administration, 133 F.3d 8, 16 (D.C. Cir. 1998).

The explanation for its action "does not mean that an agency's decision must be a model of

analytic precision to survive a challenge." Dickson v. Sec'y of Defense, 68 F.3d 1396, 1404

(D.C. Cir. 1995).  A reviewing court will "uphold a decision of less than ideal clarity if the

agency's path may reasonably be discerned." Id.  Even if reasonable minds might reach differing

conclusions, the court is not empowered to substitute its judgment for that of the agency.

U.S.P.S. v. Gregory, 534 U.S. 1, 11 (2001).

 "When reviewing a decision by a military Correction Board, a Court must do so under an

'unusually deferential application of the arbitrary and capricious standard of the APA.'" Lebrun

v. England, 212 F. Supp. 2d 5, 14 (D.D.C. 2002)(quoting Musengo v. White, 286 F.3d 535, 538

(D.C. Cir. 2002)); see also Piersal v. Winter, 435 F.3d 319 (D.C. Cir. 2006)(Review of military

correction board decision is to be under a particularly deferential standard of review).

"Moreover, military boards such as the ABCMR are entitled to even greater deference than

civilian administrative agencies." Labin v. Harvey, 2006 U.S. Dist. LEXIS 17937, *18  (D.D.C.

April 10, 2006), citing Calloway, 366 F. Supp. 2d at 53.  A court need only find that the

ABCMR's decision "minimally contains a rational connection between the facts found and the

choice made." Labin, at  *19, quoting Frizelle, 111 F.3d at 176.

 **3.**   **The ABCMR's Decisions in Denying Plaintiff's Request for Additional SSBs Were Rational, Supported by Substantial Evidence, and Were Not Arbitrary and  Capricious, An Abuse of Discretion, or Contrary to Law and Regulations**

Pursuant to 10 U.S.C. § 1552, the Secretary of the Army implemented Army Regulation

("AReg.") 15-185, Army Board for Corrections of Military Records[5] (Ex. B), to consider corrections to military records.  While Plaintiff is clearly dissatisfied with the decision of the ABCMR not to select him for promotion, he has failed to identify how the ABCMR's decisions to deny him additional SSBs were arbitrary and capricious, an abuse of discretion, or contrary to law.  (Compl. ¶¶ 16-18.)  The ABCMR properly concluded that because the Plaintiff provided no evidence identifying material error or injustice there was no basis to grant Plaintiff's requested relief of additional SSBs.

### a.  The Promotion Process and the Role of the ABCMR to Correct Material Error or Injustice

Promotions to lieutenant colonel in the United States Army are made on a "best qualified" for promotion basis.  10 U.S.C. §§ 611(a), 616(a).  Making promotion decisions on a "best qualified" basis requires a comparison of the service records of all the eligible officers.  10 U.S.C. § 619(c).  Best qualified selection boards are required to consider all officers impartially and equally; to apply the same criteria to all; and to evaluate officers by comparison.  10 U.S.C. §§ 613, 616(a).  Pursuant to these statutes, the Secretary has implemented AReg. 600-8-29, Officer Promotions (Ex. C), which governs officer selection and promotions.[6]

The ABCMR is tasked with reviewing "all applications that are properly before them to determine the existence of error or injustice."  32 C.F.R. § 581.3(b)(4)(I).  If the ABCMR finds that a "material error or injustice exists, and that sufficient evidence exists on the record," it will

---

[5] The ABCMR reviewed Plaintiff's applications under the February 29, 2000, version before it was superceded by the March 31, 2006, revision that became effective on May 1, 2006. (Ex. B.)

[6] The ABCMR reviewed the actions of Plaintiff's FY00 LTC promotion board and FY99 LTC SSB under the previous version of AReg. 600-8-29 that was published on November 30, 1994, and in effect at all times relevant.  (Ex. C.)

"direct or recommend changes in military records to correct the error or injustice." 32 C.F.R. § 581.3(b)(4)(ii). Material unfairness or error exists where "(A) the action of the promotion board that considered the person was contrary to law or involved material error of fact or material administrative error; or (B) the board did not have before it for its consideration material information." See 10 U.S.C. § 628(b)(1). A material error is defined as being of such nature that in the judgment of the reviewing official, or body, had it been corrected at the time the officer was considered by the board that failed to recommend him for promotion, it would have resulted in a reasonable chance that the officer would have been recommended for promotion. See Porter v. United States, 163 F.3d 1304, 1324 (Fed. Cir. 1998).

The ABCMR "decide[s] cases on the evidence of record. It is not an investigative body. The ABCMR may, in its discretion . . . request additional evidence or opinions." 32 C.F.R. § 581.3(c)(2)(iii). The director of an Army records holding agency "furnish[es] all requested Army military records to the ABCMR." 32 C.F.R. § 581.3 (b)(5)(ii). The ABCMR "ensure[s] that an applicant seeking corrective action . . . is provided a copy of all correspondence to or from the agency or board ." Department of Defense Instruction ("DoDI") 1332.41, Boards for Correction of Military Records (BCMRs), (Ex. E, ¶ 4.2.2.) The ABCMR presumes administrative regularity at the beginning of each case, and the applicant "has the burden of proving the error or injustice by a preponderance of the evidence." 32 C.F.R. at § 581.3(e)(2).

**b.  The ABCMR Properly Explained How the FY99 SSB  Reached its Ultimate Decision and is Not Required to Provide Detailed Findings Absent Some Evidence of Irregularity in the SSB Proceedings**

In 2002, the ABCMR recommended Plaintiff receive an FY99 SSB because Plaintiff's

original promotion file was missing a single OER.  (AR 107.)  Plaintiff went before the FY99

SSB, but the SSB did  not recommend Plaintiff for promotion despite the addition of the missing

OER.  (AR 93.)  In 2005, Plaintiff applied to the ABCMR and requested a second SSB for the

FY99, LTC Army Competitive Category Promotion Selection Board.  (AR 10.)  Plaintiff alleged

that the first FY99 SSB was inadequate because it failed to provide specific reasons for not

selecting him for promotion.  (Compl. ¶ 16.)

There are three problems with Plaintiff's argument.  First, SSB procedures are presumed

valid and the applicant bears the burden of identifying problems with an SSB.  Second, both the

FY99 SSB and the ABCMR decision did, in fact, supply a legitimate rationale for Plaintiff's non-

selection for promotion.  Third, the evidence in this record, which Plaintiff did not submit to the

ABCMR, bolsters the presumption of regularity of the SSB proceedings.

"The ABCMR begins its consideration of each case with the presumption of

administrative regularity. The applicant has the burden of proving an error or injustice by a

preponderance of the evidence."  32 C.F.R. at  § 581.3(e)(2).  Plaintiff was well aware of this

burden prior to his 2003 and 2005 applications to the ABCMR, as evidenced by his March 2001

application to the ABCMR by filing a Department of Defense ("DD") Form 149.  (AR 109.)[7]

Like all ABCMR applicants, Plaintiff was directed to the back of the form for the appropriate

mailing address for the ABCMR.  The back of the form also included an "Instructions" section,

and line nine specifically stated:

> In order to justify correction of a military record, it is necessary for
> you to show to the satisfaction of the Board . . . that the alleged

---

[7]Plaintiff has been represented by current counsel of record since June 2000, and during the 2001,
2003, and 2005 ABCMR applications.  (AR 10, 48, 110, 119.)

> entry or omission in the record was in error or unjust. . . . All
> evidence not already included in your record must be submitted by
> you.  The responsibility for securing new evidence rests with you.

Instructions, DD Form 149, Application for Correction of Military Record Under the Provisions

of Title 10, U.S. Code Section 1552, September 1997.  (Ex. F.)

  Despite these instructions (and Plaintiff's familiarity with the process), the Plaintiff chose

not to provide additional documents to the ABCMR, instead choosing solely to submit two

opinions from this Court. (AR 10-11.)  Like all federal agencies, the United States Army is

required under the Freedom of Information Act ("FOIA") to disclose records requested in writing

by any person absent a FOIA exemption or exclusion.  5 U.S.C. § 552 (2000 & Supp. III 2003).

Promotion board instructions, memorandums, information, and final board results and reports are

available through a FOIA request to the appropriate Army Personnel Command section.  Plaintiff

did not request or provide copies of the SSB instructions, memorandums of instructions or final

board report to the ABCMR.  (AR 10-37.)  While Plaintiff was entitled to seek a review of his

FY99 SSB promotion file or the FY 99 SSB Report, Plaintiff failed to make such a request or to

present this evidence to the ABCMR.  (AR 10-11, 48-50.)

  The ABCMR considered everything Plaintiff provided, everything in Plaintiff's military

personnel records, and copies of the opinions from this Court  (AR 4-5.)  The ABCMR decided

that Plaintiff's unsubstantiated allegations against the SSB failed for lack of factual support and

because other factual information in the record refutes Plaintiff's claim that the FY99 SSB

applied an "impermissible super-competitive standard."  See e.g., Porter 163 F.3d at 1325. Based

on Plaintiff's failure to meet its initial burden, the ABCMR's decision that "the evidence

submitted provides an insufficient evidentiary basis to support granting the requested relief" (AR

7) is clearly rationale and should be upheld.

Plaintiff's sole argument to the ABCMR concerning the FY99 SSB was that the ABCMR provided "no rationale . . . in Applicant's case" (AR 11 ¶ 17).  While the ABCMR decision may not explain its rationale to the level of specificity Plaintiff desires, the ABCMR does explain the SSB decision within the permissible bounds of the law.  Because the ABCMR decision explained how the SSB exercised its authority,  the decision of the ABCMR is clearly rationale and withstands judicial scrutiny.  The ABCMR explained the Army regulations that govern the method of selection for promotion: "Army Regulation 600-8-29 (Officer Promotions) prescribes the Army's officer promotion policy.  This regulation stipulates that one of the following methods of selection . . . will be used by [promotion boards]: . . . (b) The 'best qualified' method when the board must recommend fewer than the total number of officers to be considered for promotion."  (AR 6.)  The ABMCR opinion goes on to explain the interrelation between promotion policies and SSBs by stating that "Chapter 7 of the officer promotion regulations contains guidance on SSBs.  It states that SSBs are governed by the same instructions provided to the boards that considered or should have considered an officer for promotion."  Id.  The ABCMR then explained the SSB notification requirements by stating "[p]aragraph 7-4 contains guidance on SSB notification.  It states that officers considered or reconsidered by an SSB will be informed of the results, in writing, through their chain of command."  Id.

The FY99 SSB memorandum of non-selection provided to the Plaintiff gives specific factual information regarding the SSB's actions and decision. (AR 93.)  On January 10, 2003, Plaintiff was notified that he was not selected for promotion by the FY 99 SSB.  The memorandum provided Plaintiff with the SSB's ultimate decision: "Regretfully, the board did

not recommend you for promotion.  Your promotion status as determined by the regularly

constituted board remains unchanged." (AR 93.)  The memorandum goes on to provide the

Plaintiff with the SSB's explanation and rationale for its ultimate decision: "You were

reconsidered for promotion to lieutenant colonel by a Department of the Army Special Selection

Board under the same criteria and instructions established for the regularly constituted [FY99]

lieutenant colonel Army Competitive Category Promotion Selection Board." (AR 93;  Ex. A.)

Based on the evidence, the ABCMR determined that Plaintiff was considered under a "best

qualified" method, "and in the collective judgment of both the original PSB members and the

SSB members that considered his record, he was found not to be among the 'best qualified'

officers based on the criteria established by the Secretary of the Army MOI." (AR 7.)  The

ABCMR further explained the SSB decision by stating that "a rational explanation for

[Plaintiff's] non-selection . . . is that in the collective best judgment of the [FY00] PSB and

[FY99] SSB members, although he was fully qualified, he simply was not competitive with those

officers in the zones of consideration who were selected for promotion under the 'best qualified'

method." Id.

Plaintiff apparently is not satisfied with this rationale and seeks a more specific, detailed,

explanation for his failure to be promoted.  However, federal law limits the relief plaintiff

requests. The ABCMR notes that the FY99 SSB which considered Plaintiff for promotion was

convened pursuant to Title 10 U.S.C. § 628.  (Ex. A, Enc. 6.)  Therefore, the ABCMR correctly

determined that the deliberations of the FY99 SSB are confidential and not subject to release

(AR 7).  The ABCMR noted that "[t]he governing regulation . . . requires PSB member to keep

confidential their reasons for recommending or not recommending any officer considered." (AR

13

7.)  Further, "the promotion non-selection notification [Plaintiff] received was the same that is provided to every officer who is not selected for promotion."  Id.  Rejecting Plaintiff's claim that more detailed findings were required, the ABCMR noted that the statute imposes no requirement on the SSBs to provide detailed findings, and no one can "require the SSBs to meet additional reporting requirements beyond those that were mandated by the statute."  See Richey v. United States, 322 F.3d 1317, 1327 (Fed. Cir. 2003)(referencing Vt. Yankee Nuclear Power Corp. v. Natural Res. Def. Council, 435 U.S. 519, 548, 55 L. Ed. 2d 460, 98 S. Ct. 1197 (1978) (holding that a court cannot impose procedural requirements on an agency beyond the minimum requirements imposed by statute)).

    The ABCMR determined that the SSB notification adequately informed Plaintiff of the SSB's decision and rationale even if the specific reasons for Plaintiff's non-selection are confidential and known only to the board members (AR 7).  In its conclusion, the ABCMR stated that "[t]here was no evidence of irregularity in the SSB proceedings, nor is there evidence the [Plaintiff] has been denied discovery concerning the record before the SSB."  (AR 7.) The ABCMR unanimously determined that the factual information provided, including the court decisions on other officers' cases, "does not demonstrate the existence of probable error or injustice.  Accordingly, the ABCMR determined that the overall merits of Plaintiff's case do not warrant a second FY99 SSB.  (AR 8.)  While the reasons provided for Plaintiff's non-selection may not be as detailed as Plaintiff would like, they are in accordance with Army policy and clearly not arbitrary and capricious, an abuse of discretion, or contrary to law.

    The third basis for denying Plaintiff's relief is that the FY99 SSB report and related documents–evidence that Plaintiff did not present to the ABCMR–strengthen the presumption of

14

regularity of the SSB proceedings. The composition[8] and conduct of an SSB is governed by 10

U.S.C. § 628. The SSB's promotion decision is made by comparing the referred officer's record

"as that record, if corrected, would have appeared to the board that considered him . . . with the

records of a sampling of those officers of the same competitive category who were recommended

for promotion, and those officers who were not recommended for promotion by the board that

considered him." 10 U.S.C. § 628(b)(2). The statute also requires the SSB to "submit to the

Secretary . . . a written report, signed by each member of the board, containing the name of each

person it recommends for promotion and certifying that the board has carefully considered the

record of each person whose name was referred to it." 10 U.S.C. § 628(c)(1). No further

information is required. In fact, the statute mandates that the non-disclosure provisions of 10

U.S.C. § 618(f), "apply to the report and proceedings . . . [of SSBs] in the same manner as they

apply to the report and proceedings of a selection board convened under sections 611(a) of this

title." Id. § 628(2).[9] Absent evidence to the contrary, by following these procedures, the FY99

SSB report explains how the selection board reached its decision not to promote the Plaintiff.

(Ex. A, Enc. 7.) The ABCMR addresses the same issue by stating that "a rational explanation for

---

[8] Special Selection Boards convened under 10 U.S.C. § 628(a) shall be composed in accordance with 10 U.S.C. § 612(a), which requires the board be composed of five or more active duty officers of the same armed force who are serving in a grade higher than the officers under consideration, and from the same competitive category of the officers considered. Plaintiff's FY99 SSB satisfied this criteria, as evidenced by the rank and competitive category of the members. (Ex. A, Enc. 7.) The competitive categories for commissioned officers in the Army includes officers in the following branches: AD, AG, AR, AV, CE, EN, FA, FI, IN, MI, MP, OD, SC, SF, TC, QM). (Ex. C, Glossary, Section II– Terms, p. 34.)

[9] The non-disclosure provision states, that "[e]xcept as authorized or required by this section, proceedings of a selection board convened under section 611(a) of this title may not be disclosed to any person not a member of the board." 10 U.S.C. § 618(f).

[Plaintiff's] non-selection . . . is that in the collective best judgment of the [FY00] PSB and

[FY99] SSB members, although he was fully qualified, he simply was not competitive with those

officers in the zones of consideration who were selected for promotion under the 'best qualified'

method."  (AR. 7.)  Compare Homer v. Roche, 226 F. Supp. 2d 222, 226 (D.D.C. 2002) ("merely

pointing out that the selection process was competitive provides no actual reason for denying a

promotion to any particular candidate.").  The FY99 SSB report complied with the statutory

requirements, by certifying the record in accordance with 10 U.S.C. § 628(c)(1).  (Ex. A, Enc. 7.)

The FY99 SSB report certified that "the board, acting under oath and having in view the special

fitness of an officer and the efficiency of the Army, has carefully considered the record of every

officer whose name was furnished to it under Section 628, Title 10."  Id.  In the board report

memorandum, the FY99 SSB members stated the promotion criteria used and acknowledged

their obligations under the FY99 SSB Memorandum of Instruction ("MOI").  (Ex. A, Enc. 7

(referencing Encs. 5 and 6)).  The FY99 SSB MOI requires that the SSB report state that "in the

opinion of a majority of the members of the board, the officers recommended for promotion by

the board are best qualified for promotion to meet the needs of the [Army] among those officers

whose names were furnished to the selection board."[10]  Unmistakably, the FY99 SSB follows

that guidance, explaining that Plaintiff's non-selection: "In the opinion of the majority of the

members, the officer named in the enclosure is found fully qualified but not best qualified to

perform the duties or assume the responsibilities expected of the next higher grade."  (Ex. A,

Enc. 7.)  By providing this basis, this Court can easily determine that the FY99 SSB decision was

---

[10]  See Ex. A, Enc. 6, ¶ 4(g)(6).  Memorandum of Instructions, Memorandum for President and
Members, Special Selection Boards and Selective Continuation Boards, February 28, 2002,
referencing 10 U.S.C. § 617(b).

16

reasoned and not arbitrary and capricious, an abuse of discretion, or contrary to law.  Compare

Miller v. Roche, 2004 U.S. Dist. LEXIS 27549 (D.D.C. 2004) (remanding where record of denial

by Air Force failed to provide any explanation at all for its decision).

The FY99 SSB procedures are presumed valid and the applicant bears the burden of

identifying problems with an SSB.  The Plaintiff did not produce any evidence of irregularity by

the FY99 SSB nor any evidence he was denied discovery regarding the SSB report.  (AR 6-7.)  In

addition, the FY99 SSB notice of non-selection and the opinion by the ABCMR provided all

relevant information regarding the SSB's determination that was before it.  (AR 93.)  Moreover

evidence before the Court supports the presumption that the FY99 SSB followed the dictates of

the law and regulation as evidenced by the instructions, guidance, and report of the SSB. (Ex. A,

Encs. 4-7.)  The uncontradicted evidence indicates that Plaintiff was treated fairly and impartially

by the FY99 SSB in accordance with Army policy and title 10 U.S.C. § 628. Accordingly the

ABCMR's decision to deny Plaintiff's requested relief was rational and should be upheld.

### c. The ABCMR Rationally Denied Plaintiff's Request for a FY00 SSB by Determining Plaintiff Did Not Prove Material Error Regarding an Alleged Discrepancy on Plaintiff's ORB

Plaintiff's second allegation of error is that his personnel file, which was reviewed

by the FY00 LTC board, contained an ORB that incorrectly displayed his functional area ("FA").

(Compl. ¶ 12.)  In 2003, Plaintiff applied to the ABCMR and requested an SSB for the FY00,

LTC Army Competitive Category Promotion Selection Board, based on Plaintiff's assertion that

his FA did not properly appear on the ORB that went before the FY00 LTC Board.  (AR 50.)  In

its 2004 decision, the ABCMR considered everything Plaintiff provided and everything in

Plaintiff's military personnel records.  (AR 41.)  The ABCMR decided not to convene an SSB

because of the alleged error on the ORB.  The decision of the ABCMR is well-reasoned, grounded in regulatory precedent, and was not arbitrary or capricious, an abuse of discretion, or contrary to law. (AR 38-46.)

The ABCMR addressed Plaintiff's claim of ORB error even though it appears meritless on its face.  The gravamen of Plaintiff's claim is that Plaintiff was prejudiced in his FY00 LTC promotion board by an ORB error.  (Compl. ¶ 12.)  Before the ABCMR can recommend an FY00 SSB, the Plaintiff must demonstrate that his file, which was considered by the FY00 LTC promotion board, was missing some material information or contained a material error.  (Ex. C, ¶ 7-2a(2)-(3).)  However, Army regulations specifically state:

> An officer *will not be considered or reconsidered* for promotion by an SSB when . . . [a]n administrative error was immaterial, *or the officer, in exercising reasonable diligence, could have discovered and corrected the error in the ORB* or OMPF.  *The ORB is a summary document of information generally available elsewhere in the officer's record*.  It is the officer's responsibility to review his or her ORB and OMPF before the board convenes and to notify the board, in writing, of possible administrative deficiencies in them.

Id.  ¶ 7-3b (emphasis added).  In a previous application by the Plaintiff, the ABCMR noted material error existed when an OER was missing from Plaintiff's file.  (AR 95-107.)  The ABCMR determined that the absence of a supervisor's evaluation of the Plaintiff's performance, which covered a year of Plaintiff's service was material to consideration for promotion.  (AR 106.)  In contrast, the error alleged by Plaintiff in this instance is that his ORB was not appropriately updated based upon a minor designation of functional area, or specialty,  in December 1999.  (AR 50.)

There are several rational reasons why the ABCMR rejected Plaintiff's request for a SSB.

18

The ABCMR and Plaintiff both acknowledge that Plaintiff's functional area should have been reflected on his ORB effective December 1999. However, the ABCMR found insufficient evidence that the ORB that went before the FY00 promotion board contained any error. Plaintiff did not present the alleged promotion ORB to the ABCMR, and the only basis for Plaintiff's claim of ORB error is unsupported allegation and speculation. (AR 48-92.) The potential that an error was on an ORB, without more, does not rise to the level of a substantiated claim sufficient to survive summary judgment. See Greene v. Dalton, 334 U.S. App. D.C. 92, 164 F.3d 671, 675 (D.C. Cir. 1999) (nonmoving party may not rely solely on allegations or conclusory statements to survive summary judgment). The ABCMR specifically determined that Plaintiff "has failed to show through the evidence submitted or the evidence of record, that he was not properly considered in the appropriate functional area." (AR 45.) The ABCMR was not persuaded by Plaintiff's unsupported assertion that because his retirement ORB contained an allegedly erroneous FA when Plaintiff reviewed it some time after December 12, 2002, the ORB that went before the FY00 LTC board must have had an erroneous FA as well. (AR 7, 45.) The Army sent Plaintiff a letter in December 1999 purporting to correct plaintiff's ORB. (AR 83.) The ABCMR justifiably relied on this letter from the Army to conclude that the ORB that went before the FY00 promotion board was likely accurate.

Moreover, the ABCMR determined that even if the ORB that went before the FY00 promotion board did not accurately reflect Plaintiff's functional area, this was a minor matter that would not have been material. (AR 45-46.) The ABCMR found that even if an erroneous ORB was presented to the FY00 promotion board there was no material error because even if the correct ORB had been put before the board it would not have resulted in a reasonable chance that

the Plaintiff would have been recommended for promotion.

Finally, the ABCMR noted Plaintiff was made aware of the change in his functional area prior to the promotion board. Therefore, even if the ORB was sent to the FY00 promotion board without the proper FA designation, absent contrary evidence, that error resulted from Plaintiff's failure to exercise reasonable diligence in reviewing his ORB prior to the board. (AR 45.) As stated in the foreword to Enclosure 2, "[t]he ORB is an important tool used in the management of officers. Therefore, the accuracy of ORB data and our understanding of its meanings is important. You, as an Army officer, have a key role to play in ensuring your ORB correctly describes you and your accomplishments."

Ultimately, the ABCMR rationally determined that Plaintiff's allegation that he was non-selected because of an error on a two digit code on his ORB, which Plaintiff failed to establish was inaccurate, was speculative at best. (AR 45.) The decision of the ABCMR regarding the FY00 LTC promotion board was neither arbitrary nor capricious, an abuse of discretion, or contrary to law. Plaintiff's request for reconsideration is based upon mere speculation, which, in any event, appears unfounded given the actual information contained in his FY00 promotion ORB. (Ex. H, Enc. 1.)

### d. Plaintiff's Allegation of Error is Without Merit Because the ORB Considered by the FY00 LTC Board Reflected Plaintiff's Correct Functional Area.

Plaintiff's failure to submit evidence to the ABCMR that his ORB was improper clearly justified the ABCMR's decision that Plaintiff failed to show "that he was not properly considered in the appropriate functional area." (AR 45.) Had Plaintiff obtained a copy of the ORB that went before the FY00 promotion board he could have presented it to the ABCMR. If he had done so,

he would have discovered that the information on the ORB accurately reflected his functional area, eliminating any claim that his ORB was improper.

The records prepared for and used by promotion selection boards are routinely destroyed after the board adjourns, so as to protect the privacy of the officers being considered for promotion. However, Army regulations state that "[o]fficers not recommended for promotion may obtain a copy of their promotion [Official Military Performance File ("OMPF")[11] by writing" to the Army Personnel Commander. (Ex. C.) Plaintiff did not request a copy of his FY00 promotion OMPF after he was informed that he was not selected for promotion. Nor did he request it at any time prior to or during the ABCMR proceedings. (AR 48-92.)

Plaintiff's OMPF that was prepared for the FY00 LTC board contains the ORB that the promotion board examined. (Ex. H, Enc. 1.) The information on the ORB type reflects "1300" which is the code description for a Headquarters Department of the Army (HQDA) Promotion Selection Board. Id. The ORB brief date reflects February 3, 2000, indicating it was prepared prior to the Fiscal Year 2000 Lieutenant Colonel, Army Competitive Category Promotion Selection Board. Id. Section X, "Remarks" contains three annotations of "BOARD ORB" to explain intentional omissions of data that is removed from the ORB of all candidates eligible for board consideration. The remarks section also contains a pentagon-shaped stamp marking that bears the notation "FY OO" with the words "Promotion" underneath. This stamp marking occurs at the HQDA when the ORB was received and included in the promotion file of Major Chambers for the Fiscal Year 2000 Lieutenant Colonel, Army Competitive Category, Promotion

---

[11] The Official Military Personnel File ("OMPF") is composed primarily of a performance section containing evaluation reports and awards, and a service section containing commissioning information.

Selection Board.

The remarks section also contains the name and signature of the Chief of the Personnel Service Center (PSC) at the United States Military Academy.  This PSC signature occurs after the individual officer reviews the ORB, makes any desired corrections, and signs and dates the ORB in front of the PSC Chief; after reading the annotation:  "I certify that the information displayed on this ORB is correct to the best of my knowledge and belief, or has been corrected as indicated."  Plaintiff's signature and the date of signing appear at the bottom of the ORB.  (Ex H, Enc. 1.)  The records indicate that Plaintiff reviewed and signed his ORB prior to review by the FY00 LTC promotion board.  The ORB Plaintiff signed contained the correct branch and functional area information.  Accordingly, there is no error on the ORB that went before the FY00 promotion board, much less a material error or injustice warranting an SSB.

The ABCMR's decisions are rational concerning both of Plaintiff's alleged errors when examined against the administrative record, the evidence before this Court, and the substantial deference afforded to ABCMR judgements.  See Calloway, 366 F. Supp. 2d at 53(deference greater than that even civilian administrative agencies receive).  Plaintiff simply cannot demonstrate in light of the substantial deference afforded the ABCMR that its decision lacks a minimal connection between the facts found and the determination made.  There is simply no evidence–indeed Plaintiff points to none in his complaint–to demonstrate that the ABCMR acted in an arbitrary or capricious manner in this case.

Army regulations established procedures which were consistent with 10 U.S.C. § 628 and 10 U.S.C. § 1552.  The FY99 SSB performed its duties in accordance with the law and Army regulations when it reviewed Plaintiff's promotion records.  This was confirmed by the FY99

22

SSB report, which was neither requested nor examined by Plaintiff prior to filing an ABCMR

application challenging the FY99 SSB decision or before filing suit in federal district court.

Similarly, the ABCMR performed its duties in accordance with the law and Army regulations

when it reviewed Plaintiff's applications for non-selection for the FY00 promotion board.  This

was also further confirmed by the FY00 promotion ORB, which was neither requested nor

examined by Plaintiff prior to filing an ABCMR application challenging the FY00 LTC board

decision or filing suit in federal district court.  On the record before this Court, the actions of the

ABCMR were not arbitrary, capricious, unsupported by evidence, or contrary to law.  While

Plaintiff clearly does not like the ABCMR's decisions, its rationale is clear, understandable and

reasonable.  The presumption that the ABCMR acted properly in this case has not been

overcome.  See McDougall v. Widnall, 20 F. Supp. 2d 78, 82 (D.D.C. 1998).  As the ABCMR

acted reasonably and lawfully, there is no genuine issue of material fact, and judgment in favor of

the Defendant is appropriate in this case.


## V.  CONCLUSION

For the foregoing reasons, the Defendant respectfully requests that this Court enter judgment in

favor of the Defendant on Plaintiff's claims.


Respectfully submitted,


_____
                    /s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

23

_____/s_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895


Of Counsel:
MAJOR JOSHUA M. TOMAN
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER M. CHAMBERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:07-cv-00440 (RCL)** |
| | ) | |
| **THE HONORABLE PETE GEREN** | ) | |
| **Secretary of the Army,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this _____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.


_____
Royce C. Lamberth
United States District Judge


**Copies to:**
**Parties via ECF**

25

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER M. CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00440 (RCL) |
| | ) |
| THE HONORABLE PETE GEREN | ) |
| Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANT'S STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to LCvR 7(h) and in support of Defendant's Motion for Summary Judgment, Defendant respectfully submits this statement of material facts as to which there is no genuine dispute. The Administrative Record ("AR") supports this statement.

1. Plaintiff, Mr. Christopher M. Chambers, is a retired officer of the United States Army. Plaintiff was appointed as a Commissioned Officer in the Regular Army in the rank of second lieutenant in the Infantry branch on May 25, 1983. (AR 235.)

2. On January 1, 1995, Plaintiff was promoted to the rank of major. (AR 236.)

3. Army Regulations ("Areg") 600-8-29 and 15-185 establish procedures that comply with Title 10 U.S.C. §§ 611-628 and 10 U.S.C. § 1552, et seq., respectively, as they pertain to promotion of officers and correction of military records. (Ex. B, C.)

4. Promotions to lieutenant colonel in the United States Army are made by selecting those officers "best qualified" to handle increased responsibilities. (Ex. C, ¶ 1-1.) Making promotion decisions on a "best qualified" basis requires a comparison of the service records of

all the eligible officers.  Id.  Best qualified promotion selection boards are required to consider all

officers impartially and equally, and to apply the same criteria to all.  Id.

5.  An officer who has failed to be selected for promotion to lieutenant colonel after two

considerations for promotion will be subject to discharge or selective continuation on active duty

until retirement.  (Ex. C, ¶ 1-13a.)

6.  On July 1, 1999, Plaintiff learned that he was considered but not selected for

promotion to lieutenant colonel by the Fiscal Year 1999 ("FY99") Lieutenant Colonel Army

Competitive Category Promotion Selection Board: This board was appointed under, and

complied with, the provisions of 10 U.S.C. § 611(a).  (AR 139; Ex. A, Enc. 5.)

7.  Plaintiff later learned that an Officer Evaluation Report ("OER")[1] was missing from

his personnel file when it was considered by the promotion selection board.  (AR 139.)

8.  On July 18, 2000, Plaintiff was notified that he was considered but not selected for

promotion to lieutenant colonel by the FY00 Lieutenant Colonel Army Competitive Category

Promotion Selection Board.  This board was appointed under, and complied with, the provisions

of 10 U.S.C. § 611(a).  (AR 116.)

9.  Plaintiff was recommended for, and later accepted, selective continuation on active

duty in the grade of major until he was eligible for retirement.  (AR 116.)

10.  On March 29, 2001, Plaintiff was notified that he was considered but not selected for

promotion to lieutenant colonel by the FY01 Lieutenant Colonel Army Competitive Category

---

[1] The OER is a periodic rating, consisting of a written evaluation of an officer's performance and promotion potential coupled with a numerical comparison to a representative sample of other officers of the same grade.  Army regulations set forth policies and procedures for the completion and filing of OERs.

Promotion Selection Board. This board was appointed under, and complied with, the provisions of 10 U.S.C. § 611(a). Thereafter, Plaintiff filed an application for correction of his military records by the Army Board for the Correction of Military Records[2] ("ABCMR"). (AR 104, 109.)

11. On, January 29, 2002, the ABCMR determined that sufficient evidence existed to demonstrate probable material error or injustice (AR 95-107). Accordingly, on February 8, 2002, the ABCMR granted Plaintiff's request that the OER missing from his FY99 promotion file be placed into his official promotion files as they existed during the FY99 board, and that he be considered by a Special Selection Board[3] ("SSB") under the criteria in effect for the FY99 Lieutenant Colonel Army Competitive Category Promotion Selection Board. (AR 94.)

12. On January 10, 2003, Plaintiff was notified that he was not selected for promotion by the SSB. The memorandum provided Plaintiff with the SSB's ultimate decision: "Regretfully, the board did not recommend you for promotion. Your promotion status as determined by the regularly constituted board remains unchanged." (AR 93.)

13. The FY99 SSB report explained their decision not to select Plaintiff by stating that "[i]n the opinion of the majority of the members, the officer named in the enclosure is found fully qualified but not best qualified to perform the duties or assume the responsibilities expected of the next higher grade." (Ex. A, Enc. 7.)

---

[2] The Army Board for Correction of Military Records is composed of civilians appointed by the Secretary of the Army, and has statutory authority to correct any Army record in order to correct an error or remove an injustice. (Ex. B.)

[3] A Special Selection Board is composed of five or more officers meeting the criteria of 10 U.S.C. § 612(a), appointed by the Secretary of the Army to determine whether a person should be recommended for promotion if they were previously considered by a promotion selection board but were not selected due to material unfairness. (Ex. C.)

14.  The FY99 SSB report shows that the FY99 SSB was properly composed, used the appropriate selection criteria, and made the appropriate reports as directed by the law, regulations, and the MOI. (Ex. A,  Enc. 4, 5,6, 7.)

15.  On November 13, 2003, Plaintiff filed a subsequent application with the ABCMR requesting an SSB for FY00 based on the claim that his ORB was not properly updated to reflect the new FA code 49.  (AR 48.)

16.  Plaintiff did not present the challenged FY00 ORB that went before the promotion board to the ABCMR.  (AR 48-92.)

17.  On October 8, 2004, Plaintiff was notified that the ABCMR had considered his application under procedures established by the Secretary of the Army.  A copy of the ABCMR's record of proceedings were provided to Plaintiff explaining the denial of his application.  (AR 39.)  The director of the ABCMR certified the record of the ABCMR proceedings in Plaintiff's case.  (AR 41.)

18.  The ABCMR reviewed Plaintiff's application but found no evidence of material error and denied relief.  (AR 43-46.)  The ABCMR specifically determined that "[Plaintiff] has failed to show through the evidence submitted or the evidence of record, that he was not properly considered in the appropriate functional area or that it was the resultant cause of his non-selection."  (AR 45.)

19.  The ABCMR also determined that: "had the [Plaintiff] exercised due diligence in reviewing his ORB prior to consideration, he would have made the correction to his ORB . . . [t]here is no evidence to suggest that the [Plaintiff] did so."  (AR 45.)

4

20.  Plaintiff did in fact review his ORB prior to the FY00 promotion board.  (Ex. H, Enc. 1)

21.  The FY00 promotion ORB did reflect Plaintiff's actual functional area ("FA") code of 49 and the corresponding FA title of "Operations Research/Systems Analysis."  (Ex. H, Enc. 1.)

22.  Plaintiff filed a third application on April 11, 2005 seeking an additional SSB for FY99 alleging that the previous FY99 SSB did not provide a rationale for Plaintiff's non-selection.  (AR 10-11.)

23.  On March 14, 2006, the ABCMR denied Plaintiff's request. (AR 2.)  A copy of the ABCMR's record of proceedings were provided to Plaintiff explaining the denial of his application.  Id.  The director of the ABCMR certified the record of the ABCMR proceedings in Plaintiff's case.  (AR 3.)

24.  The ABCMR determined that the Plaintiff had failed to submit sufficient relevant evidence to demonstrate the existence of probable error or injustice, or to rebut the presumption of regularity in the SSB proceedings that would require an explanation of its decision.  (AR 6-7.) In making its findings, the ABCMR reviewed Plaintiff's application and supporting documents, his military personnel records, the two copies of legal opinions and applicable regulation; and incorporated by reference his two previous applications.  (AR 3-6.)

25. The ABCMR explained the Army regulations regarding the method of selection for promotion.  "Army Regulation 600-8-29 (Officer Promotions) prescribes the Army's officer promotion policy.  This regulation stipulates that one of the following methods of selection as

5

directed in the MI will be used by PSBs: . . . (b) The 'best qualified' method when the board must recommend fewer than the total number of officers to be considered for promotion."  (AR 6.)

26.  The ABMCR explained the interrelation between promotion policies and SSBs by stating that "Chapter 7 of the officer promotion regulations contains guidance on SSBs.  It states that SSBs are governed by the same instructions provided to the boards that considered or should have considered an officer for promotion."  (AR 6.)

27.  The ABCMR explained the SSB notification requirements by stating "[p]aragraph 7-4 contains guidance on SSB notification.  It states that officers considered or reconsidered by an SSB will be informed of the results, in writing, through their chain of command."  (AR 6.)

28.  The ABCMR concluded that "the evidence submitted provides an insufficient evidentiary basis to support granting the requested relief."  (AR 7.)

29.  The ABCMR further explained the SSB decision by stating that "a rational explanation for [Plaintiff's] non-selection . . . is that in the collective best judgment of the [FY00] PSB and [FY99] SSB members, although he was fully qualified, he simply was not competitive with those officers in the zones of consideration who were selected for promotion under the 'best qualified' method."  (AR. 7.)

30.  The ABCMR determined that specific reasons for non-selection are confidential because "[t]he governing regulation . . . requires PSB member to keep confidential their reasons for recommending or not recommending any officer considered."  (AR 7.)  The ABCMR determined that "the promotion non-selection notification [Plaintiff] received was the same that

is provided to every officer who is not selected for promotion."

31. The ABCMR determined that "[t]here was no evidence of irregularity in the SSB proceedings, nor is there evidence the [Plaintiff] has been denied discovery concerning the record before the SSB." (AR 7.)

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Of Counsel:
MAJOR JOSHUA M. TOMAN
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837

8

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER M. CHAMBERS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 07-cv-0440 |
| | ) |
| THE HONORABLE PETE GEREN | ) |
| | ) |
| Defendant. | ) |

<u>DECLARATION OF JOSE M. LOZANO</u>

Pursuant to 28 U.S.C. § 1746, I, Jose M. Lozano, make the following declaration in the above-cited case.

    1.  I am the Deputy Chief, Promotions Branch.  I am also Chief, Special Actions Branch; in this capacity, I am responsible for all reconsiderations, omissions, promotion review boards and command review boards.

    2.  In this declaration, I intend to clarify and correct a typographical error on my memorandum dated January 10, 2003, to Major Christopher M. Chambers which is attached as Enclosure 1.  My notification memorandum to Mr. Chambers erroneously states that he was reconsidered for promotion "under the same criteria and instructions established for the regularly constituted FY00 Lieutenant Colonel, Army Promotion Selection Board."  The memorandum should have stated that the Department of the Army Special Selection Board (SSB) used the same criteria and instructions established for the FY99 board, as directed by the Army Board for the Correction of Military Records (AMBCR).

**Exhibit A**

3.  The ABCMR is an administrative body established by the Secretary of the Army pursuant to 10 U.S.C. §1552.  It is authorized to recommend that the Secretary of the Army correct military records when an error or injustice has been shown.  Army Regulation 15-185 (32 C.F.R. § 581.3) prescribes policies and procedures governing the ABCMR.

4.  I received a copy of the memorandum from Mr. Karl F. Schneider, dated February 8, 2002, approving the ABCMR recommendations on docket number AR2001056368, which is attached as Enclosure 2.  I reviewed the entire ABCMR Proceedings AR2001056368, dated January 29, 2002, concerning Major Christopher M. Chambers, the first and last page of which are attached as Enclosure 3.  The recommendations portion stated that Major Chambers' records should "be submitted to a SSB for consideration under the criteria in effect for the FY99 Lieutenant Colonel, Army Competitive Category Promotion Selection Board."

5.  In my memorandum dated July 8, 2002, and attached as Enclosure 4, I requested the Secretariat for Department of the Army Selection Boards provide a SSB for Mr. Chambers.  The SSB was to be convened "under the same criteria and instruction[s] established for the FY99 Lieutenant Colonel, Army Promotion Selection Board that convened on 2 March 1999 and recessed on 30 March 1999."  I provided the Secretariat with all of Mr. Chambers' military personnel records to include the Officer Evaluation Report that was missing from his original promotion board.

6.  I provided the SSB with the memorandum that was provided to the original FY99 promotion board entitled "Instructions for the Fiscal Year 1999 Lieutenant Colonel, Army Competitive Category, Promotion Selection Board," dated February 25, 1999, which consists of ten (10) pages and is attached as Enclosure 5.  I also provided the SSB with a Memorandum of Instructions (MOI) for the conduct of the SSB, dated February 28, 2002, which consists of five (5) pages and is attached as Enclosure 6.

7.  Upon completion of the SSB, I received the "Special Selection Board (Report No. 8-14 LTC Army), dated September 10, 2002, which consists of three (3) pages and is attached as Enclosure 7.  I reviewed this report and confirmed that the SSB had been properly composed and used the appropriate selection criteria for the FY99 board during the SSB as directed by the MOI.  Based upon my review of this report, I drafted the memorandum to Mr. Chambers to inform him of the results of the promotion reconsideration by the SSB, at Enclosure 1.  However, I erroneously typed "FY00" when the SSB utilized the correct FY99 criteria.

8.  I do declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2007 at Alexandria, Virginia.

Jose M. LOZANO
Deputy Chief
Promotions Branch



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA
22332-0443

REPLY TO
ATTENTION OF

TAPC-MSP-S

1 0 JAN 2003

MEMORANDUM FOR Major Christopher M. Chambers, 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, 219 Clove Road, Salsbury Mills, NY  12557

SUBJECT:  Correction of Military Records

1.  This is in further reply to your request for correction of your Army records.

2.  You were reconsidered for promotion to lieutenant colonel by a Department of the Army Special Selection Board under the same criteria and instructions established for the regularly constituted FY00 Lieutenant Colonel, Army Promotion Selection Board that recessed on 30 March 1999.

3.  Regretfully, the board did not recommend you for promotion. Your promotion status as determined by the regularly constituted board remains unchanged.

4.  Point of contact is Mrs. Pat Carroll, Promotions Branch, DSN 221-9216 or commercial (703) 325-9216.

FOR THE COMMANDER:

JOE M. LOZANO
Deputy Chief
Promotions Branch

CF:
OSA, ABCMR
TAPC-OPE-IN

Printed on Recycled Paper

Exhibit A
Encl 1

S:  12 Apr 02

SFMR-RBR - 1st End (29 Jan 02, Docket Number AR2001056368)
SUBJECT:  ABCMR Proceedings

HQDA, OASA, Arlington, Virginia  22202-4508

8 February 2002

THRU:  Commander, Total Army Personnel Command, ATTN:  TAPC-MSE-A,
        200 Stovall Street, Alexandria, Virginia  22332-0400

TO:    US Army Review Boards Agency Support Division - St. Louis,
        ATTN:  SFMR-RBR-SL, 9700 Page Avenue, St. Louis, Missouri  63132-5200

1.  Under the authority of Title 10, United States Code, section 1552, the recommendation of the Army Board for Correction of Military Records is hereby approved, and it is directed that all of the Department of the Army records of the individual concerned be corrected as shown under Recommendation in the Proceedings of the Board in this case.

2.  Request necessary administrative action be taken to effect the correction of records as indicated no later than 12 April 2002.  Further, request that the individual concerned and counsel, if any, as well as any members of Congress who have shown interest be advised of the correction and that the Board for Correction of Military Records be furnished a copy of the correspondence.

BY ORDER OF THE SECRETARY OF THE ARMY:

Signed

Karl F. Schneider
Deputy Assistant Secretary
(Army Review Boards)

Encls

CF:
( ) Applicant
(1) SFMR
( ) DFAS
( ) Mr. Shaw

Exhibit A
Encl 2



**DEPARTMENT OF THE ARMY**
**BOARD FOR THE CORRECTION OF MILITARY RECORDS**
**1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR**
**ARLINGTON VA 22202-4508**



## PROCEEDINGS

IN THE CASE OF:   CHAMBERS, CHRISTOPHER, M.
                  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

BOARD DATE:       29 January 2002
DOCKET NUMBER:    AR2001056368


I certify that hereinafter is recorded the true and complete record of the proceedings of the Army Board for Correction of Military Records in the case of the above-named individual.

Mr. Carl W. S. Chun              Director
Mr. Hubert S. Shaw, Jr.          Analyst


The following members, a quorum, were present:

Mr. Arthur A. Omartian           Chairperson
Mr. Melvin H. Meyer              Member
Ms. Karen A. Heinz               Member

The applicant and counsel if any, did not appear before the Board.

The Board considered the following evidence:

Exhibit A - Application for correction of military
   records
Exhibit B - Military Personnel Records (including
   advisory opinion, if any)

## FINDINGS:

1. The applicant has exhausted or the Board has waived the requirement for exhaustion of all administrative remedies afforded by existing law or regulations.

Printed on   Recycled Paper

ABCMR Proceedings (cont)                    AR2001056368

criteria in effect for the FY99 Lieutenant Colonel, Army Competitive Category
Promotion Selection Board.

RECOMMENDATION:

1.  That all of the Department of the Army records related to this case be
submitted to a SSB for consideration under the criteria in effect for the FY99
Lieutenant Colonel, Army Competitive Category Promotion Selection Board.

2.  That if the individual concerned is selected for promotion by the SSB, then he
should be promoted to lieutenant colonel, provided an appropriate date of rank
and paid all back pay and allowances to which he is entitled.

3.  That, if the individual concerned is not selected for promotion by the SSB,
then he be notified of this decision.

BOARD VOTE:

_mm_   _Q_   _KAE_   GRANT AS STATED IN RECOMMENDATION

_____   _____   _____   GRANT FORMAL HEARING

_____   _____   _____   DENY APPLICATION


                              CHAIRPERSON

TAPC-MSP-S

8D4l02

MEMORANDUM FOR Secretariat for DA Selection Boards, ATTN:
TAPC-MSB

SUBJECT:  Promotion Board Reconsideration – Chambers, Christopher
M., 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, IN

1.  Request MAJ Christopher M. Chambers, 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, IN, be
reconsidered for promotion by a special selection board under the
same criteria and instruction established for the FY99 Lieutenant
Colonel, Army Promotion Selection Board that convened on
2 March 1999 and recessed on 30 March 1999 .

2.  This officer was originally considered but not recommended
for promotion by the promotion selection board identified above.
The ABCMR has directed that the Officer Evaluation Report for the
period ending 9 May 1997 be included in his OMPF, and place his
records before a special selection board.

Encls                          JOE M. LOZANO
1.  OMPF                       Deputy Chief
2.  ORB                        Promotions Branch
3.  OER
4.  Citation
5.  Certificate
6.  Photo
7.  Voter Sheet





S E C R E T A R Y   O F   T H E   A R M Y
WASHINGTON

February 25, 1999

MEMORANDUM FOR PRESIDENT AND BOARD MEMBERS, FY99 LIEUTENANT
COLONEL, ARMY COMPETITIVE CATEGORY
PROMOTION SELECTION BOARD

SUBJECT:  Instructions for the Fiscal Year 1999 Lieutenant Colonel, Army Competitive
Category, Promotion Selection Board

1.  <u>Authority</u>.  This selection board is appointed under the provisions of 10 USC 611(a)
to consider officers of the Army Competitive Category for promotion to the grade of
lieutenant colonel.

2.  <u>Membership</u>.  You have been selected to serve on this board because the Army
has confidence in your ability to recognize those officers who will make the greatest
contribution as Army leaders in the years ahead.  Bear in mind the serious nature of
board duty and your obligation to ensure these proceedings remain above reproach
at all times.  The oath you have taken obliges you to ensure that all eligible officers
are considered without prejudice or partiality.  You will adhere to that oath and to all
governing laws, directives, regulations, written administrative instructions regarding
board procedures, and these instructions in selecting officers who meet the needs of
the Army as outlined here.  Your failure to do so may be cause to remove you from this
board.  That is your charter.

3.  <u>Considered Population</u>.

  a.  Above the promotion zone:  A promotion eligibility category of officers whose
dates of rank are senior to any officer in the promotion zone.  All eligible officers with
the following dates of rank will be considered.

      MAJ, ACC        1 July 1994 and earlier

  b.  In the promotion zone:  All eligible officers with the following dates of rank will be
considered.

      MAJ, ACC        2 July 1994 through 1 May 1995

  c.  Below the promotion zone:  A promotion eligibility category of officers who are
eligible for promotion consideration and whose dates of rank are junior to any officer in
the promotion zone.  All eligible officers with the following dates of rank will be
considered.

      MAJ, ACC        2 May 1995 through 1 March 1996

 Printed on    Recycled Paper

Encl 2

Exhibit A
Encl 5

4. Method and Number to be Selected.

a. Your board will use the "best qualified" method of selection to meet the needs of the Army as described in Enclosure 1. The total number to be selected includes above zone, primary zone and below zone officers.

| Competitive Category | Optimum | Maximum |
|---|---|---|
| ACC | 954 | 1060 |

b. The board will select from the below the zone population, unless cogent reasons exist not to do so (e.g., insufficient number of clearly superior officers), at least a number equal to 5.0 percent and no more than a number equal to 7.5 percent of the maximum number of officers that the board recommends for promotion.

5. Career Field and Skill Selection Requirements and Goals. Career fields preceded by an asterisk (*) indicate a critical skill selection requirement. The board must select at least the minimum number in that critical skill if there are a sufficient number of officers fully qualified for promotion in or above the promotion zone who hold that career field designation.

| Branch / Functional Area | Career Field Code AOC/ASI | Minimum Selection Goal | Minimum Selection Requirement |
|---|---|---|---|
| Infantry | 11 | 49 | |
| Armor | 12 | 27 | |
| Field Artillery | 13 | 53 | |
| *Air Defense Artillery | 14 | 9 | 1 |
| *Aviation | 15 | 41 | 19 |
| *Special Forces | 18 | | 27 |
| *Engineer | 21 | | 71 |
| *Signal Corps | 25 | | 63 |
| *Military Police | 31 | | 21 |
| *Military Intelligence | 35 | | 79 |
| Psychological Operations/Civil Affairs | 39 | | |
| Psychological Operations | 39B | 5 | |
| *Civil Affairs | 39C | | 8 |
| Personnel Programs Management | 41 | 42 | |
| *Adjutant General's Corps | 42 | | 29 |
| *Finance Corps | 44 | | 14 |
| *Comptroller | 45 | 19 | 6 |
| *Single Track FA45 | | | 1 |
| *Public Affairs | 46 | | 18 |
| *Single Track FA46 | | | 1 |
| Academy Professors | 47 | n/a | n/a |
| Foreign Area Officer | 48 | | |

2

| Branch / Functional Area | Career Field Code AOC/ASI | Minimum Selection Goal | Minimum Selection Requirement |
|---|---|---|---|
| Latin America | 48B | 6 | |
| *West Europe | 48C | | 9 |
| South Asia | 48D | 1 | |
| *Russia/East Europe | 48E | 4 | 3 |
| *China | 48F | | 4 |
| *Middle East/North Africa | 48G | | 15 |
| *Northeast Asia | 48H | | 3 |
| *Southeast Asia | 48I | | 2 |
| *Africa, South Of Sahara | 48J | | 3 |
| Operations Research/Systems Analyst | 49 | 28 | |
| *Single Track FA49 | | | 4 |
| *Army Acquisition Corps (includes 51, 53C, & 97) | 51 | 51 | 40 |
| *Nuclear Weapons | 52 | | 9 |
| *Systems Automation | 53 | 16 | 5 |
| *Single Track FA53 | | | 3 |
| Operations, Plans, and Training | 54 | 105 | |
| *Chemical Corps | 74 | | 27 |
| *Transportation Corps | 88 | | 33 |
| *Multifunctional Logistics | 90 | 64 | 24 |
| *Ordnance | 91 | | 68 |
| *Quartermaster Corps | 92 | | 54 |

6.  Guidance.

a.  Enclosure 1, Department of the Army Memorandum (DA Memo) 600-2, dated 26 November 1993, with appendixes A, sections 1 & 3; G, section 1; H; and I, section 1 provides administrative procedures, oath for selection board members, general requirements, guidance concerning the conduct of the selection board and disclosure of information, information to be considered or prohibited from consideration, criteria for selection, officer evaluation reports, and equal opportunity. In addition, you will find guidance on the factors to consider in determining the professional qualifications and future potential of individual officers, and the importance of ensuring all officers receive equal opportunity in the selection process.

b.  Except as discussed in DA Memo 600-2, paragraph 6, do not communicate with anyone except a recorder or me concerning this board. After the board report is signed and a draft After Action Report is submitted to the DCSPER, board members are authorized to discuss board proceedings with the ASA(M&RA), the DCSPER, or his representative prior to recess. You will not disclose specifics pertaining to the selection or non-selection of individuals during such a discussion. The Board will abide by this guidance and not establish criteria other than those specified in this Memorandum of Instruction (MOI).

3

7. Additional Guidance.

a. OER Cutoff Date Exception. The DCSPER or his designee, normally the DMPM, may approve written requests for exception to permit the board to consider evaluation reports that arrive at PERSCOM after the announced cutoff date, but on or before 5 March 1999 and that have been accepted for filing in the OMPF. The recorder will retain written approval of any exception granted as part of the board report.

b. Color Photographs. In October of 1991, AR 640-30 was revised to require color official Army photographs. In October of 1995, this regulation was again revised to authorize the use of digital 4 X 6 official photos. An officer's file may contain a color 4 X 10, or digitally produced 4 X 6 photo. Do not draw adverse inference from the type of official military photograph in the individual's file. The style of photograph present in the officer's file typically reflects the type of photographic support provided at the installation.

c. Rear Detachment Commanders. The Army relies heavily upon officers who serve as rear detachment commanders during the deployment of forces and combat. These officers have the tremendous responsibility to care for the families of deployed soldiers, military communities, remaining units, and installations. Board members must recognize the importance of this duty and exercise appropriate consideration in the selection board process.

d. Written Communication to the Board. You are required to report the name of each Regular Army officer considered and not recommended for promotion who either requests to be non-selected for promotion or who otherwise directly causes his or her non-selection through a written communication to the board. The names of such officers will be included as a separate enclosure to the board report. These officers will not be eligible for involuntary separation pay if separated from active duty under Chapter 36 of Title 10, U.S. Code, based on their failure of selection for promotion.

e. Command and General Staff College (CSC). The board will not view selection for attendance; resident attendance at CSC; or equivalent credit as a criterion for promotion selection. In February 1996, the Army granted "Resident CGSOC Credit" to approximately 160 officers in Year Groups 1978 through 1983 who had completed CGSOC by correspondence, and had also successfully completed a branch qualifying assignment. This action was intended to reduce the backlog of officers selected to attend the resident course, but operationally deferred from attending. Board members are not to penalize officers who were granted equivalent credit.

f. Joint Duty Selection Objectives. Law and directives establish an important objective that the qualifications of officers assigned to joint duty positions be such that they are selected at a rate not less than that of their peers in comparable Service positions.

4

(1) The Army assignment policy objective is working if the board is able to select officers, as a group, such that:

- Officers who are serving on or have served on the Joint Staff are selected at a rate not less than the selection rate for other officers considered by the board who are serving on or have served on the Headquarters Staff, Department of the Army.

- Officers who have been awarded the joint specialty are selected at a rate not lower than the selection rate for other officers under consideration by the board who are serving on or have served on the Headquarters Staff, Department of the Army.

- Officers who are serving in or have served in other joint duty assignments, excluding those in (a) and (b) above, are selected at a rate not less than the overall selection rate for the board.

- Officers who are serving or have served in the Office of the Secretary of Defense are selected at a rate not less than the selection rate for other officers considered by the board who have served on the Headquarters Staff, Department of the Army.

(2) The board will identify the categories of officers described above from information annotated on the voter completion sheet of the individual board file.

(3) If the board fails to meet these objectives in any category, the board will discuss in the board report the procedures taken to assure itself that joint duty officers received appropriate consideration and provide an analysis of factors that contributed to the shortfall. The board will also address any other matters which affected the consideration of joint duty officers in the after-action report.

g. <u>Army Acquisition Corps (AAC)</u>. On 30 August 1996, the CSA approved a plan to return approximately 33 Army Acquisition Corps officers from overstrength year groups 82 and 83 to their basic branch for assignment and career management. This action responded to a reduction in requirements for AAC colonels and the need to fill critical field grade vacancies in basic branches. The transferred officers (in addition to several volunteers) were selected based upon their ability to succeed in branch qualifying positions and resume successful careers within their basic branches. Consequently, many of these officers may appear to have non-standard career patterns. The CSA intended that this transfer action not penalize any officer and reflects no downturn in performance, nor indicates a lack of success as an AAC professional.

h. <u>Army Acquisition Corps (AAC) Selection Objectives/Goals</u>. Law dictates that the qualifications of officers selected for the AAC are such that those officers are expected, as a group, to be promoted at a rate not less than the rate for all officers selected by the board.

(1) To attract and retain a sufficient number of top quality AAC officers, the board will strive to select first-time considered AAC officers at a rate not less than the selection rate for all first-time considered officers.

(2) The board will include a summary of functional area selection rates by career field in the statistical summary enclosure to the board after-action report. Should the board fail to meet the overall selection goal and/or career field selection goal, the board president will include the reasons in the board report.

i. Single Track Officer Selection Objectives/Goals. To attract and retain a sufficient number of top quality single-track officers with these highly-specialized skills in key functional areas, the board will strive to select:

(1) All first-time considered functional area single-tracked officers (except 47 and AAC officers) at a rate not less than the selection rate for all first-time considered officers.

(2) First-time considered single-track officers within each functional area at a rate comparable with the overall first-time considered selection rate for that same functional area.

(3) The board will include a summary of single-track selection rates by functional area in the statistical summary enclosure to the board after-action report. Should the board fail to meet these selection goals (para h(1) and h(2)), the board president will include the reasons in the after-action report.

j. Academy Professors, USMA (47).

(1) Academy Professors are essential to USMA's mission accomplishment. These officers provide the leadership, both military and academic, to the Corps of Cadets and to the junior officers who serve on the USMA faculty. They also provide stability and continuity for the academic program at USMA, ensuring consistency with and relevancy to the needs of the Army. The rigorous Army-wide selection process requires Academy Professors to have outstanding records of military performance and solid academic credentials. An Academy Professor is required to have a Ph.D., or to have a masters degree and be able to obtain a Ph.D. within three years of appointment. This requirement will sometimes result in an officer not being "fully branch qualified" as a Major in their basic branch at the time they are considered for promotion to Lieutenant Colonel. This factor, by itself, should not result in an adverse consideration. Through the screening and selection processes, the Army and USMA will have determined that officers will indeed be of the highest quality before being appointed as Academy Professors.

(2) Academy Professors normally remain on the USMA faculty until retirement and follow a career pattern that is necessarily skewed toward academics, teaching, and

6

research. In addition, these officers also continue to make important contributions to the Army through such activities as service with Army laboratories; consultation with DA, JCS, and DoD agencies related to their academic and military expertise; and special duty with units in the field Army. Finally, these officers, once selected for Academy Professor, are not considered by Army centralized command nor senior service college selection boards.

  k.  Not Fully Qualified in a Critical Skill. The board will identify those officers who, in the opinion of the majority of the board members, are not fully qualified to meet the skill needs of the Army at the next higher grade in that particular career field or skill area as indicated in paragraph 5 by an asterisk. Any officer determined to be not fully qualified in a particular career field or skill area as a result of this review process will not be counted toward that career field selection requirement if selected for promotion. The board president will attach to the after-action report an attest roster of those officers whom the board considers to be not fully qualified in a critical skill career field.

  l.  The new OER system.

    (1) This board will have new OERs present and in some cases will be the senior rater's initial report in the new system. Remember, the new OER system is specifically designed to ensure that senior raters limit their Above Center of Mass ratings to less than fifty percent of the total profile for each grade. They are personally responsible for ensuring completed reports process at HQDA in the desired sequence, regardless of the method utilized to forward them. Senior raters have been advised to limit Above Center of Mass ratings to a goal of one-third of all ratings in order to establish an adequate rating "cushion" and maintain maximum flexibility. A notable reduction in Above Center of Mass evaluations, especially in a senior rater's initial OER, is expected to occur as he/she attempts to follow this guidance. Therefore, expect Center of Mass evaluations to be the norm.

    (2) Board members also must watch for OERs rendered under the new OER system when the senior rater's profile is immature, and/or when the senior rater rates a small number of officers. This information is available in the senior rater portion of the OER ( Part VIIa and DA label). In these cases, the senior rater has little or no capability to render an " Above Center of Mass" senior rating. Therefore, board members should expect "Center of Mass" rating and should pay particularly close attention to the senior rater's narrative. Officers should not be disadvantaged merely because they were rated under these circumstances.

  m.  Inspector General (IG) Duty.

    (1) Officers nominated for assignment as an IG are approved by the Inspector General. They are selected based upon a background that reflects outstanding performance, future potential and demonstrated adherence to Army values. They should first be qualified in their respective career fields before they are accepted for IG

duties. IGs have a special role in serving as the extension of their commander's eyes, ears, voice, and conscience. They report on issues that affect readiness, warfighting and quality of life in our ever changing Army. IGs develop a unique relationship with commanders which requires total confidence and trust. They are on the commander's personal staff and provide commanders a sounding board for sensitive issues. Further, IGs understand the functions of the chain of command while being fair and impartial without regard to rank or position of the individual(s) involved.

(2) Most importantly, IGs are trained to exercise mature judgment and initiative in executing their duties. Members of selection boards must recognize that because the Army does not have an IG career field, officers initially enter the IG detail as experts in their branch but must be trained in the IG System. They complete their detail with a much broader background and more leadership experience with the Total Army than many of their peers.

n. Reserve Component Duty.

(1) RC units are a significant and vital part of our Total Army warfighting capability, and the Army leadership has instituted systems and programs to ensure that quality officers receive these assignments. Officers in the Training Support Brigades (TSB) provide comprehensive lanes training and serve as Observer Controllers and AAR facilitators for RC units. They spend 100 percent of their time on training management and training evaluation, developing exceptional experience and proficiency. Army National Guard advisors and officers in full time support to U.S. Army Reserve units are principal advisors to the commanders and soldiers of these units and must demonstrate not only technical an tactical proficiency, but also managerial effectiveness in a turbulent, resource-constrained environment.

(2) TSBs have been created, replacing Readiness Groups and Regional Training Brigades, to execute missions such as training evaluation and assistance for gunnery and maneuver lanes of Force Support Package units. Additionally, a TSB may deploy as a Mobilization Assistance Team (MAT) to support mobilization operations and provide the commander assistance in processing, validation, training and deployment of select RC units. The board should understand the challenging nature of RC duty and provide appropriate consideration in the overall evaluation of each officer's record. This guidance replaces DA Memo 600-2, paragraph G-1, i.

o. Astronaut Candidates. There is a lack of awareness of officers selected for assignment to the Houston NASA Detachment who are in training to compete for selection by NASA as astronauts. The selection process for assignment to the Houston NASA Detachment is extremely rigorous and these officers spend several difficult years in space operations activities as they compete in the NASA astronaut selection process. However, these same years are normally when the officer would be in traditional branch qualifying assignments. The board should recognize the unique situation of these officers and exercise appropriate consideration, not penalizing

8

officers who the Army has encouraged to pursue this extremely narrow and specialized track. The board must strive to capitalize on the significant investment made by these officers. These officers are critical to the Army's participation in the Space Shuttle and International Space Station Programs and for other future mutually supporting operations between the Army and NASA.

p. <u>Training Base</u>. The importance of assignment to our enlisted training base units within the institutional Army cannot be overemphasized as an essential pillar of our system and key to our Army's readiness. It is the front end in a soldier's life cycle and it establishes the basic path that individual will take. Those who work in it are equally important. The inherent duties associated with assignment to the training base include all the elements of teaching, coaching and mentoring we consider paramount to our Army's success. The Army leadership is committed to ensuring quality officers receive these assignments. They must accomplish all of our training goals to rigorous standards with constrained resources. The board should understand the complex and challenging nature of assignments these training base units and give appropriate consideration in the overall evaluation of each officer's record. The expectation is that officers with enlisted training base experience would be selected for promotion at the same rate as their contemporaries.

8. <u>Equal Opportunity</u>.

a. The success of today's Army comes from total commitment to the ideals of freedom, fairness, and respect for human dignity upon which our country was founded. People remain the cornerstone of readiness. To this end, equal opportunity for all soldiers is the only acceptable standard for our Army. This principle applies to every aspect of career development and utilization in our Army, but is especially important to demonstrate in the selection process. To the extent that each Board demonstrates that race, ethnic background, and gender are not impediments to selection for school, command, and promotion; our soldiers and our nation will have a clear perception of equal opportunity in the Army. A commitment to equal opportunity is vitally important to the success of an Army that serves a nation as diverse as ours.

b. You must be alert to the possibility of past personal or institutional discrimination, whether intentional or inadvertent in the assignment patterns, evaluations, or professional development of officers in those groups for which you have an equal opportunity selection goal. Such discrimination may be unintentional and not motivated by malice, bigotry, or prejudice. Indicators of discrimination may include: disproportionately lower evaluation reports; assignments of lesser importance or responsibility; lack of opportunity to attend career-building military schools; gratuitous mention of race, ethnicity, or gender; or mention of an officer's organizational or institutional affiliations unrelated to duty performance and potential. Taking these factors into consideration, assess the degree to which an officer's record, as a whole, is an accurate reflection, free of bias, of that officer's performance potential. These matters must be taken into consideration in your selection. '

9

c.  Your goal is to achieve a selection rate in each minority group (Black, Hispanic, Asian/Pacific Islander, American Indian/Alaskan Native and Other/Unknown) or gender group (female), that is not less than the selection rate for all officers in the promotion zone of consideration (first-time considered).  This goal will not be interpreted as guidance to meet a particular "quota."  The actual selection rate may be higher or lower than the goal.  Comparison of tentative selection rates to the goal offers you a diagnostic tool to ensure that all officers receive equal opportunity in the selection process.

d.  You are required to conduct a review of the files of all first-time considered officers under consideration by the board in a minority or gender group who are determined to be fully qualified, but tentatively not best qualified for promotion.  You will review such files for the effects of past discrimination in any case in which the selection rate for a minority or gender group (first-time considered) is less than the selection rate for all first-time considered officers.  This review is required even if the selection of one additional individual in a minority or gender group would result in a selection rate equal to or greater than the equal opportunity goal for the minority or gender group.  If the board finds an indication that the official record of an officer may not accurately reflect his or her potential for service at the next higher grade due to past discriminatory practices – whether institutional or personal, deliberate, or inadvertent – the board will reevaluate (revote) that officer's record and adjust his or her relative standing to reflect the new evaluation.

e.  For the purposes of this board, the foregoing guidance as to when an equal opportunity review is required takes precedence over the general guidance contained in DA Memorandum 600-2, para A-8c(2)(a), first sentence.  You will refer to the remainder of DA Memorandum 600-2, para A-8c(2), for a description of the procedures to use for this review, as well as instructions concerning required revoting procedures where past discrimination is discovered.

9.  Your decisions will have a lasting effect on the Army.  Our soldiers and Army civilians deserve leaders who are both competent in their duties and who treat them with dignity, respect, and fairness at all times.  This ethic is essential to a cohesive and disciplined Army.  Just as you have been charged to make your selection without prejudice or partiality, so also must you select officers who adhere to these same principles if we are to sustain an Army that can win the next war.  I have great confidence in your ability to carry out this important responsibility.

Louis Caldera

Enclosure

10



**S E C R E T A R Y   O F   T H E   A R M Y**
WASHINGTON
FEB 2 8 2002



MEMORANDUM FOR PRESIDENT AND MEMBERS, SPECIAL SELECTION
BOARDS AND SELECTIVE CONTINUATION BOARDS

SUBJECT: Memorandum of Instructions

1. <u>Authority</u>. This board is appointed under the provisions of Section 611(b) and
Section 628, Title 10, United States Code.

2. <u>General</u>.

   a. The proceedings of the board will be conducted in accordance with these
instructions and the specific Memorandum of Instruction (MOI) used by the
original selection board for which consideration is being provided.

   b. Officers considered will be afforded the same or comparable consideration
as was given their contemporaries by the original selection board. The fact that a
previous board may have considered some officers will be disregarded. The
board's recommendation must be based upon the evaluation of the officer's file
as it should have appeared (with any appropriate corrections), when the original
board should have considered it.

3. <u>Guidance</u>. The method of selection, best qualified or fully qualified, will be the
same as that specified in the original board's MOI.

   a. The fully qualified method of selection requires the board to determine
whether the officer being considered is fully qualified for promotion or selective
continuation under the criteria explained in the original board's MOI.

   b. The best qualified method of selection requires the board to determine
whether the officer being considered is fully qualified and also best qualified for
promotion or selective continuation based upon comparison to a sampling of the
records of officers recommended and not recommended by the original board.
The files to be used for comparison will be furnished by the Department of the
Army Secretariat for Selection Boards.

4. <u>Instructions Concerning Communications and Information</u>.

   a. Each of you (president, members, recorders, and administrative support
personnel) is responsible to maintain the integrity and independence of this
selection board and to foster the careful consideration, without prejudice or
partiality, of all eligible officers. DOD Instruction 1320.14 provides specific rules


Printed on    Recycled Paper

Exhibit A
Encl 6

governing the conduct of officer selection boards and the actions of selection board personnel.

b. You must pay particularly close attention to the rules governing communications with and among other board members, the information authorized to be furnished to you, and the procedures you should follow if you believe that the integrity of this selection board has been improperly affected.

c. You may not receive, initiate, or participate in communications or discussions involving information that DOD Instruction 1320.14 precludes from consideration by a promotion selection board. You are to base your recommendations on the material in each officer's military record, any information I have provided to the board in accordance with DOD Instruction 1320.14, and any information about his or her own record communicated to you by individual eligible officers under regulations I have issued. You may not discuss or disclose the opinion of any person not a member of the board concerning an officer being considered unless that opinion is contained in material provided to the board under the provisions of DOD Instruction 1320.14.

d. I am the only person who may appear in person to address you on other than administrative matters. All communications with this board, other than those that are clearly administrative, must be in writing, given to each of you, and made a part of the board's record. I have designated in writing those persons authorized to provide routine administrative information to you.

e. Before the report of the selection board is signed, the recommendations may be disclosed only to members of the board, recorders, and those administrative support personnel I have designated in writing. After you sign the board report, only the recommendations of the board may be disclosed. Except as authorized by DOD Instruction 1320.14 and Section 618(f) of Title 10, United States Code, the proceedings of the board may not be disclosed to any person not a board member or board recorder.

f. If at any time you believe that you cannot in good conscience perform your duties as a member of the board without prejudice or partiality, you have a duty to request relief by me from this duty. I will honor any such request. If you believe that the integrity of the board's proceedings has been affected by improper influence of military or civilian authority, misconduct by the board president or a member, or any other reason, you have a duty to request from me or the Secretary of Defense relief from your obligation not to disclose board proceedings and, upon receiving it, to report the basis for your belief.

2

g. Upon completion of board deliberations, you will, as a minimum, certify in your report to me that:

(1) To the best of your knowledge, the board complied with DOD Instruction 1320.14;

(2) That you were not subject to or aware of any censure, reprimand, or admonishment resulting from the recommendations of the board or the exercise of any lawful function within the authorized discretion of the board;

(3) That you were not subject to or aware of any attempt to coerce or influence improperly any action in the formulation of the board's recommendations;

(4) That you were not party to or aware of any attempt at unauthorized communications;

(5) That, to the best of your knowledge, the board carefully considered the record of each officer whose name was furnished to the board; and

(6) That the officers recommended for promotion (or selective continuation) are, in the opinion of the majority of the members of the board, fully qualified and best qualified to meet the needs of the Army among those officers whose names were furnished to the board.

5. Oath. The following oath or affirmation shall be administered to each member of the board.

"You,_____, do solemnly swear (or affirm) that you will, without prejudice or partiality, and having in view both the special fitness of officers and the efficiency of the Army, perform the duties imposed upon you, and that you will not divulge the proceedings or results thereof pertaining to the selection or non-selection of individual officers except to proper authority."

6. Reports.

a. A formal board report signed by each of the board members is required. The report will list by name those officers recommended and not recommended. The Department of the Army Secretariat for Selection Boards will provide the format for the report, certifying that the board carefully considered the case of each officer whose name was submitted to it.

b. The board report will include the certification required by DOD Instruction 1320.14 (see paragraph 4.g., above).

3

c. The board report will be marked "FOR OFFICIAL USE ONLY" until the Department of the Army has made appropriate announcements.

d. Additionally if applicable, a third list of names will be prepared identifying those officers who, in the opinion of the majority of the board, should be required to show cause for retention in an active status by reason of criteria specified in AR 600-8-24, Chapter 4. These criteria include: substandard performance of duty, misconduct, moral or professional dereliction, or actions clearly inconsistent with national security.

7. <u>Board Results</u>. The details of the proceedings, recorded or unrecorded, pertaining to the selection or non-selection of individual officers will not be disclosed for any reason. The fact that the board, for selection or as a comparison, considered an officer will not be disclosed.

8. <u>Equal Opportunity</u>. The following Equal Opportunity guidance shall be used in lieu of the specific Memorandum of Instruction (MOI) used by the original selection board for which consideration is being provided.

a. The success of today's Army comes from total commitment to the ideals of freedom, fairness, and human dignity upon which our country was founded. People remain the cornerstone of readiness. To this end, equal opportunity for all soldiers is the only acceptable standard for our Army. This principle applies to every aspect of career development and utilization in our Army, but is especially important to demonstrate in the selection process. To the extent that each Board demonstrates that race, ethnic background, and gender are not impediments to selection for school, command, and promotion, our soldiers will have a clear perception of equal opportunity in the selection process. The diverse backgrounds, ideas, and insights offered by soldiers and citizens of all races and of both sexes are a great source of strength for our Nation and our Army. We can best ensure that this source of strength endures by your strict avoidance of the consideration of any factors other than merit and ability as specified elsewhere in this memorandum of instruction in the selection of soldiers for promotion and other favorable personnel actions.

b. You must be alert to the possibility of past personal or institutional discrimination -- whether intentional or inadvertent in the assignment patterns, evaluations, or professional development of all officers. Such discrimination may be unintentional, not motivated by malice, bigotry, or prejudice, and may have been the result of past service utilization practices. Indicators of discrimination may include disproportionately lower evaluation reports; assignments of lesser importance or responsibility; lack of opportunity to attend career-building military schools; gratuitous mention of race, ethnicity, or gender; or mention of an officer's organizational or institutional affiliations unrelated to duty performance and potential. Take these factors into consideration in assessing the degree to

4

which an officer's record, as a whole, is an accurate reflection, free of bias, of that officer's performance and potential. The foregoing guidance shall not be interpreted as requiring or authorizing you to extend any preference of any sort to any officer or group of officers solely on the basis of race, ethnicity, or gender.

9. Thank you for your service as a member of this board. Your decisions will have a lasting effect on the Army. Our soldiers and Army civilians deserve leaders who are competent in their duties and who treat them with dignity, respect, and fairness at all times. This ethic is essential to a cohesive and disciplined Army. Just as you have been charged to make your selections without prejudice or partiality, so also must you select officers who adhere to these principles if we are to sustain an Army that can win the next war. I have great confidence in your ability to carry out this important responsibility.

*Thomas E. White*

Thomas E. White



**DEPARTMENT OF THE ARMY**
SECRETARIAT FOR DEPARTMENT OF THE ARMY SELECTION BOARDS
200 STOVALL STREET
ALEXANDRIA VA  22332-0441



September 10, 2002

MEMORANDUM FOR SECRETARY OF THE ARMY

SUBJECT:  Special Selection Board (Report No. 8-14 LTC Army)

Reference is made to your memorandum of February 25, 1999.  Subject: Instructions for the Fiscal Year 1999 Lieutenant Colonel, Promotion Selection Board and Army Regulation 600-8-29.

Pursuant to instructions contained in the above references, a board of officers convened at 1300, 9 September 2002, at the Department of the Army, Secretariat for Selection Boards, Alexandria, Virginia, to consider the case of an officer being referred.

The board president, board members and board recorders hereby certify that, to the best of their knowledge, the board complied with DOD Instruction 1320.14; that they were not subject to or aware of any censure, reprimand, or admonishment about the recommendations of the board or the exercise of any lawful function within the authorized discretion of the board; that they were not subject to or aware of any attempt to coerce or influence improperly any action in the formulation of the board's recommendations; and that they were not a party to, or aware of, any attempt at unauthorized communications.

The board, acting under oath and having in view the special fitness of officers and the efficiency of the Army, has carefully considered the record of every officer whose name was furnished to it under Section 628, Title 10 as specified in the Memorandum of Instruction.

In the opinion of the majority of the members, the officer named in the enclosure is found fully qualified but not best qualified to perform the duties or assume the responsibilities expected of the next higher grade.  Therefore, the officer is not recommended for promotion.

The board recessed, at 0810, 10 September 2002.

FOR OFFICIAL USE ONLY

 Printed on ♲ Recycled Paper

**Exhibit A**
**Encl 7**

SUBJECT: Special Selection Board (Report No. 8-14 LTC Army)


MICHAEL G. CLARK
Colonel, FA
Member

JAMES R. ROWAN
Colonel, EN
President


MITCHEL J. THOMPSON
Lieutenant Colonel, 48 (Joint)
Member

JOSEPH K. WALLACE
Lieutenant Colonel, AR
Member


VICKI A. SMITH
Lieutenant Colonel, TC
Member

EDRIC A. KIRKMAN
Lieutenant Colonel, SC
Member


DARLENE E. PEARSON
Captain, GS
Recorder without a vote


Enclosures

SUBJECT: Special Selection Board (Report No. 8-14 LTC Army)

**CONSIDERED AND NOT RECOMMENDED FOR PROMOTION**

<u>TO THE GRADE OF LIEUTENANT COLONEL</u>

| <u>NAME</u> | <u>GRADE</u> | <u>SSN</u> | <u>BR</u> | BOARD<br>CRITERIA<br><u>USED</u> |
|---|---|---|---|---|
| CHAMBERS CHRISTOPHER M. | MAJ | 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 | IN | *MAR 99 |

Recorder          (Attest)                    Board Member          (Attest)

*Reconsideration

FOR OFFICIAL USE ONLY

**Army Regulation 15-185**

Boards, Commissions, and Committees

# Army Board for Correction of Military Records

Headquarters
Department of the Army
Washington, DC
29 February 2000

## UNCLASSIFIED

Exhibit B

This page intentionally left blank

Headquarters
Department of the Army
Washington, DC
29 February 2000

*Army Regulation 15-185

Effective 29 March 2000

Boards, Commissions, and Committees

## Army Board for Correction of Military Records

*Louis Caldera*
*Secretary of the Army*

**History.** This printing publishes a revision of this publication. Because the publication has been extensively revised, the changed portions have not been highlighted.

**Summary.** This regulation provides Department of the Army policy, criteria and administrative instructions regarding an applicant's request for the correction of a military record.

**Applicability.** This regulation applies to the Active Army, the Army National Guard of the U.S., and the U.S. Army Reserve to the extent that each is subject to the authority of the Secretary of the Army under title 10 of the U.S. Code. It also applies to former soldiers of these organizations and their heirs or legal representatives and other individuals, military or civilian, who are affected by a military record. Further, it applies to the Defense Finance and Accounting Service in settling claims as a result of correction of an Army military record. This regulation remains in full effect during mobilization.

**Proponent and exception authority.** The proponent of this regulation is the Assistant Secretary of the Army (Manpower and Reserve Affairs).

The Assistant Secretary of the Army (Manpower and Reserve Affairs) has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions in accordance with Army Regulation 11-2 but does not identify key management controls that must be evaluated.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from the Department of the Army Review Boards Agency, ATTN: SFMR-RBR, 1941 Jefferson Davis Highway, Arlington, VA 22202-4508.

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to the Department of the Army Review Boards Agency, ATTN: SFMR-RBR, 1941 Jefferson Davis Highway, Arlington, VA 22202-4508.

**Distribution.** Distribution of this publication is made in accordance with initial distribution number (IDN) 093138, intended for command levels C, D, and E for Active Army, Army National Guard of the U.S., and U.S. Army Reserve.

---

*This regulation supersedes Army Regulation 15-185, dated 18 May 1977.

## UNCLASSIFIED

*Table of Contents*

**Chapter 1** ...............................................................................**5**
  **Introduction** ....................................................................**5**
    *Section I General* .................................................................5
      1-1.  Purpose ...............................................................5
      1-2.  References ...........................................................5
      1-3.  Explanation of abbreviations and terms ...............5
      1-4.  Statutory authority...............................................5
    *Section II Responsibilities*...................................................5
      1-5.  The Secretary of the Army ..................................5
      1-6.  The ABCMR Director ..........................................5
      1-7.  The chair of an ABCMR panel..............................5
      1-8.  The ABCMR members..........................................5
      1-9.  The director of an Army records holding agency .............6
      1-10.  The commanders of Army Staff agencies and commands .......6
      1-11.  The Director, Defense Finance and Accounting Service ........6

**Chapter 2** ...............................................................................**6**
  **General** ..........................................................................**6**
    *Section I ABCMR Establishment and Functions* ...............6
      2-1.  ABCMR establishment..........................................6
      2-2.  ABCMR functions ...............................................7
    *Section II Application Procedures* ......................................7
      2-3.  Who may apply....................................................7
      2-4.  Time limits..........................................................7
      2-5.  Administrative remedies.......................................7
      2-6.  Stay of other proceedings ....................................7
      2-7.  Counsel...............................................................7
    *Section III Actions by the ABCMR Director and staff* ........8
      2-8.  Criteria ...............................................................8
      2-9.  Burden of proof...................................................8
      2-10.  ABCMR consideration.........................................8
    *Section IV Hearings*..........................................................8
      2-11.  ABCMR hearings ................................................8
    *Section V Disposition of Applications* ................................8
      2-12.  ABCMR decisions...............................................8
      2-13.  ABCMR final action............................................8
      2-14.  Decision of the Secretary of the Army ................9
      2-15.  Reconsideration of ABCMR decision ..................9

**Chapter 3** .............................................................................**10**
  **Claims/Expenses** .........................................................**10**
      3-1.  Authority............................................................10
      3-2.  Settlement of claims ..........................................10
      3-3.  Payment of expenses ........................................10

**Chapter 4** .............................................................................**10**
  **Miscellaneous Provisions** ...........................................**10**
      4-1.  Special standards .............................................10
      4-2.  Public access to decisions ................................11

AR 15-185 • 29 February 2000

**Appendix A** .............................................................................................**12**

  **References** ..........................................................................................**12**

    *Section I Required Publications* ............................................................ *12*

    *Section II Related Publications* ............................................................. *12*

    *Section III Prescribed Forms*................................................................ *12*

    *Section IV Referenced Forms* ............................................................... *12*

  **Glossary** ..............................................................................................**13**

    *Section I Abbreviations*....................................................................... *13*

    *Section II Terms*.................................................................................. *14*

    *Section III Special Abbreviations and Terms*........................................ *14*

  **Index** ....................................................................................................**15**

# Summary of Change

AR 15-185, Army Board for Correction of Military Records

This revision—

- Updates information on the policy and procedures for the operation of the Army Board for Correction of Military Records.

- Implements Department of Defense (DOD) Instruction 1336.6, Correction of Military Records (para 2-2a).

- Implements that portion of section 1034 of title 10 of the U.S. Code and that portion of DOD Directive 7050.6, Military Whistleblower Protection, that pertain to actions by the Army Board for Correction of Military Records (para 2-2b).

- Prescribes DD Form 149 (Application for Correction of Military Record Under the Provisions of title 10, U.S. Code, section 1552) (para 2-3b).

**Chapter 1**
**Introduction**

**Section I**
**General**

**1-1. Purpose**
This regulation prescribes the policies and procedures for correction of military records by the Secretary of the Army, acting through the Army Board for Correction of Military Records (ABCMR).

**1-2. References**
Appendix A lists required and related publications and prescribed and referenced forms.

**1-3. Explanation of abbreviations and terms**
The glossary defines abbreviations and special terms.

**1-4. Statutory authority**
Section 1552 of title 10 of the U.S. Code (Correction of Military Records: Claims Incident Thereto) (10 U.S.C. 1552) is the statutory authority for this regulation.

**Section II**
**Responsibilities**

**1-5. The Secretary of the Army**
The Secretary of the Army will oversee the operations of the ABCMR. The Secretary will take final action on applications, as appropriate.

**1-6. The ABCMR Director**
The ABCMR Director will manage the ABCMR's day-to-day operations.

**1-7. the chair of an ABCMR panel**
The chair of a given ABCMR panel will preside over the panel, conduct a hearing, maintain order, ensure the applicant receives a full and fair opportunity to be heard, and certify the written record of proceedings in pro forma and formal hearings as being true and correct.

**1-8. The ABCMR members**
The ABCMR members will—

    *a.* Review all applications that are properly before them to determine the existence of error or injustice.

    *b.* If persuaded that material error or injustice exists and that sufficient evidence exists on the record, direct or recommend changes in military records to correct the error or injustice.

    *c.* Recommend a hearing when appropriate in the interest of justice.

    *d.* Deny applications when the alleged error or injustice is not adequately supported by the evidence and when a hearing is not deemed proper.

    *e.* Deny applications when the application is not filed within prescribed time limits and when it is not in the interest of justice to excuse the failure to file in a timely manner.

**1-9. The director of an Army records holding agency**
The director of an Army records holding agency will—

    *a.* Take appropriate action on routine issues that may be administratively corrected under authority inherent in the custodian of the records and that do not require ABCMR action.

    *b.* Furnish all requested Army military records to the ABCMR.

    *c.* Request additional information from the applicant, if needed, to assist the ABCMR in conducting a full and fair review of the matter.

    *d.* Take corrective action directed by the ABCMR or the Secretary of the Army.

    *e.* Inform the Defense Finance and Accounting Service (DFAS), when appropriate; the applicant; applicant's counsel, if any; and interested Members of Congress, if any, after a correction is complete.

    *f.* Return original records of the soldier or former soldier obtained from the Department of Veterans Affairs (VA).

**1-10. The commanders of Army Staff agencies and commands**
The commanders of Army Staff agencies and commands will—

    *a.* Furnish advisory opinions on matters within their areas of expertise upon request of the ABCMR, in a timely manner.

    *b.* Obtain additional information or documentation as needed before providing the opinions to the ABCMR.

    *c.* Provide records, investigations, information, and documentation upon request of the ABCMR.

    *d.* Provide additional assistance upon request of the ABCMR.

    *e.* Take corrective action directed by the ABCMR or the Secretary of the Army.

**1-11. The Director, Defense Finance and Accounting Service**
At the request of the ABCMR staff, the Director, DFAS, will—

    *a.* Furnish advisory opinions on matters within the DFAS area of expertise upon request.

    *b.* Obtain additional information or documentation as needed before providing the opinions.

    *c.* Provide financial records upon request.

    *d.* On behalf of the Army, settle claims that are based on ABCMR final actions.

    *e.* Report quarterly to the ABCMR Director on the monies expended as a result of ABCMR action and the names of the payees.

**Chapter 2**
**General**

**Section I**
**ABCMR Establishment and Functions**

**2-1. ABCMR establishment**
The ABCMR operates pursuant to law (10 U.S.C. 1552) within the Office of the Secretary of the Army. The ABCMR consists of civilians regularly employed in the executive part of the Department of the Army (DA) who are appointed by the Secretary of the Army and serve on the ABCMR as an additional duty. Three members constitute a quorum.

**2-2. ABCMR functions**

   a. The ABCMR considers individual applications that are properly brought before it. In appropriate cases, it directs or recommends correction of military records to remove an error or injustice.

   b. When an applicant has suffered reprisal under the Military Whistleblower Protection Act (section 1034, title 10, of the U.S. Code (10 U.S.C. 1034) and Department of Defense Directive (DODD) 7050.6), the ABCMR may recommend to the Secretary of the Army that disciplinary or administrative action be taken against any Army official who committed an act of reprisal against the applicant.

   c. The ABCMR will decide cases on the evidence of record. It is not an investigative body. The ABCMR may, in its discretion, hold a hearing (sometimes referred to as an evidentiary hearing or an administrative hearing in 10 U.S.C. 1034 and DODD 7050.6) or request additional evidence or opinions.

**Section II**
**Application Procedures**

**2-3. Who may apply**

   a. The ABCMR's jurisdiction under 10 U.S.C. 1552 extends to any military record of the DA. It is the nature of the record and the status of the applicant that define the ABCMR's jurisdiction.

   b. Usually applicants are soldiers or former soldiers of the Active Army, the U.S. Army Reserve (USAR), and in certain cases, the Army National Guard of the United States (ARNGUS) and other military and civilian individuals affected by an Army military record. Requests are personal to the applicant and relate to military records. Requests are submitted on DD Form 149 (Application for Correction of Military Record Under the Provisions of Title 10, U.S. Code, Section 1552). Soldiers need not submit applications through their chain of command.

   c. An applicant with a proper interest may request correction of another person's military records when that person is incapable of acting on his or her own behalf, missing, or deceased. Depending on the circumstances, a child, spouse, parent or other close relative, heir, or legal representative (such as a guardian or executor) of the soldier or former soldier may be able to demonstrate a proper interest. Applicants must send proof of proper interest with the application when requesting correction of another person's military records.

**2-4. Time limits**
Applicants must file an application within 3 years after an alleged error or injustice is discovered or reasonably should have been discovered. The ABCMR may deny an untimely application. The ABCMR may excuse untimely filing in the interest of justice.

**2-5. Administrative remedies**
The ABCMR will not consider an application until the applicant has exhausted all administrative remedies to correct the alleged error or injustice.

**2-6. Stay of other proceedings**
Applying to the ABCMR does not stay other proceedings.

**2-7. Counsel**

   a. Applicants may be represented by counsel, at their own expense.

*b.* See DODD 7050.6 for provisions for counsel in cases processed under 10 U.S.C. 1034.

**Section III**
**Actions by the ABCMR Director and staff**

**2-8.  Criteria**
The ABCMR staff will review each application to determine if it meets the criteria for consideration by the ABCMR. The application may be returned without action if—

    *a.*  The applicant fails to complete and sign the application.

    *b.*  The applicant has not exhausted all other administrative remedies.

    *c.*  The ABCMR does not have jurisdiction to grant the requested relief.

    *d.*  No new evidence was submitted with a request for reconsideration.

**2-9.  Burden of proof**
The ABCMR begins its consideration of each case with the presumption of administrative regularity. The applicant has the burden of proving an error or injustice by a preponderance of the evidence.

**2-10. ABCMR consideration**

    *a.*  A panel consisting of at least three ABCMR members will consider each application that is properly brought before it. One panel member will serve as the chair.

    *b.*  The panel members may consider a case on the merits in executive session or may authorize a hearing.

    *c.*  Each application will be reviewed to determine—

        (1)  Whether the preponderance of the evidence shows that an error or injustice exists and—

            *a.*  If so, what relief is appropriate.

            *b.*  If not, deny relief.

        (2)  Whether to authorize a hearing.

        (3)  If the application is filed outside the statute of limitations and whether to deny based on untimeliness or to waive the statute in the interest of justice.

**Section IV**
**Hearings**

**2-11. ABCMR hearings**
Applicants do not have a right to a hearing before the ABCMR. The Director or the ABCMR may grant a formal hearing whenever justice requires.

**Section V**
**Disposition of Applications**

**2-12. ABCMR decisions**
The panel members' majority vote constitutes the action of the ABCMR. The ABCMR's findings, recommendations, and in the case of a denial, the rationale will be in writing.

**2-13. ABCMR final action**

    *a.*  Except as otherwise provided, the ABCMR acts for the Secretary of the Army, and an ABCMR decision is final when it—

    (1)  Denies any application (except for actions based on reprisals investigated under 10 U.S.C. 1034).

    (2)  Grants any application in whole or in part without a hearing when—

        (*a*)  The relief is as recommended by the proper staff agency in an advisory opinion; and

        (*b*)  Is unanimously agreed to by the ABCMR panel; and

        (*c*)  Does not involve an appointment or promotion requiring confirmation by the Senate.

*b.*  The ABCMR will forward the decisional document to the Secretary of the Army for final decision in any case in which—

    (1)  A hearing was held.

    (2)  The facts involve reprisals under the Military Whistleblower Protection Act, confirmed by the DOD Inspector General (DODIG) under 10 U.S.C. 1034 and DODD 7050.6.

    (3)  The ABCMR recommends relief but is not authorized to act for the Secretary of the Army on the application.

## 2-14. Decision of the Secretary of the Army

*a.*  The Secretary of the Army may direct such action as he or she deems proper on each case. Cases returned to the Board for further consideration will be accompanied by a brief statement of the reasons for such action. If the Secretary does not accept the ABCMR's recommendation, adopts a minority position, or fashions an action that he or she deems proper and supported by the record, that decision will be in writing and will include a brief statement of the grounds for denial or revision.

*b.*  The Secretary of the Army will issue decisions on cases covered by the Military Whistleblower Protection Act (10 U.S.C. 1034 and DODD 7050.6). In cases where the DODIG concluded that there was reprisal, these decisions will be made within 180 days after receipt of the application and the investigative report by the DODIG, the Department of the Army Inspector General (DAIG), or other Inspector General offices. Unless the full relief requested is granted, these applicants will be informed of their right to request review of the decision by the Secretary of Defense.

## 2-15. Reconsideration of ABCMR decision

An applicant may request the ABCMR to reconsider a Board decision under the following circumstances:

*a.*  If the ABCMR receives the request within 1 year of the ABCMR's action and if the ABCMR has not previously reconsidered the matter, the ABCMR staff will review the request to determine if it contains evidence (including, but not limited to, any facts or arguments as to why relief should be granted) that was not in the record at the time of the ABCMR's prior consideration. If new evidence has been submitted, the request will be submitted to the ABCMR for its determination of whether the new evidence is sufficient to demonstrate material error or injustice. If no new evidence is found, the ABCMR staff will return the application to the applicant without action.

*b.* If the ABCMR receives the request more than 1 year after the ABCMR's action or after the ABCMR has already considered one request for reconsideration, the ABCMR staff will review the request to determine if substantial relevant evidence is submitted showing fraud, mistake of law, mathematical miscalculation, manifest error, or the existence of substantial relevant new evidence discovered contemporaneously or within a short time after the ABCMR's original consideration. If the ABCMR staff finds such evidence, it will be submitted to the ABCMR for its determination of whether a material error or injustice exists and the proper remedy. If the ABCMR staff does not find such evidence, the application will be returned to the applicant without action.

## Chapter 3
## Claims/Expenses

### 3-1. Authority

*a.* The Army, by law, may pay claims for amounts due to applicants as a result of correction of military records.

*b.* The Army may not pay any claim previously compensated by Congress through enactment of a private law.

*c.* The Army may not pay for any benefit to which the applicant might later become entitled under the laws and regulations managed by the VA.

### 3-2. Settlement of claims

*a.* The ABCMR will furnish DFAS copies of decisions potentially affecting monetary entitlement or benefits. The DFAS will treat such decisions as claims for payment by or on behalf of the applicant.

*b.* The DFAS will settle claims on the basis of the corrected military record. The DFAS will compute the amount due, if any. The DFAS may require applicants to furnish additional information to establish their status as proper parties to the claim and to aid in deciding amounts due. Earnings received from civilian employment during any period for which active duty pay and allowances are payable will be deducted. The applicant's acceptance of a settlement fully satisfies the claim concerned.

### 3-3. Payment of expenses

The Army may not pay attorney's fees or other expenses incurred by or on behalf of an applicant in connection with an application for correction of military records under 10 U.S.C. 1552.

## Chapter 4
## Miscellaneous Provisions

### 4-1. Special standards

*a.* Pursuant to the 27 November 1979 order of the United States District Court for the District of Columbia in *Giles v. Secretary of the Army* (Civil Action No. 77-0904), a former Army soldier is entitled to an honorable discharge if a less than honorable discharge was issued to the soldier on or before 27 November 1979 in an administrative proceeding in which the Army introduced evidence developed by or as a direct or indirect result of compelled urinalysis testing administered for the purpose of identifying drug abusers (either for the purposes of entry into a treatment program or to monitor progress through rehabilitation or follow-up).

AR 15-185 • 29 February 2000

b. Applicants who believe that they fall within the scope of subparagraph *a* above should place the term "CATEGORY G" in block 11b of DD Form 149. Such applications should be expeditiously reviewed by a designated official, who will either send the individual an honorable discharge certificate if the individual falls within the scope of subparagraph *a* above, or forward the application to the Discharge Review Board if the individual does not fall within the scope of subparagraph *a* above. The action of the designated official will not constitute an action or decision by the ABCMR.

**4-2. Public access to decisions**

a. After deletion of personal information, a redacted copy of each decision will be indexed by subject and made available for review and copying at a public reading room at Crystal Mall 4, 1941 Jefferson Davis Highway, Arlington, Virginia. The index will be in a usable and concise form so as to indicate the topic considered and the reasons for the decision. Under the Freedom of Information Act (5 U.S.C. 552), records created on or after 1 November 1996 will be available by electronic means.

b. Under the Freedom of Information Act and the Privacy Act of 1974 (5 U.S.C. 552a), the ABCMR will not furnish to third parties information submitted with or about an application unless specific written authorization is received from the applicant or unless the Board is otherwise authorized by law.

**Appendix A**
**References**

**Section I**
**Required Publications**
This section contains no entries.

**Section II**
**Related Publications**
A related publication is a source of additional information. The user does not have to read it to understand this publication.

**AR 15-130**
Army Clemency and Parole Board

**AR 25-55**
Freedom of Information Act

**AR 340-21**
The Army Privacy Program

**AR 600-8-104**
Military Personnel Information Management/Records

**DOD Directive 7050.6**
Military Whistleblower Protection

**DOD Instruction 1336.6**
Correction of Military Records

**5 U.S.C. 552**
Freedom of Information Act

**37 U.S.C. 551 et seq**
Missing Persons Act of 1942

**5 U.S.C. 552(a)**
Privacy Act of 1974

**10 U.S.C. 1034**
Protected Communications; Prohibition of Retaliatory Personnel Actions

**10 U.S.C. 1552**
Correction of Military Records: Claims Incident Thereto

**38 U.S.C. 5902**
Recognition of Representatives of Organizations

**Section III**
**Prescribed Forms**
This prescribed form is available through the normal supply channels and also through the Army Electronic Library (AEL) CD-ROM and the USAPA web-site, www.usapa.army.mil.

**DD Form 149**
Application for Correction of Military Record Under the Provisions of Title 10, U.S. Code, Section 1552 (Prescribed in para 2-3*b*).

**Section IV**
**Referenced Forms**
This section contains no entries.

AR 15-185 • 29 February 2000

**Glossary**

**Section I**
**Abbreviations**

**ABCMR**
Army Board for Correction of Military Records

**AR**
Army regulation

**ARNGUS**
Army National Guard of the United States

**ATTN**
attention

**CFR**
Code of Federal Regulations

**DA**
Department of the Army

**DAIG**
Department of the Army Inspector General

**DFAS**
Defense Finance and Accounting Service

**DOD**
Department of Defense

**DODD**
Department of Defense directive

**DODI**
Department of Defense instruction

**DODIG**
Department of Defense Inspector General

**HQDA**
Headquarters, Department of the Army

**IG**
Inspector General

**OMPF**
official military personnel file

**SA**
Secretary of the Army

**U.S.**
United States (of America)

**USAR**
U.S. Army Reserve

**U.S.C. and U.S. Code**
United States Code

**VA**
U.S. Department of Veterans Affairs

**Section II**
**Terms**

**Applicant**
A person who applies to the ABCMR for correction of an Army military record.

**Counsel**
Includes individuals in good standing of the Federal bar or the bar of any state, territory or the District of Columbia; accredited representatives of veterans' organizations recognized under 38 U.S.C. 5902; and other individuals determined by the ABCMR to be competent to represent the interests of the applicant. Army Judge Advocate General's Corps officers may assist in the preparation and submission of an application to the ABCMR. However, they may not represent an applicant at a hearing, if one is granted, without written approval of The Judge Advocate General of the Army.

**Official military personnel file**
The permanent, historical, and official record of a soldier's military service.

**Records holding agency**
The agency responsible for the safe storage, maintenance, and control of records.

**Secretary of the Army**
Includes the Secretary's designee to act on ABCMR matters.

**Section III**
**Special Abbreviations and Terms**
This section contains no entries.

## Index

This index is organized alphabetically by topic and subtopic. Topics and subtopics are identified by paragraph number.

**ABCMR decisions**
Action of the ABCMR, 1-8, 2-2, 2-8
Decisional documents, 2-13
Determinations, 1-8, 2-12
Military Whistleblower Protection Act provisions, 2-12, 2-14

**ABCMR deliberations**
ABCMR determinations, 2-14, 2-15
Advisory opinions, 1-10, 1-11
Denial of applications, 1-8, 2-12, 2-13
Evidence considered, 2-10

**ABCMR hearings**
Evidence considered, 2-10
Executive session, 2-10
Hearings, 2-10, 2-11
Military Whistleblower Protection Act provisions, 2-2, 2-14
No right to hearing, 2-11

**ABCMR information sources**
Advisory opinions, 1-10, 1-11, 213
Information from other Government sources, 1-9, 1-10
Presumption of administrative regularity, 2-9
Reports from IG, 2-14

**Access to records**
Records access, 4-2
Request for official records, 4-2

**Action after final decision**
Filing of documentation, 1-9
Notification to applicant, 1-9
Notification to Army/Defense officials, 1-9, 3-2
Notification to counsel/Members of Congress, 1-9

**Actions by the ABCMR staff**
Administrative denial, 2-8
Notification to applicant, 2-8
Preview of applications, 2-8

**Application forms**
Completion of forms, 2-3, 2-8

**Claims/expenses**
Authority for payment, 3-1
Payments not authorized, 3-1, 3-3

**Consideration by the ABCMR**
Composition of ABCMR panel, 2-10
Evidence considered, 2-10

**Counsel representation**
Counsel at applicant's own expense, 2-7
Definition of counsel, 2-7
Representation by Army Judge Advocate General Corps officer, 2-7

**Decision of the Secretary of the Army**
Military Whistleblower Protection Act provisions, 2-13, 2-14,
Review by the Secretary of Defense, 2-14

Secretary of the Army's actions, 1-5, 2-13, 2-14

**Decisional documents**
Evidence considered, 2-13

**Explanation of abbreviations and terms, Glossary**

**Final action by the ABCMR**
Actions of the ABCMR, 2-12, 2-13
Decisional documents, 2-13

**Form prescribed**
Completion of form, 2-8, 4-1
Minority reports, 2-14

**Payment of expenses**
Payments not authorized, 3-1, 3-3

**Preparation before applying**
Applicant's actions before applying, 2-5

**Public access to decision**
Documents available to review, 4-2
Index of decisions, 4-2
Prohibitions on furnishing information, 4-2
Purpose paragraph, 1-1

**Reconsideration of applications**
Actions on requests for reconsideration, 2-15
Basis for reconsideration, 2-15
Notification to applicant, 2-15

**References**
Prescribed and referenced forms, appendix A
Related publications, appendix A

**Report of settlement**
The Army section of the DFAS action, 1-11

**Responsibilities**
ABCMR members, 1-8, 2-14
Applicant, 2-3, 2-4, 2-5, 2-6, 2-10, 2-11
2-12, 2-13, 3-2
Army records holding agency, 1-9, 4-2
DFAS, 1-11, 3-1, 3-2, 3-3
Army Staff agencies and/or commands, 1-10
Chair, 1-7
Director of the ABCMR, 1-6
Secretary of the Army, 1-1, 1-5, 1-9, 2-1, 2-13, 4-2

**Separate communications**
Comments/Recommendations to the Secretary of the
Army, 2-14

**Settlement of claims**
Army section of the DFAS actions, 1-11, 3-1, 3-2, 3-3
Settlement report, 1-11

**Setup of the ABCMR**
Authority for ABCMR, 2-1
Composition of ABCMR, 2-1
Special Standards, 4-1

**Staff assistance**
Advisory opinions, 1-10, 1-11,
Compliance with requests, 1-10, 1-11, 1-14,
Information from other Government sources, 2-13,

AR 15-185 • 29 February 2000

4-2
Statutory authority, 1-4
Stay on other proceedings, 2-6
**Time limits**
Excusing a failure to timely file, 2-4, 2-10
Failure to timely apply, 2-4, 2-10
**Who may apply**
Applicants, 2-3
ABCMR jurisdiction, 2-3

COPY 2

**Army Regulation 600–8–29**

Personnel—General

# Officer Promotions

Pentagon Library (ANR-PL,
ATTN   Military Documents Section
Room 1A518. Pentagon
Washington, DC  20310-6050

Headquarters
Department of the Army
Washington, DC
30 November 1994

**UNCLASSIFIED**

Exhibit C

Headquarters
Department of the Army
Washington, DC
30 November 1994

*Army Regulation 600-8-29

Effective 30 December 1994

Personnel—General

# Officer Promotions

**By Order of the Secretary of the Army:**

GORDON R. SULLIVAN
*General, United States Army*
*Chief of Staff*

Official:

*[signature]*

MILTON H. HAMILTON
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This issue publishes a new Army regulation.

**Summary.** This regulation prescribes policies and procedures governing promotion of Army commissioned and warrant officers on the active duty list. It incorporates provisions of the Defense Officer Personnel Management Act as specified in sections 557 through 563 and 601 through 640, title 10, United States Code, and provisions of the Warrant Officer Management Act as specified in sections 571 through 583, title 10, United States Code.

**Applicability.** This regulation applies to Active Army, Army National Guard, and U.S.

Army Reserve commissioned and warrant officers on an active duty list. This publication is applicable during mobilization until further notice. Upon termination, functions will be decentralized to major Army commands or installations. The proponent agency of this regulation will make the announcement.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff for Personnel. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. Proponents may delegate this approval authority, in writing, to a division chief within the proponent agency in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions in accordance with AR 11–2, but does not contain checklists for assessing management control reviews. Alternative management control reviews are used to accomplish assessment of management controls.

**Supplementation.** Supplementation of this regulation and establishment of command

and local forms are prohibited without prior approval from DEPUTY CHIEF OF STAFF FOR PERSONNEL, 300 ARMY PENTAGON, WASHINGTON DC 20310–0300.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Administrative Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration date unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, U.S. Total Army Personnel Command, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443.

**Distribution.** Distribution of this publication is made in accordance with the requirements of DA Form 12–09–E, block number 5436, intended for command levels A ,B, C, D, and E for Active Army, Army National Guard, and U.S. Army Reserve.

---

## Contents (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Responsibilities • 1–4, *page 1*
Manpower resources • 1–5, *page 1*
Levels of work • 1–6, *page 1*

*Section II*
*Principles and Standards, page 1*
Principles of support • 1–7, *page 1*
Standards of service • 1–8, *page 1*

*Section III*
*Policy, page 2*
Managing promotions • 1–9, *page 2*

Promotion eligibility • 1–10, *page 2*
Approving promotion board recommendations • 1–11, *page 2*
Promotion lists • 1–12, *page 3*
Failure to be selected for promotion • 1–13, *page 3*
Selective continuation • 1–14, *page 3*
Post-board screening • 1–15, *page 3*
Authority to announce promotion of officers • 1–16, *page 4*
Order of promotion • 1–17, *page 4*
Accepting promotion • 1–18, *page 4*
Nonpromotable status • 1–19, *page 4*
Delay of promotion • 1–20, *page 5*
Date of rank and effective date of promotion after a delay • 1–21, *page 5*
Revocation of promotion orders and de facto status • 1–22, *page 6*
Promotion Certificates • 1–23, *page 6*
Promotion ceremonies • 1–24, *page 6*
Interservice transfer • 1–25, *page 6*
Absence Covered by the Missing Persons Act • 1–26, *page 6*
Temporary disability retired list returnees • 1–27, *page 6*
Promotion of critically ill officers • 1–28, *page 7*
Posthumous promotions • 1–29, *page 7*

---

*This regulation supersedes AR 624–100, 21 August 1989.

*Promotion Selection Boards, page 7*
Convening selection boards • 1–30, *page 7*
Composition of selection boards • 1–31, *page 7*
Conduct of board members • 1–32, *page 8*
Information provided to boards • 1–33, *page 8*
Below the zone consideration • 1–34, *page 9*
Selection board recommendations • 1–35, *page 9*

*Section V*
*Precedence and Date of Rank, page 10*
Active date of rank responsibilities • 1–36, *page 10*
Precedence or relative rank of commissioned officers • 1–37, *page 10*
Determining active date of rank for commissioned officers • 1–38, *page 11*
Active date of rank of other than Regular Army 1LTs and above upon placement on the active duty list • 1–39, *page 11*
Grade and active date of rank of OTRA chaplains upon placement on the active duty list • 1–40, *page 11*
Grade and active date of rank of other than Regular Army commissioned officers assigned to an Army Medical Department Corps upon placement on the active duty list • 1–41, *page 12*
Grade and active date of rank of other than Regular Army Judge Advocate General's Corps officers upon placement on the ADL • 1–42, *page 12*
Precedence or relative rank of warrant officers • 1–43, *page 12*
Determining active date of rank for warrant officers • 1–44, *page 12*

**Chapter 2**
**Determining Active Date of Rank,** *page 16*

*Section I*
*Task:  Determine ADOR for 2LTs and WO1s Being Placed on the Active Duty List, page 16*
Rules for determining active date of rank for 2LTs and WO1s being placed on the active duty list. • 2–1, *page 16*
Steps for determining active date of rank for 2LTs and WO1s being placed on the Active Duty List • 2–2, *page 16*

*Section II*
*Task: Request ADOR Determinations and Corrections to the Date of Original Appointment (DTRA), page 16*
Rules for requesting ADOR determinations and corrections to the DTRA • 2–3, *page 17*
Steps for requesting ADOR determinations and corrections to the DTRA • 2–4, *page 17*

**Chapter 3**
**Managing Promotions to 1LT and CW2,** *page 17*

*Section I*
*Task:  Compute Promotion Eligibility Date to 1LT, page 17*
Rules for computing promotion eligibility date to 1LT • 3–1, *page 17*
Steps for computing promotion eligibility date to 1LT • 3–2, *page 17*

*Section II*
*Task:  Compute Promotion Eligibility Date to CW2, page 18*
Rules for computing promotion eligibility date to CW2 • 3–3, *page 18*
Steps for computing promotion eligibility date to CW2 • 3–4, *page 18*

*Section III*
*Task: Process DA Form 78–R or DA Form 78–R–E, page 18*

Rules for processing DA Form 78–R or DA Form 78–R–E • 3–5, *page 18*
Steps for processing DA Form 78–R or DA Form 78–R–E • 3–6, *page 19*

*Section IV*
*Task:  Process Newly Assigned 2LTs or WO1s for Promotion, page 20*
Rules for processing newly assigned 2LTs or WO1s for promotion • 3–7, *page 20*
Steps for processing newly assigned 2LTs or WO1s for promotion • 3–8, *page 20*

**Chapter 4**
**Preboard Promotion Processing,** *page 22*

*Section I*
*Task:  Verify Eligible Officers and Data to be Considered by a Selection Board, page 22*
Rules for verifying eligible officers and data to be considered by a selection board • 4–1, *page 22*
Steps for verifying eligible officers and data to be considered by a selection board • 4–2, *page 22*

*Section II*
*Task:  Notify Eligible Officers and Prepare for Promotion Selection Board, page 22*
Rules for notifying eligible officers and preparing for promotion selection board • 4–3, *page 22*
Steps for notifying eligible officers and preparing for promotion selection board • 4–4, *page 22*

**Chapter 5**
**Processing Promotion Lists,** *page 24*

*Section I*
*Task:  Process the Recommendations of Promotion Selection Boards, page 24*
Rules for processing the recommendations of promotion selection boards • 5–1, *page 24*
Steps for processing the recommendations of promotion selection boards • 5–2, *page 24*

*Section II*
*Task:  Promote Officers from Centralized Promotion Lists, page 25*
Rules for promoting officers from centralized promotions lists • 5–3, *page 25*
Steps for promoting officers from centralized promotion lists • 5–4, *page 25*

*Section III*
*Task:  Process a Declaration of Promotion, page 25*
Rules for processing a declination of promotion • 5–5, *page 25*
Steps for processing a declination of promotion • 5–6, *page 25*

**Chapter 6**
**Frocking,** *page 25*
Rules for processing requests for frocking authority • 6–1, *page 25*
Steps for processing requests for frocking authority • 6–2, *page 26*

**Chapter 7**
**Special Selection Boards,** *page 27*

*Section I*
*Managing Special Selection Boards, page 27*
Overview • 7–1, *page 27*
Purpose of boards • 7–2, *page 27*
Cases not considered • 7–3, *page 27*
Notification • 7–4, *page 27*

Convening special selection boards • 7–5, *page 27*
Membership • 7–6, *page 27*
Information provided to special selection boards • 7–7, *page 27*
Effect of nonselection • 7–8, *page 27*

*Section II*
*Task: Report a Promotion Board Omission, page 28*
Rules for reporting a promotion board omission • 7–9, *page 28*
Steps for reporting a promotion board omission • 7–10, *page 28*

*Section III*
*Task: Process Requests for Special Selection Board Promotion Recon-*
*sideration, page 28*
Rules for processing requests for special selection board promotion
reconsideration • 7–11, *page 28*
Steps for processing requests for special selection board promotion
reconsideration • 7–12, *page 28*

**Chapter 8**
**Promotion Review Boards,** *page 28*

*Section I*
*Managing Promotion Review Boards, page 28*
General • 8–1, *page 28*
Basis for referral • 8–2, *page 29*
Suspension of favorable personnel actions • 8–3, *page 29*
Referral and convening authority • 8–4, *page 29*
Board membership • 8–5, *page 29*
Notice to officers under review • 8–6, *page 30*
Information considered • 8–7, *page 30*
Board recommendation • 8–8, *page 30*
Notification of results • 8–9, *page 30*
Effect of removal • 8–10, *page 30*

*Section II*
*Task: Process Recommendations for Promotion Review Boards,*
*page 30*
Steps for processing recommendations for promotion review
boards • 8–11, *page 30*

**Appendixes**

**A.** References, *page 32*

**Table List**

Table 2–1: Determining ADOR for 2LTs and WO1s being placed on
the Active Duty List, *page 16*
Table 2–2: Requesting ADOR determinations and DTRA correc-
tions, *page 17*
Table 3–2: Computing PED to 1LT, *page 17*
Table 3–3: Computing PED to CW2, *page 18*
Table 3–4: Processing DA Form 78–R or DA Form 78–R–E,
*page 19*
Table 3–5: Processing newly assigned 2LTs or WO1s for promotion,
*page 20*
Table 3–1: Rules for 2LT Date of Rank and 1LT Promotion Eligibil-
ity, *page 21*
Table 4–1: Verifying eligible officers and data to be considered by a
selection board, *page 22*
Table 4–2: Notification of eligible officers and preparation for pro-
motion selection boards, *page 22*
Table 5–1: Processing promotion selection board recommendations,
*page 24*
Table 5–2: Promoting officers from centralized promotion lists,
*page 25*
Table 5–3: Processing a declination of promotion, *page 25*
Table 6–1: Processing requests for frocking authority, *page 26*
Table 7–1: Reporting a promotion board omission, *page 28*

Table 7–2: Processing requests for promotion reconsideration by a
special selection board, *page 28*
Table 8–1: Processing recommendations for promotion review
boards, *page 30*

**Figure List**

Figure 1–1. Sample of a completed Format 307, *page 13*
Figure 1–2. Sample of a completed Format 300, *page 14*
Figure 1–3. Sample of a completed Format 700, *page 14*
Figure 1–4. Sample of a completed Format 705, *page 15*
Figure 1–5. Sample of endorsement, *page 15*
Figure 1–6. Recommended format for promotion ceremonies,
*page 15*
Figure 4–1. Sample of Request for Records, *page 23*
Figure 6–1. Required reading of all frocked officers, *page 26*
Figure 6–2. Suggested frocking format, *page 27*

**Glossary**

**Index**

**Reproducible Forms**

# Chapter 1
## Introduction

## Section I
## General

### 1–1. Purpose

This regulation prescribes the officer promotion function of the military personnel system. It is linked to AR 600–8 and provides principles of support, standards of service, policies, tasks, rules, and steps governing all work required in the field to support officer promotions. This regulation supports the objectives of the Army's officer promotion system, which include filling authorized spaces with the best qualified officers. It also provides for career progression based upon recognition of an officer's potential to serve in positions of increased responsibility. Additionally, it precludes promoting the officer who is not eligible or becomes disqualified, thus providing an equitable system for all officers.

### 1–2. References

Required and related publications and prescribed and referenced forms are listed in appendix A.

### 1–3. Explanation of abbreviations and terms

Abbreviations and special terms used in this regulation are explained in the glossary.

### 1–4. Responsibilities

a. The Secretary of the Army will serve as the senior official on matters concerning officer promotions.

b. The Deputy Chief of Staff for Personnel (DCSPER) will serve as the senior Army policy official for the officer promotion system and will provide Headquarters, Department of the Army (HQDA) supervision of officer promotion policy formulation, procedures, goals, architecture, and standards.

c. The Chief, National Guard Bureau and the Chief, Army Reserve will recommend desired changes of promotion policy to the DCSPER.

d. The Judge Advocate General (TJAG) will, upon request, review Department of the Army (DA) promotion policy to verify the legality of proposed changes and inquiries.

e. The Surgeon General, TJAG, and the Chief of Chaplains, as appropriate, will jointly supervise with the Commanding General, United States Total Army Personnel Command (CG, PERSCOM), the consideration, selection, and promotion of officers assigned to their respective competitive categories.

f. CG, PERSCOM, will conduct and supervise officer promotion functions prescribed in this regulation.

g. The Commandant, Adjutant General School will be responsible for branch implementation of this regulation and will incorporate provisions of this regulation into applicable programs of instruction.

h. Commanders of each installation and unit will establish, resource, and support a promotion program that fulfills the requirements established by this regulation.

### 1–5. Manpower resources

Manpower Staffing Standards System teams measure tasks described in this regulation at field locations to determine manpower requirements for the Military Personnel Division (MPD) and Personnel Service Company (PSC).

### 1–6. Levels of work

a. Most promotion-related work in the field is performed at three primary levels: unit, battalion, and installation. This regulation focuses on these levels:

(1) The work performed at unit and battalion level includes making recommendations, distributing promotion appointments, and conducting promotion ceremonies.

(2) Installation-level work is divided among work centers and falls into two major categories.

(a) Command and staff (C&S). C&S includes work performed above the battalion level to manage promotion-related issues within a command and to support the commander's decision-making process. All Army command headquarters are responsible for C&S work.

(b) Personnel support. Personnel support work is performed either in the MPD or PSC or in a base operations (BASOPS) support structure.

b. This regulation will typically address the following levels of work:

(1) Unit. The code UNIT identifies the work performed at unit level associated with each task.

(2) Battalion. The code BNS1 identifies the work executed at battalion level associated with each task.

(3) C&S. Work executed at the C&S level is identified by the following codes:

(a) BRDE—Brigade S1/adjutant general (AG).

(b) G1AG—Division G1/AG.

(c) CORP—Corps AG.

(4) MPD and PSC. The specific MPD and PSC work centers covered by this regulation are identified by the following codes:

(a) PROM—Promotions.

(b) OFRC—Officer Records Center.

(c) IOPR—In- and outprocessing.

(d) ENRC—Enlisted and flagged records.

(e) SMGT—Strength management.

## Section II
## Principles and Standards

### 1–7. Principles of support

The Army will provide a centralized selection process for promotion to all grades except general (GEN), lieutenant general (LTG), first lieutenant (1LT) and chief warrant officer W–2 (CW2). Commanders in the grade of lieutenant colonel (LTC) or above, or frocked to the grade of LTC, are authorized to promote officers to the grades of 1LT and CW2. The Army will retain this centralized system during hostilities as long as the supporting systems are practicable and affordable. The officer promotion system will support the Army's personnel life cycle function of professional development.

### 1–8. Standards of service

a. The officer promotion system is a wartime military personnel function. Resources are provided in the tables of organization and equipment (TOE) for a PSC. It deploys with the tactical force and is the functional responsibility of the Personnel Actions Work Center (and its tactical counterpart).

b. The standards of service in peacetime are as follows:

(1) The PSC will support the centralized system by ensuring eligible officers are given an opportunity to review their personnel records in the field in preparation for promotion selection boards.

(2) On order, the centralized promotion process will be discontinued on the battlefield for promotion to the grades of colonel (COL) and below. Decentralized officer promotions will be managed as a subfunction of officer strength management.

c. The standards of service in wartime, on order, are as follows:

(1) Promotions will be based on position vacancies and will be temporary.

(2) Promotions will be executed, recorded, and reported by the executing authority as soon as the battlefield situation permits.

(3) The major general (MG) in command will execute promotions to COL, LTC, and major (MAJ); the LTC in command will execute those for captain (CPT) and below.

(4) Strength managers will synchronize losses, personnel requisitions, replacement allocations, and promotion decisions.

## 1-9. Managing promotions

a. Promotions are a General Staff responsibility of the DCSPER.

b. The President, with the advice and consent of the Senate, appoints generals and lieutenant generals according to section 601, Title 10, United States Code (USC) (10 USC 601).

c. Selection for and promotion to the grades of MG, brigadier general (BG), COL, LTC, MAJ, and CPT will be according to sections 611 through 626 and 628, Title 10, USC (10 USC 611 through 626 and 628).

d. Unless otherwise specified in this regulation, the Assistant Secretary of the Army (Manpower and Reserve Affairs) (ASA (M&RA)) is the designee of the Secretary of the Army (SA), pursuant to HQDA general order 24, dated 23 November 1993.

e. Appropriate field promotion authorities, as provided by chapter 3, will conduct promotions to 1LT and CW2. Selection for and promotion of chief warrant officers (CWOs) to the grades of CW5, CW4, and CW3 will be according to sections 571 through 583, Title 10, United States Code (10 USC 571 through 583).

## 1-10. Promotion eligibility

a. To be considered for promotion by a selection board, an officer must be on the active duty list (ADL) on the day the board convenes. Officers under suspension of favorable personnel actions (AR 600–8–2) or in a nonpromotable status (para 1–19) remain eligible for consideration.

b. Promotion eligibility is determined by the DCSPER and approved by the SA. For centralized promotions, eligibility is based on an officer's active date of rank (ADOR) and time in grade (TIG). For decentralized promotions, the officer's promotion eligibility date (PED) is also a determinant. (See chap 2 for procedures for determining ADOR for 2LTs and WO1s. Procedures for all other officers are given in sec V of this chap.)

c. As established by the SA under 10 USC 573, 574, and 619, officers must meet the following minimum TIG requirements to be considered for promotion:

(1) WO1. There are no minimum TIG requirements for officers to be considered for promotion to CW2; however, they must have at least 2 years TIG including service credit, if applicable, to be promoted. Furthermore, WO must serve 18 months on active duty in the grade of WO1 before promotion to CW2.

(2) CW2, CW3, and CW4. These officers may not be considered for promotion to the next higher grade until they have completed 3 years of active duty in their current grade.

(3) 2LT and 1LT. The law establishes no minimum TIG requirements for consideration for promotion; however, an officer must have at least 18 months TIG to be promoted to 1LT and 2 years TIG to be promoted to CPT (10 USC 619). The TIG requirement for promotion to 1LT has been extended to 2 years by the authority of the SA.

(4) CPT, MAJ, and LTC. These officers must serve at least 3 years TIG to be considered for promotion. This requirement may be waived by the SA, for consideration from below the zone, IAW 10 USC 619(a)(4).

(a) If selected, officers may be promoted without regard to any additional TIG requirements, except as provided in (b) below.

(b) To the extent permitted by 10 USC 622, promotion zones for Medical or Dental Corps officers will be established to ensure that those in the zone, if selected, will be promoted on the sixth anniversary of their ADOR, except as provided in paragraph 1–16b(1) and (2).

(5) COL and BG. Officers must serve 1 year TIG to be considered for promotion. If selected, they may be promoted without regard to any additional TIG requirements.

d. Under 10 USC 619[a][3], the SA may prescribe other TIG requirements than those listed in c above.

e. Officers in the following categories are not eligible for consideration by a promotion selection board:

(1) Officers whose established separation or retirement date falls within 90 days after the date on which the board is convened (10 USC 577 and 619).

(2) 1LTs twice not selected for promotion to CPT.

(3) Warrant officers (WOs) twice not selected for promotion to CW3, CW4, or CW5 and not selectively continued.

(4) Chief Warrant Officers with less than 3 years of active duty service in their current grade (10 USC 574).

(5) Commissioned officers with less than 1 year of continuous active duty (since their most recent placement on the ADL) before the board convenes (10 USC 619(c)). Requests for exception to this requirement must be forwarded through the first general officer in the chain of command to Commander, PERSCOM, ATTN: TAPC–MSP–O, 200 Stovall Street, Alexandria, VA 22332–0443. The requests must substantiate that the officer's break in service does not warrant the protection provided by the 1-year active duty requirement. Requests for exception will be processed on a case-by-case basis. The following are exempt from the 1-year rule:

(a) An officer assigned to or appointed in the Chaplain or Judge Advocate General's Corps (JAGC) entering active duty as a 1LT (for consideration to the grade of captain).

(b) An officer entering active duty as a CPT in the Medical or Dental Corps (for consideration to the grade of major).

(c) An Army competitive category officer in the grade of 1LT who received an interservice transfer while on active duty and who transferred without a break in active duty service (for consideration to the grade of captain).

(d) An officer who received an interservice transfer to an Army Medical Department (AMEDD) competitive category from the medical department of another Armed Force of the United States, without a break in active duty service (for consideration to the next higher grade).

(e) Officers under consideration by selection boards that have had the requirement waived by an approved Memorandum of Instruction (MOI).

(6) Officers currently on active duty based on a recall from retired status.

## 1-11. Approving promotion board recommendations

a. Promotion boards make recommendations to the President of the United States. The President has delegated authority to the Secretary of Defense to approve or disapprove promotion board reports. The SA has authority to approve or disapprove promotion board reports for WOs promotion, and all selective continuation, and promotion review boards. Promotions to the grade of major and above must be confirmed by the Senate (10 USC 624 [c]).

b. The report of each promotion board will be submitted to the SA. If upon review the Secretary determines that the board acted contrary to the law or regulation or to guidelines furnished to the board, the Secretary will return the report, together with a written explanation of the basis for that determination, to the board for further proceedings. The promotion board, or a subsequent board for the same grade and competitive category, will conduct such proceedings as may be necessary to revise the report to be consistent with the law or regulation and guidelines and shall resubmit the revised report to the Secretary.

c. If the SA or the Secretary of Defense recommends removing the name of an officer from a promotion board's report and the recommendation includes information that was not presented to the board, the information will be made available to the officer. The officer will be afforded a reasonable opportunity to submit comments on that information to the officials reviewing the recommendation. If the officer cannot be given access to the information for reasons of national security, the officer will, to the maximum extent practicable, be provided with an appropriate summary of the information.

d. The SA may release to the public the names of general officer nominees after the President has nominated the selected officers to the Senate for confirmation. The Secretary may release to the public the names of other officers selected after the Secretary of Defense, acting for the President, approves the promotion selection board's



report. When promotion board results are announced, commanders will promptly do the following:

(1) Inform each eligible officer, both selected and nonselected, within their command of the results.

(2) Review the records of those on the list to ensure that favorable personnel action is not precluded under AR 600–8–2. The names of nonpromotable officers, not reported previously under AR 600–8–2, will be immediately sent to CDR, PERSCOM, ALEX, VA//TAPC–MSP–S//. (See para 1–19 for criteria determining nonpromotable status.)

## 1–12. Promotion lists

*a.* The names of those officers recommended and approved for promotion are placed, in order of their seniority on the ADL, on promotion lists published by PERSCOM. Separate lists will be published and maintained for each board. For sequencing criteria, refer to paragraphs 1–37 and 1–43.

*b.* The name of any officer erroneously considered and selected for promotion will be administratively deleted from the promotion list; however, the name will remain on the board report unless removed by the President.

*c.* A commissioned officer who was on a promotion list in one competitive category and, before promotion, is transferred to a different competitive category will be promoted from the competitive category that made the original recommendation. He or she will not be integrated into the promotion list of the new competitive category as a result of the transfer.

*d.* An officer who is on a promotion list and is removed from the active duty list prior to the effective date of promotion shall not be promoted from the ADL promotion list. A subsequent return to the ADL does not warrant a return to promotion list status held prior to release from active duty.

## 1–13. Failure to be selected for promotion

*a.* An officer on the ADL who has failed to be selected for promotion to CW3, CW4, CW5, CPT, MAJ, or LTC a second time will be subject to one of the following:

(1) Discharged according to AR 635–120 or released from active duty according to AR 635–100.

(2) Retired under any provision of law, if eligible, on the date requested by the officer and approved by proper authority (retirement will be not later than the first day of the seventh month beginning after the month in which the President or the President's designee approves the report of the board that considered the officer the second time).

(3) Retained on active duty (if a commissioned officer) until qualified for retirement if, on the date the officer would otherwise have been discharged, he or she is within 2 years of qualifying for retirement under 10 USC 1293, 3911.

(4) Retained on active duty (if a warrant officer) until qualified for retirement if he or she is within 2 years of qualifying for retirement on the date the SA approves the board report.

(5) Selectively continued under provisions of paragraph 1–14.

(6) In the case of fully qualified AMEDD officers, recommended for continuation on active duty by a selective continuation board until all active duty service obligations have been fulfilled as prescribed in paragraph 1–14.

*b.* When the promotion of an officer to 1LT or CW2 is denied, the promotion review authority (PRA) will review the action. If the PRA decides to deny the officer's promotion, that decision will not be changed. The officer will be released from active duty not later than 90 days after notification of the pending separation (AR 635–100 or AR 635–120, as appropriate).

*c.* Separation under the provisions of this paragraph will be considered involuntary.

## 1–14. Selective continuation

*a.* Subject to the needs of the Army, officers pending separation because of having twice failed to be selected for promotion to CW3, CW4, CW5, MAJ or LTC, may be selectively continued on active

duty in their present grade; however, officers in an obligated volunteer officer status are not eligible for selective continuation (except as stated in *h* below). A selective continuation board must recommend the officers for continuation and the SA must approve the recommendation before officers may be continued. Officers may not apply for selective continuation. The SA will direct a selective continuation board to consider officers for continuation when required by the needs of the Army.

*b.* Selectively continued officers, if otherwise eligible, will continue to be considered for promotion until separation.

*c.* Continuation for majors who are more than 6 years from qualifying for retirement and captains, CW4s, and CW3s will normally be for 3 years from the date the officer would otherwise have been separated for having twice failed to be selected for promotion, or until the last day of the month in which the officer first becomes eligible for retirement under any provision of law, whichever is earlier. The SA may adjust the period of selective continuation.

*d.* An officer described in *a* above who has been selected for continuation will be released from active duty (if a Reserve officer) or discharged (if a Regular Army officer) on the expiration of the continuation period established under d above, unless on or before that date one of the following has occurred:

(1) The officer has been promoted or is on a list of officers recommended for promotion to the next higher grade;

(2) The officer has been selected again for continuation by a later selective continuation board.

(3) The officer is within 2 years of being eligible to retire under 10 USC 3911.

(4) The officer has retired or has been placed on the temporary or permanent disability retired list.

(5) The officer was released sooner from active duty or discharged under other provisions of law or regulation.

(6) The officer was retained under other provisions of law or regulation.

*e.* Selectively continued Regular Army (RA) majors will be continued on active duty until eligible for retirement under 10 USC 3911 or 1293 (unless sooner discharged or retired under other provisions of law or regulation). They will then be retired (if they apply) or discharged.

*f.* Officers retained under *d*(3) above will be retired on the first day of the first month following the month in which they become eligible (if they apply) or will be discharged unless continued on active duty under another provision of law or regulation.

*g.* Separation under this paragraph will be involuntary; however, if an officer wishes to retire or be discharged or released from active duty before a selective continuation period expires, he or she may voluntarily request such action. Such a request does not change the voluntary nature of the retirement, discharge, or REFRAD. (See AR 635–120, chap 3 or AR 635–100, chap 3.)

*h.* AMEDD officers on the ADL who were twice not selected for promotion to major or lieutenant colonel may be voluntarily, or in accordance with the specific provisions of a service grant, continued on active duty to fulfill an active duty service obligation as indicated below. AMEDD captains and majors with an active duty service obligation will be considered for continuation by a selective continuation board.

(1) Those officers who are selected and accept selective continuation will be retained on active duty.

(2) Those officers with remaining active duty service obligations who decline selective continuation may be continued on active duty until fulfillment of all active duty service obligations (see *h* above) unless they are found to be "not fully qualified" to perform their duties at their current grade.

(3) Those officers retained on active duty pending fulfillment of an active duty service obligation will continue to be considered for promotion until separated.

## 1–15. Post-board screening

*a.* A post-board screening will be conducted for officers selected for promotion to COL. A board will review any adverse information in other official files, for example, those maintained by the Criminal

Investigation Command and the Department of the Army Inspector General (DAIG), including the restricted portion of the official military personnel file (OMPF) (R-fiche). These files are screened to ensure that officers who have engaged in conduct that would warrant their nonselection for promotion, if known by the original selection board, are not promoted. The files of those officers, along with the derogatory information, may be presented to a promotion review board to reevaluate the recommendation for promotion to COL. The officers concerned will be notified and offered an opportunity to respond to the board. The promotion review board will be conducted as prescribed in chapter 8.

b. A post-board screening of the following agencies' files will be conducted for officers selected for promotion to general officer grades: The Department of Defense (DOD) Inspector General, DAIG, TJAG, Criminal Investigation Command, Defense Investigative Service (when authorized), General Counsel, and Equal Employment Opportunity Agency. Factual summaries of all substantiated relevant information disclosed during this post-board screening will be forwarded with the board's selection recommendations to the appropriate DA and DOD authorities. If an officer is recommended for removal from the selection list by the Secretary of Defense based on this additional information, the additional information will be provided to the officer concerned. The officer will be allowed reasonable time to submit comments on the information to the recommending official and the officials who will review the recommendation.

## 1–16. Authority to announce promotion of officers

a. The requirements for promotion orders prescribed in this regulation take precedence over conflicting instructions in other directives or regulations. For rules not governed by this regulation, refer to AR 310–10.

b. HQDA will announce all promotions under this regulation in PERSCOM orders except as follows:

(1) Field commanders in the grade of LTC or higher, or frocked to the grade of LTC, may make promotions to 1LT and CW2. Promotion orders will be issued as prescribed in chapter 3.

(2) During war or national emergency, certain major commanders and commanders of combat theaters of operations may be authorized to make promotions. Promotions will be subject to criteria established by HQDA. (See para 1–8.)

c. Promotions to 1LT and CW2, prescribed in AR 600–8–29, will use DA Form 78–R or 78–R–E (Recommendation for Promotion to 1LT/CW2). A copy of DA Form 78–R is provided at the back of this regulation. It will be locally reproduced on 8½ by 11-inch paper. Promotions for CPT through MG and WOs grades CW3–CW5 authorized under 10 USC 624 and 578, will follow format 300. (See fig 1–2.) Promotions to GEN and LTG, authorized under 10 USC 601, will follow format 307. (See fig 1–1.)

d. Only the organization that published the original order may amend, rescind, or revoke the order. Format 700 (see fig 1–3) will be used to amend and format 705 (see fig 1–4) to revoke or rescind orders. Commanders are authorized to endorse orders issued by another headquarters for promotion to 1LT or CW2, to correct a name or social security number (SSN), or to correct a date of rank (DOR). (See sample endorsement at fig 1–5.)

e. To accord with the Privacy Act, full SSN will be deleted from all copies of orders being distributed.

## 1–17. Order of promotion

a. Commissioned officers are promoted from promotion lists in order of seniority (shown by the promotion sequence number) as additional officers are needed within each competitive category, except as provided in b below.

(1) Above the zone promotions. Officers selected for promotion from above the promotion zone will be promoted following all officers on the previous promotion list and before all officers on their promotion list who were selected from the promotion zone or below the zone.

(2) Below the zone promotions. Officers selected for promotion from below the promotion zone will be promoted following all officers on their promotion list who were selected from the promotion zone and above the zone but before all officers on the subsequent promotion list.

b. Medical Corps and Dental Corps officers selected for promotion will be promoted from promotion lists in order of seniority. Officers will be promoted when additional officers in the next higher grade are needed but not before the sixth anniversary of their ADOR except as provided in (2) below.

(1) Above the zone promotions. Officers selected for promotion from above the zone will be promoted after those in the same competitive category who were on the previous promotion list, but before all junior officers in their competitive category on the same promotion list.

(2) Below the zone promotions. Notwithstanding the TIG requirements, those officers selected for promotion from below the zone will be promoted after all senior officers in the same competitive category who are on the same promotion list, provided that additional officers in the next higher grade are needed.

c. WOs are promoted from promotion lists in order of seniority, shown by the promotion sequence number, as vacancies occur within the authorized strength of the Army.

(1) Above the zone promotions. Officers selected for promotion from above the promotion zone will be promoted following all officers on the previous promotion list and before all officers on their promotion list who were selected from the promotion zone or below the zone.

(2) Below the zone promotions. Officers selected for promotion from below the promotion zone will be promoted following all officers on their promotion list who were selected from the promotion zone and above the zone but before all officers on the subsequent promotion list.

## 1–18. Accepting promotion

a. Unless an officer declines a promotion in writing under the provisions of chapter 5, he or she is considered to have accepted the promotion on the effective date announced in the promotion order.

b. The impact of promotions on service obligations and retirement is as follows:

(1) The active duty service obligation is a specific period of active duty an officer must serve before being eligible for voluntary separation or retirement. Officers accepting a promotion to any grade other than CW3, CW4, and CW5 do not incur an additional service obligation; however, to retire or separate in the next higher grade, the officer must serve satisfactorily in the new grade for the following periods:

(a) GEN, LTG—No minimum period but requires the advice and consent of the Senate.

(b) MG, BG, COL, LTC—3 years.

(c) MAJ—6 months.

(d) CPT, 1LT, CW2—no minimum period required.

(2) A WO who accepts promotion to the grade of CW3, CW4, or CW5 will incur a service obligation (AR 635–100, chap 4).

c. Commissioned officers, other than Regular Army (OTRA) officers, who entered their current tour of active duty after 30 Sep 81 and decline a Regular Army appointment upon promotion to major will be released from active duty according to AR 601–100 and AR 635–100.

d. WOs who entered their current tour of active duty after 30 Sep 87 and decline an RA appointment upon selection for promotion to CW3 will be released from active duty according to AR 601–100 and AR 635–100.

## 1–19. Nonpromotable status

a. An officer's promotion is automatically delayed (that is, the officer is not promoted in spite of the publication of promotion orders) when the officer is—

(1) Absent without leave, in custody of or confined by law enforcement authorities (civil or military), a deserter, injured, or sick not in the line of duty.

Case 2:01-cv-00464-RCB   Document 11-5   Filed 02/27/2001   Page 5 of 10

(2) Serving a court-martial sentence or being punished under Article 15, Uniform Code of Military Justice. He or she is considered to be serving a sentence or undergoing punishment (including suspended punishments), and therefore nonpromotable, through the last day of any forfeiture or detention of pay, or the date the entire fine is paid (if required), even if all other parts of the punishment have been served.

(3) Under undisposed court-martial charges (that is, the charges have been preferred, but not dismissed or withdrawn, nor has the officer been tried and acquitted or sentenced).

(4) Under investigation that may result in disciplinary action of any kind being taken against him or her.

(5) Under proceedings that may result in administrative elimination or discharge under other than honorable conditions. This includes resignation for the good of the service.

(6) Under, or should be under, suspension of favorable personnel actions (AR 600–8–2).

(7) The subject of a criminal proceeding pending in a State or Federal court.

(8) A WO whose voluntary retirement application has been approved by PERSCOM.

(9) The recipient of a referred Academic Evaluation Report (AER), a referred Officer Evaluation Report (OER), or a Memorandum of Reprimand (directed for filing in the official military personnel file before the date he or she would otherwise have been promoted) which was not considered by the board that selected him or her for promotion.

(10) Enrolled in the Army Drug and Alcohol Prevention Control Program.

(11) Documented as overweight as defined in AR 600–9 or has failed the Army Physical Fitness Test (APFT) most recently administered or, through his or her own fault (as determined by the first commander who is senior to the officer concerned), has not taken and passed an APFT within the period required by AR 350–15. (Officers having a valid permanent or temporary medical profile that, as determined by appropriate medical personnel, precludes administration of the APFT, even in an authorized modified form, are deemed to have failed to take the APFT through no fault of their own.)

(12) Below the grade of captain and conditionally accepted into the Army General Counsel's Honors Program; and has not been admitted to practice before a Federal Court or the highest court of a State or of the District of Columbia. (See AR 601–337.)

b. Automatic delays will be governed by the provisions of b below.

## 1–20. Delay of promotion

a. The promotion of any officer who is in a nonpromotable status is automatically delayed. DA Form 268 (Report to Suspend Favorable Personnel Actions (Flag)) will be imposed during the delay. The office preparing the DA Form 268 must give that officer written notice of the reason for the delay of promotion before its imposition or as soon thereafter as possible (AR 600–8–2). If a DA Form 268 is in effect at the time an officer's name is announced on a promotion list, the officer's commander will immediately notify him or her of the reason for the delay. If this is impractical, written notice will be given as soon as possible. An officer whose promotion has been delayed may make a written statement, expeditiously forwarded through the chain of command, to the Secretary of the Army (Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443).

b. Delays under this provision will be resolved within 6 months of the date the officer would have been promoted. An officer's promotion will not be delayed more than 6 months unless the SA or the Secretary's designee grants a further delay. The CG, PERSCOM, will monitor cases involving delay and designate an authority to grant a further period of delay in cases involving nonpromotable overweight officers and in extraordinary cases. Additionally, a "further period of delay" is deemed to have been granted in any case that has been referred to a promotion review board; the delay in such

cases extends until the SA takes final action. In no case may an officer's promotion be delayed more than 90 days after final action in any court martial or criminal case against the officer in Federal or State court, or more than 18 months after the date on which the officer would otherwise have been appointed, whichever is later.

c. If within 6 months after the effective date of promotion, new information results in a determination by HQDA that an officer was, on the effective date of the promotion, in a nonpromotable status, that promotion will be deemed to have been automatically delayed. In such a case, the officer's promotion is void and the order announcing the promotion will be revoked. The officer must be immediately notified of this fact. Also, immediate steps will be taken to resolve the case or seek further delay. However, if the determination is made more than 6 months after the effective date of the promotion, the officer will be deemed to have been in a promotable status on the effective date of the promotion and treated as though the delay had not been imposed.

d. Delaying the promotion of an officer who is in a nonpromotable status does not preclude promotion of junior officers on the same promotion list.

## 1–21. Date of rank and effective date of promotion after a delay

a. When a delay in promotion is ended, the promotion approval authority will determine if the officer was in fact unqualified (as opposed to ineligible, as described in para 1–10) for promotion during all or part of the delay and will adjust them DOR and effective date of promotion accordingly. For officers on HQDA-centralized promotion lists, the promotion approval authority is the CG, PERSCOM or his or her designee.

b. Information required to support the decision includes the following, as appropriate:

(1) Reason for the delay.

(2) Date the case was closed and, if applicable, the date the officer met weight standards or passed the APFT.

(3) Type of punishment received.

(4) Date all punishment will be completed (including all periods of suspension and date all fines were paid).

(5) Date that the Memorandum of Reprimand was directed to be filed in the officer's OMPF (not the date the memorandum is actually imposed or filed).

(6) Other information as provided in AR 600–8–2.

c. In cases involving officers on HQDA-centralized promotion lists, the General Court-Martial Authority will forward to Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443, a memorandum that includes the information in b above.

d. When an officer's promotion suspension is ended favorably and he or she is exonerated of any wrongdoing, or a determination is otherwise made that the officer was qualified for promotion during the entire period of delay, the officer will be promoted with the ADOR, effective date (for pay and allowances), and position on the ADL he or she would have received had there been no delay. However, the ADOR and effective date will be adjusted as follows if promotion was delayed because of—

(1) Noncompliance with the height/weight standards of AR 600–9; then the ADOR and effective date will be the day the officer meets the standards.

(2) Failure to pass the most recent APFT or to take and pass the APFT within the period required by AR 350–15 because of the fault of the officer concerned; then the ADOR and effective date will be the day the officer passes the APFT.

(3) Disciplinary action resulting in punishment under Article 15, Uniform Code of Military Justice; then the ADOR and effective date will be the day after all punishment is completed, including the expiration of any period of suspension.

(4) Disciplinary action resulting in a Memorandum of Reprimand, regardless of its final disposition; then the ADOR and effective date will be the day after the date the reprimand was actually imposed or directed to be filed in the OMPF or MPRJ, whichever is later.

Army Drug and Alcohol Prevention Control Program, then the ADOR and effective date will be the date the officer would have received had there been no delay.

(6) Other reasons that manifest the officer's lack of qualifications for appointment. The CG, PERSCOM or his or her designee will determine, on a case-by-case basis, the adjustment to be made in the ADOR and effective date of promotion.

e. The ADOR and effective date may be earlier than the date of the actual order.

## 1-22. Revocation of promotion orders and de facto status

a. A promotion order will be revoked when an officer declines promotion according to procedures prescribed in chapter 5 or when the commander who executed the promotion, or a higher commander, determines that the promotion is void because of one or more of the following:

(1) The promotion was not authorized by competent authority.

(2) The officer was erroneously considered and selected for promotion.

(3) The officer was in a nonpromotable status on the effective date of the promotion.

b. If an officer's promotion is declared void and if the authority who revokes the promotion order determines that the officer had, before the declaration, accepted the promotion (for example, worn the insignia) in good faith and worked in the higher grade, then he or she will be deemed to have served in the higher grade in a de facto status. This period of de facto status will be from the date of the erroneous promotion until the date the officer received notice that it was void. This will allow the officer to keep any pay and allowances received at the higher grade. If it is proper to promote the officer at any time after the erroneous promotion, orders will be issued announcing the promotion.

## 1-23. Promotion Certificates

a. Certificates (DD Form 1A (Officers Commission)) are available on request for promotion of officers. For promotions that occur on or after 1 May 1983, the request should be made to the servicing PSC.

b. For promotions that occurred before 1 May 1983, the request should be sent to Commander, PERSCOM, ATTN: TAPC-PDI-S, Alexandria, VA 22332-0444. The request must include the following information:

(1) Name and SSN.
(2) Mailing address.
(3) Grade.
(4) Effective date of promotion.
(5) Copy of promotion orders (if available).

## 1-24. Promotion ceremonies

a. Promotion ceremonies may be conducted before the effective date of a promotion, only according to this paragraph.

(1) When the effective date of a promotion is on a weekend or national holiday, a promotion ceremony may be conducted on the last duty day before the effective date of promotion.

(2) When the officer will be on leave or en route to a new duty station (not including temporary duty) on the effective date of promotion, a ceremony may be conducted not earlier than 15 calendar days before the effective date. The ceremony should take place on the last duty day that the officer is present before the effective date.

(3) Pay and seniority will not be affected by the ceremony. They will be determined by the effective date of promotion cited in the promotion order.

(4) This authority does not change the frocking provisions of chapter 6.

b. See figure 1-6 for the recommended format for promotion ceremonies.

## 1-25. Interservice transfer

a. Precedence or relative rank for interservice transfers.

(1) A regular component commissioned or WO who transfers from another uniformed service will keep the same grade and ADOR that he or she held the day before transferring.

(2) A Reserve Component commissioned or WO who transfers from another uniformed service will keep the same grade and ADOR if he or she was on extended active duty on the day before transferring.

(3) A commissioned or WO who transfers from another uniformed service and who was not on active duty in that service at the time of transfer will have an ADOR established by PERSCOM.

(4) As an exception to (1) through (3) above, a commissioned officer who transfers from a professional competitive category (Chaplain, AMEDD, or TJAG) in the losing uniformed service to a substantially different competitive category will lose any constructive credit granted by the losing uniformed service under 10 USC 533, 5600 and/or 8353. The officer's ADL grade will be determined according to applicable provisions of DOD Directive 1300.4, AR 135-100, AR 135-101, AR 601-100, and AR 614-120.

b. Integration on the promotion list. Commissioned officers on a standing list for promotion in another service (including the Coast Guard and National Oceanic and Atmospheric Administration) or previously awarded constructive service credit in another service and transferring to the same or a comparable category in the Army may be integrated into the corresponding Army standing promotion list. Such determinations will be made on a case-by-case basis and approved by the SA or his or her designee.

c. Promotion eligibility. Officers transferring to the Army from another service without a break in service are immediately eligible for promotion consideration if their DOR places them within the promotion zone for a grade for which the selection board had not adjourned before the effective date of the transfer. Their names will be submitted to a special selection board for consideration as prescribed in chapter 7. If approved, their names will be placed on the promotion list according to their DOR; however, the effective date of promotion may not be before their entry on active duty in the Army.

## 1-26. Absence Covered by the Missing Persons Act

a. Officers who are missing, missing in action, interned or detained in a foreign country against their will, captured, surrounded or unable to escape due to hostile fire remain eligible for consideration and promotion. If selected, time absent will be included in any service computation used to determine eligibility for promotion.

b. The immediate commander will recommend for or against promotion to 1LT and CW2 of officers absent within the provisions of the Missing Persons Act. DA Form 78-R-E will be processed so that final action may be taken on the date the officer would have been promoted if present for duty. (Chap 3 outlines how to process DA Form 78-R-E.) Commanders promoting officers under this paragraph will submit the supplemental report required by AR 600-8-1. This report will cite the change in grade, DOR, and promotion order.

c. Field promotion authorities may promote eligible officers only before they are dropped from the rolls of the unit. For a 2LT or WO1 dropped from the unit rolls, promotion authorities will promptly send recommendations for or against promotion to Commander, PERSCOM, ATTN: TAPC-MSP-O, Alexandria, VA 22332-0443, whether or not the officer is eligible.

## 1-27. Temporary disability retired list returnees

a. Officers placed on the ADL from the temporary disability retired list (TDRL), in the grade they held when placed on the TDRL, will keep that same ADOR. (See para d below.)

b. The eligibility requirements of paragraph 1-10 apply to officers returning from the TDRL. Such officers are treated as though they had no break in service.

c. Eligible officers will not be considered by special selection boards until after their return to the Active Duty List (ADL). Officers who have missed a promotion opportunity and who are returned to the ADL will be considered for promotion in accordance with 10 USC 628(a)(1). If the missed promotion opportunity was for

consider the officer for promotion as prescribed in chapter 3. If the missed promotion opportunity was for the grade of CW3, CW4, CW5, CPT, or above, the officer's record will be submitted to a special selection board as prescribed in chapter 7.

d. Failure twice to be recommended by promotion or special selection boards to CW3, CW4, CW5, CPT, and MAJ may result in separation. Officers cannot decline the promotion consideration afforded by 10 USC 624 or 578. Zones of promotion consideration are defined by ADOR.

## 1-28. Promotion of critically ill officers

There is no legal basis for accelerating an officer's promotion to occur before the promotion of those who are ahead of him or her on a promotion list; however, if any officer on a published promotion list becomes terminally ill, the commander of the medical treatment facility, or a senior medical officer who has detailed knowledge of medical fitness standards, will report the facts to Commander, PERSCOM, ATTN: TAPC–MSP–S. Based upon the facts provided, the CG, PERSCOM, in conjunction with the DCSPER, will determine whether the officer may be promoted before his or her death. Officers who are not promoted in the normal course of events may be promoted posthumously, if otherwise eligible, according to paragraph 1–29 below. The following facts must be included in the report:

a. The date of the PERSCOM letter that announced the promotion list.

b. The date the officer was hospitalized.

c. Diagnosis and life expectancy.

d. Line of duty determination.

## 1-29. Posthumous promotions

a. An officer may be posthumously promoted if, at the time of death, the following conditions are met:

(1) Proper authority had approved the recommendation of the promotion selection board at the time of death. A posthumous promotion to 1LT or CW2 must have been approved by proper authority prior to death. Officers on the permanent or TDRL must have been in a promotable status when added to the list.

(2) The death was not due to the officer's own misconduct.

(3) The officer was not on an unauthorized absence.

b. No persons will receive any bonus, gratuity pay, or allowance because of a posthumous promotion; however, the officer's name will be carried on military records in the higher grade and that grade may be included upon the burial marker in recognition of the officer's lifetime accomplishments and contribution to the nation.

c. The DD Form 1300 (Report of Casualty) is the official certificate of death issued by PERSCOM, Casualty Operations Center. To determine if a promotion is appropriate, PERSCOM will use report items 50 through 53 contained in the casualty report in accordance with AR 600–8–1. Posthumous promotions will normally be approved unless a recommendation to remove an officer from a promotion list or to deny promotion is addressed in the Casualty Report or is received under separate cover before a DA Form 3168 (Posthumous Promotion Certificate) is issued.

d. PERSCOM (TAPC–PEC) will, upon effecting the posthumous promotion, issue a DA Form 3168 to be furnished to the primary next of kin along with the DD Form 1300.

## Section IV
## Promotion Selection Boards

## 1-30. Convening selection boards

a. Whenever the needs of the service require, the SA will convene selection boards to recommend officers for promotion to the next higher grade according to 10 USC 573 and 10 USC 611. The boards will select commissioned officers for promotion to CPT, MAJ, LTC, COL, BG, and MG and WOs for promotion to CW3, CW4, and CW5.

b. A separate selection board will convene for each competitive category and grade for commissioned officers; however, such boards may be convened concurrently. The SA may establish competitive categories for promotion. Officers in the same competitive category will then compete among themselves for promotion.

c. The SA may convene selection boards to recommend officers for continuation on active duty under 10 USC 580 and 637. (See para 1–14.)

d. At least 30 days before convening a promotion selection board, PERSCOM will announce in writing the date the board will convene, except as provided in e below, and the names and ADOR of junior and senior officers in the promotion zone. The officers will be notified either personally or by general announcement.

e. The General Officer Management Office (DACS–GOM) will announce in writing the date for convening promotion selection boards for BG and MG and will inform officers being considered for promotion to MG of their eligibility.

f. The DCSPER, with the approval of the SA or the Secretary's designee, will publish a standing operating procedure to govern the administrative support for selection boards.

g. The SA, or the Secretary's designee, will conduct, at random, yearly interviews of board presidents, members, recorders, or administrative support staff to ensure that boards are being conducted according to applicable law, regulations, and guidelines. Interviews will be conducted among those boards considering officers for promotion to grades MAJ through MG.

h. The SA, or the Secretary's designee, will review annually the content of administrative briefings provided to selection boards to ensure that they do not alter the substantive guidance provided by the SA.

## 1-31. Composition of selection boards

a. Promotion selection boards will consist of at least five officers on the Army ADL, according to 10 USC 612 and 573. The SA or the SA designee, will appoint a member of the selection board as president and will prescribe administrative duties for that officer to perform. A board president has no authority to constrain the board from recommending for promotion those fully qualified officers that the majority finds best qualified to meet the needs of the Army.

b. Each board member must be a major or above, except as provided in g below, and serving in a grade higher than the officers under consideration.

c. Each board will include at least one officer from the competitive category under consideration. If no eligible officers from that category on the ADL are senior to the officers being considered, then the SA may appoint to the board a retired officer, a Reserve officer serving on active duty but not on the ADL, or a member of the Ready Reserve. The officer must hold a grade higher than the officers under consideration and belong to the same competitive category.

d. When an OTRA officer is being considered by the board, at least one member of the board will be an OTRA officer. An exception is made when the officers being considered hold the grade of COL or BG and there are no Reserve officers on active duty in the next higher grade who are eligible to serve on the board.

e. No officer will serve on two successive selection boards for the same grade and competitive category.

f. Selection boards considering commissioned officers who are serving in, or have served in, joint duty assignments will include at least one officer, designated by the Chairman of the Joint Chiefs of Staff, who is currently serving in a joint duty assignment.

g. For WO selection boards, the SA may appoint WOs senior in grade to those under consideration as additional members of the board. If competitive categories have been established by the SA, at least one member must be appointed from each category under consideration, unless too few WOs in those categories are senior in grade to the officers under consideration and qualified as determined by the DCSPER or his or her designee.

h. The SA or the Secretary's designee may change the composition of a promotion selection board until the board has adjourned.



selection boards. At least one board recorder must be present during all board deliberations. Officers designated as board recorders must have completed in the previous 12 months a program of instruction approved by the SA or his designee. This program will include the duties and responsibilities of recorders to assist the board president in ensuring that the board complies with the law and applicable directives and regulations. The designation of board recorders is subject to the following restrictions:

(1) An officer may not serve as recorder for a selection board that may consider him or her for promotion.

(2) An officer whose primary responsibilities involve the career management of an officer eligible for consideration by a selection board or the career management of that officer once selected for promotion may not serve as recorder for that board.

(3) An officer may not serve as a board member and a board recorder for the same selection board.

(4) Any board recorder who cannot in good conscience perform his or her duties and responsibilities has a duty to request relief by the SA. This request will be honored. Any board recorder who believes that the integrity of the board's proceedings has been affected by improper influence of senior military or civilian authority, misconduct of the board president or a member, or any other reason has a duty to request relief from the obligation not to disclose board proceedings from the SA or the Secretary of Defense and, on receiving it, to report the basis for his or her belief to that authority.

## 1–32. Conduct of board members

*a.* Officers chosen to participate on promotion selection boards should possess the professional characteristics and reflect the values that the Army considers to be of utmost importance. Therefore, commanders will ensure that all nominees for board duty meet the high standards expected of board members.

*b.* Board members will ensure that the selection process is scrupulously fair and will seek guidance from the convening authority or his or her designee if questions concerning proper personal conduct arise. Further, board members who observe suspected improprieties that may adversely influence board proceedings will report this information to the convening authority or his or her designee. Any board member who cannot in good conscience carry out board member responsibilities without prejudice or partiality has a duty to request relief from the convening authority or his or her designee.

*c.* Board members will not—

(1) Receive or introduce into the deliberations any information, good or bad, concerning an officer under consideration that should not be presented to the board.

(2) Engage in, or give the appearance of, preferential treatment to any individual or group of officers under consideration.

(3) Divulge details of the deliberative process (other than a generalized description of board procedures) before, during, or after the board to outside parties, whether senior or subordinate to the board member except as specifically directed by the SA or his authorized representative.

(4) Reveal board results before official release of the selection list.

(5) Disclose involvement in an ongoing selection board; for example, making informal office or social visits within the vicinity of the board deliberations or informing seniors (other than in the immediate chain of command), subordinates, or colleagues of one's status as a board member until the SA acts on the board result.

(6) Solicit information or guidance from branch proponents, assignment managers, or major command representatives concerning individual officers or groups of officers under consideration unless authorized in the written or verbal instructions to the board.

*d.* Board members will swear to perform their duties without prejudice or partiality, having in view both the special fitness of officers and the efficiency of the Army.

## 1–33. Information provided to boards

*a. MOI.* The SA will provide guidance and instructions in an MOI to the board. The SA or his or her designee may modify, withdraw, or supplement the MOI before the board adjourns; however,

selected may not be increased without the written permission of the OSD.

(1) The MOI issued to each promotion selection board will specify the following:

(a) The oath to be taken by board members.

(b) Reports to be made.

(c) The method of selection.

(d) Factors to be considered, including the Army's needs in each branch, functional area, or skill.

(e) The maximum number of officers to be selected from each competitive category.

(f) Other information as required.

(2) The MOI will contain guidelines to ensure that—

(a) Neither the marital status of an officer, nor the employment, educational or volunteer activities of the officer's spouse are considered in determining whether to recommend the officer for promotion. Information in personnel files regarding such factors will not be considered by commanders, board members, or others involved in promotion determinations.

(b) The board gives appropriate consideration to the performance of officers who are serving, or have served, in joint duty assignments.

(c) Boards convened to consider officers in a health-professional competitive category for promotion to a grade below colonel consider an officer's clinical proficiency and skill as a health professional at least as much as they do the officer's administrative and management skills.

(3) The text of appendix B will be included in the MOI and will be read to all board members, recorders, and administrative support staff on the day the board convenes or the day they are assigned to the board, whichever is later.

(4) The MOI may modify the terms of this regulation for a particular board unless such modification would be contrary to statue. The SA may orally highlight points in the MOI to selection boards. Boards may also be briefed on personnel management and administration matters as determined by the SA. They will not be further instructed except to clarify board administration, to explain the MOI, or to respond to questions of the board.

*b. Other information.*

(1) The Secretariat for DA Selection Boards will ensure that each board member receives a copy of DOD Directive 1320.12 and the applicable portions of this regulation, for review before the board convenes. Selection boards are also provided the following:

(a) The names of all officers in the competitive category to be considered for promotion under 10 USC 615a[2] or 576.

(b) The performance portion of the OMPF, including authorized documents not yet filmed, the officer record brief (ORB), an official photograph, if available, and approved separation documents.

(c) Correspondence to the board submitted under c below.

(d) The service portion of the OMPF when requested by the board.

(2) The following additional information may be provided as needed:

(a) The restricted portion of the OMPF when directed in the MOI to the board or when requested by the officer concerned in written communication to the board (see c below), or when requested by the board and approved by proper authority. The approval authority for general officers is the Chief of Staff of the Army; for all other officers, the Director of Military Personnel Management, DCSPER, or his or her designee.

(b) Approved results of prior selection boards, when requested by the board.

(c) Evaluation reports that meet the criteria of d below.

(d) Adverse information approved for inclusion in the performance microfiche of the OMPF during the board's deliberations, if the information is of a nature that would warrant submission to a promotion review board. CG, PERSCOM, will forward such information to the board.

(e) For boards considering selection to and within general officer grades, case summaries pertaining to officers under consideration.

(2) Keep confidential their deliberations or recommending or recommending any officer considered.

(3) For commissioned officers, use one of the following methods of selection as directed by the MOI:

(a) The "fully qualified" method when the maximum number of officers to be selected, as established by the Secretary, equals the number of officers above, in, and below the promotion zone. Although the law requires that officers recommended for promotion be "best qualified" for promotion when the number to be recommended equals the number to be considered, an officer who is fully qualified for promotion is also best qualified for promotion. Under this method, a fully qualified officer is one of demonstrated integrity, who has shown that he or she is qualified professionally and morally to perform the duties expected of an officer in the next higher grade. The term "qualified professionally" means meeting the requirements in a specific branch, functional area, or skill.

(b) The "best qualified" method when the board must recommend fewer than the total number of officers to be considered for promotion. However, no officer will be recommended under this method unless a majority of the board determines that he or she is fully qualified for promotion. As specified in the MOI for the applicable board, officers will be recommended for promotion to meet specific branch, functional area or skill requirements if fully qualified for promotion.

(4) Recommend for promotion those WOs whom the board, giving due consideration to the needs of the U.S. Army as specified in the MOI, considers best qualified for promotion. However, no officer will be recommended under this method unless a majority of the board determines that he or she is fully qualified for promotion.

b. No official, civilian or military, may do any of the following:

(1) Direct that a particular individual be selected or not selected by a selection board.

(2) Censure, reprimand, or admonish the selection board or any member of the board with respect to the recommendations of the board or the exercise of any function within the discretion of the board.

(3) Attempt to coerce or, by any unauthorized means, influence any action of a selection board or any board member in formulating the board's recommendations.

c. Selection board reports will meet the following requirements:

(1) According to the MOI, all officers considered for promotion must be either recommended or not recommended for promotion. If separate selection boards are convened concurrently, the reports of the boards must be written separately; however, they may be consolidated into a single package for further processing.

(2) The MOI may also request certain boards to provide a list of officers found not fully qualified for promotion, but not recommended to be required to show cause for their retention on active duty.

(3) On completing their deliberations, board members and recorders will, as a minimum, certify in the report to the SA that—

(a) To the best of their knowledge, the board complied with the MOI and DOD Directive 1320.12.

(b) They were not subject to or aware of any censure, reprimand, or admonishment resulting from the board's recommendations or the exercise of any lawful function within the authorized discretion of the board.

(c) They were not subject to or aware of any attempt to coerce or influence improperly any action in the formulation of the board's recommendations.

(d) They were not a party to, or aware of any attempt to make, unauthorized communications.

(e) To the best of their knowledge, the board carefully considered the records of each officer whose name was furnished to the board.

(f) The officers recommended for promotion are, in the opinion of the majority of the members of the board, fully qualified and best qualified for promotion to meet the needs of the Army:

(4) In addition to the above reporting requirements, the promotion boards will also report to CG, PERSCOM, the name of any officer who should be required to show cause for his or her retention on active duty (AR 635–100).

d. Board proceedings will not be disclosed to anyone who is not a board member unless approved by the proper authority.

## Section V
## Precedence and Date of Rank

### 1–36. Active date of rank responsibilities

a. The ADOR is used to determine the eligibility of officers on the ADL for promotion.

b. The DCSPER establishes the criteria to determine the ADOR and PED. Designation of ADOR and PED within basic policies and procedures prescribed by this regulation is a command responsibility, as indicated below. Designation of ADOR and PED not anticipated by a provision of this regulation will be determined on an individual basis by the DCSPER or his or her designee.

(1) Except as indicated in (2) below, PERSCOM will determine ADOR and PED prescribed in this regulation. To assist PERSCOM in determining ADOR or PED, field commanders with MPD/PSC must submit copies of DD Form 220 (Active Duty Report) and active duty orders. Additionally, if available, field commanders must also submit DD Form 214 (Certificate of Release of Discharge from Active Duty), DA Form 1383 (Annual or Terminal Statement of Retirement Points), NGB Form 23 (Retirement Credits Record), AGUZ Form 115 (Statement of Retirement Points), letter orders on transfers between Reserve Control Groups, or units, and United States Army Reserve (USAR) promotion letters for all officers in the categories described in paragraphs 1–38 through 1–44 below, whose ADOR and PED will be determined by PERSCOM. Documents should be forwarded to Commander, PERSCOM, ATTN: TAPC–MSP–D, 200 Stovall Street, Alexandria, VA 22332–0443.

(2) Field commanders with MPD and PSC will determine the ADOR for all 2LTs and WO1s.

(3) The ADOR of officers not managed by PERSCOM will be jointly determined by PERSCOM and the offices of The Surgeon General, TJAG, or The Chief of Chaplains, as appropriate.

### 1–37. Precedence or relative rank of commissioned officers

a. Precedence or relative rank of commissioned officers, whether or not on active duty, is based first on grade. Rank among officers of the same grade is determined by comparing DOR. An officer whose DOR is earlier than that of another officer of the same or equivalent grade is senior to that officer. The rules allow determination of precedence and relative rank among many different categories of commissioned officers (for example, retired, ADL, and Reserve officers).

b. Except as provided in c below, precedence or relative rank among commissioned officers on the ADL is based on the following criteria, in the order given:

(1) Current grade in which serving on the ADL.

(2) Current ADOR.

(3) ADOR of commissioned grade in which previously served on active duty (other than for training).

(4) Previous active duty grade or relative seniority, if applicable. This rule maintains the relative precedence and seniority as it existed in a prior service grade.

(5) Total active Federal commissioned service (AFCS).

(6) Date of appointment as a commissioned officer.

(7) Date of birth (age takes precedence).

(8) Alphabetical order.

c. United States Military Academy (USMA) graduates who are appointed as 2LTs in the RA on the USMA graduation date will rank among themselves, as 2LTs RA, in order of their USMA class standing. Officers appointed in the RA from another military service academy on that academy's main graduation date will have the USMA main graduation date as their 2LT RA ADOR and will be placed on the ADL by integrating their service academy graduation class standings into the class standing of USMA graduates. USMA and other military service academy graduates who are appointed as

(1) Ahead of the main USMA class if they entered on active duty before the USMA main graduation date.

(2) After all service academy graduates with the same ADOR if they were placed on the ADL on or after the USMA main graduation date, in the order of relative precedence among themselves established under b above.

## 1–38. Determining active date of rank for commissioned officers

a. The ADOR of 2LT RA and OTRA officers upon placement on the ADL is determined under the provisions of chapter 2.

b. The ADOR of an officer receiving an original appointment as an RA commissioned officer, other than as stated in chapter 2, is the date the appointment is accepted unless—

(1) The officer was, at the time of appointment, a Reserve officer on the ADL, in which case the ADOR is the same as that which the officer held immediately before his or her appointment as an RA officer.

(2) The officer was, at the time of appointment, a Reserve officer not on the ADL, in which case the ADOR will be the one the officer would have had immediately before the appointment as an RA officer had the officer been placed on the ADL as a Reserve officer on that date.

(3) The appointee was not, at the time of appointment, a Reserve officer, but was awarded entry grade credit under 10 USC 533, in which case the ADOR will be backdated to the extent that the entry grade credit awarded exceeds that required for the officer's appointment grade under applicable Army regulations and circulars.

(4) The officer was, at the time of appointment, a Regular officer in another service, and the officer is the subject of an interservice transfer, in which case the ADOR will be the same as the officer's ADOR in the other service (officers who received constructive service credit see paragraph 1–25).

(5) The officer is, at the time of appointment, a Regular Army officer and the new original appointment will effect a change in the officer's status from a special branch to a basic branch from a basic branch, to a special branch, or between special branches. In these cases the ADOR will be recomputed in accordance with paragraph 1–38 above, except that in no event will the officers ADOR in the new original appointment be later than the ADOR held in the next precedent appointment.

c. The ADOR of OTRA officers, other than as stated in chapter 2, is determined under paragraph 1–39.

d. The ADOR of an officer who is promoted to a higher grade will be the date designated in the order announcing the promotion. Except as otherwise provided by law, this will be the date the officer is appointed to the higher grade. The ADOR of an officer whose promotion was delayed under 10 USC 624(d) will be according to paragraph 1–21.

e. Officers on a TDRL, if placed on the ADL, will have the same ADOR they had when placed on the TDRL.

f. Officers on any retired list other than the TDRL, who are ordered to active duty, will not have their DOR adjusted in connection with the order to active duty and their names will not be placed on the ADL.

g. The ADOR of an officer receiving an appointment to the temporary grade of lieutenant general or general under 10 USC 601 will be the date of that appointment, backdated by any period of prior service in the temporary grade to which appointed.

h. The ADOR of an officer receiving an appointment to a temporary grade other than lieutenant general or general in time of war or national emergency will be the date designated in the appointment.

## 1–39. Active date of rank of other than Regular Army 1LTs and above upon placement on the active duty list

a. OTRA commissioned officers in a grade above 2LT who were not given entry grade credit at the time of their most recent original appointment will be placed on the ADL in their current grade and will have an ADOR that precedes the date of placement on the ADL by a period equal to the time served in an active status in their current grade.

b. Except as modified for the Chaplains (para 1–40), AMEDD (para 1–41), and JAGC (para 1–42), OTRA commissioned officers in a grade of 1LT or above who received entry grade credit at the time of their most recent original appointment and are placed on the ADL in their current Reserve grade will have an ADOR established by backdating from their date of placement on the ADL by the lesser of—

(1) For officers who received a Reserve promotion after their most recent original appointment, the period they served in an active status in their current grade.

(2) For officers serving in the grade of their most recent original appointment, the sum of the entry grade credit awarded that is in excess of time served in an active status in that grade since the appointment plus any service in an active status in that grade since the appointment.

(3) The total period of entry grade credit awarded at the time of the most recent original appointment.

c. OTRA commissioned officers in the grade of 1LT or above who received entry grade credit at the time of their most recent original appointment may be tendered a new original appointment in a higher grade, coincident with placement on the ADL, if the period of service so credited equals or exceeds the promotion phase point in that higher grade in their respective competitive category at the time they were placed on the ADL. An officer may not be placed on the ADL in a grade higher than major under this paragraph.

d. Except as provided in paragraphs 1–40 through 1–42 below, the ADOR in the higher grade to which an officer is appointed will be the date of placement on the ADL backdated by the amount of time by which the entry grade credit awarded exceeds that used to establish the higher grade under c above.

## 1–40. Grade and active date of rank of OTRA chaplains upon placement on the active duty list

a. Except as specified in c below, OTRA chaplains will be placed on the ADL in their current Reserve grades.

b. Their ADOR will be established as follows:

(1) For OTRA chaplains with a grade of 1LT who were awarded entry grade credit at the time of their most recent original appointment, the ADOR is their date of placement on the ADL backdated by either 18 months or by the period by which the entry grade credit awarded exceeds the minimum TIG required for promotion to 1LT under 10 USC 619, whichever is less.

(2) For OTRA chaplains other than those described in (1) above, the ADOR is the date they were placed on the ADL backdated by either 3 years or the period calculated under paragraph 1–39b, whichever is less.

c. OTRA chaplains in the Reserve grade of 1LT who received entry grade credit that included constructive service credit under categories two and/or three, AR 135–100, paragraph 3–7, at the time of their most recent original appointment and OTRA chaplains in the Reserve grade of captain who received entry grade credit at the time of their most recent original appointment may be tendered a new original appointment in a higher grade, not above major, upon placement on the ADL if the total period of all entry grade credit awarded exceeds the promotion phase point to the higher grade in the chaplain competitive category.

d. The ADOR of an OTRA chaplain placed on the ADL in a higher grade under c above will be the date of placement on the ADL in that higher grade.

## 1–41. Grade and active date of rank of other than Regular Army commissioned officers assigned to an Army Medical Department Corps upon placement on the active duty list

*a.* See chapter 2 for provisions governing OTRA AMEDD commissioned officers receiving an original Reserve appointment as 2LT.

*b.* If an officer is tendered a new original appointment in conjunction with being ordered to active duty, the grade will be determined as prescribed in AR 135–101. The ADOR will be determined by backdating from the date of placement on the ADL by a period equal to the number of days by which the entry grade credit awarded exceeds the promotion phase point in the competitive category that established the entry grade.

*c.* If an officer is ordered to active duty and placed on the ADL in the Reserve grade currently held (without a concurrent new original appointment), the ADOR will be the effective date of placement on the ADL backdated by either 3 years or the period calculated under paragraph 1–39b, whichever is less.

## 1–42. Grade and active date of rank of other than Regular Army Judge Advocate General's Corps officers upon placement on the ADL

*a.* The grade and ADOR upon original appointment of a commissioned officer in a Reserve Component assigned to the JAGC will be determined according to AR 135–100 and AR 27–1.

*b.* A Reserve component JAGC officer who is ordered to active duty and placed on the ADL will be so placed in his or her current Reserve grade unless appointed to the same or a higher grade in the RA. The provisions of paragraph 1–39c are not applicable to JAGC officers.

*c.* A 1LT who was originally appointed in that grade and who has 18 months or less service in an active status in that grade immediately prior to being placed on the ADL will be placed on the ADL in the grade of 1LT with an ADOR 18 months prior to the date of placement.

*d.* A 1LT who was originally appointed in that grade and who has more than 18 months service in an active status in that grade immediately prior to being placed on the ADL will be placed on the ADL in the grade of 1LT with an ADOR calculated by backdating from the date of placement on the ADL by the lesser of the following:

(1) The period of service in an active status in the grade of 1LT.

(2) The total of any entry grade service credit awarded at the time of the officer's most recent original appointment in the current grade.

*e.* The ADOR of an officer who is placed on the ADL in his or her current Reserve grade of captain or higher will be the date of placement on the ADL backdated by a period equal to the lesser of (1) through (3) below:

(1) One year for each qualifying year for retirement under 10 USC 1332(a)(2) earned after 1 July 1949 in the grade (without regard to component) in which ordered to active duty and placed on the ADL, or a higher grade (fractional years are not counted), plus all periods of active duty in the military service of the United States, performed in the grade in which ordered to active duty and placed on the ADL or a higher grade. (Active duty performed during a retirement year determined to be a qualifying year may not be credited separately so as to render any period of service susceptible of being counted twice.)

(2) The period by which the entry grade credit awarded upon the most recent original appointment exceeds the JAGC ADL promotion phase point of the grade in which the officer is placed on the ADL.

(3) The total period served in an active status in the current or a higher grade.

*f.* OTRA officers appointed under the Army General Counsel's Honors Program (AR 601–337) who either receive a new original appointment or are placed on the ADL under this program will have their ADOR determined under the procedures described in this paragraph.

## 1–43. Precedence or relative rank of warrant officers

*a.* Precedence and relative rank among WOs, whether or not on active duty, is based first on grade (AR 600–20, para 1–6). Rank among WOs of the same grade on the ADL is determined by comparing ADORs. An officer whose ADOR in a grade is earlier than that of another officer in the same grade is senior to that officer.

*b.* Precedence or relative rank among WOs on the ADL is based on the following criteria:

(1) Current grade in which serving on the ADL.

(2) Current ADOR of the grade in which serving on the ADL.

(3) Total active federal commissioned and WO service.

(4) Date of birth (age takes precedence).

(5) Alphabetical order.

## 1–44. Determining active date of rank for warrant officers

*a.* The ADOR of WOs in the grade of WO1 will be determined according to the provisions of chapter 2.

*b.* The ADOR of an officer receiving an original appointment as an RA WO is the date the appointment is accepted unless—

(1) The officer was, at the time of appointment, a Reserve officer on the ADL in the same grade in which appointed as an RA WO, in which case the ADOR is the same as that which the officer held immediately before accepting his or her RA appointment.

(2) The officer was, at the time of appointment, a Reserve officer not on the ADL, in which case the ADOR will be the one the officer would have had immediately before the RA appointment had the officer been placed on the ADL as a Reserve officer on that date.

(3) The officer was not, at the time of appointment, a Reserve officer, but received entry grade credit under 10 USC 556, in which case the ADOR will be backdated to the extent that the entry grade credit awarded exceeds that required for the officer's appointment grade under applicable Army regulations and circulars.

*c.* Except as provided in *a* above, the ADOR for OTRA WOs will be established as follows:

(1) OTRA WOs in a grade above WO1 who did not receive entry grade credit at the time of their most recent original appointment will be placed on the ADL in their current grade and will have an ADOR that precedes the date of placement on the ADL by a period equal to the period they spent in an active status in their current grade.

(2) OTRA officers in a grade of CW2 or above who received entry grade credit at the time of their most recent original appointment and were placed on the ADL in their current Reserve grade will have an ADOR established by backdating from the date of placement on the ADL by the lesser of:

*(a)* For officers who received a Reserve promotion after their most recent original appointment, the period they served in an active status in their current grade.

*(b)* For officers serving in the grade of their most recent original appointment, the sum of the entry grade credit awarded in excess of that in an active status in that grade since the appointment.

*(c)* The total of entry grade credit awarded at the time of the most recent original appointment. (Entry grade credit includes prior commissioned service performed before the most recent original appointment.)

(3) OTRA WOs in the grade of CW2 or above who received entry grade credit at the time of their most recent original appointment may be tendered a new original appointment in a higher grade, coincident with placement on the ADL, if the period of service so credited equals or exceeds the promotion phase point in that higher grade in their respective competitive category at the time of placement.

(4) The ADOR on the ADL in the higher grade to which appointed under this paragraph will be the date of placement on the ADL backdated by a period equal to the period of entry grade credit awarded which exceeded that used to establish the higher grade under (2) above.

*d.* The ADOR of a WO promoted to a higher grade will be the date designated in the order announcing the promotion. Except as otherwise provided by law, this will be the date the officer is appointed to the higher grade. The ADOR of an officer whose promotion was delayed will be determined according to paragraph 1–21.

*e.* The DOR of WOs not on the ADL will not be adjusted if they are placed on the ADL without a new original appointment.

f. WOs on a TDRL, if reappointed in the RA and placed on the ADL in the grade held at the time of placement on the TDRL, will have the same ADOR in the grade they had when placed on the TDRL.

g. WOs on any retired list other than the TDRL who are ordered to active duty will not have their DOR adjusted in connection with

such order to active duty and their names will not be placed on the ADL.

h. The ADOR of a WO receiving an appointment to a temporary grade in time of war or national emergency will be the date designated in the appointment.

---

**Figure 1–1. Sample of a completed Format 307**

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VIRGINIA 22332-0400

ORDER NO: 41-5                                                    9 March 1992

3. The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity, and abilities of GARY G. THOMAS. In view of these qualities and his demonstrated potential for increased responsibility, he is therefore, promoted in the Army of the United States from Major General to Lieutenant General. Promotion is effective 1 April 1991 with date of rank of 1 April 1991. The authority for this promotion is section 601, Title 10, United States Code.

Format 307

BY ORDER OF THE SECRETARY OF THE ARMY:

                                MICHAEL J. VEASEY
                                Lieutenant Colonel, GS
                                Chief, Promotions Branch

DISTRIBUTION:
Each PSC (1)
Each Major Command (1)
LTG Thomas, 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, USA
Assistant to the Chairman, OJCS
Washington, DC 20310

---

**Figure 1-2. Sample of a completed Format 300**

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VIRGINIA 22332-0400

ORDER NO: 39-11                                                9 March 1992

10. The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity, and abilities of the following officers. In view of these qualities and their demonstrated potential for increased responsibility, they are, therefore, promoted in the United States Army to the grade of rank shown. Promotion is in the component in which the officer is serving. Promotion is not valid and will be revoked if the officer concerned is not in a promotable status on the effective date of promotion. The authority for this promotion is section 624 or 578 (as appropriate), Title 10, United States Code.

Name, SSN, Branch, Grade of rank pomoted to, Effective date, and Date of rank

| | | | | |
|---|---|---|---|---|
| BRANNON, JAMES E. | 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 AG | LTC | 1 Apr 92 | 1 Apr 92 |
| HAYES, KEVIN N. | 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 IN | LTC | 1 Apr 92 | 1 Apr 92 |

Format 300

BY ORDER OF THE SECRETARY OF THE ARMY:

MICHAEL J. VEASEY
Lieutenant Colonel, GS
Chief, Promotions Branch

DISTRIBUTION:
Each PSC (1)
Each Major Command (1)
Each officer concerned (5)

---

**Figure 1-3. Sample of a completed Format 700**

DEPARTMENT OF THE ARMY
539TH PERSONNEL SERVICE COMPANY
FORT BRAGG, NORTH CAROLINA 28334-0400

ORDER NO: 1-1                                                 1 January 1992

32. The following order is amended as shown.

So much of: Paragraph 18, order 127-5, 539th Personnel Service Company, 30 Nov 91
Pertaining to: Promotion of Jones, Diana J., 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, DC, 1LT
As reads: DOR: 27 Dec 90
How changed: DOR: 4 Mar 90
Authority: Not applicable

Format: 700

BY ORDER OF THE SECRETARY OF THE ARMY:

JOHN J. DOE
Major, Adjutant General
Commanding

Distribution:
Each PSC (1)
Each Major Command (1)
Each officer concerned (5)

**Figure 1-4. Sample of a completed Format 705**

DEPARTMENT OF THE ARMY
539TH PERSONNEL SERVICE COMPANY
FORT BRAGG, NORTH CAROLINA 28334-0400

ORDER NO: 30-3

2 February 1992

33. The following order is revoked or rescinded as shown.

Action: Revoke
So much of: Paragraph 12, Orders 198-4, 539th Personnel Service Company, 30 Nov 91
Pertaining to: Promotion to CW2 of Butler, John F., 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 OD
Authority: Paragraph 1-33, AR 624-100
Additional Instructions: None

Format: 705


BY ORDER OF THE SECRETARY OF THE ARMY:

JOHN J. DOE
Major, Adjutant General
Commanding

Distribution:
Each PSC (1)
Each Major Command (1)
Each officer concerned (5)

---

**Figure 1-5. Sample of endorsement**

AAAA-AA (15 Dec 90) 1st End
SUBJECT: Orders 76-11, HQ USATC and Fort Jackson
15 December 1990


DA, HQ, 12th Infantry Division, Camp Jones, Georgia 30312 16 January 1991

Effective 10 January 1990, promotion order 76-11 is corrected to read: JOHNSON, RICHARD D., 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. No change to DOR.


FOR THE COMMANDER:

JONATHAN A. CLARK
Captain, Adjutant General
Chief, Personnel Actions Branch

DISTRIBUTION
XXX

---

**Figure 1-6. Recommended format for promotion ceremonies**

The following format is recommended for use during promotion ceremonies.


QUOTE:

Attention to orders: Headquarters, Department of the Army, Washington, DC, dated (use effective date of promotion). The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity, and abilities of (name). In view of these qualities and (his or her) demonstrated potential for increased responsibility, (he or she) is therefore promoted to (grade) with a date of rank (day, month, year). By Order of the Secretary of the Army: (the promotion authority will be as reads on the promotion order). Authenticating authority, (Name), General, United States Army, Chief of Staff.

## Chapter 2
## Determining Active Date of Rank

### Section I
### Task: Determine ADOR for 2LTs and WO1s Being Placed on the Active Duty List

**2–1. Rules for determining active date of rank for 2LTs and WO1s being placed on the active duty list.**

a. MPD and PSC will determine the ADOR for 2LTs and WO1s.

b. The 2LT ADOR for USMA graduates will be the date of their appointments as RA 2LTs. The 2LT ADOR of graduates of a service academy other than USMA, who graduate on the main graduation date of their service academy and are appointed as 2LT RA under 10 USC 541(b), will be the USMA main graduation date in the year of their appointment. The USMA class graduation dates are 09 JUN 65, 08 JUN 66, 07 JUN 67, 05 JUN 68, 04 JUN 69, 03 JUN 70, 09 JUN 71, 07 JUN 72, 06 JUN 73, 05 JUN 74, 04 JUN 75 02 JUN 76, 08 JUN 77, 07 JUN 78, 06 JUN 79, 28 MAY 80, 27 MAY 81, 26 MAY 82, 25 MAY 83, 23 MAY 84, 22 MAY 85, 28 MAY 86, 27 MAY 87, 25 MAY 88, 24 MAY 89, 31 MAY 90, 01 JUN 91, 30 MAY 92, and 29 MAY 93.

c. The 2LT ADOR of Reserve Officer Training Corps (ROTC) cadets appointed as RA 2LTs under 10 USC 2106 or 2107 in May or June of any year is the same as the USMA main graduation date for that year. (Eligibility for promotion on the ADL from 2LT to 1LT is based on PED rather than 2LT ADOR. See chap 3 for further guidance.)

d. The ADOR of an officer receiving an original appointment as an RA commissioned officer, other than as stated above, is the date the appointment is accepted unless the appointee was, at the time of appointment, a Reserve officer or received entry grade credit under 10 USC 533 (including regular officers of another branch of service). The ADOR of these officers is determined according to paragraph 1D38 of this regulation.

e. The CG, PERSCOM, notifies the servicing PSC of periods of reserve commissioned service not in an active status for all 2LTs placed on the ADL. Unless notified by PERSCOM that a 2LT has a period of reserve commissioned service in an inactive status, the PSC will assume all reserve service as a 2LT is in an active status.

f. For an OTRA ROTC 2LT appointed under 10 USC 2106, 2107, or 2107a in May or June of any year, the ADOR will be the same as the USMA graduation date for that year, if all the officer's service as a 2LT prior to placement on the ADL was in an active status. If the officer has some commissioned service after the date of appointment but before placement on the ADL that was in an inactive status, the ADOR will be the date of his or her placement on the ADL backdated by a period equal to his or her service in an active status in that grade, except that such ADOR will not be earlier than the USMA graduation date in the year in which the officer was appointed.

g. The DOR upon appointment of an OTRA 2LT, other than those described in f above, who is credited with entry grade credit upon his or her appointment as an OTRA 2LT, is the date the appointment is accepted, backdated by the period of entry grade credit so awarded. The grade and ADOR of such officers upon placement on the ADL will be determined as follows:

(1) OTRA commissioned officers in the grade of 2LT who received entry grade credit at the time of their most recent original appointment may be tendered a new original appointment in a higher grade, coincident with placement on the ADL, if the period of service so credited equals or exceeds the promotion phase point in that higher grade in their competitive categories when they were placed on the ADL. Except as provided in paragraphs 1–40, 1–41, or 1–42, the ADOR in that higher grade will be their date of placement on the ADL backdated by a period equal to the period of entry grade credit awarded at the time of the new original appointment (tendered in conjunction with placement on the ADL) which exceeds

that used to establish the higher grade under this paragraph. The ADOR for these officers will be determined by PERSCOM according to section II.

(2) For OTRA 2LTs not receiving a higher grade upon placement on the ADL under (1) above, their ADOR will be the date of placement on the ADL backdated by the period of entry grade credit awarded at the time of their most recent original appointment.

h. For OTRA 2LTs other than those described in f and g above, the ADOR will be the date the appointment is accepted, if all service as a 2LT before placement on the ADL was in an active status. If an officer has some commissioned service after the date of appointment but before placement on the ADL that was in an inactive status, the ADOR will be the date of placement on the ADL backdated by a period equal to the officer's service in an active status in that grade since the appointment.

i. The ADOR for OTRA warrant officers placed on the ADL in the grade of WO1 will be the date they accepted their Reserve appointment, provided all service since that appointment was in an active status. The CG, PERSCOM, notifies the servicing MPD and PSC of any periods when a warrant officer was not in an active status. Unless so notified by PERSCOM, the MPD and PSC will assume that all of an officer's service as a WO1 was in an active status. If an officer has served in an inactive status since the date of appointment but before placement on the ADL, his or her ADOR will be adjusted by backdating from the date of placement on the ADL by a period equal to his or her service in an active status in that grade since the appointment. (Rarely, if ever, will a WO1 have a period of inactive status before being placed on the ADL. Service in the Individual Ready Reserve is considered service in an active status.)

**2–2. Steps for determining active date of rank for 2LTs and WO1s being placed on the Active Duty List**

The steps required for determining ADOR for 2LTs and WO1s entering active duty are shown in table 2–1.

**Table 2–1**
**Determining ADOR for 2LTs and WO1s being placed on the Active Duty List**

| Step | Work center | Required action |
|---|---|---|
| 1 | IOPR | Check MPRJ and, if necessary, contact the officer for the following documents, if applicable: |
| | | a. Active duty orders. |
| | | b. DD Form 214 (Release from Active Duty or Discharge). |
| | | c. DD Form 220 (Report of Active Duty). |
| | | d. DA Form 1383 (Annual Statement of Retirement Points). |
| | | e. NGB Form 23 (National Guard Retirement Credits Record). |
| | | f. AGUZ Form 115 (Statement of Retirement Points). |
| | | g. Letter order(s) on transfers between Reserve Control Groups or units. |
| | | h. USAR promotion letter(s). |
| | | i. DA Form 71 (Oath of Office Military Personnel) Compute ADOR according to paragraph 2–1. |
| 2 | | Submit ADOR transaction as directed in DA Pam 600–8–2 and update MPRJ. |

### Section II
### Task: Request ADOR Determinations and Corrections to the Date of Original Appointment (DTRA)

## 2–3. Rules for requesting ADOR determinations and corrections to the DTRA

*a.* PERSCOM will determine ADOR and PED for all officers upon entry on active duty except as provided in section I. PERSCOM will determine ADOR and correct DTRA at the request of servicing PSC or field commanders.

*b.* The field commander or PSC will provide the needed documents to Commander, PERSCOM, ATTN: TAPC–MSP–D, 200 Stovall Street, Alexandria, VA 22332–0443.

*c.* The ADOR of officers not managed by PERSCOM will be jointly determined by the CG, PERSCOM; The Surgeon General; TJAG; or the Chief of Chaplains, as appropriate.

## 2–4. Steps for requesting ADOR determinations and corrections to the DTRA

The steps required for requesting ADOR determinations and DTRA corrections are shown in table 2–2.

**Table 2–2**
**Requesting ADOR determinations and DTRA corrections**

| Step | Work center | Required action |
|---|---|---|
| 1 | PROM | Determine if assistance is needed in determining ADOR or correcting DTRA. Check MPRJ and if necessary contact the officer for the following documents, if applicable:<br>*a.* Active Duty Orders.<br>*b.* DD Form 214.<br>*c.* DD Form 220—Report of Active Duty.<br>*d.* DA Form 1383—Annual Statement of Retirement Points.<br>*e.* NGB Form 23— National Guard Retirement Credits Record.<br>*f.* AGUZ Form 115— Statement of Retirement Points.<br>*g.* Letter Orders on transfers between Reserve Control Groups or units.<br>*h.* USAR promotion letters.<br>*i.* DA Form 71—Oath of Office. |
| 2 | | Submit request for ADOR determination or DTRA correction with above information, to Commander, PERSCOM, ATTN: TAPC–MSP–D, Alexandria, VA 22332–0443. (See para 2–3.) |
| 3 | | Upon receipt of ADOR determination or DTRA correction, notify officer concerned and take other action as appropriate. |

## Chapter 3
## Managing Promotions to 1LT and CW2

### Section I
### Task: Compute Promotion Eligibility Date to 1LT

### 3–1. Rules for computing promotion eligibility date to 1LT

*a.* PED will be computed according to the rules given in table 3–1. Except as provided in *b* and *c* below, the earlier of the following dates will be the PED to 1LT:

(1) The second anniversary of active duty service as a 2LT on the ADL. If the officer's source of commission is the Reserve Officers' Training Corps (ROTC), active duty service commences on the year, month, and day the officer enters active duty based on the computation of travel per the Joint Federal Travel Regulation (JFTR). An exception to this will be an ROTC graduate who is appointed and enters active duty in the month of May or June of the

same year as the 2LT ADOR will be on the second anniversary of the United State Military Academy (USMA) graduation of the year the officer entered active duty. The following will also count as active duty service:

(a) Other active duty service as defined in the glossary.

(b) Entry grade credit awarded to officers appointed in or assigned to AMEDD branches under the provisions of AR 135–101 or AR 601–100. Entry grade consists of education, training, and prior service.

(2) The day before the third anniversary of the 2LT ADOR.

*Note.* If an officer is eligible for promotion on 29 February in a year when the month has only 28 days, the officer is eligible for promotion on 28 February.

*b.* A 2LT appointed from USMA after the main graduation date will not be promoted on the second anniversary of that graduation; rather, the late graduate will be eligible for promotion after serving 24 months on the active duty list as a 2LT.

*c.* AMEDD officers on active duty who agree to serve as 2LTs while in professional education or training programs will not be promoted until their training is complete. Their PED will be determined by PERSCOM according to paragraph 2–3.

*d.* Constructive service credit and prior service credit awarded in lieu of constructive service credit are recorded on DA Form 5074–1–R (Record of Award of Entry Grade Credit (Health Services Officer)) for AMEDD officers other than Medical Corps or Dental Corps officers. DA Form 5074–1–R is located in the back of AR 135–101. It will be locally reproduced on 8½-by 11-inch paper. The PSC may contact PERSCOM (ATTN: TAPC–OPH– appropriate career management branch) to request verification of constructive credit or prior service credit. The servicing PSC personnel officers will refer to this form and active duty accession orders when calculating the effective date of promotion of AMEDD officers.

### 3–2. Steps for computing promotion eligibility date to 1LT

The steps required for computing PED to 1LT are shown in table 3–2.

**Table 3–2**
**Computing PED to 1LT**

| Step | Work center | Required action |
|---|---|---|
| 1 | PROM | Using the Company Grade Officers/Warrant Officers Eligible for Promotion Report PCN: AAA–009, screen for eligibles. Follow the rules in paragraph 3–7 for recent arrivals and departures. |
| 2 | | Determine and verify the source of commission.<br>*a.* If OCS, go to step 7.<br>*b.* If USMA, go to step 3.<br>*c.* If ROTC, go to step 4. |
| 3 | | Determine the main USMA graduation date (fig 2–1) and add 2 years to this date. Late USMA graduates will be promoted on the second anniversary of their entry on active duty, current tour (EADC), rather than on the main USMA graduation date. Go to step 10. |
| 4 | | Did ROTC officer enter active duty in May or June of the same year he or she accepted commission? If yes, go to step 5. If no, go to step 7. |
| 5 | | Does 2LT ADOR match USMA graduation date for the year the officer entered active duty (fig 2–1)? If not, request corrections as instructed in table 2–2. |
| 6 | | Add 2 years to USMA main graduation date. Go to step 9. |



**Table 3–2**
**Computing PED to 1LT—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 7 | | Determine most recent EADC date—the year, month, and day officer is commissioned and takes oath, if RA; or year, month, and day of entry on active duty based on travel computations according to the Joint Federal Travel Regulations if OTRA. Add 2 years to EADC date. If officer has OCS as source of commission, go to step 9. |
| 8 | | Determine if officer is to be credited with prior commissioned active duty (see glossary) or entry grade credit. If yes, subtract from date attained at step 7. |
| 9 | | After determining 2LT ADOR, add 3 years to this date, then subtract 1 day. If an ROTC officer was commissioned in May or June, but entered active duty in a month other than May or June of the year appointed, his or her 2LT ADOR is the USMA main graduation date for the year of appointment. |
| 10 | | The 1LT PED is the date specified below: *a.* For officers with OCS as source of commission, the earlier of the dates at steps 7 and 9. *b.* For officers with USMA as source of commission, the date from step 3. *c.* For ROTC officers who entered active duty in May or June of the same year they accepted commission, the earlier of the dates at steps 6 and 9. *d.* For officers with ROTC as source of commission except as identified in *c* above, the earlier of the dates at steps 8 and 9. |

## Section II
## Task: Compute Promotion Eligibility Date to CW2

### 3–3. Rules for computing promotion eligibility date to CW2

*a.* The earlier of the following dates will be the PED to CW2:

(1) The second anniversary of warrant officer service provided the officer has served a minimum of 18 months on the ADL as a WO1. Adjust the PED to ensure the officer meets the 18 months active duty requirement if necessary.

(2) The second anniversary of total active duty service in the current or any higher grade provided that the officer has served a minimum of 18 months of active duty service as a WO1. Adjust the PED to ensure the officer meets the 18 month active duty requirement if necessary. Active duty service as a commissioned officer before appointment as a warrant officer will also count as active duty service. See chapter 2 for determining ADOR. Note: If a warrant officer is eligible for promotion on 29 February and the month has only 28 days, he or she is eligible on 28 February.

*b.* A warrant officer who completes 2 years of warrant officer service before entry on active duty is eligible for promotion on the day of entry. Service must have been in an active reserve status as defined in AR 135–155, paragraph 2–1.

*c.* Prior AFCS is creditable toward promotion of warrant officers only under *a*(2) above.

### 3–4. Steps for computing promotion eligibility date to CW2

The steps for computing PED to CW2 are shown in table 3–3.

**Table 3–3**
**Computing PED to CW2**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Using the Company Grade Officers/Warrant Officers Eligible for Promotion Report PCN: AAA–009, screen for eligibles. Follow the rules in paragraph 3–7 for recent arrivals and departures. |
| 2 | | Determine most recent date of entry on active duty. Then add 2 years to this date. |
| 3 | | Determine if WO1 has active duty service as a WO1 or higher grade prior to most current entry on active duty. If yes, adjust PED to account for the service. Total service as a WO1 on the ADL must be 18 months. |
| 4 | | Determine the ADOR for WO1. |
| 5 | | Add 2 years to ADOR. |
| 6 | | Adjust date, if necessary, to ensure warrant officer has served not less than 18 months on the ADL as a WO1. |
| 7 | | Select the earlier date at steps 3 or 6 for the CW2 PED. |

## Section III
## Task: Process DA Form 78–R or DA Form 78–R–E

### 3–5. Rules for processing DA Form 78–R or DA Form 78–R–E

DA Form 78–R will be locally reproduced on 8½-by 11-inch paper. A copy for reproduction purposes is located at the back of this regulation. Additionally, DA Form 78–R–:E may be electronically generated. The electronically generated form must contain all data elements and follow exact format of the existing printed form. (This electronic version is available through TACCS.)

*a.* Promotion authorities are as listed below. A higher commander in the chain of command may withhold the responsibilities of the recommending, approval or promotion review authority. The approval authority and the promotion review authority will not be the same person unless he or she is a general officer. (DA Form 78–R or DA Form 78—E)

(1) *Recommending authority.* The recommending authority on the DA Form 78–R or DA Form 78–R–E is usually the eligible officer's rater according to AR 623–105.

(2) *Approval authority.* A commander who is a LTC or higher, or frocked to the grade of LTC, may promote officers assigned to his or her command. In the absence of a LTC commander, the promotion review authority may designate the first colonel having supervisory responsibilities to be the approval authority. The approval authority is, in most instances, the officer's senior rater; however, if the recommending authority is a commander in the grade of LTC or above, he or she may also serve as the approval authority.

(3) *Promotion review authority.* In all cases in which the approval authority has recommended against promotion, final action will be taken by either the commander having general court-martial jurisdiction or the first Army general officer in the chain of command who has a judge advocate available.

*b.* Promotion authorities will base their evaluations of eligible officers on the officers' proven ability and demonstrated potential to serve in the higher grade. Every commander has a special responsibility for careful evaluation of each officer to assure demonstrated performance and estimated potential that will support his or her promotion. Authority for decentralized promotion to 1LT and CW2 is not to be construed as authority for automatic promotion.

*c.* The servicing PSC will forward a DA Form 78–R or DA Form 78–R–E to the recommending authority at least 60 days, but not more than 120 days, before the promotion eligibility date.

*d.* If an officer will be eligible for promotion within 60 days of entry on active duty, the gaining PSC will immediately prepare the form and deliver it to the recommending authority, who will forward his or her recommendation to the promotion approval authority.

*e.* The approval authority must act on the promotion and return the form to the PSC before the eligibility date, allowing time for the promotion order to be published or, if denied, for the action to be processed by the PRA.

*f.* Neither the marital status of an officer, nor the employment, educational pursuits, or volunteer service activities of the officer's spouse may be considered in determining whether or when to promote an officer. Information in personnel files regarding such factors will not be considered by commanders or others involved in promotion considerations.

*g.* When the recommendation is against promotion to 1LT/ CW2, the recommending authority will explain fully the reason for the recommendation. If the approval authority denies the promotion, a written explanation will be provided.

(1) The officer under consideration will have the opportunity to provide a statement to the PRA.

(2) The PRA will personally take final action on cases in which the approval authority has recommended against promotion.

(3) The PRA decision is final. If the promotion is denied, the officer will be released from active duty not later than 90 days after notification of pending separation (AR 635–100 or AR 635–120, as appropriate).

*h.* If the eligible officer is in a nonpromotable status according to paragraph 1–19, the DA Form 78–R or DA Form 78–R–E will be sent to the recommending authority for forwarding to the promotion approval authority with a recommendation. The approval authority may elect to deny the promotion or hold the action in abeyance pending resolution of the officer's nonpromotable status. If the authority elects to deny the promotion, the PRA may approve or delay action until resolution of the officer's nonpromotable status. The promotion approval authority and the PRA, if applicable, must approve or deny the promotion within 30 days after the suspension of favorable personnel action ended. Officers who are in a nonpromotable status cannot be promoted.

*i.* When an officer awaiting reassignment has been denied promotion, the PSC will not outprocess the officer. The PSC must coordinate with the appropriate HQDA career management division to revoke the reassignment.

*j.* DA Form 78–R or DA Form 78–R–E will serve as the order for promotion to 1LT and CW2. The order is executed by completing parts 7 and 8 of the form. The approval authority is designated in paragraph 3–5a.

*k.* The effective date of promotion and DOR will be the date that the 2LT or WO1 becomes eligible, unless the officer is promoted after a period of delay resulting from being in a nonpromotable status. In that case, paragraph 1–21 applies.

## 3–6. Steps for processing DA Form 78–R or DA Form 78–R–E

The steps for processing DA Form 78–R or DA Form 78–R–E are shown in table 3–4.

**Table 3–4**
**Processing DA Form 78–R or DA Form 78–R–E**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Identify all officers whose PED falls within 60 to 120 days (see sect I and II). |
| 2 | | Obtain MPRJ for each officer on the list and verify promotion eligibility. |

**Table 3–4**
**Processing DA Form 78–R or DA Form 78–R–E—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 3 | | At least 60 days but not more than 120 days before the officer's PED, ASIMS users prepare the reproducible version of DA Form 78–R and TACCS users prepare the electronic version of DA Form 78–R–E and forward to the recommending authority. |
| 4 | BNS1 | Recommending authority completes recommendation portion of the DA Form 78–R or DA Form 78–R–E. |
| 5 | | If the officer is not recommended, the recommending officer must fully explain. |
| 6 | | Determine if the officer is flagged and advise the approval authority. Take action as follows:<br>*a.* If the officer is not flagged and approval authority elects to promote, go to step 11.<br>*b.* If the officer is not flagged and approval authority elects to deny promotion, go to step 7.<br>*c.* If the officer is flagged and approval authority elects to defer action, suspend until closure of flag; then if—<br>(1) Approval authority directs promotion, go to step 11.<br>(2) The officer is flagged and promotion authority elects to deny promotion, go to step 7. |
| 7 | | Upon receipt of action by the approval authority denying promotion, ensure the reason for denial is explained fully. |
| 8 | | Send to officer for comment and/or written acknowledgment. |
| 9 | | Forward DA Form 78–R or DA Form 78–R–E with officer's comments and/or written acknowledgment through command channels to the PRA. The PSC may prepare the necessary staffing documents to assist the PRA. The PRA will review and either defer action, direct that the officer be promoted, or approve the promotion denial. |
| 10 | PROM | Following PRA action, take action as follows:<br>*a.* If the officer is flagged and the PRA elects to defer action, suspend for final action until closure of the flag; then forward for final action by the PRA. Upon receipt of final action, go to step 12.<br>*b.* For all other PRA actions, go directly to step 12. |
| 11 | BNS1 | Forward DA Form 78–R or DA Form 78–R–E with supporting documentation to the PSC. |
| 12 | PROM | Review DA Form 78–R or DA Form 78–R–E for accuracy and verify that procedures were followed for processing. If promotion is directed, go to step 15. |
| 13 | | Send a copy of the complete DA Form 78–R–E, with supporting documentation for officers not recommended for promotion to Commander, PERSCOM (TAPC–appropriate career management division, TAPC–OPP–M and TAPC–MSR); 200 Stovall Street, Alexandria, VA 22832–0443. |
| 14 | IOPR | Separate the officer in accordance with AR 635–100 or AR 635–120. The separation must occur on the 90th day after notification of the PRA's decision, unless the officer requests an earlier date. STOP—procedure completed. |



**Table 3–4**
Processing DA Form 78–R or DA Form 78–R–E—Continued

| Step | Work center | Required action |
|------|-------------|-----------------|
| 15 | PROM | For officers whose promotion has been delayed, determine correct ADOR and effective date according to paragraph 1–21. |
| 16 | | Prepare promotion orders by completing DA Form 78–R or DA Form 78–R–E parts 7 and 8. For officers who will be eligible for promotion en route to a new assignment, prepare promotion orders prior to departure. Enclose orders in MPRJ. Officers eligible for promotion within 90 days after arrival at a new command should have a DA Form 78–R–E, completed through part 6, filed in their MPRJ and should be provided a copy prior to their departure. |
| 17 | | Distribute promotion orders (DA Form 78–R or DA Form 78–R–E) as follows:<br>  a. Sent one copy to Commander, PERSCOM, ATTN: TAPC-MSR, 200 Stovall Street, Alexandria, VA 22332–0443. This will be filmed onto officer's OMPF.<br>  b. Send one copy to the appropriate career management officer at Commander, PERSCOM, ATTN: TAPC-OP (applicable section), 200 Stovall Street, Alexandria, VA 22332–0420.<br>  c. Send five copies for student personnel; send copies to commander of unit to which officer is assigned.<br>  d. Send five copies for in-transit personnel through gaining commander to PSC.<br>  e. Send two copies for officers on leave to their leave or other mailing address if furnished by officer. |
| 18 | | Submit grade change transaction as directed in DA Pam 600–8–2. |
| 19 | | Review the Personnel Transaction Register by Originator (AAC-P11) and the Cyclic Jumps Transaction Register (AAC-P49) to verify that the grade change was processed in SIDPERS and generated a 5-card transaction to update the master military pay file at Defense Finance and Accounting Service. |
| 20 | | If the grade change was not processed in SIDPERS, take corrective action as directed in DA Pam 600–8–2. If the 5-card transaction was not generated, submit a Jumps Army Corrector Transaction as directed in DA Pam 600–8–2. |
| 21 | | Reconcile SIDPERS reports in accordance with DA PAM 600–8–2. |

## Section IV
## Task: Process Newly Assigned 2LTs or WO1s for Promotion

### 3–7. Rules for processing newly assigned 2LTs or WO1s for promotion

  a. The rules in paragraph 3–5 and the steps in table 3–4 are to be followed for processing DA Form 78–R or DA Form 78–R–E.

  b. For an officer whose PED is within 90 days of arrival at a new duty station, the gaining command will initiate a DA Form 78–R or DA Form 78–R–E if they are unable to obtain one that was processed through part 6. This action may be delayed until the recommending authority has had the opportunity to evaluate the officer for 90 days; however, it may be completed before then if desired.

  c. The gaining PSC will promote officers approved for promotion if they have a DA Form 78–R or DA Form 78–R–E that has been processed in accordance with paragraph 3–5 and table 3–4.

  d. The effective date of promotion and DOR will be the date that the 2LT or WO1 becomes eligible, unless the officer is promoted after a period of delay resulting from being in a nonpromotable status. In that case, paragraph 1–21 applies.

### 3–8. Steps for processing newly assigned 2LTs or WO1s for promotion

The steps for processing newly assigned 2LTs or WO1s for promotion are shown in table 3–5.

**Table 3–5**
Processing newly assigned 2LTs or WO1s for promotion

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | IOPR | Determine the officer's PED using paragraphs 3–1 through 3–4. |
| 2 | | If the officer is past his or her PED, determine whether promotion order was prepared by the losing PSC. If so, stop. |
| 3 | | If promotion order has not been prepared, check MPRJ for a DA Form 78–R or DA Form 78–R–E that has been completed through part 6. |
| 4 | | Verify that DA Form 78–R or DA Form 78–R–E was processed correctly. If the form is not available or is incorrectly processed, go to step 6. |
| 5 | | If the form was processed correctly and the officer's promotion approved, go to table 3–4, step 15. |
| 6 | | If DA Form 78 or DA Form 78–R–E was not received or was incorrectly processed, notify the losing PSC. |
| 7 | PROM | Losing PSC will, upon receipt of request, forward the DA Form 78–R or DA Form 78–R–E with enclosures to the gaining PSC. |
| 8 | IOPR | If the losing command advises that—<br>  a. DA Form 78–R–E was to promote, wait for a copy then go to table 3–4, step 15.<br>  b. No DA Form 78–R–E was completely processed, go to step 9. |
| 9 | PROM | Prepare a new DA Form 78–R–E and forward to the recommending authority according to paragraph 3–7b. Go to table 3–4, step 4. |

**Table 3-1**
**Rules for 2LT Date of Rank and 1LT Promotion Eligibility**

| RULE | If you are: | and your original date of appointment is: | and you entered active duty: | and your 2LT date of rank is: | then your eligibility for promotion to 1LT is: (see note below) | EXAMPLES: |
|---|---|---|---|---|---|---|
| 1 | an ROTC Graduate | in May or June | in May or June of the year appointed | the USMA main graduation date | the 2d anniversary of the USMA main graduation date | **1991 USMA graduation = 1 Jun 91** / **1992 USMA graduation = 30 May 92:** appointment = 1 May–30 Jun 92 / 2LT date of rank = 30 May 92 / 1LT promotion eligible = 30 May 94 |
| 2 | | in a month other than May or June | in a month other than May or June of the year appointed | the USMA main graduation date for year of appointment | the earlier date between: the 2d anniversary of active federal commissioned service, or, the day prior to the 3d anniversary of the 2LT date of rank | appointment = 1 May–30 Jun 92 / entered active duty = 2 Aug 92 / 2LT date of rank = 30 May 92 / 1LT promotion eligible = 2 Aug 94  <br> appointment = 2 May 91 / entered active duty = 4 Jul 92 / 2LT date of rank = 1 Jun 91 / 1LT promotion eligible = 31 May 94 |
| 3 | | at any time | at any time | the date of your original appointment | the earlier date between the 2d anniversary of active federal commissioned service, or, the day prior to the 3d anniversary of the 2LT date of rank | appointment = 1 Jul 92 / entered active duty = 15 Jul 92 / 2LT date of rank = 1 Jul 92 / 1LT promotion eligible = 15 Jul 94  <br> appointment = 1 Jul 91 / entered active duty = 15 Sep 92 / 2LT date of rank = 1 Jul 91 / 1LT promotion eligible = 30 Jun 94 |
| 4 | an OCS Graduate | at any time | at any time | the date of your original appointment | the earlier date between: the 2d anniversary of active federal commissioned service, or, the day prior to the 3d anniversary of the 2LT date of rank | appointment = 1 Apr 92 / entered active duty = 1 Apr 92 / 2LT date of rank = 1 Apr 92 / 1LT promotion eligible = 1 Apr 94  <br> appointment = 1 Apr 91 / entered active duty = 4 Jun 92 / 2LT date of rank = 1 Apr 91 / 1LT promotion eligible = 31 Mar 94 |
| 5 | an USMA Graduate | the USMA main graduation date | at that time | the USMA main graduation date | the 2d anniversary of the USMA main graduation date | appointment = 30 May 92 / entered active duty = 30 May 92 / 2LT date of rank = 30 May 92 / 1LT promotion eligible = 30 May 94 |
| 6 | | other than the USMA main graduation date | at that time | the date of your original appointment | the 2d anniversary of active federal commissioned service | appointment = 25 Jun 92 / entered active duty = 25 Jun 92 / 2LT date of rank = 25 Jun 92 / 1LT promotion eligible = 25 Jun 94 |

Notes:
1. The 1LT Promotion Eligibility Date (PED) should be adjusted for any commissioned active duty.

## Section I
## Task: Verify Eligible Officers and Data to be Considered by a Selection Board

### 4–1. Rules for verifying eligible officers and data to be considered by a selection board

a. HQDA will announce the convening of a selection board and zones of consideration.

b. HQDA will provide a list of eligible officers so that critical data can be verified. A diligent screening of this list by the PSC is necessary to ensure that no eligible officers are omitted from consideration and no ineligible officers are mistakenly included. These errors cause personal hardship for the officers concerned when the errors are corrected subsequent to the release of a promotion list.

c. Each officer's ADOR must be in the zone of consideration.

d. Each officer must meet promotion eligibility criteria. (See para 1–10.).

### 4–2. Steps for verifying eligible officers and data to be considered by a selection board

The steps for verifying eligible officers and data to be considered by a selection board are shown in table 4–1.

**Table 4–1**
**Verifying eligible officers and data to be considered by a selection board**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | OFRC | Verify eligible officers upon receipt of message announcing the selection board and zones of consideration. |
| 2 | | Upon receiving report of eligibles from HQDA, compare with local list of eligible officers within the command to determine discrepancies. |
| 3 | | Verify that the following information listed in the report of eligibles is correct using the source documents in each officer's MPRJ: a. Name. b. SSN. c. Branch. d. ADOR. e. DTRA. f. AFCS as of 30 Sep (as announced in zone message). g. Source of Commission/Appointment. h. Date of Birth. i. EADC date. |
| 4 | | Verify eligibility of officers identified in step 1 according to paragraph 1–10. |
| 5 | | Submit additions, deletions and/or corrections to TAPC–MSP–O via letter or electrical message. Forward to Commander, PERSCOM, ATTN: TAPC–MSP–O, 200 Stovall Street, Alexandria, VA 22332–0443, by date established in zone message. All reports are to include an Officer Records Center (OFRC) point of contact name and commercial or DSN telephone number. Provide the following specifics: a. Current (as published) and corrected name line information. b. Required action to each name line (for example, add or delete data element). c. Supporting documentation for PERSCOM controlled data elements (for example, DA Form 71). d. Short explanation for addition, deletion or correction. |

**Table 4–1**
**Verifying eligible officers and data to be considered by a selection board—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 6 | | Correct all data that need updating. This includes— a. Corrections to update the ORB and officer master file (OMF) will be input via SIDPERS or letter as determined by AR 640–2–1. b. Source documents authorized for filing in the OMPF must be forward to TAPC–MSR–X for inclusion in the service or performance portion of the OMPF. |

## Section II
## Task: Notify Eligible Officers and Prepare for Promotion Selection Board

### 4–3. Rules for notifying eligible officers and preparing for promotion selection board

a. Officers are responsible for presenting the most accurate information to the promotion selection board. They may obtain their OMPF from HQDA for review.

b. Each eligible officer and the representative of the OFRC will audit the ORB.

(1) ORBs received for officers who have departed on a permanent change of duty are to be forwarded to the gaining OFRC.

(2) The OFRC will audit all ORBs with the officer personally unless the officer is not available to audit his or her ORB or the officer's signature cannot be obtained in a timely manner. (Refer to table 4–2.)

(3) ORBs with annotations and signature will be considered if received in PERSCOM by the day the board convenes.

(4) The ORB will be updated by Standard Installation Division Personnel System (SIDPERS) or by letter as determined by AR 640–2–1 and forwarded to Commander, PERSCOM, ATTN: TAPC–MSR–X, 200 Stovall Street, Alexandria, VA 22332–0443.

c. Official DA photographs will be provided in hard copy if available. Updated photographs taken in accordance with AR 640–30 should be forwarded to Commander, PERSCOM, ATTN: TAPC–MSE–R, 200 Stovall Street, Alexandria, VA 22332–0443.

d. Evaluation reports and communications with the board will be submitted under provisions of paragraph 1–33.

### 4–4. Steps for notifying eligible officers and preparing for promotion selection board

The steps for notifying eligible officers and preparing for promotion selection boards are shown in table 4–2.

**Table 4–2**
**Notification of eligible officers and preparation for promotion selection boards**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | OFRC | Notify BNS1 of officers eligible for consideration and schedule promotion ORB audit. |
| 2 | | Coordinate with BNS1 to identify officers eligible for Code 11 (Promotion) and Code 21 (Complete the Record) OERs and provide this information to the Evaluations Work Center. Code 11 reports are mandatory when criteria of AR 623–105, paragraph 5–11 are met. |
| 3 | EVAL | Monitor all officers due OERs to ensure timely submission. |

Table 4-2
Notification of eligible officers and preparation for promotion
selection boards—Continued

| Step | Work center | Required action |
|------|-------------|-----------------|
| 4 | BNS1 | Notify officers eligible for promotion consideration of the following: *a.* Officers responsibility to update their records. Copies of the OMPF may be obtained at no cost by writing to Commander, PERSCOM, ATTN: TAPC-MSR-S/(Selection Board Processing), 200 Stovall Street, Alexandria, VA 22332-0444. Include SSN, signature, and current mailing address with the request. (See fig 4-1.) *b.* Date of scheduled appointment with OFRC for ORB audit. *c.* OER eligibility. *d.* Requirement for updating photograph every 5 years. *e.* Opportunity to submit correspondence to the president of the board according to paragraph 1-33. |
| 5 | OFRC | Verify that an ORB was received for each eligible officer identified for promotion consideration. If a birth month audit has recently been completed, a promotion board ORB audit is still requested. |
| 6 | OFRC | Use the most recent ORB in the MPRJ if an ORB is not received for an eligible officer identified. If no ORB is available, contact PERSCOM, TAPC-MSR-X, DSN 221-9612/ 13 or commercial (703) 325-9612/13. |
| 7 | OFRC | Forward the ORB to the gaining command if an ORB is received for an officer who has departed on a change of duty. |
| 8 | OFRC | Conduct an ORB audit with the officer. All data should be audited; however, special attention should be given to that data most essential to promotion consideration: assignment history, awards, military and civilian education, ADOR, height and weight, date of last OER, branch, specialties and AFCS. Changes should be neatly annotated in ink. The officer will sign and date the statement at the bottom margin of the ORB attesting to the accuracy of the data. |

Table 4-2
Notification of eligible officers and preparation for promotion
selection boards—Continued

| Step | Work center | Required action |
|------|-------------|-----------------|
| 9 | OFRC | If a personal audit with the officer is not feasible, mail a copy of the ORB and a locally prepared explanatory letter to the officer so the officer can audit the ORB and return it (and any required supporting documentation). |
| 10 | OFRC | If the officer's signature cannot be obtained, make appropriate changes and annotate ORB with "ORB has been reviewed and changes verified by name, rank, title, and signature of the officer in charge of Officer Records Branch or authorized representative." |
| 11 | OFRC | Verify the accuracy of changes and ensure that SIDPERS transactions and ORB correction letters have been completed. Verification will be indicated by the signature of the OFRC supervisor or a designated representative. |
| 12 | OFRC | To update DA-controlled OMF data, forward a copy of the ORB with supporting documentation to the appropriate PERSCOM office according to AR 640-2-1. |
| 13 | OFRC | Mail the audited ORB with the officer's signature and the OFRC signature to Commander, PERSCOM, ATTN: TAPC-MSR-X, 200 Stovall Street, Alexandria, VA 22332-0440. |
| 14 | OFRC | If an updated photograph is available, mail to Commander, PERSCOM, ATTN: TAPC-MSE-R, 200 Stovall Street, Alexandria, VA 22332-0444. |

**Figure 4-1. Sample of Request for Records**

14 Sep 1995

MEMORANDUM FOR U.S. TOTAL ARMY PERSONNEL COMMAND, ATTN: TAPC-MSR-S, 200 Stovall Street, Alexandria, VA 22332-0443

SUBJECT: Request for Records

1. (Type the following applicable entry or entries)
   Request a copy of my OMPF microfiche.
   Request the attached documents be added to my microfiche, and mail a copy of my OMPF upon completion.
   Document(s) does not belong on my ( ) P ( ) S fiche.
   Explanation:

2. Full Name: Wigglesworth, Claudia
   SSN: 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
   Rank: MAJ
   Mailing Address: 1234 Wayne Ave
                    Dalville, AL 36322

Figure 4-1. Sample of Request for Records—Continued
(Signature)

DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 301. Principal Purpose: Used by officers when requesting a copy of their records from PERSCOM. Routine Uses: Provides information necessary for PERSCOM to furnish officers with a copy of their OMPF. Disclosure: Voluntary. Failure to provide information may result in delay in processing the soldier's request.

# Chapter 5
# Processing Promotion Lists

## Section I
## Task: Process the Recommendations of Promotion Selection Boards

### 5–1. Rules for processing the recommendations of promotion selection boards

a. The names of officers recommended and approved for promotion are placed, in order of seniority, on promotion lists maintained by PERSCOM. Each promotion board produces a single promotion list, which will be published and maintained separately. Officers are promoted from the promotion lists in order of seniority, shown by the sequence number, as additional officers are needed in each grade and competitive category. If more than one promotion list exists for a grade and competitive category promotions from the most recent list may not begin until promotions from the older list have been completed (except for officers whose promotion has been delayed UP para 1–20).

b. HQDA will normally give advance notice of the results of promotion selection boards to selected Pentagon officials, commanders in chief, commanders of major Army commands (MACOMs), and CGs responsible for PSCs. Premature disclosure of promotion selection board results except as expressly approved by the Secretary of the Army, is prohibited. Recipients are advised to retain the board results as "close hold" information until the official established release date. The release date will be announced in an Army-wide message.

c. Upon official release of a promotion list by HQDA, Commanders should notify those officers within the command who were considered for promotion of the selection board results. Officers considered from below the promotion zone will not be notified unless recommended for promotion.

d. Officers not recommended for promotion may, at the commander's discretion, be advised of their status the day before the official release date of the promotion list. Counseling for officers not recommended for promotion is available through the officers' commander or HQDA career manager. Officers who desire counseling from HQDA or who request that information be provided to their commander should contact their career manager.

e. Officers not recommended for promotion may obtain a copy of their promotion OMPF by writing to Commander, PERSCOM, ATTN: TAPC-MSR-S, 200 Stovall Street, Alexandria, VA 22332-0444.

f. Officers in the grade of MAJ, CPT, 1LT, CW4, CW3, and CW2 who are twice not recommended for promotion will be advised of the effect of their nonselection in correspondence from PERSCOM (TAPC-PDT-R) on or about the release date of the board results. HQDA selection boards may consider officers for selective continuation to fulfill specific Army requirements. (Refer to para 1–14 for information regarding selective continuation.)

g. Promotion lists are subject to additional administrative review and are not to be construed as promotion orders. Accordingly, individuals should not assume that the structure of a list or the presence of a name on a list constitutes a firm forecast for promotion. Promotions will be announced in PERSCOM orders.

h. Some officers selected by the board may not be included on the promotion list or the considered list. Their names may have been omitted as a result of administrative matters affecting their status or promotion eligibility. Information concerning these officers will be made available only upon release of the list.

i. PERSCOM will remove from the list those officers who are dropped from the rolls of the Army, separated, or retired before being promoted from the list without provisions for reinstatement on the list if they subsequently return to active duty.

### 5–2. Steps for processing the recommendations of promotion selection boards

The steps for processing promotion board recommendations are shown in table 5–1.

**Table 5–1**
**Processing promotion selection board recommendations**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Receive and maintain security of all promotion lists. |
| 2 | | Identify officers serviced by your MPD and PSC. |
| 3 | | Create an active file for promotion selection board results (CPT—COL and CW3—CW5). List each officer within your serviced area who is on a standing promotion list. Include as a minimum the following data:<br>a. Name.<br>b. SSN.<br>c. Branch.<br>d. Sequence number. |
| | | Identify eligible officers within the command not recommended for promotion (names on the considered list, but not on the recommended list). |
| 5 | | Ensure all eligible officers (previously determined) are listed on the considered list. If not, refer to chapter 7. |
| 6 | | After receiving the release date, provide commanders with written notification of the board results. Inform the commanders of the release date and the secure nature of the list. |
| 7 | BRDE/ BNS1 | At the commander's discretion, notify officers not recommended for promotion of the board results one day before the official release of the list. All others including officers recommended for promotion may be informed of the board results not earlier than the official release date and time. |
| 8 | PROM | Notify officers considered for promotion of board results on release date if not notified in step 7. |

24

**Table 5–1**
**Processing promotion selection board recommendations—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 9 | | Resolve questions regarding proper sequence numbers by verifying the accuracy of essential data. (See para 4–2.) If a data element used to assign a sequence number is incorrect, initiate a correction and forward a request for recomputation of an officer's sequence number to Promotions Branch (TAPC–MSP–O). Request must identify the affected promotion list, and the erroneous data, and include supporting documentation. |
| 10 | | Review names remaining on the selection list to preclude promotion of officers who are ineligible under the provisions of paragraph 1–19. Expeditiously report to CDR, PERSCOM, ALEX VA // TAPC–MSP–O// any ineligible officer listed and not previously reported as required by cited regulations. |

## Section II
## Task: Promote Officers from Centralized Promotion Lists

### 5–3. Rules for promoting officers from centralized promotions lists

*a.* Promotion sequence numbers for officers to be promoted will be announced in monthly HQDA messages.

*b.* Following dispatch of the monthly promotion message, PERSCOM will publish a consolidation of Department of the Army special orders (DASOs). The DASOs will include orders for officers pending promotion as well as orders affecting grade and DOR.

*c.* Other guidance regarding promotions from centralized promotion lists may be found in paragraph 1–17.

### 5–4. Steps for promoting officers from centralized promotion lists

The steps for promoting officers from centralized promotion lists are shown in table 5–2.

**Table 5–2**
**Promoting officers from centralized promotion lists**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Upon receipt of monthly HQDA promotion message, identify names of officers eligible for promotion based on the range of sequence numbers. |
| 2 | | Determine if officer is in a nonpromotable status (para 1–19). |
| 3 | | Upon receipt of the DASO, screen for promotion orders of officers assigned to the command. |
| 4 | | Report discrepancies to Commander, PERSCOM, ATTN: TAPC–MSP–O, 200 Stovall Street, Alexandria 22332–0443, and, if appropriate, provide documentation for amendment or revocation. |
| 5 | | Distribute promotion orders. |
| 6 | | Receive/review P01 and P51 reports to ensure system reflects new grade and DOR (PSC should allow 60 days for update). Identify corrections to PERSCOM (TAPC–MSP–O). |

## Section III
## Task: Process a Declination of Promotion

### 5–5. Rules for processing a declination of promotion

*a.* An officer may decline any promotion except as provided in *b* below. Note: Officers in the grade of 2LT and above do not incur a service obligation as a result of promotion. (See para 1–18.)

*b.* An officer should be counseled by his or her rater (or if unavailable the next officer in the chain of command) about the impact of declination.

*c.* PERSCOM (TAPC–MSP–O) must receive a declination memorandum signed by the officer before the effective date of promotion.

*d.* The name of an officer who declines promotion will be deleted from the promotion list by HQDA. The officer will not be eligible again for promotion as a result of action by the promotion selection board or special selection board that recommended him or her for promotion.

*e.* Declination is irrevocable on or after the effective date of the promotion.

*f.* Deletion from a promotion list based on declination of promotion will not constitute a nonselection for promotion nor will it have the effect of a removal from a promotion list under chapter 8.

*g.* Officers declining promotion to 1LT and CW2 are ineligible for subsequent promotion. These officers will separate upon expiration of service obligation.

*h.* A warrant officer who has a voluntary retirement application approved by PERSCOM is in a nonpromotable status and does not have to decline promotion.

### 5–6. Steps for processing a declination of promotion

The steps for processing a promotion declination are shown in table 5–3.

**Table 5–3**
**Processing a declination of promotion**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | BNS1 | Upon receiving an officer's promotion declination, forward through the rater and commander for counseling and appropriate endorsement. The endorsement should contain a statement that the officer was counseled as required by paragraph 5–5c. |
| 2 | | Forward request through PSC (PROM) to Commander, PERSCOM, ATTN: TAPC–MSP–O, 200 Stovall Street, Alexandria, VA 22332–0443. Request must be received by PERSCOM, before effective date of promotion. If this requirement cannot be met, explain the delay. PERSCOM (TAPC–MSP–O) will consider exceptions to policy. |
| 3 | PROM | Retain information copy of the request and suspend for follow-up. |
| 4 | | File correspondence approving declination in MPRJ. |

## Chapter 6
## Frocking

### 6–1. Rules for processing requests for frocking authority

*a.* Under certain conditions, as described below, it may be in the best interest of the DA to allow an officer to wear the insignia of a grade higher than that to which actually appointed. This practice, called frocking, is not a true promotion.

*b.* Generally, frocking may be an effective recruiting policy. Only requests meeting one or more of the following criteria may be considered:

(1) The interest of the United States and the image of the U.S. Army would otherwise be severely jeopardized.

(2) An officer's performance of his or her duties would be severely restricted by wearing the lower grade of rank. These circumstances generally apply to officers in foreign areas whose routine duties require frequent contact with high level military or civilian foreign officials.

(3) The officer has been selected for promotion to CPT, MAJ, LTC, or COL and has been designated for command as incumbent in the tables of organization and equipment (TOE) or tables of distribution and allowances (TDAs).

(4) The officer has been selected for promotion to LTC or COL and has been selected to fill a DA-identified product manager or project manager position.

(5) The officer has been selected for promotion to LTC and designated to fill a position as a professor of military science or Command and General Staff College instructor.

*c.* Frocking officers to and within general officer grades of rank will not be authorized without prior approval by the President, or the President's designee, and Senate confirmation. Frockings will normally be approved for those assigned to joint or international activities and one- and two-star command positions with troops. The General Officer Management Office will obtain necessary approval for frocking from the Chief of Staff, U.S. Army. Frocking requests for individuals being assigned to Army staff and MACOM staff positions will be considered on a case-by-case basis. The Chief of Staff, U.S. Army, is the approval authority. Send requests with justification to HQDA (DACS–GOM), WASH DC 20310–0300.

*d.* Authority to frock is as follows:

(1) For general officers, see *c* above.

(2) Commanders, MG and above, are authorized to frock the officers identified in *b*(3) and (4) above within their command.

(3) Program executive officers and general officer program managers in the grade of MG and above are authorized to frock the officers identified in *b*(4) above.

(4) TRADOC is authorized to frock the officers identified in *b*(5) above.

(5) PERSCOM (TAPC–MSP–S) will approve all other requests for frocking.

*e.* Frocking authorities may approve requests that meet one or more of the criteria of *b* above and satisfy the following requirements:

(1) Officers to be frocked must be on an approved promotion list, and the list must have been confirmed by the Senate, if applicable. Officers on DA promotion lists to MAJ or above require confirmation. PERSCOM will advise field commanders by message upon confirmation.

(2) Officers to be frocked must not be under suspension of favorable personnel actions (AR 600–8–2).

(3) Requests must either originate with or have the concurrence of the gaining organization.

(4) Officers to be frocked must be assigned to a MTOE or TDA position authorized at the next higher grade.

*f.* Authority to frock will not be granted by telephone.

*g.* Unless specifically stated in the approval, frocking is permitted no more than 2 days before an officer assumes higher grade duties if no change in duty station is involved, or no more than 2 days before an officer's departure from the losing command if a change in duty station is required. Frocking more than 60 days before an officer assumes higher grade duties is not authorized except as an exception to policy approved by PERSCOM. Exceptions will be considered only in highly unusual circumstances involving extended temporary duty between assignments.

*h.* Once a frocking request has been approved, the provisions in figure 6–1 will apply.

*i.* Because frocking is not a promotion, no presentation ceremony is required. However, where a formal presentation ceremony or approval memorandum is desired, figure 6–2 is the suggested format.

## 6–2. Steps for processing requests for frocking authority

The steps for processing requests for frocking authority are shown in table 6–1.

**Table 6–1**
**Processing requests for frocking authority**

| Step | Work center | Required action |
|---|---|---|
| 1 | PROM | Prepare request for frocking with justification in memorandum or message format. Ensure provisions of paragraphs 6–1*b* and *e* are met. |
| 2 | PROM | If request is based on officer's assignment at a new organization, obtain concurrence of gaining command and include this information in request. |
| 3 | PROM | Forward request to appropriate frocking approval authority. (See para 6–1*d*.) Ensure appropriate coordination (see paragraph 6–1*f*). |
| 4 | PROM | Upon of approval, advise officer of the provisions in 6–1. |
| 5 | PROM | Place official correspondence authorizing frocking in the officer's MPRJ. |
| 6 | PROM | For requests approved by field frocking authorities, furnish Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443, the following information on each frocked officer: <br> *a.* Name and branch. <br> *b.* SSN. <br> *c.* Promotion sequence number and list year. <br> *d.* Identification of position to which frocked by position title, and organization title. <br> *e.* Grade and name of approving commander. <br> *f.* Statement that the frocked officer has read and understands the provisions in figure 6–1. |
| 7 | BRDE/BNS1 | Conduct frocking ceremony according to figure 6–2, if desired. |

**Figure 6–1. Required reading of all frocked officers**

Required Reading of all Frocked Officers

1. Authority for an officer to wear the grade of rank to which he or she was frocked will not be recorded in official orders.

2. Frocked officers are not entitled to pay and allowances commensurate with the grade of rank to which they were frocked.

3. Frocked officers do not accrue seniority for future promotion consideration.

4. Frocked time does not count for retirement purposes as TIG in the grade of rank to which an officer was frocked.

5. If an officer dies or is injured while in a frocked status, compensation will be based upon the officer's actual grade, without regard to the grade of rank to which the officer was frocked.

6. The officer's ID card and official DA photo will not reflect the grade of rank to which he or she was frocked.

7. Functions which by law or DOD Directive must be performed by an officer who actually holds a particular grade of rank, may not be performed by an officer frocked to that grade of rank; however, functions which by regulation require performance by an officer of particular grade of rank may be performed by an officer frocked to that grade of rank, if specifically permitted by the regulation concerned.

8. Officers may continue to wear the grade of rank to which they were frocked, unless removed from the promotion list.

---

**Figure 6-2. Suggested frocking format**

The following format is recommended for use during frocking ceremonies.

QUOTE:

The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity, and abilities of (name). In view of these qualities and (his or her) demonstrated potential for increased responsibility, (he or she) is therefore authorized to wear the uniform and insignia of a (rank) effective this date.

By order of the Secretary of the Army. (Name), General, U.S. Army, Chief of Staff.

## Chapter 7
## Special Selection Boards

### Section I
### Managing Special Selection Boards

#### 7–1. Overview

Special selection boards (SSBs) are governed by the same instructions provided to the boards that considered or should have considered an officer for promotion. Inquiries concerning these boards should be addressed to Commander, PERSCOM, ATTN: TAPC–MSP–S, Alexandria, VA 22332–0443.

#### 7–2. Purpose of boards

*a.* SSBs may be convened under 10 USC 628 to consider or reconsider commissioned or warrant officers for promotion when HQDA discovers one or more of the following:

(1) An officer was not considered from in or above the promotion zone by a regularly scheduled board because of administrative error. This would include officers who missed a regularly scheduled board while on the TDRL and who have since been placed on the ADL (10 USC 628(a)(1) (SSB required)).

(2) The board that considered an officer from in or above the promotion zone acted contrary to law or made a material error (SSB discretionary).

(3) The board that considered an officer from in or above the promotion zone did not have before it some material information (SSB discretionary).

*b.* Special Selective Continuation Boards may be convened under 10 USC 637 to consider for selective continuation officers who have twice failed selection for promotion, provided the officers would or should have been considered by a selective continuation board following their second failure of selection for promotion.

An officer will not be considered or reconsidered for promotion by an SSB when the following occurs:

*a.* The officer is pending removal from a promotion or recommended list, and the removal action was not finalized by the SA 30 days before the next selection board convened to consider officers of his or her grade. The officer will be considered by the next regularly scheduled selection board.

*b.* An administrative error was immaterial, or the officer, in exercising reasonable diligence, could have discovered and corrected the error in the ORB or OMPF. The ORB is a summary document of information generally available elsewhere in the officer's record. It is the officer's responsibility to review his or her ORB and OMPF before the board convenes and to notify the board, in writing, of possible administrative deficiencies in them.

*c.* Letters of appreciation, commendation, or other commendatory data for awards below the Silver Star are missing from the officer's OMPF.

*d.* The consideration in question involved an officer below the promotion zone.

*e.* The promotion selection board did not see an official photograph.

*f.* The board did not consider correspondence to the board president that was delivered to TAPC–MSB after the cutoff date for such correspondence established in the promotion board zone of consideration message.

#### 7–4. Notification

*a.* PERSCOM will send written notification to an officer slated to be considered by an SSB at least 30 days before the board convenes.

*b.* Officers considered or reconsidered by an SSB will be informed of the results, in writing, through their chain of command. Notice will be sent on approval of the board's recommendations by the appropriate authority.

#### 7–5. Convening special selection boards

*a.* SSBs will normally be convened within 120 days after a case is approved for consideration. Authority to approve cases for referral to this board is delegated to the Deputy Chief of Staff for Personnel, or his or her designee, or the DA Special Review Board.

*b.* The same SSB may not consider an officer for the same grade under two successive boards' criteria.

#### 7–6. Membership

*a.* Unless otherwise required by 10 USC 612, membership for SSBs will consist of at least five officers in a higher grade than those being considered, with at least one officer from each competitive category to be considered by the board. When OTRA officers are considered, there must be at least one OTRA member on the board. When an officer who is serving or has served as the Joint Staff, JDA or is a JSO, the board will have a joint representative who has been appointed by the CJCS as a member.

*b.* No officer may be a member of two successive SSBs considering officers of the same competitive category and grade. Further, an officer who was a member of a regular selection board may not serve on an SSB that is reconsidering the recommendations of that regular board.

#### 7–7. Information provided to special selection boards

An SSB will consider the record of the officer as it should have been considered by the original board. The record will be compared with a sampling of those officers of the same competitive category who were recommended and not recommended for promotion by the original selection board.

#### 7–8. Effect of nonselection

*a. Consideration cases.* A commissioned officer (below the grade of colonel) or a warrant officer considered by an SSB and not recommended for promotion has failed selection for promotion.

*b. Reconsideration cases.* A commissioned or warrant officer who was considered but not selected for promotion by a regular selection board incurs no additional failure of selection if he or she was not selected by an SSB.

## Section II
## Task: Report a Promotion Board Omission

### 7–9. Rules for reporting a promotion board omission

*a.* Special selection boards will consider officers for promotion who should have been but were not considered by a promotion selection or selective continuation board under 10 USC 628, except as provided in paragraph 7–3a.

*b.* Officers inadvertently omitted from consideration by a promotion board will be given the opportunity to correspond with the SSB; however, such correspondence is not required.

*c.* Nonselection by an SSB for omission counts as a nonselect.

*d.* PSC should immediately screen promotion lists upon receipt to identify officers who should have been considered but were omitted.

### 7–10. Steps for reporting a promotion board omission

The steps for reporting a promotion board omission to an SSB are shown in table 7–1.

**Table 7–1**
**Reporting a promotion board omission**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Identify officers not on the list of those considered by the board. Verify eligibility based on information and source documents in each officer's field file. |
| 2 | PROM | Verify with Promotion Branch (TAPC–MSP–O) that officer was not considered. |
| 3 | PROM | Prepare request for SSB and forward to Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443. Include the following: *a.* Name. *b.* SSN. *c.* Branch. *d.* ADOR (order number and date). *e.* Previous ADOR. *f.* DTRA. *g.* AFCS as of 30 September 19____. (See zone message of original board.) *h.* SOC. *i.* Date of birth. *j.* EADC. *k.* Point of Contact and DSN number. |
| 4 | BNS1 | Upon receipt of memorandum from PERSCOM notifying officer of SSB eligibility, assist officer in reviewing and updating his or her OMPF and preparing correspondence to the president of the promotion board, if necessary. |
| 5 | BNS1 | Inform officer's commander of the SSB results, after notification of results from PERSCOM (TAPC–MSP–S). Notify PSC of SSB results. |
| 6 | PROM | Upon notification of board results, annotate promotion list and update files with final results. |

## Section III
## Task: Process Requests for Special Selection Board Promotion Reconsideration

### 7–11. Rules for processing requests for special selection board promotion reconsideration

*a.* Officers who discover that material error existed in their file at the time they were nonselected for promotion may request reconsideration.

*b.* Requests will be forwarded to Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443.

*c.* Reconsideration will normally not be granted when the error is minor or when the officer, by exercising reasonable care, could have detected and corrected the error.

*d.* Officers being reconsidered are not afforded the opportunity to correspond with the SSB. The officer's file will be constructed as it should have appeared on the convening date of the promotion board that failed to select the officer for promotion.

*e.* To determine if there is an error in the promotion file, the officer may request a copy of his or her file, as considered by the promotion selection board, from Commander, PERSCOM, ATTN: TAPC–PDI–S, 200 Stovall Street, Alexandria, VA 22332–0443.

### 7–12. Steps for processing requests for special selection board promotion reconsideration

The steps for processing requests for promotion reconsideration by an SSB are shown in table 7–2.

**Table 7–2**
**Processing requests for promotion reconsideration by a special selection board**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PROM | Assist officer in determining if there is a basis for reconsidering promotion. If an error is discovered, instruct officer to submit request to Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443, with appropriate endorsement from the chain of command. Include the following: *a.* Name. *b.* SSN. *c.* Branch. *d.* Identification of the material error with substantiating documents. |
| 2 | | Prepare endorsement explaining the actions taken by PSC to resolve the error. |
| 3 | BNS1 | Inform officer's commander of the SSB results upon receiving notification from PERSCOM (TAPC–MSP–S). The commander will notify the officer. Inform PSC of SSB results. |
| 4 | PROM | Annotate promotion list and update files with final results. |

## Chapter 8
## Promotion Review Boards

## Section I
## Managing Promotion Review Boards

### 8–1. General

*a.* Before the selection board report is approved by the President or his designee, the name of an officer in a grade above second lieutenant, recommended for promotion by a selection board, may be removed from the report of the board only by the President. Before the report of a warrant officer selection board has been approved by the Secretary of the Army, the name of a warrant officer recommended by a selection board may be removed from the board report



by the President or his designee (10 USC 579(d)). A report of a selection board exists after a promotion board issues a signed board report. The board report becomes a promotion list after approval by the President or his designee, or in the case of warrant officers, after approval by the Secretary of the Army. If the Secretary of the Army recommends removal of the name of an officer from a selection board's report and the recommendation includes information that was not presented to the selection board, the information will be made available to the officer. The officer will be afforded a reasonable opportunity to submit comments on that information to the officials making the recommendation and the officials reviewing the recommendation. If the officer cannot be given access to the information for reasons of national security, the officer will, to the maximum extent practicable, be provided with an appropriate summary of the information. An officer who has been provided with 14 days from the date of receipt of such information to submit comments is considered to have been provided a reasonable opportunity, unless good cause is shown. Proof of service will be included in the file. The remainder of this paragraph that deals with promotion review boards (PRB) is not applicable to Secretarial recommendations to remove the name of an officer from a report of a selection board.

b. The President, or his designee, may remove the name of an officer, in a grade above second lieutenant, from a list of officers recommended for promotion by a selection board (10 USC 629(a)). This authority has been delegated to the Secretary of the Army. The Secretary of the Army may also remove the name of a warrant officer who is on a promotion list (10 USC 579(b)). PRB are used to advise the Secretary of the Army in any case in which there is cause to believe that a commissioned or warrant officer on a promotion list is mentally, physically, morally, or professionally unqualified or unsuited to perform the duties of the grade for which he or she was selected for promotion. In such instances, a PRB may also be conducted when an officer's name appears on a report of a selection board, although the Secretary's final decision or recommendation under paragraph 8–8, below, may not be made until the report is approved by the President or his authorized designee. An officer, in a grade above second lieutenant, is considered to be on a promotion list when the officer's name appears on a report of a promotion selection board which has been approved by the President or his authorized designee. A warrant officer is considered to be on a promotion list when the officer's name appears on a report of a promotion selection board which has been approved by the Secretary of the Army (10 USC 578(a)). Inquiries concerning these boards should be addressed to Commander, PERSCOM, ATTN: TAPC–MSP–S, Alexandria, VA 22332–0443. The provisions of 10 USC 629(c) and 579(c)d(e) (Warrant officers) govern subsequent treatment of officers who are removed from promotion lists. (See para 8–10.)

c. If, after consideration of a list of officers approved for promotion by the President and requiring confirmation by the Senate, the Senate does not give its advice and consent to the promotion of any officer whose name is on the promotion list, his or her name will be removed from the list. The provisions of 10 USC 629(c) govern subsequent treatment of officers so removed.

d. The name of an officer who has declined promotion will be removed from the promotion list upon which his or her declination was based.

## 8–2. Basis for referral

a. HQDA will continuously review promotion lists to ensure that no officer is promoted where there is cause to believe that he or she is mentally, physically, morally, or professionally unqualified to perform the duties of the higher grade.

b. An officer may be referred to a PRB for the following reasons (the list is not exclusive):

(1) A referred OER or AER.

(2) Punishment under Article 15, Uniform Code of Military Justice (whether filed in the restricted or performance fiche of the OMPF).

(3) Any court-martial conviction.

(4) A Memorandum of Reprimand placed in the OMPF.

(5) Adverse documentation filed in the OMPF.

(6) Initiation of elimination action under the provisions of AR 635–100, chapter 5.

(7) Failure to make satisfactory progress in a weight control program. (See AR 600–9.)

(8) Other derogatory information received by HQDA but not filed in the OMPF, if the referral authority finds that the information is substantiated, relevant, and might reasonably and materially affect a promotion recommendation. (See para 8–4.)

c. Appropriate officials, including commanders (through command channels to MACOMs); TJAG; The Surgeon General; the Chief of Chaplains; the Chief, General Officer Management Office; the Director, Officer Personnel Management; and the CG, PERSCOM, may recommend at any time that an officer's name be removed from a promotion list. Recommendations must contain detailed justification and state if an evaluation report has been submitted. Send any such recommendation to Commander, PERSCOM, ATTN: TAPC–MSP–S, 200 Stovall Street, Alexandria, VA 22332–0443. Recommendations involving officers selected for promotion to general officer grades must be sent to HQDA (DACS–DOM), WASH DC 20310–0300.

d. For officers selected for promotion to colonel, HQDA will conduct a post-board screening of the restricted fiche of recommended officers and information in other official files such as those maintained by the Criminal Investigative Command and the DA Inspector General. A review board convened at HQDA will consider any adverse information from this screening and advise the DCSPER, or the DCSPER's designee, whether the information is substantiated, relevant, and might reasonably and materially affect a promotion recommendation, such that either the SA should consider recommending removal of the officer's name from the report of the selection board or the officer should be referred to a PRB.

## 8–3. Suspension of favorable personnel actions

Suspension of favorable personnel actions will be as prescribed in AR 600–8–2. HQDA will prepare a DA Form 268 upon referral of a case to a PRB by HQDA. The failure to prepare a DA Form 268, however, does not invalidate referral of the action to a PRB, or subsequent action relating to the PRB (including removal from a promotion list). HQDA will remove the suspension of favorable personnel action (if not earlier removed by the SA or the Secretary's designee) when the President or the President's designee decides whether the officer should be removed from the promotion list. The provisions of paragraphs 1–19 and 1–20 regarding nonpromotable status and delay of promotions apply.

## 8–4. Referral and convening authority

a. A PRB will normally convene within 120 days after HQDA directs that a case be reviewed. The DCSPER or a designee (normally the Director of Military Personnel Management) is authorized to refer cases to a PRB except those involving promotion to or within general officer grades. The board is convened by CG, PERSCOM, under authority of a standing MOI approved by the SA. The referral authority may not be delegated below the Director of Military Personnel Management in cases where a PRB recommendation is based solely on derogatory information received by HQDA, but not filed in the OMPF, that has been substantiated, is relevant, and might reasonably and materially affect a promotion recommendation.

b. For cases involving promotion to or within general officer grades, the Vice Chief of Staff of the Army is authorized to refer cases to a PRB. The board is convened by CG, PERSCOM, under authority of an MOI approved by the SA.

## 8–5. Board membership

PRBs will be composed of at least five officers on an ADL serving in a higher grade than those officers being considered. When OTRA officers are considered, there will be at least one OTRA member on the board. The senior board member will be designated the board president.

Case 1:07-cv-00440-RCL    Document 11-7    Filed 07/27/2007    Page 8 of 15

## 8–6. Notice to officers under review

Before the PRB convenes, the officer under review will be informed, by memorandum, of the reason for the action and provided a copy of any information that will be considered by the board. The officer will be afforded a reasonable opportunity to submit comments on that information to the PRB and the officials reviewing the recommendation. (Fourteen days from the date of receipt of the information is considered a reasonable opportunity, unless good cause is shown for extending the time.) If the officer cannot be given access to the information for reasons of national security, an appropriate summary of the information to the maximum extent possible shall be provided. Proof of service will be included in the file.

## 8–7. Information considered

A PRB will consider the following:

*a.* An officer's official military personnel record, consisting of the OMPF (including relevant portions of the restricted fiche), ORB, and official photo, as those records exist when the board convenes.

*b.* Additional information received by HQDA, but not filed in the OMPF, which the referral authority finds is substantiated and relevant, and might reasonably and materially affect a promotion recommendation, provided the information has properly been referred to the officer for comment.

*c.* Any submission to the board by an officer under consideration. An officer may include the opinion and statements of third persons in his or her submission.

## 8–8. Board recommendation

*a.* The Secretariat for DA selection boards will provide administrative support to PRBs. The boards will be conducted consistent with the provisions of DOD Directive 1320.12 relating to communications with and deliberations by promotion boards as provided in the standing PRB MOI. The president of a PRB may recess the board when its recommendation is complete; however, the board will not adjourn until the Secretary acts on the PRB's recommendation.

*b.* The referral authority will review the board's report to ensure the PRB complied with applicable guidance. Before the SA acts, the referral authority may return a case to a PRB, or direct the convening of a new PRB, to consider new evidence or to correct an error. If the adverse information that generated a PRB is unavailable for consideration, the case will be returned to the referral authority who may set aside the action. Absent substantiated new evidence, fraud, or error, a second PRB will not reconsider the same record previously considered by a PRB.

*c.* The PRB's recommendation is only advisory to the SA. In cases involving promotion to the grade of colonel or below, the board's report will be forwarded to the SA who, on behalf of the President, may remove from the promotion list the name of the officer, in a grade above second lieutenant, retain the officer on the promotion list, return the report to the DCSPER, or direct other appropriate action. The same options apply when the Secretary acts under his authority to remove warrant officers from a promotion list. For promotions to or within general officer grades, the board report will be sent through the Chief of Staff of the Army to the SA who will forward the report with an appropriate recommendation through the Secretary of Defense to the President.

*d.* In making a final decision (or recommending that the President exercise removal authority in cases involving promotion to and within general officer grades), the SA may consider information not furnished to the PRB if it was not practicable to submit that information to the PRB, provided the officer is furnished a copy of the information and afforded a reasonable opportunity to submit comments on it to the Secretary as provided in paragraph 8–6. The officer will be informed why it was not practicable to submit the information to the PRB.

## 8–9. Notification of results

Officers considered by a PRB will be informed of the results, in writing, through their chain of command. Notice will be sent after appropriate authority takes final action on the PRB's recommendation. Barring extenuating circumstances, this notice should be sent within 180 days after HQDA determines that such consideration should occur.

## 8–10. Effect of removal

*a.* An officer whose name is removed from a promotion list continues to be eligible for consideration for promotion under 10 USC 629(c) and 579(c). The next regular selection board convened to consider officers for promotion to that grade and competitive category will consider the officer (if otherwise eligible), provided this removal action does not constitute the officer's second nonselection for separation purposes. If the next board does not recommend promotion, this will constitute the officer's second nonselection.

*b.* If the next board recommends promotion, the officer may petition the SA to be granted the same DOR and position on the ADL the officer would have had if the officer's name had not been removed from the promotion list.

*c.* If the next selection board that considers an officer in a grade below colonel does not recommend the officer for promotion, or if the officer's name is again removed (either from the report of the selection board or from the promotion list), or, in the case of promotion to grades above captain, the Senate does not give its advice and consent to the promotion, the officer will be considered for all purposes to have twice failed selection for promotion.

## Section II
## Task: Process Recommendations for Promotion Review Boards

## 8–11. Steps for processing recommendations for promotion review boards

The steps for processing recommendations for promotion review boards are shown in table 8–1.

**Table 8–1**
**Processing recommendations for promotion review boards**

| Step | Work center | Required action |
|---|---|---|
| 1 | BNS1 | Prepare recommendation, in memorandum format, for officer's removal from the promotion list when directed by commander. |
| 2 | | Initiate suspension of favorable personnel actions per AR 600–8–2. |
| 3 | | Forward recommendations with all supporting documentation and endorsements through brigade level commander to PSC. |
| 4 | PROM | Review request for completeness, verify that flag has been initiated, and prepare forwarding endorsement. |
| 5 | BNS1 | Upon receiving notification from PERSCOM of initiation of PRB action, notify officer and have him acknowledge receipt. |
| 6 | | Suspend action for follow-up and ensure officer provides rebuttal information, if desired, within allotted time. |
| 7 | | Inform officer's commander of the PRB results after notification of results from PERSCOM (TAPC–MSP–S). Advise PSC of results. |
| 8 | | Remove flag according to AR 600–8–2, if locally imposed. |

**Table 8–1**
**Processing recommendations for promotion review boards—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 9 | PROM | Upon notification of board results, annotate promotion list and update files with final results. |
| 10 | | Determine if an officer who is removed from a promotion list is eligible for the next regularly scheduled board. If yes, notify PERSCOM and have officer audit his or her ORB as directed in chapter 4. |

## Appendix A
### References

#### Section I
#### Required Publications

**AR 600–8–2**
Suspension of Favorable Personnel Actions (Flags).  (Cited in paras 1–10, 1–11d(2), and 8–3.)

**AR 623–105**
Officer Evaluation Reporting System.  (Cited in para 3–5.)

**AR 635–100**
Officer Personnel. (Cited in paras 1–13, 1–14h, 1–18d and 8–2b(6).)

**AR 635–120**
Officer Resignations and Discharges. (Cited para 1–14h.)

#### Section II
#### Related Publications

A related publication is merely a source of additional information. The user does not have to read it to understand this publication.

**AR 135–100**
Appointment of Commissioned and Warrant Officers or the Army

**AR 135–101**
Appointment of Reserve Commissioned Officers for Assignment to Army Medical Department Branches.

**AR 135–155**
Promotion of Commissioned Officers and Warrant Officers other than General Officers.

**AR 135–215**
Officer Periods of Service on Active Duty.

**AR 310–10**
Military Orders

**AR 350–15**
The Army Physical Fitness Program.

**AR 600–8**
Military Personnel Management

**AR 600–8–1**
Army Casualty and Memorial Affairs and Line of Duty Investigations.

**AR 600–8–23**
SIDPERS Data Base Management Procedures.

**AR 600–9**
The Army Weight Control Program.

**AR 600–20**
Army Command Policy

**AR 600–37**
Unfavorable Information.

**AR 601–100**
Appointment of Commissioned and Warrant Officers in the Regular Army

**AR 601–337**
The Army General Counsel's Honors Program

**AR 614–120**
Interservice Transfer of Army Commissioned Officers on the Active Duty List

**AR 640–2–1**
Personnel Qualification Records.

**DA Pam 600–8–1**
SIDPERS Unit Level Procedures.

**DA Pam 600–8–2**
Standard Installation/Division Personnel System (SIDPERS) Personnel Service Center Level Procedures.

**DOD Directive 1300.4**
Inter-Service Transfer of Commissioned Officers (FM&P)

**DOD Directive 1320.12**
Defense Officer Promotion Program

#### Section III
#### Prescribed Forms

**DA Form 78–R/DA Form 78–R–E**
Recommendation for Promotion to 1LT/CW2. (Prescribed in para 3–1.)

#### Section IV
#### Referenced Forms

**DA Form 71**
Oath of Office - Military Personnel.

**DA Form 268**
Report to Suspend Favorable Personnel Actions (Flag).

**DA Form 1383**
Annual or Terminal Statement of Retirement Points

**DA Form 3168**
Posthumous Promotion Certificate

**DA Form 5074–1–R**
Record of Award of Entry Grade Credit (Health Services Officers).

**DD Form 1A**
Officers Commission.

**DD Form 214**
Certificate of Release or Discharge from Active Duty.

**DD Form 220**
Active Duty Report.

**DD Form 1300**
Report of Casualty.

**NGB Form 23**
Retirement Credits Record.

**AGUZ Form 115**
Statement of Retirement Points.

## Section I
## Abbreviations

**AFCS**
active Federal commissioned service

**AG**
Adjutant General

**AMEDD**
Army Medical Department

**APFT**
Army Physical Fitness Test

**ASA(M&RA)**
Assistant Secretary of the Army (Manpower and Reserve Affairs)

**BASOP**
base operations

**BN**
battalion

**CG**
commanding general

**CNGB**
Chief, National Guard Bureau

**COL**
colonel

**CPT**
captain

**CWO**
chief warrant officer

**DA**
Department of the Army

**DAIG**
Department of the Army Inspector General

**DASO**
Department of the Army special order

**DCSPER**
Deputy Chief of Staff for Personnel

**DMPM**
Director of Personnel Management

**DOD**
Department of Defense

**DOR**
Date of rank

**DSN**
Defense Switched Network

**HQDA**
Headquarters, Department of the Army

**JAGC**
Judge Advocate General's Corps

**LTC**
lieutenant colonel

**LTG**
lieutenant general

**MACOM**
major Army command

**MG**
major general

**MOI**
Memorandum of Instruction

**MPD**
Military Personnel Division

**MPRJ**
Military Personnel Records Jacket, U.S. Army

**OER**
officer evaluation report

**OMF**
officer master file

**OMPF**
official military personnel file

**ORB**
Officer Record Brief

**OTRA**
other than Regular Army

**PED**
promotion eligibility date

**PERSCOM**
United States Total Army Personnel Command

**PRB**
promotion review boards

**PSC**
Personnel Service Company

**RA**
Regular Army

**ROTC**
Reserve Officers' Training Corps

**SA**
Secretary of the Army

**SIDPERS**
Standard Installation Division Personnel System

**SSN**
social security number

**TACCS**
Tactical Army Combat Service Suppor (CSS) Computer System

**TDA**
tables of distribution and allowances

**TIG**
time in grade

**TDRL**
Temporary Disability Retired List

**TJAG**
The Judge Advocate General

**TOE**
tables of organization and equipment

**USAR**
United States Army Reserve

**USC**
United States Code

**USMA**
United States Military Academy

**WO**
warrant officer

## Section II
## Terms

**Above the zone**
A promotion eligibility category that consists of commissioned or warrant officers of the same grade and competitive category on the active duty list who are eligible for promotion consideration and whose date of rank is senior to any officer in the promotion zone.

**Active duty**
Full-time duty (of 1 day or more) in the active military service of the United States (10 USC 101(22)). This term includes active duty for training, annual training, and full-time active duty under 32 USC 502–505. It does not include inactive duty for training (drill) or duty performed in a State status (National Guard personnel only).

**Active date of rank**
The date used in determining relative seniority among officers of the same grade on the active duty list in the United States Army. This date is not necessarily the same as the date established for other purposes (for example, entitlement to pay and allowances). Also see date of rank in this glossary.

**Active duty list**
Order of seniority lists of commissioned officers (required by 10 USC 620) and warrant officers (required by 10 USC 574) on active duty in the U.S. Army other than those listed below (10 USC 641 and 582).
  a. *Reserve officer.*
    (1) On active duty for training.

(2) On active duty under 10 USC 175, Advocate General's Corps, have been admitted to practice law, and are assigned to Judge Advocate General's Corps position.

(3) On active duty under 10 USC 672(d) or 32 USC 502 or 503 in connection with organizing, administering, recruiting, instructing or training the Reserve Components.

(4) On active duty to pursue special work.

(5) Ordered to active duty under 10 USC 673b.

(6) On active duty under 50 USC App 460(b)2 for the administration of the Selective Service System.

(7) On full-time National Guard Duty.

b. *The Director of Admissions, Dean and permanent professors at the United States Military Academy.*

c. *Retired commissioned and warrant officers on active duty.*

d. *Students at the Uniformed Services University of Health Sciences.*

e. *Students enrolled in the Army Physician's Assistant Program.*

**Active status**
The status of a member of a Reserve Component not in the inactive National Guard, or on an inactive status list, or in the retired reserve.

**Below the zone**
A promotion eligibility category that consists of commissioned or warrant officers of the same grade and competitive category on the active duty list who are eligible for promotion consideration and whose date of rank is junior to any officer in the promotion zone.

**Commander**
A head of an Army Staff or field operating agency or an officer with the position title "commander" or "commandant."

**Competitive category**
A group of officers who compete among themselves for promotion and, if selected, are promoted in order of rank as additional officers in the higher grade are needed. Competitive categories among warrant officers are authorized by law but have not been designated as a matter of policy. Competitive categories for commissioned officers are listed below.

a. Army (includes officers in branches AD, AG, AR, AV, CE, EN, FA, FI, IN, MI, MP, OD, SC, SF, TC, QM).

b. Chaplains.

c. Judge Advocate General's Corps (including first lieutenants not members of The Judge Advocate General's Corps but participating in the Army General Counsel's Honor Program for consideration to the grade of captain only) consists of Regular officers appointed in The Judge Advocate General's Corps, Reserve officer assigned to The Judge Advocate General's Corps, and Regular and Reserve officers appointed in or assigned to a branch other than The Judge Advocate General's Corps who are detailed to The Judge

Advocate General's Corps, have been admitted to practice law, and are assigned to Judge Advocate General's Corps position.

d. Medical Service Corps.

e. Army Medical Specialist Corps (combined with Medical Corps for promotion above the grade of colonel).

f. Veterinary Corps.

g. Army Nurse Corps.

h. Medical Corps.

i. Dental Corps.

j. Warrant Officer Corps.

**Creditable service**
All active or reserve active status service in the grade in which ordered to active duty or higher which may be used to establish ADOR under this regulation. Service that is not creditable for this purpose may be creditable for other purposes.

**Date of rank**
The actual date on which an officer was appointed in a particular grade, adjusted for service credit; it is the date used to determine relative seniority for officers holding the same grade.

**De facto status**
Officers who have accepted an erroneous promotion in good faith and actually performed the duties of the higher grade may be granted defacto status by the Chief, Officer Promotions for the grades CW3/4, captain and above. Promotion authority can grant defacto status for promotion to 1LT and CW2. This will allow the officer to keep any pay and allowances received at the higher grade.

**Entry grade credit**
A period of time credited to a commissioned officer at the time of an original RA or Reserve appointment which is used to establish an officer's grade and DOR in that grade at the time of that appointment. Includes credit for commissioned service performed before the most recent original appointment and constructive service credit awarded based on advanced education, training, or special experience. Does not include commissioned service performed after the officer's most recent original appointment.

**Failed selection for promotion**
An officer below the grade of colonel in or above the promotion zone who is considered and not recommended for promotion by a Department of the Army promotion selection board or special selection board.

**Field promotion authority**
A commander who may promote an officer to the grade of 1LT or temporary CW2.

**Grade**
A step or degree in a graduated scale of office or military rank that is established and designated as a grade by law or regulation.

A transfer between uniformed services by a commissioned officer.

**Obligated volunteer officer**
A commissioned or warrant officer serving an initial tour with a given expiration date or a limited extension of an initial tour of active duty with a given expiration date.

**Officer**
A commissioned or warrant officer unless otherwise specified.

**Official Military Personnel File**
The official personnel file, usually maintained on microfiche, composed of a performance section, service section and, in some cases, a restricted access section.

**Original appointment**
Any appointment in a reserve or regular component of the armed forces that is neither a promotion nor a demotion. An officer may receive more than one "original appointment".

**Promotion eligibility date**
A date used to establish the due course promotion date.

**Promotion list**
A list of officers, by competitive category, recommended and approved for promotion.

**Promotion phase points**
The timing of promotions to a grade expressed in terms of the length of time an officer will have served in the lower grade at the time of promotion to the higher grade.

**Promotion review authority**
The commander having general court-martial jurisdiction or the first Army general officer in the chain of command who has a judge advocate available.

**Promotion sequence number**
A number that shows the rank order of officers on a promotion list. It is established by the following sort:

a. Current DOR.

b. Previous DOR.

c. Active Federal Commissioned Service.

d. Date of appointment.

e. Date of birth (earlier date is senior).

f. Alphabetical order.

**Promotion zone**
An promotion eligibility category (defined by an announced range of DOR) consisting of commissioned officers on the active duty list of the same grade and competitive category who are eligible for promotion consideration, or warrant officers (per Applicability Statement) who—

a. As lieutenant colonels or below, are eligible for promotion consideration for the first time (excluding any below the zone consideration).

b. As colonels and brigadier generals are eligible for promotion consideration, provided they have—

(1) Not been recommended for promotion to the next higher grade when considered in the promotion zone.

(2) Not been removed from a previous list of officers recommended for promotion to such grade if selected from in or above the promotion zone.

**Rank**
The order of precedence among members of the Armed Forces.

**Recess appointments**
Promotions made under the provision of Article II, section 2, clause 3 of the U.S. Constitution. It permits the President (or Secretary of the Army, acting for the President) to make appointments to fill vacancies that occur during the recess of the Senate. The commissions granted expire at the end of the next session.

**Regular Army promotion list number**
A number which denotes the rank order of RA warrant officers on active duty.

**Selected for promotion**
An officer recommended for promotion by a Department of the Army promotion selection board or special selection board and approved by the proper authority.

**Separation**
Discharge, release from active duty, or retirement.

**Uniformed services**
The Army, Navy, Air Force, Marine Corps, Coast Guard, Commissioned Corps of the Public Health Service, and Commissioned Corps of the National Oceanic and Atmospheric Administration.

**Zone of consideration**
Commissioned officers on the active duty list of the same grade and competitive category or warrant officers (per Applicability Statement) whose dates of rank fall within a promotion eligibility category. The zone of consideration consists of the promotion zone, above the zone, and below the zone.

## Section III
## Special Abbreviations and Terms

This publication uses the following abbreviations, brevity codes, and acronyms not contained in AR 310-50.

**ADL**
active duty list

**ADOR**
active date of rank

**AER**
Academic Evaluation Report

**C&S**
Command and Staff

**DTRA**
date of original appointment

**EADC**
entry on active duty current tour

**OFRC**
Officer Records Center

**PRA**
promotion review authority



This index is organized alphabetically by topic and subtopic within a topic. Topics and subtopics are identified by paragraph number.

**ADOR determinations**
   for officer, 1–38
   for warrant officers, 1–44
   for 2LTs and WO1s, 2–1, 2–3

**AMEDD Corps, placement on the active duty list,** 1–41

**Authority to announce promotion of officers,** 1–16

**Centralized promotion lists,** 5–3, 5–4

**Ceremonies, promotion,** 1–24

**Certificates, promotion,** 1–23

**Chaplains, placement on the active duty list,** 1–40

**Critically ill officers, promotion of,** 1–28

**Date of rank determinations**
   commissioned officers, 1–38
   warrant officers, 1–44

**De facto status,** 1–22

**Delay of promotion,** 1–20

**Frocking,** 6–1, 6–2

**Interservice transfer,** 1–25

**Levels of work,** 1–6

**Managing promotions,** 1–9

**Manpower resources,** 1–5

**Missing Persons Act,** 1–26

**Nonpromotable status,** 1–19

**Omissions,** 7–9, 7–10

**Post-board processing,** 5–1

**Post-board screening,** 1–15, 5–1, 5–2

**Posthumous promotion,** 1–29

**Preboard promotion processing,** 4–1, 4–2

**Precedence or relative rank**
   commissioned officers, 1–37,
   warrant officers, 1–43

**Principles of support,** 1–7

**Promotion eligibility,** 1–10
   consideration below the zone, 1–34
   failure of selection, 1–13
   list, 1—12

**Promotion eligibility date**
   to 1LT, 3–1, 3–2
   to CW2, 3–3, 3–4

**Promotion review boards,** 8–1
   board membership, 8–5
   convening, 8–4
   information considered, 8–7
   recommendation, 8–8
   results, 8–9

**Reconsiderations,** 7–11, 7–12

**Responsibilities,** 1–4

**Revocation of promotion,** 1–22

**Selection boards**
   board membership, 1–31, 7–6
   convening, 1–30, 7–5
   information provided, 1–33, 7–7
   recommendations, 1–35

**Selective continuation,** 1–14

**Special boards,** 7–1, 7–2

**Standards of service,** 1–8

**Suspension of favorable personnel action,** 8–3

**Temporary disability retired list,** 1–27

## RECOMMENDATION FOR PROMOTION TO 1LT/CW2

For use of this form, see AR 600-8-29; the proponent agency is ODCSPER

**1. OFFICER IDENTIFICATION**

| a. NAME | b. SSN | c. GRADE |
|---|---|---|
| | | |

| d. DUTY POSITION | e. UNIT |
|---|---|
| | |

**2. ACTION BY PSC**

| a. 2LT/WO1 ADOR | b. PED | c. EADC |
|---|---|---|
| | | |

| d. CONSTRUCTIVE CREDIT/AFCS PRIOR TO EADC | e. DATE FORWARDED TO RECOMMENDING OFFICIAL |
|---|---|
| | |

**3. ACTION BY RECOMMENDING OFFICIAL** *(Supervisor/Rater)*

a. OFFICER ☐ IS ☐ IS NOT RECOMMENDED FOR PROMOTION IN THE U.S. ARMY.

b. REMARKS

| c. DATE | d. NAME/GRADE | e. SIGNATURE |
|---|---|---|
| | | |

**4. ACTION BY APPROVING OFFICIAL** *(CDR, LTC OR ABOVE)*

a. RECOMMENDED ACTION IS ☐ APPROVED ☐ DISAPPROVED FOR THE FOLLOWING REASONS:

b. REMARKS

| c. DATE | d. NAME/GRADE | e. SIGNATURE |
|---|---|---|
| | | |

**5. ACTION BY PAC**

a. REFERRAL REQUIRED ☐ YES ☐ NO | b. REFERRAL COMPLETED ON

c. REVIEWED FOR ACCURACY AND FORWARDED TO PSC OR PRA AS APPLICABLE ON

**6. ACTION BY PROMOTION REVIEW AUTHORITY** *(PRA)* IF APPLICABLE: | b. DATE

a. PRA ☐ DIRECTS PROMOTION ☐ DENIES PROMOTIONS

| c. NAME AND GRADE | d. SIGNATURE |
|---|---|
| | |

**7. PROMOTION ORDER DATA**

| a. ORDERS ISSUING HEADQUARTERS: | b. PERMANENT ORDER NO. | c. PARAGRAPH NO. | d. DATE |
|---|---|---|---|
| | | | |

e. Announcement is made of the following promotion in the U.S. Army by the authority of Title 10, USC Section 624 for 1LT and Section 578 for CW2; with ADOR of: _____ and effective date of: _____

| f. ORDERS APPROVAL AUTHORITY *(Name, Rank, Title)* | g. SIGNATURE |
|---|---|
| | |

**8. DISTRIBUTION:**

CDR, PERSCOM, ATTN: TAPC-MSR, 200 STOVALL STREET, ALEXANDRIA, VA 22332-0400

☐ RECOMMENDED, FILE ON S-FICHE    ☐ NOT RECOMMENDED, FILE ON P-FICHE

**DA FORM 78-R, JUL 94**       DA FORM 78, JUN 80, IS OBSOLETE



Department of Defense
# DIRECTIVE

NUMBER 1320.11

May 6, 1996

USD(P&R)

SUBJECT:  Special Selection Boards

References:  (a)  DoD Directive 1320.11, subject as above, October 22, 1985 (hereby canceled)
(b)  Title 10, United States Code

## 1.  REISSUANCE AND PURPOSE

This Directive:

1.1.  Reissues reference (a).

1.2.  Continues to implement Section 628 of reference (b) to update policy on the use of Special Selection Boards for commissioned officers on the Active Duty List and chief warrant officers and commissioned warrant officers on the warrant officer Active Duty List.

1.3.  Implements Reserve component policies and responsibilities regarding the use of Special Selection Boards for commissioned officers of the Reserve Active Status List under Section 14502 of reference (b).

## 2.  APPLICABILITY AND SCOPE

This Directive applies to:

2.1.  The Office of the Secretary of Defense, the Military Departments, and the Chairman of the Joint Chiefs of Staff.

**Exhibit D**

*DODD 1320.11, May 6, 1996*

2.2.  The commissioned officers on the Active Duty List and warrant officers and commissioned warrant officers on the Warrant Officer Active Duty List.  It covers commissioned officers on the Reserve Active Status List.

3.  DEFINITIONS

Terms used in this Directive are defined in enclosure 1.

4.  POLICY

It is DoD policy that:

4.1.  Each Military Department shall use a Special Selection Board for the reasons listed in Section 628(a) or 14502(a) of 10 U.S.C. (reference (b)); that is, the officer who was eligible for promotion and was not considered for selection for promotion.

4.2.  Each Military Department is encouraged, although not required, to use a Special Selection Board for the reasons listed in Section 628(b) or 14502(b) of reference (b); that is, if the decision of the original board that considered the officer was contrary to law or involved factual or administrative error, or if the board lacked some material information for consideration.

4.3.  A Special Selection Board shall not, under Section 628(b) or 14502(b) of reference (b), consider any officer who might, by maintaining reasonably careful records, have discovered and taken steps to correct that error or omission on which the original board based its decision against promotion.

4.4.  Barring extenuating circumstances, such as a heavy caseload, a Special Selection Board shall be convened and the results made known to the officer concerned, within 180 days of the finding of the Secretary of the Military Department concerned, that an error warranted consideration by a Special Selection Board.

4.5.  Special Selection Boards convened under Sections 628 or 14502 of reference (b) shall be composed in accordance with Sections 573, 612, or 14102 of reference (b), as appropriate, and regulations prescribed by the Secretary of the Military Department concerned.

4.6.  The record of an officer being considered by a Special Selection Board shall be compared with a sampling of records of those officers of the same competitive

*DODD 1320.11, May 6, 1996*

category who were, and those who were not, recommended for promotion by the original board.

4.7. Statistical data about the number of officers considered for promotion by the Special Selection Boards, the number selected and nonselected to each grade, and the basis for consideration under Section 628 or 14502 of reference (b) shall be retained by each Military Department for 3 years.

4.8. Although Sections 628 or 14502 of reference (b) specifically authorize Special Selection Boards for promotion purposes only, reference (b) does not preclude the Secretary of the Military Department concerned from convening a board under an authority other than reference (b) to consider officers for other selection processes, such as Regular appointment or continuation on active duty or in an active status, for reasons similar to those in reference (b). Such boards may not be convened for recommending an officer for early retirement or removal if the decision of the board may conflict with the limitations of Section 638, 638a, 14704, or 14705 of reference (b).

5. RESPONSIBILITIES

5.1. The Under Secretary of Defense or Personnel and Readiness shall exercise cognizance and oversight of policies for special selection boards.

5.2. The Secretaries of the Military Departments shall:

5.2.1. Administer the policies in section 4., above.

5.2.2. Recommend policy changes to this Directive to the Under Secretary of Defense for Personnel and Readiness.

*DODD 1320.11, May 6, 1996*

6. <u>EFFECTIVE DATE</u>

This Directive is effective immediately for officers on the Active Duty List and on the warrant officer Active Duty list, and on October 1, 1996, for officers on the Reserve Active Status List.

John P. White
Deputy Secretary of Defense

Enclosures - 1
    E1. Definitions

*DODD 1320.11, May 6, 1996*

E1.  ENCLOSURE 1

DEFINITIONS

E1.1.1.  Active Duty List.  A single list for the Army, the Navy, the Air Force, or the Marine Corps that is required to be maintained under Section 620 of 10 U.S.C. (reference (b)) and that contains the names of all officers of that Military Service other than officers described in Section 641 of reference (b) who are serving on active duty.

E1.1.2.  Commissioned Officer.  An officer in any of the Military Services in the Department of Defense who holds a grade and an office under a commission signed by the President, and who is appointed as a Regular or a Reserve officer.  It does not include a commissioned warrant officer or a retired commissioned officer.

E1.1.3.  Reserve Active Status List.  A single list for the Army, the Navy, the Air Force, or the Marine Corps, required to be maintained under Section 14002 of reference (b), which contains the names of all officers of that Armed Force, except warrant officers (including commissioned warrant officers), who are in an active status in a Reserve component of the Army, the Navy, the Air Force, or the Marine Corps and are not on an Active Duty List.

E1.1.4.  Special Selection Board.  A panel of officers convened under Section 628 or 14502 of reference (b) to evaluate and recommend commissioned officers on the Active Duty List or the Reserve Active Status List and warrant officers on the warrant officer Active Duty List for promotion consideration because the officer was not considered due to administrative error, or following a determination that the action of a board that considered and did not select the officer was contrary to law or involved material error of fact or material administrative error, or if the board did not have before it for its consideration material information.  Special Selection Boards make select and nonselect recommendations, as distinguished from providing advisory opinions as to whether an officer would have been selected had an officer been properly considered by the original board.

E1.1.5.  Warrant Officer.  A person who holds a commission or a warrant in a warrant officer grade.

E1.1.6.  Warrant Officer Active Duty List.  A single list for each Service concerned that is required to be maintained under Section 574 of reference (b) and that contains the names of all warrant officers of that Military Service (other than warrant officers described in Section 582 of reference (b)) who are serving on active duty.

ENCLOSURE 1

## APPLICATION FOR CORRECTION OF MILITARY RECORD
### UNDER THE PROVISIONS OF TITLE 10, U.S. CODE SECTION 1552
*(Please read instructions on reverse side BEFORE completing application)*

*Form Approved*
*OMB No. 0704-0003*
*Expires Aug 31, 2000*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0003), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.**

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 US Code 1552, EO 9397.

**ROUTINE USES:** None

**PRINCIPAL PURPOSE:** To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

**DISCLOSURE:** Voluntary; however, failure to provide identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

**1. APPLICANT DATA**

a. BRANCH OF SERVICE (X one) | ARMY | NAVY | AIR FORCE | MARINE CORPS | COAST GUARD

b. NAME *(Last, First, Middle Initial) (Please print)* | c. PRESENT PAY GRADE | d. SERVICE NUMBER *(If applicable)* | e. SSN

2. TYPE OF DISCHARGE *(If by court-martial, state type of court)*

3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED FORCES (Active duty, Retired, Reserve, etc.)

4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY

5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD

6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. *(No expense to the Government) (X one)*

YES | NO

7. COUNSEL *(If any)*
a. NAME *(Last, First, Middle Initial)*

b. ADDRESS *(Street, Apartment Number, City, State and ZIP Code)*

8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:

9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:

10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING: *(If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)*

11. ALLEGED ERROR OR INJUSTICE

a. DATE OF DISCOVERY

b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.

12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.

SPOUSE | WIDOW | WIDOWER | NEXT OF KIN | LEGAL REPRESENTATIVE | OTHER (Specify)

13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. (U.S. Code, Title 18, Sec. 287, 1001, provides that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)

14a. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE *(Applicant should forward notification of all changes of address.)*

DOCUMENT NUMBER *(Do not write in this space.)*

b. TELEPHONE NUMBER *(Include Area Code)*

15. DATE SIGNED

16. SIGNATURE *(Applicant must sign here.)*

**DD FORM 149, SEP 1997**    PREVIOUS EDITION IS OBSOLETE.

Exhibit F

# INSTRUCTIONS
## *(All data should be typed or printed)*

1. For detailed information see:  Air Force Instruction 36-2603; Army Regulation 15-185; Coast Guard, Code of Federal Regulations;Title 33, Part 52; or Navy, Code of Federal Regulations; Title 32, Part 723.

2. Submit only original of this form.

3. Complete all items.  If the question is not applicable, mark "None."

4. If space is insufficient, use "Remarks" or attach additional sheet.

5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

6. List all attachments and enclosures.

7. **ITEMS 6 and 7.** Personal appearance of you and your witnesses or representation by counsel is not required to ensure full and impartial consideration of applications.  Appearances and representations are permitted, at no expense to the Government, when a hearing is authorized.

8. **ITEM 8.** State the specific correction of record desired.

9. **ITEM 9.** In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust.  Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief  of arguments supporting application.  All evidence not already included in your record must be submitted by you.  The responsibility for securing new evidence rests with you.

10. **ITEM 11.** 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

## MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

### ARMY

**(For Active Duty Personnel)**
Army Board for the Correction of Military Records
1941 Jefferson Davis Highway, 2nd Floor
Arlington, VA  22202-4508

**(For Other than Active Duty Personnel)**
Army Review Boards Agency
Support Division, St. Louis
ATTN: SFMR-RBR-SL
9700 Page Avenue
St. Louis, MO  63132-5200

### COAST GUARD

Chairman
Board for Correction of Military Records (C-60)
Department of Transportation
400 7th St., SW
Washington, DC  20590

### NAVY AND MARINE CORPS

Board for Correction of Naval Records
2 Navy Annex
Washington, DC  20370-5100

### AIR FORCE

Board for Correction of Air Force Records
SAF/MIB
550-C Street West, Suite 40
Randolph AFB, TX  78150-4742

17. REMARKS *(Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her servicing military personnel office.  (Applicable only to active duty and reserve personnel.))*

**DD FORM 149, SEP 1997**

JUL.24.2001    2:50PM    H'    ODCSPER DAPE MPO 614 3663                NO.617    P.2/2



## ASSISTANT SECRETARY OF DEFENSE
### 4000 DEFENSE PENTAGON
### WASHINGTON, DC 20301-4000



FORCE MANAGEMENT
POLICY

24 JUL 2001

# MEMORANDUM FOR THE ASSISTANT SECRETARY OF THE ARMY
## (MANPOWER AND RESERVE AFFAIRS)

SUBJECT: Approval of Army Promotion Board Competitive Categories

I am writing in reference to your request to establish four career fields as competitive categories for use in Army promotion boards to the grades of lieutenant colonel and colonel. Your request to establish competitive categories of Operations, Operational Support, Information Operations, and Institutional Support is approved.

Charles S. Abell

Exhibit G



# Department of Defense
# **DIRECTIVE**

**NUMBER** 1332.41
March 8, 2004
Certified Current as of April 23, 2007

USD(P&R)

SUBJECT:  Boards for Correction of Military Records (BCMRs) and Discharge Review Boards (DRBs)

References: (a)  DoD Directive 1332.28, "Discharge Review Board (DRB) Procedures and Standards," August 11, 1982 (hereby canceled)
 (b)  DoD Instruction 1336.6, "Correction of Military Records," December 28, 1994 (hereby canceled)
 (c)  Sections 1413(a), 1552, 1553, 1556, and 1557 of title 10, United States Code


## 1. PURPOSE

This Directive:

 1.1.  Cancels reference (a) and replaces reference (b).

 1.2.  Assigns responsibilities for administering discharge review boards (DRBs) and for correcting any military record of the Military Department when the Secretary concerned deems necessary in accordance with reference (c).

 1.3.  Establishes uniform policies for the review of discharges or dismissals under reference (c).


## 2. APPLICABILITY

The provisions of this Directive apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Chairman of the Joint Chiefs of Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities in the Department of Defense (hereafter referred to as "the DoD Components").  The term, "Military Services," as used herein, refers to the Army, the Navy, the Air Force and the Marine Corps.

**Exhibit E**

*DoDD 1332.41, March 8, 2004*

3. <u>POLICY</u>

It is DoD policy that:

3.1. Procedures established by the Secretaries of the Military Departments for the correction of military records and for the review of discharges and dismissals must conform to the requirements of reference (c) and this Directive.

3.2. Military Department policy governing the operation and conduct of boards for the correction of military records and boards for review of discharges or dismissals shall state the scope of each board's authority and, at a minimum, require that:

3.2.1. The boards consider applications individually and fashion relief appropriate to the facts and circumstances of each case.

3.2.2. Applications be submitted by the individual seeking relief or by an appropriate representative as defined in reference (c), as applicable.

3.2.3. Before granting relief, sufficient evidence justifying the relief must be on the record or provided by the applicant. Relief shall be denied if there is insufficient material evidence in the record or provided by the applicant to warrant relief.

3.3. Combat-Related Special Compensation.

3.3.1. In considering an application for combat-related special compensation under reference (c), the Boards for Correction of Military Records (BCMR) shall seek an advisory opinion from the Director of Compensation, Office of the Deputy Under Secretary of Defense (Military Personnel Policy) (ODUSD/MPP).

3.3.2. The BCMRs shall provide the ODUSD/MPP a copy of any final decision concerning an application for combat-related special compensation.

4. <u>RESPONSIBILITIES</u>

4.1. The <u>Under Secretary of Defense (Personnel and Readiness)</u> (USD(P&R)) shall:

4.1.1. Resolve all issues concerning DRBs that are not resolved by the Military Departments.

4.1.2. Ensure uniformity among the Military Departments in the rights afforded applicants in discharge reviews.

4.1.3.  Review and approve procedures prescribed by the Secretaries of the Military Departments for correction of military records under the authority of reference (c).

4.2.  The <u>Secretaries of the Military Departments</u> have the authority for final decision and the responsibility for the operation of their respective BCMRs and DRBs under reference (c).

4.2.1.  The Secretary concerned shall prescribe procedures for the correction of military records and obtain approval of such procedures in accordance with this Directive. Additionally, the Secretary concerned shall maintain a permanent record of each procedure approval.

4.2.2.  The Secretary of each Military Department shall ensure that an applicant seeking corrective action from the Department's BCMR or DRB is provided a copy of all correspondence to or from the agency or board with an entity or person outside the agency or board in accordance with reference (c).  Any administrative correspondence or military record that is or may be provided to the applicant by the Military Department or other source need not be provided to the applicant.

4.2.3.  The Secretary of each Military Department shall ensure that the time standards for disposition of applications before the BCMRs are met, in accordance with reference (c).

4.3.  The <u>Secretary of the Army</u> shall:

4.3.1.  Serve as the designated DoD Lead and DoD-wide focal point for administrative matters regarding DRBs.

4.3.2.  Review suggested modifications to this Directive, including implementing documents; monitor the implementing documents of the other Military Departments; resolve differences, when practicable; recommend specific changes; provide supporting rationale to the USD(P&R) for decision; and submit appropriate documentation through the USD(P&R) and the OSD Federal Register liaison officer to effect publication in the Federal Register.

4.3.3.  Maintain the DD Form 293, "Application for the Review of Discharge or Dismissal from the Armed Forces of the United States," and DD Form 149, "Application for Correction of Military Records Under the Provisions of Title 10, U.S. Code, Section 1552," and republish them as necessary after appropriate coordination with the other Military Departments, the USD(P&R), and the Office of Management and Budget.

4.3.4.  Respond to all inquiries from private individuals, organizations, or public officials with regard to DRB matters.  When a specific Military Service can be identified, refer such correspondence to the appropriate DRB for response or designate an appropriate activity to perform this task.

*DoDD 1332.41, March 8, 2004*

4.3.5.  Provide overall guidance and supervision to the DoD Boards' Electronic Reading Room and the Reading Room Library.  The DoD Electronic Reading Room's website is located at <http://boards.af.mil> and shall contain all the decisional documents since 1996 for each Department's boards and application forms for complainants to download electronically. The DoD Reading Room Library shall consist of microfiche records of the decisional documents for each Department's boards from 1976 through 1996 and be maintained by the Office of the Secretary of the Army.  Notice of the location, hours of operation, and similar types of information regarding the Reading Room Library shall be published in the <u>Federal Register</u>.

## 5.  EFFECTIVE DATE

This Directive is effective immediately.

Paul Wolfowitz
Deputy Secretary of Defense

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER M. CHAMBERS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. 07-cv-0440** |
| | ) |
| **THE HONORABLE PETE GEREN** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## DECLARATION OF MAJ THOMAS C. RITCHIE

Pursuant to 28 U.S.C. § 1746, I, Thomas C. Ritchie, a commissioned Officer in the United States Army, make the following declaration in the above-cited case.

1. I am the Chief, Promotions Branch U.S. Army Human Resources Command. In this capacity, I am directly responsible for supervising all promotion functions in two major areas: 1) provide the Army with a system of Soldier advancement that ensures continuous fill of valid vacancies at the next higher grade; and 2) ensure a fair and equitable system that centers efforts on a consistent merit based program that allows those best qualified for increased responsibility to advance; this does not include execution of promotion board results.

2. In this declaration, I intend to certify that the attached document is a true and correct copy that accurately reflects Major Christopher M. Chambers' Officer Record

**Exhibit H**

Brief ("ORB") which went before the Fiscal Year 2000 Lieutenant Colonel, Army

Competitive Category, Promotion Selection Board.  See Enclosure 1.

3.  I am the authorized custodian for the attached record located at U.S. Total

Army Personnel Command, 200 Stovall Street, Alexandria, Virginia, 22332-0443.  The

document is true and accurate duplicate of records of regularly conducted business

activities of the armed forces that were made at or near the time of the occurrence of

the matters set forth by, or from information transmitted by, a person with knowledge of

those matters; these records were kept in the course of the regularly conducted activity;

and was made by the regularly conducted activity as a regular practice.

4.  The ORB, as defined by Enclosure 2, Department of the Army Pamphlet, 640-

1, Officers' Guide to the Officer Record Brief, dated April 1, 1987, "is a one page Army

form designed to provide a summary of [an Officer's] qualifications and career history."

The data on the ORB primarily records events during a military career, and the data is

typically updated by local Personnel Service Centers; but "other ORB data, for example

designation of a functional area, are input . . . by various HQDA offices."  See Enclosure

2, para. 5.  "[S]election board members use the ORB to grain (sic) an initial impression

of an officer's qualifications and career history and as a 'road map' to the Officer

Evaluation Reports (OER) and other documents in the Performance Section of the

microfiche Official Military Personnel File (OMPF)."  Enclosure 2, para. 4.  The heading

of an ORB, from left to right consists of: ORB type and corresponding code, Brief Date,

Career Field Designation and corresponding date, control branch, component of

service, grade of rank and corresponding date, and personally identifying information.

5.  The heading on the attached ORB reflects that it was prepared for Major Christopher Mark Chambers and contains a social security number and date of birth information matching all other documents in the same promotion file; such personally identifying information has been redacted as required by regulation.  The ORB type reflects "1300" which is the code description for a Headquarters Department of the Army (HQDA) Promotion Selection Board.  The ORB brief date reflects February 3, 2000, indicating it was prepared prior to the Fiscal Year 2000 Lieutenant Colonel, Army Competitive Category Promotion Selection Board.

6.  Section X, "Remarks" contains three annotations of "BOARD ORB" to explain intentional omissions of data that is removed from the ORB of all candidates eligible for board consideration.  The remarks section also contains the name and signature of the Chief of the Personnel Service Center (PSC) at the United States Military Academy. This PSC signature occurs after the individual officer reviews the ORB, makes any desired corrections, and signs and dates the ORB in front of the PSC Chief; after reading the annotation:  "I certify that the information displayed on this ORB is correct to the best of my knowledge and belief, or has been corrected as indicated."  Major Chambers' signature and the date of signing appear at the bottom of the ORB.   The remarks section also contains a pentagon-shaped stamp marking that bears the notation "FY OO" with the words "Promotion" underneath.  This stamp marking occurs at the HQDA when the ORB was received and included in the promotion file of Major Chambers for the Fiscal Year 2000 Lieutenant Colonel, Army Competitive Category, Promotion Selection Board.

7.  Section I, "Assignment Information" reflects a branch code of "11" that corresponds to Infantry, and a functional area code of "49" that corresponds to operations research/systems analysis.  These numerical codes are explained below in the basic branch portion which indicates Major Chambers' branch title as "INFANTRY" and the functional area portion which reflects Major Chambers' functional area title as "OPERATIONS RSCH/SYS ANAL."  The "X" annotation next to "DUAL" in the career track portion, which indicates whether the officer will single track for assignments in their branch or functional area, reflects that Major Chambers was designated as dual track. The primacy portion reflects the professional development considerations for future assignments based upon the personal election of the officer to declare primacy in a branch or functional area; and as indicated by the appropriate block check, Major Chambers choose his branch.  The control career management field portion indicates a numerical code that explains how the officer is currently utilized and accounted.  The next portion is the projected career management field code which indicates the specific Career Management Field, as recommended by the assignment manager, for the Officer's next assignment, and Major Chambers' ORB states "49Z00" which corresponds to the operations research/systems analysis functional area.

8.  The remaining portions of the ORB consist of: Section II—Security Data; Section III—Service Data; Section IV—Personal Family Data; Section VI—Military Education, which contains a description of military school/course attended and year of completion; Section VII—Civilian Education, which includes the highest civilian education level achieved; Section VIII—Awards and Decorations, which lists awards, decorations, tabs and badges that an officer has been awarded/earned; Section IX—

Assignment History, which contains a maximum of 20 assignments reflecting changes in organization, duty title, or position.

9.  I hereby certify that the below signature is genuine and I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18 day of July 2007 at Alexandria, Virginia.


THOMAS C. RITCHIE
MAJ, AG
Chief, Promotions Branch

# OFFICER RECORD BRIEF

PCN ZDO-016
ZDAMA000

| RCS PSD61-01 PSC/CU/RUPC | | | | | | CMAAOF-R1 | | AR600-8-104 | | PRM LIST NO/SEQ NO- |
|---|---|---|---|---|---|---|---|---|---|---|

| DESKSIDE | BRIEF DATE | CRFLD DESIGNATION DATE | CRFLD DESIGNATION | CNTL BRANCH IN | COMPONENT | AD GRADE-ADOR | SSN | NAME |
|---|---|---|---|---|---|---|---|---|
| 1300 | 20000203 | | | BR DTL EXPIRES | RA | MAJ 19950101 | 013581963 | CHAMBERS CHRISTOPHER MARK |

## SECTION II - SECURITY DATA

INVEST  NAC
DTEINV 19950824  DTPSCG
CLNG  SEC

## SECTION III - SERVICE DATA

| | CURRENT PPN | EAD CURRENT TOUR |
|---|---|---|
| BASD | | |

## SECTION IV - PERSONAL FAMILY DATA

| DATE OF BIRTH | BIRTHPLACE |
|---|---|
| 19610915 | MASSACHUSETTS |

SOURCE OF ORIG APT  USMA
BASIC YR GP  FY1983

COUNTRY OF CIT  US  SEX/RECIDAT MW/WHITE,NOT HISP

TYPE OF ORIG APT  RA

NO DEPENDENT ADULT/CHILDREN XXXXX  RELIGION PROT-EPIS-CH

MARITAL STATUS  SP BIRTHPLACE
XXXXXXXXXXXX XXXXXXXXXXXX XXX

PULHES/DATE  HEIGHT/WEIGHT
1111111992.04  74/185

## SECTION I - ASSIGNMENT INFORMATION

### OVERSEAS DUTY

| YR/MO RTN | CTRY | MONTH | TCS | NUMBER OF TOURS SHORT LONG |
|---|---|---|---|---|
| 199807 | EG | 12 | C | 1 |
| 198701 | GM | 33 | C | 1 |

DEROS 19980520  DEROS NA

### SECTION V - FOREIGN LANGUAGE

| LANGUAGE | READ | LISTEN | SPEAK |
|---|---|---|---|

DATE DEPENDENTS ARRIVE OS XXXXXXXX

CAREER FIELD INFORMATION - COMMISSIONED/WARRANT

BR CODE/MEDMOS 1P/MOS  FNCTNL AREA CO/MEDMOS 2/SMOS 11

BR AOC/MEDMOS 3/PMOS SQI  FNCTNL AREA AOC/SMOS SQI  A

SKILLS  5P

### SECTION VI - MILITARY EDUCATION

DLAT  122
MEL 4 (CSC GRAD)

## SECTION VII - CIVILIAN EDUCATION

| LEVEL COMPLETED | MASTERS |
|---|---|

BASIC BRANCH/PMOS INFANTRY

FUNCTIONAL AREA SMOS OPERATIONS RSCH/SYS ANAL

| CAREER TRACK | X | SINGLE | | DUAL |
|---|---|---|---|---|
| PRIMARY | X | BRANCH | | FUNCTIONAL AREA |

PREV BRANCH/MOS

| PREV FUNCTIONAL AREA 54 | |
|---|---|

PROJECTED CAREER MANAGEMENT FIELD 01A00

PROJECTED CAREER MANAGEMENT FIELD 49Z00

GEOGRAPHIC ORIENTATION

## SECTION VI - MILITARY EDUCATION

| COURSE |
|---|
| CMD GEN STAFF COLLEGE |
| CAS3 |
| ENG OFF ADVANCED |
| AIRBORNE |
| INF OFF BASIC |
| JUNGLE WARFARE SCHOOL |

## SECTION VII - CIVILIAN EDUCATION

| YEAR | INSTITUTION | DISCIPLINE |
|---|---|---|
| 1998 | | |
| 1990 | INSTITUTION PA U.PA, PHILADELPHIA | DISCIPLINE BUSINESS ADM  MBA_A |  YR 1992 |
| 1987 | | |
| 1983 | INSTITUTION NY USMA WEST POINT | DISCIPLINE NO MAJOR  BS_G |  YR 1983 |
| 1981 | | |

## AVIATOR QUALIFICATIONS

| ASED | TOFDC AS OF | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL |
|---|---|---|---|---|---|---|---|---|---|

PILOT STATUS

RATING DATE

## SECTION VIII - AWARDS AND DECORATIONS

DMSM -01  OSR -02
MSM -03  MFOM
ARCOM-01
AAM -02
NDSM -01
ASR -01

EIB

PRCHTBAD

## SECTION IX - ASSIGNMENT HISTORY

| ASGT | FROM | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | ORG ZIP CODE | DMOS |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 19990802 | W1FB | HQ USMA STAFF & FAC | W POINT M | 1NY | MA | ECONOMIC ANALYST | 10996 | 01A000000 |
| 1ST PREV | 19980220R | 13 | HQ USMA STAFF & FAC | W POINT M | 1NY | MA | ASST DEAN FIN RES | | 01A000000 |
| 2ND PREV | 19980220R | 13 | HQ USMA STAFF & FAC | W POINT M | 1NY | MA | EXECUTIVE OFFICER | | 01A000000 |
| 3RD PREV | 19960802 | W4J0 | USA ELE CDR STI | EL GORA | EG | JA | FORCE LIAISON OFFICER | | 11A000000 |
| 4TH PREV | 19930712 | W1FB | HQ USMA STAFF & FAC | W POINT M | 1NY | MA | ASST PROF SOC SCI | | 54A005K00 |
| 5TH PREV | 19920708 | 12 | HQ USMA STAFF & FAC | W POINT M | 1NY | MA | INSTRUCTOR | | 54A005K00 |
| 6TH PREV | 19890220 | 13 | HQ CO USATC | FT DIX | 1NJ | TC | COMPANY COMMANDER | | 01A000000 |
| 7TH PREV | 19870220 | W1MX | 3-39 TNG BDE USATC | FT DIX | 1NJ | TC | COMPANY COMMANDER | | 01A000000 |
| 8TH PREV | 19870224 | W1MX | 3-39 IN 5 BCT BDE C | FT DIX | 1NJ | TC | S3 OFFICER | | 01A000000 |
| 9TH PREV | 19860422 | 0008 | 1N BN 03 HHC | GONSENHIM | GE | E5 | BATTALION S1 | | 11C000000 |
| 10TH PREV | 19851002 | 0008 | 1N BN 03 RIFLE CO A | GONSENHIM | GE | E5 | EXECUTIVE OFFICER | | 11C000000 |
| 11TH PREV | 19840406 | 0008 | 1N BN 03 RIFLE CO A | GONSENHIM | GE | E5 | RIFLE PLATOON LEADER | | 11C000000 |
| 12TH PREV | 19840403 | 0028 | 1N BN 02 RIFLE CO A | GONSENHIM | GE | E5 | RIFLE PLATOON LEADER | | 11C000000 |
| 13TH PREV | | | | | | | | | |
| 14TH PREV | | | | | | | | | |
| 15TH PREV | | | | | | | | | |
| 16TH PREV | | | | | | | | | |
| 17TH PREV | | | | | | | | | |
| 18TH PREV | | | | | | | | | |
| 19TH PREV | | | | | | | | | |

| DATE OF AVAILABILITY | DATE OF LAST PCS 19980709 |
|---|---|

DATE DEPENDENTS ARRIVE OS

CONUS DEPARTURE DATE

PDOR  19830525  1LT-CW2  19830525  2LT-WO1

PDOR  19841125  CPT-CW3  19870501  1LT-CW2

PDOR  LTC-CW5  COL  BG  MG

TDOR  LTG  GEN

CURR SVC AGRMT/EXPR DATE

DATE OF PROJ/MAND RET

BOARD ORB: TROOP CMD DATA
INTENTIONALLY LEFT BLANK

PRPAS: NONE

DATE LAST PHOTO 19990

## SECT. X - REMARKS

HOME OF RECORD AT MA MASSACHUSETTS
MAILING ADDRESS
219 CLOVE ROAD
SALISBURY MILLS  NY
12577-0000

BOARD ORB: ASGMT PREF
INTENTIONALLY LEFT BLANK

RGMT AFL: 8TH INFANTRY

BOARD ORB: ASGMT PREF
INTENTIONALLY LEFT BLANK

DATE OF LAST OER 19990802

MICHAEL J. FIALKOWSKI
Chief, Personnel Service
Center

1 'I' CERTIFY THAT THE INFORMATION DISPLAYED ON THIS ORB IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

PRINT CONTROL-
OR HAS BEEN CORRECTED AS INDICATED'. SIGNED'_____  DATED:_____

Department of the Army
Pamphlet 640–1

Personnel Records and Identification of
Individuals

# Officers' Guide to the Officer Record Brief

Headquarters
Department of the Army
Washington, DC
1 April 1987

## UNCLASSIFIED

# SUMMARY of CHANGE

DA PAM 640-1
Officers' Guide to the Officer Record Brief

o

o

RESERVED

# FOREWORD

This pamphlet is designed to help you, the active Army officer, understand the data displayed on the Officer Record Brief (ORB).

The ORB is an important tool used in the management of officers. Therefore, the accuracy of ORB data and our understanding of its meanings is important. You, as an Army officer, have a key role to play in ensuring your ORB correctly describes you and your accomplishments.

This guide is designed to be an easy to use reference that will answer most of your questions. Of course, a pamphlet of this nature cannot contain the answer to every possible question. However, should you need more detailed information, this guide will tell you where to find the answer.

Headquarters
Department of the Army
Washington, DC
1 April 1987

**\*Department of the Army
Pamphlet 640–1**

## Personnel Records and Identification of Individuals

## Officers' Guide to the Officer Record Brief

By Order of the Secretary of the Army:

JOHN A. WICKHAM, JR.
*General, United States Army
Chief of Staff*

Official:

R. L. DILWORTH
*Brigadier General, United States Army
The Adjutant General*

**History.** This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** Not applicable.

**Applicability.** This pamphlet applies to the Active Army.

**Proponent and exception authority.** The proponent agency of this pamphlet is the U.S. Army Military Personnel Center.

**Impact on New Manning System.** This pamphlet does not contain information that affects the New Manning System. This pamphlet does, however, provide an explanation of how regimental affiliation is indicated in section X—Remarks of the Officer Record Brief (ORB).

**Interim changes.** Interim changes to this pamphlet are not official unless they are authenticated by The Adjutant General. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 20-28 (Recommended Changes to Publications and Blank Forms) directly to HQDA(DAPC-OPZ-IM), ALEX VA 22332-0400.

**Distribution.** *Active Army:* To be distributed in accordance with DA Form 12-9A requirements for Personnel Records and Identification of Individuals—B.

## Contents (Listed by paragraph and page number)

*Section I*
*General, page 1*
Purpose • 1, *page 1*
References • 2, *page 1*
What it is • 3, *page 1*
How it is used • 4, *page 1*
How it is updated • 5, *page 1*
How to get to see your ORB • 6, *page 1*
How to correct your ORB • 7, *page 1*

*Section II*
*Officer Record Brief Data Description, page 2*
Data element descriptions • 8, *page 2*
Heading • 9, *page 2*
Section I—Assignment information • 10, *page 3*
Section II—Security Data • 11, *page 7*
Section III—Service Data • 12, *page 8*
Section IV—Personal/family data • 13, *page 10*
Section V—Foreign Language • 14, *page 10*
Section VI—Military Education • 15, *page 11*
Section VII—Civilian Education • 16, *page 11*
Section VIII—Awards and Decorations • 17, *page 12*
Section IX—Assignment History • 18, *page 12*

*\*This pamphlet supersedes DA Pamphlet 640-1, 15 January 1984.*

**UNCLASSIFIED**

**Contents—Continued**

Section X—Remarks • 19, *page 13*

**Table List**

Table 1: Officer Branch Codes (Code 9, AR 680-29), *page 2*
Table 2: Tour Completion Status Codes, *page 4*
Table 3: Branch Numerical Code, *page 4*
Table 4: Functional Area Code, *page 5*
Table 5: FAO Geopgraphical Area Codes, *page 6*
Table 6: Pilot Status Codes, *page 7*
Table 7: Pilot Qualification in Codes, *page 7*
Table 8: Source of Original Appointment Codes, *page 9*
Table 9: Type of Original Appointment Codes, *page 9*
Table 10: Current Service Agreement Codes, *page 9*
Table 11: Language Proficiency Codes, *page 10*
Table 12: Military Education Level Codes, *page 11*
Table 13: Civilian Education Level Codes, *page 12*
Table 14: Source of Degree Codes, *page 12*

**Section I**
**General**

**1. Purpose**

This pamphlet explains to you, the active duty Army officer, what you should know about the Officer Record Brief: what it is, its importance to you, how to correct it, and what each data element describes. The objective is an officer corps better able to interpret what ORB data represents and better able to identify and correct any errors or omissions on their own ORB.

**2. References**

Related publications are listed below.

  *a.* AR 601-110 (Identification of Commissioned and Warrant Officer Personnel by Army Procurement Program)
  *b.* AR 611-101 (Commissioned Officer Classification System)
  *c.* AR 611-112 (Manual of Warrant Officer Military Occupational Specialties)
  *d.* AR 640-2-1 (Personnel Qualification Records)
  *e.* AR 680-29 (Military Personnel, Organization, and Type of Transaction Codes)
  *f.* DA Pam 600-3 (Commissioned Officer Professional Development and Utilization)
  *g.* DA Pam 600-8 (Military Personnel Management and Administrative Procedures)
  *h.* DA Pam 600-8-1 (SIDPERS Unit Level Procedures)
  *i.* DA Pam 600-8-2 (SIDPERS Military Personnel Office Level Procedures)

**3. What it is**

The ORB is a one page Army form designed to provide a summary of your qualifications and career history. The ORB is produced from data stored on the Officer Master File (OMF) at the US Army Military Personnel Center (MILPER-CEN). This is a dynamic file which is updated frequently with new information. Consequently, each ORB is a snapshot of the OMF as it was at the time the ORB was produced. The ORB may be produced on paper, microfiche, or on a computer terminal display screen.

**4. How it is used**

The ORB is used by personnel managers at HQDA and in the field. HQDA selection board members use the ORB to grain an initial impression of an officer's qualifications and career history and as a "road map" to the Officer Evaluation Reports (OER) and other documents in the Performance Section of the microfiche Official Military Personnel File (OMPF). Other individuals also use the ORB to form an image of the officer's experience and qualifications. Both at HQDA and in field commands, the ORB is one of the primary management tools used in determining where to assign officers.

**5. How it is updated**

Most of the data on the ORB records events concerning your military career. Most of these events are routinely reported by your unit or Personnel Service Center/Company (PSC) and sent to MILPERCEN via the Standard Installation/Division Personnel System (SIDPERS) to the OMF. Other ORB data, for example designation of a functional area, are input to theOMF by various HQDA offices. And finally, there are certain personal items which you must report to the PSC for subsequent reporting to MILPERCEN. Examples include a change in religious preference, marital status or number of dependents.

**6. How to get to see your ORB**

  *a. At your PSC.* Three times a year (birth month, birth month plus four months, birth month plus eight months) MILPERCEN sends a new ORB to your PSC for maintenance. The PSC keeps the most current ORB plus copies of all changes submitted which are not yet on the ORB. You, the officer, are required to audit your birth month ORB, annotate corrections, and provide your signature and review date. Submission or certification of information known to be false or inaccurate constitutes violation of Article 107, Uniform Code of Military Justice (UCMJ).

  *b. From HDQA.* You may obtain a copy of your ORB directly from HDQA. Send a written request which includes your name, your grade, SSN, branch/functional area/MOS, mailing address, and signature to HQDA (ASNI-SMC), ALEX, VA, 22332-0400.

**7. How to correct your ORB**

  *a.* Check carefully, item by item, a current edition of your ORB (the production month is in the upper left heading). Be sure you understand each item. Refer to part 11 of this pamphlet for item explanations. Be alert for both incorrect data and for omissions. Remember that the ORB reflects the OMF as of the production data; newly reported items will appear on ORB's which are produced after the new data has been posted to the OMF.

*b.* Errors, omissions, or new changes should be reported promptly to your PSC. Report changes when they occur; do not "save" your changes for annual audits.

*c.* The PSC will, depending upon the data involved, submit a SIDPERS transaction or send a letter to the appropriate HQDA office to update the OMF.

*d.* In some cases, you may be asked to provide substantiating documentation not available at your PSC. Part II explains many of these requirements; in each case, however, your PSC can tell you if you must furnish supporting documentation.

**Section II**
**Officer Record Brief Data Description**

### 8. Data element descriptions

General. The ORB consists of ten sections plus the heading. The following descriptions explain ORB entries. Any questions not answered below should be directed to your PSC which can refer to the more detailed Procedure 5-1, DA PAM 600-8 or AR 680-29.

### 9. Heading

The heading from left to right consists of:

*a.* The type of ORB in the left most block as follows:

| Code | Description |
|------|-------------|
| 1100 | Replacement Brief |
| 1300 | DA Selection Board-Promotion |
| 1310 | DA Selection Board-Senior Service School |
| 1320 | DA Selection Board-Commanders |
| 1330 | DA Selection Board-Regular Army |
| 1390 | DA Selection Board-USAR |
| 1500 | DA On-line Query |
| 1510 | ORB Annual Audit |
| 2200 | MACOM ORB |
| 2300 | Projected Assignment |

*b. Brief Date*— The year, month and version of the data base from which the ORB was printed.

*c. DATE OF AUDIT*— Blank.

*d. BASIC/CON BR*— The basic branch entry for all officers will be one of the branch codes located in table 1 below. The control branch entry for Officer Personnel Management Directorate (OPMD) managed commissioned officers will be a two letter branch code (table 1) or two digit functional area code (table 4) reflecting career management affiliation. For commissioned AMEDD, JAGC and Chaplain officers and all warrant officers, the control branch entry will be a two letter branch code (table 1) reflecting career management affiliation.

**Table 1**
**Officer Branch Codes (Code 9, AR 680-29)**

| Code on Branch | ORB |
|----------------|-----|
| AD | Air Defense Artillery |
| AG | Adjutant General's Corps |
| AN | Army Nurse Corps |
| AR | Armor |
| AV | Aviation |
| CA | Civilian Affairs (RC Only) |
| CE | Communications-Electronics (Warrnt Officers Only) |
| CH | Chaplains |
| CM | Chemical Corps |
| DE | Dental Corps |

**Table 1**
**Officer Branch Codes (Code 9, AR 680-29)—Continued**

| Code on Branch | ORB |
|---|---|
| EN | Corps of Engineers |
| FA | Field Artillery |
| FI | Finance Corps |
| GA | Administration and Graphics (Warrant Officers Only) |
| GO | General Officers |
| HR | Retired Reserve |
| II | Criminal Investigation and Intelligence (Warrant Officer Only) |
| IN | Infantry |
| JA | Judge Advocate General's Corps |
| MC | Medical Corps |
| MI | Military Intelligence Corps |
| MM | Mechanical Maintenance and Marine Operations (Warrant Officers Only) |
| MP | Military Police Corps |
| MS | Medical Service Corps |
| OD | Ordnance Corps |
| PR | Professor, US Military Academ |
| QM | Quartermaster Corps |
| SC | Signal Corps |
| SP | Army Medical Specialist Corps |
| SS | Staff Specialist |
| SV | Supply and Services (Warrant Officers Only) |
| TC | Transportation Corps |
| VC | Veterinary Corps |
| WU | Weapons and Utilities Maintenance (Warrant Officers Only) |

*e. COMPONENT*— The component identifies whether the officer is Regular Army—RA, National Guard—NG, Reserve—USAR, or Army of the United States (AUS).

*f. Active duty grade and date of rank*— The next block to the right on the ORB contains the officer's active duty grade and date of rank. If the date has been verified, it will, be followed by a "V". For officers on a promotion list, "/ P" will follow the grade abbreviation. Code Number 33, AR 680-29 reflects officer grade abbreviations.

*g. SSN*— The officer's nine digit Social Security Number. A "V" indicates that the name, SSN, and date of birth have been successfully matched against Social Security Administration files.

*h. NAME*— The officer's name (not more than 27 characters in length) in last name, first name, middle name sequence. No special characters are permitted.

## 10. Section I—Assignment information

*a. Overseas duty.*

(1) YR/MO RTN—Year and month the officer returned from overseas (OS) tours of duty.

(2) COUNTRY—The 2 digit codes for the countries in which the officer served. (Codes are found in AR 680-29 app. C. Examples of these codes are:

BE Belgium
GE Germany
KS Korea, Republic of
PM Panama

(3) MONTHS—This is the number of months that the officer actually served in the country.

(4) TCS—This is the Tour Completion Status which is a one position code (Code 79, AR 680-29) as follows:

**Table 2**
**Tour Completion Status Codes**

| Code | Descriptions |
|------|--------------|
| C | National Tour Completed |
| D | Normal Tour not Completed—voluntarily curtailed (without dependents) |
| E | Normal Tour not Completed—voluntarily curtailed (with dependents) |
| F | Normal Tour not Completed—involuntarily curtailed (without dependents) |
| G | Normal Tour not Completed (without dependents) |
| N | Normal Tour Completed (without dependents) |
| 0(zero) | Data for the above codes not on the source documents |
| # | Arrival transaction from overseas assignment processed to OMF at HDQA, no foreign service data transaction has been received |

(5) SHORT—Number of short overseas tours (not applicable to general officers).

(6) LONG—Number of long overseas tours (not applicable to general officers).

(7) DROS—The year, month, and day of the officer's most recent return from overseas. ORB will reflect "NA" if officer is overseas or "NO" if officer has never been overseas.

(8) DEROS—The year, month, and day the officer will become eligible to return to the United States or non-United States area of residence from overseas service (not applicable to general officers). ORB will reflect "NA" if officer is in CONUS.

(9) CONUS DEPARTURE DATE—The year and month an officer departed from a post in the continental US to overseas for a new assignment. Item will be blank if officer is in CONUS.

(10) DATE DEPENDENTS ARRIVED OS—The year, month, and day the dependents joined an officer in an overseas command. Item will be blank if officer is in CONUS.

*b. Career field information—commissioned/AMEDD/warrant.* Various office management groups display differing data in this section as outlined below. Commissioned officer classification system is explained in AR 611-101; warrant officer Military Occupational Specialties (MOS) are explained in AR 611-112.

(1) BRANCH CODE/MEDMOS 1/PMOS

*(a)* For commissioned officers managed by the Officer Personnel Management Directorate (OPMD), MILPERCEN, the entry is a two digit branch code. Codes associated with each branch are noted in Table 3. For commissioned officers who were "grandfathered" with dual functional area designation, the entry will be a two digit functional area code (table 4). No entry will be made for commissioned officers single tracking in a functional area.

**Table 3**
**Branch Numerical Code**

| Code | Branch |
|------|--------|
| 11 | Infantry |
| 12 | Armor |
| 13 | Field Artillery |
| 14 | Air Defense Artillery |
| 15 | Aviation |
| 21 | Corps of Engineers |
| 25 | Signal Corps |
| 31 | Military Police Corps |
| 35 | Military Intelligence |
| 42 | Adjutant General's Corps |
| 44 | Finance Corps |
| 74 | Chemical Corps |
| 91 | Ordnance Corp |
| 92 | Quartermaster Corps |

DA PAM 640–1 • 1 April 1987

**Table 3**
**Branch Numerical Code—Continued**

| Code | Branch |
|------|--------|
| 95 | Transportation Corps |

*(b)* For commissioned officers managed by OPMD, who are part of the Army Medical Department (AMEDD), the entry indicates the Medical Management Specialty Code and Medical Management Proficiency Code (00 or 9A thru E, only).

*(c)* For commissioned officers managed by the Judge Advocate General's Corps (JAGC) and Chaplain's Branch, the entry is a two digit branch code.

*(d)* For all warrant officers, the entry indicates the primary Military Occupational Specialty Code. All warrant officers must be qualified in a PMOS.

(2) FUNCTIONAL AREA CD/MEDMOS 2/SMOS

*(a)* For OPMD managed commissioned officers, the entry is a two digit code if the officer possesses a functional area. Table 4 indicates the numerical code associated with each functional area. For commissioned officers who were "grandfathered" with dual branch designation, the entry will be a two digit branch code (table 3). No entry will be made for commissioned officers single tracking in a branch.

**Table 4**
**Functional Area Code**

| Code | Functional Area |
|------|-----------------|
| 18 | Special Operations |
| 41 | Comptroller |
| 45 | Public Affairs |
| 47 | Permanent Faculty |
| 48 | Foreign Area |
| 49 | Operations Research/System Analysis |
| 50 | Force Development |
| 51 | Research and Development |
| 52 | Nuclear Weapons |
| 53 | Systems Automation Officer |
| 54 | Operations, Plans and Training |
| 97 | Contracting and Industrial Management |
| 99 | Combat Development |

*(b)* For OPMD managed AMEDD commissioned officers, the entry indicates a second Medical Management Specialty Code, if one is held, and the corresponding Medical Management Proficiency Code.

*(c)* For commissioned officers managed by the Judge Advocate General's Corps (JAGC) and Chaplain's Branch, the space will be blank.

*(d)* For all warrant officers, the entry indicates the Secondary Military Occupational Specialty Code, if one is held.

(3) BRANCH AOC /MEDMOS 3/ PMOS SQI

*(a)* For all commissioned officers, except AMEDD, the entry indicates the Branch Area of Concentration code(s). An officer may be assigned more than one Branch Area of Concentration. Areas of concentration will be listed in alphabetical order.

*(b)* For AMEDD commissioned officers, the entry indicates a third Medical Management Specialty Code, if one is held, and the corresponding Medical Management Proficiency Code.

*(c)* For all warrant officers, the entry indicates the Special Qualification Identifier Code associated with the Primary Military Occupational Specialty (0-8 or A Z, only). For example, code A reflects Air Traffic Control Technician.

(4) FUNCTIONAL AREA AOC/SMOS SQI

*(a)* For OPMD managed commissioned officers, the entry indicates the Functional Area Area. of Concentration Code. An officer may be assigned more than one Functional Area Area of Concentration.

*(b)* For AMEDD, JAGC and Chaplain's Branch commissioned officers, the space will be blank.

*(c)* For all warrant officers, the entry indicates the Special Qualification Identifier Code associated with the Secondary Military Occupational Specialty, if one is held.

(5) SKILLS

*(a)* For all commissioned officers the entry reflects the code associated with the Skill or Skills an officer possesses. Skills are occupational areas not normally related to any one branch, functional area, or area of concentration. For example, code 3S indicates Unit Air Movement Officer Skill.

*(b)* For all warrant officers the entry reflects the code associated with Additional Skill Identifiers (ASIs) an officer possesses. For example, ASI 3S represents TACFIRE Technician.

(6) BRANCH/PRIMARY MOS

*(a)* For all commissioned officers, the officer's branch title will be printed. Exceptions include commissioned officers single tracking in a functional area, for which no entry is made; and commissioned officers "grandfathered" with dual functional areas, for which a functional area title will be printed.

*(b)* For all warrant officers, the title of the officer's Primary Military Occupational Specialty will be printed.

(7) FUNCTIONAL AREA/SMOS

*(a)* For OPMD managed commissioned officers, the officer's Functional Area title will be printed. For commissioned officers who were "grandfathered" with dual branches, the second branch title will be printed.

*(b)* For AMEDD, JAGC, and Chaplain's Branch commissioned officers, the space will be blank.

*(c)* For all warrant officers, the officer's Secondary Military Occupational Specialty title will be printed.

(8) CAREER TRACK—For OPMD managed commissioned officers only. A single or dual career track is indicated by the appropriate block check. Officers may single track in their Branch or Functional Area, or dual track in their Branch and Functional Area. DA Pam 600-3, Commissioned Officer Professional Development and Utilization, addresses single tracking criteria.

(9) PRIMACY—For OPMD managed commissioned officers only. Primacy reflects the professional development considerations for future assignments. An officer may declare primacy in a Branch or Functional Area, indicated by the appropriate block check.

(10) PREV BRANCH/MOS—The Branch or Military Occupational Specialty Code, previously held by the officer, will be printed.

(11) PREV FUNCTIONAL AREA—For OPMD managed commissioned officers only. The two digit code associated with a previously held Functional Area will be printed.

(12) CONTROL CAREER MANAGEMENT FIELD—A code reflecting the Career Management Field in which an officer is currently utilized and accounted for is entered.

*(a)* For OPMD managed commissioned officers and warrant officers—The first five digits of the Position Requirement Code, associated with the current assignment, will be printed.

*(b)* For AMEDD, JAGC and Chaplain's Branch commissioned officers—A five digit code will identify the position requirement for the officer's current assignment.

(13) PROJECTED CAREER MANAGEMENT FIELD—A code reflecting the Career Management Field, recommended by the assignment manager, for the officer's next assignment is entered.

*(a)* For OPMD managed commissioned officers and warrant officers—A five digit position code, reflecting the projected assignment, will be printed.

*(b)* For AMEDD, JAGC and Chaplain's Branch commissioned officers—Blank.

(14) FAO GEOGRAPHIC AREA—The Geographical Area Codes which indicate the region of the world in which a Foreign Area Officer has specialized. Applies to OPMD managed commissioned officers only.

**Table 5**
**FAO Geopgraphical Area Codes**

| Code | Area |
|------|------|
| 4A | General |
| 4B | Latin America |
| 4C | West Europe |
| 4D | South Asia |
| 4E | Russia/East Europe |
| 4F | China |
| 4G | Middle East/North Africa |
| 4H | Northeast Asia |

**Table 5**
**FAO Geopgraphical Area Codes—Continued**

| Code | Area |
|------|------|
| 4I | Southeast Asia |
| 4J | Africa, South of Sahara |

c. *Aviator Qualifications*

(1) ASED (Aviation Service Entry Date)—The initial year/month/day a commissioned officer was placed on flight status by competent orders. For warrant officers, the date appointed as an aviator warrant officer while attending or upon completion of flight school. If an individual was a warrant officer upon entry into flight school, the ASED is computed as noted for commissioned officers.

(2) TOFDC AS OF (Total Operational Flying Duty for Credit)—Entry consists of a date (year, month, and day) and the accrued number of months assigned to operational flying duty positions as of that date. Also printed on this line is Total Federal Officer Service (TFOS) which is the date (year, month, and day) from which total commissioned and warrant active and inactive service is computed for aviators.

(3) PILOT STATUS—A code which indicates an officer's aviation status as follows:

**Table 6**
**Pilot Status Codes**

| Code on ORB | Definition |
|-------------|------------|
| 1 | On Flying Status—Army Aviator |
| 2 | Indefinite Suspension from Flying |
|   | Status—Medical Reason |
| 3 | Indefinite Suspension from Flying |
|   | Status—Non-medical Reason |
| 4 | Not in aviation service |

(4) INST CERT—No longer used.

(5) S/T COURSES—No longer used.

(6) AIRCRAFT—Type of aircraft an officer is trained to fly, for example: OH-58, UH-1.

(7) QUAL—How the pilot is qualified in that type of aircraft. Table 7 notes pilot qualification codes reflected on the ORB.

**Table 7**
**Pilot Qualification in Codes**

| Code | Description |
|------|-------------|
| 1 | Qualified Pilot |
| 2 | Instructor Pilot (Unit Trained) |
| 3 | Instructor Pilot (School Trained) |

(8) RATING DATE—The year and month an officer received a rating as an aviator.

## 11. Section II—Security Data

a. INVEST— Reflects the type of security investigation that was finalized. For example, BI for background investigation.

b. DTEINV—Year and month the security investigation was completed.

c. CLNC—The security clearance that an officer possesses:

    Top Secret
    Secret
    Confidential

## 12. Section III—Service Data

*a.* PEBD (Pay Entry Basic Date)—

(1) *Commissioned officers.* The constructive data that establishes the beginning of an individual's creditable federal service for pay purposes.

(2) *Warrant Officers.* The Basic Active Service Date (BASD) is displayed. BASD is the date of entry to active duty (or, in the event of noncontinuous service, an adjusted date) from which Active Federal Service (AFS) can be computed.

*b.* CURRENT PPN (Program Procurement Number)—This two digit code is printed on the appointment to active duty orders and identifies the source from which commissioned or appointed, or the reason for return to the Active Army once separated or dropped from the rolls. Except for breaks in service, it will remain constant throughout a career unless there is a change from Other Than Regular Army (OTRA) status to Regular Army status. Typical examples include the following:

| Code | Explanation |
|------|-------------|
| A1 | Regular Army appointment upon United States Military Academy graduation. |
| B1 | Regular Army appointment upon graduation from a four year ROTC program as a Distinguished Military Graduate. |
| FC | Regular Army appointment for USAR Warrant Officers on Active Duty. |
| MZ | Uniformed Services University of the Health Sciences (USUHS) participant. |

A complete listing of codes is contained in AR 601-110.

*c.* EAD CURRENT TOUR—Entry on Active Duty (EAD) is the year, month and day an officer is commissioned and takes the oath, if component is RA; or the year, month, and day the officer enters active duty based on computation of travel in accordance with Joint Travel Regulations of component if other than RA.

*d.* BASIC DATE OF APT (Basic Date of Appointment)—Computed as follows:

(1) For RA commissioned officers with EAD on or after 15 Sep 81: Date announced in HQDA orders.

(2) For RA and OTRA commissioned officers with EAD on or after 15 Sep 81: Date appointed in the RA/NGUS/USAR.

(3) For OTRA commissioned officers and OTRA warrant officers with EAD prior to 15 Sep 81: Date appointed in NGUS/USAR.

(4) For commissioned officers on Active Duty (AD) as USAR prior to 15 Sep 81 who became RA on or after 15 Sep 81: Date appointed in USAR.

(5) For commissioned officers on AD as USAR prior to 15 Sep 81 who left AD and:

*(a)* Resigned USAR appointment: Date of most recent appointment in USAR.

*(b)* Remained in an active status in the USAR and returned to AD at a later date: Date of original appointment in USAR.

*(c)* Remained in an active status in the USAR and returned to AD at a later date and became RA on or after 15 Sep 81: Date of original appointment in USAR.

(6) For RA Warrant Officers: not applicable.

*e.* BASIC YR GP (Basic Year Group)—

(1) Commissioned officers. This represents the fiscal year in which an officer entered the service as a 2LT, given that the Appointment Date to 2LT and the Entry to Active Duty Date fall in the same fiscal year. An officer who enters the service in a grade other than 2LT, or who enters in a fiscal year other than that appointed to 2LT, will have a Basic Year Group determined at the time of entry to active duty, based upon the Basic Year Group of the due course continually serving RA officer of the same branch, grade and date of rank in the grade to which appointed. The Basic Year Group will not change because of an above or below the zone promotion.

(2) Warrant Officers. This is the fiscal year in which the BASD occurs.

*f.* SOURCE OF ORIG APT (Source of Original Appointment)—The source from which a commissioned officer received an original appointment (Code 73, AR 680-29). If the officer had a break in service, the source of appointment will be that of the current appointment. This item is not applicable to warrant officers.

**Table 8**
**Source of Original Appointment Codes**

| Code on ORB | Description |
|---|---|
| USMA | US Military Academy |
| ROTC-DMG | ROTC-Distinguished Military Graduate |
| ROTC | Reserve Officer Training Corps |
| OCS-DMG | OCS-Distinguished Military Graduate |
| OCS | Officer Candidate School |
| NGUS | National Guard of the United States |
| DIRECT APPT | Direct Appointment |
| USAFA | US Air Force Academy |
| USNA | US Naval Academy |
| USMMA | US Merchant Marine Academy |
| OTHER | Other |

*g.* MO/DAYS AFCS (Months and days of Active Federal Commissioned Service)—

(1) Commissioned Officers. The number of months and days of AFCS in the Army, Navy, Air Force, Marine Corps, and/or Coast Guard computed through the end of the current fiscal year.

(2) Warrant officers. The months and days of Active Federal Service (AFS) computed through the end of the current fiscal year.

*h.* MO AFS (Months of Active Federal Service)—The number of months of active military service, including enlisted, warrant, and commissioned service, in any component of the Army, Air Force, Navy, Marine Corps or Coast Guard, computed through the end of the current fiscal year.

*i.* TYPE OF ORIG APT (Type of Original Appointment)—The service component in which an officer received his original appointment (Code 82, AR 680-29).

**Table 9**
**Type of Original Appointment Codes**

| Code on ORB | Description |
|---|---|
| RA | Regular Army |
| USAR | US Army Reserve |
| NGUS | National Guard of the US |
| AUS | Army of the United States |

*j.* CURR SVC AGRMT/EXPR DATE (Current Service Agreement/Expiration date)—The conditions under which an officer, voluntarily or involuntarily, is retained on active duty. Not applicable to Regular Army Officers. The year, month, and day an officer's active duty category or Current Service Agreement terminates.

**Table 10**
**Current Service Agreement Codes**

| Code on ORB | Description |
|---|---|
| CVI | Conditional Voluntary Indefinite |
| OBV | Obligated or volunteer officer serving for a short period of time |
| VOL | Volunteer officer serving for an indefinite period of active duty |
| STATOUR | Statutory Tour Officer |
| PROPFISCAL | US Property and Fiscal Officer |
| SELSVC | Selective Service Officer |

**Table 10**
**Current Service Agreement Codes—Continued**

| Code on ORB | Description |
|---|---|
| RETRECALL | Retired and Recalled Officer |
| RETAINED | Retained for any of several personnel Management reasons |
| NATGUARD | National Guard members serving on Active Duty for a period of 20 to 30 minutes in active Army positions |
| ROSCAD | Reserve Officer Selected for Continuation on Active Duty |

*k.* DATE OF PROJ/MAND RET (Year Month of Projected Separation/Retirement Date)—Blank.

*l.* DATE OF RANK (DOR)—The date on which an officer actually or constructively was appointed in a particular grade. DOR is used to determine relative seniority for officers holding the same grade.

(1) ADOR (Active Duty Date of Rank)—The date of rank, of commissioned officers (RA, USAR, & ARNGUS) serving on the Active Duty List. Does not apply to warrant officers.

(2) TDOR (Temporary Date of Rank)—The date of rank of Army of United States (AUS) warrant officers. Does not apply to commissioned officers.

(3) PDOR (Permanent Date of Rank)—

*(a)* For commissioned officers serving on the active Duty List, PDOR no longer applies; however, PDORs of 1 Oct 81 and earlier are retained for historical purposes.

*(b)* For warrant officers, PDOR is the date of rank in the RA, USAR, or ARNGUS permanent grade to which the officer has been promoted or constructively appointed.

## 13. Section IV—Personal/family data

*a.* The data in this section is self-explanatory.

*b.* The PUHLES/DATE should be extracted from the last Standard Form 88 (Report of Medical Examination). The six categories of PULHES are:

(1) P—Physical capacity or stamina

(2) U—Upper extremities

(3) L—Lower extremities

(4) H—Hearing and ear

(5) E—Eyes

(6) S—Psychiatric

*c.* HEIGHT/WEIGHT can and should be updated anytime there is an appreciable change in weight. It should be updated at least annually at the time of the annual audit of the ORB.

*d.* The MAILING ADDRESS should be the home mailing address, except for personnel serving overseas where the unit address may be used.

## 14. Section V—Foreign Language

*a.* LANGUAGE—The foreign language(s) in which the officer is most proficient.

*b.* READ—Reading, comprehension level for a foreign language

*c.* LISTEN—Listening comprehension level for a foreign language.

**Table 11**
**Language Proficiency Codes**

| Code on ORB | Description |
|---|---|
| NONE | No Experience |
| ELEMENTARY | Minimum Experience |
| LIMITED | Routine Level |
| MINIMUM PROF | Advanced Level |
| FULL PROF | Full Professional |
| NATIVE | NATIVE/Bilingual |

*d.* DLAT (now DLAB—Defense Language Aptitude Battery)—DLAT scores already on the ORB are identified by the letter "A" preceding the numeric score (see AR 611-6).

## 15. Section VI—Military Education

*a.* MEL (Military Education Level)—A single digit indicating the highest military schooling that has been achieved (Code 36, AR 680-29).

**Table 12**
**Military Education Level Codes**

| Code | Description |
| --- | --- |
| For Commissioned Officers: | |
| 1 | Senior Service College Graduate |
| 2 | Senior Service College Resident Selectee |
| 3 | Army War College Course Selectee (Corresponding Studies) |
| 4 | Command Staff College Level Graduate |
| 5 | Command Staff College Level Selectee |
| 6 | Brance Advanced Course Graduate |
| 7 | Branch Basic Course Graduate |
| 8 | Specialist Course |
| L | CAS3 Phase 1 Enrollee |
| M | CAS3 Phase 1 Completion |
| N | CAS3 Graduate |
| For Warrant Officers: | |
| Code | Description |
| A | Warrant Officer Senior Course |
| B | Warrant Officer Advanced Course |
| C | Warrant Officer Entry Course |
| D | Warrant Officer Functional or Skill Refinement Course |

*b.* COURSE/YEAR—Description of military school/course attended and year of completion. A maximum of 10 of the most recent military schools/courses will appear. The following criteria will be used to determine if a school not already coded will be coded for entry on the ORB:

(1) Exceeds two weeks in duration.

(2) Must be Branch, Functional Area or MOS supporting.

(3) Is not a locally taught instructor preparation course designed solely to prepare personnel at the installation level for instructor duty.

(4) Is not a course taught at a local Education Center.

(5) Is not a correspondence Course or subcourse, with the following exceptions: WOSC, WOAC, OBC, OAC, CGSC, CSC, AWCCS, CAS3.

(6) Civilian short courses will not be coded nor will any course taught by a civilian contractor to limited personnel for new equipment orientation.

(7) Senior Staff College and Command and Staff Level schools are entered by HQDA on the ORB when an officer has been selected for or is currently attending. Expected year of completion is recorded and may be a future year; do not request that these entries be deleted from the ORB. Courses recorded in this block are those attended as an officer and/or enlisted soldier which are open to both enlisted and officers (see DA Pamphlet 351-4).

## 16. Section VII—Civilian Education

*a.* CEL (Civilian Education Level)—Highest civilian education level achieved.

**Table 13**
**Civilian Education Level Codes**

| Code | Description |
|------|-------------|
| 9 | Non-High School |
| 8 | High School graduate or General Education Development |
| 7 | Less than 2 Years college or GED Test for one year college |
| 6 | 2 or more years college, nongraduate (includes diploma graduate nurse), AA degree AD degree, 2CX Test for 1948-53, or 2 years college equivalency |
| 5 | College graduate, Baccalaureate Degree from Accredited College |
| 4 | Year or more of post-graduate, no degree |
| 3 | Professional, for example: M.D., D.D.S., L.L.B., C.E., S.T.B., B.TH., D.V.M., B.L.S., and O.D. |
| 2 | Mater's Degree from Accredited University |
| 1 | Doctoral Degree from Accredited University |
| A | Attending for Doctorate |
| B | Attending for Masters |
| C | Attending for Professional |
| D | Attending for Baccalaureate |
| E | Attending for Associate |

*b.* INSTITUTION—The name of the school from which the degree was granted.

*c.* DISCIPLINE—This line contains the academic discipline (Code 42, AR 680-29), the degree conferred, source code and year awarded. Doctor of Philosophy (PHD) degree does not apply to all CEL 1 designations. Degree codes, with associated Civilian Education Level, are indicated in Code 17, AR 680-29. Source of degree codes are noted in Table 14 below:

**Table 14**
**Source of Degree Codes**

| Code | Description |
|------|-------------|
| A | Fully Funded Program |
| B | Degree Completion Program |
| C | Advanced Degree Program for ROTC Instructor Duty |
| D | Cooperative Degree |
| E | Off-Duty Education |
| F | ROTC Delay Entry |
| G | Prior to Accession |

## 17. Section VIII—Awards and Decorations

A list of awards, decorations, tabs and badges that an officer has been awarded/earned. The data is printed as follows (code 8. AR 680-29):

| | |
|---|---|
| SS—02 | Which means two awards of the Silver Star (one silver star with one oak leaf cluster) |
| BSMV—01 | Which means one award of the Bronze Star with Combat Distinguished Device "V". |
| MSM—03 | Which means three awards of the Meritorious Service Medal (one meritorious service medal with two oak leaf clusters.) |

## 18. Section IX—Assignment History

*a.* DATE OF AVAILABILITY—Year and month available for re-assignment.

*b.* DATE OF LAST PCS—Year, month and day of last permanent change of station (PCS).

*c.* DATE OF LAST OER—Closing date (year, month and day) of last officer evaluation report or academic report processed by MILPERCEN.

*d.* ORG ZIP CODE—Current Organization ZIP Code.

*e.* ASSIGNMENT HISTORY—Assignment history area contains a maximum of 20 assignments reflecting changes in organization, duty title, or position coding The first line (projected assignment) will be blank for all officers unless an officer is on orders, in which case the projected assignment will be shown. The second line indicates the officer's current assignment, the third line the first previous assignment, and so on.

*f.* ASGT—Type of assignment. Indicates whether assignment is current or a previous assignment.

*g.* FROM DATE—Year/month the assignment began except that "FR0M DATE" for current assignment is year, month, and day.

*h.* MO—Number of months officer served in assignment. Blank for current assignment.

*i.* UNIT NO—Unit number (used in conjunction with the organization column).

*j.* ORGANIZATION- Description of unit. Maximum of 19 characters.

*k.* STATION-Station of assignment, e.g. Pentagon, Ft Polk. Maximum of' 9 characters.

*l.* LOC—Location of' assignment. CONUS-LOC: Army area followed by a state abbreviation. OCONUS-LOC: Country abbreviation.

*m.* COMD—-Major command to which assigned.

*n.* DUTY TITLE—Title of the duty performed in the assignment. Maximum of 24 characters. Should not be abbreviated unless duty title exceeds the 24 characters. When necessary to abbreviate, only the authorized abbreviations in AR 310-50 should be used. Duty titles used on the ORB should coincide with those used on DA Form 67-8 (OER).

*o.* DMOS—Duty MOS/Position Requirements Code (PRC) during the assignment. Maximum of 9 characters.

## 19. Section X—Remarks

This area is available for additional data. Detailed information about such is available at your PSC in Table 5-1-1, DA Pam 600-8. Entries here include:

*a.* Date last photo—indicates the year and month of the most recent official photo received at HQDA.

*b.* Professional qualifications, such as Professional Engineer registration.

*c.* Assignment Preferences—indicates CONUS, OVERSEAS and duty preferences extracted from DA Form 483, Officer Assignment Preference Statement.

*d.* YRMO last preference statement—indicates the year and month of the most recent preference statement received at HQDA.

*e.* Regimental Affiliation—-indicates regimental unit to which OPMD managed officers are affiliated.

*f.* MO ENL/WARRANT PRIOR SERVICE—indicates number of months commissioned officers served as enlisted and/or warrant officer.

# USAPA

ELECTRONIC PUBLISHING SYSTEM
OneCol FORMATTER .WIN32 Version 1.12

PIN:            057019–000
DATE:           08-14-00
TIME:           10:45:52
PAGES SET:      19

DATA FILE:      C:\WINCOMP\mark.fil
DOCUMENT:       DA PAM 640–1
DOC STATUS:     NEW PUBLICATION

**Department of the Army**
**Pamphlet 600–3**

Personnel—General

# Commissioned Officer Development and Career Management

Headquarters
Department of the Army
Washington, DC
1 October 1998

# UNCLASSIFIED

# SUMMARY of CHANGE

DA PAM 600-3
Commissioned Officer Development and Career Management

This pamphlet consolidates OPMS XXI changes to the Officer Personnel Management System. Specifically, this pamphlet--

o  Serves as a key professional development guide for leaders to mentor their officers (chap 1).

o  Defines and reinforces the importance of branch and functional area qualification in the development of officers (chap 3).

o  Eliminates the separate officer skills and joint duty chapters and incorporates that information into the introductory Officer Personnel Management System (chap 3).

o  Introduces the Captains Career Course which combines the branch advanced course and the Combined Arms and Services Staff School (chap 3).

o  Details the Career Field designation process and the use of Career Fields as a management tool and organizes the basic branch and functional area chapters by Career Field (chap 3).

o  Details requirement for all officers to complete a baccalaureate degree prior to Captains Career Course (chap 4).

o  Addresses the requirement for raters and senior raters to comment on a potential Career Field for captains (chap 6).

o  Includes significant revisions to FA 90, Multifunctional Logistician Program, and FA 50, Force Management (chaps 28 and 34).

o  Consolidates acquisition and contracting chapters under FA 51, Army Acquisition Corps (chap 47).

o  Eliminates the chapters on FA 41, Personnel Programs Management and FA 54, Operations, Plans and Training, because these functional areas have been deleted.

o  Adds chapters for the new functional areas: FA 24, Information Systems Engineering; FA 30, Information Operations; FA 34, Strategic Intelligence; FA 40, Space Operations; FA 43, Human Resource Management; FA 57, Simulations Operations; and FA 59, Strategic Plans and Policy.

o  Includes the new special terms: Career Field, Career Field designation, Career Field Coordinators, branch/functional area generalist position, officer generalist position, combat arms generalist position, and Strategic Human Resource Management.

Headquarters
Department of the Army
Washington, DC
1 October 1998

*Department of the Army
Pamphlet 600–3

Personnel—General

# Commissioned Officer Development and Career Management

By Order of the Secretary of the Army:

DENNIS J. REIMER
*General, United States Army*
*Chief of Staff*

Official:

*Joel B. Hudson*

JOEL B. HUDSON
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This printing publishes a revision of this publication. Because the publication has been extensively revised, the changed portions have not been highlighted.

**Summary.** This pamphlet provides qualification criteria and outlines officer development and career management programs for each of the Army's career branches and functional areas. In addition, this pamphlet provides a summary of the special branches (Judge Advocate General's Corps, Chaplain Corps, and Army Medical Department).

**Applicability.** This pamphlet applies to the Active Army, the Army National Guard, and the U.S. Army Reserve. This pamphlet also applies during mobilization.

**Proponent and exception authority.** The proponent of this pamphlet is the Deputy Chief of Staff for Personnel. The DCSPER has the authority to approve exceptions to this pamphlet that are consistent with controlling law and regulation. The DCSPER may delegate this approval authority, in writing, to a division chief under their supervision within the proponent agency who holds the grade of colonel or the civilian equivalent.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAPE-MP), WASH DC 20310-0300.

**Distribution.** Distribution of this publication is made in accordance with Initial Distribution Number (IDN) 095449, intended for command levels A, B, C, D, and E for the Active Army, the Army National Guard of the United States, and the U.S. Army Reserve.

---

**Contents** (Listed by paragraph and page number)

**Part One**
**Philosophy and Management,** *page 1*

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Values • 1–4, *page 1*
Leader development overview • 1–5, *page 1*
Mentoring • 1–6, *page 1*
One Team, One Fight, One Future • 1–7, *page 1*
Officer Personnel Management System XXI (OPMS XXI) overview • 1–8, *page 2*
Officer Evaluation System overview • 1–9, *page 3*
Officer Development System (ODS) • 1–10, *page 3*

**Chapter 2**
**Officer Leader Development,** *page 3*
Leader development process • 2–1, *page 3*
Pillars of leader development • 2–2, *page 3*
Leader development studies and principles • 2–3, *page 4*
Leader development and the Officer Education System • 2–4, *page 4*
DA Pamphlet 600-3 as a tool for leader development • 2–5, *page 5*

**Chapter 3**
**The Officer Personnel Management System and Career Management,** *page 5*
Mission • 3–1, *page 5*
Factors affecting OPMS • 3–2, *page 5*
OPMS concept • 3–3, *page 6*
Career patterns • 3–4, *page 6*
Introduction to officer skills • 3–5, *page 8*
Joint officer professional development • 3–6, *page 8*
Company grade development • 3–7, *page 10*
Major development • 3–8, *page 11*
Lieutenant colonel development • 3–9, *page 12*
Colonel development • 3–10, *page 12*
Assignment process and considerations • 3–11, *page 13*
Individual career management • 3–12, *page 14*

**Chapter 4**
**Officer Education,** *page 16*
Scope • 4–1, *page 16*
Multiple paths to education • 4–2, *page 16*
Guides for branch or functional area development courses • 4–3, *page 16*
Nonresident schools and instruction • 4–4, *page 16*
Educational counseling • 4–5, *page 16*
Military schools • 4–6, *page 16*
Department of Defense and Department of State schools • 4–7, *page 18*
Foreign schools • 4–8, *page 18*
Language training • 4–9, *page 18*
Aviation training • 4–10, *page 18*
Precommand course • 4–11, *page 18*
Other military schooling • 4–12, *page 18*

---

*This pamphlet supersedes DA Pam 600-3, 8 June 1995.

# UNCLASSIFIED

Contents—Continued

Application for military schools • 4–13, *page 18*
Release from current assignment and consecutive tours • 4–14, *page 19*
Service obligation • 4–15, *page 19*
Civilian education • 4–16, *page 19*
Education programs • 4–17, *page 19*
Tuition assistance • 4–18, *page 20*
Eligibility criteria and application procedures • 4–19, *page 20*

**Chapter 5**
**Officer Promotions,** *page 20*
General • 5–1, *page 20*
Promotion process objectives • 5–2, *page 20*
Statutory requisites • 5–3, *page 20*
Active Duty List • 5–4, *page 21*
Promotion process • 5–5, *page 21*
Army grade structure • 5–6, *page 21*
Promotion flow • 5–7, *page 21*
Below-the-zone (BZ) promotions • 5–8, *page 22*
Competitive categories • 5–9, *page 22*
Impact of OPMS and OPMS XXI • 5–10, *page 22*

**Chapter 6**
**Officer Evaluation System,** *page 22*
Overview • 6–1, *page 22*
Officer Evaluation Reporting System • 6–2, *page 23*
Relationship with OPMS XXI, leader development, character development process • 6–3, *page 23*

**Chapter 7**
**Reserve Component Officer Development and CareerManagement,** *page 23*
Introduction • 7–1, *page 23*
Officer Personnel Management System—Army National Guard and U.S. Army Reserve (OPMS-ARNG and OPMS-USAR) • 7–2, *page 24*
OPMS-ARNG and OPMS-USAR purpose • 7–3, *page 24*
Application of OPMS XXI to ARNG and USAR officers • 7–4, *page 24*
Objectives • 7–5, *page 24*
Professional development • 7–6, *page 24*
Professional development processes • 7–7, *page 25*
Leader development • 7–8, *page 25*
Career management • 7–9, *page 26*
Career management life cycle • 7–10, *page 26*
Management considerations • 7–11, *page 27*
Individual Mobilization Augmentee/Drilling Individual Mobilization Augmentee (IMA/DIMA) assignments (USAR) • 7–12, *page 28*
Officer education • 7–13, *page 28*
Officer Evaluation Reporting System (OERS) • 7–14, *page 29*
Promotion • 7–15, *page 30*
Selection eligibility • 7–16, *page 30*
Promotion selection board • 7–17, *page 30*

**Chapter 8**
**Introduction to the Officer Career Fields,** *page 30*
Introduction • 8–1, *page 30*
Career branches • 8–2, *page 30*
Functional areas • 8–3, *page 31*

**Part Two**
**Operations Career Field,** *page 31*

**Chapter 9**
**Introduction to the Operations Career Field,** *page 31*
Unique features of the Operations Career Field (OPCF) • 9–1, *page 31*

Composition • 9–2, *page 32*
Career options • 9–3, *page 32*

**Chapter 10**
**Infantry Branch,** *page 33*
Unique features of Infantry branch • 10–1, *page 33*
Officer characteristics required • 10–2, *page 33*
Critical officer developmental assignments • 10–3, *page 34*
Assignment preferences and precedence • 10–4, *page 36*
Duration of critical officer life cycle assignments • 10–5, *page 36*
Requirements, authorizations and inventory • 10–6, *page 36*
Key officer life cycle initiatives for Infantry • 10–7, *page 37*
Infantry Reserve Component officers • 10–8, *page 37*

**Chapter 11**
**Armor Branch,** *page 40*
Unique features of Armor branch • 11–1, *page 40*
Officer characteristics required • 11–2, *page 40*
Critical officer developmental assignments • 11–3, *page 41*
Assignment preferences and precedence • 11–4, *page 43*
Duration of critical officer life cycle assignments • 11–5, *page 43*
Requirements, authorizations and inventory • 11–6, *page 43*
Key officer life cycle initiatives for Armor • 11–7, *page 43*
Armor Reserve Component officers • 11–8, *page 44*

**Chapter 12**
**Field Artillery Branch,** *page 48*
Unique features of Field Artillery branch • 12–1, *page 48*
Officer characteristics required • 12–2, *page 48*
Critical officer developmental assignments • 12–3, *page 49*
Assignment preferences and precedence • 12–4, *page 50*
Duration of critical officer life cycle assignments • 12–5, *page 50*
Requirements, authorizations and inventory • 12–6, *page 50*
Key officer life cycle initiatives for Field Artillery • 12–7, *page 51*
Field Artillery Reserve Component officers • 12–8, *page 51*

**Chapter 13**
**Air Defense Artillery Branch,** *page 55*
Unique features of Air Defense Artillery branch • 13–1, *page 55*
Officer characteristics required • 13–2, *page 55*
Critical officer developmental assignments • 13–3, *page 56*
Assignment preferences and precedence • 13–4, *page 57*
Duration of critical officer life cycle assignments • 13–5, *page 57*
Requirements, authorizations and inventory • 13–6, *page 57*
Key officer life cycle initiatives for Air Defense Artillery • 13–7, *page 58*
Air Defense Artillery Reserve Component officers • 13–8, *page 58*

**Chapter 14**
**Aviation Branch,** *page 62*
Unique features of Aviation branch • 14–1, *page 62*
Officer characteristics required • 14–2, *page 65*
Critical officer developmental assignments • 14–3, *page 66*
Assignment preferences and precedence • 14–4, *page 69*
Duration of critical officer life cycle assignments • 14–5, *page 69*
Requirements, authorizations and inventory • 14–6, *page 69*
Key officer life cycle initiatives for Aviation • 14–7, *page 69*
Aviation Reserve Component officers • 14–8, *page 70*
Army Special Operations Aviation (ARSOA) • 14–9, *page 71*

**Chapter 15**
**Special Forces Branch,** *page 76*
Unique features of Special Forces branch • 15–1, *page 76*
Officer characteristics required • 15–2, *page 77*
Critical officer developmental assignments • 15–3, *page 77*
Assignment preferences and precedence • 15–4, *page 79*
Duration of critical officer life cycle assignments • 15–5, *page 79*
Requirements, authorizations and inventory • 15–6, *page 79*

Contents—Continued

Key officer life cycle initiatives for Special Forces • 15–7, *page 80*
Special Forces Reserve Component officers • 15–8, *page 81*

**Chapter 16**
**Engineer Branch,** *page 84*
Unique features of the Engineer branch • 16–1, *page 84*
Officer characteristics required • 16–2, *page 84*
Critical officer developmental assignments • 16–3, *page 85*
Assignment preferences and precedence • 16–4, *page 86*
Duration of critical officer life cycle assignments • 16–5, *page 87*
Requirements, authorizations and inventory • 16–6, *page 87*
Key officer life cycle initiatives for Engineer • 16–7, *page 87*
Engineer Reserve Component officers • 16–8, *page 87*

**Chapter 17**
**Signal Corps Branch,** *page 91*
Unique features of Signal Corps branch • 17–1, *page 91*
Officer characteristics required • 17–2, *page 91*
Critical officer developmental assignments • 17–3, *page 92*
Assignment preferences and precedence • 17–4, *page 94*
Duration of critical officer life cycle assignments • 17–5, *page 94*
Requirements, authorizations, and inventory • 17–6, *page 94*
Key officer life cycle initiatives for Signal Corps • 17–7, *page 94*
Signal Corps Reserve Component officers • 17–8, *page 95*

**Chapter 18**
**Military Police Branch,** *page 98*
Unique features of Military Police branch • 18–1, *page 98*
Officer characteristics required • 18–2, *page 98*
Critical officer developmental assignments • 18–3, *page 99*
Assignment preferences and precedence • 18–4, *page 101*
Duration of critical officer life cycle assignments • 18–5, *page 101*
Requirements, authorizations and inventory • 18–6, *page 102*
Key officer life cycle initiatives for Military Police Corps • 18–7, *page 102*
Military Police Corps Reserve Component officers • 18–8, *page 102*

**Chapter 19**
**Military Intelligence Branch,** *page 107*
Unique features of Military Intelligence branch • 19–1, *page 107*
Officer characteristics required • 19–2, *page 108*
Critical officer developmental assignments • 19–3, *page 109*
Assignment preferences and precedence • 19–4, *page 109*
Duration of critical officer life cycle assignments • 19–5, *page 110*
Requirements, authorizations and inventory • 19–6, *page 110*
Key officer life cycle initiatives for Military Intelligence • 19–7, *page 110*
Military Intelligence Reserve Component officers • 19–8, *page 111*

**Chapter 20**
**Civil Affairs Branch,** *page 114*
Unique features of Civil Affairs branch • 20–1, *page 114*
Officer characteristics required • 20–2, *page 114*
Critical officer developmental assignments • 20–3, *page 115*
Assignment preferences and precedence • 20–4, *page 115*
Duration of critical officer life cycle assignments • 20–5, *page 116*
Requirements, authorizations and inventory • 20–6, *page 116*
Key officer life cycle initiatives for Civil Affairs • 20–7, *page 116*

**Chapter 21**
**Adjutant General Corps Branch,** *page 118*
Unique features of the Adjutant General Corps branch • 21–1, *page 118*
Officer characteristics required • 21–2, *page 118*
Critical officer developmental assignments • 21–3, *page 119*
Assignment preferences and precedence • 21–4, *page 121*
Duration of critical officer life cycle assignments • 21–5, *page 121*
Requirements, authorizations and inventory • 21–6, *page 121*
Key officer life cycle initiatives for Adjutant General Corps • 21–7, *page 121*
Adjutant General Corps Reserve Component officers • 21–8, *page 122*

**Chapter 22**
**Finance Corps Branch,** *page 125*
Unique features of Finance Corps branch • 22–1, *page 125*
Officer characteristics required • 22–2, *page 125*
Critical officer developmental assignments • 22–3, *page 126*
Assignment preferences and precedence • 22–4, *page 127*
Duration of critical officer life cycle assignments • 22–5, *page 127*
Requirements, authorizations and inventory • 22–6, *page 127*
Key officer life cycle initiatives for Finance Corps • 22–7, *page 127*
Finance Corps Reserve Component officers • 22–8, *page 128*

**Chapter 23**
**Chemical Branch,** *page 131*
Unique features of Chemical branch • 23–1, *page 131*
Officer characteristics required • 23–2, *page 131*
Critical officer developmental assignments • 23–3, *page 132*
Assignment preferences and precedence • 23–4, *page 134*
Duration of critical officer life cycle assignments • 23–5, *page 135*
Requirements, authorizations and inventory • 23–6, *page 135*
Key officer life cycle initiatives for Chemical Corps • 23–7, *page 135*
Chemical Reserve Component officers • 23–8, *page 135*

**Chapter 24**
**Transportation Corps Branch,** *page 140*
Unique features of Transportation Corps branch • 24–1, *page 140*
Officer characteristics required • 24–2, *page 140*
Critical officer developmental assignments • 24–3, *page 142*
Assignment preferences and precedence • 24–4, *page 143*
Duration of critical officer life cycle assignments • 24–5, *page 144*
Requirements, authorizations and inventory • 24–6, *page 144*
Key officer life cycle initiatives for Transportation Corps • 24–7, *page 144*
Transportation Corps Reserve Component officers • 24–8, *page 144*

**Chapter 25**
**Ordnance Corps Branch,** *page 149*
Unique features of Ordnance Corps branch • 25–1, *page 149*
Officer characteristics required • 25–2, *page 149*
Critical officer developmental assignments • 25–3, *page 150*
Assignment preferences and precedence • 25–4, *page 152*
Duration of critical officer life cycle assignments • 25–5, *page 152*
Requirements, authorizations and inventory • 25–6, *page 152*
Key officer life cycle initiatives for Ordnance Corps • 25–7, *page 152*
Ordnance Corps Reserve Component officers • 25–8, *page 153*

Contents—Continued

**Chapter 26**
**Quartermaster Corps Branch,** *page 157*
Unique features of Quartermaster Corps branch • 26–1, *page 157*
Officer characteristics required • 26–2, *page 157*
Critical officer developmental assignments • 26–3, *page 158*
Assignment preferences and precedence • 26–4, *page 161*
Duration of critical officer life cycle assignments • 26–5, *page 161*
Requirements, authorizations and inventory • 26–6, *page 161*
Key officer life cycle initiatives for Quartermaster Corps • 26–7, *page 161*
Quartermaster Corps Reserve Component officers • 26–8, *page 162*

**Chapter 27**
**Psychological Operations and Civil Affairs Functional Area,** *page 166*
Unique features of Psychological Operations and Civil Affairs functional area • 27–1, *page 166*
Officer characteristics required • 27–2, *page 166*
Critical officer developmental assignments • 27–3, *page 167*
Assignment preferences and precedence • 27–4, *page 168*
Duration of critical officer life cycle assignments • 27–5, *page 168*
Requirements, authorizations and inventory • 27–6, *page 168*
Key officer life cycle initiatives for Psychological Operations and Civil Affairs • 27–7, *page 168*
Psychological Operations and Civil Affairs Reserve Component officers • 27–8, *page 169*

**Chapter 28**
**Multifunctional Logistician Program Functional Area,** *page 173*
Unique features of Multifunctional Logistician Program functional area • 28–1, *page 173*
Officer characteristics required • 28–2, *page 173*
Critical officer developmental assignments • 28–3, *page 174*
Assignment preferences and precedence • 28–4, *page 175*
Duration of critical officer life cycle assignments • 28–5, *page 175*
Requirements, authorizations and inventory • 28–6, *page 175*
Key officer life cycle initiatives for Multifunctional Logistician Program • 28–7, *page 175*
Multifunctional Logistician Program Reserve Component officers • 28–8, *page 176*

**Part Three**
**Institutional Support Career Field,** *page 179*

**Chapter 29**
**Introduction to the Institutional Support Career Field,** *page 179*
Unique features of the Institutional Support Career Field (ISCF) • 29–1, *page 179*
Composition • 29–2, *page 179*
Career options • 29–3, *page 179*

**Chapter 30**
**Human Resource Management Functional Area,** *page 179*
Unique features of Human Resource Management functional area • 30–1, *page 179*
Officer characteristics required • 30–2, *page 180*
Critical officer developmental assignments • 30–3, *page 181*
Assignment preferences and precedence • 30–4, *page 181*
Duration of critical officer life cycle assignments • 30–5, *page 182*
Requirements, authorizations and inventory • 30–6, *page 182*

Key officer life cycle initiatives for Human Resource Management • 30–7, *page 182*
Human Resource Management Reserve Component officers • 30–8, *page 182*

**Chapter 31**
**Comptroller Functional Area,** *page 186*
Unique features of Comptroller functional area • 31–1, *page 186*
Officer characteristics required • 31–2, *page 186*
Critical officer developmental assignments • 31–3, *page 187*
Assignment preferences and precedence • 31–4, *page 188*
Duration of critical officer life cycle assignments • 31–5, *page 188*
Requirements, authorizations and inventory • 31–6, *page 188*
Key officer life cycle initiatives for Comptroller • 31–7, *page 189*
Comptroller Reserve Component officers • 31–8, *page 189*

**Chapter 32**
**Academy Professor, United States Military Academy, Functional Area,** *page 192*
Unique features of Academy Professor functional area • 32–1, *page 192*
Officer characteristics required • 32–2, *page 192*
Critical officer developmental assignments • 32–3, *page 193*
Assignment preferences and precedence • 32–4, *page 193*
Duration of critical officer life cycle assignments • 32–5, *page 193*
Requirements, authorizations and inventory • 32–6, *page 193*
Key officer life cycle initiatives for Academy Professor • 32–7, *page 194*
Academy Professor Reserve Component officers • 32–8, *page 194*

**Chapter 33**
**Operations Research/Systems Analysis Functional Area,** *page 194*
Unique features of Operations Research/Systems Analysis functional area • 33–1, *page 194*
Officer characteristics required • 33–2, *page 194*
Critical officer developmental assignments • 33–3, *page 195*
Assignment preferences and precedence. • 33–4, *page 197*
Duration of critical officer life cycle assignments • 33–5, *page 197*
Requirements, authorizations and inventory • 33–6, *page 197*
Key officer life cycle initiatives for Operations Research/Systems Analysis • 33–7, *page 197*
ORSA Reserve Component officers • 33–8, *page 198*

**Chapter 34**
**Force Management Functional Area,** *page 201*
Unique features of Force Management functional area • 34–1, *page 201*
Officer characteristics required • 34–2, *page 201*
Critical officer developmental assignments • 34–3, *page 202*
Assignment preferences and precedence • 34–4, *page 203*
Duration of critical officer life cycle assignments • 34–5, *page 203*
Requirements, authorizations and inventory • 34–6, *page 203*
Key officer life cycle initiatives for Force Management • 34–7, *page 204*
Force Management Reserve Component officers • 34–8, *page 204*

**Chapter 35**
**Nuclear Research and Operations Functional Area,** *page 207*
Unique features of Nuclear Research and Operations functional area • 35–1, *page 207*
Officer characteristics required • 35–2, *page 207*
Critical officer developmental assignments • 35–3, *page 208*
Assignment preferences and precedence • 35–4, *page 208*

Contents—Continued

Duration of critical officer life cycle assignments • 35–5, *page 209*
Requirements, authorizations and inventory • 35–6, *page 209*
Key officer life cycle initiatives for Nuclear Research and Operations • 35–7, *page 209*
Nuclear Research and Operations Reserve Component officers • 35–8, *page 209*

**Chapter 36**
**Strategic Plans and Policy Functional Area,** *page 212*
Unique features of Strategic Plans and Policy functional area • 36–1, *page 212*
Officer characteristics required • 36–2, *page 212*
Critical officer developmental assignments • 36–3, *page 213*
Assignment preferences and precedence • 36–4, *page 214*
Duration of critical officer life cycle assignments • 36–5, *page 215*
Requirements, authorizations and inventory • 36–6, *page 215*
Key officer life cycle initiatives for Strategic Plans and Policy • 36–7, *page 215*
Strategic Plans and Policy Reserve Component officers • 36–8, *page 215*

**Part Four**
**Information Operations Career Field,** *page 219*

**Chapter 37**
**Introduction to the Information Operations Career Field,** *page 219*
Unique features of Information Operations Career Field (IOCF) • 37–1, *page 219*
Composition • 37–2, *page 219*
Career options • 37–3, *page 219*

**Chapter 38**
**Information Systems Engineering Functional Area,** *page 219*
Unique features of Information Systems Engineering functional area • 38–1, *page 219*
Officer characteristics required • 38–2, *page 220*
Critical officer developmental assignments • 38–3, *page 221*
Assignment preferences and precedence • 38–4, *page 222*
Duration of critical officer life cycle assignments • 38–5, *page 222*
Requirements, authorizations and inventory • 38–6, *page 222*
Key officer life cycle initiatives for Information Systems Engineering • 38–7, *page 222*
Information Systems Engineering Reserve Component officers • 38–8, *page 222*

**Chapter 39**
**Information Operations Functional Area,** *page 226*
Unique features of Information Operations functional area • 39–1, *page 226*
Officer characteristics required • 39–2, *page 226*
Critical officer developmental assignments • 39–3, *page 227*
Assignment preferences and precedence • 39–4, *page 228*
Duration of critical officer life cycle assignments • 39–5, *page 228*
Requirements, authorizations and inventory • 39–6, *page 228*
Key officer life cycle initiatives for Information Operations • 39–7, *page 228*
Information Operations Reserve Component officers • 39–8, *page 228*

**Chapter 40**
**Strategic Intelligence Functional Area,** *page 232*
Unique features of Strategic Intelligence functional area • 40–1, *page 232*
Officer characteristics required • 40–2, *page 232*
Critical officer developmental assignments • 40–3, *page 233*
Assignment preferences and precedence. • 40–4, *page 233*
Duration of critical officer life cycle assignments • 40–5, *page 233*
Requirements, authorizations and inventory • 40–6, *page 234*
Key officer life cycle initiatives for Strategic Intelligence • 40–7, *page 234*
Strategic Intelligence Reserve Component officers • 40–8, *page 234*

**Chapter 41**
**Space Operations Functional Area,** *page 237*
Unique features of Space Operations functional area • 41–1, *page 237*
Officer characteristics required • 41–2, *page 237*
Critical officer developmental assignments • 41–3, *page 238*
Assignment preferences and precedence • 41–4, *page 239*
Duration of critical officer life cycle assignments • 41–5, *page 239*
Requirements, authorizations and inventory • 41–6, *page 239*
Key officer life cycle initiatives for Space Operations • 41–7, *page 239*
Space Operations Reserve Component officers • 41–8, *page 239*

**Chapter 42**
**Public Affairs Functional Area,** *page 243*
Unique features of Public Affairs functional area • 42–1, *page 243*
Officer characteristics required • 42–2, *page 244*
Critical officer developmental assignments • 42–3, *page 245*
Assignment preferences and precedence • 42–4, *page 245*
Duration of critical officer life cycle assignments • 42–5, *page 245*
Requirements, authorizations, and inventory • 42–6, *page 246*
Key officer life cycle initiatives for Public Affairs • 42–7, *page 246*
Public Affairs Reserve Component officers • 42–8, *page 246*

**Chapter 43**
**Information Systems Management Functional Area,** *page 250*
Unique features of Information Systems Management functional area • 43–1, *page 250*
Officer characteristics required • 43–2, *page 250*
Critical officer developmental assignments • 43–3, *page 251*
Assignment preferences and precedence • 43–4, *page 252*
Duration of critical officer life cycle assignments • 43–5, *page 252*
Requirements, authorizations and inventory • 43–6, *page 252*
Key officer life cycle initiatives for Information Systems Management • 43–7, *page 252*
Information Systems Management Reserve Component officers • 43–8, *page 253*

**Chapter 44**
**Simulations Operations Functional Area,** *page 257*
Unique features of Simulations Operations functional area • 44–1, *page 257*
Officer characteristics required • 44–2, *page 257*
Critical officer developmental assignments • 44–3, *page 258*
Assignment preferences and precedence • 44–4, *page 259*
Duration of critical officer life cycle assignments • 44–5, *page 259*
Requirements, authorizations and inventory • 44–6, *page 259*

**Contents—Continued**

Key life cycle initiatives for Simulations Operations • 44–7, *page 259*

Simulations Operations Reserve Component officers • 44–8, *page 259*

**Part Five**
**Operational Support Career Field,** *page 262*

**Chapter 45**
**Introduction to the Operational Support Career Field,** *page 262*
Unique features of Operational Support Career Field (OSCF) • 45–1, *page 262*
Composition • 45–2, *page 262*
Career options • 45–3, *page 262*

**Chapter 46**
**Foreign Area Officer Functional Area,** *page 262*
Unique features of Foreign Area Officer functional area • 46–1, *page 262*
Officer characteristics required • 46–2, *page 263*
Critical officer developmental assignments • 46–3, *page 264*
Assignment preferences and precedence • 46–4, *page 265*
Duration of critical officer life cycle assignments • 46–5, *page 265*
Requirements, authorizations and inventory • 46–6, *page 265*
Key officer life cycle initiatives for Foreign Area Officer • 46–7, *page 265*
Foreign Area Officer Reserve Component officers • 46–8, *page 266*

**Chapter 47**
**Army Acquisition Corps Functional Area,** *page 269*
Unique features of Army Acquisition Corps functional area • 47–1, *page 269*
Officer characteristics required • 47–2, *page 271*
Critical officer developmental assignments • 47–3, *page 272*
Assignment preferences and precedence • 47–4, *page 273*
Duration of critical officer life cycle assignments • 47–5, *page 274*
Requirements, authorizations and inventory • 47–6, *page 274*
Key officer life cycle initiatives for Army Acquisition Corps • 47–7, *page 274*
Army Acquisition Corps Reserve Component officers • 47–8, *page 275*

**Part Six**
**The Special Branches,** *page 278*

**Chapter 48**
**Judge Advocate General's Corps,** *page 278*
Unique features of Judge Advocate General's Corps • 48–1, *page 278*
Officer characteristics required • 48–2, *page 278*
Critical officer developmental assignments • 48–3, *page 279*
Assignment preferences and precedence • 48–4, *page 279*
Duration of critical officer life cycle assignments • 48–5, *page 280*
Requirements, authorization and inventory • 48–6, *page 280*
Key officer life cycle initiatives for Judge Advocate General's Corps • 48–7, *page 280*
Judge Advocate General's Corps Reserve Component officers • 48–8, *page 281*

**Chapter 49**
**Chaplain Corps,** *page 285*
Unique features of Chaplain Corps • 49–1, *page 285*
Officer characteristics required • 49–2, *page 285*
Critical officer developmental assignments • 49–3, *page 286*

Assignment preferences and precedence • 49–4, *page 286*
Duration of critical officer life cycle assignments • 49–5, *page 286*
Requirements, authorizations and inventory • 49–6, *page 287*
Key officer life cycle initiatives for Chaplain Corps • 49–7, *page 287*
Chaplain Corps Reserve Component officers • 49–8, *page 287*

**Chapter 50**
**Army Medical Department,** *page 290*
The Army Medical Department description • 50–1, *page 290*
Officer Personnel Management System XXI (OPMS XXI) relevance • 50–2, *page 290*
Army Medical Department Reserve Component officers • 50–3, *page 290*

**Appendix A.** References, *page 291*

**Glossary**

**Index**

Part One
Philosophy and Management

# Chapter 1
## Introduction

### 1–1. Purpose

*a.* This pamphlet is intended, first and foremost, as a professional development guide for individual officers. It also serves as a mentoring tool for leaders at all levels and is an important personnel management guide for assignment officers, proponents, and HQDA selection board members. This pamphlet focuses on the development and career management of commissioned officers of the United States Army. It includes only brief descriptions about active duty officers of the Judge Advocate General's Corps, Chaplain Corps, and the Army Medical Department (AMEDD). However, some aspects of this pamphlet such as chapters relating to officer education, general promotion policies, and officer evaluation apply to these special branches as well. The governing regulation for this pamphlet is AR 600-3.

*b.* Officers are encouraged to read all branch and functional area chapters, regardless of branch or functional area held, because unique and valuable lessons in Army culture and officer professional development are found in every chapter.

*c.* This pamphlet documents the first significant revision to the Officer Personnel Management System (OPMS) since 1984. This comprehensive effort, titled OPMS XXI, is essential because fundamental change is required for the Army officer corps to lead forces in the early 21st Century across the full spectrum of crisis. The intent of OPMS XXI is to enhance the warfighting capability of the Army; to provide all officers with a reasonable opportunity for success; and to fulfill Army requirements with an officers corps balanced with the right grades and skills.

### 1–2. References

Required and related publications and prescribed and referenced forms are listed in appendix A.

### 1–3. Explanation of abbreviations and terms

Abbreviations and special terms used in this pamphlet are explained in the glossary.

### 1–4. Values

Everything begins with values. Subordinates enter the Army with their own values, developed in childhood and nurtured through experience. We are all shaped by what we have seen, what we have learned, and whom we have met. But once a soldier puts on the uniform, once he or she takes the oath, they have promised to live by Army values. These are more than a system of rules. They are not just a code tucked away in a drawer or a list in a dusty book. These values tell us what we need to be, every day, in every action we take. Army values form the very identity of America's Army, the solid rock upon which everything else stands. They are the glue that binds us together as members of a noble profession. They make the whole much greater than the sum of the parts. They are non-negotiable and apply to everyone all the time and in every situation. Army values remind us and tell the rest of the world—the civilian government we serve, the nation we protect, even our enemies—who we are and what we stand for. The trust that soldiers have for one another and the trust the American people put in us depends on how well we live up to these values. Finally, they are a compass to help us find our way to right actions. Just as a compass can point in only one direction, these values are consistent; that is, they support one another. You cannot follow one value and ignore another. The seven values that guide all leaders and the rest of America's Army are loyalty, duty, respect, selfless service, honor, integrity, and personal courage. Leaders must not only understand them; but they must believe in them, model them in personal actions, and teach others to accept them. Officers require both a demonstrated mastery of branch or functional area skills and a grounding in these seven values to successfully lead soldiers in the 21st Century.

### 1–5. Leader development overview

*a.* In its commitment to future leaders (Active and Reserve Component commissioned and warrant officers, noncommissioned officers, soldiers, and Department of the Army civilians), the Army provides opportunities to develop in leaders the values, attributes, skills, and actions necessary for positions of increased responsibility within an increasingly complex world. The Army supports this commitment through a career-long process known as leader development (LD). Through the LD process, the Army develops leaders with character and competence for today and tomorrow to be trainers, role models, and standard bearers. Leader development through progressive, sequential, and continuous education and experience throughout one's career benefits the Army and the leader.

*b.* Our Army executes leader development through the three pillars of leader development; institutional training, operational assignments, and self-development. The purpose or goal of leader development is always constant: to develop leaders with character and competence who act to achieve excellence by training America's Army, a quality force prepared to fight and win the nation's wars and to serve the common defense.

*c.* The Leader Development Support System (LDSS) exists to provide oversight to leader development action plans (LDAPs). The LDAPs include recommendations for both near and long-term change and serve as a road map to leader development. LDAPs provide a future focus to ensure that the leader development process remains capable of producing leaders now and in the future. DA Pam 350-58 describes the Army leader development process and programs.

### 1–6. Mentoring

*a.* Today's leaders have the critical responsibility to develop future leaders prepared to meet tomorrow's challenges. An essential component of this development is mentoring. Mentoring is usually an informal, familiar exchange from seniors to juniors conducted with a professional and caring rapport. Mentoring will often focus on our unique military culture and will frequently address professional development concerns. It is real-life leader development for every subordinate. Mentoring is about one-on-one, face-to-face counseling, focused on preparing junior leaders for increased responsibility. A successful mentor can significantly influence character and values while guiding officers through the fundamentals of branch and functional area competencies.

*b.* Mentoring begins with the leader setting the right example. Leaders mentor soldiers every day in a positive or negative way depending on how they live the Army values and function as a leader. Mentoring allows junior leaders to see a mature example of values, attributes and skills in action and to develop their own leadership abilities accordingly. Mentoring is not without a degree of risk as senior leaders share their own personal and professional experiences with junior leaders to exemplify a coaching point that builds their confidence and competency.

*c.* Mentoring requires leaders to look for and take advantage of teaching/coaching moments; opportunities to use routine tasks to build skills and confidence in subordinates. Mentoring should not be limited to formal sessions; every event should be considered a mentoring opportunity, from quarterly training briefs to after-action reviews to casual, recreational activities.

*d.* The most important legacy of today's senior leaders is to mentor junior leaders to fight and win future conflicts; mentoring develops great leaders to lead great soldiers.

### 1–7. One Team, One Fight, One Future

*a.* Providing for America's national security is a formidable task. It always will be. It stands as the Nation's greatest continuous challenge, and it demands the Nation's finest effort. America's Army has always been built on meeting this challenge to give "nothing but our best." *One Team, One Fight, One Future* is about embedding that spirit of excellence into the 21st Century Army. It is

about developing programs for the continuing integration of the Army National Guard, the Army Reserve and the Active Army. It envisions a process that creates Total Army integration, moving the Army from three components to one seamless 21st Century force designed to meet the challenges of supporting America's National Military Strategy.

*b. One Team, One Fight, One Future* represents the Army's vision for developing Total Army integration programs. More than just a slogan, these words reflect three imperatives for America's Army to provide the most effective and efficient landpower for the 21st Century:

(1) The Army components must be supported, resourced and modernized as one fully and completely integrated *team*.

(2) This team must function and *fight* together as a Total Army, with each component sharing in the duties and responsibilities of the Nation's defense.

(3) Most importantly, the team must draw on the knowledge, expertise and wisdom of senior leaders from across the force to make the right decisions to prepare the Army to meet America's *future* national security needs.

*c.* The Army's current and planned programs will serve as a bridge to the future, a future that moves Total Army integration from coordinating three components to building one seamless 21st Century Force, a common culture based on common training, doctrine, experience and shared knowledge. The Army is quickly moving toward:

(1) A single, education, training, readiness, and deployment system for the Total Army.

(2) Personnel management systems that allow leaders and soldiers to serve in multiple components during a career of service as a matter of course.

(3) Fully integrated command and control and digital systems that allow for thorough and complete integration of all component forces.

(4) Organizations that maximize the capabilities and unique strengths of each component.

*d.* The seamless Army of the future will be bound together by its multi-component force structures and integrated culture. This Total Army approach is embedded in OPMS XXI and reflected in each branch and functional area chapter of this pamphlet.

## 1–8. Officer Personnel Management System XXI (OPMS XXI) overview

*a. Historical perspective.* Officer personnel management reviews and analysis have been on a continuum of constructive change for many years. The Officer Personnel Management System (OPMS) was instituted in 1972 as a result of The U.S. Army War College Study on Military Professionalism and a follow-on analysis directed by the Deputy Chief of Staff for Personnel. Numerous changes in personnel management policy were incorporated into OPMS between its implementation in 1975 and 1981. After passage of the Defense Officer Personnel Management Act (DOPMA) by Congress in 1981, the Chief of Staff, Army, ordered a major review to examine the impact of the legislation on OPMS policies. As a result, OPMS II was developed in 1984 to accommodate the changes brought about by DOPMA, including the creation of functional areas, dual tracking and Regular Army integration. These and other mostly evolutionary proposals were implemented beginning in 1985. Two years later, the Chief of Staff, Army, directed a review of officer leader development to account for the changes in law, policy, and procedures that had occurred since the creation of OPMS II. As a result of the study, the Leader Development Action Plan was approved for implementation in 1989. Over 50 recommendations representing the latest revisions to the officer personnel system were incorporated into OPMS. During the last decade the Army has undergone significant changes with widespread affect on the officer personnel system, brought about by the drawdown at the end of the Cold War and by major legislative initiatives. The Goldwater-Nichols Act of 1986, also known as the DOD Reorganization Act, required the Services to improve interoperability and provided the statutory requirements for joint duty assignments, joint tour credit and joint military education. In 1986, Congress also passed Public Law 99-145, which specified the acquisition experiences and education necessary for an officer to be the project manager of a major weapons system. This law later led to the creation in 1990 of the Army Acquisition Corps. The Defense Acquisition Workforce Improvements Act (DAWIA) of 1990 placed additional requirements on Acquisition Corps officers and directed them to single track in their functional area. Congressional Title VII (1992) and XI (1993) Legislation placed additional officer requirements on the Active Component in their support of the Reserve Components. The Reserve Officer Personnel Management Act (ROPMA) in 1996 brought the RC officer promotion systems in synchronization with the Active Component. This legislation established a best qualified promotion system for RC officers, thereby replacing the fully qualified system previously used and allowing full integration into OPMS XXI.

*b. Current perspective.* With a 12-year span since the last formal OPMS review, the Deputy Chief of Staff for Personnel assembled a team of senior field grade officers to examine a series of OPMS-specific issues and to determine whether a general review of the entire officer system was warranted. This OPMS XXI Precursor Study Group, under the direction of CG PERSCOM, ultimately reviewed more than 60 individual issues. Based on the collective body of these issues, the Deputy Chief of Staff for Personnel recommended to the Chief of Staff, Army, that a comprehensive study was warranted. As a result, the OPMS XXI Task Force convened in July 1996 to review and revise the personnel management system as necessary to ensure its viability for meeting future challenges. Consistent with the task of developing capabilities to meet the challenges of the next century, the Chief of Staff, Army, instructed the Task Force to link their work with other ongoing Army planning efforts: Force XXI for the near-term, Army XXI initiatives for the mid-term and Army After Next projections for the long-term planning environment. In designing the personnel system for the future, the Chief of Staff, Army, directed the Task Force also create a conceptual framework that integrated OPMS with the Leader Development System, ongoing character development initiatives and the new officer evaluation report. Based on this guidance, the Task Force's major challenge was to create an evolutionary path for an Army officer corps that would exist fifteen to twenty years in the future. During the first stage of their study, the Task Force conducted a thorough assessment of the current OPMS with a primary objective to identify both systemic problems and significant trends that could drive OPMS changes, understand their dynamics, and determine which problems and trends would require major change in OPMS XXI. The second stage revolved around redesigning the current system in order to address OPMS problems generated by the drawdown and other factors, and to build an officer corps with the right mix of skills and developmental paths to meet the requirements of Army XXI. The focus was taking the Army in a direction to meet its vision of the future instead of simply solving individual problems. After careful study and significant analysis during its one-year tenure, the Task Force concluded that, in order for OPMS XXI to work effectively, three sets of strategic recommendations for change must be jointly addressed. First, it called for the creation of an Officer Development System (ODS) as part of an overall Army development system. ODS will encompass and integrate officer leader development, character development, evaluation and personnel management. The second recommendation recognized the need to adopt a holistic, strategic human resource management (SHRM) approach to officer development and personnel management for the 21st Century. The final strategic recommendation by the Task Force called for the creation of an officer Career Field-based management system composed of four Career Fields: Operations, Operational Support, Institutional Support and Information Operations. Under OPMS XXI, officers are designated into a single Career Field after selection for major and serve and compete for promotion in their designated Career Field from that point on. The results of these strategic recommendations, approved by the Chief of Staff, Army,

in December 1997, form the basis for the latest changes to the Officer Personnel Management System.

*c. Purpose.* The purpose of the OPMS is to enhance the effectiveness and professionalism of the officer corps. The OPMS encompasses all policies and procedures by which Army commissioned officers are procured, trained, educated, developed, assigned, evaluated, promoted and separated from active duty. OPMS XXI developed and implemented personnel management policies and procedures that assure a deployable, professional officer corps capable of meeting the challenges of the 21st Century outlined in Army Vision 2010 and Joint Vision 2010.

*d. Coordination.* Guidelines concerning career patterns and leader development are provided by the personnel proponents, as listed in AR 600-3. The coordinating agency for Active duty officers is the U.S. Total Army Personnel Command, Officer Personnel Management Directorate (TAPC-OPB), 200 Stovall Street, Alexandria VA 22332-0411; for Army National Guard officers, Chief, National Guard Bureau, HQDA (NGB-ARP-PO), 111 South George Mason Drive, Arlington VA 22204-1382 ; and, for Reserve officers, Office of the Chief, Army Reserve (OCAR), HQDA (DAAR-PE), Washington DC 20310-2415.

### 1–9. Officer Evaluation System overview

*a.* The Officer Evaluation System (OES) supports OPMS XXI by identifying those officers best qualified for advancement and assignment to positions of increased responsibility, including input directly associated with the Career Field Designation process. It includes assessments of officer performance and potential in their organizational duty environment, their military and civilian academic environments, and by a Department of the Army (DA) review process.

*b.* The Officer Evaluation Reporting System (OERS) is a subsystem of OES. The primary function of OERS is to provide information from the organizational chain of command to be used by HQDA for officer personnel decisions. This critical information is documented in the DA Form 67-9 (Officer Evaluation Report) (OER) and the DA Form 1059 (Service School Academic Evaluation Report) (AER). The information contained on these evaluation reports is correlated with the Army's needs and individual officer qualifications to provide the basis for officer personnel actions such as promotion, Career Field Designation, retention in grade, elimination, retention on active duty, reduction in force, command and project manager designation, school selection, and assignment. An equally important function of OERS is to encourage the professional development of the officer corps through structured performance and developmental assessment and counseling. The OERS has developed into an important tool for leaders and mentors to counsel officers on the values, attributes, skills and actions necessary to improve performance.

*c.* See AR 623-1, AR 623-105, and chapter 6 of this pamphlet for further information on OES and OERS.

### 1–10. Officer Development System (ODS)

*a.* The Army's officer personnel management system—which develops officers with the right skills, knowledge and attributes—must be closely linked with programs focusing on character and leadership development and the evaluation process by which officer capabilities are measured. Integration of these systems greatly increases communications and coordination, improves awareness and implementation of common officer issues, and is essential if the Army is to develop its officers for the future.

*b.* The linkage of processes will occur as OPMS XXI evolves into the Officer Development System (ODS) XXI, a flexible and adaptable system that will respond to Army requirements, now and into the future. Officer Development Action Plans (ODAPs) will be designed to implement key OPMS XXI initiatives and will be reviewed during periodic Officer Development Updates (ODUs) with the Chief of Staff, Army.

## Chapter 2
## Officer Leader Development

### 2–1. Leader development process

The three pillars of leader development—institutional training, operational assignments and self-development—define and engage a continuous cycle of selection, education, training, experience, assessment, feedback, reinforcement and evaluation. Learning, experience and feedback provide the basis for professional growth. Throughout their Army careers, leaders develop steadily and carefully as this cycle repeats in a logical, progressive and continuous sequence. Successful platoon leaders, for instance, often become key support platoon leaders, executive officers or assistant staff officers, and then continue schooling and assignments that further prepares them for company command. Overall, the leader development process enhances leader capabilities to assume positions of greater responsibility. The needs of the Army, the unit and the demonstrated potential of the leader remain the primary focus. The over-arching priority of the leader development process is to develop leaders of character and competence who act to achieve excellence and who understand and are able to exploit the full potential of current and future Army doctrine.

### 2–2. Pillars of leader development

*a. Institutional training.* Institutional training includes all of the schoolhouse training and education leaders receive. During institutional training, leaders train to perform critical tasks while learning the values, attributes, skills and actions essential to high-quality leadership. When these same leadership dimensions are tested, reinforced and strengthened by follow-on operational assignments and meaningful self-development programs, leaders attain and sustain true competency in the profession of arms. Institutional training provides the solid foundation upon which all future development rests. Institutional training provides the progressive, sequential education and training required to develop branch/functional area technical and tactical competencies as well as the core dimensions of leadership. The bedrock institutional training (Officer Basic courses, Captains Career Course and Command and Staff College) is taught in the small group instructional (SGI) mode where greater emphasis is placed on an individual student officer's contribution to and participation in the learning process.

*b. Operational assignments.* Operational assignments constitute the second pillar of leader development. Upon completion of most institutional training, leaders ideally are assigned to operational positions. This operational experience provides them the opportunity to use, hone and build on what they learned through the formal education process. Experience gained through on-the-job training in a variety of challenging assignments and additional duties prepares officers to lead and train soldiers, both in the field and in garrison. The commander or leader in the unit plays a significant and instrumental role in this area. Particularly, commanders and other senior leaders are responsible for an officer's vital initial mentoring. They introduce the officer to their unit and establish leader development programs; explain both unit and individual performance standards; and finally, provide periodic assessments and continual feedback to develop the officer. Beyond accomplishing the mission on a daily basis, developing subordinate leaders is a professional responsibility which must be carried-out to ensure the future leadership of our Army.

*c. Self-development.* Institutional training and operational assignments alone do not ensure that Army officers attain and sustain the degree of competency needed to perform their varied missions. Thus, self-development must interrelate with each of these other two areas of leader development. Self-development is defined as a planned, progressive and sequential program followed by leaders to enhance and sustain their military competencies. Self-development consists of individual study, research, professional reading, practice and self-assessment. Self-development is accomplished via numerous means (i.e., studying, observing and experiencing), all consistent

with an officer's personal self-development action plan and professional goals. Self-development is the key aspect of individual officer qualification that solidifies the Army leader development process.

## 2–3. Leader development studies and principles

*a.* The Army has long been hard at work developing capabilities to meet the challenges of the next century through its initiatives in Force XXI, Army 2010 and Army After Next. Consistent with these efforts, significant Officer Personnel Management System (OPMS) studies in 1971 and 1984, and the OPMS XXI study beginning in 1996, have endeavored to review and update the officer personnel system to ensure it remains responsive to evolving needs and future challenges.

*b.* The OPMS XXI Task Force was formed in 1996 to assess the viability of the officer personnel system and in 1997 recommended nearly one hundred changes to how officers should be managed, developed and promoted in the future. These changes, many of which are outlined in this pamphlet, are essential to developing an officer corps with the appropriate character and competencies to respond to evolving and future challenges.

*c.* Six principles were inherent in these studies and are tenets of officer development and career management. By themselves, these principles serve as a frame of reference for the individual officer, commander and branch and functional area proponents.

(1) First, leader development is doctrinally based with FM 100-1 providing the springboard for our warfighting doctrine. It spells out the constitutional and legal basis for our being, the national security objectives, the spectrum of warfare and our beliefs concerning the profession of arms to include the professional Army ethic and values. FM 100-5 is our keystone warfighting doctrine for subordinate and tactical level doctrine, professional education and individual and unit training. FM 25-100 tells us how we should train, including the senior leader's role. FM 22-100 outlines the core dimensions of leadership and the basis for leadership excellence. Together, these references provide the immediate link between leadership and leader development; that is, developing competent, confident leaders capable of assuming positions of greater responsibility and creating the conditions for sustained organizational success.

(2) Second, leader development programs should be responsive to the environment, including such factors as law, policy, resources, force structure, world situation, technology and professional development.

(3) Third, an officer's success should be measured in terms of contribution. An officer's professional goals are directly related to his or her own definition of success, as a professional in the profession of arms.

(4) Fourth, high-quality soldiers deserve high-quality leaders. This principle is the heart of leader development and breathes life into all aspects of the six Army fundamental imperatives—training, force mix, doctrine, modern equipment, quality people and leader development.

(5) Fifth, we recognize as a philosophy that leaders can be developed. While a principle in itself, it is inextricably linked to the philosophy of shared responsibilities among the individual leaders; the schoolhouses, branches and functional area proponents throughout the Army; and, the commanders in the field.

(6) Sixth, leader development is cooperative and holistic. The individual officer (via self-development and dedication to professional growth), commanders in the operational environment and schoolhouses (institutional pillar) share in the responsibility for developing leaders at every level.

## 2–4. Leader development and the Officer Education System

The goal of the Officer Education System (OES) is to produce a broad-based corps of leaders who possess the necessary values, attributes, skills and actions to perform their duties and serve the nation (see chap 4). These leaders must know how the Army runs and must demonstrate confidence, integrity, critical judgment and responsibility while operating in an environment of complexity, ambiguity and rapid change. Additionally, they must build effective teams, fully capable of supporting joint and multinational operations, amid continuous organizational and technological change as well as adapt to and solve problems creatively. The OES prepares commissioned officers for increased responsibilities and successful performance at the next higher level.

*a. Common core.* Regardless of branch affiliation the common thread which ties all OES courses together is common core training. Common core is the consolidation of common leader, military and directed or mandated training subjects prescribed by law, Army regulations and competent authority. It consists of the tasks officers are expected to perform successfully regardless of branch. School commandants identify branch specific training requirements and assist TRADOC in identifying common training requirements for officers and cadets. With task proponents, Commandants also develop appropriate training materials to support the institutional or unit training to meet these requirements. Common core instruction begins at precommissioning and continues at each educational level (Officer Basic Course, Captains Career Course and Command and Staff College). The instruction is progressive and sequential and builds upon the skills and knowledge acquired through previous training and operational assignments.

*b. Precommissioning.* Precommissioning training qualifies individuals to serve as officers. The purpose of precommissioning training is to educate and train cadets/officer candidates, assess their readiness and potential for commissioning as second lieutenants and prepare them for progressive and continuing development.

*c. Officer Basic Course (OBC).* The OBCs are branch specific qualification courses which provide newly commissioned officers an opportunity to acquire the attributes and skills required to lead platoon sized units. The OBCs train newly commissioned lieutenants to:

(1) Prepare platoons, squads, teams, leaders and soldiers and their equipment for operational missions.

(2) Control, lead, supervise and train subordinate leaders.

(3) Care for subordinate leaders, soldiers and their families.

(4) Plan, schedule, supervise, execute, assess and fix responsibility for mission training.

(5) Plan, initiate, supervise and assign responsibility for platoon level personnel, administrative and supply actions.

(6) Plan, supervise, assess and assign responsibility for the safe use, maintenance, security, storage and accountability of personal equipment and organizational material.

(7) Advise the commander on the status of platoon/squad training, discipline, equipment maintenance and personnel readiness.

*d. Captains Career Course.* The Captains Career Course has two phases.

(1) The branch phase (OAC) consists of 18 weeks of advanced branch specific technical and tactical training with integrated common core instruction. This provides company grade officers an opportunity to acquire the attributes and skills required to lead company-sized units and serve on battalion and brigade staffs. The instruction prepares students to:

*(a)* Establish and maintain a disciplined command climate.

*(b)* Execute the unit's assigned missions.

*(c)* Command, control, lead, supervise, discipline, train and develop subordinate leaders and care for subordinates and their families.

*(d)* Develop the unit's Mission Essential Task List (METL) and training plan.

*(e)* Schedule, resource, supervise, execute and evaluate unit and sub-unit individual and collective training.

*(f)* Plan, supervise and evaluate unit leader training and development and personnel, administration, supply, maintenance, safety and security actions.

*(g)* Plan, supervise and evaluate the safe use, maintenance, security, storage and accountability of unit material.

*(h)* Administer the Uniform Code of Military Justice (UCMJ) at the company level.

*(i)* Advise the battalion commander and staff on the status of

company, platoon and squad level training, equipment and personnel readiness.

(2) The 6-week staff process phase (CAS3) uses battalion, brigade, division and installation scenarios to train officers to serve on battalion and brigade level staffs. It develops officers to function as staff officers by improving their abilities to analyze and solve military problems, communicate, interact as staff members and broaden their understanding of Army operations, organizations and procedures. This module, taught at Fort Leavenworth, is unique in that it is the first time an officer receives integrated instruction with officers from different branches of the Army. The course provides the skills necessary for success in single service, joint and multinational environments.

*e. Command and Staff College (CSC).* The CSCs provide intermediate level professional military education and leader development training. The Army's CSC, the Command and General Staff Officer Course (CGSOC), educates and trains officers in the values and attitudes of the profession of arms and in the conduct of military operations in peace and war. The course prepares officers for duty as field grade commanders and staff officers, primarily at brigade and higher echelons. See chapter 4, paragraph 4-6d for further discussion of CSCs.

*f. Senior Service College (SSC).* The SSCs provide senior level professional military education and leader development training. The Army's SSC, the Army War College (AWC), prepares military, civilian and international leaders to assume strategic leadership responsibilities in military or national security organizations; educates students about employment of the U.S. Army as part of a unified, joint or multi-national force in support of the national military strategy; researches operational and strategic issues; and, conducts outreach programs that benefit the nation. See chapter 4, paragraph 4-6e for further discussion of SSCs.

## 2–5. DA Pamphlet 600-3 as a tool for leader development
This pamphlet and other leader development resources provide important references for individual officer self-development. DA Pamphlet 600-3 outlines the specific steps that officers should follow as they progress in the Army. It lays out the career paths and the assignment patterns for officers in each branch and functional area. It shows officers what they should do to satisfy the qualification requirements of their branch and functional area, so they can plan their careers accordingly. The pamphlet provides the road map for officers to use as they chart their careers, especially as they move into their field grade years. DA Pamphlet 600-3 also serves as an important mentoring tool for senior leaders to guide and develop their junior officers.

# Chapter 3
# The Officer Personnel Management System and Career Management

## 3–1. Mission
The Officer Personnel Management System (OPMS) is implemented by the U.S. Total Army Personnel Command (PERSCOM) Officer Personnel Management Directorate (OPMD) and the U.S. Army Reserve Personnel Command (AR-PERSCOM). The mission of OPMS is to:

*a.* Access and designate officers in the right numbers and with the right skills to satisfy current and projected Army requirements.

*b.* Develop the professional capacities of officers through planned schooling and sequential, progressive assignments.

*c.* Assign officers to meet Army requirements.

*d.* Separate officers to meet individual and Army needs.

## 3–2. Factors affecting OPMS
Various factors continuously influence the environment in which OPMS operates. In turn, changes in that environment necessitate continuous adjustments and alterations of policy by the Deputy

Chief of Staff for Personnel (DCSPER). Factors that influence OPMS policy are:

*a. Law.* Congress passes legislation that impacts on officer career development through required changes in related Army policy. The Defense Officer Personnel Management Act of 1981 (DOPMA) created officer strength limits, promotion flow and timing points and the integration of Regular Army (RA) and other than Regular Army (OTRA) into common patterns. Tenure for officers was an essential ingredient in the legislation. However, as the world threat and force structure changed, legislative revisions to the original DOPMA were sought to afford better flexibility in strength management. The Department of Defense (DOD) Reorganization Act of 1986 (Goldwater-Nichols Act) impacted on the officer corps by instituting Joint Officer Management provisions requiring a number of officers in the Army to serve in joint duty assignments as field grade officers. In 1986, Congress also passed Public Law 99-145, which specified the acquisition experiences and education necessary for an officer to be the project manager of major weapon systems. This law later led to the creation of the acquisition corps.

*b. Policy.* New laws often create changes in policy. Policy is also the purview of the Executive branch, which acts through the Department of Defense. An example of how legislation impacts on DOD and Army policy is the creation of the Army Acquisition Corps (AAC) in 1990. During 1989, the military departments studied an Executive and DOD review of Public Law 99-145 and the Packard Commission report on acquisition. In January 1990, the Secretary of the Army announced the implementation of the AAC based on a Presidential order and DOD directives which instructed the Services to create an acquisition corps.

*c. Budget.* Perhaps the most important impact on the career development of officers is embodied in the annual fiscal year defense budget. Funding limitations and allocations imposed by Congress affect the entire spectrum of officer management. The size and composition of the officer corps, accessions, strength management, promotion rates and pin-on-points, schooling, education programs and permanent change of station (PCS) timing are but a few of the areas affected by budget decisions and subsequent policies. The defense budget reflects the will of Congress in meeting the perceived military threat as well as the global and national economic challenges. Future budget decisions will continue to impact the Army and its officer corps.

*d. Proponent vision.* The duties of the proponent (as stated in AR 600-3) are executed, in part, by the publication of this pamphlet. Each proponent has responsibility for a branch and/or functional area and oversees the entire life cycle development for their officer population. Proponents project future requirements for officer skills and sustain or modify elements of force structure and inventory to meet future needs. They define the three pillars of leader development: institutional training and education, operational assignments and self-development goals. Proponents design and articulate doctrinal based work for specific branches and functional areas by grade; documented in TOE/TDA positions and clearly described in career patterns. These patterns of officer development are embodied in life cycle development models. They are the diagrams of life cycle management provided in this pamphlet and used by OPMD assignment branches to execute the proponent career programs. As proponents modify officer skill requirements or development models to meet changing conditions, the OPMS and this pamphlet will be updated.

*e. Officer needs.* At any given time, the officer inventory reflects American society as a whole and may span over 4 decades of age groups. Career expectations, job satisfaction, discipline, priorities, leader abilities, educational aptitude, importance of family and cultural values vary widely among serving year groups. The Army, through OPMS, responds to the individual needs of the officer as well as the mission and requirements of the force.

*f. Technology and specialization.* Besides the obvious advancements in science and technology evident in the Army's warfighting equipment, the quantum increase in information and required decision making inherent in modern doctrine and warfare necessitate increased specialization within the officer corps. Complex and lethal

weapons, joint and multinational doctrine and organizations, and a global political and economic connectivity require the utmost competence in the officer corps. Such skills are mastered through self-development, mentoring, a combination of civilian and military educational programs and a series of challenging, developmental assignments.

*g. Special programs.* Special programs meet a unique requirement for the Army. Many are Army initiatives; others are directed by higher authority such as the Office of the Secretary of Defense (OSD) and some are mandated by law. One current example is the long-term, Congressionally mandated requirement with special significance to both the Active Component (AC) and Reserve Component (RC) known as the AC-to-RC (AC/RC) Program. AC officers advise and assist RC units, and promote and enhance Total Force interoperability. Participation in this program is a professionally challenging as well as professionally rewarding experience.

## 3–3. OPMS concept

*a.* OPMS XXI is an evolutionary system that balances the needs of the Army with the aspirations and developmental requirements of the officer corps. Modified by external environmental factors, as well as doctrine, the dynamics of force structure and leader development principles, OPMS XXI will serve the officer corps and the Army into the 21st Century. Inherently flexible, the system is designed to respond to a variety of doctrinal, proponent, commander and individual initiatives to meet emerging needs. Additionally, an annual review process ensures that OPMS continues to adapt to changing Army requirements. This flexibility is embedded in OPMS subsystems, which are interrelated and affected by each other's changes. These subsystems are:

(1) *Strength management.* The numbers of officers, by grade and specialty, are defined by Army requirements, law, budget and policy. The combination of these factors results in the determination of the numbers of officers to access, promote, develop, assign and separate. Since each of these factors is dynamic, the number and grade of branch and functional area officers within the inventory are also dynamic. As Army requirements or force structure change, the officer inventory will also change and be realigned to meet the needs of the resulting force structure.

(2) *Development.* Each branch, functional area and officer skill proponent has defined the appropriate mix of education, training and sequential, progressive assignments needed by the officer corps at each grade level. The demands of each specialty are reflected in subsequent branch and functional area chapters as life cycle development models. The OPMD assignment branches develop each officer's career by using these models while balancing Army requirements and policies for officer management. To ensure the development of all officers, OPMD operates in concert with various responsible agents in OPMS: the individual officer, the proponents, commanders in the field and the senior Army leadership. Officer development is a responsibility shared by all.

(3) *Evaluation.* The Army officer structure is pyramidal. The apex contains very few senior grades in relation to the wider base. Advancement to increasingly responsible positions is based on relative measures of performance and potential. The mechanism to judge the value of an individual's performance and potential is the OER described in detail in chapter 6. All OPMS subsystems are affected by the evaluation report. Promotion, Career Field designation, selection for command, retention in service and career development opportunities are all based on the information contained in the OER.

(4) *Centralized selection.* The hub around which all the subsystems revolve is centralized selection. Strength management, development and evaluation of individual contribution occurs in the series of HQDA and PERSCOM selection boards for retention, career status, schooling, promotion and senior command designation. These boards employ the evaluation reports, life cycle development models and strength requirements to advance individuals to the next stage of development. Officers generally flow through the centralized selection subsystem by groupings called cohort year groups.

Central selection perpetuates the ideals, cultural values, ethics and professional standards of the Army by advancing and retaining only those individuals best qualified to assume positions of greater responsibility. Centralized selection has evolved over time to account for the impact of law, policy, budget, officer needs and proponent vision.

*b.* Additionally, the increasing specialization of the officer corps is incorporated in OPMS XXI selection procedures to assure adequate attention is given to the wide variety of career possibilities within the personnel management system.

## 3–4. Career patterns

*a.* The development of officer values, attributes, skills and actions to meet the needs of the Army is accomplished through the creation of proponent designed life cycle models for each branch and functional area. These life cycle models clearly depict the schooling, operational assignments and self-development goals that define qualifications for officers in each grade by branch and functional area. Life cycle models are developed by proponents and are based on Army requirements. Proponents closely monitor Army doctrine and force structure to assure their branch or functional area remains relevant, responsive and ready to meet the Army's evolving needs for officer skills.

*b.* The size of the officer inventory is limited. As Army doctrine and force structure change, it may be necessary to realign the strength and professional development goals of each branch and functional area to meet new challenges. Under OPMS XXI, all officers are accessed into the Army's basic branches. Their basic branch becomes their basic specialty; and, through a series of educational and developmental assignments, they are given the opportunity to meet the branch qualification requirements outlined by their proponent. Midway through their company grade years, all officers also receive a functional area specialty. Finally, following selection for promotion to major, all officers are designated into one of four Career Fields where they continue their development as field grade officers in one specialty, either in their basic branch or in their functional area. Officers in the Reserve Components will also undergo Career Field designation with their Active Component counterparts; but, modification to the process is necessary to accommodate ARNG/USAR unique personnel management considerations. Accessioning policies for the Army Acquisition Corps and Special Forces branch are unique and are addressed in their respective chapters.

*c.* Following Career Field designation, officers are assigned under a dual-track assignment system. All officers will be assigned to positions which require expertise in the particular specialty associated with each officer's designated Career Field, either branch skills or functional area skills. In addition, officers may be assigned to branch/functional area generalist positions throughout the Army which require those leadership and managerial skills common to all officers. Assignment of officers to branch/functional area generalist positions are made with the same professional development considerations afforded branch and functional area assignments. See the glossary for a discussion of branch/functional area generalist assignment criteria.

*d.* The Career Field-based management concept is the heart of OPMS XXI. The basic premise is that officers can serve throughout their careers in a variety of assignments centered around their branch and functional areas. Multiple career patterns are possible under OPMS. One of the major objectives of OPMS XXI is to professionally develop officers in their designated branch and functional area through the interactions of the individual, the proponent, OPMD and the field commander. These interactions are embodied in the process of officer development:

(1) *Development in a designated specialty.* There are 38 branch and functional area specialties in OPMS XXI. The differences between a branch and functional area are:

(a) *Branch.* A branch is a grouping of officers that comprises an arm or service of the Army and is the specialty in which all officers are commissioned or transferred, trained and developed. Officers hold a single branch designation and may serve in repetitive and

progressive assignments associated with the branch. An officer may be assigned to only one branch. (Also see AR 310-25 for this and related definitions.) See chapter 8, paragraph 8-2 for further discussion of officer branches.

*(b) Functional area.* A functional area is a grouping of officers by specialty other than an arm, service or branch who possess interrelated groups of skills and perform tasks that usually require significant education, training and experience. Although functional area requirements are predominately in the field grades, some captains will serve developmental tours in their functional area. After Career Field designation, functional area officers will serve repetitive and progressive assignments within their functional area. An officer may not be accessed into or be assigned to more than one functional area at a time. See chapter 8 for further discussion of functional areas.

(2) Officer professional education, to include resident and non-resident instruction, on-the-job training, individual study and when appropriate, civilian education.

(3) Planned, sequential and progressive operational assignments by OPMD assignment branches using the life cycle development models.

(4) Career development counseling and mentoring by the commander and OPMD.

(5) Designation and election of branches, functional areas and Career Fields.

*(a) Branch designation.* Upon commissioning, officers are designated in a basic branch for entry on active duty, training and utilization. Some combat support and combat service support officers are branch detailed. Selected lieutenants branched Signal, Quartermaster, Ordnance, Transportation and Finance are detailed to a combat arms branch for 2 years. Selected Military Intelligence and Adjutant General officers are detailed for 4 years. Lieutenants under the branch detail program attend the OBC and participate in branch specific training for the branch to which they are detailed. On completing the 2-year detail, officers attend a 4-week branch transition course before they return to their designated branch. Officers in the 4-year program receive transition branch training in conjunction with their enrollment in the Captains Career Course. During the early years of service, career development within the branch follows the proponent's life cycle model for branch qualification. Generally, the first 8 years of service are devoted to branch qualifying tours and training that prepare the officer for further advancement. Officers may request, in writing, a voluntary branch transfer in accordance with AR 614-100, paragraph 4-2. Detailed officers must be approved for branch transfer by their detail branch, basic branch and PERSCOM (TAPC-OPD-C), in addition to meeting the requirements of AR 614-100. Officers between their 4th and 7th years of service, may volunteer for Special Forces training and, upon successful completion of training, will receive a branch transfer into the Special Forces branch.

*(b) Functional area designation.* Between the 5th and 6th years of service, officers have the opportunity to select and be designated in a functional area. Preference statements are mailed out to each officer in a cohort year group to begin the process. Proponents provide input to OPMD on future requirements and their needs for academic disciplines, schools and branch mix. OPMD calculates the required designation targets by branch and functional area and passes the master plan to the assignment branches for completion. Using the input from the individual officers, a HQDA board completes the designation process. Once approved, the field is notified of the results and the officer master file is updated. Some officers who possess special skills or have been awarded graduate degrees supportive of a certain functional area may receive their designation earlier than their cohort year group. Officers may request a change to their functional area only after they have held the designation for 2 years. Requests should be sent to U.S. Total Army Personnel Command (TAPC-OPB-A), 200 Stovall Street, Alexandria VA 22332-0411. These requests are evaluated by a board of officers within OPMD and the final decisions are based upon individual qualifications and the needs of the Army.

*(c) Career Field designation (CFD).* Six months prior to consideration for promotion to major, captains will submit preference statements concerning their branch and functional area designation priorities. Immediately following selection for promotion to major, officers are designated into a Career Field for branch or functional area specialization. (AAC officers are considered to be Career Field designated upon entry into FA 51 at about the 8th year of service (see chap 47.)) OPMS XXI restructured the Army Competitive Category by grouping interrelated branches and functional areas into officer management categories called Career Fields. The Career Field designation process determines in which specialty officers will continue their field grade development; either in their branch or in their functional area. Management of officer development in Career Fields recognizes the increasing specialization of the officer corps and the inherent requirement for officers to gain deeper expertise in a technologically advanced and increasingly complex environment. The CFD process is carried out by a HQDA centralized board. As in centralized selection, these boards consider officer education, training and experience; evaluation reports; life cycle development models; officer preferences; and strength requirements to ensure that the needs of the Army are met for future field grade officer requirements in each Career Field. Each Career Field has its own unique characteristics and development track for officers which reflect the readiness requirements of the Army today and into the 21st Century. Officers in all Career Fields are assigned across the Army in TOE and TDA organizations. For further discussion of Career Fields and their composition, see chapter 8.

*e.* Some positions in the Army are irrespective of branch or functional area coding and are designated as branch/functional area generalist positions. Officers should expect to serve in these assignments at various times during their careers, regardless of their designated Career Fields. Examples of these key generalist positions are aide-de-camp, Inspector General (IG), U.S. Army Recruiting Command (USAREC), Congressional liaison, Reserve Officers' Training Corps (ROTC) and U.S. Military Academy (USMA) faculty and staff. Officers are selected for these and other similar positions based on overall manner of performance, previous experience, military and civilian education and estimated potential for further service. All officers can anticipate serving in one or more of these generalist positions.

*f.* Both branches and functional areas may require more specific job skills and qualifications to further prepare their officers to meet highly specialized position requirements. These specific skills are called areas of concentration (AOC). As a general rule, OPMS seeks to cross train and provide experience to officers in as many AOCs within their specialty as possible. Areas of concentration are described in the branch/functional area chapters of this pamphlet.

*g.* Distinct career development phases are inherent in OPMS and the Leader Development Action Plan. There are four basic phases of officer career development that are related to the military grade and experiences of the officer's cohort year group. These phases reflect the education and training, operational assignments and self-development goals required of that branch or functional area. The phases are flexible as to sequence since the actual course of an officer's career development and utilization will be influenced by Army requirements and the officer's own capabilities and demonstrated manner of performance. Instances may arise that will require officers to serve in positions above their grade. A generic OPMS life cycle model is detailed for each of these four phases in paragraphs 3-7 through 3-10.

*h.* Branch/FA qualification connotes a mastery of skills, knowledge and attributes expected of an officer for his or her grade in a specific branch or FA. In the profession of arms, branch/FA qualification is a rite of passage into assignments of increased scope, authority and responsibility. Captains achieve branch qualification through mastery of common core and branch skills, knowledge and attributes that assure the strong professional development foundation essential for success in the field grades. Army culture and tradition clearly define branch qualification for captains to be completion of the Career Course followed by successful company level command,

considered the most challenging assignment to test character, competence and potential of junior officers. In some branches, force structure precludes the company command opportunity for all captains. This, too, is recognized by culture and tradition; so, key staff positions afford qualification in these branches. Branch qualification for majors begins with credit for Command and Staff College followed by a key staff assignment with troops. The spectrum of branch qualifying assignments for majors varies by branch; but, culture and tradition recognize key staff assignments at division, brigade and battalion level to best prepare majors for leadership positions in the senior grades. Qualification for majors in the functional areas is no less important. FA qualification also begins with Command and Staff College, but specialized skills, knowledge and attributes are measured by technical proficiency gained through a mix of training, education and FA experience. In this pamphlet, each proponent has described branch and FA qualification for captains and majors in loud and clear language. Officers must read and understand this branch/FA qualifying criteria as a road map to a successful career.

*i.* OPMS XXI introduced significant change to the officer promotion system. While policies and procedures for promotions through the grade of captain remain unchanged, promotions in the field grades are managed differently. Majors and lieutenant colonels compete for promotion from within their Career Field. Additionally, all secondary or below-the-zone selections will be limited to 5 to 7.5 percent. Officers will receive only one consideration for secondary zone selection for promotion to a given grade. Most fundamental promotion policies remain valid. Selection for promotion is based on performance and potential for further service. These are measured by the officer's assignment history, branch and functional area qualifications achieved and the officer's relative standing with his or her peers as indicated in the evaluation reports. The selection boards are briefed as to the number of officers to select based on law, policy and budget. Additionally, the boards receive guidance as to the officer qualities expected for promotion. All of this information is contained in the Secretary of the Army's Memorandum of Instruction (MOI) issued to the board. Members of the board use DA Pamphlet 600–3 to determine branch and functional area qualifications. Promotion selection lists are approved by the Secretary of the Army and by Congress prior to publication.

## 3–5. Introduction to officer skills
A skill identifier identifies specific skills that are required to perform the duties of a particular position and are not related to any one branch or functional area. There are over 170 skills in the current Army regulation, many of which require special schooling, training and experiences in which qualification is maintained.

## 3–6. Joint officer professional development
*a. Joint duty assignments.*

(1) The provisions of Title 10, United States Code Armed Forces, specify that officers on the active-duty list may not be appointed to the grade of brigadier general unless they have completed a full tour of duty in a joint duty assignment (JDA). The Assistant Secretary of Defense (FMP) may waive the JDA requirement on a case-by-case basis for scientific and/or technical qualifications for Corps of Engineers, Military Police Corps, Military Intelligence, Finance Corps, Chemical Corps, Ordnance Corps, Army Acquisition Corps and Public Affairs officers; Comptrollers; Nurses and Medical, Dental, Veterinary and Medical Service officers; Chaplains; Judge Advocate officers; officers serving in a JDA for at least 12 months that began before 1 January 1987; officers serving in a JDA at least 180 days on the date the board convenes; and lastly, for the "good of the Service." A JDA is a designated position in a multi-Service or multi-national command or activity involved in the integrated employment or support of the land, sea or air forces of at least two of the three military Services. The preponderance of an officer's duties involves producing or promulgating National Military Strategy, joint doctrine and policy, strategic and contingency planning, and command and control of combat operations under a unified command.

The Goldwater-Nichols Department of Defense Reorganization Act of 1986 provides statutory requirements as set forth in Title 10 for joint duty assignments, joint tour credit and joint military education.

(2) The Joint Duty Assignment List (JDAL) is a consolidated list of JDAs approved for joint credit by the Assistant Secretary of Defense for Force Management Policy (ASD (FMP)). Billets listed on the JDAL are the only positions in which an officer may receive joint credit. Presently, the JDAL has approximately 3200 billets for Army majors through colonels. This total includes approximately 325 joint critical billets. Officers awarded the 3L (Joint Specialty Officer) skill identifier are the only officers permitted by law to serve in joint critical billets on the JDAL. The Chairman of the Joint Chiefs of Staff may waive this requirement.

*b. Joint Duty Credit.* The statutory tour length for a JDA is three years for field grade officers and two years for general officers. Officers must be assigned to positions on the JDAL to receive joint duty credit. After completing a full tour of duty in a JDA, they will be awarded the 3A (Joint Duty Qualified) skill identifier. An officer begins to accrue joint duty credit upon assignment to a JDAL billet and stops accruing joint duty credit on departure. Assignment to different JDAL billets within the same organization counts as one continuous tour of duty. Overlap of incoming and outgoing officers, during which time both officers accrue joint duty credit, may not exceed 90 days. Critical Occupational Specialty (COS) officers (colonels and below) who meet the criteria contained in section b(2) below may receive full tour credit for serving at least 2 years in their initial JDA. In specific instances, up to 60 days of constructive credit may be awarded toward full tour credit. Officers who serve at least 10 months in a JDA may receive cumulative tour credit. Cumulative tour credit may be combined to receive full tour credit when the minimum JDA tour length of the billet is met (24 to 36 month billets) and the cumulative total equals 36 months. An individual waiver signed by the Secretary of Defense is required to remove an officer from a JDA prior to full tour completion unless one of the following conditions exists.

(1) *Geographical location.* When due to geographical location, the specified tour length is less than 36 months, the officer may move out of the position upon completion of the specified tour length.

(2) *Critical Occupational Specialty (COS) Takeouts.* The ASD (FMP) may designate certain military occupational specialties as "COS" provided the skill is in the combat arms and there exists a severe shortage of trained officers in that skill. Branches designated as COS are Infantry, Armor, Aviation, Field Artillery, Air Defense Artillery, Special Forces and Engineer. Designation of COS is intended to ensure that normal tour length requirements for JDAs do not lead to significant deterioration of warfighting skills or personnel shortages in operational fields. Individual officers on their initial joint tour and possessing a COS may be reassigned without waiver before completion of a full JDA tour, but not less than 24 months (22 months with constructive credit), when necessary for operational requirements, to alleviate shortages, or when reassignment timing is critical to the officer's professional career development.

(3) *Multi-Tour Takeout.* An officer may leave his second joint duty assignment and receive full joint tour credit after completion of at least 24 months in that JDA. No constructive credit is permitted under this provision.

*c. Joint Specialty Officers (JSOs).* JSOs are educated and experienced in the employment, deployment and support of unified and multinational forces to achieve national security objectives. Joint Specialty Officers provide continuity for joint matters that are critical to strategic and operational planning and serve within the joint arena and their service. Each year the Secretary of the Army convenes a JSO designation board to consider officers for recommendation to the Secretary of Defense for designation of the Joint Specialty. Officers eligible for the JSO designation must meet the highest standards of performance, complete both Phase I and II of a Joint Professional Military Education program and successfully complete a full tour of duty in a JDA. The Secretary of Defense

may waive the education requirement provided the officer has successfully completed two full tours of duty in a JDA. At the conclusion of the JSO designation board, the Army will forward the names of all officers recommended for the JSO designation through the Chairman of the Joint Chiefs of Staff to the Secretary of Defense for approval. Officers approved by the Secretary of Defense will be awarded the 3L (Joint Specialty officer) skill identifier.

*d. Joint promotion objectives.* Title 10 states that the qualifications of officers assigned to JDAs and officers designated as JSOs should be such that:

(1) Officers who are serving, or have served, on the Joint Staff are expected, as a group, to be promoted to the next higher grade at a rate not less than the rate for officers in the same military service in the same grade and competitive category who are serving, or who have served, on the headquarters staff of their military service.

(2) JSOs are expected, as a group, to be promoted at a rate not less than the rate for officers in the same military service in the same grade and competitive category who are serving, or have served, on the headquarters staff of their military service.

(3) Officers who are serving, or have served, in JDAs (excluding officers on the Joint Staff and JSOs) are expected, as a group, to be promoted to the next higher grade at a rate not less than the rate for all officers in the same military service in the same grade and competitive category.

(4) Officers who are serving, or have served, on the staff of the Secretary of Defense are expected to be promoted to the next higher grade, as a group, at a rate not less than that for officers in the same grade and competitive category who are serving, or have served, on the headquarters staff of their military service. This promotion policy is a DOD promotion policy objective IAW DOD Instruction 1300.20.

*e. Joint Professional Military Education (JPME).* Professional Military Education (PME) is the systematic instruction of professionals in subjects that enhance their knowledge of the science and art of war. JPME is that portion of PME concentrating on instruction of joint matters. Program for Joint Education (PJE) is a Chairman of the Joint Chiefs of Staff-approved body of objectives, policies, procedures and standards supporting JPME requirements for JSO nomination. PJE is a shared responsibility of the military service colleges and the National Defense University (NDU). The National War College (NWC) and Industrial College of the Armed Forces (ICAF) curricula encompass the entire PJE (Phase I and Phase II). Other educational institutions approved by the Chairman of the Joint Chiefs of Staff conduct PJE Phase I, while the Armed Forces Staff College (AFSC) conducts PJE Phase II. Officers who complete both PJE Phase I and PJE Phase II satisfy the educational requirements for JSO nomination. The programs for Joint Education School Certification approved by the Chairman of the Joint Chiefs of Staff are shown at table 3-1.

(1) *PJE Phase I.* PJE Phase I is that portion of the PJE that is incorporated into the curricula of intermediate and senior-level military service PME schools and other appropriate educational programs that meet PJE criteria and are accredited by the Chairman of the Joint Chiefs of Staff.

(2) *PJE Phase II.* PJE Phase II is that portion of PJE that complements PJE Phase I. PJE Phase II is taught at AFSC to both intermediate and senior-level students. Officers must complete PJE Phase I to be eligible to attend PJE Phase II. Under exceptional conditions, the Chairman of the Joint Chiefs of Staff may approve a direct-entry waiver to permit an officer to complete PJE II without having completed PJE Phase I. PJE Phase II is integrated, along with PJE Phase I, into the curricula at the NWC and ICAF.

(3) *Other programs.* Other programs, as approved by the Chairman of the Joint Chiefs of Staff, may satisfy the Phase I requirement.

(4) *PJE Phase II Graduates.* The Army must ensure that the following requirements are met by officers who graduate from each of the NDU schools (e.g., the NWC, the ICAF or the AFSC) for each FY:

(a) All JSOs must be assigned to a JDA as their next duty assignment following graduation, unless waived on a case-by-case basis by the ASD (FMP).

(b) More than 50 percent (defined as 50 percent plus one) of all non-JSO graduates from each of those schools must be assigned to a JDA as their next duty assignment following graduation. One half of the officers subject to that requirement (for each school) may be assigned to a JDA as their second (rather than first) assignment following graduation, if necessary for efficient officer management. The Army shall coordinate with the Chairman of the Joint Chiefs of Staff to document compliance.

**Table 3–1**
**Program for Joint Education School Certification**

| Service/Agency | School | Date Certified | PJE Phase | Notes |
|---|---|---|---|---|
| NDU | NWC | 1 June 89 (ICG) | Full | 1 |
| | ICAF | 1 Jun 89 (ICG) | Full | 1 |
| | SIWS | 10 May 95 | 94-96 | 4 |
| | FSC/JCSOS | 1 Jun 89 (ICG) | PhII (Jul 90) | 1, 2, 3 |
| | AFSC/JCWS | 25 Oct 94 | Ph II | |
| Army | USAWC Res | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | USACGSC Res | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | USACGSC Non Res | 3 Jul 91 | Ph I | 5 |
| Navy | CNW | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | CNCS | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | CCE | 29 Mar 91 | Ph I | |
| | NPS/JEEP | 11 Dec 95 | Ph I | |
| Air Force | AWC | 18 Dec 92 | Ph I | 1, 2 |
| | ACSC Res | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | ACSC Non Res | 2 Nov 90 | Ph I | |
| Marine Corps | MCWAR | 18 Dec 92 | Ph I | |
| | MCCSC Res | 1 Jun 89 (ICG) | Ph I | 1, 2 |
| | MCCSC Non Res | 28 Jan 94 | Ph I | |

Table 3–1
**Program for Joint Education School Certification—Continued**

| Service/Agency | School | Date Certified | PJE Phase | Notes |
|---|---|---|---|---|
| All Services Fellowships and International Military Colleges | Various | | | |

Notes:

[1] ICG. Based on the ICG, CJCS certified seven Service school joint track programs and three NDU schools for AY 1988-89 in full satisfaction of the JPME requirement for JSO nomination.

[2] AY 1985-88 PME. If completed PJE Phase II by 1 January 1994, officers received PJE Phase I credit for resident PME programs completed AY 1985-88.

[3] AFSC. Graduates of AFSC (6 Month PCS Course) in AY 88, AY 89 and AY 90 (through the June 1990 class) receive full PJE credit. The first AFSC PJE Phase II class was conducted Jul-Sep 90.

[4] SIWS program. SIWS program terminated upon completion of AY 95-96.

[5] Program certification. Program certified 3 July 91; first graduate produced 1 January 92.

## 3–7. Company grade development

a. *Pre-branch qualification.* This phase commences upon entry on active duty and lasts to the 8th year of service (see fig 3-1). Normally, officers begin development in their branch by attending the basic course.

(1) *Basic course.* The Officer Basic Course (OBC) marks the beginning of an officer's formal military professional development training following commissioning. The branch OBC prepares officers for their first duty assignment and provides instruction on methods for training and leading individuals, teams, squads and platoons. Additionally, the course provides officers with a detailed understanding of equipment, tactics, organization and administration at the company, battery or troop level. After the basic course, some officers may attend additional courses, such as airborne, ranger or language, to further prepare them for their initial assignment.

(2) *Initial assignments.* Branch assignment officers in OPMD normally assign OBC graduates to the branch duty positions available upon graduation. Included in these assignments are CONUS or overseas troop units where officers begin to hone their leadership skills. All junior officers should seek leadership positions in troop units whenever possible. Such duty helps to more fully educate them on Army operations and military life and will build a solid foundation for future service.

(3) *Captains Career Course.* Following selection for promotion to the grade of captain, officers normally attend the branch Captains Career Course. This is the second major branch school officers attend before company level command. The course combines the instruction formerly taught in the branch Officer Advanced Course (OAC) and the Combined Arms and Services Staff School (CAS3). Selected captains deemed to have demonstrated superior performance in their basic branch may be selected to receive this training at schools other than their basic branch. A Field Artillery officer, for example, may attend the Armor Captains Career Course. This cross training benefits officers of both branches. All officers seeking accession into Special Forces will attend the Infantry Captains Career Course. The branch Captains Career Course has two phases:

(a) The branch phase consists of 18 weeks of branch specific technical and tactical training with integrated common core instruction. This training prepares officers to command and train at the company, battery or troop level and to serve as staff officers at the battalion and brigade levels.

(b) The 6-week staff process phase (CAS3) prepares officers to function as staff officers at battalion, brigade and division level. The course goals are to improve an officer's ability to analyze and solve military problems, improve the ability to interact and coordinate as a member of a staff, improve communication skills and understand Army organizations, operations and procedures. Most officers will go directly to the staff process phase at Fort Leavenworth in a TDY and return (to the branch school) status. For the remaining officers who report to their units immediately after the branch phase, the gaining unit commander is responsible for scheduling their staff

process phase attendance. Officers should aggressively pursue completion of this phase as soon as possible after arriving at their new duty assignment.

(4) *Functional area designation.* Between the officer's 5th and 6th years of service, OPMD designates the cohort year group's functional areas. At the beginning of this process, officers receive a preference statement asking them to choose and prioritize their functional area choices. Careful scrutiny of the functional area chapters in this pamphlet and an assessment of personal skills will aid in electing choices for this important career development decision. Since academic degrees and disciplines weigh heavily in the selection of a functional area, officers should ensure their official undergraduate or graduate transcripts are in their files. Even after the functional areas are awarded, officers will normally complete branch qualification prior to training and assignment in their newly designated fields.

(5) *Branch qualification.* All officers must focus their company grade years on branch qualification, regardless of the functional area and Career Field they will later enter. The value an officer brings to a specialized functional area is dependent on experience gained by leading soldiers and mastering basic branch skills. Most branches prefer that an officer command at the company, battery or troop level for at least 18 months following the Captains Career Course. Unit command is the essence of leadership development at this stage of an officer's career. Company command positions are filled by officers who have demonstrated the potential and desire to command soldiers. The number of company commands within a specific branch may not afford all officers the opportunity to command at the captain level. Therefore, some proponents have specified that other key staff positions are also branch qualifying. Company command opportunities are in traditional tables of organization and equipment (TOE) line units or tables of distribution and allowances (TDA) units in training, garrison and headquarters organizations. Some officers may receive more than one command opportunity; but, those cases are rare and limited by policy to specific commands such as ranger companies, long-range surveillance units and headquarters companies of heavy brigades. Generally, by the 8th year of service, a cohort year group has achieved branch qualification. The next phase of career development is heavily dependent on completing branch qualification.

*Note.* (This paragraph discusses branch qualification in general. For branch unique information, refer to that branch's chapter later in this pamphlet.)

b. *Post-branch qualification.* Between the 8th and 12th years of service and after an officer is branch qualified, a number of options become available for continued career development. At this time, career managers at OPMD assess the officer's developmental objectives for the post-branch qualification phase based on assignment patterns completed, relative manner of performance achieved, individual preferences and Army requirements available for the next developmental stage (see fig 3-1). The types of assignments and developmental patterns for this phase are as follows:

(1) *Branch assignments.* The range of further assignments to branch coded positions is a function of the Army's requirements and

officer availability. These assignments may include staff and faculty positions at service schools, Combat Training Center (CTC) duty or staff positions in tactical or training units. Branch assignments further develop the basic branch skills and employ the officer's accumulated skills, knowledge and attributes.

(2) *Branch/functional area generalist assignments.* Some officers may serve in positions coded 01A (Officer Generalist) or 02A (Combat Arms Generalist). These branch/functional area generalist positions are not specific as to branch or functional area but require a certain group of experiences, manner of performance and demonstrated potential. Such assignments include USAREC staff and command positions, ROTC or USMA faculty and staff, and MACOM staff positions.

(3) *Functional area development.* Some officers are considered for available training and assignment in functional area coded positions. Based on the life cycle model of the functional area proponent, branch qualified officers attend specialized training courses in their respective fields to prepare them for this career developing assignment. For example, an Information Systems Management officer (FA 53) could be scheduled for the Systems Automation Course in route to an FA 53 coded position. Each functional area proponent has established specific courses to prepare officers to be successful. Attendance at these schools is usually in a TDY status in route to the functional area assignment. Most tours for functional area duty are in CONUS for captains and generally last 3 to 4 years. This initial schooling and assignment in a functional area is an important first step in achieving qualification in a skill and may influence subsequent Career Field designation after selection for promotion to major. Few captains will actually receive functional area training since most functional area structure exists at the field grade level.

(4) *Advanced Civil Schooling (ACS).* Each year approximately 450 officers attend civilian academic institutions to obtain master's and doctoral level degrees in designated disciplines. The final number varies based on budget, policy and Army requirements. The Army Educational Requirements System (AERS) operates on the premise that about 5,000 positions in the Army, primarily in TDA organizations, require officers with the advanced academic education necessary for accomplishing the functions relative to those positions. The majority of these assignments are in functional area billets, with some branch coded positions also in the structure. These positions are annually assessed to determine how many officers should be entered into each academic discipline. The criteria for selection are based on the branch or functional area skill required, academic proficiency measured by undergraduate performance and scores from the Graduate Record Examination (GRE) or Graduate Management Admission Test (GMAT), ability to be accepted by an accredited college and manner of performance to indicate strong potential for future service. Proponents must forecast the education and utilization of ACS graduates to meet projected needs since the degrees typically take 12 to 22 months to complete. The specific follow-on assignment is often determined about 6 to 9 months prior to graduation. See branch and functional area chapters for discussion of ACS requirements. AR 621-1 is the governing regulation and specifies the method by which officers may apply for ACS.

(5) *Training With Industry (TWI).* Some branches and functional areas participate in TWI, where officers are assigned to a civilian industry to observe and learn the technical and managerial aspects of that field. The total number of training quotas varies annually from 50 to 70 based on budget, policy and requirements. Officers selected for this program must be branch qualified, have a manner of performance that reflects a strong potential for future service and are able to serve a utilization tour upon completion of training. The TWI program is outlined in AR 621-1 and in the specific branch and functional area chapters later in this pamphlet.

(6) *Army Acquisition Corps (AAC).* Between their 7th and 8th year of service, about 150 officers are accessed into the Army Acquisition Corps (FA 51) to be professionally developed in this highly specialized functional area. A PERSCOM Acquisition Accession Board is held annually to select branch qualified officers for FA 51. AAC officers may receive a fully funded master's degree (if not already at civilian education level 2), attend the Materiel Acquisition Management Course and other FA related training, and serve repetitive assignments in their acquisition specialties to prepare them for critical acquisition positions at field grade level. The Army Acquisition Corps, created in early 1990, is described in detail in chapter 47 of this pamphlet.

(7) *Selection for promotion to major.* Normally the cohort year group in their 10th year of service enters the primary zone of consideration for major; a year earlier for below-the-zone consideration. OPMS strives to maintain the promotion opportunities reflected in the Defense Officer Personnel Management Act (DOPMA). For promotion to major, the objective selection rate is 80 percent. Upon approval of the majors selection list, this cohort of captains begin their next phase of career development.

## 3–8. Major development

*a.* This phase, which generally encompasses the 12th to 17th years of service, begins with selection for promotion to major immediately followed by Career Field designation and first consideration for CSC. This is a critical period in an officer's career life cycle, and officers must be acutely aware of the scheduling of these important HQDA centralized boards and the preparations necessary. The junior field grade years (see fig 3-1) serve to develop the officer cohort in a variety of branch or functional area assignments within their Career Field.

*b.* The general development goals are to complete military education level 4 (MEL 4) or Command and Staff College (CSC) schooling by resident or nonresident instruction, and to meet either the basic branch qualification or functional area qualification criteria at this grade prior to consideration for promotion to lieutenant colonel.

(1) *Command and Staff College (MEL 4).* The Command and Staff College prepares officers for their duties as Army majors and lieutenant colonels. Officers centrally selected by HQDA for CSC are slated to MEL 4 service schools by OPMD based on preference and officer developmental goals. Army officers may be slated to CSCs from all four military Services and some Allied equivalent courses. Approximately 50 to 60 percent of each cohort year group will be selected for resident CSC attendance.

(2) *Qualification criteria for majors.* To be considered qualified in grade, majors generally must meet the requirement outlined by their respective branches or functional areas. It is the OPMS XXI goal for majors to spend up to 3 years on station with 24 months in a branch qualifying assignment. The sequence of branch qualifying assignments is not a consideration for board deliberations or for professional development. The manner of performance of the officer and the developmental experience gained are the only considerations. Duty in qualifying assignments is an essential ingredient in the career development of majors prior to promotion to lieutenant colonel. Officers are advised to read and understand the proponent chapters that describe successful career patterns.

*c.* Majors in the Operational Support, Institutional Support and Information Operations Career Fields without functional area experience will begin their functional area professional development phase. Officers designated into functional areas should expect training and education opportunities to focus on their areas of specialization and progressive and repetitive assignments of increasing responsibility. Advanced Civil Schooling should be the goal of each functional area officer. Most assignments are in the TDA organizations within CONUS, and most are at senior headquarters where functional area expertise is needed. Each of the functional area chapters in this pamphlet outlines key developmental positions.

*d.* The Joint Duty Assignment List contains approximately 1150 major authorizations and officers will continue to have the opportunity for assignment to joint duty positions as an integral part of their development. See paragraph 3-6 for additional details on the joint officer program.

*e.* Cohort year group officers are considered for promotion to lieutenant colonel in their 16th year of service as they enter the primary zone of consideration. A few officers may be selected below-the-zone at their 15th or even 14th year of service if they

were also below-the-zone to major. Based on DOPMA promotion objectives, about 70 percent of a cohort year group of majors attain the rank of lieutenant colonel.

## 3–9. Lieutenant colonel development

*a.* This phase generally occurs between the 17th and 22d years of service. Those selected for promotion to lieutenant colonel now begin the senior field grade years, where they make the maximum contribution to the Army as commanders and senior staff officers. Attaining the grade of lieutenant colonel is considered to be the hallmark of a successful career. Officers in the grade of lieutenant colonel serve as senior leaders and managers throughout the Army providing wisdom, experience, vision and mentorship mastered over many years in uniform. It is an exceedingly proud accomplishment to wear the silver oak leafs of a lieutenant colonel.

*b.* The career development goals for a lieutenant colonel are to gain branch, functional area and skill proficiency at the senior levels through assignments and schooling (see fig 3-1). Most officers will serve in high visibility billets in either their branch or functional area, with a possible assignment to a branch/functional area generalist position.

(1) *Branch assignments.* Many officers can expect branch coded assignments within the TOE environment. These billets can range from positions within a battalion through echelons above corps (EAC). However, the TDA structure requires the greater portion (almost 70 percent) of the senior field grade expertise and experience. Here, the officer's development over the years is used to fulfill the doctrinal, instructional, policy making and planning needs of the Army. Normally, lieutenant colonel branch qualification consists of at least 12 months in a branch coded position. About 40 percent of any cohort can expect selection for battalion command at lieutenant colonel, and approximately 30 to 35 percent will go to Senior Service College. Branch proponents have outlined branch qualification and other developmental standards in their respective chapters of this pamphlet.

(2) *Functional area assignments.* OPMS XXI recognizes the need for increased specialization to meet the Army's challenges in the 21st Century. The system design allows officers to serve in repetitive assignments within a functional area to gain a high degree of expertise. Functional area proponents have outlined qualification and other developmental standards in their respective chapters of this pamphlet.

(3) *Joint duty assignments.* The JDAL contains approximately 1350 lieutenant colonel authorizations and officers will continue to have the opportunity for assignment to joint duty positions as an integral part of their development. See paragraph 3-6 for additional details on the joint officer program.

(4) *Branch/functional area generalist assignments.* Some officers will serve outside their branch or functional area in billets coded as branch/functional area generalist. Such assignments are found throughout the Army in troop and staff organizations from the installation to Pentagon level.

(5) *Centralized command selection.* A centralized board at HQDA selects a limited number of officers for command from the Operations Career Field. The lieutenant colonel Command Selection List (CSL), which contains both TOE and TDA commands, has three categories. The first consists of tactical units at divisional, corps and echelons above corps levels. This tactical category also includes MACOM assets directly involved in combat operations. The second category is training and strategic support, which consists of MACOM assets not directly involved in combat operations. The third category, institutional, is composed of garrison and USARECY commands. The Army Acquisition Corps (AAC) conducts a similar HQDA level board to select lieutenant colonel commanders and product managers (PM). Only certified AAC officers can compete for these positions. The command board meets annually to select commanders from the eligible cohort year groups. These officers usually assume command within the next fiscal year, and most serve in those command positions for two years. Approximately two in five eligible officers will command battalions. Majors in promotable

status as well as lieutenant colonels are eligible for consideration until their 21st year of Active Federal Commissioned Service. Command opportunity varies based on force structure and the command categories for which an officer competes. On average, lieutenant colonels serve in their command tours during their 18th through 20th years of service. Once the board makes its selections and conducts a preliminary slating for category, OPMD assignment branches conduct a slating process. PERSCOM coordinates this slating process with the major Army commands; and the Chief of Staff, Army, reviews and approves the slate.

(6) *Senior Service College (SSC).* The annual SSC (military education level 1 (MEL 1)) selection board reviews the files of lieutenant colonels after their 16th year of service. The SSC is the final major military educational program available to prepare officers for the positions of greatest responsibility in the Department of Defense. There are about 350 resident seats available each academic year within the SSC network. These include attendance at the Army War College (AWC), the Industrial College of the Armed Forces (ICAF), the National War College (NWC), other Service colleges and resident fellowships at governmental agencies and academic institutions. Approximately 30 to 35 percent of a cohort year group are selected to attend during their years of eligibility which runs between the 16th and 23d years of service. The SSC selection board examines the eligible population and produces an order of merit list containing 1,300 names. The top 350 officers are activated for resident attendance while the remainder are contacted by their branch or functional area managers and encouraged to apply for the 150 active duty annual seats in the U.S. Army War College Distance Education Course. Only the resident SSC courses and nonresident Army War College course award MEL 1 upon completion. SSC graduates are assigned to organizations based on guidance from the Chief of Staff, Army. Tours following graduation are to the Army Staff (ARSTAF), Joint Chiefs of Staff (JCS), Secretary of Defense (SECDEF), the numbered armies in the continental United States (CONUSA), major Army command (MACOM), and commander-in-chief (CINC) staffs in branch, functional area, branch/functional area generalist or joint coded positions.

*c.* Cohort year group officers are normally considered for promotion to colonel in the primary zone in their 21st year of service. Below-the-zone selection is possible, and officers will only be considered once prior to their primary zone consideration. DOPMA objective selection rate for promotion to colonel is 50 percent.

## 3–10. Colonel development

*a.* Those officers selected for promotion to colonel continue their senior field grade phase which concludes with their separation or retirement from active duty or selection for promotion to brigadier general. Attaining the grade of colonel is realized by a select few and truly constitutes the elite of the officer corps. As colonels, their maximum contribution to the Army is made as commanders and senior staff officers.

*b.* The general career development goals for colonels are to further enhance branch or functional area skill proficiency through additional senior level assignments and schooling (see fig 3-1). Colonels in the Operations Career Field will serve in high level staff positions while alternating between branch and branch/functional area generalist billets. Colonels in the other three Career Fields will serve primarily in their functional area with limited opportunity to serve in branch/functional area generalist billets.

(1) *Branch assignments.* Many colonels can expect to receive assignments to branch coded positions at the brigade, division, corps and echelons above corps in the TOE environment. TDA organizations throughout the Army also need the expertise of senior field grade officers. Almost 70 percent of the colonel authorizations are in the TDA structure.

(2) *Functional area assignments.* Under OPMS XXI, functional area officers work predominantly in their specialties after selection for promotion to major. Having risen above their peers at the grade of major and lieutenant colonel, those promoted to colonel are truly the world class specialists in their respective fields. These officers

will serve primarily in senior managerial billets across the Army coded for their specialty.

(3) *Branch/functional area generalist assignments.* For those serving in the Operations Career Field these positions provide the opportunity for seasoned officers to serve in a wide variety of positions throughout the Department of Defense community. Although the majority of functional area colonels will serve in hard coded functional area positions based on the needs of the Army, officers from all Career Fields will fill these generalist assignment positions.

(4) *Joint duty assignment.* The Joint Duty Assignment List (JDAL) contains approximately 620 colonel billets in branch and functional area positions. Officers who did not serve as majors or lieutenant colonels in the JDAL should continue to seek joint development. Colonels who completed the requirements for JSO status, may serve second and third tours in positions coded joint critical. (For more information, read paragraph 3-6, which details the joint duty program.)

(5) *Senior Service College (SSC).* The annual SSC selection board reviews the files of colonels until their 23d year of service. The majority of colonels will either attend the resident training or be awarded MEL 1 certification from the U.S. Army War College Distance Education Course during the latter three years of their eligibility window. See paragraph 3-9b(6) for more information on the available SSC-level courses.

(6) *Centralized command selection.* Some officers in the Operations Career Field are selected for command at the colonel level. The colonel level Command Selection List (CSL) includes four categories of TOE and TDA organizations for which officers are centrally selected by a HQDA board to command in a given fiscal year. Three of the categories are the same as those for lieutenant colonel; the fourth is TRADOC System Manager. Most positions are branch coded and branch officers compete within designated categories for these positions. AAC program managers are also selected by a HQDA level board. Officers are eligible for colonel command selection until their 26th year of service. HQDA command boards meet annually to select promotable lieutenant colonels and serving colonels for assignment to command positions during the following fiscal year. The average tour length is 2 years and is based on the eligible cohort year groups and the number of command vacancies. Garrison command tour lengths are 24 months but can be extended to 36 months. About one in three officers can reasonably expect to be selected for command. The opportunity varies by branch and ranges from 50 percent to 16 percent. The command board prepares a slate to category and an initial slate to units. The final slate to unit is prepared by OPMD. Slates are approved by the Chief of Staff, Army, and are coordinated with the MACOMs. The majority of officers in a cohort year group do not command; they make their maximum contribution to the Army in other important branch or functional area senior staff assignments.

(7) *Former brigade commander assignments.* Colonels completing brigade command are assigned to positions designated by the Chief of Staff, Army, as requiring the skills of former commanders. These post-command assignments may be to branch, branch/functional area generalist assignments or joint coded positions. Emphasis is placed on joint duty assignments for those officers without a joint qualifying tour.

## 3–11. Assignment process and considerations

*a.* The life cycle of a cohort year group spans 30 years of service. Some few officers from the cohort may attain general officer status and be retained in service beyond that point. Following their designation to a specific Career Field, officers will follow a dual-track assignment system. Depending on their Career Field, officers will be assigned to either a branch or functional area position within their Career Field or to a branch/functional area generalist position.

*b.* The assignment process throughout an officer's career is based on several factors and considerations. In addition, the environmental factors in which OPMS operates can affect the assignments an officer may receive. The assignment process has these elements:

(1) *Army requirements.* The central engine that drives the OPMS and the assignment process is Army requirements. In a larger sense, Army requirements are those positions that must be filled by officers to accomplish our wartime and peacetime missions. When an officer leaves a position, the losing agency generates a requisition for a replacement. Army requirements for officers are specified on the various TOE and TDA structures. Grade, branch, functional area, skill, and special remarks are documented for each position within The Army Authorization Documents System (TAADS), which is maintained by the Deputy Chief of Staff for Operations and Plans (DCSOPS). Annually, the Army projects positions to be filled and places officers on permanent change of station (PCS) orders to occupy the vacancies. Within OPMD, requisition cycles are opened quarterly, and the assignment branches determine which officers meet the position requirements and are available for the assignment.

(2) *Availability for assignment.* Officers are considered as available for assignment when they complete the required tour length as specified in AR 614-100 for CONUS and OCONUS locations. DOD and Army policies for tour length are changed based on a variety of external factors, to include budget limitations. The Army's goal for CONUS tour length is 3 years. However, some organizations and assignments have higher priority than others, based on annual DCSPER guidance, and thus officers may be moved sooner than expected. Such assignments require an exception to normal tour length policy. Officers can predict their availability for reassignment by checking the date of availability (DTAV) on their Officer Record Brief (ORB). Generally, an officer can be available for assignment as much as 2 years prior to DTAV based on the priority and requirements of certain requisitions. The majority of officers serve at least two-thirds of a CONUS tour and five-sixths of an overseas tour before reassignment. Assignment managers in OPMD use the available officers to fill most requisitions and notify the individual of impending reassignment action.

(3) *Career development needs.* Regardless of availability, career development in the officer's designated branch or functional area is important to the assignment manager. Each branch and functional area has a life cycle development model. The officer's career needs are examined in light of these models to ensure the next assignment is progressive, sequential and achieves the career development goal for that grade.

(4) *Other assignment considerations.* Besides Army requirements, availability and career development, the assignment managers scrutinize other considerations in arriving at an appropriate assignment.

(a) *Preference.* Officers should frequently update their preference statement for location, type of assignments, personal data, career development goals and education and training needs. Assignment managers may not be able to satisfy all preferences because of dynamic requirements, but they do attempt to satisfy as many as possible.

(b) *Training and education.* Whenever possible, assignment managers provide schooling en route to the officer's next assignment to meet the special requirements of the position. Civilian educational goals that are specific requirements of positions or career development will also be considered during the assignment process.

(c) *Personal and compassionate factors.* Personal crises occur in every officer's career. OPMD assignment managers attempt to assist in such circumstances by adjusting the assignment. However, officers should apprise their assignment manager of such personal or compassionate considerations at the time they occur and not wait until an assignment action is pending. In some cases, formal requests for compassionate deferment from assignment or request for reassignment are needed. Officers should visit their local personnel service center for processing such documents. Officers with dependents having special needs should enroll in the Exceptional Family Member Program (EFMP).

(d) *Overseas equity.* Overseas equity must be a consideration when selecting officers for assignments. With the Army serving in a variety of overseas locations, the equitable distribution of OCONUS and unaccompanied tours among all officers is a morale concern as

well as a developmental experience in many branches and functional areas. Overseas tours broaden the professionalism of the officer corps, and assignment managers consider this element of tour equity in each assignment action.

## 3–12. Individual career management

OPMS XXI with its combination of branch, functional area, and branch/functional area generalist assignments results in multiple career patterns. Negotiating through this multitude of possibilities to meet the needs of the Army and the important needs of individual aspiration is the result of the interaction among the responsible agents within OPMS: the individual officer, the commander, the proponent and the OPMD assignment manager. Each has an important part to play in the career development of not only individual officers, but of the officer corps as a whole.

*a. The individual.* Officers, in many respects, are ultimately their own career managers. While Army requirements dictate the final outcome of all career development actions, in every case the officer can participate in such decisions. Participation in the career development process is possible at the basic branching point, volunteering for training and education programs, selection of functional area, preferences for Career Field, application for entry into special programs like the Army Acquisition Corps, and long-range planning of career goals. The key is to be involved in career development by making informed and logical decisions and acting on them. One important element of an officer's involvement is the accurate reflection of capabilities in the official personnel management files maintained by HQDA. The official military personnel file (OMPF), the DA Form 4037 (Officer Record Brief) (ORB), and the career management individual file (CMIF) contain the data from which important career development decisions are made for selection, advancement, assignments and retention. Officers should review, update and maintain these records throughout their careers. Officers should also request periodic advice and counseling to remain informed of career opportunities and to assess progress achieving career goals.

*b. The commander.* All officers look to their rater, senior rater, and mentors for advice and career counseling. Some counseling is official, such as the preparation and submission of DA Form 67-9 (Officer Evaluation Report) and DA Form 67-9-1 (Officer Evaluation Report Support Form). Other forms of counseling are often unofficial and relate to career patterns, advice about assignments and duty positions. Regardless of the type of counseling, commanders should be factually informed before rendering advice. This pamphlet contains many of the career development facts that commanders need to give wise counsel.

*c. The proponents.* Proponents design life cycle development for their branches and functional areas and monitor the overall career development of officers in their inventories. Logical and realistic career patterns, qualifying objectives and an accurate understanding of attrition and promotion flows are vital ingredients in each branch or functional area. Leader development action plans and life cycle development models should be constructed to meet overall Army requirements as well as branch and functional area objectives. Constant communication with the officer population and the OPMD assignment branches should be sustained to communicate goals and objectives of the branch or functional area.

*d. OPMD assignment managers.* Assignment and career managers at PERSCOM OPMD are responsible for fulfilling current and future Army requirements while meeting the career development needs of the various branches and functional areas. Additionally, they balance the best interests of the individual officers against the Army requirements. Career managers can provide candid, realistic advice to officers about their developmental needs. As the executors of Army and proponent programs, they operate within the current policy, budget and legal factors to make decisions concerning assignments, schooling, manner of performance and subjective evaluations of competitiveness for selection and retention. All officers should stay in touch with their assignment managers to receive guidance and advice on career development.



**Figure 3-1. Officer life cycle development model**

DA PAM 600-3 • 1 October 1998

# Chapter 4
## Officer Education

### 4–1. Scope

*a. Training and education requirements.* Common training requirements apply to all officers and specify the skills, knowledge and attributes expected of every officer. Other training and education requirements including branch, functional area or skill code related, apply to officers in a particular specialty

*b. Training and education methods.* Officer education occurs in institutional training, in units and through self-development. Institutional training represents the resident (schoolhouse) training an officer receives in military and/or civilian institutions. Self-development encompasses nonresident schooling including individual study, research, professional reading, practice and self-assessment.

### 4–2. Multiple paths to education

Officers enter active duty with diverse educational backgrounds and civilian experience. This diversity is amplified by the great variety of service experiences among officers with different branches and functional areas. The officer education system permits officers to build upon achievements and experience and progress to a higher level of learning. Opportunities for resident and nonresident instruction abound. There are multiple paths to obtaining a professional education. Officers are not required to follow the same path, even where they share the same branch or functional area.

### 4–3. Guides for branch or functional area development courses

*a.* Education requirements are satisfied by both the Army's military schools and by civilian institutions. The Officer Basic Course and the first phase (OAC) of the branch Captains Career Course include training specific to an officer's branch. The Command and Staff College (CSC) and Senior Service College (SSC) provide opportunities for advanced military and leader development training. Specialized courses offered by military and civilian institutions provide additional opportunities for functional area education. Other Services and elements of the Federal Government offer courses that support officer professional development. Advanced education may consist of resident and/or nonresident courses.

*b.* Numerous courses support both Army requirements and the professional needs of individual officers. It is difficult to anticipate and specify the many combinations of courses that apply to both Army and individual needs. However, representative courses particularly suitable for the various branches and functional areas are discussed in detail in paragraphs 4-6, 4-16 and 4-17. (Also see branch and functional area specific chapters in this pamphlet.)

*c.* Functional area training is discussed below.

(1) Functional area training develops in an officer the necessary skills and technical qualifications to perform the duties required of a functional area. Courses of study leading to graduate degrees at civilian colleges and universities can meet these needs.

(2) The Army's objective is to have all officers receive instruction qualifying them in their functional area. This is accomplished through either temporary duty (TDY) on return or TDY en route during an officer's permanent change of station (PCS) following branch qualification.

*d.* The primary reference for Army courses is DA Pam 351-4. Most of the courses listed in the functional area chapters include course identification numbers that are assigned an established code. (These codes are explained in DA Pam 351-4, para 1-8.) The references listed below can assist officers in planning their functional area development:

(1) AR 351-1.
(2) AR 611-101.
(3) AR 621-1.
(4) AR 621-7.
(5) DA Pam 351-20.
(6) DOD 5010.16-C.

*e.* Detailed information, including enrollment procedures for correspondence courses, is included in DA Pam 351-20. In many cases, correspondence courses paralleling the numbered resident courses listed in DA Pam 351-4 are available. The correspondence courses represent an important alternative means of career field development to many of the resident courses because of their flexibility and convenience in study.

*f.* DA Pam 351-4 lists some of the applicable DOD courses. However, more complete listings of such courses appear in DOD 5010.16-C, indexed both by function and by responsible institution.

*g.* Occasionally, a course may be found under an Army number and the number of another Service and listed in more than one catalog. A few of the courses listed have no numbers. In such cases, officers may want to contact the responsible school for pertinent descriptive material.

*h.* While the Army recognizes the value of all correspondence courses, the only nonresident courses that qualify for award of a military education level (MEL) designation for Active Component officers on the active duty list are the U.S. Army War College Distance Education Course for MEL 1 and the Army Command and General Staff Officer Course (CGSOC) nonresident course for MEL 4.

*i.* The Army Training Requirements Resource System (ATRRS) is the Army system of record for training. This system allows officers to research information regarding different schools and courses. The system is also used to track enrollment and interfaces with personnel systems to record the completion of courses.

*j.* Active Component soldiers are encouraged to attend Total Army Training Study (TATS) courses taught at Total Army School System (TASS) battalions. These courses are resident courses. These are different from Reserve Component Configured Courses (RCCC), which are not treated as resident courses.

### 4–4. Nonresident schools and instruction

*a.* All officers are encouraged to further their branch or functional area education through appropriate courses of nonresident instruction. The successful completion of a given level of nonresident instruction is considered on an equivalent level of attainment to, but does not rule out, future attendance at a resident course of instruction. An exception is enrollment in the U.S. Army War College Distance Education Course, which does rule out attendance at a resident Senior Service College.

*b.* Equivalent level of attainment means that an officer who has reached a specific military education level through nonresident instruction receives the same consideration in assignment, promotion and future schooling as an officer whose military education level was reached through resident instruction. Officers who do not have the opportunity to attend a resident course should complete the level of professional military education appropriate to their grade through nonresident instruction. There is no equivalent level of attainment for the OBC where resident participation is required.

*c.* Nonresident instruction allows officers to advance their professional education and their careers, thereby enhancing their overall performance and potential. Military school courses available through correspondence, with and without a resident phase, are listed in DA Pam 351-20, ATRRS, the Total Army School System (TASS), and the TRADOC On-Line Library.

### 4–5. Educational counseling

The numerous educational opportunities and frequent moves in the Army often make it difficult to plan educational programs. Officers frequently need professional educational counseling and should turn to their assignment officer in OPMD, their local Army Education Center or an education counselor at the appropriate service school. Another excellent resource are commanders and supervisors. In addition, many civilian institutions provide counseling services.

### 4–6. Military schools

*a. Officer Basic Course (OBC).* Upon commissioning, an officer is assigned a career branch in which the emphasis for training and

development during the officer's first 7 to 8 years of active duty occurs. Graduates of all commissioning sources receive training in their assigned or detailed branch at an OBC immediately after commissioning. The OBC prepares newly commissioned officers for their first duty assignments with instruction on methods for training individuals, teams, squads and platoons. In addition, the course includes sufficient instruction to provide officers with an understanding of the environment of the company, battery or troop including tactics, organization and administration. Officers receive training on most lieutenant common and branch tasks in the OBC. There is no active duty service obligation for OBC attendance.

*b. Branch detail program.* Upon commissioning, selected lieutenants branched Signal, Quartermaster, Ordnance, Transportation and Finance are detailed to a combat arms branch for 2 years. Selected Military Intelligence and Adjutant General officers are detailed for 4 years. Lieutenants under the branch detail program attend the OBC and participate in branch specific training for the branch to which they are detailed. On completing the 2-year detail, officers attend a 4-week branch transition course before they return to their designated branch. Officers in the 4-year program receive transition branch training in conjunction with their enrollment in the Captains Career Course. All officers continue to participate in branch specific training once they are reassigned back to their designated branches.

*c. Captains Career Course.* The branch Captains Career Course prepares company grade officers to command and train at the company, battery or troop level and to serve as staff officers at battalion and brigade levels. There is a 1-year active duty service obligation for attendance at a branch Captains Career Course. The course is divided into two phases.

(1) The first phase provides advanced branch training and common core instruction. The branch specific courses provide selected company grade officers an opportunity to acquire the skills and attributes required to lead company-sized units and serve on battalion and brigade staffs. This instruction prepares students to:

*(a)* Establish and maintain a disciplined command climate.

*(b)* Execute the unit's assigned missions.

*(c)* Command, control, lead, supervise, discipline, train, develop and mentor subordinate leaders and care for subordinates and their families.

*(d)* Develop the unit's Mission Essential Task List (METL) and training plan.

*(e)* Schedule, resource, supervise, execute and evaluate unit and sub-unit individual and collective training.

*(f)* Plan, supervise and evaluate unit leader training and development, and personnel, administration, supply, maintenance, safety and security actions.

*(g)* Plan, supervise, and evaluate the safe use, maintenance, security, storage and accountability of unit material.

*(h)* Administer the Uniform Code of Military Justice (UCMJ) at the company level.

*(i)* Advise the battalion commander and staff on the status of company, platoon and squad-level training, equipment, and personnel readiness.

(2) The second phase provides staff process training. It uses battalion, brigade, division and installation scenarios to train officers to serve on battalion and brigade level staffs. It develops officers to function effectively as staff officers by improving their abilities to analyze and solve military problems, communicate, interact as staff members, and broaden their understanding of Army operations, organizations and procedures. This course is unique in that it provides an officer's first integrated instruction with officers from different branches of the Army. The phase provides the skills necessary for success in Army, joint and multinational environments.

*d. Command and Staff College (CSC).*

(1) The mission of the Command and General Staff Officer Course (CGSOC) at the U.S. Army Command and General Staff College (CGSC) is to educate selected officers in the conduct of military operations during war and conditions other than war in accordance with established doctrine and with emphasis at the corps and division levels. Graduates of this course:

*(a)* Display tactical and technical combined arms proficiency.

*(b)* Understand joint and multinational operations.

*(c)* Prepare, fight and sustain forces across the spectrum of conflict.

*(d)* Apply the perspectives of military history.

*(e)* Embody the principles, attitudes and values of military leadership.

*(f)* Solve complex problems systematically and under pressure.

*(g)* Understand the role of the military in a free society.

*(h)* Communicate effectively in writing and orally and electronically.

*(i)* Confidently accept higher levels of responsibility.

(2) To be eligible for selection to attend a Command and Staff College (CSC), officers must be promotable captains or higher and have less than 14 years of Active Federal Commissioned Service (AFCS) as of the date the selection board convenes. Additionally, officers must have graduated from or have credit for completing a branch Captains Career Course.

(3) The majority of officers selected for CSC attend the CGSOC at the US. Army Command and General Staff College at Fort Leavenworth, KS. However, some officers attend the Navy, Marine, or Air Command and Staff Colleges, the U.S. Army School of the Americas, or a foreign school that has been granted MEL 4 equivalency. School selections result from a comparative appraisal of all eligible officers, including a careful review of these elements: the scope and variety of tasks performed and how well performed, the degree or level of responsibility, the trend of efficiency up or down, intelligence and independent judgment in implementing decisions, and an estimate of potential. All selections are made by a HQDA Selection Board, based on a determination of who is best qualified. Branch, functional area and year group requirements are met during the selection process. The selection board determines only those who may attend a CSC in residence at U.S. or foreign schools; OPMD determines the college of attendance. The selection board selects and slates officers for attendance at foreign schools. Attendance at resident CSC-level schooling incurs a 2-year active duty service obligation.

(4) Officers not selected for resident CSC attendance are encouraged to complete their MEL 4 military education by enrolling in and completing the nonresident CGSOC administered by the Directorate of Nonresident Studies of the US. Army Command and General Staff College. Achieving a MEL 4 status (either resident or nonresident) is essential in order to remain competitive for selection to lieutenant colonel.

(5) The Advanced Military Studies Program (AMSP) is a year-long resident course taught by the School of Advanced Military Studies (SAMS) at the US Army Command and General Staff College. The purpose of the AMSP is to provide the Army and the other Services with specially educated officers for command and general staff positions at tactical and operational echelons. Graduates of AMSP possess a mature, professional character and are dedicated to continued service. The program provides its graduates an advanced education in the military arts and sciences focused at the operational level. Additionally, the program provides training in the practical skills needed to plan and conduct battles, major operations and campaigns and in adapting doctrine and techniques to the changing realities of war. Applicants must be MEL 4 qualified or resident students in CGSOC or sister Service resident programs. There are 52 (45 Army, 7 other Service) students selected for attendance each year. Applications are accepted by the Director, SAMS, from August through October of each year.

*e. Senior Service Colleges (SSCs).*

(1) The Senior Service Colleges (SSCs) are at the apex of the military schools system and award MEL 1 credit. SSCs prepare officers for senior command and staff positions within the Army and DOD. These colleges include the Army War College, the National War College (NWC), the Industrial College of the Armed Forces (ICAF), the Naval War College, the Air War College, the Inter-American Defense College (IADC), other accredited international senior military service colleges, or any one of approximately 20 civilian and military fellowship programs.

(2) Each year the Army sends six or seven senior service college selectees to the Advanced Operational Art Studies Fellowship (AOASF) at the Army Command and General Staff College's School for Advanced Military Studies to be trained for subsequent assignment as theater level planners. The Air Force and Navy Departments send one officer each to provide a joint perspective to the student body. Allied officers are also enrolled to provide a multinational perspective. Army and Marine Corps officers stay at SAMS for two years; Air Force, Navy and allied officers only one. AOASF focuses on the skills and knowledge required for campaign planning in and between theaters of war across the entire spectrum of conflict.

*(a)* The focus of the first academic year is on planning and operations at the theater strategic level at unified, component and joint task force level headquarters. Students follow a rigorous set curriculum, with emphasis on national security strategy, military theory, strategic studies, military history and campaign planning.

*(b)* Second year Fellows serve as seminar leaders for the SAMS Advanced Military Studies Program (AMSP) seminars, coordinate operational level Exercise Prairie Warrior planning, and perform other duties such as the revision of FM 100-5. Upon completion of the fellowship, Fellows are normally assigned to multinational, joint and component staff positions associated with operational level planning.

(3) Officers who have completed 16 years AFCS, have credit for MEL 4 schooling, do not have more than 23 years AFCS as of 1 October of the year of entry into the college, and are serving as lieutenant colonels or colonels as of the board's convening date are eligible to attend an SSC. Officers are selected by the annual Army SSC Selection Board on the basis of who is best qualified. Branch and functional area floors, based on Army requirements, are considered during the SSC selection process. There is a 2-year active duty service obligation for attendance at resident MEL 1 schooling.

(4) The US. Army War College Distance Education Course provides an alternate means of attaining MEL 1 schooling. Eligible officers who apply are compared against the most current promotion list to colonel and most current SSC Selection Board Order of Merit List (approximately 1,300 names) to determine the final slate. AR 351-1 describes the details of the selection and application processes. The course is the only nonresident program that results in the awarding of MEL 1 upon completion. Once officers have enrolled in the correspondence course, they are no longer eligible for resident SSC attendance.

(5) Only resident attendance at SSCs or completion of the US. Army War College Distance Education Course awards MEL 1 credit.

*f. Joint Professional Military Education (JPME).*

(1) The JPME program is a Joint Chiefs of Staff (JCS) approved body of principles and conditions that prescribe, at both the CSC and SSC levels, the educational requirements for Joint Specialty officer nomination. The Command and Staff Colleges and Senior Service Colleges encompass only one phase (Phase I) of JPME. The Armed Forces Staff College (AFSC) conducts the final phase (Phase II) of the JPME program for those officers who have attended resident CSC or SSC schooling. The NWC and the ICAF curriculums encompass the entire JPME program.

(2) The JPME program prepares field grade officers to work effectively with other members of the Armed Forces and other Federal agencies and is designed to accomplish the following objectives:

*(a)* Provide officers a broad base of joint professional knowledge.

*(b)* Develop officers whose professional backgrounds and military education improve the operational excellence of joint military forces throughout the spectrum of war.

*(c)* Improve the quality of military strategic thought.

*(d)* Develop officers skilled in attaining unity of effort across Service, agency and national lines.

(3) Eligibility requirements for attendance at NWC and ICAF are outlined in paragraph 4-6e.

(4) The majority of officers attending NWC and ICAF can expect to have follow-on joint assignments. (By law, at least 50 percent of officers graduating from these schools must receive a joint assignment as either their first or second assignment after graduation.)

## 4–7. Department of Defense and Department of State schools
Based on Army requirements, OPMD may designate officers to attend courses at schools operated by the Department of Defense, Department of State and Foreign Service Institute.

## 4–8. Foreign schools
Each year, based on quotas received by the U.S. Government, approximately 30 qualified officers are selected to attend 26 foreign schools in 15 different countries as students. AR 351-1 contains a list of the foreign schools that U.S. officers attend. Foreign Area Officers receive preference for most of these schools.

## 4–9. Language training
More than 50 language courses are offered to meet Army requirements for officer linguists. The majority of these courses are longer than 20 weeks, requiring the officer to PCS to the Defense Language Institute in Monterey, California, for attendance. Officers are language trained only if being assigned to a language coded position. Officers trained at Government expense test in that language every 2 years and are expected to maintain their proficiency.

## 4–10. Aviation training
Company grade commissioned officers may volunteer for initial entry flight training in rotary wing aircraft under the provisions of AR 611-110. Aviation qualification and transition training are based on worldwide aviation requirements. Aviators requiring additional skills normally receive training during a PCS. Course descriptions and prerequisites are in DA Pam 351-4.

## 4–11. Precommand course
The precommand course (PCC) is the Chief of Staff, Army's program. It prepares selectees for command by providing a common understanding of current doctrine and by providing both new and refresher training in selected functions and duties. PCC attendance is mandatory for all centrally selected battalion and brigade commanders. The PCC program goal is to ingrain warfighting and combined arms thinking into commanders. Branch and specialty schools focus on tactical and technical proficiency, system proficiency and hands-on training. The Fort Leavenworth PCC focus has a broader base that provides up-to-date information on the Army wide level of policy, programs and special items of interest. Combat arms brigade and battalion commanders and selected combat service support commanders attend the Tactical Commanders Development Course (TCDC), designed to improve their ability to synchronize combat power on the battlefield. Combat arms brigade and battalion commanders and direct support field artillery and engineer battalion commanders also attend the Battle Commanders Development Course (BCDC) following TCDC. The focus of BCDC is battle command: the art of battle decision making, leading and motivating soldiers and their organizations into action to accomplish missions at least cost to soldiers. Selected officers are also scheduled for language training and the Senior Officer Legal Orientation (SOLO) Course. Officers are scheduled by OPMD for PCC training as dates and locations for command are determined.

## 4–12. Other military schooling
Many military school courses provide the knowledge or skills necessary for a specific assignment. Officers may apply for these courses or are scheduled by OPMD for such courses to qualify for a specific assignment. Complete information on such courses is contained in DA Pam 351-4.

## 4–13. Application for military schools
Officers do not apply as students to centrally selected military schools. They receive automatic consideration for centrally selected schools when they enter the appropriate zone of eligibility (except

those officers who have completed the U.S. Army War College Distance Education Course). Officers may apply for training through their assignment officers if they desire training en route to the next assignment or through their command channels if TDY and return to the installation is appropriate. OPMD may automatically schedule such training if necessary for the position.

## 4–14. Release from current assignment and consecutive tours

*a.* Whenever possible, OPMD coordinates a school assignment with the normal PCS. Tours of duty in a particular assignment may be extended or curtailed within reasonable limits to eliminate interim assignments. When attending a course or a combination of courses at one station for longer than 20 weeks, an officer PCSs to that station. Courses shorter than 20 weeks are attended in a TDY status.

*b.* Normally, officers complete at least one nonacademic tour between service school courses (e.g., an officer does not attend CGSOC immediately after completing the Captains Career Course).

## 4–15. Service obligation

*a.* Attendance at military courses of instruction or civilian education programs at Government expense may incur a service obligation. AR 350-100 governs all service obligations to include which courses of instruction result in an active duty service obligation, what the policies and procedures are for computing service obligations and how service obligations are fulfilled. Policies in AR 350-100 take precedence over other Army publications if there is a conflict.

*b.* An active duty service obligation (ADSO) differs from a requirement to be assigned to an Army Educational Requirements System (AERS) position. An ADSO is a specific period of active duty that an officer serves before eligible for voluntary separation. Assignment to an AERS position may be required in addition to the ADSO for the Army to derive the greatest benefit from Government sponsored civilian education. AR 621-108 specifies the types of education that require assignment to an AERS position.

## 4–16. Civilian education

*a.* The Army Advanced Civil Schooling program has two objectives: to meet Army requirements for advanced education and to provide selected officers the opportunity to satisfy their educational aspirations.

*b.* Commissioned officers are required to obtain a baccalaureate degree from a qualifying educational institution prior to attending the Captains Career Course, but not before their 3d year of commissioning, according to Title 10 USC 12205.

*c.* Officers should take advantage of opportunities for advanced education and should consider their civilian education background when determining their qualifications for study in a given discipline. Officers who want to pursue advanced degrees should do so in an academic discipline that supports their designated branch or functional area. On completing schooling, officers are assigned by grade, branch or functional area, civilian education level (CEL), and, when possible, academic discipline (or related discipline set) for initial utilization in an AERS validated position. In this manner, specific Army requirements are satisfied while simultaneously contributing to the professional development of the officer corps and the satisfaction of an officer's educational aspirations.

*d.* Academic disciplines that support each branch or functional area are determined by the appropriate proponent.

## 4–17. Education programs

Officers may pursue full-time studies toward a master's or doctoral degree through either fully funded or partially funded programs or a bachelor's degree through the Degree Completion Program. Officers are encouraged to pursue advanced degrees particularly when there is an opportunity to do so in coordination with resident training such as CSC and SSC. Officers with liberal arts undergraduate degrees should not be dissuaded from their pursuit of graduate education in

the sciences. Available education programs are discussed in general below. (Specific civil school programs are governed by AR 621-1.)

*a. Fully funded programs.* Under these programs, the Army pays all tuition costs and reimburses officers up to $600 per fiscal year for textbooks and supplies. In addition, the Army provides officers with full pay and allowances and moves officers and their families to the college or university of study. Normally, the period of schooling does not exceed 18 months. Officers may not draw veterans' benefits concurrent with fully funded education.

(1) *Advanced degree program.* Selected officers attend graduate school to meet specific Army requirements established by the AERS. On completing graduate studies, officers are assigned to AERS positions according to branch or functional area, grade and appropriate academic skills. Utilization assignments are for 3 years. Officers can also expect future utilization assignments to capitalize on the knowledge gained through participation in this program. Primary zone of consideration to normally attend graduate school occurs on completion of the Captains Career Course, basic branch qualification, and 6 to 8 years of Active Federal Commissioned Service (AFCS); but no later than the 17th year of service.

(2) *Short course training.* Tuition funds allocated to organizations are available for unprogrammed training that is needed for current job performance when the training is less than 20 weeks and is in subjects for which the Army has no in-house training capability.

(3) *Fully Funded Legal Education Program (FLEP).* The Judge Advocate General's (TJAG) Funded Legal Education Program provides instruction leading to a law degree at an approved civilian school at Government expense (normally 3 academic years) for up to 25 selected officers each fiscal year. Upon completion, the officer accepts an appointment in the Judge Advocate General's Corps for the period of the active duty obligation incurred under the provisions of Chapter 14, AR 27-1 and AR 350-100. The FLEP is the only approved program currently available for Army officers to study the legal profession. Program participants perform on-the-job-training duties under the supervision of a staff judge advocate or legal officer designated by TJAG when school is not in session for 5 days or longer. Program participants who do not finish school, or fail to pass the bar exam after two attempts, return to service in their basic branch.

(4) *Training With Industry (TWI).* This program provides training in industrial procedures and practices not available through military service schools or civilian education. TWI provides officers with vital knowledge, experience and perspective in management and operational techniques to fill responsible positions in Army commands and activities that normally interface with civilian industry. It provides the trainee an opportunity to grapple with real problems inherent to the business environment. Currently, these programs are concentrated in the areas of transportation, procurement, logistics management, research and development, public affairs, banking, communication-electronics, advertising and marketing, physical security, artificial intelligence and automation systems. The programs are normally 10 months with a predetermined follow-on assignment focusing on the experience gained. AR 621-1 provides information on application procedures.

*b. Partially funded programs.* Under these programs, the officer bears the cost of all tuition, fees and textbooks. Many officers elect to use their in-service veterans benefits (if applicable) to help defray educational costs. The Army provides officers with full pay and allowances and moves officers and their families to the school location if the schooling is 20 weeks or more. Participants attending schools for less than 20 weeks attend in a permissive TDY status. After officers are notified by their branch that they are accepted into the program, it is their responsibility to select and be accepted by an accredited college or university.

(1) *Degree Completion Program (DCP)* This program authorizes officers up to 18 months of full-time civilian education to complete undergraduate or graduate degree requirements. Officers who lack an undergraduate degree are encouraged to pursue studies on their own; however, the Army can assist by providing up to 1 year to allow completion of the degree. Commissioned officers pursuing an

advanced degree must agree to study in an academic discipline that supports their branch or functional area (or, in some cases, a designated skill). The primary zone of consideration for the graduate level is the 5th through the 17th year of service.

(2) *Cooperative degree programs.* Selected students attending schools such as the Command and General Staff College (CGSC), the Logistics Executive Development Course (LEDC) at the Army Logistic Management College, and certain Senior Service Colleges (SSCs) are offered the opportunity to participate in various courses conducted by cooperating civilian institutions. Attendance at these courses is concurrent with the military schooling. After graduation, officers are authorized up to 12 months to complete graduate degree requirements as full-time resident students at the civilian institution. Those attending SSC normally pursue studies during the summer school sessions immediately before and after the military course. In all cooperative degree programs, officers pay for educational costs.

*c. Fellowships, scholarships, or grants.* According to AR 621-7 eligible officers may apply for permission to accept fellowships, scholarships or grants offered by corporations, foundations, funds or educational institutions. Participation in such programs normally does not exceed 2 years.

### 4–18. Tuition assistance

Eligible officers pursuing off duty undergraduate or graduate civilian education courses may apply for tuition assistance under the provisions of AR 621-5. If approved, the Army pays up to 75 percent of tuition costs. All other amounts, such as fees for registration and matriculation and the cost of books and supplies, are paid by the officer. Participants agree in writing to remain on active duty for a minimum of 2 years after completing the course or courses. (See AR 621-5, paragraph 2-9b(1))

### 4–19. Eligibility criteria and application procedures

*a.* Since many elements of the programs discussed in this chapter differ, officers should consult the governing Army regulations for the specific eligibility criteria and application procedures.

*b.* Selection for full-time civil schooling is governed by the needs of the Service, the officer's demonstrated performance, and his or her academic background. An officer pursuing a graduate degree should choose a discipline that fulfills the professional development requirements of the officer's designated branch or functional area. In addition, applicants must have completed the Captains Career Course. Because selection for full-time schooling programs is based in part on the availability of the officer, OPMD retains schooling applications until the applicant withdraws from further consideration or becomes ineligible by virtue of military performance or years of service. Officers selected for Advanced Civil Schooling should expect a utilization assignment immediately after graduation. Officers who attend fully funded educational programs are normally subject to recoupment if, prior to completing their required service obligation, they separate from the Army voluntarily or involuntarily, or because of misconduct.

*c.* Academic disciplines are determined by the branch and functional area proponents.

## Chapter 5
## Officer Promotions

### 5–1. General

This chapter covers the active duty promotion system for commissioned officers through the grade of colonel. This system constitutes a vital aspect of military personnel management affecting each officer and, therefore, must be legally correct and logically sound. Further, it must be administered fairly and equitably; to do otherwise would jeopardize the effectiveness of the officer corps.

### 5–2. Promotion process objectives

Though the specific procedures for selecting officers for grade advancement have varied over time, the objectives of this process have remained constant:

*a.* To ensure advancement to the higher grades of the best qualified officers.

*b.* To meet Army branch/functional area and grade requirements.

*c.* To provide career incentive.

*d.* To promote officers based on the whole person concept and potential to serve in the next higher grade.

*e.* Although not an objective, identifying and eliminating ineffective officers is another result of the promotion process.

### 5–3. Statutory requisites

The objectives of the promotion system are consistent with statutory requisites and the realities of the Army structure and authorizations.

*a.* The legal basis for the officer promotion system is contained in Title 10, United States Code (USC). This law prescribes strength and grade authorizations, promotion list components, promotion procedures, and separation procedures resulting from non-selection. The statutory requirements of Title 10 USC have been promulgated through regulatory, directive, and policy means in the establishment and administration of the promotion system. Joint Promotion Objectives found in Title 10 state that the qualifications of officers assigned to joint duty assignments (JDA) and officers designated as Joint Specialty Officers (JSO) should be such that:

(1) Officers who are serving, or have served, on the Joint Staff are expected, as a group, to be promoted to the next higher grade at a rate no less than the rate for officers in the same military service in the same grade and competitive category who are serving, or who have served, on the headquarters staff of their military service.

(2) JSOs are expected, as a group, to be promoted at a rate not less than the rate for officers in the same military service in the same grade and competitive category who are serving, or who have served, on the headquarters staff of their military service.

(3) Officers who are serving, or have served, in JDAs (excluding officers on the Joint Staff and JSOs) are expected, as a group, to be promoted to the next higher grade at a rate not less than the rate for all officers in the same military service in the same grade and competitive category.

*b.* The Defense Officer Personnel Management Act (DOPMA) became effective 15 September 1981. DOPMA was a major revision to Title 10 USC and is now the basis for the management of the officer corps. In 1984, the DOPMA provisions of Title 10 USC were amended to overcome certain unintended consequences of the original act and to give the Service secretaries more flexibility in limiting eligibility for promotion consideration. The current law:

(1) Establishes statutory limitations on the number of officers who may serve in senior grades.

(2) Provides common law for the appointment of Regular officers and for the Active Duty List service of Reserve officers.

(3) Provides uniform promotion procedures for officers in the separate Services.

(4) Provides common provisions governing career expectation in the various grades.

(5) Establishes common mandatory separation and retirement points for regular commissioned officers.

(6) Increases the amount of separation pay for officers separated involuntarily short of retirement.

(7) Provides related authorities to manage the officer force under the revised personnel system.

(8) Increases the flexibility of Presidential authority under mobilization in times of declared crisis.

*c.* The Defense Acquisition Workforce Improvement Act (DAWIA) of 1990 directed the Secretary of Defense ensure that the qualifications of commissioned officers selected for the Army Acquisition Corps are such that those officers are expected, as a group, to be promoted at a rate not less than the rate for the Army Competitive Category (both in-the-zone and below-the-zone) in the same grade.

**5–4. Active Duty List**

*a. Background.* DOPMA revised the laws providing for the establishment of separate Regular Army (permanent) and Army of the United States (AUS) (temporary) lists and established a single, consolidated Active Duty List (ADL). DOPMA, as revised, provides for the following:

(1) *Establishment of an initial ADL.* No later than 6 months after 15 September 1981, all officers of the Army serving under Chapter 36 of Title 10 USC, as amended by DOPMA (except for those identified in section 641 of Title 10 USC) be placed on the ADL in the same relative seniority that they held on 14 September 1981.

(2) *Adjustment to the ADL.* To maintain the relative seniority among officers of the Army as it existed on the day before the effective date of the law, under provisions of Title 10 USC 741, the Secretary of the Army did establish and/or adjust the ADL date of rank (DOR) of any officer who was serving on active duty on 14 September 1981. Any Regular Army (RA) or U.S. Army Reserve (USAR) officer who on the effective date of DOPMA (15 September 1981) was serving on active duty in a temporary (AUS) grade that was equal to their permanent (RA or USAR) grade was awarded an ADL date of rank equal to that held in their AUS grade.

*b.* As required by Title 10 USC, the Army maintains a single ADL on which officers are to be carried in order of seniority. They are considered for promotion each time a selection board is convened to consider officers in an established DOR zone of consideration for their competitive category. The provisions of Title 10 USC 741 relate to rank among commissioned officers of the same grade as follows:

(1) Establishes relative rank of the various commissioned officer grades.

(2) Provides that rank among officers of the same grade or equivalent grade is initially determined by date of rank. An officer with an earlier date of rank is senior to an officer with a later date of rank.

(3) The Secretary of Defense and the Secretary of the Army have prescribed rules for breaking date-of-rank ties and general rules for establishing dates of rank when breaks in service, service credit and placement on the ADL determinations must be made. DOR and rank/precedence criteria have been published in AR 600-8-29, chapter 2.

**5–5. Promotion process**

*a.* Title 10 USC provides for a single promotion process of all officers on active duty and on the ADL, regardless of their component. Active duty Reserve officers serving on the ADL are no longer considered by Reserve boards.

*b.* The effect of the Title 10 USC/DOPMA on the tenure and retirement opportunity for officers is shown in table 5-1.

**Table 5–1**
**The promotion system**

| Rank | Tenure | Retirement |
|------|--------|------------|
| 2LT | Promotion consideration to 1LT | N/A |
| 1LT | Promotion consideration to CPT | N/A |
| CPT | Promotion consideration to MAJ | May be selectively continued (SELCON) to maximum 20 years of service (YOS) |
| MAJ | Promotion consideration to LTC | May be SELCON to 20 YOS if qualified for retention and within 6 years of retirement eligibility |
| LTC | 28 years of AFCS for promotion to COL | Provision in law for early retirement by board (SERB) action if 2XNS to COL when Early Retirement Program is in effect |
| COL | Promotion consideration to AFCS | Provision in law for one-time review for SERB action when Early Retirement Program is in effect |

**5–6. Army grade structure**

The distribution of grades at major and above is controlled by Title 10 USC and may be further constrained by Congress, the Office of the Secretary of the Army or the Chief of Staff, Army. Although Title 10 USC is subject to revision and modification, the basic concept remains unchanged. In effect, the by-grade number of field grade officers allowed depends on total officer authorized strength levels, which are based on the total size of the Army and prescribed by the Secretary of the Army.

**5–7. Promotion flow**

*a.* Changes in authorizations, losses and promotions to the next higher grade create fluctuations in both the time in service (TIS) and time in grade (TIG) at which promotions occur. Under ideal circumstances, each qualified officer would advance through the grade structure with some degree of predictability. However, a relatively standardized promotion flow does not occur consistently due to expansion and contraction of the Army, changes in promotion policies and variations in officer losses each year.

*b.* Title 10 USC establishes minimum TIG requirements for promotion to the next higher grade as shown in table 5-2.

*c.* The promotion timings, as stated in Department of Defense Instruction 1320.13 are expressed in terms of the years of Active Federal Commissioned Service (AFCS) at which promotion occurs. The promotion opportunity (DOPMA rate), as stated in DODI 1320.13, is the percentage of total selects over the eligible in-the-zone population. Promotion timing and opportunity objectives are shown in table 5-2.

**Table 5–2**
**TIS, TIG, and promotion opportunity**

| Promote to: | Timing (TIS)(DODI) | TIG (10 USC) | Promotion Opportunity (DODI) |
|-------------|--------------------|--------------|------------------------------|
| 1LT/02 | 18 months | 18 months | Fully qualified |
| CPT/03 | 4 years plus 1 year | 2 years | Best qualified (90 percent) (DA guidance) |
| MAJ/04 | 10 years +/- 1year | 3 years | Best qualified (80 percent) |
| LTC/05 | 16 years +/- 1 years | 3 years | Best qualified (70 percent) |
| COL/06 | 22 years +/- 1 year | 3 years | Best qualified (50 percent) |

## 5–8. Below-the-zone (BZ) promotions

The below-the-zone (BZ) or secondary zone promotion capability is designed to allow the accelerated promotion of outstanding officers who have demonstrated performance and indicated potential clearly superior to those who otherwise would be promoted. Below-the-zone promotions apply only to promotion to the grades of major, lieutenant colonel and colonel. Officers will receive only one BZ consideration per grade. By law, the number of officers recommended for promotion from below-the-zone may not exceed 10 percent of the total number recommended; except that the Secretary of Defense may authorize that percentage to be increased to not more than 15 percent. Army policy sets the Army Competitive Category (ACC) below-the-zone promotion capability at 5.0 to 7.5 percent. Note that AMEDD, Chaplain Corps and Judge Advocate General's Corps are not part of the ACC.

## 5–9. Competitive categories

Each officer on the ADL is grouped in a competitive category for promotion as authorized in Title 10 USC and prescribed in DOD Directive 1320.12. Competitive categories are established to manage the career development and promotion of certain groups of officers whose specialized education, training, or experience, and often relatively narrow utilization, make separate career management desirable. Officers in the same competitive category and Career Field (see para 8-1b) will compete among themselves for promotion. There are nine competitive categories: the Army Competitive Category includes all branches and functional areas other than the special branches; Chaplain and Staff Judge Advocate are in separate categories; and the Army Medical Department has a category for the Medical and Dental Corps and a category for all other Medical Department branches.

## 5–10. Impact of OPMS and OPMS XXI

With the implementation of OPMS XXI, changes have occurred in the Officer Personnel Management System (OPMS). These OPMS XXI changes affect only Army Competitive Category officers.

*a. Promotion plan.* As part of OPMS, the Army defines primary and secondary zones of consideration for field grade promotions by basic year groups. The in-the-zone population, or primary zone, is usually established by the dates the first and last due course officer was promoted from a specific year group. A due course officer is one who has been on continuous active duty since commissioning as a second lieutenant and who has neither failed selection for promotion nor been selected for promotion from below-the-zone. This primary zone is accessed into the Army, and at times shaped, to achieve a promotion opportunity (table 5-2) that is relatively similar over a period of the next 5 years. This procedure has become known as the Five-Year Field Grade Promotion Plan. OPMS XXI has not changed this policy.

*b. Decentralized selections.* Promotion to first lieutenant (1LT) is approved by the officer's local commander. Normally, the battalion commander promotes with the recommendation of the company commander. Although the promotion is thought of as being automatic upon completion of a specific period of active duty, the promotion is based on an officer's demonstrated performance. Officers who fail promotion to 1LT are generally released from active duty or discharged.

*c. Centralized selections.* Officers promoted from captain through colonel are selected by HQDA centralized boards. Selection boards are asked to recommend fully or best qualified (as appropriate) officers from an inclusive zone of consideration (ZOC). The ZOC includes officers from above, in and below the promotion zone. When the number of officers being considered exceeds the maximum number to promote, the boards operate under a best qualified criteria. Centralized boards, except captain, are provided minimum promotion requirements (floors) by branch, functional area or area of concentration to ensure the Army's skill and grade mix balances with its needs. Recommendations are based upon branch and functional area competency, the potential to serve in the higher grade and the whole person concept. Factors considered include:

(1) Performance.
(2) Embodiment of Army values.
(3) Professional attributes and ethics.
(4) Integrity and character.
(5) Assignment history and professional development.
(6) Military bearing and physical fitness.
(7) Attitude, dedication and service.
(8) Military and civilian education and training.
(9) Concern for soldiers and families.

*d. Promotion within Special Branches (AMEDD, Chaplain Corps and JAG Corps).* The officer promotion system reinforces all other personnel management programs to acquire and retain the right number of officers, with the proper skills, to meet the Army's needs. The objective of promotion within the special branches is to maintain an orderly promotion flow that replaces losses, meets changing requirements, and recognizes uneven attrition rates within these competitive categories. Provisions of the system include mandated floors by branch, functional area or AOC and the optional employment of selection ceilings. Selection opportunity may vary among competitive categories based upon projected requirements in the higher grades.

*e. Instructions to promotion boards.* Each board receives a Memorandum of Instruction from the Secretary of the Army providing guidance for the selection process. Copies of these memorandums are released to the officer corps following approval and public release of the board results. That portion pertaining to specialization has been expanded significantly to indicate that, in today's Army, the specialist has a significant role and responsibility. The instructions highlight the need for the different officer professional development patterns required for accomplishing the Army's total mission. Instead of a single traditionally accepted career pattern through various grades, multiple paths for advancement exist as the Army recognizes divergent Service needs and individual capabilities. Further, instructions to promotion boards prescribe that promotion potential will be determined, for the most part, based on an officer's record of performance in their designated branch or functional area and the officer's overall performance.

*f. Promotion board membership.* Personal qualifications, experience, and performance determine promotion board membership. MACOM commanders recommend board members (colonel and below) from lists provided by the HQDA Secretariat for Selection Boards of eligible candidates who meet qualifications in a broad spectrum of military fields. Following policy guidance from the Secretary of the Army, membership is designed to adequately reflect the skills, commands and diversity of the competitive category under consideration. The Director of Military Personnel Management, ODCSPER, approves the final slate of members on behalf of the Secretary of the Army. General officer membership is approved by the Chief of Staff, Army.

*g. Special selection boards.* Special selection boards (SSBs) are convened as required to consider officers with dates of rank above or in the promotion zone who were erroneously omitted from consideration or whose official records contained material errors seen by the original board. Erroneous entries or omissions on the Officer Record Brief (ORB) generally do not justify reconsideration by a SSB. The officer's responsibility to review his or her ORB at least annually and the provision of AR 600-8-29 entitling officers in the zone of consideration to submit a letter to the president of the board are considered sufficient opportunity to overcome minor administrative deficiencies.

# Chapter 6
# Officer Evaluation System

## 6–1. Overview

*a.* The Officer Evaluation System identifies those officers most qualified for advancement and assignment to positions of increased responsibility. Under this system officers are evaluated on their

performance and potential through duty evaluations, school evaluations and HQDA evaluations (both central selection boards and PERSCOM officer management assessments).

*b.* The assessment of an officer's potential is a subjective judgment of the officer's capability to perform at a specified level of responsibility, authority or sensitivity. Potential is normally associated with the capability to perform at a higher grade. However, the Army also assesses the officer's potential for retention and increased responsibility within a specified grade.

*c.* Officer qualifications provide the real link between the needs of the Army and individual officer performance. They focus on an officer's background in terms of experience and expertise and include such items as specialty qualification, successful performance in demanding positions, civil and military schooling and physical profile. Performance is the execution of tasks in support of the organization or Army missions. While results or accomplishment of a series of tasks is the primary focus, the manner in which tasks are approached and a general adherence to officer corps professional values are also important. The performance assessment by HQDA differs significantly from that accomplished in the organizational duty environment. The organizational duty assessment involves personal knowledge of the situations surrounding a specific performance for a specified period of time. The HQDA assessment is accomplished by an after-the-fact assessment of a series of reports on performance over a variety of duty positions and covering the officer's entire career.

## 6–2. Officer Evaluation Reporting System

*a.* The Officer Evaluation Reporting System is a subsystem of the Officer Evaluation System. It includes the methods and procedures for organizational evaluation and assessment of an officer's performance and an estimation of potential for future service based on the manner of that performance.

*b.* The official documents of these assessments are the OER and the AER.

(1) The performance evaluation contained on the OER is for a specific rating period only. It focuses on comparing the officer's performance with the duty position requirements and the standards of the rating officials. Performance includes the methods or means of effort used by an officer in accomplishing tasks assigned by superiors or implied by the duty position, the results of his or her efforts or degree of task accomplishment and the degree of compliance with the professional norms or values that apply to all officers regardless of duty position, grade or specialty.

(2) The potential evaluation contained on the OER is a projection of the performance accomplished during the rating period into future circumstances that encompass greater responsibilities. The primary focus of this assessment is the capability of the officer to meet increasing levels of responsibility in relation to his or her peers.

(3) The AER is prepared for officers who take part in resident and nonresident training at service schools and civilian educational institutions. It explains the accomplishments, potential, and limitations of students while attending courses. Only one AER is authorized for each reporting period.

*c.* The OER system is directly linked to the OPMS XXI Career Field designation process. Raters and senior raters are required to record a functional area and Career Field recommendation in Parts Vc and VIId respectively on each OER rendered for an Army Competitive Category (ACC) captain, major or lieutenant colonel. These rating chain recommendations, given by rating officials over a series of OERs, will provide pertinent information for Career Field Designation Boards.

## 6–3. Relationship with OPMS XXI, leader development, character development process

*a.* The primary function of the Officer Evaluation Reporting System is to provide information from the organizational chain of command to be used by HQDA for officer personnel decisions. The information contained in the OER is correlated with the Army's needs and individual officer qualifications to provide the basis for

OPMS XXI personnel actions such as promotion, Career Field designation, elimination, retention in grade, retention on active duty, reduction in force, command and project manager designation, school selection, assignment and specialty designation.

*b.* An equally important function of the Officer Evaluation Reporting System is to encourage the professional development of the officer corps. To accomplish this, the system uses the Army's leadership doctrine to relate teaching, coaching, counseling and assessing values, attributes, skills and actions to performance and professional development. The OER also requires rater and senior rater input regarding functional areas and Career Fields, unique/special qualifications and future positions (Parts Vc and VIId) that strongly support OPMS XXI indoctrination throughout the officer corps. Particularly valuable is the developmental counseling fostered through senior officer linking the Army's evaluation system to its leader development and personnel management systems. Developmental counseling is the responsibility of senior officers to provide feedback concerning professional growth, potential and career pathways to success. While these aspects of developmental counseling through mentorship have always been a major element of the evaluation process, they must be continually emphasized.

*c.* The Officer Evaluation Reporting System support form process provides further impetus to continual two-way communication so that the rated officer is made aware of the specific nature of his or her duties and is provided an opportunity to participate in the organizational planning process. The rater uses the communication to give direction and development to subordinates, to obtain information about the status and progress of the organization and to systematically plan for accomplishing the mission. The senior/subordinate communication process also facilitates the discussion of career guidance with the rated officer, to include the decision process for his or her future OPMS XXI Career Field. This enables the rated officer to take advantage of the superior's experience when making functional area, Career Field or assignment related decisions.

*d.* For further information on the Officer Evaluation System, see AR 623-1, AR 623-105, and DA Pam 623-105.

# Chapter 7
# Reserve Component Officer Development and Career Management

## 7–1. Introduction

*a.* This chapter discusses the unique aspects of leader development, professional development and career management of Army National Guard (ARNG) and U.S. Army Reserve (USAR) officers. It also details how Army Reserve Component (RC) officers are affected by OPMS.

*b.* The Reserve Components of the Army include the ARNG and the USAR. When not in a Federalized status (under Federal control), the ARNG comes under control of the states, the territories of Guam and the Virgin Islands, the commonwealth Puerto Rico or the District of Columbia. The USAR is a Federal force within the Department of the Army.

*c.* The ARNG and the USAR operate under separate and distinct systems according to specific laws and regulations. However, since the purpose of the RC is to augment the Active Component in times of need, it is imperative that the implementation of these laws and regulations allow for the seamless integration of RC units and individuals into the Active force.

*d.* The RC consists of three categories: the Army Ready Reserve, the Standby Reserve, and the Retired Reserve. This chapter focuses on the Ready Reserve. The Ready Reserve is the largest category in the RC and contains the overwhelming majority of pretrained military manpower to augment the Active Component in time of war or national emergency. The Army Ready Reserve consists of the Army Selected Reserve, the Individual Ready Reserve (IRR) and the Inactive National Guard (ING).

(1) The Army Selected Reserve consists of the following:

*(a)* Units (USAR and ARNG). Soldiers assigned to USAR and

ARNG units fall into this category, which is divided into two subgroups:

*1.* Drilling Unit Reservists. Soldiers assigned in drill status. These soldiers drill 48 Unit Training Assemblies (UTAs) per year and 14 days (15 days for ARNG) per year in annual training (AT) status.

*2.* Active Guard Reserve (AGR). Soldiers serving in an active duty status for at least 180 days, performing administrative and training duties in direct support of the ARNG and USAR. The primary objective of the AGR program is to improve the readiness of the Reserve Component.

*(b)* Training Pipeline (Non-deployable Account). Selected Reserve enlisted soldiers who have not yet completed initial active duty for training (IADT), officers who are in training for professional categories, or undergraduate flying training and cadets enrolled in the Simultaneous Membership Program (SMP).

*(c)* Individual Mobilization Augmentation (IMA) (USAR only). Soldiers assigned to this control group perform at least 12 days of AT each year and are assigned to a specific duty position in an AC unit or organization.

(2) The Individual Ready Reserve (IRR) (USAR only) consists of the following:

*(a)* Control Group—Annual Training. Ready Reserve soldiers with a training obligation who do not belong to a USAR unit. They must perform AT when so directed.

*(b)* Control Group—Reinforcement. All other non-unit Ready Reserve soldiers not assigned to another control group.

*(c)* Control Group—Officer Active Duty Obligor. Active duty officers who are appointed in the USAR but do not enter onto active duty at the time of their appointment. These officers maintain their obligated status and may be ordered to active duty or duty with a ARNG or USAR unit.

*(d)* Control Group—Dual Component. Regular Army of the United States enlisted soldiers or warrant officers who hold Army Reserve commissions or warrants.

(3) Inactive National Guard (ING) personnel (ARNG only). Personnel in an inactive status in the Selected Reserve, attached to a specific National Guard unit. They muster once a year, but do not participate in training activities. ING soldiers are considered mobilization assets of the unit.

## 7–2. Officer Personnel Management System—Army National Guard and U.S. Army Reserve (OPMS-ARNG and OPMS-USAR)

*a.* OPMS is the cornerstone of the professional development and utilization programs for all Reserve Component officers. Its goal is to develop RC officers in the right numbers and skills to meet the functional requirements of the Army in the event of mobilization, as well as to develop officers with technical, managerial, administrative and leader skills to serve in positions of increasing responsibility throughout the Department of Defense (DOD). While the goals of OPMS for the Reserve Component are the same as those for the Active Component, its implementation is affected by laws and regulations specific to the ARNG and USAR. Accordingly, OPMS is divided into two subprograms for Reserve Component implementation purposes:

(1) OPMS-ARNG is a function of the state, within the guidance and policies established by HQDA and NGB.

(2) OPMS-USAR is administered by the Army Reserve Personnel Command (AR-PERSCOM) in St. Louis, MO. AR-PERSCOM manages all USAR officers not serving in the Active Component, regardless of the component or control group to which they are currently assigned. More specific guidance for OPMS-USAR is addressed in AR 135-155, AR 135-175, and AR 140-10, and for the Active Guard Reserve Program in AR 135-18.

*b.* Commanders play a significant role in the development of subordinate officers. With the reduction of personnel resources, the Reserve Components will select only the best qualified officers for leadership positions. The Reserve Components will consider officers for command and high level staff positions regardless of their component affiliation. Cross component consideration ensures that the Reserve Components continue to select and train the best qualified officers for these positions.

## 7–3. OPMS-ARNG and OPMS-USAR purpose

The purpose of OPMS-ARNG and OPMS-USAR is to effectively and efficiently manage assigned officers through the personnel proponent life cycle development models. The effective implementation of the RC OPMS increases the effectiveness and professionalism of the USAR and ARNG officer corps by producing officers who meet the same qualifications as their Active Component counterparts, and who are able to perform effectively in their branch or functional area as a part of the Total Army team. All branches and functional areas in the Active Component under OPMS XXI are open to the Reserve Component and are reflected in the RC force structure. One variance from the AC implementation of OPMS XXI is the Career Field designation process which requires modification to accommodate ARNG/USAR unique personnel management considerations.

## 7–4. Application of OPMS XXI to ARNG and USAR officers

The implementation of the Reserve Officer Personnel Management Act (ROPMA) in 1996 brought the RC officer promotion systems in synchronization with the Active Component. It established a best qualified promotion system for RC officers, replacing the fully qualified system previously used. OPMS XXI is the personnel management vehicle which will allow RC officers to meet the criteria for promotion established by ROPMA. One notable impact of OPMS XXI on the RC officer community is that, like ROPMA, it will continue to blur the lines between USAR and ARNG officers. Due to the significant importance of job performance and experience as a requisite for advancement, and due to geographical considerations unique to RC career management, USAR and ARNG officers may find themselves rotating through both the USAR and the ARNG throughout their careers. This and other similar RC unique issues affecting RC officer career management are discussed later in this chapter.

## 7–5. Objectives

*a. OPMS-ARNG.* This system identifies positions and officers to fill those positions. The essential element of OPMS-ARNG is to match the qualifications of the officer with the requirements of the position as found in authorization documents. Constraints in applying the OPMS system to the ARNG include the geographical location of the state force structure and the limited size of the state officer inventory. OPMS-ARNG, when properly executed, develops officers in adequate numbers and assigns officers according to the needs of the ARNG in each state by considering mission requirements in conjunction with the individual officer's competence and desires. OPMS-ARNG provides for the most efficient utilization and maximizes the professional satisfaction of each officer.

*b. OPMS-USAR.* USAR career management and officer development objectives are to:

(1) Develop USAR officers in the required numbers and grades and with the right skills to satisfy the mobilization requirements of America's Army, taking maximum advantage of the inherent abilities, attributes and interests of the individual officer.

(2) Assign officers according to the best interests of the U.S. Army Reserve's needs and the officer's competence and desires. However, the needs of the USAR are primary.

(3) Improve the motivation and professional competence of the USAR officer corps.

## 7–6. Professional development

*a. ARNG.*

(1) The significant difference between OPMS-ARNG and similar systems in the USAR and Active Component is in the decentralization of OPMS responsibility. OPMS-ARNG is a function of the state within the guidance and policies established by HQDA and the National Guard Bureau (NGB).

*(a)* Within those guidelines, the objective is to develop officers in

adequate numbers and with the right skills to fully satisfy ARNG requirements while maximizing and taking advantage of each officer's inherent skills and abilities.

*(b)* Duty assignments are made at the state level based on the force structure of the state, officers available to fill vacancies, unit readiness and geographic considerations.

*(c)* Appointments, promotions, branch transfers, evaluations, separations and other similar personnel actions are administered by the state.

(2) Officers, boards, commanders and personnel managers should be aware of the uniqueness of the RC environment and the implications of citizen soldiering. The concepts of equivalent assignment and constructive credit must be understood. There are numerous leadership positions within the state ARNG structure that do not fall into the traditional definition of TOE/TDA command. Lieutenant level through general officer level leadership and command positions should be recognized, desired as potential assignments, and considered in promotion and selection board procedures. There are also TDA staff positions that equate with battalion and brigade staff positions. These are considered equivalent positions.

(3) Many ARNG officers are leaders in industry, the community and in the corporate world. Many positions in corporations provide training and experience not only useful to the military but closely related to military specialty skills. Although the branch proponent schools make the final determination on branch or functional area qualification, the state recommends and the state boards play a very important role in qualification determination. Officers at all levels should be sensitive to the relationship between civilian occupations and training and military skills. Being the financial officer for a corporation certainly provides evidence of qualification as a military finance officer. Leadership in a civilian occupation provides evidence of potential for military leadership positions. These are examples of constructive credit possibilities. Constructive or equivalent credit should be awarded in accordance with AR 135-155, paragraph 2-6.

*b. USAR.* The development of the professional attributes and capabilities of USAR officers to meet the mobilization needs of the Army is known as officer professional development. While USAR officers share the same mission as their AC counterparts, the unique nature of the USAR soldier's role as a citizen soldier poses a challenge for professional development. However, USAR officers are expected to follow AC officer development patterns as closely as possible, except that USAR officers, in some instances, have increased windows to complete mandatory educational requirements. To meet professional development objectives, USAR officers must be willing to rotate among USAR and ARNG Troop Program Units (TPU), the Individual Ready Reserve (IRR), and the Individual Mobilization Augmentee (IMA) program. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions. Additionally, there will be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career. The success of an RC officer is not measured by length of service in any one component or control group, but by the officers breadth of experience, duty performance and adherence to branch and functional requirements.

## 7–7. Professional development processes
The basic processes of officer professional development are as follows:

*a.* Leader development.

*b.* Rotation of assignments, to include planned and progressive assignments between components and control groups.

*c.* Continuing education (military and civilian).

*d.* Branch transfers and functional area/skill alignment.

*e.* Civilian acquired skills.

*f.* Evaluations.

*g.* Promotions.

## 7–8. Leader development
*a.* The Reserve Component leader development program develops the values, attributes, skills and actions of ARNG and USAR soldiers to meet the mobilization needs of the Army. RC officers must be properly trained in order to perform effectively in the event of mobilization. The development of RC officers is a continuous, progressive and sequential process made up of three pillars: institutional training, operational assignments and self-development.

(1) *Institutional training.* There are a variety of schools, both resident and nonresident, that provide the RC officer with military educational opportunities. These educational programs, which are designed to increase and update the professional knowledge of each officer, have the secondary goal of satisfying promotion and assignment prerequisites. Officer military education requirements are shown in table 7-1. (For exceptions, see AR 135-155 and NGR 135-155.)

(2) *Operational assignments.*

*(a)* Operational experience through duty assignments augments what has been learned in the formal education process. To the maximum extent possible, RC officers receive operational assignments that allow them to apply the knowledge and leadership skills learned in institutional training. This is especially critical for company grade officers. Every attempt should be made to assign junior officer to troop units. This phase in development is critical to developing leadership competencies and instill the Army values necessary in the officer corps. Careful planning and programming by agencies, commanders and the individual officers is essential to maximize the career potential and efficient use of officer skills and attributes. Experience gained through challenging and varied assignments enhances officer development and provides trained officers able to meet the dynamic needs of the Reserve Components.

*(b)* The assignment and transfer of RC officers is a collective effort between the career management officer, the officer and his or her unit. The applicable TOE or TDA prescribes the grade, branch and area of concentration (AOC) requirements for positions to which officers may be assigned. In the RC environment, assignment options are constrained by the force structure and demographic and geographic limitations. For these reasons, RC officers must be willing to accept assignments throughout the Selected Reserve, to include the Army National Guard and USAR programs. RC officers must also accept the necessity of occasional and temporary transfers to the IRR, especially in conjunction with the completion of Professional Development Education (PDE) requirements. These transfers provide the officer with an opportunity to complete required studies without the distraction of a troop assignment and allow other officers the opportunity to gain troop leadership experience.

(3) *Self-development.* Each officer has a responsibility for professional development from the time of commissioning. Individual study, reading, research and interpersonal skills development and assessment are critical parts of leader development. AGR, temporary tours of active duty (TTAD), Active Duty for Special Work (ADSW), Key Personnel Upgrade Program (KPUP, ARNG only) are ways to enhance that development.

*b.* Although it is not specifically one of the pillars of leader development, mentorship is the foundation upon which these pillars rest. Mentorship is the act of proactively developing each subordinate through observing, assessing, coaching, counseling, and evaluating which results in treating people as they should be treated with fairness and equal opportunity. Mentorship is a critical component of leader development since it is a force multiplier. The pillars of leader development (institutional training, operational assignments and self- development) primarily affect the officer. Mentorship affects not only the mentored officer; it sets the tone for the relationship that the mentored officer will have with those he or she will mentor in the future. The importance of mentorship is enhanced by the limited amount of time that RC officers will spend in units serving under more senior officers who can serve as mentors.

**Table 7–1**
**Military education requirements for promotion**

| Grade from: | To | Requirement |
|---|---|---|
| Second lieutenant | First lieutenant | Resident Officer Basic Course |
| Captain* | Major | Officer Advanced Course and CAS3/RC-CAS3 |
| Major* | Lieutenant colonel | 50 percent of Command and General Staff College |
| Lieutenant Colonel | Colonel | Command and General Staff College |

Notes:
* Officers having a date of rank to captain on or after 1 October 1987 must have completed CAS3 prior to enrolling into CGSC. (Completion of CGSC satisfies CAS3 requirement.)

## 7–9. Career management

*a. ARNG.*

(1) Career management for ARNG officers is conducted in accordance with HQDA and NGB policy and regulations and is administered at the state level by authority of the adjutant general. Duty assignments are made at the state level based on the force structure of the state, available officers, unit readiness requirements and geographic considerations. Promotions, branch transfers, evaluations, separations and other personnel actions are administered by the state within HQDA and NGB policy guidance. Appointments, branch designations or changes and promotions require Federal recognition orders issued from NGB on the recommendation of a Federal recognition board conducted at the state. Official military personnel files (OPMF) for all ARNG officers are maintained at NGB.

(2) NGB is the conduit between HQDA and the states to ensure that the objectives of OPMS are fully incorporated in OPMS-ARNG. The personnel directorate at NGB assists the state adjutants general and their staffs in administering OPMS-ARNG by establishing policy and guidance reflecting America's Army systems. The personnel directorate is the proponent for regulations, policy and procedures governing OPMS-ARNG.

(3) The state adjutants general oversee the direction and effectiveness of the officer career management programs in their respective states. This includes the designation of branches and functional areas and the awarding of AOCs, as well as the operation of personnel administration. The adjutant general appoints the state officer personnel manager (OPM), who is the primary representative of the adjutant general in implementing and administering OPMS-ARNG. The OPM ensures that all aspects of OPMS-ARNG are administered and serves as the principal advisor to the adjutant general. The OPM maintains the management records, evaluates the requirements within the state, and monitors the career development of officers available to fill those requirements. The OPM manages the officer inventory.

(4) Leader development should be emphasized as a primary command responsibility. Commanders at all levels assist in the administration of OPMS-ARNG by:

*(a)* Coordinating with the state OPM to develop and properly guide the career of each officer in their command.

*(b)* Recommending assignments according to the qualifications, attributes, potential and desires of their officers.

*(c)* Serving as mentors and conducting periodic evaluations and counseling.

*(d)* Recommending professional development schools and training.

(5) Unit personnel officers, especially at the battalion level, play a vital role in career management for ARNG officers by:

*(a)* Maintaining liaison with the state OPM.

*(b)* Assisting officers in maintaining their records.

*(c)* Counseling officers concerning requirements for designation of branches and functional areas.

*(d)* Maintaining the Military Personnel Records Jacket.

*(e)* Making recommendations to the commander and the OPM for changes to the personnel status of officers.

(6) The individual officer has the final responsibility for ensuring that he or she is progressing to the maximum level within OPMS-ARNG. The officer establishes goals and evaluates progress, making the adjustments necessary to achieve personal goals and professional proficiency.

(7) The designation of special branches and the award of AOCs for Army Medical Department (AMEDD), Chaplain Corps, and Judge Advocate General's Corps officers is a function of HQDA. At the time of application for appointment, the state requests predetermination, through NGB, of qualifications in the branch in which the applicant wishes to serve. Special branch officers may be awarded skill indicators if qualified and essential to the actual or potential assignment as determined by the adjutant general (see NGR 351-1).

*b. USAR.*

(1) Prior to the implementation of OPMS XXI, career management in the USAR was decentralized and unfocused. USAR officers assigned to TPUs essentially managed their own careers by establishing relationships with the unit and command of assignment. Soldiers in the IRR and IMA programs relied upon the Army Reserve Personnel Center (ARPERCEN, the precursor of AR-PERSCOM) for administrative and personnel action support; but, there was no concerted effort to actively manage the careers of USAR officers. Under the auspices of OPMS XXI, AR-PERSCOM is the centralized career management agency for all USAR officers not assigned to the Active Component. The key individual in the career management cycle is the Career Management Officer (CMO). The CMO has the duty of developing the most professionally competent USAR officers possible by consistently providing meaningful training opportunities and assignments for officers within their areas of management responsibility. Additionally, the CMO provides valuable and realistic guidance through individual counseling regarding the officer's educational requirements and prospective assignments to career enhancing positions relative to his or her professional development goals. Officer personnel management ensures that sufficient numbers of highly qualified RC officers are available to meet mobilization requirements and to assume positions of increasing responsibility. To accomplish this, the CMO ensures that the intellectual and professional growth of all officers meets Army needs.

(2) Although the CMO is a key agent in career management, the RC officer is primarily responsible for his or her own career. The successful management of RC officers requires a full and ongoing partnership between the CMO and the officers he or she manages. It is essential the lines of communication between the CMO and the RC officer remain open and bi-directional at all times. In an era of diminishing resources and downsizing, RC officers must fully understand the requirements to remain highly competitive in the ROPMA environment. Further, RC officers must take steps to remain mobilization ready at all times. An RC officer who is not mobilization ready is not an asset to the RC and will not have a future in America's Army.

## 7–10. Career management life cycle

*a. Lieutenant.* This period of an RC officer's career is predominantly developmental in nature. The officer is educated in branch and leadership skills and should acquire maximum practical experience through assignment to troop units. Resident Officer Basic Course (OBC) must be completed within 2 years of commissioning for an officer to be a mobilization asset and remain in the

USAR and ARNG. A baccalaureate degree from an accredited educational institution is required for promotion to captain.

*b. Captain.* RC captains gain advanced leadership experience, become branch qualified and begin development in a functional area. Officer Advanced Course (OAC), which may be completed in residence or in a Reserve Component Configured Course (RC3), is a prerequisite for CAS3 and should be completed before company command. The minimum grade requirements for attendance at OAC is first lieutenant. Attendance at Phase II of CAS3 is limited to captains. Company command and battalion staff experience are desired during this period. Branch qualification requirements vary from proponent to proponent. Most proponents require company level command or key staff experience in branches with limited command opportunity, and completion of OAC for branch qualification. Completion of CAS3 is a requirement for promotion to major and for subsequent enrollment in Command and General Staff Officer Course (CGSOC).

*c. Major.* As a major, the RC officer continues to develop in his or her branch and functional area. Utilization in the functional area may occur during this period as the officer acquires staff and leadership experience and knowledge appropriate to levels of higher responsibility. A qualified major is one who has completed at least 50 percent of CGSOC or has completed the Advanced Logistics Executive Development Course/Logistics Executive Development Course (ALEDC/LEDC), as appropriate, for promotion to lieutenant colonel.

*d. Lieutenant colonel.* At the lieutenant colonel level, the RC officer applies the skills in his or her branch or functional area in management and leadership positions of greater responsibility. Senior staff and command experience are desired at this level. Effective 1 October 1993, lieutenant colonels who have not completed CGSOC within 3 years of promotion are subject to removal from active status. Completion of CGSOC is necessary for assignment as brigade executive officer or brigade S3 and for promotion to colonel. Completion of CGSOC and branch precommand course (PCC) are also required for assignment at battalion level or higher command positions. The branch PCC requirements for command may be waived by the Chief of Staff, Army. Even with a waiver, the officer still must complete CGSOC and branch PCC within the first year of command or be subject to removal from command.

*e. Colonel.* At the colonel level, the officer applies the skills in his or her branch or functional area in management or leadership positions of greater responsibility. HQDA, DOD and joint staff, as well as command experience, are desired at this level. Effective 1 October 1996, Senior Service College became a prerequisite for promotion to general officer. Officers selected for brigade command have the same branch PCC requirements as battalion commanders.

## 7–11. Management considerations

*a. ARNG.*

(1) *General.* To properly plan for the development and assignment of officers into positions of increasing responsibility, an overview of the state force structure and an inventory of officer positions is necessary. States develop a State Master Development Plan (SMDP) as a tool for this purpose. The SMDP allows for analysis of all branches and AOCs authorized by state force structure documents to determine career progression patterns for officers within the state. The SMDP is used to determine how many officers in each branch, functional area and AOC the adjutant general needs to develop.

(2) *Career planning.* Orderly career planning provides for progressive duty assignments and military schooling to meet current needs and develop officer skills for future assignments. The success of the officer career planning and management program is dependent upon policies and plans that ensure:

(a) All officers are assigned according to individual qualifications that are properly documented.

(b) The professional capabilities of all officers are developed through planned and progressively responsible assignments. This ensures a sufficient number of qualified officers are available at all times to accomplish assigned missions.

(c) All officers have equal opportunity for promotion selection and for higher assignments based on their demonstrated abilities.

(d) All officers are aware of the guidelines and expectations concerning career planning.

*b. USAR.*

(1) *Previous active duty assignments.* When evaluating an officer's active duty assignments, consideration should be given to the duty positions held by the officer, as well as his or her experience level. Active duty experience should be capitalized upon by assigning these officers to positions in which they can share their experiences and expertise.

(2) *Reserve Component experience.* The officer's record should be reviewed for previous assignments, the level of assignment, command and staff experience, active duty for training (ADT) assignments, and other RC oriented training.

(3) *Military education.* The officer's record should be reviewed for military schools that have been completed. Enrollment into resident and nonresident schools should be accomplished in a timely manner to ensure successful completion of military education requirements. Although CMOs are not responsible for ensuring that managed officers complete the requirements, they play an important role in monitoring the officer's progress until the course is successfully completed.

(4) *Civilian background.* CMOs should evaluate the officer's civilian education and occupational background for potential skills, knowledge and attributes that have military applications. Consideration may be given for designation of a skill identifier for a civilian-acquired skill.

(5) *Level of participation.* The most critical factor in an officer's development is his or her willingness to participate in leader development over an extended period of time. The successful RC officer keeps his or her CMO informed of the type of duty, training and education that best conforms to the officer's attributes, interests and professional development needs. Although statutory and regulatory requirements for participation in education and training exist, the USAR remains a volunteer organization. Ideally, every officer participates in educational opportunities to the maximum extent possible within the funding constraints that exist within the USAR environment. It is also realized that USAR officers are constrained by civilian employment, family considerations and community responsibilities. However, USAR officers must make every attempt to participate consistently in training and education opportunities. Failure to do so may result in the USAR officer's administrative elimination from the service through either voluntary or involuntary means (board action).

(6) *Branch qualified officers serving in command positions.* Reserve Component officers must meet branch qualification criteria for the type of unit they will command. This requirement is fundamental to our America's Army concept; therefore, requesting a waiver from this requirement is strongly discouraged. Officers can request a waiver through their chain of command and CMO to the Chief, Army Reserve. In the absence of compelling reasons, approval of the request is not likely. Officers should minimize changing branches once branch qualification has been achieved.

(7) *Reassignment—IRR.* Officers serving in the IRR are considered for placement in a TPU position or an IMA assignment based upon current position availability and the RC officer's career progression needs. The CMO ensures that officers have the military and civilian schooling necessary for TPU or IMA assignments, while taking the following factors into consideration:

(a) Availability and type of TPUs within a reasonable commuting distance. Officers are assigned according to established procedures using the request vacancy system. (See AR 140-1 and applicable directives.)

(b) Availability and type of IMA assignments currently available.

(c) Prior experience (both Active and Reserve Component) and the level of this experience compared to a typical officer of the same grade, branch, functional area and time in service/time in grade.

*(d)* Career field and level of military and civilian schooling or potential to acquire the necessary skills within 3 years of assignment.

*(e)* Officer's AT control group affiliation. (Obligated members of the annual training control group or Officer Active Duty Obligor (OADO) control group may be involuntarily assigned to a TPU or IMA position vacancy.)

(8) *Reassignment—TPU officers.* When either the TPU officer or his or her command contemplate reassignment of the officer to the IRR, the reassignment must be approved by the CMO before the transfer order is published. A thorough review of the officer's file will be completed, and the officer should be prepared to discuss future career development needs and type of assignments desired. Assignments to the IRR should only be affected as part of the RC officer's career management plan (to complete PDE requirements), or to alleviate undue family hardship. Since transfer to the IRR is temporary; substandard officers will not be transferred to the IRR as a means of removing them from the command. Rather, the officer's unit will initiate action to eliminate the officer from the service in accordance with all applicable regulations. CMO's may also initiate transfers to the IRR based upon the RC officer's career management needs.

## 7–12. Individual Mobilization Augmentee/Drilling Individual Mobilization Augmentee (IMA/DIMA) assignments (USAR)

*a. General.* A number of key positions throughout the Department of Defense and other governmental agencies are filled by RC officers. These positions are used to rapidly expand the agencies during the early phases of mobilization. Preselected, specially qualified RC officers are assigned to these positions and are trained during peacetime to augment the commands and agencies to enhance mission accomplishment upon mobilization. These RC officers are called IMAs/DIMAs and are assigned to USAR Control Group—IMA in a Selected Reserve status. IMAs are given premobilization orientation and qualification training for the positions to which they are attached. This is accomplished during 12-day annual training tours. Officers assigned as DIMA receive an additional 12 days of training per year in an IDT status, which are performed with their unit or organization of attachment. These tours are coordinated between the unit or organization, the CMO and the officer. (For further guidance on the IMA program, see AR 140-145.)

*b. Training.* IMA officers training requirements are coordinated through the gaining agency. All requests for training in lieu of, or in addition to, annual training tours are submitted on DA Form 1058-R (Application for Active Duty for Training, Active Duty for Special Work, Temporary Tour of Active Duty, and Annual Training for Soldiers of the Army National Guard and U.S. Army Reserve) through the proponent agency to Commander, AR-PERSCOM, ATTN: ARPC-MOT, 9700 Page Avenue, St Louis MO 63132. Orders are published by AR-PERSCOM if the unit or organization concurs and funds are available. Units or organizations should provide IMA/DIMA officers the opportunity to participate by completing projects for retirement credit throughout the year.

*c. Federal employees.* Federal employees are declared available for mobilization by their employing command or agency. As IMA soldiers, DA civilian employees may not hold IMA positions with the same HQDA general or special staff element in which they are employed. USAR members should report employment conflicts to their proponent agencies and AR-PERSCOM CMOs when they occur.

## 7–13. Officer education

*a. Resident courses.* RC officers are authorized to attend resident Army service schools to become qualified in their present or projected assignments as funds and allocations allow. Attendance at resident service schools is the preferred option for all RC officers since it allows for peer-to-peer interaction and an ongoing exchange of ideas and experiences. It also allows RC officers to interact with

their AC counterparts and provide them with information about the RC. It is understood, however, that not all RC officers will be able to attend all service schools in residence due to budgetary, time or training seat constraints. For this reason, type of school attendance (resident or nonresident) is not a discriminator for promotion or duty assignment in the RC. Officers may also attend courses that contribute to the military proficiency of the unit or enhance their specific abilities. DA Pam 351-4, as supplemented by pamphlets and directives from the U.S. Army Training and Doctrine Command and the NGB, provides information concerning courses of instruction offered at Army schools and various agencies in DOD.

*b. Nonresident courses.* With the exception of the Officer Basic Course, military schools may be taken through nonresident courses, The Total Army School System (TASS) and through correspondence courses. OAC, CAS3 and CGSOC are available in both TASS and nonresident versions. The CMOs at AR-PERSCOM (for USAR) and the State Headquarters (for ARNG) should ensure that officers are enrolled in military education courses in a timely manner to ensure that all RC officers remain fully competitive for promotion and assignment considerations. Table 7-2 discusses the options available for RC officers to complete their military education and the amount of time that each officer has to complete the nonresident instruction after enrollment before being dropped from the school.

*c. Branch and functional area educational requirements.* All RC officers are assigned to a branch upon appointment. Branching decisions are made based upon the needs of the Army, although officer preference is considered. Branching is usually determined prior to commissioning, although RC officers can be rebranched at any time based upon the needs of the service until they attend an OBC; at which point their branch is fixed. Once an officer has attended an OBC, he or she cannot be rebranched until they have either attended another OBC or completed other branch qualifying courses (such as OAC).

(1) *Basic course.* All officers attend a resident OBC in his or her branch to meet branch qualification and mobilization requirements; no alternative training method is available. Although attendance at OBC immediately after commissioning is preferable, RC officers must complete OBC within two years of commissioning.

(2) *Advanced course.* RC officers will generally attend OAC between their 5th and 12th years of service. While attendance in residence is preferred, RC officers may complete OAC through RC configured curricula, which normally entail four phases (two performed in drill status and two in AT status). Completion of OAC is required for branch qualification.

(3) *Combined Arms and Services Staff School.* RC officers will generally attend CAS3 between their 7th and 13th years of service, but only after successful completion of OAC. Attendance at CAS3 is mandatory for promotion to major (except for officers assigned to the Chaplain Corps, the Army Medical Department (less AOC 67A/MFA 70) and the Judge Advocate General's Corps. RC officers may attend the six-week resident school or opt for the two-phase RC configured curriculum (one phase in drill status; the other in ADT status).

(4) *Functional area training.* Around the 8th year of service, RC officers may apply for functional area (FA) designation. Although a functional area is not a branch, it is an area of specialization requiring additional training or experience. Many courses provided through the DOD and in the civilian community support functional area training and qualification, as does civilian work experience. For example, many USAR officers are qualified as Operations Research/Systems Analysts (ORSA) in their civilian profession, yet do not possess the ORSA (FA 49) functional area. Since this FA is chronically short throughout the USAR, these officers will be strongly encouraged to apply for it based on their civilian experience. FA selection is therefore based on such factors as the officer's experience and abilities, geographical requirements and the needs of the Army. FAs allow RC officers to broaden the scope of their experience and enhance both their assignment and promotion potential.

*d. Command and General Staff College (CGSC).* This mid-level school prepares majors for assignments at the division and corps

level, as well as joint assignments. The school is branch non-specific and provides training in the military arts and sciences, as well as introductory courses in geopolitical issues and on how the Army runs. RC officers also receive credit for CGSC by attending resident Marine Corps, Navy or Air Force CGSC and the School of the Americas.

*e. Senior Service School (SSC) requirements.* SSCs provide field grade officers with advanced professional education in both military and sociopolitical topics. The SSCs, which include the Army War College and university fellowships, prepare officers for senior leadership positions throughout the DOD.

*f. Professional development courses.*

(1) *Field grade refresher courses.* Branch refresher courses are conducted by branch proponent schools to provide current doctrine in branch matters and special subjects for field grade officers. While no credit for promotion is given for attendance at these courses, the opportunity to update professional knowledge is of great value to RC officers.

(2) *Language training.* Where a TOE or TDA position requires language proficiency, officers may apply for language acquisition or sustainment training at either the Defense Language Institute in Monterey, CA, or the ARNG language school. These resident courses are very lengthy, lasting from 25 to 60 weeks.

*g. Civilian education.* The standard for civilian education for officers in the U.S. Army is a baccalaureate degree. Most officers commissioned into the RC already have a baccalaureate degree; however, some officers commissioned through the state Officer Candidate School (OCS) do not. Table 7-3 lists the educational

requirements applicable to the appointment and commissioning of officers without baccalaureate degrees. Effective 1 October 1995, in accordance with the National Defense Authorization Act for fiscal year 1995, a baccalaureate degree from an accredited educational institution is required for promotion to any grade above first lieutenant. Army Nurse Corps officers appointed on or after 1 October 1986 must possess a baccalaureate degree in nursing (accredited by an agency acceptable to HQDA) prior to promotion to major.

*h. Other sources of officer professional education.*

(1) *Total Army School System (TASS).* TASS offers CAS3 and CGSOC to RC officers. Since 1 October 1993, OACs have been offered through the branch proponent schools in RC configured courses. The TASS option offers an excellent opportunity for completing educational requirements because of the presence of qualified instructors and the interaction with fellow officers.

(2) *The Army Institute for Professional Development (AIPD).* The Army Institute for Professional Development at Fort Eustis VA, administers the Army Correspondence Course Program (ACCP). The ACCP provides progressive educational opportunities through correspondence for a wide variety of subjects. This type of military education is particularly well suited for RC officers who cannot take advantage of resident courses. Many courses are targeted at specific assignments, such as motor officer, personnel officer or dining facility officer. DA Pam 351-20 contains enrollment information, addresses and telephone numbers for course coordination.

**Table 7–2**
**Nonresident military schools**

| Non resident school | Method allowed | Time allotted for instruction |
|---|---|---|
| Officer Basic Course | Resident only | N/A |
| Officer Advance Course | Correspondence and branch | 2 years |
| Combined Arms and Services Staff School | Phase I-correspondence | 2 years |
| | Phase II-resident | 9 weeks |
| | Phase III-TASS | 1 year |
| Command and General Staff Officer Course | Correspondence; TASS; combination of correspondence and TASS | 3 years |
| Army War College | Correspondence course | 2 years |

**Table 7–3**
**Civilian education requirements necessary for commissioning**

| Fiscal year of commissioning | College semester hours necessary for commissioning |
|---|---|
| 1993 | 70 |
| 1994 | 80 |
| 1995 and after | 90 |

## 7–14. Officer Evaluation Reporting System (OERS)

*a. Purpose.* The Officer Evaluation Reporting System provides commanders and board members with:

(1) A means to promote a top down emphasis on leadership communication; integrating rated officer participation in objective setting, performance counseling and evaluation.

(2) A continuing appraisal of each officer's performance as a member of the ARNG and USAR.

(3) An assessment of the officer's potential for positions of increased responsibility.

(4) Information useful in making decisions concerning the officer's branch, functional area and AOC.

*b. Best qualified concept.* Information in the OER is correlated with other qualification data to develop the best qualified officer. Thus, realistic sources of vital information are derived for use in

assignments, promotions and training opportunities for additional career development.

*c. Performance counseling.* An important element for an officer's evaluation is performance counseling by the rater. Using DA Form 67-9-1, Officer Evaluation Report Support Form, or DA Form 67-9-1a, Junior Officer Developmental Support Form, the rater and the rated officer can agree on goals and performance objectives for the rating period and steps that can be taken by the officer to prepare for promotion and positions of higher responsibility. The commander's responsibility in developing officers and the officer's personal responsibility for managing his or her career are enhanced by quality counseling and performance appraisal. During the rating period, quarterly counseling is mandatory for lieutenants. The counseling goal for captains is once, around the midpoint of the rating period (3-6 months), and as needed for field grade officers.

*d. Academic Evaluation Report.* DA Form 1059, Service School Academic Evaluation Report, documents the aptitude, capabilities, accomplishments and academic progress of RC officers while attending courses of instruction at Army service schools, Reserve Component Training Institutions (RCTI) or other Army sponsored courses of instruction. Officers receive this report regardless of the duration of the course of instruction or training or their status within the RC system (TPU, IMA, IRR, etc.). Since RC officers in the IRR receive Academic Evaluation Reports, they should be familiar with the report's mechanics and concept and cognizant of the ramifications and importance of this alternate method of officer evaluation.

However, an AER is not a substitute for an officer evaluation report (OER). (See AR 623-1 for further guidance.)

### 7–15. Promotion

By law, commissioned officers of the Reserve Components who are on the Reserve Active Status List (RASL) are automatically considered for promotion when they have served the required years in grade. Promotion consideration accrues whether officers are assigned to an ARNG unit, TPU or a control group, except for the Standby Reserve (Inactive) and the Inactive Army National Guard. RC officers assigned to an ARNG unit or USAR TPU have an additional opportunity for promotion to fill unit position vacancies at such time as they have completed the education and time-in-grade requirements. Time in grade requirements for vacancy promotions are contained in AR 135-155, table 2-1.

### 7–16. Selection eligibility

*a. General.* To be eligible for selection for promotion, an RC officer not on extended active duty must:

(1) Be on the RASL.

(2) Be an active member and participating satisfactorily in RC training.

(3) Meet the prescribed military educational requirements shown in table 7-1, paragraph 7-8.

(4) Meet the prescribed civilian educational requirements of U.S. Code, Title 10, Section 12205. The Code states that no person may be appointed to a grade above the grade of lieutenant in the Army Reserve or be Federally recognized in a grade above the grade of first lieutenant as a member of the Army National Guard unless that person has been awarded a baccalaureate degree by a qualifying institution. This does not apply to the following:

*(a)* The appointment to or recognition in a higher grade of a person who is appointed in or assigned for service in a health profession for which a baccalaureate degree is not a condition of original appointment or assignment.

*(b)* The appointment to or recognition in a higher grade of any person who was appointed to, or Federally recognized in, the grade of captain before 1 October 1995.

*(c)* Recognition in the grade of captain or major in the Alaska Army National Guard of a person who resides permanently at a location in Alaska that is more than 50 miles from each of the cities of Anchorage, Fairbanks, and Juneau by paved road, and who is serving in a scout unit or a scout supporting unit.

(5) Meet the prescribed civilian educational requirements of AR 135-155.

*(a)* Army Nurse Corps officers appointed on or after 1 October 1986 must possess a baccalaureate degree in nursing from an accredited educational institution prior to promotion to major.

*(b)* Officers other than Army nurses appointed on or after 1 October 1987 must possess a baccalaureate from an accredited educational institution prior to promotion to major.

(6) Have served the required time in grade shown in table 2-1, AR 135-155.

*b. Reserve appointments.* Upon release from active duty, officers with Reserve appointments are transferred in the grade satisfactorily held while on the ADL and, if accepted, may transfer to an ARNG unit or USAR TPU; otherwise, they are transferred to the USAR IRR. The officer also retains his or her time in grade. Officers on the ADL selected for promotion, removed from the ADL before being promoted, and transferred to the RASL in the same competitive category, shall be placed on an appropriate promotion list for Reserve of the Army promotion without the need for further consideration. Regular Army officers who leave active service must apply and be accepted for a first-time Reserve appointment to enter Reserve duty.

### 7–17. Promotion selection board

*a.* The minimum military education requirements shown in table 7-1, paragraph 7-8, are a prerequisite for promotion. Since annual

selection boards consider officers for promotion far enough in advance of the date on which the required time in grade will be completed as prescribed in table 2-1, AR 135-155, educational requirements, both military and civilian, must be completed no later than the day prior to the date the board considering the officer convenes. The promotion board schedule is established annually by HQDA and is adjusted as required.

*b.* After the board reports its findings and the recommendations receive final approval, each officer will be sent a letter notifying him or her of either selection or nonselection. This promotion action cannot be accomplished unless the officer has been found physically qualified for retention and possesses a valid, current security clearance.

*c.* Selection boards consider the promotion of officers for all grades 1st lieutenant to colonel. Officers considered qualified and selected for promotion to first lieutenant will be promoted when they have completed 2 years service in grade. Second lieutenants are not promoted unless they have completed an Army Officer Basic Course. Second lieutenants who are not obligated and not promoted upon completion of forty-two months commissioned service are discharged.

## Chapter 8
## Introduction to the Officer Career Fields

### 8–1. Introduction

*a. Overview.* The Army has structured officers in the Army Competitive Category (ACC) by grouping branches and related functional areas into personnel management categories called Career Fields. The establishment of Career Fields will build an officer corps that is both skilled in combined arms operations in the joint and multinational environment and fully experienced in the technical applications that support the Army's larger systemic needs. Regardless of the Career Field into which an officer is designated, all branches and functional areas in all Career Fields are found in both the TOE and TDA Army. Specifically, branch officers will be authorized at MACOM headquarters and FA officers are authorized in divisional units. Under a Career Field based management system, after promotion to major, officers are managed, professionally developed, assigned and promoted according to the requirements of their branch or functional area.

*b. Career Field designation.* Officers will be designated into a branch or functional area (FA) in a Career Field by a HQDA-centralized selection board immediately following their selection to major. (Senior captains are designated into the AAC (FA 51) earlier in their 8th year of service.) The function of the Career Field Designation Board (CFDB) is to meet Army requirements by designating officers into a branch or functional area in one of four Career Fields: Operations, Information Operations, Institutional Support and Operational Support. The CFDB considers the officer's preference (forwarded to PERSCOM OPMD approximately six months prior to the board), rater and senior rater input, officer's experience and qualifications and Army requirements. The results of the CFDB may require a change in an officer's functional area awarded during his or her 5th to 6th years of service.

*c. Career Fields and functional areas.* Career Field designation (CFD) should not be confused with functional area designation. Officers will select and be designated into a functional area between their 5th and 6th years of service. They may or may not serve in this specialty or attend graduate civil schooling prior to Career Field designation, which occurs around the 10th or 11th years of service. An officer's personal preference is the most heavily weighted factor during Career Field designation. However, previous FA service and Advanced Civil Schooling also contribute to the outcome of the CFD process.

### 8–2. Career branches

*a. Definition.* A branch is a grouping of officers that comprises an arm or service of the Army in which, as a minimum, officers are

commissioned, assigned, developed and promoted through their company grade years. Officers are accessed into a single basic branch and will hold that branch designation, which is later augmented between the 5th and 6th years of service with a functional area. An accession branch admits officers upon commissioning; a nonaccession branch admits experienced officers from the accession branches. With the exception of Special Forces, all other branches are accession branches. Special Forces recruits officers with a minimum of 3 years experience. (See chapter 15 for further discussion.) Officers will serve their first 8 to 12 years developing the leadership and tactical skills associated with their branch. They will continue to wear their branch insignia throughout their military service. All career branches are in the Operations Career Field.

*b. Assignments.* Through company grade years, most officers will serve predominately in positions from within their basic branch. Some officers will serve in functional area or branch/functional area generalist positions (not related to a specific branch or functional area) after they are branch qualified as captains. Following Career Field designation, officers will be assigned to positions within their Career Field (basic branch or FA) or to generalist positions. This type of assignment pattern promotes assignment stability and development within a branch or functional area.

*c. Branch categories.* The branches of the Army are categorized in the paragraphs below. Some branches may fall under more than one category as noted in AR 600-3, paragraph 3-2.

(1) *Combat arms branches and codes.*
(a) Infantry (11)
(b) Armor (12)
(c) Field Artillery (13)
(d) Air Defense Artillery (14)
(e) Aviation (15)
(f) Special Forces (18)
(g) Corps of Engineers (21)
(2) *Combat support branches and codes.*
(a) Signal Corps (25)
(b) Military Police Corps (31)
(c) Military Intelligence Corps (35)
(d) Civil Affairs (Reserve Component only) (38)
(e) Chemical Corps (74)
(3) *Combat service support branches and codes.*
(a) Adjutant General Corps (42)
(b) Finance Corps (44)
(c) Transportation Corps (88)
(d) Ordnance Corps (91)
(e) Quartermaster Corps (92)
(4) *Special branches and codes.*
(a) Judge Advocate General's Corps (55)
(b) Chaplain Corps (56)
(c) Medical Corps (60-62)
(d) Dental Corps (63)
(e) Veterinary Corps (64)
(f) Army Medical Specialists (65)
(g) Army Nurse corps (66)
(h) Medical Service Corps (67-68)

## 8–3. Functional areas

*a. Definition.* A functional area is a grouping of officers by technical specialty or skill, which usually requires significant education, training and experience. An officer receives his or her functional area between the 5th and 6th years of service. Individual preference, academic background, manner of performance, training and experience, and needs of the Army are all considered during the designation process.

*b. Assignments.* Depending on FA educational requirements, professional timelines of the individual officer and individual preference, officers may serve in a functional area assignment during their company grade years after they have completed branch qualification requirements. After Career Field designation, with the exception of Multifunctional Logistician Program (FA 90) officers, functional area officers not serving in the Operations Career Field will no longer serve in their basic branch. FA 90 positions are filled by officers from Transportation Corps (Br 88), Ordnance Corps (Br 91), Quartermaster Corps (Br 92), Aviation (AOC 15D) and Medical Service Corps (MFA 67A); all of whom remain affiliated with their branch. FA 39, FA 51 and FA 90 are the only functional areas that afford command opportunity. (See their respective chapters for further discussion.)

*c. Officer functional areas and codes (by Career Field).*
(1) *Operations Career Field.*
(a) Psychological Operations/Civil Affairs (39)
(b) Multifunctional Logistician Program (90)
(2) *Institutional Support Career Field.*
(a) Human Resource Management (43)
(b) Comptroller (45)
(c) Academy Professor, United States Military Academy (47)
(d) Operations Research/Systems Analysis (49)
(e) Force Management (50)
(f) Nuclear Research and Operations (52)
(g) Strategic Plans and Policy (59)
(3) *Information Operations Career Field.*
(a) Information Systems Engineering (24)
(b) Information Operations (30)
(c) Strategic Intelligence (34)
(d) Space Operations (40)
(e) Public Affairs (46)
(f) Information Systems Management (53)
(g) Simulations Operations (57)
(4) *Operational Support Career Field.*
(a) Foreign Area Officer (48)
(b) Army Acquisition Corps (51)

# Part Two
# Operations Career Field

# Chapter 9
# Introduction to the Operations Career Field

## 9–1. Unique features of the Operations Career Field (OPCF)

*a.* The Operations Career Field is comprised of officers—trained, educated and experienced in combat arms, combat support and combat service support operations. Warfighters in the Operations Career Field are experts in the full spectrum of operations, including the deployment, employment and sustainment of ground forces engaged in armed combat with an enemy force. Unique to the Operations Career Field is the opportunity to command units on the Command Selection List. The Career Field Coordinator for the OPCF is the Commanding General, U.S. Army Training and Doctrine Command.

*b.* The unique functions performed by the Career Field are the land component patterns of operations as described in Army Vision 2010 and beyond. These operations are fully integrated with those of joint, multinational and nongovernmental partners. OPCF officers execute their responsibilities through a deliberate set of patterns of operation. These patterns are:

(1) *Project the force.* Strategic maneuver equates to the Army's requirement to project the force. It initiates the process of creating an image in the mind of an adversary of an unstoppable force of unequaled competence.

(2) *Protect the force.* Full dimensional protection will involve control of the battlespace to ensure our forces can maintain freedom of action during deployment, maneuver and engagement while providing multilayered defenses for our forces and facilities at all levels. This concept has global implications.

(3) *Gain information dominance.* The Army must have information superiority which is the capability to collect, process and disseminate an uninterrupted flow of information while exploiting or denying an adversary's ability to do the same.

(4) *Shape the battlespace.* Shaping the battlespace sets the conditions for success—it is directly linked with decisive operations.

Shaping the battlespace is the unambiguous integration of all combat multipliers with the scheme of maneuver to achieve simultaneity and thus overwhelm the enemy.

(5) *Decisive operations.* This unique capability—to exercise direct, continuing and comprehensive control over land, its resources and people—is the essence of the Army's contribution to the joint force in winning the Nation's wars.

(6) *Sustain the force.* The Army must fuse information, logistics and transportation technologies to provide rapid crisis response, to track and shift assets even while in route, and to deliver tailored logistics packages and sustainment directly at the strategic, operational and tactical level of operations.

## 9–2. Composition

*a.* The Infantry (Br 11) branch forms the nucleus of the Army's fighting strength. Infantry soldiers and units fight dismounted or mounted according to the mobility means provided and the weapons systems utilized.

*b.* The Armor (Br 12) branch encompasses soldiers and units concerned with the employment of armor and cavalry maneuver forces and/or combined arms organizations during offensively oriented land combat operations.

*c.* The Field Artillery (Br 13) branch employs fire support assets in support of combined arms operations. Field Artillery soldiers place conventional fires on enemy targets using rockets, missiles and cannons.

*d.* The Air Defense Artillery (Br 14) branch employs air defense artillery in support of land combat operations against enemy aircraft and missile attacks. Air Defense Artillery soldiers place deadly, accurate fire on enemy targets.

*e.* The Aviation (Br 15) branch employs aviation assets during combat missions to find, fix and destroy any enemy through fire and maneuver. Aviation units also provide fixed wing and rotary wing combat support and combat service support in coordinated operations as a member of the combined arms team.

*f.* The Special Forces (Br 18) branch has units designed to operate throughout the spectrum of conflict at all levels of warfare; conducting missions of unconventional warfare, direct actions, foreign internal defense, special reconnaissance and counter-terrorism.

*g.* The Corps of Engineers (Br 21) provides the Army and nation with the necessary expertise for combat engineering on the battlefield, construction of facilities at military bases, and development and protection of the nation's natural resources.

*h.* The Signal Corps (Br 25) provides and manages signal support for the command and control of combined arms forces. Signal support encompasses automation, communications, visual information, records management and printing and publications services. The Signal Corps provides Army, joint and multinational forces with the warfighter and global command and control information systems and networks required to achieve full spectrum dominance in support of wartime and peacekeeping operations.

*i.* The Military Police Corps (Br 31) participates in a broad spectrum of force protection and contingency operations ranging from security assistance missions to combat operations against threats in the rear area. The five major functions performed by the Military Police are maneuver and mobility support operations, which expedite forward and lateral movement of combat resources; internment and resettlement operations which shelter, sustain, guard, protect and account for enemy prisoners of war/civilian internees, U.S. military prisoners and dislocated civilians; police intelligence operations which provide commanders a more complete and relevant intelligence picture in peace and war; area security operations; and, law and order operations.

*j.* The Military Intelligence (Br 35) branch is primarily concerned with the intelligence aspects of the Army's mission. Its primary function is to provide timely, relevant and accurate intelligence and electronic warfare (IEW) support to commanders.

*k.* The Civil Affairs (Br 38) (RC only) branch supports special operations and conventional forces across the operational continuum by directing and participating in the conduct of civil affairs command support, foreign internal defense, unconventional warfare, civil administration and other related missions. It is a nonaccession branch with the Psychological Operations/Civil Affairs functional area (FA 39) counterpart for active duty officers.

*l.* The Adjutant General Corps (Br 42) manages the Army's military personnel and postal systems to support commanders at all levels. Support includes deployment planning, replacement operations, postal operations, and unit personnel readiness of the force.

*m.* The Finance Corps (Br 44) is a combat service support branch in the Operations Career Field. It has the critical mission of sustaining Army, joint and multinational operations to support the acquisition and purchase of most classes of supply and service by providing timely commercial vendor and contractual payments, banking and currency support, military pay support, non-U.S. pay support, travel payments, essential cost capturing and accounting information, and making solatium payments.

*n.* The Chemical Corps (Br 74) supports the Army's nuclear, biological and chemical (NBC) operations. Its goals are to minimize the effect of the enemy's use of NBC weapons; to employ smoke and flame to enhance combat power; and to train the land forces.

*o.* The Transportation Corps (Br 88) provides transportation expertise in support of the Army's power projection strategy and directed transportation services for the Army, other Services, Department of Defense and other governmental agencies.

*p.* The Ordnance Corps (Br 91) supports the development, production, acquisition and sustainment of weapon systems, ammunition, missiles, electronics and ground mobility materiel.

*q.* The Quartermaster Corps (Br 92) provides for food, fuel, water, general supplies, laundry and shower, fabric repair, mortuary affairs, salvage disposal and parachute rigging in support of soldiers and their logistics systems.

*r.* The Psychological Operations/Civil Affairs (FA 39) functional area combines two distinct disciplines, Psychological Operations (PSYOP) and Civil Affairs (CA), to form a functional area where officers apply their expertise within a regional and cultural context. FA 39 officers play a critical role in peacetime/nation building operations as well as during contingencies and war.

*s.* The Multifunctional Logistician Program (FA 90) functional area plans and directs multifunctional logistical operations from the factory to the foxhole, across the entire spectrum of logistical functions. FA 90 officers are experienced in integrating the functions of supply, transportation, maintenance, aviation logistics, medical service administration and field services. FA 90 officers are not Career Field designated; they retain their basic branch affiliation and routinely crossover between FA 90 and branch assignments.

## 9–3. Career options

*a. General considerations.* The Operations Career Field has diverse assignment opportunities which afford officers numerous career development paths within its assigned branches and functional areas. During their company grade years, all officers master their basic branch unique skills, knowledge and attributes. The goal of the professional development of OPCF field grade officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead their respective branches/functional areas in combat and on other assigned missions. OPCF officers professionally develop through a continuous cycle of education, training and experience and are responsible for organized sets of principles and facts applying in the general domains of leadership, operations, tactics and equipment. This base of knowledge is obtained by attendance at institutional training, duty in operational assignments and progressive self-development. All CSL commands are in the Operations Career Field.

*b. Branch/functional area generalist positions.* Captains and above can expect to serve in generalist assignments that may or may not be directly related to their branch/functional area, but which are important to the Army. These assignments include Recruiting Command, ROTC instructor, service school/USMA faculty and staff, or AC in RC duty. Operations Career Field officers serve in both

officer generalist (01A) and combat arms generalist (02A) assignments.

*c. Joint assignments.* Operations Career Field officers can expect to be considered for joint duty assignments after selection for major. Field grade officers serve in joint organizations worldwide. Joint experience is important to the professional development of all OPCF officers. The provisions of Title 10, USC, specify that officers on the active duty list may not be appointed to the grade of brigadier general unless they have completed a full tour of duty in a joint duty assignment (JDA).

*d. Graduate education.* Officers in the Operations Career Field should also pursue graduate level education to enhance their professional development. The challenges of leadership and operational planning and execution in the 21st Century require officers with skills, knowledge and attributes that are enhanced by advanced civil schooling. Whether in academic programs focused on branch specific disciplines or the broader degrees in information technology, business, management, international relations, government or history, officers in the Operations Career Field will benefit greatly from graduate education. The analytical skills and intellectual foundation learned in these advanced studies enable officers to use these hard-earned skills to work through the most challenging issues facing the Army. For information on fully funded programs, partially funded programs or after duty hours self-directed programs, see chapter 4, Officer Education.

# Chapter 10
# Infantry Branch

## 10–1. Unique features of Infantry branch
The Infantry culture is ultimately focused and derived from the harsh realities surrounding the battlefield, which is close, personal and brutal. Infantrymen form the brotherhood of men who know the true meaning and bond of serving together in battle as part of light, mechanized, airborne, ranger or air assault units. Each of the five types of Infantry has special requirements, skills and capabilities which must be mastered.

*a. Unique purpose of Infantry branch.* Infantry branch is a combat arms branch with the mission to close with the enemy by means of fire and movement to defeat or capture him, or repel his assault by fire, close combat and counterattack.

*b. Unique functions performed by Infantry branch.* Infantry branch officers are trained to lead, train and employ infantry and combined arms forces in low-to-high intensity conflict. In executing this mission, the Infantry arrives in the battle area by airborne, air assault, mechanized or on foot and can fight mounted or dismounted, according to terrain conditions and mission requirements. Infantry branch is the nucleus of the combat arms that forms the Army's fighting strength.

*c. Unique features of work in Infantry branch.* Infantry officers work at all levels of command and staff and perform the following functions and tasks:

(1) Command and control infantry and combined arms forces during land combat.

(2) Provide coordination for employment of combat arms forces at all levels of Army command.

(3) Coordinate the employment of combat arms forces in joint and multinational operations.

(4) Develop doctrine, organizations and equipment for infantry unique missions.

(5) Instruct infantry skills at service schools and combat training centers.

(6) Provide service in positions requiring general combat skills such as staff officers in military headquarters and activities requiring combat arms expertise.

(7) Serve as Infantry instructors at precommissioning programs, service schools and service colleges.

(8) Serve as Infantry advisors to Army National Guard and U.S. Army Reserve organizations.

## 10–2. Officer characteristics required
*a. General.* Infantry branch requires officers who are skilled in leadership at all levels; who are physically and mentally tough and tenacious; who are steeped in infantry tactics, techniques, procedures, Infantry and warrior ethic; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that will assure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development. Infantry branch has proponency for the following skills (Detailed descriptions of each skill are contained in AR 611-101.):

(1) 3X — Bradley Infantry Fighting Vehicle.

(2) 3Z — Mortar Unit Officer.

(3) 5P — Parachutist.

(4) 5R — Ranger.

(5) 5S — Ranger - Parachutist.

(6) 5Q — Pathfinder.

*b. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They

are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a) Interpersonal skills* reflect competence in communicating with people.

*(b) Conceptual skills* refer to competence in handling ideas.

*(c) Technical skills* reflect competence with things.

*(d) Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

*(4) Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*c. Unique skills.*

(1) *Decision-making skills.* Infantry officers often work in an environment where time available for problem analysis has serious constraints but where sound, timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress, make decisions and perform in primitive field conditions is critical to success.

(2) *Tactical and technical skills.* Infantry officers must be technically proficient with branch and mission unique equipment, tools and systems. Infantry mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*d. Unique knowledge.*

(1) Officers must possess expert knowledge of infantry, combined arms and infantry support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations and the employment of direct and indirect fire weapon systems.

(2) Officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

(3) Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*e. Unique attributes.*

(1) *Personal attributes.* Infantry officers set the example and enforce high standards of training, physical fitness and discipline; and they are warfighters extremely well versed in doctrine. However, they are also adaptable to changing environments and can update estimates and apply non-text book solutions to unique situations. Repetitive training is important to maintain unit readiness. The danger associated with training and operational missions requires strict adherence to established standards. These standards require officers to know and routinely execute drills and operate within established SOPs. Officers must recognize the importance of physical fitness-high levels of stamina and vigor are critical.

(2) *Task orientation.* Work focuses on the successful accomplishment of the mission. Process is important, but results count. Tasks performed by units are inseparable, and primarily teams produce the outputs.

(3) *Multifunctionality.* At the field grade level, Infantry officer

work is branch oriented but becomes increasingly multifunctional-first within the Career Field and eventually, as the officers become more proficient, across systems/skills that cross several Career Fields. Officers must develop and use a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments.

*(4) Terrain sense.* Terrain sense is the ability to quickly judge terrain. This is more than viewing the terrain and knowing the range capability of weapon systems. It is the ability to visualize the battlefield and know how to optimize Infantry branch weapon systems on that terrain.

## 10–3. Critical officer developmental assignments

*a. Branch qualification and development.*

(1) *Lieutenant.*

*(a)* An Infantry lieutenants' initial assignment is to complete the Infantry Officer Basic Course (IOBC). The course emphasizes leadership, tactics, maintenance and technical and tactical competence with weapons and equipment common to the platoon. Following IOBC, all Active duty officers have the opportunity to attend Airborne School and Ranger School. In addition, all lieutenants going to mechanized assignments go to the Bradley Fighting Vehicle Leaders Course. In addition, some officers attend the Infantry Mortar Leaders Course.

*(b)* Infantry lieutenants should volunteer for ranger training to achieve the career development goal of successful service in all types of Infantry. Two-thirds of all Infantry platoon leader positions are coded for ranger qualified lieutenants, and Infantry branch policy is to provide ranger training for all IOBC graduates who volunteer and meet the prerequisites. Participation in ranger training sets the stage for in-depth experience and training in ranger tactics, techniques and small unit combat skills. Ranger training also stresses night tactical operations and leader skills and endurance in various geographical settings. This training provides the Army with tactically competent, aggressive, self-disciplined and confident officers who are prepared to train and lead infantry units in combat.

*(c)* Infantry lieutenants should seek positions in which they can hone their leadership skills and develop proficiency in the most demanding tactical and technical skills associated with the Infantry branch. Early experience as infantry TOE platoon leaders is critical; it gives lieutenants basic practical leadership experience in a tactical environment. Ideally, officers are initially assigned to TOE units. Those assigned to outside continental United States (OCONUS) short tour areas or at certain large, organizationally diverse installations may be subsequently assigned to TDA positions while they are lieutenants. Infantry lieutenants should concentrate on the critical tasks that all company grade officers perform to accomplish their wartime mission and survive on the battlefield.

*(d)* After completing IOBC and specialized schooling, officers are normally assigned at company level to gain leadership experience and to enhance technical and tactical competence. Officers should expect to serve in company level positions to develop leadership, Infantry branch skills and, when appropriate, to complement their company level tour with staff experience at battalion level. Typical duty positions, at company level, include Infantry rifle platoon leader and company executive officer. Battalion level includes scout platoon, heavy mortar platoon leader and support platoon leader.

*(e)* The focus during this phase should be on acquiring and refining troop leading, coordination, logistics and administrative skills. Before promotion to captain, officers should possess an excellent knowledge of Infantry branch and a basic knowledge of combined arms principles. This includes practical experience in Infantry branch activities and missions and in tactics and combined arms operations.

(2) *Captain.*

*(a)* Officers will attend both phases of the Captains Career Course (Infantry Officer Advanced Course (IOAC) and staff process (CAS3) phases) at about the 4th year of service to prepare for company level command and duties at the battalion or higher levels.

Special training necessary to support an officer's follow-on assignment is scheduled after Captains Career Course. Ideally, Captains Career Course graduates will cross over to heavy or light units depending upon their experience at platoon level.

*(b)* Captains should aggressively prepare for and seek company level command and assignments as Infantry officers, battalion level primary staff officers, service school instructors and Combat Training Center (CTC) Observer Controller (O/C). Completion of the Captains Career Course and company command is a requirement for branch qualification as a captain. Successful company command should last 18 months (plus or minus 6 months). Second command tours are limited to selected headquarters companies, long range surveillance companies, the 75th Ranger Regiment, Ranger Training Brigade and the 3d U.S. Infantry (The Old Guard). After command, Infantry captains should seek to remain in TOE units where they can serve as assistant brigade and battalion staff officers; however, most will fill branch qualified captain needs of the Army. Infantry captains should seek the experience provided by second company commands, by instructor duties at the Infantry School, or O/C duties at a CTC. To develop an understanding of the total Army, the Infantryman should seek an Infantry position in Active Component/ Reserve Component (AC/RC) duty. A few selected officers will attend the small group instruction (SGI-Project Warrior) phase of a maneuver branch officer advanced course. This competitive program is beneficial to officers, as it provides a better understanding of combined arms operations and allows officers to share Infantry branch expertise with maneuver counterparts.

*(c)* Branch qualified captains can also expect assignments consistent with the needs of the Army. These include the following:

*1.* Branch/functional area generalist (formerly branch immaterial) positions (e.g., Recruiting Command, ROTC/service school instructor, USMA faculty and staff or AC/RC duty).

*2.* Other nominative assignments (e.g., foreign service school exchange officer).

*3.* Functional area positions.

*4.* Advanced Civil Schooling (based on functional area and overall Army requirements).

*(d)* Captains should continue to gain an in-depth understanding of combined arms operations. Captains gain working knowledge of command principles, battalion level staff operations, and combined arms and infantry operations at the battalion to brigade levels. This experience concentrates on the critical tasks that all company grade officers perform to accomplish their wartime mission and survive on the battlefield.

*(e)* Infantry officers will undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of FAs is based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. Some FAs have extensive educational requirements. After completing the Captains Career Course, Infantry captains may branch transfer to the Special Forces branch if they meet branch qualifying standards. The Army Acquisition Corps will admit a limited number of officers during the 8th year of commissioned service.

*(3) Major.*

*(a)* Officers will undergo a Career Field Designation Board upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Infantrymen will have an opportunity to seek designation into one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion only within their designated Career Field. Assignments after promotion to major will be managed by Infantry Branch, OPMD, for those in the Operations Career Field. Officers in other Career Fields will be managed by their respective Career Field functional area assignment managers. Infantry officers who remain in the Operations Career Field will receive both branch and branch/functional area generalist assignments. Military Educational Level (MEL) 4 education for majors is essential to their professional development. If not selected for the resident Command and Staff College (CSC) in the first year of eligibility, the officer should enroll in the nonresident CGSC and complete it at least eight months prior to reassignment. Completion of CSC increases the number of assignments for which an officer is eligible. In fact, majors typically are not assigned to an Infantry location with troops unless MEL 4 qualified. Failure to complete CSC in the Operations Career Field, prior to consideration for promotion to lieutenant colonel, virtually assures nonselection.

*(b)* The professional development objective for an Infantry major is to continue to gain experience to enhance the warfighting capability of not only the branch, but the Army as well. To do this, Infantry officers in the Operations Career Field should aggressively seek assignments as battalion executive officers (XO), battalion operations officers (S3) and brigade XOs/S3s in one of the three functional command categories that offer these opportunities. Building combat/operationally effective battalion and brigade commanders is the objective of officer development. The critical piece in developing effective commanders is a critical set of major level, branch qualifying positions centered around, but not limited to, the positions listed above. A combined 24 months experience for these positions is preferable. An OPMS XXI goal of 36 months time on station will allow Infantry officers the opportunity to serve in other staff positions to enhance their development. As a general rule, Infantrymen selected for battalion command are likely to command in the same command category in which they served their branch qualification time as a major.

*(c)* Field grade professional development requires a wide spectrum of challenging assignments of increased responsibility. For additional qualifications and professional development, Infantry officers in the Operations Career Field may serve in a myriad of Infantry or branch/functional area generalist positions such as ROTC and USMA faculty and staff. Officers should possess demonstrated performance in other assignments which enhance professional development, consistent with the needs of the Army. Such positions include division or corps staff, joint/DOD/ Army staff, MACOM staff, CTC O/C, CGSC faculty and staff, service school instructor or RC support. Those officers selected for the School of Advanced Military Studies (SAMS) must serve an initial tour as plans officer on corps or division staffs.

*(d)* Majors should continue self-development efforts to become expert in all aspects of infantry coordination, to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

*(4) Lieutenant colonel.*

*(a)* Selection and successful completion of Command Selection List (CSL) battalion command and staff experience at division or higher is a requirement for branch qualification as a lieutenant colonel. CSL battalion commands are in the Operations Career Field. The CSL is organized into three functional categories: tactical, training and strategic support and institutional. Qualified lieutenant colonels and promotable majors can select CSL category(s) in which they compete and/or elect to decline consideration. As a general rule, the HQDA selection board will slate those Infantrymen selected for battalion command on the CSL. These boards will slate to a category based on HQDA guidance. In an attempt to better employ the specialized training and experience of Infantrymen, officers are likely to command in the same command category in which they branch qualify.

*(b)* Officers should possess demonstrated performance in other assignments, consistent with the needs of the Army, which enhance professional development. Such positions include brigade executive officer, corps/division staff, joint/DOD/Army staff, service school staff, and Reserve Component (RC) support, CTC O/E positions and second CSL battalion command.

*(c)* ROTC Professor of Military Science (PMS) positions are also available for Infantry officers; the normal tour is three years. Officers in PMS positions must have an advanced degree and have graduated from the CGSC or its equivalent. PMS nominees must be accepted by the school to which they are nominated. Lieutenant colonels in the primary zone of consideration for promotion to

colonel, however, are not eligible for assignment to PMS positions requiring a lieutenant colonel. Officers who are interested in PMS positions should contact their OPMD Infantry branch career manager 12 months in advance of their date of availability.

*(d)* Former battalion commanders (FBCs) can expect to serve as division G3, senior CTC O/C, corps/joint/Army staff, Office of Secretary of Defense, USAREC, CAS3 instructor, Infantry branch proponent staff, second CSL command in a Ranger Regiment and full-time advisor to Army National Guard brigades. The distribution of FBCs is closely linked with the annual assignments of SSC graduates. Normally, FBCs who are not SSC graduates will be assigned to staff process (CAS3) instructor duty, corps and division staffs and TRADOC schools. The Army policy on assignments for former battalion commanders establishes the following six priorities.

*1.* The Joint Staff and Office of the Secretary of Defense.

*2.* CAS3 instructors.

*3.* Corps and division staffs. Priority for those with National Training Center (NTC) experience is to forward deployed heavy corps or divisions.

*4.* Army staff.

*5.* Other joint duty assignments.

*6.* TRADOC schools.

*(e)* Lieutenant colonels are eligible for consideration by the Senior Service College between their 16th and 23d years of Active Federal Commissioned Service.

(5) *Colonel.*

*(a)* Infantry colonels contribute to the branch by serving in critical assignments to include:

*1.* Colonel level command (all of which result from a HQDA sanctioned centrally selected board, with the results specifying commanders for: TOE infantry brigade level units, TDA training brigades, garrison command, recruiting brigades, training support brigades (AC/RC) and TSM positions).

*2.* Corps/MACOM/installation staff officers.

*3.* Joint/DOD/Army staff positions.

*4.* AC/RC positions; National Guard Bureau positions; instructors/department chairs at a Senior Service College or academic institution, e.g., CGSC, USMA.

*(b)* Officers selected for colonel, who are not MEL 1 or have not been selected to attend a Senior Service College in residence, should immediately apply for the U.S. Army War College Distance Education Course.

*b. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments, such as instructors and IGs, that may or may not relate directly to Infantry branch, but which are important to the Army.

*c. Joint assignments.* Given the Congressional mandate to increase joint duty experience, Infantry officers can expect consideration for joint duty assignments. Joint experience is important to the Army and is essential in the professional development of individual officers for their advancement into senior leadership positions.

*d. Other Assignments.* Infantry branch officers may be assigned to organizations and duties beyond those indicated above. Such assignments may include White House Fellow; duty with the National Security Council, the United Nations and other international staffs; and, as Infantry branch representatives at Allied service schools. The spectrum of possible assignments is large, and these assignments are highly important, requiring mature, skilled and well grounded officers.

## 10–4. Assignment preferences and precedence

*a. Preferences.* Infantry branch has diverse assignment opportunities that allow numerous career development paths. The goal of the professional development of Infantry branch officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead Infantry branch in combat and on other assignment missions. Assignments in Infantry branch will develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal do not usually receive consideration.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Infantry branch officers should seek assignments in the following order: Officer Basic Course, platoon leader, battalion staff, Captains Career Course, company command, brigade or division staff, nominative assignment, Command and General Staff College, battalion/brigade XO and S3 (as a major), battalion level command, Senior Service College, and brigade level command.

## 10–5. Duration of critical officer life cycle assignments

*a. Key Infantry branch qualification positions.* Under current policy, Infantry captains serve as company commanders for 18 months, plus or minus 6 months. The OPMS XXI goal is for majors to spend three years in an operational unit, with two years spent in critical branch qualifying jobs (battalion XO/S3 and brigade XO/S3). Lieutenant colonels and colonels will serve two years in battalion and brigade commands. Officers selected for garrison command will be scheduled for two year command tours with the opportunity to extend for a third year.

*b. Infantry branch life cycle.* Figure 10-1 displays an Infantry branch life cycle with branch qualifying and other developmental positions.

## 10–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Infantry branch officers. This involves optimizing the field grade inventory to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while serving 3 year stabilized tours.

*b. OPMS XXI implementation.* The numbers of authorized Infantry officers, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers wanting more information on Infantry branch authorizations or inventory, by grade, should contact the Infantry branch proponency office or their PERSCOM OPMD Infantry assignment officer.

*c. Requisition system.* Since our force structure exceeds the number of officers in the Army, we have the Officer Distribution Plan (ODP). The ODP balances faces and spaces and manages shortages across the Army. PERSCOM OPMD uses the officer requisition and assignment process to meet Army requirements. Requisitions identify a need for an officer to fill a valid, ODP supported position at a designated location during a specific reporting period. To accomplish that mission, OPMD Distribution Division conducts a requisition validation meeting covering each cycle. This meeting is preceded by PERSCOM coordination with each requisition activity (i.e., G1, DCSPER, personnel manager or adjutant) and its MACOM headquarters. Decisions made during the validation process are related directly to the generation and fill of requisitions. The period of time required to identify and prioritize requirements, fill requisitions and move officers to a new assignment location is based on the Officer Requisition Cycle System (seven to nine months projection window).

*d. Assignments process.* Officers should contact OPMD Infantry branch early about assignment preferences. Assignment considerations for Infantry officers include:

(1) Functional area, education, skills and experience.

(2) Professional development needs of the officer.

(3) Availability.

(4) Policy considerations, such as PCS costs, stabilization, and tour equity.

(5) Officer's potential for advancement.

(6) Personal preferences of the officer, including family and medical considerations. The marital status of an officer or the employment, educational or volunteer activities of an officer's spouse will not be considered in selecting an officer for PCS or duty assignment. Exceptions are as follows: to resolve compassionate situations according to current policies, to keep married Army couples together according to current policies, and to prevent a conflict of interest between an officer's duties and his spouse's employment.

(7) Location and reporting date of CSL assignment.

## 10–7. Key officer life cycle initiatives for Infantry

*a. Structure.* The Army has no plans to make significant changes to the structure of infantry organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Officers will continue to enter into the Infantry branch through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil school and opportunities for relevant experience, there will be few opportunities for direct commissioning in Infantry branch.

*c. Distribute.* The distribution pattern for Infantry branch officers will change in subtle ways. Officers will continue to be rotated between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to Infantry branch; officers of the branch who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. Infantry branch officers who are designated as functional area officers in another Career Field will no longer serve in Infantry branch billets.

*d. Deploy.* Infantry branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Infantry officers must be deployable to accomplish missions across the full spectrum of conflict. Infantry officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Infantry branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The implementation of Career Field based promotion boards is a significant and fundamental change. Infantry branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease, and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Infantry branch commanders (battalion and above) will continue to be centrally selected for command. All Infantry officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: tactical, training and strategic support, institutional and TRADOC System Manager. Officers have the option of selecting the category or categories in which they want to compete for command, while declining competition in other categories. The CSL will announce the results of the command selection process.

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ firepower and maneuver skills in support of combined arms and joint operations. Development occurs through the Army school system as well; all officers selected for major should complete some form of

MEL 4 training, and all officers selected for colonel should complete MEL 1 training.

*g. Separate.* The officer separation process remains unchanged.

## 10–8. Infantry Reserve Component officers

*a. General career development.* Reserve Component Infantry officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

*b. Branch qualification and development opportunities.* Even though geographical considerations limit some Reserve Component officers, all should strive for Infantry assignments that yield the same developmental opportunities as their Active Component counterparts.

*c. Life cycle development model.* The Reserve Component life cycle development model for Infantry officers is at figure 10-2.

*d.* See chapter 7 for a detailed discussion of RC officer professional development issues.

DA PAM 600–3 • 1 October 1998

38



**Figure 10-1. Infantry life cycle development model (Active)**



**Figure 10-2. Infantry life cycle development model (Reserve)**

**Chapter 11**
**Armor Branch**

**11–1. Unique features of Armor branch**

*a. Unique purpose of Armor branch.* Armor Branch encompasses tank or combined arms organizations that close with and destroy the enemy using fire, maneuver and shock effect, and cavalry organizations that perform reconnaissance, provide security and engage in the full spectrum of combat operations.

*b. Unique functions performed by Armor branch.* Armor officers fulfill their branch mission by commanding, directing and controlling tank, cavalry and combined arms organizations; providing expertise on the employment of armor forces at all staff levels; and developing the doctrine, organizations, training, materiel and leaders necessary to support the armor mission.

*c. Unique features of work in Armor branch.* The Armor branch currently has three areas of concentration (AOCs) and three skills. Detailed descriptions of the AOCs and skills listed below can be found in AR 611-101.

(1) *Armor Officer, General (12A).* These officers perform in staff positions requiring skills involving general armor or cavalry practical experience. These officers should possess appropriate technical and tactical institutional Armor School training in both tank and cavalry/scout weapons systems to include completion of the Armor Officer Basic Course (AOBC).

(2) *Armor (12B).* These officers perform in command or staff positions in armor units with tanks and have completed AOBC.

(3) *Cavalry (12C).* These officers perform in command or staff positions in cavalry units and reconnaissance organizations. Cavalry officers must have completed AOBC and either the Scout Platoon Leader Course or the Cavalry Leader Course.

(4) *Additional skill identifiers associated with Armor AOCs:*

(a) M1A2 Abrams Tank (3J).

(b) M1A1 Abrams Tank (3M).

(c) M2/M3 Bradley CFV/IFV (3X).

*d. Branch participation.*

(1) Officers commissioned in Armor are designated branch code 12 upon entry on active duty. Armor branch participates in the branch detailing of combat support arms (CSA) and combat service support (CSS) branch officers into Armor for development and growth at the grade of lieutenant. Combat support arms and combat service support branches have inverted career progression pyramids; not enough lieutenant positions at the bottom of the pyramid to grow and develop the field grade officers required at the top. Branch detailing solves this limited growth problem. Officers detailed Armor (branch code 12) will lose their Armor designation upon completion of their branch advanced course.

(2) Armor branch is closed to female officers under the Secretary of Defense direct ground combat rule. Male officers of other branches who desire a branch transfer to Armor should request a branch transfer in accordance with AR 614-100, chapter 4.

**11–2. Officer characteristics required**

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100, Military Leadership.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Interpersonal skills.* Armor officers are part of a combined arms team. Teamwork is critical to the success of the organization. Armor officers must be able to communicate and motivate. Information is communicated by Armor officers in a brief, but clear intent, formulating concepts the team understands.

(2) *Tactical and technical skills.* Armor officers must exhibit a genuine skill with unique equipment, tools, and systems. Technical

skills, without the understanding and application of tactical skills, do not lead to mission success. Armor officers must master fire and maneuver fundamentals, tank gunnery, tactical employment of weapons systems, troop leading procedures and leadership skills. Armor officers must also understand and employ combat and combat support arms. This knowledge is critical in order for Armor commanders at company level and higher to effectively employ their mounted forces in concert with a combined arms team.

(3) *Cavalry and reconnaissance skills.* Armor officers must be skilled in cavalry and reconnaissance tactics and doctrine associated with armored cavalry, light cavalry, reconnaissance troops and scout platoons.

(4) *Decision making skills.* Armor officers and their units will often work in a time-constrained environment. Information gained in this environment will vary in its completeness, certainty and ambiguity. It will also be the subject of frequent revision. The ability to make sound decisions based on limited information within time constraints is often a requisite for mission success. Armor officers are known for their ability to think, analyze and make decisions quickly in rapidly changing, dynamic environments.

(5) *Conceptual skills.* Armor officers must have the ability to visualize the battlefield; to see, understand and predict the synergy and complex interplay of combined arms in order to create an executable combat course of action that masses the effects of combat power at the appropriate places and times to provide a reasonable chance for success. This ability to envision the activities over time and space necessary to drive the process of setting the conditions for a successful end state is critical to the decision making process. This visualization is an act of intellectual creativity that comes from study, experience, technical competence, intuitiveness and imagination. This ability requires a deep and personal understanding of the science and art of war.

(6) *Multifunctionality.* Armor officers work in multifunctional environments. This comes first in assignments to the Operations Career Field and eventually in branch/functional area generalist positions. Armor officers will be required to develop and utilize a diverse set of skills as they move between branch leadership assignments in TOE and TDA positions and branch/functional area generalist assignments.

c. *Unique knowledge.*

(1) Armor officers must possess expert knowledge of combined arms and armor operations. This knowledge includes practical experience in tactics, combined arms operations and the employment of direct and indirect fire weapon systems. Armor officers must also have a wide range of knowledge in managerial techniques, intelligence gathering and analysis, administrative systems, human resources, organizational maintenance and logistics operations.

(2) Armor officers gain this knowledge through a logical sequence of continuous education, training and experience.

(3) Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

(4) Armor officers must embrace the wave of information dominance. Innovation and ingenuity have always been hallmarks of the armor force. This dynamic view of modern warfare requires unique knowledge, as digitization becomes our reality.

d. *Unique attributes.*

(1) *Mental.* Armor officers must possess the desire, will, initiative and discipline to succeed as warfighters on the modern mounted battlefield. As such, they must be particularly strong in initiative, responsiveness, human understanding and task orientation.

(2) *Initiative.* Armor officers, more than any other branch, require aggressiveness, a willingness to act swiftly and boldly on the battlefield, often without orders, to exploit the inherent speed, firepower and shock action of armor/cavalry units. This is the elan characteristic of the old cavalry posted on the western frontier. It is just as necessary today, as we confront the challenges of the 21st Century, and continues as a necessary component of a good Armor officer's make up.

(3) *Responsiveness.* Armor officers are known for their ability to

react rapidly. Coolness under pressure and clear thinking are part of an Armor officer's attributes. The danger associated with training and operational missions requires that clear standards of operations be recognized and followed. These standards require officers to operate repetitive drills based on Standard Operating Procedures (SOPs). Repetitive training to Army standards is critical to unit readiness.

(4) *Human understanding.* Armor officers must have this fundamental quality of effective leadership. It relates to a commander's ability to lead the soldiers he commands with warmth, understanding, sympathy and compassion. This is accomplished by extending intense personal pride in every unit and soldier in his command, and by fostering a positive attitude of accomplishment.

(5) *Task orientation.* Armor officers focus on the successful accomplishment of the mission. Process is important, but results are critical. Coordinated tasks performed by units are inseparable as outputs are produced primarily by teams. Armor officers must be team oriented.

(6) *Physical fitness.* Armor officers also recognize the importance of physical fitness: stamina, strength and endurance. They must set the example in all physical training. Armor officers must match their mental toughness with the physical ability to meet the stress of the modern battlefield.

(7) *Emotional stability.* Armor officers are known for their ability to influence subordinates through controlled, measured and objective responses. These responses reflect their self-discipline by virtue of a characteristic aura of self-confidence. Armor officers set a positive example for their subordinates. This is particularly reinforced by a close relationship that reflects the nature of armor operations at the crew, platoon and small unit level.

## 11–3. Critical officer developmental assignments

a. *Branch qualification and development.*

(1) *Lieutenant.* The professional development objective for this phase of an officer's career is to develop the requisite Armor branch skills, knowledge and attributes.

(a) *Education.* AOBC must be completed during this phase. Other skill development courses available are the Scout Platoon Leader Course, Ranger School, Battalion Maintenance Officer Course (through distance learning), Infantry Mortar Platoon Officer Course, Airborne School, M1A1 Tank Commander Certification Course (Gowan Field), and M1A2 Tank Commander Certification Course.

(b) *Assignments.* The critical assignment during this phase is serving as a platoon leader in a TOE unit. Historically, all qualified Armor lieutenants have served as Armor or cavalry platoon leaders. Other typical assignments for lieutenants are battalion or squadron special platoon leader (support, scout or mortar), company or troop executive officer, battalion or squadron liaison officer (LNO), battalion or squadron adjutant (S1), S3 air or supply officer (S4), and battalion or squadron maintenance officer (BMO/SMO).

(c) *Self-development.* Self-development during this phase should focus on tank and cavalry tactical fundamentals, refining troop leading procedures, leadership skills, tank gunnery, organizational maintenance and other branch technical proficiency skills.

(d) *Lieutenant branch qualification criteria.* To be considered Armor branch qualified, lieutenants must complete AOBC (MEL 7) and successfully serve in a TOE platoon leader assignment for a minimum of 12 months.

(2) *Captain.* The professional development objective for this phase of an officer's career is to develop proficiency as a company commander and staff officer.

(a) *Education.* Completion of both phases of the branch Captains Career Course (CCC) is mandatory during this period. The majority of Armor officers will attend the Armor branch training phase (Armor Officer Advanced Course), while a select few will attend other branch CCCs. Officers assigned to a cavalry organization after completion of CCC will normally attend the Cavalry Leader Course. All officers will complete the staff process training phase (CAS3), immediately following the branch training phase. Officers must obtain

a baccalaureate degree prior to attending the Captains Career Course.

*(b) Assignments.* The critical assignment during this phase is successful company or troop command. Armor officers may serve on TOE/TDA unit staffs at the brigade/regiment, battalion/squadron, and divisional level prior to command. A few select company commanders will have the opportunity to command two companies. If an officer is selected for a second command, PERSCOM OPMD, Armor Branch chief, must be notified prior to completion of the first year of command to ensure equitable command opportunities are recommended and supported. Upon completion of company command, a full spectrum of assignments is possible. Armor officers may serve on TOE/TDA unit staffs. Typical non-troop assignments for captains after command include: Congressionally mandated AC/RC training support brigade, CTC trainer or observer/controller, service branch school instructor or staff, MACOM staff, USMA faculty and staff, U.S. Army Recruiting Command, Reserve Officers' Training Corps (ROTC) instructor, or initial developmental assignment in their designated functional area.

*(c) Self-development.* During this phase, Armor officers must hone their leadership skills as a company commander and concentrate on those critical tasks required to accomplish their wartime mission while surviving on the battlefield.

*(d) Functional area designation.* Armor captains receive a functional area (FA) designation between their 5th and 6th years of AFCS. Functional area designation is based upon the Army's needs, the officer's preference, military experience, and military and civilian schooling background. Officers may request changes to their functional area two years after designation and before their Career Field designation by coordinating with their OPMD branch manager. Certain FAs have extensive educational and training requirements which may have a significant impact on the Career Field designation process at the grade of major. It should be noted that the selection of a functional area will be a point of consideration during the Career Field designation process

*(e) Army Acquisition Corps.* Small numbers of Armor officers from each year group will be accessed into the Army Acquisition Corps. This takes place at the 8th year of service. Volunteers make up most of the accession numbers, while a few officers may be rebranched based on their academic degree. Officers accessed into the Army Acquisition Corps will move from the Operations Career Field to the Operational Support Career Field after selection for promotion to major.

*(f) Captain branch qualification criteria.* To be considered Armor branch qualified, captains must complete the following operational assignments and military/civilian education:

*1.* Complete the branch training phase of a Captains Career Course (military education level MEL 6).

*2.* Successfully command a company or troop for 18 months (plus or minus 6 months).

*3.* Obtain a baccalaureate degree from an accredited college or university before attending the branch Captains Career Course (CEL 5).

*4.* Complete the staff process training phase of the Captains Career Course (CAS3) (MEL N).

*(3) Majors.* The professional development objective for this phase of an officer's career is the development of warfighting skills, technical proficiency and staff competency in preparation for battalion command and other positions of significant responsibility.

*(a) Career Field Designation Board (CFDB).* Armor officers will undergo a CFDB upon selection for major. This HQDA board will decide in which Career Field each officer is best suited to serve. Decisions are based on the officer's preference, rater and senior rater's recommendations, the officer's skills and training and the needs of the Army. All officers will be distributed to the Operations, Operational Support, Information Operations and Institutional Support Career Fields. Approximately 50 percent of Armor officers in each year group will be designated to the Operations Career Field and the other 50 percent will be designated to serve in the other

Career Fields. Officers in each Career Field will compete for promotions only within their designated Career Fields. Assignments after promotion to major will be managed by OPMD Armor Branch for the Operations Career Field officers, and by the functional area assignment managers for officers in all other Career Fields. Armor officers who remain in the Operations Career Field will receive both branch assignments and branch/functional area generalist assignments.

*(b) Education.* Military education required during this phase is completion of the U.S. Army Command and General Staff College (CGSC) or its equivalent Navy, Air Force, Marine or Canadian Staff Colleges, as well as the U.S. School of the Americas or the British Staff School at Camberly. All officers must complete Command and Staff College (CSC) by resident or nonresident instruction to remain competitive for promotion to lieutenant colonel. Those officers selected for the School of Advanced Military Studies (SAMS) must serve an initial utilization tour as a corps or division plans/assistant G3 officer. These assignments will be considered branch qualifying for SAMS graduates.

*(c) Assignments.* The critical assignment during this phase is battalion/squadron XO/S3 or brigade/regiment XO/S3. Officers must complete one of these assignments (18 months plus or minus 6 months) to be considered branch qualified. Majors can expect to be assigned to an operational unit where they will compete for a branch qualifying job (battalion/squadron or brigade/regiment XO or S3). Officers can expect to spend 36 months on station with at least 18 (plus or minus 6) months in one of the positions mentioned above. Other typical assignments for majors include brigade staff; AC/RC duty; CTC trainer; division, corps, Army, major Army command (MACOM) or HQDA staff; CGSC staff and faculty; service branch school instructor; United States Military Academy (USMA) faculty and staff; or ROTC assistant professor of military science (APMS). Armor majors will also serve in other branch/functional area generalist positions, such as IG, aide, speech writer and special assistant to Army senior leaders. A joint assignment is essential for future career growth of an Armor officer; selection for an assignment to a joint position in an officer's career will enhance his perspective and productive potential. This is the best time period for Armor officers to become joint qualified.

*(d) Self-development.* Armor majors are expected to continue self-development efforts through off-duty civil schooling. Armor majors will be required to develop and utilize a diverse set of skills as they move between branch leadership positions in TOE/TDA and branch/functional area generalist assignments. Joint assignments should be considered during this phase of career development. Armor officers must embrace the wave of technological advances. Innovation and ingenuity have always been hallmarks of the Armor force. This dynamic view of modern warfare must grow, as digitization becomes a reality.

*(e) Major branch qualification criteria.* Armor majors, as a minimum, must complete CSC (MEL 4) and successfully serve for at least 18 months (plus or minus 6 months) in one or more of the following branch qualifying jobs: battalion/squadron XO/S3 or brigade/regiment XO/S3.

*(4) Lieutenant colonel.* The professional development objective for this phase of an officer's career is demonstrated excellence in tactical skills, technical proficiency and ability to lead, train, motivate and care for soldiers in both the staff and command environment. This is particularly true in the staff environment, which spans the full spectrum of command and staff support.

*(a) Education.* Lieutenant colonels selected for command complete a precommand course (PCC) and may be selected for Senior Service College (SSC) following command.

*(b) Assignments.*

*1.* Officers selected for lieutenant colonel in Armor should seek assignments of greater responsibility in branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. The critical assignment during this phase is any assignment that enhances branch competency and improves warfighting skills. Typical duty assignments for lieutenant colonels could include: battalion

command; CTC task force trainer; brigade or regiment XO; division G3; division or corps staff; service branch school staff and instructors; HQDA or joint staff; XO/S3 positions in an AC/RC training support brigade; RC support; ROTC PMS; and USAREC staff. Assignment opportunity for some Armor lieutenant colonel positions will be limited to former battalion commanders.

*2.* A critical assignment for Armor lieutenant colonels in the Operations Career Field is selection for battalion level command. Under OPMS XXI, only officers in the Operations Career Field will be eligible to command, with the exception of Army Acquisition Corps commands. The command opportunity improves over the current system because of a 50 percent reduction of Armor field grade inventory in each year group after the Career Field designation process. Armor officers selected for lieutenant colonel command will remain competitive for promotion to colonel and brigade command. Current command policy of two years in command at battalion level will remain intact. Commands filled by Armor officers on the Command Selection List (CSL) are organized into four functional categories: Tactical (TOE); Training and Strategic Support (TDA); Institutional (Garrison and USAREC); and, TRADOC System Managers.

*(c) Self-development.* During this phase of an Armor officer's career, self-development takes the form of self-assessment, off-duty civil schooling and perfecting mentoring and managerial skills. Joint assignments are important during this phase.

*(d) Lieutenant colonel branch qualification criteria.* To be considered Armor branch qualified, a lieutenant colonel must successfully serve 24 months in a battalion level command.

*(5) Colonel.* The professional development objective for this phase of an officer's career is sustainment of warfighting, training and staff skill, along with utilization of these leader, managerial and executive talents.

*(a) Education.* Officers selected for colonel should attend Senior Service College.

*(b) Assignments.*

*1.* Armor colonels contribute to the branch by serving in crucial assignments in branch and branch/functional area generalist positions. The critical task during this phase is to maintain branch competency (warfighting skills). Officers should make maximum use of their talents. Assignments will tend to be utilization tours rather than developmental. Armor officers will make full use of the branch and managerial skills and executive talents to meet the needs of the Army. Critical assignments for colonels include brigade, regiment, or garrison command; CTC operations group commander/ chief of staff; division chief of staff; corps assistant chief of staff; executive officer to a general officer; department director, U.S. Army Armor Center; senior advisor to state NG; HQDA or Joint Staff; and TRADOC System Manager (TSM).

*2.* A critical assignment for an Armor colonel in the Operations Career Field is selection for brigade or regiment command. Armor officers selected for brigade command will serve in the same four command CSL functional categories as lieutenant colonels. Garrison command tour lengths are 24 months but can be extended to 36 months.

*(c) Self-development.* Armor colonels must maintain their branch skills and keep current on all changes that affect the soldiers they command and/or manage. Joint assignments are important during this phase.

*(d) Colonel branch qualification criteria.* To be considered Armor branch qualified, a colonel must successfully serve 24 months in a brigade level command.

*b. Branch/functional area generalist assignments.* Armor officers, captain and above, can expect to serve in assignments within the Army that may not be directly related to Armor but are necessary to the Army. Armor officers contribute to the successful execution of the Army mission by developing the doctrine, training, leaders, organizations, materiel and soldiers necessary to support the Army mission while serving in such key positions as IGs and instructors.

*c. Joint assignments.* Armor officers will be considered for joint duty assignment based on the needs of the Army, professional development meets the officer and availability of a joint assignment. Armor officers and units will continue to be called on to participate in joint operations around the world. Joint experience, developed through sequential assignments, will provide the joint perspective on Army operations to be successful now and in the future.

## 11–4. Assignment preferences and precedence

*a. Preferences.* The professional development goal of Armor branch is to produce and sustain highly qualified officers who are tactically and operationally oriented to lead soldiers and command units in combat and perform other assigned missions. Assignments in tank and cavalry units will be made to develop the officer's overall ability to achieve that goal.

*b. Precedence.* Certain assignments in Armor branch will occur in a precedence sequence. Other assignments to include professional military training are not constrained, but if possible should occur in sequence. Command positions will have a precedence over staff positions. These positions develop an officer's ability to command at various levels throughout a career. For example, before an officer can be a battalion/squadron S3, he will have had a successful company/troop command. The normal sequence for a major for professional development is education, battalion/squadron XO/S3 or brigade/regiment XO/S3, followed by a joint, branch/functional area generalist or division/brigade staff officer assignment.

## 11–5. Duration of critical officer life cycle assignments

*a. Key Armor branch qualification positions.* Under current policy, Armor captains serve as company commanders for 18 months plus or minus six months. The OPMS XXI goal is for majors to spend three years in an operational unit with two years spent in critical branch qualifying jobs (XO or S3). Selected lieutenant colonels and colonels will serve two years in battalion and brigade commands. Officers selected for garrison command may have command tours up to three years in length.

*b. Armor branch life cycle.* Figure 11-1 displays Armor branch timelines with branch qualifying positions. Additionally, it identifies professional developmental assignments for Armor officers.

## 11–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for all Armor branch officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The number of authorized Armor billets, by grade, will vary as force structure decisions are made, and actions to implement them are taken. Officers who desire more information on Armor branch authorizations or inventory, by grade, are encouraged to contact their PERSCOM OPMD assignment officer.

## 11–7. Key officer life cycle initiatives for Armor

*a. Structure.* Armor officers may serve in tank battalions, division cavalry squadrons, armored cavalry squadrons, or reconnaissance squadrons. Armor officers may also serve in branch qualifying assignments in TDA organizations. Structure in the Armor force will retain its familiar organization into the foreseeable future.

*b. Acquire.* Armor officers are accessed through USMA, ROTC and OCS. Officers are accessed into Armor based on their branch preference and the needs of the Army. Armor is a recipient branch under the current system of branch detailing. Armor receives officers from the combat support and service support arms to fill lieutenant authorizations. Branch detailed officers return to their commissioning branch upon their selection to captain and assignment to their branch transition course. It is imperative that branch detail officers not attend follow-on schools (such as Airborne or Ranger) after the Armor Captains Career Course; they should report directly to their unit of assignment. This provides the officer with

the required time to develop as a platoon leader in combat arms before transitioning to his commissioning branch. The current system is meeting the needs of the force.

*c. Distribute.* The goal of Armor Branch is to rotate Armor officers between armor and cavalry units and between TOE and TDA units. Officers may also rotate between CONUS and OCONUS assignments. Under OPMS XXI tour lengths of assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. Armor officers are rotated between assignments to ensure they develop the full range of skills necessary to perform as senior leaders.

*d. Deploy.* Armor branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Armor officers must be deployable to accomplish missions across the full spectrum of conflict. Armor officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Armor branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Armor combat skills are maintained through institutional training and assignments in warfighting units.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant and fundamental change. Armor branch field grade officers designated to remain in Armor and the Operations Career Field will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. If an Armor officer is designated to one of the three other Career Fields, he will no longer compete against Armor officers in the Operations Career Field. Additionally, the percentage of below-the-zone (BZ) promotions will decrease, and officers will be eligible for below-the-zone promotion one time for each grade.

(2) *Command.* Armor branch commanders will continue to be centrally selected for command. All Armor officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: tactical, training and strategic support, institutional, and TRADOC System Managers. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process are announced in the CSL.

(3) *Officer Evaluation Report.* The new OER (DA Form 67-9) requires the rater and senior rater to recommend a Career Field for all Army competitive captains through lieutenant colonels. When recommending Career Fields for rated officers, rating officials will consider the whole person with factors such as: demonstrated performance, educational background, technical or unique expertise, military experience or training and personal preference of the officer. Career Field recommendations of raters and senior raters on the OER will be an important factor taken into consideration during the Career Field designation process.

*f. Develop.* Armor officers are developed through a logical progression of TOE assignments, institutional training and staff/TDA assignments. The focus of Armor officer professional development is on the attainment and utilization of warfighting skills, and the utilization of those skills to support the critical doctrine, training, leadership, organization, materiel and soldier development missions of the branch. The goal is to professionally develop officers to employ firepower and maneuver skills in support of combined arms and joint operations. Development occurs through the Army school system; all officers selected for major should complete some form of MEL 4 education, and all officers selected for colonel should complete MEL 1 education.

*g. Separate.* Armor branch has no unique separation processes. However, some officers may leave the branch while remaining in the Army, such as for medical reclassification. Separation cases are processed on an individual basis. Officers commissioned through two sources, military academies or ROTC (scholarship), and separating prior to completing their Active Duty Service Obligation (ADSO), may be required to repay the difference of their ADSO in the form of time with the National Guard/Reserves or monetary payback.

## 11–8. Armor Reserve Component officers

*a. General career development.* Reserve Component Armor officer development objectives and qualifications basically parallel those planned for their Active duty counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

(1) *Role.* RC Armor officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC officer's service and limited training time poses specific challenges for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows to complete mandatory educational requirements. To meet professional development objectives, RC officers may rotate between Army National Guard (ARNG) and U.S. Army Reserve (USAR) Troop Program Unit (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) Program, and the Active Guard and Reserve (AGR) programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in command and staff positions. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career. The success of an RC officer is not measured by length of service in any one component or control group, but by the breadth of experience, duty performance and adherence to branch requirements. (Refer to chap 7 for a detailed description of RC officer career management and development.)

(2) *RC lieutenant.* AOBC (MEL 7) must be completed during this phase. USAR officers must have completed this requirement by their 3d year of commissioned service and ARNG officers by the 18th month. RC officers are required to obtain a baccalaureate degree from an accredited college or university to qualify for promotion to captain. Although RC officers may attend the same skill development courses as AC officers, some courses offer an RC option (see DA Pam 351-4).

(3) *RC captain.*

(a) *Formal training.* AOAC (MEL 6) must be completed by the 14th year of service. CAS3 (MEL N) must be completed for promotion to major. Officers branch transferring from another branch should refer to DA Pam 351-20 for military education requirements and AOAC constructive credit application procedures. A baccalaureate degree is also necessary for promotion to major.

(b) *Assignments.* Officers should aggressively seek armor or mechanized infantry company or troop command. Following successful company or troop command, officers may be assigned to similar types of non-troop assignments as AC officers. In addition, they may participate in the IMA and AGR programs.

(c) *Functional area training.* RC officers are awarded a functional area based upon the needs of the Army, the officer's geographic location and individual preference. Functional area assignments offer the Armor officer additional flexibility and the opportunity for meaningful assignments in both the ARNG and USAR. Officers who received a functional area while on active duty may continue to serve in that functional area or may request award of a different functional area based upon the availability of such assignments and the needs of the Army. Functional area designators are awarded at the officer's request once all prerequisites for award of the functional area have been met.

(4) *RC major.*

(a) *Formal training.* Majors must have completed 50 percent of CGSC for promotion consideration. Officers who completed the CAS3 resident course before 1 November 1984 or CAS3/Reserve

Component Configured Course (RC3) after 1 November 1984 and before 1 September 1989 are considered to have met the educational requirements for promotion to lieutenant colonel.

*(b) Assignments.* The critical assignment during this phase is serving as an armor or mechanized infantry battalion or squadron XO/S3 or a brigade or regiment XO/S3. RC Armor majors typically serve in similar assignments as AC officers and should continue to gain staff experience at division level and higher. Selected officers may participate in the AGR program. Armor positions in RC units are actively sought and highly competitive. An officer may choose to become a member of the IRR or the IMA programs, which offer majors unique opportunities for training and development. The IMA program provides Armor majors the opportunity to train in the positions that they will occupy upon mobilization.

*(5) RC lieutenant colonel.*

*(a) Formal training.* CGSC (MEL 4) must be completed within 3 years of promotion to lieutenant colonel. RC command selectees (tank battalion, cavalry squadron or Armor Total Army School System (TASS) battalion) must also have completed a precommand course. Officers who have not completed CGSC prior to assuming command have 1 year to complete CGSC with a waiver. Failure to complete CGSC within that 1 year waiver period may result in removal from command. Selected officers may be selected to attend a MEL 1 producing program.

*(b) Assignments.* Highly qualified RC lieutenant colonels may be selected to command a tank battalion, cavalry squadron, or Armor TASS battalion. Other typical assignments include the following: brigade or regimental XO; division primary staff; various State Area Command (STARC), U.S. Army Reserve Regional Support Command (RSC), General Officer Command (GOCOM), and Major U.S. Army Reserve Command (MUSARC) staff positions; or HQDA level and joint staff assignments. RC lieutenant colonels may participate in the AGR, IRR or IMA programs.

*(6) RC colonel.*

*(a) Formal training.* Although no mandatory education requirements (other than PCC for command selectees) exist during this phase, officers are encouraged to complete a MEL 1 producing program of instruction (resident or nonresident).

*(b) Assignments.* Highly qualified colonels may be selected to command an armor or mechanized infantry brigade or cavalry regiment. Other typical assignments include AGR program participation and various senior duty positions at the division, STARC, RSC, GOCOM, MUSARC levels, and HQDA and joint staff assignments.

*b. Branch qualification and development opportunities.* Even though Reserve Component officer development is limited by geographical considerations and time constraints, they should strive for Armor assignments that yield the same developmental opportunities as their Active Component counterparts.

*(1) Introduction.* Reserve Component (ARNG and USAR) officers must meet the standards for schooling and operational assignments discussed below to be considered fully qualified at each grade. Because of geographical, time and civilian employment constraints, RC Armor officers may find it difficult to serve in the operational assignments required at each grade to remain fully qualified as an Armor officer. Nevertheless, RC Armor officers are expected to complete the educational requirements discussed below and to aggressively seek out the operational assignments necessary for branch proficiency.

*(2) RC captain.* To be considered branch qualified in the Armor branch, captains must have:

*(a)* Completed either Armor or Infantry OAC (MEL 6). (See DA Pam 351-20, for military education requirements based on the type of OBC completed and for constructive credit application procedures.)

*(b)* Obtained a baccalaureate degree from an accredited college or university.

*(c)* Completed CAS3 (effective 1 October 1994).

*(d)* Successfully commanded an armor or mechanized infantry company or troop for 36 months (plus or minus 12 months).

*(3) RC major.* RC majors must have:

*(a)* Served as an armor or mechanized infantry TOE or TDA battalion or squadron S3 or XO, or as a brigade or regiment S3 for at least 24 months.

*(b)* Served in key duty positions in armor or mechanized units; served in primary staff positions at the battalion, brigade, or regiment levels; and have continued to gain staff experience at the division and higher levels. RC majors may participate in the AGR or IMA programs.

*(c)* Enrolled in CGSC prior to 18 years' time in service. At least 50 percent of CGSC must be completed for promotion to lieutenant colonel.

*(4) RC lieutenant colonel.* Lieutenant colonels must have:

*(a)* Completed CGSC (MEL 4). This must be completed within 3 years of promotion to lieutenant colonel.

*(b)* Commanded an armor or mechanized infantry TOE or TDA battalion or squadron for 36 months (plus or minus 12 months).

*(c)* Served in key duty positions such as an armor or mechanized infantry brigade or regiment XO or served in division primary staff or STARC, RSC, GOCOM and MUSARC staff positions, or in HQDA and joint staff assignments. RC lieutenant colonels may participate in the AGR or IMA programs.

*(5) RC colonel.* Colonels must have:

*(a)* Commanded an armor or mechanized Infantry brigade or cavalry regiment for 36 months (plus or minus 12 months).

*(b)* Served in various duty positions at the division, STARC, RSC, GOCOM and MUSARC levels, or in HQDA and joint staff assignments. Colonels may participate in the AGR program.

*c. Life cycle development model.* The Reserve Component life cycle development model for Armor officers is shown at figure 11-2.



**Figure 11-1. Armor life cycle development model (Active)**



**Figure 11-2. Armor life cycle development model (Reserve)**

## Chapter 12
## Field Artillery Branch

### 12–1. Unique features of Field Artillery branch

Field Artillery historically is the greatest killer on the battlefield. Field Artillery Fires are an essential element of any combined arms operation and Field Artillery officers serve in all maneuver forces. Fires provide the commander from company to joint force level the depth, shock, and critical mass to achieve victory. Field Artillerymen boldly serve in the crucible of leadership of combat operations. Field Artillery officers leverage technology and serve on the cutting edge of innovation and leadership as the Army evolves to the digital age of the 21st Century.

*a. Unique purpose of Field Artillery branch.* The Field Artillery branch is a combat arms branch that delivers lethal, timely and massive indirect fires to destroy, neutralize or suppress the enemy by cannon, rocket and missile fire.

*b. Unique functions performed by Field Artillery branch.* Field Artillery officers lead soldiers, plan, employ and coordinate fire support systems in support of joint and combined arms operations. This includes air support, naval gunfire, attack helicopters, mortars, electronic warfare and field artillery weapon systems at all levels of command.

*c. Unique features of work in Field Artillery branch.* There are differences in the nature of work between Field Artillery officers (in the Operations Career Field) and officers in other Career Fields. Below are brief descriptions of the nature of work that sets Field Artillery officers in operational units apart from officers in other Career Fields. Field Artillery officers lead at all levels of command and staff and perform the following functions/tasks:

(1) Lead combat units at platoon, battery, battalion and brigade level.

(2) Coordinate fire support at all levels of command and in joint and combined operations.

(3) Coordinate the targeting process in rapidly moving, fluid joint and multinational operations.

(4) Formulate doctrine, organizations and equipment for the fire support mission area for use world wide.

(5) Teach field artillery and fire support skills at service schools and Combat Training Centers.

(6) Lead in positions requiring general combat skills such as staff officers in military headquarters and activities requiring combat arms expertise.

(7) Instruct at precommissioning programs, service schools and service colleges.

(8) Train and advise the total Army field artillery force.

### 12–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each

other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Officers must be skilled in leadership and field artillery and fire support tactics, techniques and procedures.

*c. Unique knowledge.* Officers must possess expert knowledge of field artillery, combined arms and fire support coordination principles. This knowledge includes practical experience in tactics, combined arms operations and direct and indirect weapon systems. Officers gain this knowledge through a logical sequence of continuous education, training and experience. Officers must possess and continually develop basic computer literacy skills as field artillery system automation increases. Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*d. Unique attributes.* Field Artillery requires dynamic, competent,

well trained leaders at all levels who possess the following attributes:

(1) *Terrain sense.* The ability to quickly judge terrain. This is more than viewing the terrain and knowing the range capability of weapon systems. It is the ability to visualize the battlefield and know how to optimize weapon systems on that terrain.

(2) *Single minded tenacity.* An imaginative, driving intensity to complete a mission with available or procured assets. This intensity represents the warrior spirit with an attitude to continuously accomplish all missions.

(3) *Audacity.* The willingness to take reasoned risks to achieve an objective or goal. Self-confidence to the point that causes one to take actions with inspired dedication.

(4) *Physical confidence and health.* A sense of physical well being that enhances self-image. The ability to participate in regular, rigorous and demanding physical activity; not just athletic ability.

(5) *Practiced, practical judgment.* The ability to distinguish the vital from the unimportant, the immediate from casual and truth from deception.

## 12–3. Critical officer developmental assignments

a. *Branch qualification and development.* Field Artillery officer assignment patterns will vary depending on needs of the Army and the sequencing of assignments. Officers will spend the majority of their company grade time, 10 to 11 years, alternately serving in TOE and TDA operational assignments. A company grade officer's first two or three assignments will likely be served at battery, battalion, and brigade level. To allow each officer the best opportunity to fully develop field artillery skills and competencies within these varied assignment patterns, company grade officers will normally be assigned to TOE units for no less than 48 months. Majors should be assigned to positions at brigade/division artillery or battalion level for no less than 24 months. The specific standards for branch qualification are discussed for each grade. Figure 12-1 at the end of this chapter provides a chart of branch qualifying and key field artillery developmental positions.

(1) *Lieutenant.*

(a) After completing Field Artillery Officer Basic Course (FAOBC), officers are normally assigned at battery level to gain leadership experience and to enhance technical and tactical competence. Ideally, lieutenants will experience duty at battery level prior to serving in the company fire support officer positions.

(b) Officers should expect to serve in battery level positions to develop leadership, fire support and other artillery skills and when appropriate, to complement this with staff experience at battalion level. Typical duty positions include firing platoon leader, target acquisition platoon leader, battery executive officer, fire direction officer, battery operations officer, ammunition platoon leader, company fire support officer, reconnaissance and survey officer, battalion staff officer and executive officer or training officer in training center units.

(c) The focus during this phase should be on acquiring and refining troop leading, artillery, fire support, logistics and administrative skills. Before promotion to captain, officers should possess an excellent knowledge of field artillery and a basic knowledge of combined arms and fire support coordination principles. This includes practical experience in tactics, fire support in combined arms operations and direct and indirect fire weapon systems.

(2) *Captain.*

(a) *Captains Career Course.* Following selection for promotion to the grade of captain, officers normally attend the Field Artillery Captains Career Course. This is the second major branch school they will attend before company level command. The course combines the instruction formerly taught in the branch Officer Advanced Course (OAC) and the Combined Arms and Services Staff School (CAS3). Selected captains may receive this training at schools other than their basic branch. A Field Artillery officer, for example, may attend the Armor course. This cross training benefits officers of both branches. The Captains Career Course has two phases. The branch training phase consists of 18 weeks of branch specific technical and tactical training with integrated common core instruction. This training prepares officers to command and train at the company, battery or troop level for duty as a battalion or task force fire support officer, and to serve as staff officers at battalion and brigade levels. The 6 week staff process training phase (CAS3) prepares officers to function as staff officers at battalion, brigade and division level. Most officers will go directly to the staff process training phase at Fort Leavenworth in a TDY and return (to the branch school) status. For those officers who report to their units immediately after the branch phase, the gaining unit commander is responsible for scheduling their staff process training phase attendance.

(b) Completion of the Captains Career Course and battery level command for 18 months (plus or minus 6 months) are the requirements for branch qualification as a captain. Captains should aggressively prepare for and seek battery level command and assignments as battalion or squadron fire support officers and battalion fire direction officers.

(c) Branch qualified captains can also expect assignments consistent with the needs of the Army, such as the following:

1. Combat Training Center observer controller/evaluator (OC/E).

2. Service school instructors.

3. Other branch/functional area generalist positions (e.g., Recruiting Command staff, USMA faculty and staff, ROTC instructor, Active Component/Reserve Component (AC/RC) positions, or other Reserve Component duty).

4. Other nominative assignments (e.g., aide-de-camp and internships).

5. Functional area positions (e.g., FA 45, FA 48, FA 49).

6. Advanced Civil Schooling (based on functional area and Army requirements).

(d) Captains should continue to gain an in-depth understanding of combined arms operations and become proficient in field artillery and fire support tasks. These tasks provide the foundation of knowledge required to effectively serve in the branch as a leader at the battery and battalion level in all aspects of fire support operations and in leading field artillery soldiers. Captains gain a working knowledge of command principles, battalion level staff operations, and combined arms and fire support operations. Captains should also dedicate time to professional reading to gain a historical perspective on tactical and leadership challenges.

(e) Officers must obtain a baccalaureate degree from an accredited college or university prior to attending the Captains Career Course.

(f) Officers will undergo functional area designation between their 5th and 6th years of service. The formal designation of functional areas is based upon the needs of the Army, officer preference, military experience and civilian schooling. Some officers will attend Advanced Civil Schooling based on the needs of their functional area, or for service as an instructor. Attendance at Advanced Civil Schooling will be a factor in Career Field designation; however, it will not be an overriding determinant. Officer preference will be the predominant factor in Career Field designation. A limited number of officers will be accessed into the Army Acquisition Corps after completing eight years of service (see chap 47).

(3) *Major.*

(a) Immediately following selection for major, an officer's record goes before a Career Field Designation Board. This board, comprised of senior officers, will decide if the officer is best suited to serve in the Operations, the Operational Support, the Information Operations, or the Institutional Support Career Field.

1. At least 50 percent of Field Artillery majors will be designated to remain in the Operations Career Field. Assignments for Field Artillery majors in the Operations Career Field will be managed by PERSCOM OPMD Field Artillery Branch. Field Artillery officers who remain in the Operations Career Field will be assigned to branch and branch/functional area generalist assignments. A stated goal of OPMS XXI is to allow Operations Career Field officers to stabilize time served in operational units.

2. Up to, but no more than, 50 percent of Field Artillery majors will be designated into one of the other three Career Fields. Qualification standards and assignments for majors designated into one of

the other Career Fields will be managed by the functional area assignment managers for those Career Fields.

*3.* Officers will compete for promotion to lieutenant colonel and higher within their designated Career Field.

*(b)* Branch qualification at the rank of major is designed to prepare officers for command of battalions and to enhance fire support skills. Majors must serve a minimum of 24 months at brigade/division artillery (DIVARTY) and battalion level. Offices will serve in a branch qualifying position (battalion/brigade/DIVARTY XO or S3), or in a combination of branch qualifying and fire support developmental positions (brigade/regimental FSO, division assistant fire support coordinator (AFSCOORD), brigade/DIVARTY assistant operations officer) for this minimum of 24 months to be considered branch qualified. Officers can normally expect to serve in at least two of these positions during their 24 to 36 month branch qualifying assignment, but qualification criteria are designed to allow commanders wide latitude in tailoring assignments to best meet the developmental needs of the officer and the operational needs of the unit.

*(c)* Most Field Artillery majors will continue to serve in Field Artillery positions at division and corps or in TDA organizations after completing branch qualification requirements at brigade/division artillery and battalion level. Majors can be assigned to key developmental positions in a battlefield coordination detachment (BCD) or as an corps AFSCOORD, or as an assistant corps artillery operations officer. Other typical assignments include:

*1.* Combat Training Center OC.

*2.* Service school instructor.

*3.* Reserve Component (RC) support.

*4.* Division/corps/echelons above corps (EAC) staff.

*5.* MACOM staff.

*6.* Joint/DOD/Army Staff.

*7.* Command and General Staff College faculty and staff.

*8.* Branch/functional area generalist positions (such as Inspector General, ROTC instructor or USMA faculty and staff).

*(e)* Those officers selected for the School of Advanced Military Studies (SAMS) will serve at division and corps level as planners.

*(f)* Majors should continue self-development efforts to become expert in all aspects of fire support coordination to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

*(g)* Institutional training for majors includes resident or nonresident completion of the command and general staff college. Completing this course is considered essential for branch qualification and promotion to lieutenant colonel.

(4) *Lieutenant colonel.*

*(a)* Officers selected for lieutenant colonel should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. Typical assignments for lieutenant colonels include the following:

*1.* Command Selection List (CSL) battalion level command.

*2.* Brigade and division artillery executive officers, brigade and division artillery operations officers, corps artillery chief of staff, deputy fire support coordinators, and field artillery training center deputy commanders.

*3.* Senior fire support OC.

*4.* Corps/division staff.

*5.* Joint/DOD/Army staff.

*6.* Service school staff.

*7.* AC/RC training support team chief.

*(b)* Self-development objectives should continue to build upon warfighting expertise.

*(c)* Institutional training for lieutenant colonels includes resident or nonresident Senior Service College education; with attendance dependent on centralized selection.

(5) *Colonel.*

*(a)* Field Artillery colonels contribute to the branch by serving in critical assignments to include the following:

*1.* Colonel level command (e.g., commander of a division artillery, Field Artillery brigade, training brigade or garrison command).

*2.* Corps artillery deputy commander.

*3.* Fire support coordinators at EAC.

*4.* Selected positions in the Field Artillery School.

*5.* Joint/DOD/Army staff, MACOM staff, or division/installation chief of staff.

*(b)* Institutional training for colonels includes senior post-MEL 1 fellowships.

*b. Branch/functional area generalist assignments.* Officers above the rank of lieutenant can expect to serve in branch/functional area generalist assignments, such as ROTC or USMA faculty and staff, that are not directly related to the branch but are important to the Army.

*c. Joint assignments.* Officers can expect to be considered for joint duty assignments worldwide. Joint experience is critical for the Army for development of warfighting skills, and for advancement into senior leadership positions. The majority of joint duty positions will be in branch/functional area generalist jobs on the joint staff or unified headquarters. See paragraph 3-6 for an explanation of joint duty qualification.

## 12–4. Assignment preferences and precedence

*a. Preferences.* The Field Artillery branch is diverse enough to allow for numerous career development paths. Officers are encouraged to seek assignments across the spectrum of systems employed by the Field Artillery (light cannons, heavy cannons and rockets). Officers should also expect to serve in overseas duty assignments during their career. The professional development goal of the Field Artillery is to produce and sustain highly qualified tactically and operationally oriented officers to lead the Field Artillery in combat and other assigned missions. Branch qualifying and developmental leadership positions will remain the precedence within assignments, but the branch will maintain flexibility on the sequence of assignments. Assignment patterns are not tightly constrained to a precedence; however, the branch will attempt to assign officers within generally prescribed sequences to maximize the development and competence of every Field Artillery officer.

*b. Precedence.* Lieutenants should expect initial assignments of 36 to 42 months to operational units to serve in leadership positions and develop competency as a Field Artillery officer. Following completion of the Captains Career Course, the precedence for assignment of captains is to an operational unit to continue developing leadership and competency. Captains will normally not be assigned to positions outside of an operational unit until branch qualification is completed. Assignments for majors between operational and nonoperational assignments (branch/functional area generalist, or echelons above corps positions) may vary in sequence; however, every major will be afforded the opportunity to complete branch qualification. Lieutenant colonels and colonels will serve to meet the requirements of the branch, with command positions as the priority.

## 12–5. Duration of critical officer life cycle assignments

*a. Key Field Artillery branch qualification positions.* Field Artillery captains must serve as battery commanders. Duration of battery commands is 18 months plus or minus 6 months. Majors will spend 24 to 36 months in an operational unit with at least 24 months spent in branch qualifying jobs or key developmental field artillery positions. The current HQDA policy of assigning lieutenant colonels and colonels to 2 years in battalion and brigade commands remains unchanged.

*b. Field Artillery branch life cycle.* Figure 12-1 displays a Field Artillery branch life cycle model with branch qualifying and other key developmental positions for Field Artillery officers that will provide leadership opportunities and development of branch competency.

## 12–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for

branch officers remaining in the Operations Career Field. This requires developing an optimized field grade inventory in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with two years of branch qualifying time while stabilized for three years.

*b. OPMS XXI implementation.* During FY 99 HQDA level restructuring will occur, proponent work will verify authorizations and the proponent recoding effort required to recode positions in a way that is consistent with OPMS XXI will be refined. This process will be iterative and will require additional modeling as these changes occur. This work will culminate with FY 00 authorizations in place to support the FY 99 Career Field Designation Board, branch and functional area targets. Officers who want more information on branch authorizations or inventory, by grade, are encouraged to contact the branch proponency office or their PERSCOM assignment officer.

## 12–7. Key officer life cycle initiatives for Field Artillery
The next section provides branch life cycle function highlights and changes associated with implementing OPMS XXI.

*a. Structure.* The structure of field artillery organizations will remain as currently configured into the foreseeable future. However, current authorizations will probably change based on ongoing restructuring and recoding initiatives. The results will affect the number of officers remaining in the branch during the transition years (FY 99 to FY 02).

*b. Acquire.* Officers will continue to be accessed through USMA, ROTC and OCS. Accessions are based on officer preference and the needs of the Army. The branch will also remain a recipient of branch detail officers from other branches.

*c. Distribute.* Officers will continue to be rotated between assignments to TOE units with troops and TDA assignments in CONUS and OCONUS locations. The sequencing and timing of assignments permits officers to gain the requisite skills to assume roles as senior leaders in the Army. OPMS XXI will change some distribution rules: officers in the Operations Career Field will work either in branch or branch/functional area generalist positions and majors can expect more branch qualifying time and increased stability.

*d. Deploy.* Field Artillery branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Field Artillery officers must be deployable to accomplish missions across the full spectrum of conflict. Field Artillery officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Field Artillery officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI will effect three of today's programs.

(1) *Promotion.* Career Field based promotion boards are the most significant change. Majors and above will compete for promotion within their Career Field. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Lieutenant colonel and colonel level commanders will be listed on the Command Selection List (CSL). With the exception of Army Acquisition Corps officers, all commanders will be selected from the Operations Career Field.

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captains, the rater and senior rater will recommend a Career Field for each officer.

*f. Develop.* Officer development through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments, and institutional training assignments will continue. The goal is to professionally develop officers to expertly employ fire support skills in support of joint and combined arms operations

that validate the doctrine, training and material development missions of the branch.

*g. Separate.* The officer separation process remains unchanged.

## 12–8. Field Artillery Reserve Component officers
*a. General career development.* Reserve Component (RC) units comprise approximately two thirds of the field artillery units in America's Army. All tactical field artillery units in the RC are in the Army National Guard. OPMS XXI does not immediately impact RC officer management. Some tenets of OPMS XXI may be introduced to RC structure, but this is not expected to occur for several years. The overwhelming majority of positions in the RC correspond to those positions in the Operations Career Field under OPMS XXI. Field Artillery RC officer careers are spent predominantly in tactical units. RC officers should optimize their time in key fire support and operational Field Artillery positions.

*b. Branch qualification and development opportunities.* RC Field Artillery officers should strive to adhere, as nearly as possible, to the standards and professional development patterns in individual training, operational assignments, and self-development as their active duty counterparts. RC officers should build a solid foundation in leadership, fire support skills, and field artillery unit operations to successfully serve in the branch. Ideally this occurs through a variety of assignments as fire support officers at all levels, in artillery units, on staffs, and in support units where field artillery expertise is needed. Because of geographic location or other considerations, RC Field Artillery officers may not have the opportunity to serve in as many Field Artillery and fire support positions as active duty officers. This is offset by longevity in positions that are available in tactical units in their geographic area.

(1) *RC branch qualification* To be considered branch qualified, a RC Field Artillery officer must have:

(a) Completed at least 60 hours of college credit to receive a commission.

(b) Completed the Officer Basic Course (OBC); National Guard officers must complete within 18 months and Army Reserve officers should complete by the end of the first year of commissioned service, but not later than the third year.

(c) Completed FAOAC, either the active or RC course (resident or nonresident). See DA Pam 351-20 for military education requirements and constructive credit application procedures. OBC graduates of other branches transferring to the Field Artillery are encouraged to attend a pre-course or take advantage of home station training prior to enrolling in the Field Artillery Officer Advanced Course.

(d) Successfully commanded a battery level unit for 36 months (plus or minus 12 months) or served as one or more of the following for 36 months (plus or minus 12 months): battalion fire support officer, battalion fire control/direction officer or assistant operations officer at battalion or brigade/division artillery. Ideally, an officer will serve in a position through at least two annual training periods.

(2) *Promotion to major.* Officers must successfully complete CAS3 for promotion to major. CAS3 is expected to remain a requirement until the Captains Career Course is fully implemented for RC officers.

(3) *Reserve Component field grade officer standards.*

(a) *RC major.* Majors must have completed 50 percent of CGSC to be competitive for promotion to lieutenant colonel. To be best qualified, majors should seek duty positions as battalion executive officer, operations officer, brigade fire support officer, assistant fire support coordinator at division or corps FSE, or assistant brigade/division artillery operations officer. Optimally majors should spend 24 to 36 months in one of these positions.

(b) *RC lieutenant colonel.* Lieutenant colonels must have completed 100 percent of CGSC to be competitive for promotion to colonel. To be best qualified, lieutenant colonels should seek duty positions as battalion commander, deputy fire support coordinator (DFSCOORD), and brigade/division artillery executive officer or operations officer. Optimally, lieutenant colonels should spend 24 to 36 months in one of these positions.

(c) *RC colonel.* Colonels serve as brigade level commanders,

corps artillery deputy commander, corps deputy fire support coordinator, chief battlefield coordination detachment, deputy assistant commandant at the field artillery school, branch/functional area generalist positions at brigade level and above, or staff positions at state or national level.

*(d) RC selection board.* Lieutenant colonels and colonels are selected for Senior Service College by a Reserve Component selection board.

(4) *Battalion or brigade command.* To be qualified for field artillery battalion or brigade command, RC officers must be branch qualified and meet the appropriate educational requirements for the position (see para 12-8b(1) through (3) above).

(5) *Continuing development.* Officers desiring consideration for key positions in RC artillery units should aggressively pursue positions that develop essential war fighting leader skills. Officers should continue self-development efforts to become an expert in all aspects of fire support coordination to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(6) *Branch transfers.* RC Field Artillery officers may have to branch transfer during the course of their careers due to lack of positions in their geographic area. When an officer transfers into Field Artillery, completion of either OBC or OAC and minimum time in a key position outlined in paragraph 12-8b(1) through (3) is required before branch qualification is complete. Commanders will consider the officer's experience level in recommending which qualification course is required. Commanders should closely manage branch transfer officers and assign them to a qualifying position concurrent with enrollment in the OBC or OAC or after completion of the course. Officers should not be assigned to a qualifying position prior to enrolling in or completing OBC or OAC.

(7) *RC guidance.* For further guidance on Reserve Component officer development, see chapter 7 of this pamphlet.

*c. Life cycle development model.* Figure 12-2 displays a Field Artillery branch life cycle with branch qualifying and other developmental positions for Reserve Component officers.



**Figure 12-1. Field artillery life cycle development model (Active)**



**Figure 12-2. Field artillery life cycle development model (Reserve)**

# Chapter 13
# Air Defense Artillery Branch

## 13–1. Unique features of Air Defense Artillery branch

In only three decades as a branch, the Air Defense Artillery has played the pivotal role in the defeat of a wide spectrum of adversaries —- from tactical air defense in contingency operations other than war to strategic air defense support of the warfighting CINCs. As the army's first fully digitized force, the Air Defense Artillery stands perfectly postured to accomplish its mission on future battlefields.

*a. Unique purpose of Air Defense Artillery.* The Air Defense Artillery protects military forces and geopolitical assets against the threat of aerial attack. It is the strategic combat arm of choice of the United States Army and the Nation. As the most modern and technically advanced of the combat arms branches, it is uniquely postured to provide protection across the entire spectrum of 21st Century military operations — from peacekeeping to high intensity combat.

*b. Unique functions performed by Air Defense Artillery.* Air Defense Artillery officers are warriors who lead combat units that are tactically and operationally capable and flexible — and strategically deployable. They form a credible force that can fight and win. They preserve freedom of maneuver for combat forces. They also provide protection against reconnaissance, intelligence, surveillance, targeting and attacking airborne threats.

*c. Unique features of work in Air Defense Artillery.* With the implementation of OPMS XXI, the Army adopts a new approach to officer personnel management. It is intended to develop an officer corps with the right skills, knowledge and attributes to meet branch and Army needs and to posture the Army to respond to future challenges. Below are brief descriptions of the nature of work that sets Air Defense Artillery officers in operational units apart from officers in other Career Fields. Air Defense Artillery officers work at all levels of command and staff, and perform the following functions and tasks:

(1) Command, direct and control ADA units at battery, battalion, brigade, corps and Army Air and Missile Defense Command (AAMDC) level.

(2) Provide Air Defense coordination at all levels of command.

(3) Coordinate the Air Defense target engagement process in joint and multinational operations.

(4) Develop and evaluate doctrine, training, organizations and equipment/material for the air defense artillery mission area.

(5) Instruct air defense artillery skills at service schools and Combat Training Centers.

(6) Provide service in positions requiring general combat skills such as staff officers in military headquarters and activities requiring combat arms expertise.

(7) Serve as Air Defense instructors at precommissioning programs, service schools and service colleges.

(8) Serve as Air Defense Artillery advisors to U.S. Army Reserve and Army National Guard organizations.

(9) Serve as Air and Missile Defense advisors to Allied forces.

## 13–2. Officer characteristics required

*a. Competencies and actions common to all.* Air Defense assignments require officers who are premier warfighters and are worldwide deployable, motivated, disciplined and physically fit. They must also be highly intelligent and capable of operating some of the Army's most technological and complex weapons and command and control systems. They must possess the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills reflect competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Decision-making skills.* Air Defense officers often work in an environment where time available for problem analysis is seriously

constrained but where sound, timely decisions are urgent. Assignments can be as advisors to senior tactical, operational and strategic commands. Information gained in this environment will vary in its completeness and ambiguity. The ability to operate under stress, make decisions and act in austere field conditions is critical to unit success.

(2) *Tactical and technical skills.* Air Defense officers must be technically proficient with branch and mission unique equipment, tools and systems. Air Defense Artillery mission success requires the proper balance between leadership skills, technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self- development.

(3) *Conceptual competence.* Intellectual requirements tend to be significantly more concrete than abstract in ADA operational units. The ability to synthesize information and to clearly communicate information required to make timely decisions are critical skills. The uncertain conditions of tactical operations demand mental endurance and agility, often under severe time constraints. Air Defense Artillery officers must effectively develop and communicate their vision, purpose, and direction.

*c. Unique knowledge.*

(1) Officers must possess expert knowledge of ADA, combined arms, joint operations and air defense artillery support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations, communications systems (link-types and protocols) and the employment of air defense weapon systems.

(2) Officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

(3) Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*d. Unique attributes.* Air Defense Artillery requires dynamic, competent, well trained leaders and warfighters at all levels who possess the following attributes:

(1) *Task orientation.* Work focuses on the successful accomplishment of the mission. Process is important, but results count. Tasks performed by units are inseparable and outputs are produced primarily by teams.

(2) *Multifunctionality.* At the field grade level, ADA officer work is branch oriented but becomes increasingly multifunctional; first within the Career Field and, eventually, as the officers become more knowledgeable, across systems/skills that cross several Career Fields. Officers must develop and utilize a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments.

(3) *Acceptance of convention.* Officers must recognize the necessity of convention and accept policies, regulations and other established standards. Repetitive training is important to maintain unit readiness. The danger associated with training and operational missions requires strict adherence to established standards. These standards require officers to know and routinely execute drills and operate within established SOPs.

(4) *Predictability of behavior.* Predictability of behavior is critical and requires strict adherence to standards. The risks of deviation from established standards could be great. Repetition of tasks through drills and adherence to SOPs help condition desired behavior.

(5) *Physical fitness.* Air Defense Artillery jobs require physical strength and endurance to meet the rigors of leading soldiers. Officers must recognize the importance of physical fitness—high levels of stamina and vigor are critical.

(6) *Mental.* Mental fitness is an important attribute and goes hand in hand with physical fitness.

(7) *Emotional.* ADA officers display self-control and have the ability to remain calm under pressure.

## 13–3. Critical officer developmental assignments

*a. Branch qualification and development.*

(1) *Lieutenant.*

(a) After completing Air Defense Artillery Officer Basic Course (ADAOBC), officers are normally assigned at battery level to gain leadership experience and to enhance technical and tactical competence.

(b) Lieutenants should expect to serve as platoon leaders in one or more types of Air Defense platoons. These platoon assignments range from Bradley or Avenger platoons in maneuver units to Patriot or THAAD platoons in corps and theater units. Other developmental duty positions include reconnaissance officer, battery executive officer, battalion staff officer or training officer in training center units.

(c) The focus during this phase should be on acquiring and refining troop leading, logistics and administrative skills. Before promotion to captain, officers should possess an excellent knowledge of air defense artillery and a basic knowledge of combined arms and air defense support coordination principles. This includes practical experience in ADA and missions, tactics, combined arms operations and ADA weapon systems.

(d) By law, officers must obtain a baccalaureate degree before selection to captain.

(2) *Captain.*

(a) Officers will complete both the branch (Officers Advanced Course) and staff process (CAS3) training phases of the Air Defense Artillery Captains Career Course (ADACCC) at about the 4th year of service to prepare for battery level command and duties at the battalion or higher levels. Special training necessary to support an officer's follow-on assignment is scheduled after the Captains Career Course. A few officers will be selected to attend the small group instruction phase of another combat arms officer advanced course. This competitive program is beneficial to individual officers as it provides an opportunity to gain a better understanding of combined arms operations and allows ADA officers to share air defense expertise with our maneuver counterparts.

(b) Captains should first aggressively prepare for and seek battery level command. Completion of Captains Career Course (ADAOAC and CAS3 phases) and successful command of a battery (for a minimum of 12 months and optimally 18 months) are requirements for branch qualification as a captain.

(c) After successful battery command, branch qualified captains can expect to be assigned to one or more of the following:

1. Branch/functional area generalist positions (e.g., ADA doctrine or combat developer, Recruiting Command staff/command positions, USMA faculty and staff, Assistant Professor of Military Science positions, or Active Component/Reserve Component (AC/RC) duty).

2. Other nominative assignments (e.g., foreign service school exchange officer).

3. Functional area positions.

4. Advanced Civil Schooling (based on functional area or Army requirements).

5. Small Group Instructor (SGI) or Combat Training Center Observer Controller (OC).

(d) Captains should continue to gain a deeper understanding of combined arms operations and become proficient in both the common and air defense artillery related tasks. These tasks provide the foundation of knowledge required to effectively serve in the branch as a leader at the battery and battalion level in all aspects of ADA support operations and in leading Air Defense Artillery soldiers. Captains gain a working knowledge of command principles, battalion level staff operations and combined arms and air defense operations at the battalion and brigade level. Captains should also dedicate time to professional reading to gain a historical perspective on tactical and leadership challenges.

(e) Officers will undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of

FAs is based upon the needs of the Army, officer preference, military experience and civilian schooling. Some FA's have extensive educational requirements and Advanced Civil Schooling may be offered as a professional development opportunity. The Army Acquisition Corps will also access a limited number of Air Defense officers between the 7th and 8th year of service.

(3) *Major.*

*(a)* Once selected for major, officers will be considered for Career Field designation. A HQDA level board will decide what Career Field is best suited for each officer. Air Defense Artillery majors not designated into the Operations Career Field (up to 50 percent of any given year group) will be designated to serve as functional area officers in one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion within their designated Career Field. Assignments for officers in the Operations Career Field will be managed by the ADA Branch in OPMD; other Career Fields will be managed by the officer's functional area assignment officer.

*(b)* The following criteria and information applies to ADA officers in the Operations Career Field. Majors should aggressively seek assignments in one or more of the branch qualifying positions: battalion/brigade XO or S3. Officers can expect to spend up to 3 years on station with a goal of 24 months (current structure supports 12 to 18) in one or more of the branch qualifying positions above. Other typical follow-on assignments include: DOD/joint/Army staff, MACOM staff, division or corps staff, Combat Training Center Observer Controller/Evaluator, CGSC faculty and staff, USMA faculty and staff, Service school instructor or Reserve Component (RC) support. Majors will also serve in other branch/functional area generalist positions such as ROTC and IG. Those officers selected for the School of Advanced Military Studies (SAMS) will serve at division or corps level as staff planners. Successful completion of an assignment as battalion/brigade XO or S3 (for a minimum of 12 months and optimally 24) and completion of a Command and Staff College course by resident or nonresident instruction, are required for branch qualification as a major.

(c) Majors should continue self-development efforts to become experts in all aspects of air defense operations to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(4) *Lieutenant colonel.*

*(a)* Officers selected for lieutenant colonel should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is to give ADA officers the opportunity to make a greater contribution to the branch and the Army. Critical assignments for lieutenant colonels include the following:

*1.* Command Selection List (CSL) battalion level command.

*2.* Brigade deputy commanders and corps ADA element officers.

*3.* ROTC task force trainer.

*4.* Corps/division staff.

*5.* DOD/joint/Army staff.

*6.* Service school staff.

*7.* AC/RC support.

*(b)* Completion of an assignment as a battalion commander (lieutenant colonel level command) is required for branch qualification (normally 2 years).

(5) *Colonel.* Air Defense Artillery colonels contribute to the branch by serving in critical assignments to include the following:

*(a)* Colonel level command (e.g., air defense artillery brigade, garrison command, recruiting brigade or TRADOC System Manager).

*(b)* Air Defense Artillery coordinators at echelons above corps.

*(c)* Selected positions in the Air Defense Artillery School.

*(d)* DOD/joint/Army staff, MACOM staff or installation/division chief of staff.

*b.* *Branch/functional area generalist assignments.* Officers above

the rank of lieutenant can expect to serve in branch/functional area assignments, such as ROTC or USMA faculty and staff, that are not directly related to the branch but are important to the Army. Air Defense Artillery officers will have increasing opportunities to serve in these generalist billets as their careers progress.

*c. Joint assignments.* Officers can expect to be considered for joint duty assignments worldwide. Joint experience is critical for the Army and for advancement into senior leadership positions.

*d. Nominative assignments.* Air Defense Artillery officers may be assigned to organizations and duties beyond those indicated above, based on the needs of the Army. These other assignments may include White House Fellow, duty with the National Security Council, the United Nations, as well as Air Defense Artillery representatives at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled and well grounded officers.

## 13–4. Assignment preferences and precedence

Most assignments in the Air Defense Artillery branch will occur in a logical sequence. Training and education assignments are not tightly constrained to a precedence and developmental leadership positions will have some flexibility in their sequence of assignments.

*a. Preferences.* The Air Defense Artillery has diverse assignment opportunities which allow for numerous career development paths. The goal of the professional development of Air Defense Artillery officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead the Air Defense Artillery in combat and on other assigned missions. Assignments in the Air Defense Artillery will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will not be supported.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Air Defense Artillery officers should seek assignments in the following order: Officer Basic Course, Platoon Leader, battery XO, Captains Career Course (OAC and CAS3), battalion staff (as an assistant S1/S4), battery command, nominative assignment, brigade or division staff, Command and General Staff College, battalion/brigade XO or S3, DOD/joint/Army staff or branch/functional area generalist assignments, lieutenant colonel level command, Senior Service College and brigade level command.

## 13–5. Duration of critical officer life cycle assignments

*a. Key Air Defense Artillery branch qualification positions.* Air Defense Artillery captains serve as battery commanders based on branch policy. The policy on the duration of battery commands is a minimum of 12 months, but optimally, 18 months. Some captains will get up to 24 months of total battery command time. An objective of OPMS XXI is to enable majors to remain three years in an operational unit with two years spent in critical branch qualifying jobs (battalion or brigade XO/S3). Currently, majors can only expect 12 to 18 months as an S3 or XO. The current policy of assigning lieutenant colonels and colonels to two years in battalion and brigade commands remains unchanged. Garrison commands are for 2 years, but may be extended to 3 years, if the extension is submitted prior to the CSL board convening date.

*b. Air Defense Artillery branch life cycle.* Figure 13-1 displays the Air Defense Artillery life cycle with branch qualifying positions. Additionally, it identifies other branch developmental jobs for officers.

## 13–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for ADA branch officers remaining in the Operations Career Field. This requires optimizing the field grade inventory in order to meet branch authorizations, provide sufficient flexibility to support branch/functional area generalist positions and to provide majors with 2 years of branch qualifying time while serving stabilized 3 year tours.

*b. OPMS XXI implementation.* The number of authorized billets,

by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on ADA or other branch authorizations or inventory, by grade, are encouraged to contact the appropriate branch proponency office or PERSCOM OPMD assignment office.

## 13–7. Key officer life cycle initiatives for Air Defense Artillery

The next section provides branch life cycle function highlights and changes associated with implementing OPMS XXI.

*a. Structure.* The structure of air defense artillery organizations will remain as currently configured into the foreseeable future. However, current authorizations will probably change based on on-going restructuring and recoding initiatives. The results will affect the number of officers remaining in the branch during the transition years (FY 99 to FY 02).

*b. Acquire.* Officers will continue to be accessed through USMA, ROTC and OCS. Accessions are based on officer preference and the needs of the Army. The branch will also remain a recipient of branch detail officers from other CS/CSS branches. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in Air Defense Artillery.

*c. Distribute.* Officers will continue to be rotated between assignments to TOE units with troops and TDA assignments in CONUS and OCONUS locations. The sequencing and timing of assignments permits officers to gain the requisite skills to assume roles as senior leaders in the Army. OPMS XXI will change some distribution rules: officers in the Operations Career Field will work either in branch or branch/functional area generalist positions; and, majors can expect more branch qualifying time and increased stability. Air Defense Artillery officers designated in another Career Field will no longer serve in Air Defense Artillery billets.

*d. Deploy.* Air Defense Artillery branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Air Defense Artillery officers must be deployable to accomplish missions across the full spectrum of conflict. Air Defense Artillery officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Air Defense Artillery branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI will affect:

(1) *Promotion.* Career Field based promotion boards are a significant change. Officers will compete for promotion within their Career Field. This will eliminate double counting. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Today's Command Designated Position List (CDPL) will become the Command Selection List (CSL). ADA commanders will be selected from the Operations Career Field. Commands are organized into four functional categories: tactical, training and strategic support, institutional and TRADOC System Managers. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining consideration in other categories. The results of the command selection process is announced in the command selection list (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will make a recommendation concerning an officer's Career Field.

*f. Develop.* Officer development through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments and institutional training assignments will continue. The goal is to professionally develop officers to expertly employ air defense skills in support of joint and combined arms operations that validate the doctrine, training and material development missions of the branch.

*g. Separate.* The officer separation process remains unchanged.

## 13–8. Air Defense Artillery Reserve Component officers

*a. General career development.* Reserve Component Air Defense officer development objectives and qualifications basically parallel those planned for their Active Duty counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

(1) *Role.* RC Air Defense Artillery officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldiers role as a citizen soldier poses a challenge for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows to complete mandatory educational requirements. To meet professional development objectives, RC officers must be willing to rotate between Army National Guard (ARNG) and United States Army Reserve (USAR) Troop Program Units (TPU), Individual Ready Reserves (IRR), Individual Mobilization Augmentee (IMA) program, and the Active Guard and Reserve (AGR) programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory education requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career. The success of an RC officer is not measured by the length of service in any one component or control group, but by the officers breadth of experience, duty performance, and adherence to branch requirements. Figure 13-2 illustrates a typical RC career from commissioning to retirement.

(2) *Lieutenant phase (years 1 to 6, see fig 13-2).* The Air Defense Officer Basic Course (ADAOBC) is the starting point for newly accessed Air Defense officers. Reserve Component officers should complete the resident ADAOBC by the second year (USAR) or 18th month (ARNG) of service. Officers should seek to serve in more than one unit position during this phase allowing for maximum exposure to the diversified functions within an Air Defense unit. Typical Air Defense lieutenant assignments include platoon leader, battery executive officer (XO), battery maintenance officer (BMO) and battalion staff officer. Officers are encouraged to actively participate in professional reading programs and continued corresponding studies.

(3) *Captain phase (years 7 to 13, see fig 13-2).* Air Defense officers must complete either the resident Air Defense Officer Advanced Course (ADAOAC) or the ADAOAC-Reserve Component. ADAOAC-Reserve Component includes nonresident instruction and one Active Duty for Training (ADT) phase at the U.S. Army Air Defense School. Officers must also complete CAS3. CAS3 provides officers training to enhance their performance as staff officers and is a requirement to be considered for promotion to major. During this phase, all officers are highly encouraged to pursue a specialty related undergraduate or graduate degree. Officers may select a functional area (FA) designation between the 7th and 10th year of service. The designation of FAs should be based upon the needs of the Army, geographical considerations and officer preference. Functional area assignments are useful for bypassing temporary roadblocks to career progression in the Air Defense branch due to geographical constraints or position availability. However, RC ADA officers should endeavor to return to an ADA assignment as soon as practicable. A limited number of qualified officers will be accessed into the Army Acquisition Corps. RC ADA officers should aggressively seek opportunities to command an air defense artillery battery. Typical assignments for this grade include battery command; battalion/brigade staff officer; battalion LNO; CTC Observer Controller; and, functional area billets.

(4) *Major phase (years 14 to 21, see fig 13-2).* During this phase, officers should enroll in and complete Command and General Staff College level military education (50 percent completion required for

promotion to lieutenant colonel) and pursue a specialty related graduate degree. Air Defense Artillery officers should seek further development in ADA assignments during this phase. Branch standard assignments include (but are not limited to) brigade/division staff officer, battalion XO or S3, CTC Observer Controller, and ROTC instructor duty.

(5) *Lieutenant colonel phase (years 21 to 26, see fig 13-2).* During this phase, officers should seek professional military education at the Senior Service College level. Officers may seek assignment to senior command and staff positions. Additionally, many assignments in both HQDA and joint staffs are available in the IMA program for RC officers in this grade. Branch standard assignments include (but are not limited to) battalion commander, brigade XO; brigade operations officer, division staff officer; and joint or HQDA level staff assignment.

(6) *Colonel phase (years 26 to 30, see fig 13-2).* Assignments during this phase should provide for maximum utilization skills in Air Defense Artillery branch or a functional area. Assignment standards include brigade commander, garrison commander, and division/corps staff officer. Senior staff assignments include (but are not limited to) positions at ARNG and USAR headquarters, and HQDA and joint Staffs.

*b. Branch qualification and development opportunities.* Even though Reserve Component officers are limited by geographical considerations, they should strive for Air Defense Artillery assignments that yield the same developmental opportunities as their Active Component counterparts.

(1) *Introduction.* RC officers must meet the standards for schooling and operational assignments discussed below to be considered fully qualified in the ADA branch at each grade. Meeting these standards ensures that the officer is branch proficient and competitive for promotion.

(2) *RC Lieutenant.* RC lieutenants must have:

(a) Completed a minimum of 60 hours of college to receive a commission. (ARNG has increased the number of college credits to receive a commission as follows: FY 1993, 70 hours; FY 1994, 80 hours; and FY 1995 and later, 90 hours).

(b) Completed OBC before the end of their third year if OCS or a direct appointee. (ROTC lieutenants must attend OBC within 12 months.)

(c) Successfully serve in leadership positions.

(d) Earned a baccalaureate degree from an accredited college or university to qualify for promotion to captain

(3) *RC Captain.* RC captains must have:

(a) Completed ADAOAC (either AC or RC curriculum).

(b) Successfully commanded an ADA battery (minimum tour 2 years, optimum 3 years).

(c) Gained staff experience at the battalion, brigade, division, State Area Command (STARC) or U.S. Army Reserve Regional Support Command (RSC) level.

(d) Completed CAS3 (either AC or RC). (Since October 1991, ARNG captains with a date of rank after 30 September 1987 have been ineligible to enroll in CGSC without CAS3. Since 1 October 1994, completion of CAS3 has been necessary for promotion to Major.)

(4) *RC Major.* RC majors must have:

(a) Served as an XO or S3 at an ADA TOE or TDA battalion or as a brigade XO or S3 (minimum 2 years, optimum 3 years).

(b) Served in various key duty positions in ADA units (primary staff at battalion/brigade) or gained staff experience at division level and higher.

(c) Enrolled in CGSC before the 18th year of service. Completion of at least 50 percent of CGSC is required for promotion to lieutenant colonel

(5) *RC lieutenant colonel.* RC Lieutenant Colonels must have:

(a) Completed a CSC level school.

(b) Served in various ADA key duty positions: ADA brigade XO, division primary staff and/or various State Area Command (STARC) staff positions. Since 1 October 1993, ARNG lieutenant colonels must have completed the CGSOC to be assigned in battalion or higher command positions and in brigade XO or S3 positions. Additionally, lieutenant colonels with 3 years time in grade must have completed CGSC to qualify for assignment to any principal staff position at brigade or higher levels of command.

(c) If transferring from other branches and designated to command at the battalion level, attended a transition course and precommand course under the auspices of the Air Defense Artillery School.

*Note.* (Exceptional officers may be selected to command an ADA battalion (minimum 2 year tour, optimum 3 years). Such officers may be selected for resident Senior Service College or the Army War College Distance Education Course.)

(6) *RC Colonel.* RC colonels must have:

(a) Served in various ADA and functional area duty positions at the division, STARC, RSC and HQDA levels, or served in a joint assignment.

(b) If transferring from another branch and designated to command at the brigade level, attended a transition course and precommand course under the auspices of the Air Defense Artillery School.

*Note.* (Exceptional officers may be selected to command an ADA brigade (minimum 2 years, optimum 3 years). Such officers may also be selected for resident Senior Service School or the Army War College Distance Education Course.)

*c. Life cycle development model.* The Reserve Component life cycle development model for Air Defense Artillery officers will essentially mirror that for Active Component officers, except that assignments will not be limited to one component or control group within a component. The Reserve Component life cycle development model for Air Defense Artillery officers is shown at figure 13-2.



**Figure 13-1. Air defense artillery life cycle development model (Active)**



**Figure 13-2. Air defense artillery life cycle development model (Reserve)**

**Chapter 14**
**Aviation Branch**

**14–1. Unique features of Aviation branch**

*a. Unique purpose of the Aviation branch.* The Aviation branch is a combat arm which operates throughout the framework of the battlefield as an essential element of combat power. Aviation provides unique contributions in maneuver, combat support and combat service support missions. Aviation forces are deployable, versatile and lethal. They provide a power projection capability to support national military strategy across the full range of military operations. Aviation units are also fully capable of supporting or carrying out stability and support missions on short notice. The warfighting missions of Army Aviation span the breadth and depth of the ground commander's battlespace, providing critical capabilities to the combined arms, joint and coalition forces. Rotary wing and fixed wing Special Electronics Mission Aircraft (SEMA) provide real time, sensitive reconnaissance and combat information for the maneuver commander, enabling a combat force to move faster, strike precisely and control the electromagnetic spectrum. Attack helicopters have the mobility and firepower to focus tremendous destructive power at great distances. Air assault units rapidly move ground combat forces such as infantry and light artillery into immediate contact with the enemy. Armed reconnaissance aircraft conduct reconnaissance and security missions, conducting operations as the eyes and ears of the ground maneuver commander. Aeromedical evacuation units facilitate the swift movement of injured or wounded personnel to higher levels of medical support while providing critical emergency and life support treatment measures. Heavy lift aviation units move tons of critical supplies over impassable terrain and extended distances. Special operations aircraft provide direct support to special operations forces conducting unconventional warfare operations against high payoff operational and strategic targets. Air Traffic Services (ATS) units provide Army Airspace Command and Control (A2C2) to the maneuver commander to facilitate freedom of action in the third dimension of the battlespace. Aviation Maintenance officers must plan and direct mutifunctional logistics operations in situations including low- to high-intensity conflicts. Fixed wing theater support aircraft provide high priority airlift for both personnel and cargo in the COMMZ and corps rear areas. Army Aviation supports the full spectrum of operations on linear battlefields, and has fielded modernized digitized systems which enable it to provide vital capabilities to the nonlinear, noncontiguous battlespace of the future. The inherent versatility, agility, speed, lethality and tailorability of aviation forces make them a relevant and potent force for Army XXI and Army After Next.

*b. Unique functions performed by Aviation branch.* Aviation branch officers serve in various command and staff positions from platoon through Headquarters, Department of the Army (HQDA) and joint staff levels. Aviation officers also serve as staff/liaison officers in battalion or higher level units, coordinating operations for all types of aviation operations in combat, combat support (CS) and combat service support (CSS) units. Aviation is unique in that it is both an arm and a service. Aviation combat missions include: attack, cavalry (reconnaissance and security), air assault, special operations and air combat. Combat support missions include: air movement; command, control, and communications (C3); ATS; intelligence and electronic warfare; combat search and rescue; and aerial mine warfare. Combat service support missions include: aerial sustainment, casualty evacuation and aviation maintenance. Because of the wide versatility provided by different types of aviation forces, Aviation officers must be knowledgeable in employment, capabilities and planning considerations for each of these diverse missions in order to direct forces or advise supported commanders. This places unique responsibilities upon each Aviation officer to be a subject matter expert in all aviation and ground operations, not just in their primary area of concentration. Aviation operates in all five dimensions of the battlespace, not in the aerospace environment, conducting aviation maneuver in the third dimension. Aviators are soldiers, not airmen.

*c. Unique features of work in Aviation branch.* Aviation officers are combined arms warfighters who employ aviation and ground units in support of land, sea, joint and coalition combat operations. Aviation officers fight in all conditions of weather and terrain, anywhere in the world. They learn how to employ aviation and other combat and combat support assets through a rigorous series of schools and assignments (field and staff). They must know the doctrine and organization of aviation and other combat/combat support arms to serve as part of the combined arms team. Aviation officers tactically employ personnel and equipment in a variety of maneuver and support roles. Aviators must maintain tactical and technical skills to ensure mission accomplishment.

(1) The most unique feature about Aviation officers is the fact that they are all aviators and must develop technical proficiency in their aviator skills. It is in the Army's best interest to retain these officers in operational flying positions as long as possible to gain experience and competency in technical and tactical skills. For this reason, Congress changed the Aviation Career Incentive Act (ACIA) in 1989 to require that aviators serve their initial utilization tours in Aviation career fields. Aviation Career Incentive Pay (ACIP) is paid to Army Aviators, just as it is to aviators from other branches of service, and is used as a retention tool. In order to qualify for continuous ACIP, aviators must meet certain flying gates by serving in repetitive operational flying assignments throughout their company grade and early field grade years. For example, ACIP begins when an aviator starts the Initial Entry Rotary Wing Course (IERW), also known as flight school. ACIP continues until the aviator's 12th year of Aviation service. The 12th year is commonly referred to as the first gate. Unless grandfathered, an aviator must have served at least 96 months (8 years) in operational flying assignments in order to meet their first gate. If met, ACIP continues until their 2d gate (18th year of Aviation service). Each month spent in an operational flying assignment counts as one month of total operational flying duty credit (TOFDC). If the aviator doesn't meet his or her first gate (96 months TOFDC), continuous ACIP stops at the 12th year of service. Aviation commissioned officers (ACOs) and career managers should carefully plan professional development schooling and assignments to ensure that officers meet their gates. The branch and the Army's goal is to ensure that aviators attain their first gate before they serve in functional area or branch/functional area generalist assignments which will take them away from the cockpit. For more information regarding gates and ACIP, refer to AR 600-105.

*Note.* (Award of the Army Aviator Badge (flight wings) is a permanent award and is not affected by failure to attain gates).

(2) Aviation officers work at all levels of command and staff, and perform the following functions and tasks:

(a) Command, direct and control aviation units, and other members of the combined arms team when so tasked organized.

(b) Provide aviation coordination at all levels of command.

(c) Serve important roles in functional areas (FA) and branch/functional area generalist positions. Although aviators serve in most FAs, specific Aviation branch involvement falls primarily in Force Management (FA 50); Operations Research/Systems Analysis (FA 49); Human Resource Management (FA 43); Simulations Operations (FA 57); Army Acquisition Corps (FA 51); Multifunctional Logistician Program (FA 90); and Space Operations (FA 40).

(d) Instruct aviation skills at service schools and Combat Training Centers.

(e) Serve as instructors in precommissioning programs, service schools and service colleges.

(f) Serve as Aviation advisors to Army Reserve and Army National Guard organizations.

(3) Assignments and career progression are as follows:

(a) Aviators of all ranks should always seek the hard jobs and do them well. Assignment to the best career enhancing jobs is not

always possible, however due to many factors (e.g. timing, stationing, needs of the Army, command preferences, etc.). However, regardless the job to which assigned, manner of performance is a prime consideration that promotion and school selection boards look for. Seek the tough jobs, but do all jobs well, is a clear maxim for success.

*(b)* Aviation encompasses four areas of concentration (AOCs). Aviation personnel managers use Career Management Fields (CMFs) to track qualifications within each AOC. For more information on Aviation career progression, see figures 14-1a and 14-1b (para 14-5b) and 14-2 at the end of this chapter.

(4) Areas of Concentration are listed below.

*(a) Aviation, General (15A).* This is a position code only. It identifies positions for Aviation lieutenants who have not yet completed the advanced course and are not tracked in another AOC. This AOC also identifies aviators who have not completed the Aviation Officers Basic Course (AVOBC) and Initial Entry Rotary Wing (IERW) Course.

*(b) Aviation, Combined Arms Operations (15B).* Officers in this AOC are graduates of a branch Captains Career Course (other than the Military Intelligence (MI) or Combined Logistics Courses). They lead sections and platoons; command companies, battalions or brigades engaged in the employment of aviation assets; or serve as staff officers in battalion or higher echelon units. As staff officers, they plan, direct and control aviation units in concert with other members of the combined arms team involved in warfighting or stability and support operations. Combined Arms Operations officers also lead, command, serve as staff officers or perform other critical functions in TDA units. Combined Arms Operations officers direct and control the training, safety, administration, communication, supply, maintenance, transportation and force protection activities of aviation units.

*(c) Aviation, Tactical Intelligence (15C).* An officer must complete the MI Captains Career Course (MICCC) or similar MI transition course to become qualified as a 15C35. Officers who did not attend the MIOBC must attend the MI Officer Transition Course (MIOTC) before attendance at the MICCC. Officers in this AOC lead platoons and command companies or battalions engaged in the employment of Special Equipment Mission Aircraft (SEMA) in support of tactical and strategic intelligence information collection or serve as staff officers in battalion or higher echelon units. As staff officers they plan, direct and control SEMA units to accomplish assigned intelligence and electronic warfare missions. Tactical Intelligence officers oversee the total intelligence cycle and intelligence and electronic warfare operations for the division, corps and echelons above corps intelligence requirements. These officers also direct and control the training, safety, administration, communication, supply, maintenance, transportation and force protection activities of SEMA units.

*1.* All-Source Intelligence Aviators should be qualified both as Aviation and Military Intelligence officers. Functional Area (FA) 35 is assigned to AOC 15C officers and is not available to any other officers as a functional area. The designation of 15C35 constitutes dual branching rather than the assignment of a branch and functional area. A 15C35 aviator normally alternates between Aviation and Military Intelligence assignments.

*2.* Not all 15C officers receive fixed wing training; many officers are rotary wing trained only (example, EH-60). See chapter 19 of this pamphlet for further information on AOC 15C35, MI All-Source Intelligence Aviator.

*(d) Aviation Logistics (15D).* Officers in this AOC are graduates of either the Aviation Captains Career Course (AVCCC) or the Combined Logistics Captains Career Course (CLCCC), the Maintenance Manager's (MM) course, and the Maintenance Test Pilot (MTP) course. They serve in units ranging from a section or platoon through depots and groups engaged in aircraft maintenance or multifunctional logistics support operations. An Aviation Logistics officer can serve as a commander or staff officer at battalion or higher level units, to include Army depots, Corps Support Groups, MACOM logistics offices, the Army staff (ARSTAF) and joint staffs. As staff officers, they must plan and direct multifunctional logistics operations in situations including low- to high-intensity conflicts. Aviation Logistics officers manage the maintenance, removal, installation, modification, overhaul and repair of aircraft equipment systems and subsystems. These subsystems range from engines to airframes, instruments, rotor systems, powertrain, armament, avionics, electrical and fuel systems. An Aviation Logistics officer not only develops procedures for aircraft maintenance, they direct the issuance and disposal of aircraft, and the requisitioning, receipt, inspection, storage and distribution of aircraft supplies, repair parts and equipment. They also manage the distribution or disposal of unserviceable aircraft supplies, repair parts and equipment; however, Aviation Logisticians are more than maintenance officers. They must thoroughly understand all aspects of aviation logistics, such as the unique aviation requirements for such classes of supply as CL III, IV, V, VII, VIII and IX. They must understand both air and ground logistics systems in order to be effective. AOC 15B officers who previously graduated from a branch Captains Career Course and MM course who desire to be managed as AOC 15D, but did not receive MTP training should contact their PERSCOM assignment officer to request review of their records for AOC determination.

*1. Aviation Multifunctional Logistician (15D90).* These officers (15D90) are currently Aviation logisticians with a FA 90, Multifunctional Logistician Program, designation. This FA integrates Aviation maintenance qualified officers (15D) into mainstream Army logistics and may improve the career opportunities for officers who are presently in the 15D AOC. Attendance at the CLCCC, Aviation Maintenance Manager's course, or Logistics Executive Development Course (LEDC) is a prerequisite for obtaining the FA 90 designation. To be considered qualified as a 15D90, officers alternate between Aviation and FA 90 assignments and hold positions that may have been previously coded 03A (Logistics Immaterial). To be FA 90 qualified, an officer is expected to meet educational qualifications and serve in FA 90 coded positions for specified periods of time, based on grade. (For further information on FA 90 as a career path, see chap 28.)

*2. Multifunctional Logistician Program (FA 90).* Officers serving exclusively in FA 90 positions at the field grade level will be controlled by the FA 90 proponent, and should refer to chapter 28 for career development information.

*d. Skill identifiers.* The skill identifiers (SI) shown in table 14-1 help to further refine the assignment process by designation of aircraft qualification or other specialty skill. When combined with an AOC, they become career management fields (CMFs), which personnel managers use in the assignment process.

*e. Career management fields (CMFs).* Aviation personnel managers developed CMFs because Aviation position coding requires both an AOC and one or more SIs. Using CMFs helps improve the assignment process. These condensed codes combine the three AOCs with the various Aviation SIs (aircraft qualification identifiers and other skill identifiers). A relationship matrix, depicted in table 14-2, defines the relationship between AOCs and CMFs.

*f. Other Aviation participation programs.* Aviation officers can participate in several voluntary programs.

(1) Army Special Operations Aviation (also see para 14-9).

(2) Army Aviation Engineering Test Pilot Training. (Contact DA PERSCOM (TAPC-OPE-V), DSN 221-5974)

(3) Army Astronaut Program. (Contact Space and Missile Defense Command (SMDC-IC-T), DSN 327-1964)

(4) Degree completion program (also see AR 621-1, chap 5).

(5) The Advanced Military Studies Program (AMSP), also known as School of Advanced Military Studies (SAMS) (apply during CSC attendance).

(6) Advanced Civil Schooling (ACS) (also see AR 621-1, chap 3).

(7) USMA Instructor Program (also see AR 621-1, chap 3).

(8) Training With Industry (TWI). The TWI program provides ACOs opportunity to train with selected civilian companies to gain knowledge of industrial procedures, policies and technologies (see AR 621-1).

*g. Women in Army Aviation.* All Aviation AOCs and most Aviation skills are open to women. Female aviators have career opportunities equal to those of their male counterparts except for positions with a Direct Combat Probability Code (DCPC) of 1. This restricts females from the following skill identifiers: K4, MH-6 General Special Operations Aviation (SOA); K5, MH-6OK Pilot (SOA); K6, MH-47E Pilot (SOA); and K7, RAH-66 Pilot (SOA). This restriction is based on the mission profile of these aircraft. An exception to this restriction is a female AOC 15D officer who holds these skills for maintenance purposes only. Women aviators accessed into Aviation branch before 28 April 1993 are not required to transition into scout/attack aircraft but may volunteer to compete for scout/attack aircraft transition training and assignment to attack units. Women accessed into Aviation branch after 28 April 1993 are considered eligible to fill aviation training and assignment needs. This includes scout/attack aircraft transition training and assignment to attack units.

**Table 14–1**
**Skill identifiers**

| Title | SI |
| --- | --- |
| OH-58A/C Observation Pilot | A1 |
| OH-58A/C Scout Pilot | A2 |
| OH-58D Scout Pilot | A3 |
| OH-58D Warrior Pilot | A4 |
| OH-6 Scout Pilot | A5 |
| RAH-66 | A6 (Proposed) |
| UH-1 Pilot | B1 |
| UH-60 Pilot | B2 |

**Table 14–1**
**Skill identifiers—Continued**

| Title | SI |
| --- | --- |
| EH-60 Pilot | B5 |
| CH-47A/B/C Pilot | C1 (RC only) |
| CH-47D Pilot | C2 |
| AH-1G Pilot | D1 (RC only) |
| AH-1Q/S Pilot | D2 |
| AH-64 Pilot | D5 |
| AH-64D Pilot | D7 |
| UC-35 Pilot | E1 |
| T-42 Pilot | E2 (RC only) |
| C-20 Pilot | E3 |
| U-21 Pilot | E4 |
| C-12 Pilot | E5 |
| C-21 Pilot | E6 |
| C-23 Pilot | E7 |
| C-26 Pilot | E8 |
| UV-18 Pilot | E9 (RC only) |
| OV/RV-1 Pilot | F1 |
| RU-21 Pilot | F2 |
| RC-12D/G/H Pilot | F3 |
| RC-12K/N Pilot | F4 |
| O-5A/EO-5B Pilot | F5 |
| RC-7 | F6 |
| Instructor Pilot | G2 |
| Experimental Test Pilot | G5 |
| Maintenance Test Pilot | G6 |
| Aviation Related | G7 (non-flying) |
| Aviation Safety Officer | G8 |
| MH-6, General Special Operations Aviation (SOA) | K4 (male only) |
| MH-60K Pilot (SOA) | K5 (male only) |
| MH-47E Pilot (SOA) | K6 (male only) |
| RAH-66 Pilot (SOA) | K7 (male only) (proposed) |
| Air Operations Officer | 5U |

**Table 14–2**
**Relationship matrix**

| Area of concentration (AOC) | Associated career management field (CMP) | |
| --- | --- | --- |
| 15A Aviation, General | Same as 15B/C | |
| 15B Combined Arms Operations | 15G | CH-47D |
| | 15I | OH-58D |
| | 15K | AH-64D |
| | 15L | AH-64A |
| | 15M | OH-58A/C |
| | 15N | UH-60 |
| | 15T | AH-1F/Q/S |
| | 15U | UH-1 |
| | 15W | RAH-66 |
| | 15Z | Rotary Wing, General |
| | 16G | C-12 |
| 15C Tactical Intelligence | 15H | EH-60 |
| | 16A | RC-12D/G/H |
| | 16B | OV-1 (RC) |
| | 16C | RC-12K/N |
| | 16F | U-21 (RC) |
| | 16H | C-20 |
| | 16I | C-21 |
| | 16L | DH-7 |
| 15D Logistics | 15J | UH-1, OH-58A/C, or MH-6 Maintenance |
| | 15O | AH-64A Maintenance |
| | 15P | AH-64D Maintenance |
| | 15Q | CH-47D/MH-47 Maintenance |
| | 15R | AH-1F Maintenance |
| | 15X | RAH-66 Maintenance |
| | 15Y | UH-60/MH-60 Maintenance |
| | 16D | Fixed Wing Maintenance |

**14–2. Officer characteristics required**

The Aviation branch requires officers who want to lead soldiers and fight aviation weapon systems, and are skilled in leadership at all levels; who are steeped in aviation tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) *Mental attributes* describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) *Physical attributes* specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) *Emotional attributes* are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) *Interpersonal skills* reflect competence in communicating with people.

(b) *Conceptual skills* refer to competence in handling ideas.

(c) *Technical skills* reflect competence with things.

(d) *Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) *Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) *Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) *Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Decision-making skills.* Aviation officers often work in an environment where time available for problem analysis is seriously constrained but where sound, timely decisions are urgent. The aviation decision cycle mirrors that for ground members of the combined arms team, but synchronization of battlefield operation systems is often more complex and problematic. Information gained in this environment will vary in its completeness or ambiguity. An ability to operate under stress, make decisions, seize the initiative, and act in primitive field conditions is critical to success.

(2) *Tactical and technical skills.*

(a) During AVOBC, Active Component officers will receive notification into which aircraft they will transition after OBC graduation. Aircraft Qualification Course (AQC) determinations are made using class order-of-merit, needs of the Army and student preferences. Officers will then attend the appropriate AQC in either the OH-58D(I) Kiowa Warrior, AH-64A Apache, AH-64D Longbow Apache, UH-60 Blackhawk, CH-47D Chinook, and in the future the RAH-66 Comanche. Due to the technological complexity of each aircraft, once transitioned into the appropriate aircraft, with few exceptions, officers can expect to spend the rest of their Aviation service in those airframes.

(b) Aviation officers must be technically proficient with branch and mission unique equipment, tools and systems. Aviation mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment; this is the essence of the warfighting art. This art is becoming increasingly difficult with the highly complex and technologically advanced systems now being fielded. Skills and abilities must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c. Unique knowledge.*

(1) Although officers must first become experts in their field of concentration, they are also required to possess knowledge of all aviation combined arms operations. For example, if an Aviation commissioned officer (ACO) is rated in a UH-60 Blackhawk, they are expected to know the technical capabilities and limitations of that aircraft to the same standard as the ACOs and Aviation Warrant Officers (AWO) they lead. They must demonstrate proficiency through attainment of readiness levels (RL) and maintain individual and crew currency and proficiency. Next, they must demonstrate subject matter expertise in the employment of assault helicopters in all mission essential tasks. That is the unique knowledge that UH-60 rated ACOs must attain. This knowledge includes practical experience in tactics, combined arms operations and the employment of direct and indirect fire weapon systems. But, as discussed previously, this same UH-60 rated ACO must also understand the doctrine for employment of attack helicopters, air cavalry, heavy lift, Army Airspace Command and Control (A2C2), and Air Traffic Services (ATS) in order to be an effective Aviation leader.

(2) Officers gain this knowledge through a logical sequence of continuous education, training, experience and mentoring.

(3) Individual officers sustain knowledge through institutional

training and education, duty in operational assignments and continuous self-development. Mentoring is a critical aspect in sustaining knowledge.

*d. Unique attributes.*

(1) *Personal attributes.* Aviation officers have a high acceptance of convention. Repetitive training is important to maintain unit readiness. The danger associated with training and operational missions requires strict adherence to established standards. These standards require officers to know and routinely execute drills and operate within established SOPs. Officers must recognize the importance of physical fitness—high levels of stamina and vigor are critical to a warfighter. The risk management process must always be used due to the high risk associated with employment of aviation forces.

(2) *Task orientation.* Work focuses on the successful accomplishment of the mission. Process is important but results count. Tasks performed by units are inseparable and outputs are produced primarily by teams.

(3) *Multifunctionality.* At the field grade level, Aviation officer work is branch oriented but becomes increasingly multifunctional—first within the Career Field and eventually as the officers become more in contact with systems/skills that cross several Career Fields. Officers must develop and utilize a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments.

(4) *Terrain sense.* Terrain sense is the ability to quickly judge terrain. This is more than viewing the terrain and knowing the range capability of weapon systems. It is the ability to visualize the battlefield and know how to optimize Aviation branch and other combined arms weapons systems on that terrain.

(5) *Situational awareness within the future battlespace.* Aviation leaders may operate at distances across the battlespace far exceeding that of their combined arms peers. An attack helicopter battalion commander must be able to conceptualize the fight across the entire division or corps area to properly employ his or her forces. The physical and intellectual dimensions of battlespace urgently demand intuitive and versatile leaders supported by agile battle staffs and well-trained soldiers. Mobility, agility, simultaneity of effort, lethality, increased battle tempo and space-age logistics will dominate the Army's modernization efforts. In noncontiguous operations of the 21st Century battlespace, Comanche platoon leaders may have to separate their forces by hundreds of kilometers to accomplish the mission; yet must maintain situational awareness to ensure they know where their forces are, where they are, where the enemy is, and where other friendly forces are located. Improved sensor to shooter linkages and near real-time intelligence will give aviators the capability to capitalize on battlefield opportunities and seize the initiative, but the vast amount of information available to leaders in the cockpit will require aviators with great mental stamina, intuition and the ability to quickly determine what information is critical.

## 14–3. Critical officer developmental assignments

*a. Lieutenant.*

(1) *Branch qualification.*

(a) Lieutenants must meet the requirements outlined in AR 611-110 for entry into the Aviation branch.

(b) Lieutenants must complete an OBC and Initial Entry Rotary Wing (IERW) flight training.

(c) Lieutenants must successfully serve as a section/platoon leader in an Aviation assignment.

(2) *Military education.* All newly commissioned Aviation lieutenants attend AVOBC, including IERW training, at the United States Army Aviation Center (USAAVNC), Fort Rucker, AL. Training is conducted in three phases. Phase I is a two week introductory phase. Phase II is thirty three weeks of flight training, and Phase III is 6 weeks of warfighting and leadership training. Phases I and III include training on general military subjects such as leadership, weapons, combined arms operations, physical training and field training. IERW, or flight school, consists of basic flight, aerodynamics, meteorology, aeromedical, instrument flight and combat skills training.

Training progresses from the preflight through the primary and instrument qualification phases in the TH-67 aircraft. Combat skills training is then conducted in OH-58 or UH-1 aircraft. Upon completion of all phases of OBC, officers are awarded the Army Aviator Badge. Upon completion of AVOBC, officers attend an advanced aircraft qualification course (AQC) prior to their first assignment. The principal AQCs are OH-58D(I) Kiowa Warrior, AH-64A Apache, AH-64D Longbow Apache, UH-60 Blackhawk and CH-47 Chinook. Due to the time intensive initial training requirements levied on lieutenants by IERW and an AQC prior to their first assignment, and the short time remaining available to them to achieve branch qualification, follow-on schooling en route (e.g. Airborne, Cavalry Leaders Course, Air-Ground Operations School, etc.) will not normally be approved.

(3) *Utilization.* Lieutenants normally serve at company level to gain troop leading and flight experience. An officer should concentrate on the methodology employed in planning and carrying out specific aviation operations. Aviation training is expensive, lengthy and complex. Aviation lieutenants spend a minimum of 47 weeks in schools or courses preparing for their initial assignment. Training times increase for those receiving advanced aircraft training or additional training in one of the Aviation AOCs. Aviation's increased training time and differing grade structure pushes its time line for professional development out further than that of other branches. The single most important assignment consideration for personnel managers and commanders is ensuring that the new lieutenant is assigned to a job which will allow him or her adequate opportunity to develop flight experience and to lead troops.

(4) *Self-development.* A new lieutenant's focus should be to gain and refine troop leading, aviator, combined arms tactics, logistic (maintenance and supply), force protection (particularly risk management) and administrative skills. To successfully compete for promotion to captain, an officer must possess a thorough knowledge of aviation tactics and principles. An Aviation lieutenant also gains a basic knowledge of combined arms and combat service support coordination principles.

*b. Captain.*

(1) *Branch qualification.*

(a) Military education requirements for this level of branch qualification includes completion of a branch Captains Career Course.

(b) The officer must also serve in one of the following assignments for 18 months (plus or minus 6 months):

1. Successful company/detachment command of a TOE/TDA unit.

2. Successful tour as a platoon leader in platoons authorized captains as platoon leaders. These include aerial exploitation, intermediate and higher level maintenance (AVIM), ATS and CH-47 units.

(c) Completion of a baccalaureate degree prior to attending the Captains Career Course.

(2) *Military education.*

(a) *Captains Career Course (CCC).* Officers should attend a branch Captains Career Course (CCC) before completing their fifth year but not later than their eighth year of commissioned service (required for branch qualification and promotion). Aviation officers may attend other Captains Career Courses (examples: Infantry, Armor, Field Artillery, or the Combined Logistics Captains Career Course.) The branch phase of the Aviation Captains Career Course is 20 weeks. It prepares officers to serve as combined arms experts, company commanders, and battalion or brigade staff officers. Additionally, officers must complete the staff process phase (CAS3) at Fort Leavenworth. AVCCC and CLCCC both meet established prerequisites as total operational flying duty credit (TOFDC) assignments. Aviators earn one month of TOFDC for each month spent at CLCCC or AVCCC. TOFDC is not earned by Aviators attending other branch CCCs.

(b) *Military Intelligence Captains Career Course (MICCC).* Officers selected for AOC 15C35 (All-Source Intelligence Officer) attend the Military Intelligence Officer Transition Course (MIOTC) if they did not attend MIOBC. AOC 15C officers attend the 20-week MICCC and receive training in FA 35D (All-Source Intelligence

Officer). This constitutes dual-branching for aviators because MI also serves as a functional area and is available only to AOC 15C officers. Upon completion of training the officer is designated AOC 15C35.

*(c) Combined Logistics Captains Career Course (CLCCC).* Officers selected for AOC 15D (Aviation Logistics) may attend the AVCCC or CLCCC. The branch phase of CLCCC, conducted at Ft Lee, VA, prepares officers to serve as company commanders and logisticians. During CLCCC, officers receive both advanced tactical and technical training as well as instruction in advanced materiel management and multifunctional logistics. Aviators attending CLCCC travel to Ft Rucker, AL during a portion of their course to participate with AVCCC students in a constructive simulation warfighting exercise, then return to Ft Lee to complete their studies. CLCCC and AVCCC both meet established prerequisites as total operational flying duty credit (TOFDC) assignments. Aviators earn one month of TOFDC for each month spent at CLCCC or AVCCC.

(3) *Additional military and civilian education.* During the AVCCC or CLCCC, officers may request attendance at the Maintenance Manager's (MM) course, Maintenance Test Pilot (MTP) course, and assignment in AOC 15D. If desired, AOC 15D officers may also request designation in FA 90 (Multifunctional Logistician Program). Some officers receive training in additional skill areas (e.g., Advanced Aircraft Qualification Course (AQC), ATS Officer course or functional area training). Captains should broaden their understanding of warfighting through extension courses and independent study. Commanders in the field aid this process by conducting officer professional development programs within their units. Aviation captains can attend the joint Air-Ground Operations School (AGOS) at Hurlburt Field, FL, and the Cavalry Leaders Course at Fort Knox, KY. (NOTE. If attendance at AGOS is desired, the three week Joint Airspace Operations Course (JAOC) is recommended for officers requiring understanding and application of airspace command and control. The two week Joint Firepower Control Course (JFCC) is more suited to an understanding of the application of joint fire support systems.) Officers receive Advanced Civil Schooling (ACS) if necessary for a functional area or special assignments (e.g., USMA instructor or Army Acquisition Corps).

(4) *Utilization.* In-service entrants are assigned to a flying position after completion of IERW and a branch CCC. Officers should complete CCC and company command before accessing for a Special Operations Aviation (SOA) assignment (See paragraph 14-9). Aviation officers receive a functional area (FA) between their 5th and 6th years of commissioned service, but will continue to serve primarily in Aviation branch or branch/functional area generalist (formerly branch immaterial) assignments through their 10th year of service when Career Field (CF) designation is made. Branch/functional area generalist billets are all positions other than branch or FA (e.g., ROTC, recruiting command, USMA faculty and staff, AC/RC, joint billets, etc.) Refer to subparagraph (6) below for a discussion of utilization.

(5) *Self-development.* Captains should gain an in-depth understanding of combined arms operations. Aviation captains should dedicate time to a professional reading program to gain a historical perspective on solutions to tactical and leader challenges and a working knowledge of command principles and staff operations, and learn combined arms and aviation operations at the battalion and brigade levels.

(6) *Functional area (FA) and Career Field (CF) designation.* Aviation officers receive their functional area designation between their 5th and 6th years of commissioned service. An officer's individual preference for FA designation receives high consideration in the process. Other factors determining an officer's FA designation are the needs of the branch and Army, developmental military experience, and military and civilian education. At the 10th year of service, immediately after the majors promotion board, a Career Field Designation Board will select some officers for management by a Career Field other than the Operations Career Field (OPCF). Aviators migrating out of the OPCF will then serve in their FA for the remainder of their careers. Crossover between their FA and

operational assignments in Aviation branch will not occur. However, they may occasionally fill other branch/functional area generalist positions. The previous OPMS policies which allowed an officer to dual-track, alternating between branch and FA assignments are no longer applicable except for AOC 15C35. (See discussion in para 14-3b(2)(b).)

*Note.* (If accessed into a Career Field other than OPCF, aviators will find their opportunity for operational flying assignments severely curtailed or prohibited. Therefore, repetitive operational flying assignments through the grade of captain are critical to facilitate making their first ACIP gate.) Aviators who remain in OPCF will continue to serve in operational Aviation assignments, occasionally alternating between branch and branch/functional area generalist positions. See additional sections in this pamphlet and AR 611-101 for a complete description of each FA and associated skills.

(7) *Army Acquisition Corps (AAC).* At the 8th year of service, approximately 150 officers from a cohort year group (all branches) are accessed into the AAC by an HQDA selection board. Aviators accessed into AAC do not compete for Aviation battalion or brigade commands. Instead, along with other AAC officers, they compete for lieutenant colonel and colonel level product, project and program manager positions. Officers accessed into the AAC are redesignated with a new functional area (FA 51). Accession into FA 51 is based on the same criteria as mentioned above (officer preference, Army needs, officer training and background, and officer skills). For additional information on the AAC, see chapter 47.

*c. Major.*

(1) *Branch qualification.* To meet branch qualification at this level, majors must complete a Command and Staff College (CSC) and serve in one of the following assignments for 18 months (plus or minus 6 months). (NOTE. The OPMS XXI goal is 24 months in branch qualifying positions with 36 months on station.)

*(a)* Battalion executive officer or S3.*

*(b)* Battalion Support Operations Officer.*

*(c)* Brigade S3.*

*(d)* Successful major level command of a TOE/TDA aviation unit.

*Note.* *Serving in a similar position at a higher level also satisfies this requirement. For example, a major who successfully completes a tour as a brigade/group/regiment XO or brigade/group deputy commander (lieutenant colonel positions) is considered branch qualified and does not have to complete a battalion XO/S3 or brigade S3 tour.

(2) *Military education.* Majors must have completed a Command and Staff College (CSC) before they enter the primary zone of consideration for promotion to lieutenant colonel. Currently, the CSC may be completed by attendance at a resident course, or through completing a nonresident (correspondence) course. A HQDA board determines attendance at resident courses. Aviation officers not selected for resident attendance must have completed a nonresident course to be competitive for promotion to lieutenant colonel. An officer should enroll in the correspondence course after a second nonselection for the resident course. Those officers selected for the School of Advanced Military Studies (SAMS) must serve an initial utilization tour as a plans/assistant G3 officer on corps or division staffs before moving to one of the designated branch qualifying positions.

(3) *Additional military and civilian education.* Officers may attend Advanced Civil Schooling (ACS) if the follow-on assignment requires an advanced degree.

(4) *Utilization.*

*(a)* Officers will undergo a Career Field Designation Board (CFDB) upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Decisions are based on the officer's preference, rater and senior rater's recommendations, the officer's skills and training and the needs of the Army. Aviation majors not designated into the OPCF will be designated into one of the other three Career Fields: Operational Support, Information Operations, and Institutional Support (IS). Officers in each Career Field (CF) will compete for promotions only within their designated CFs. Assignments after promotion to

major will be managed by OPMD Aviation Branch for the Operations Career Field officers, and by the respective functional area assignment managers for officers in all other CFs.

(b) Aviation majors serve in TOE and TDA units and other assignments such as: Observer, Controller/Evaluator (OC/E) at a maneuver training center; RC advisor; USAREC staff; USMA faculty and staff; service school instructors; joint staff; and other key branch/functional area generalist positions such as IG. Some Aviation officers continue to develop expertise in SOA assignments. Majors should seek job assignments that qualify them for promotion, either in the Aviation branch, a key branch/functional area generalist position or in a functional area. Majors should seek a field grade joint duty assignment. If an Aviation major is accessed into a CF other than OPCF, then that officer will be career managed by his controlling FA assignment managers for the remainder of his or her career. (Refer to specific FA sections in this pamphlet for each FA's requirements.) If managed by FA, opportunities for operational flying assignments will be severely restricted if not prohibited. If the aviator has met his or her first gate, they will continue to receive ACIP until their second gate. Otherwise, they will lose ACIP beyond the 12th year of Aviation service unless a HQDA waiver is granted. Aviators who continue in the OPCF can expect a balance of assignments between Aviation branch and branch/functional area generalist jobs.

(5) Self-development. Majors focus self-development efforts on developing expertise in aviation support operations and, when appropriate, in an FA. Their self-development must also focus on joint and combined arms operations. This can be accomplished through correspondence courses or institutional training, as appropriate, to support CF/FA specialty or career goals. Majors should also devote time to a professional reading program to broaden warfighting skills and combined arms operations perspective.

d. Lieutenant colonel.

(1) Branch qualification. Lieutenant colonels are branch qualified after serving in an Aviation coded position for at least 12 months. Lieutenant colonels who successfully complete a CSL battalion level command will remain competitive for brigade command and enjoy a higher potential for promotion to colonel and SSC selection than other OPCF Aviation officers who did not command at the battalion level.

Note. (Battalion command tour lengths are normally 24 months.)

Under OPMS XXI, only officers in the OPCF will be eligible to command, with the exception of Army Acquisition Corps commands. Commands filled by OPCF officers on the CSL are organized into four functional categories: Tactical, Training and Strategic Support, Institutional (garrison and USAREC), and TRADOC System Managers (TSMs). The following assignments are not necessarily coded as Aviation, but also satisfy branch qualification requirements: lieutenant colonel positions as division or branch chiefs at the Combat Training Centers (CTC); brigade/regiment/group XO; division primary staff; corps assistant G3; deputy assistant G3; G3 operations; G3 assistant plans officer; ROTC or recruiting duty; MACOM staff, ARSTAF, joint staffs; and selected AC/RC assignments. Resident or nonresident attendance at a senior service college (SSC) also identifies those officers with exceptional promotion potential for service in positions of increased responsibility.

(2) Military education. No specific military education requirements exist for lieutenant colonels. A HQDA board determines selection for resident SSC or the U.S. Army War College Distance Education Course. Officers selected for CSL battalion command will attend the Army's precommand course (PCC) at Fort Leavenworth, KS, and the Aviation PCC at Fort Rucker, AL. Select TDA battalion command designees may also be slated for attendance at the TRADOC PCC at Fort Jackson, SC. Battalion command designees who will have special courts martial convening authority may attend the Senior Officers Legal Orientation Course (SOLO) at Charlottesville, VA.

(3) Additional military and civilian education. An advanced degree is not required but is strongly recommended.

(4) Utilization. Because only a small percentage of Aviation officers are selected for battalion command, officers should work toward full qualification for promotion through other branch/functional area generalist jobs or in their functional areas in other Career Fields.. They can expect to serve in staff positions at division or higher levels or in nominative assignments. Lieutenant colonels should also seek a joint duty assignment. As at any other rank, lieutenant colonels should seek the hard jobs and do them well. Manner of performance in demanding assignments is a prime consideration for promotion and school selection boards. A field grade joint duty assignment is required for promotion to brigadier general.

(5) Self-development. Officers should continue to build warfighting and functional area expertise.

e. Colonel.

(1) Branch qualification. Colonels are branch qualified after serving at least 12 months in a critical Aviation assignment coded at the grade of colonel. The following assignments, some not necessarily coded as Aviation, also meet this requirement: division chief of staff or US Army Aviation Center (USAAVNC) chief of staff; corps G3 or deputy chief of staff; deputy assistant commandant; Director of Training Development, Doctrine, and Simulation (DOTDS); Director of Combat Developments (DCD); Director of Evaluation and Standardization (DES); Director, Air Maneuver Battle Lab (AMBL); colonel positions at the Combat Training Centers (CTCs); recruiting brigade commands; ARSTAF, MACOM staff, and joint staffs; and selected AC/RC assignments. A small percentage of officers are selected by HQDA centralized selection boards for brigade level command or TRADOC System Managers (TSM). Successful brigade level command marks officers as qualified for increased responsibility at the highest levels in the Army and DOD. Under OPMS XXI, only officers in the OPCF will be eligible to command, with the exception of Army Acquisition Corps commands. Commands filled by OPCF officers on the CSL are organized into four functional categories: Tactical, Training and Strategic Support, Institutional (garrison and USAREC), and TRADOC System Managers (TSMs). Resident or nonresident attendance at SSC also identifies those officers with exceptional promotion potential for service in positions of increased responsibility.

(2) Military education. Although no specific mandatory military education requirements for colonels, the primary professional development goal is completion of SSC. A HQDA board determines who attends the resident course and participates in the U.S. Army War College Distance Education Course. Officers selected for CSL brigade command will attend the Army's precommand course (PCC) at Fort Leavenworth, KS; and the Aviation PCC at Fort Rucker, AL. Brigade command selectees may also attend the Senior Officers Legal Orientation Course (SOLO) at Charlottesville, VA. Officers selected as CSL TRADOC System Managers (TSM) will attend the Combat Developers Course at Fort Lee, VA and the Project Manager's ACAT III Course (commonly known as the PM's Survival Course) at Fort Belvoir, VA. The ACAT III Course has several prerequisites. Officers selected for TSM billets should contact their OPMD assignment officer to discuss requirements. After PCS arrival at Fort Rucker, TSMs will also attend the Aviation PCC.

(3) Additional Military and Civilian Education. An advanced degree is not required but is strongly recommended.

(4) Utilization. A small percentage of colonels are selected by a HQDA board for brigade level command (or equivalent such as TSM). Others further their professional development by serving in division or higher staff positions requiring Aviation and functional area expertise. Colonels must have completed a joint duty assignment before consideration for promotion to brigadier general.

(5) Self-development. Self-development goals should focus on continuing to build on warfighting and FA expertise.

f. Branch/functional area generalist assignments. Officers above the rank of captain can expect to serve in assignments as their careers progress that may or may not be directly related to the Aviation branch but which are important to the Army. Some of these key positions are Observer Controller Evaluator (OC/E) at a Combat Training Center (CTC), Inspector General duty, and other

key positions on division and higher staffs. Again, regardless of the job assigned, manner of performance is the most important variable.

*g. Joint assignments.* Aviation officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions. Completion of a joint tour is a requirement for promotion to brigadier general.

*h. Other assignments.* Aviation branch officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include various fellowships, duty with the National Security Council and the United Nations, or serving as an Aviation branch representative at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible, important, and requiring mature, skilled and well grounded officers. Selection for such assignments identifies those officers with exceptional promotion potential and qualified for increased responsibility at the highest levels in the Army and DOD.

## 14–4. Assignment preferences and precedence

*a. Preferences.* The Aviation branch has diverse assignment opportunities which allow for numerous career development paths. The professional development goal of Aviation branch officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead the Aviation branch in combat and on other assigned missions. Assignments in the Aviation branch will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, officers should seek assignments in the following order: Officer Basic Course, platoon leader, battalion staff (preferably as an assistant S3/liaison officer), Captains Career Course, company command, brigade or division staff, nominative or branch/functional area generalist assignment, Command and Staff College, battalion S3 or executive officer, battalion level command, Senior Service College, and brigade level command. The goal of any OPCF officer is to spend the maximum time possible with troops, preferably in a leadership position. For AOC 15C/15D/SOA, there are alternate career paths from which to choose. Refer to figures 14-1a and 14-1b, Life Cycle Development Models, for a list of optional positions.

*Note.* (For aviators managed by another functional area during their field grade years, refer to the specific functional area chapter for career path discussions.)

## 14–5. Duration of critical officer life cycle assignments

*a. Key Aviation branch qualification positions.* Under current policy, Aviation captains serve as company commanders for 18 months plus or minus 6 months. The OPMS XXI goal is for majors to spend three years in an operational unit with two years spent in branch qualifying jobs. Lieutenant colonels and colonels selected for command will serve two years in battalion and brigade commands. Officers selected for garrison command will command for two years with an option for an additional year.

*b. Aviation branch timeline.* Figure 14-1a illustrates Aviation branch timelines and branch qualifying positions. Officers should pursue branch qualification at each grade as soon as possible in order to meet milestones for promotion. Figure 14-1b illustrates those positions to which assignment enhances an officer's professional development.

## 14–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Aviation branch officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized Aviation billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desirous of more information on Aviation branch authorizations or inventory, by grade, are encouraged to contact the Aviation branch proponency office (ATZQAP@rucker-emh4.army.mil), DSN 558-3999 (http://www-rucker.army.mil/ap/ap.htm) or their PERSCOM assignment officer.

## 14–7. Key officer life cycle initiatives for Aviation

*a. Structure.* As the Army continues to conduct advanced warfighting experiments to determine the optimal force structure for Army XXI, it is unknown whether there will be significant changes to the structure of aviation organizations in the future. Ongoing fielding of Longbow Apache units and the approaching fielding of Comanche will impact personnel life cycle management requirements and must be closely synchronized and integrated to ensure minimal impact upon readiness and continued health of Aviation branch. We can also expect changes to the authorizations of units based upon the restructuring and recoding initiatives associated with the implementation of OPMS XXI, the impact of mandated personnel end strength cuts, and such initiatives as officer restructuring. Other changes are also possible due to the iterative nature of the restructuring and recoding process and possible future resource constraints.

*b. Acquire.* Officers will continue to be accessed into Aviation branch through the United States Military Academy (USMA), Reserve Officers' Training Corps (ROTC) and Officer Candidate School (OCS). Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in Aviation branch. Officers entering the Aviation branch are designated AOC 15A (Aviation, General) (see para 14-1 above).

(1) *Initial entry.* About 99 percent of the officers entering the Aviation branch come directly from USMA, ROTC and OCS. All officers must meet the physical and aptitude qualifications specified in AR 611-110.

(2) *In-service entry.* As a result of several factors including officer inventory and resource constraints, the HQDA DCSPER instituted a policy memorandum stopping branch transfers into or out of the Aviation branch without DCSPER approval. Currently, only rated Aviation warrant officers are accepted for OCS. In-service officers must enter Aviation training before their 48th month of Active Federal Commissioned Service (AFCS) and their 30th birthday to be eligible. A HQDA board selects from all applicants. Upon completion of IERW and a branch Captains Career Course, as applicable, in-service entrants receive a 15 AOC.

*c. Distribute.* Aviation branch officers will continue to be rotated between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers should have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. However, this may not always be possible, especially during the fielding of new equipment such as Longbow Apache and Comanche. The effects of space imbalanced MOSs, CONUS to OCONUS unit stationing ratios, and fielding schedules and policies may cause less than the desired objective tour lengths. However, in concept majors will receive more branch qualifying time and increased stability under the OPMS XXI design. OPMS XXI changes some previous distribution rules which formerly applied to Aviation branch; officers of the branch who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. Aviation branch officers in other Career Fields will no longer serve in Aviation branch billets.

*d. Deploy.* Aviation branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Aviation officers must be deployable to accomplish missions across the full spectrum of conflict. Aviation officers may deploy tomorrow with their units to

deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Aviation branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based officer management is a significant but fundamental change. Aviation branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Aviation branch commanders (battalion and brigade) will continue to be centrally selected for command. All Aviation officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Managers (for colonels only). Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process is announced in the command selection list (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. The rater and senior rater will recommend the rated officer, starting at the rank of captain, for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments, and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ firepower and maneuver skills in support of combined arms and joint operations. Development occurs through the Army school system as well.

*g. Separate.* The officer separation process remains unchanged.

## 14–8. Aviation Reserve Component officers

*a. General career development.* Reserve Component Aviation officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

*b. Branch qualification and development opportunities.* The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows to complete mandatory educational requirements. To meet professional development objectives, RC officers must be willing to rotate between Army National Guard (ARNG) and United States Army Reserve (USAR) Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) Program, and the Active Guard and Reserve (AGR) Programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career. The success of the RC officer is not measured by length of service in any one component or control group, but by the officer's breadth of experience, duty performance, and adherence to branch requirements.

(1) *Formal training.* Ideally, all RC officers should receive the same professional development as Active Component (AC) officers. The environment in which the RC officer operates is unique. As

citizen soldiers, RC officers simultaneously advance civilian and military careers. Because of this demanding role, an RC officer's most precious resource is time. As officers rise to higher positions of responsibility and trust in their civilian occupations, they have less time to achieve required military education levels. To minimize this problem, the United States Army Aviation Warfighting Center developed RC courses specifically tailored to reduce the resident instructional time. Unfortunately, this cannot be accomplished with graduate flight training courses.

(2) *Assignments.* Officers in the Army National Guard (ARNG) are managed primarily by the adjutants general of the 50 States and 4 territories. Officers in the USAR are managed by the U.S. Army Reserve Personnel Command (AR-PERSCOM). Geographic constraints play an important role in the professional development of USAR, TPU and ARNG officers. The availability of positions at the various grades within a specific area drives the career path of an RC officer. The spectrum of potential assignments is narrow. If the local organization is changed by reorganization or an officer moves, redesignation in another specialty may be necessary. This often results in an officer spending time to become qualified in multiple functional areas during a career.

(3) *Professional development through the military schooling system.* The Aviation Reserve Component officer plays an important role in the Aviation branch mission. Their professional development parallels that of the AC officer except as noted below. Although RC officers may attend the same courses as AC officers, some courses offer an RC option. RC officers normally develop in only one Aviation AOC and in one functional area (FA). However, a lack of suitable positions in a geographic area may lead to some RC officers being qualified in multiple AOCs or FAs. Reserve Component officers must attain educational levels commensurate with their grade and assignment, using resident and nonresident instruction options. RC officers have increased windows to complete military education requirements. (For further guidance on RC career progression, see chap 7.)

*c. RC lieutenant.*

(1) *Branch qualification.*

(a) Lieutenants must meet the requirements outlined in AR 611-110 for entry into the Aviation branch.

(b) Lieutenants must complete an OBC and Initial Entry Rotary Wing (IERW) flight training.

(c) Lieutenants must successfully serve as a section/platoon leader in an Aviation assignment.

(2) *Military education.* Reserve Component officers commissioned into the Aviation branch attend AVOBC and IERW with their AC counterparts. USAR officers must have completed this training by their 2d year of commissioned service and ARNG officers by their 18th month of commissioned service. Upon completion of AVOBC, depending on unit needs, some officers may receive advanced aircraft qualification. Others will attend the MM/MTP course and serve in entry level (15) positions at the unit level. Effective 1 October 1995, a baccalaureate degree from an accredited institution is required for promotion to captain or higher.

(3) *Utilization.* A lieutenant normally serves at company level to gain troop leading and flight experience.

(4) *Self-development.* Lieutenants focus on gaining and refining troop leading, aviator, combined arms tactics, and logistics and administrative skills.

*d. RC captain.*

(1) *Branch qualification.*

(a) Military education requirements for this level of branch qualification includes completion of an OAC and CAS3.

(b) The officer must also serve in one of the following assignments for 18 months (plus or minus 6 months):

1. Successful company/detachment command of a TOE/TDA unit.

2. Successful tour as a platoon leader in platoons authorized captains as platoon leaders. These include aerial exploitation, intermediate and higher level maintenance (AVIM), ATS, and CH-47 units.

(2) *Military education.* Captains must complete AVOAC and

CAS3. Options for completion of AVOAC are as follows: AVOAC-AC (Captains Career Course AC curriculum), AVOAC-RC (RC curriculum), and the four-phase AVOAC-USAR.

*(c) Utilization.* As a captain, RC Aviation officers should aggressively seek a company command. They also serve as staff officers at the company, battalion and group/brigade levels.

*(d) Self-development.* Captains should broaden their understanding of warfighting through extension courses and independent study. Captains should gain an in-depth understanding of combined arms operations.

*e. RC major.*

(1) *Branch qualification.* To meet branch standards at this level, majors must have enrolled in Command and Staff College (CSC) prior to 18 years time in service. They must have completed at least 50% of CSC to be eligible for promotion to lieutenant colonel and serve in one of the following assignments for 18 months (plus or minus 6 months):

*(a)* Battalion executive officer or S3.*

*(b)* Battalion Support Operations Officer.*

*(c)* Brigade S3.

*(d)* Successful major level (04) command of a TOE/TDA aviation unit.

*(e)* Branch chief at an Army National Guard Aviation Training Site (AATS)

*(f)* Aviation branch coded (15) or branch/functional area generalist positions at the HQDA or joint staff levels.

*(g)* Group or brigade primary staff (S1, S2 or S4).

*(h)* Aviation branch coded (15) or branch/functional area generalist positions at ARCOM or GOCOM staff levels.

*(i)* Reserve Forces service school instructor or staff.

*(j)* Aviation staff officer at the MACOM level.

*Note.* *Serving in a similar position at a higher level also satisfies this requirement. For example, a major who successfully completes a tour as a brigade/group/regiment XO or brigade/group deputy commander (lieutenant colonel positions) is considered branch qualified and does not also have to complete a battalion XO/S3 or brigade S3 tour.

(2) *Military education.* Majors must have enrolled in CSC before 18 years time-in-service. They must have completed at least 50 percent of CSC to be eligible for promotion to lieutenant colonel. Once promoted, the officer must complete CSC within 3 years or lose the promotion. Completion of CSC may be by either resident or nonresident courses.

(3) *Utilization.* RC Aviation majors serve as company commanders, and in staff assignments upon successful completion of a company command. These staff positions are at the battalion, group, brigade, HQDA or joint staff levels. Some majors also serve as instructors or staff at Reserve Forces service schools.

(4) *Self-development.* Self-development efforts should focus on becoming an expert in all aspects of aviation support operations, including joint and combined arms operations. These objectives can be accomplished through correspondence courses or institutional training. Majors should also devote time to a professional reading program to broaden their warfighting and combined arms operations perspectives.

*f. RC lieutenant colonel.*

(1) *Branch qualification.* To qualify for promotion to colonel, RC officers must complete CSC. Normally, an officer completes CSC before selection as a battalion commander. Officers must also serve in one of the positions listed below for 18 months (plus or minus 6 months). This can be accomplished while in the AGR program.

*(a)* Successful command of a TOE/TDA aviation battalion or equivalent sized aviation unit.

*(b)* Completion of a resident or nonresident SSC.

*(c)* Aviation branch coded (15) or branch/functional area generalist positions at the ARCOM, GOCOM or joint staff levels.

*(d)* Group or brigade level XO/S3.

*(e)* Division or branch chief, USAAVNC, NGB, or USAALS.

*(f)* AGR Title 10/Title 32 position at USAAVNC or USAALS (in a lieutenant colonel level position).

*(g)* Deputy commander of an Army National Guard Aviation Training Site (AATS).

(2) *Military education.* The RC lieutenant colonel must complete CSC within 3 years or be subject to removal.

(3) *Additional military and civilian education.* An advanced degree is preferred but optional unless required for a specific assignment.

(4) *Utilization.* RC lieutenant colonels should strive to complete a battalion level command. Upon successful completion of a command, RC Aviation lieutenant colonels serve in staff positions at higher levels. Some of these positions are at the group/brigade, U.S. Army Reserve Command (ARCOM), U.S. Army Reserve General Officer Command (GOCOM), or joint staff levels. Some RC officers may also serve as Reserve Forces service school instructors or staff.

(5) *Self-development.* Self-development goals should continue to build warfighting expertise.

*g. RC colonel.*

(1) *Branch qualification.* Aviation RC colonels must serve in one of the positions listed below for 18 months (plus or minus 6 months). This may be accomplished while in the AGR program.

*(a)* Successful command of a TOE/TDA aviation group or brigade.

*(b)* Completion of a resident or nonresident SSC.

*(c)* Director, USAAVNC or USAALS.

*(d)* Aviation branch coded (15) or branch/functional area generalist positions at the ARCOM, GOCOM or joint staff levels.

*(e)* AGR Title 10/Title 32 position at USAAVNC or USAALS (in a colonel level position).

*(f)* Command of an Army National Guard Aviation Training Site (AATS).

*(g)* Division chief of Aviation and Safety Division, National Guard Bureau (NGB).

*(h)* State Army Aviation Officer (SAAO).

(2) *Military education.* Completion of SSC by resident or correspondence course is a primary professional development goal.

(3) *Additional military and civilian education.* An advanced degree is preferred but optional unless required for a specific assignment.

(4) *Utilization.* Some, but not all, RC officers serve as group or brigade commanders. Most serve in staff positions requiring their Aviation experience at the GOCOM or joint staff levels.

(5) *Self-development.* Self-development goals should continue to build on warfighting expertise.

*h. Life cycle development model.* The RC life cycle development model for Aviation officers is shown at figure 14-2.

## 14–9. Army Special Operations Aviation (ARSOA)

ARSOA forces are an integral part of the specially trained, equipped and organized Department of Defense (DOD) Special Operations Forces (SOF). ARSOA forces support the entire spectrum of military operations performed by SOF worldwide. ARSOA missions are inherently joint involving U.S. Air Force and Naval SOF. ARSOA aviators receive intensive training and operational employment in highly modified and unique Army helicopters. These include the newest ARSOA helicopters, the MH-47E and MH-60K. These helicopters are configured to conduct aerial refueling and terrain avoidance flight. They feature a state-of-the-art fully integrated and coupled flight control system. The MH-47D, also aerial refuel (A/R) capable, was the first airframe in the Army modified for A/R operations. It features state-of-the-art avionics and is also used in the heavy assault mission performed by Army Special Forces soldiers. The MH-60L is configurable for assault, command and control operations and attack missions. The attack mission is performed by the MH-60L Defensive Armed Penetrator (DAP). The DAP can be rapidly configured to deliver 2.75 FFAR, 7.62mm Mini-Gun, 30mm cannon and HellFire rockets. The AH-6J, is a Hughes 500MD variant unique to the 160th SOAR and perhaps the best urban fighter in the world. It is definitely the attack helicopter platform of choice for the 75th Ranger Regiment. The MH-6J, similar to the AH-6, conducts a light assault mission in urban and other confined areas of

operation. ARSOA forces routinely operate in a combined arms team with other Army Special Operations Forces (ARSOF). The Army's only ARSOA force is the 160th Special Operations Aviation Regiment (Airborne) located at Fort Campbell, Kentucky.

*a.* ARSOA officer qualification, assessment, training and assignment process.

(1) *Officer qualification.* Officers interested in assignment to 160th SOAR should contact the 160th Recruiting Team, Fort Campbell, KY 42223-5000 (DSN 635-4384/5689; Commercial (502) 798-4384/5689). The officer must be a volunteer and a U.S. citizen with operational flight experience; possess a SECRET or higher clearance; possess airborne qualification or volunteer for airborne training if position is airborne designated; have a current Class II flight physical (aviators only); pass the standard Army physical training (PT) test; meet height and weight standards according to AR 600-9; have no profile that would preclude worldwide deployment; and have no record of Uniform Code of Military Justice (UCMJ) actions.

(2) *Assessment.* Officers who complete the qualification phase report to Fort Campbell, KY, for a 2 to 5 day assessment phase that includes the following: General Aviation Knowledge Test, Standard Army Physical Fitness Test, Navy Class II Swim Test, psychological evaluation, hands on Night Vision Goggle (NVG) navigation flight evaluation, and formal military board.

(3) *Training.* Officers who successfully complete the assessment phase are assigned to the Special Operations Aviation Training Company (SOATC) at Fort Campbell, KY. Officers attend a 17 to 26 week training program known as Green Platoon. In Green Platoon, future ARSOA aviators are trained in specialized tactics, techniques and procedures (TTP) and to the standards of time on target (TOT) plus or minus 30 seconds using a map, clock and compass. Depending on the aircraft assignment, officers can expect between 70 and 110 flight hours of training. Officers will also complete the Survival, Evasion, Resistance and Escape (SERE) Level C (High Risk) training at Fort Bragg, NC, and MD9, Dunker and Water Survival Training, at a naval facility.

(4) *Assignment.* Upon successful completion of the SOATC training program, the officer is assigned to the operational battalions in the SOAR. Officers are stabilized for the initial tour of 48 months. The assignment is processed by the PERSCOM Special Management Division, DSN 221-4042/8828, in close coordination with Aviation Branch assignment officers.

*b. SOA career management.* Although SOA officer professional development has been incorporated into the traditional Aviation branch officer professional development program, SOA professional development differs in some respects because of the experience level required to operate in the Special Operations environment. Top-notch Aviation officers who possess Special Operations experience are essential to successful ARSOA mission accomplishment. Therefore, to capitalize on existing SOA experience and reduce the cost of unnecessary or redundant qualification training, SOA personnel managers rotate officers between the operational units for the 160th SOAR at Fort Campbell, KY, Hunter Army Airfield, GA, and Howard AFB, Panama. Officers may frequently rotate between these locations during their careers.

(1) *Company grade officers.* Most of the 160th SOAR's recruiting efforts are focused on the company grade Aviation officer corps. Company grade officers must acquire a specified flight hour and proficiency level prior to being accessed into the 160th SOAR. Company grade officers are accessed upon successful completion of the Captains Career Course (5th year) or company command, or both. The officer can expect an initial 48 month tour in the 16Oth SOAR. Within the 4 year tour, the officer can expect to serve as a platoon leader, battalion staff officer, SOF liaison officer or regimental staff officer.

(2) *Field grade officers.* Generally, only field grade officers selected from the population of trained ARSOA officers are programmed for branch qualifying positions in the Regiment. Unlike conventional aviation battalions, aviation commands in the 160th SOAR are commanded by majors and are considered branch qualifying positions. Because of the limited number of major's positions in the Regiment, many field grade officers receive branch qualifying assignments in conventional aviation units. Field grade Acquisition officers are accessed for a specific skill, and slotted in the systems integration and management office (SIMO). Upon branch qualification, officers are assigned as battalion or regiment staff officers, or in specially designated ARSOA positions within major Army command (MACOM) staffs, or in Army/joint staff positions.

*c. ARSOA skill identifiers (SI).* The SIs K4, K5 and K6 are awarded to the aviator in accordance with AR 611-101, Commissioned Officer Classification System. These SIs are awarded to aviators who have been trained in the ARSOA mission and are qualified in one of the specially modified advanced aircraft.

*d. Joint Special Operations Advanced Military Studies Program (JSOAMSP).* One ARSOA officer is selected to attend the Naval Postgraduate School (NPS) Special Operations/Low-Intensity Conflict (SO/LIC) curriculum each year. The officer incurs a JSOAMSP utilization tour upon completion of the course.



DA PAM 600–3 • 1 October 1998

**Figure 14-1A. Aviation life cycle development model (Active)**



**Figure 14-1B. Aviation life cycle development model (Active-Continued)**



**Figure 14-2. Aviation life cycle development model (Reserve)**

# Chapter 15
# Special Forces Branch

## 15–1. Unique features of Special Forces branch

*a. Unique purpose of Special Forces branch.* Special Forces (SF) are multipurpose forces capable of rapid response to various contingencies throughout the world. The value of Special Forces is that they expand the range of options available in a variety of scenarios where the commitment of conventional military forces is not feasible or appropriate. They provide military capabilities not available elsewhere in the armed forces. Their mission is to conduct Special Forces operations in any operational environment in peace, conflict or war. Special Forces operations are inherently joint (and often multinational or interagency) in nature and are focused at the operational and strategic levels.

*b. Unique functions performed by Special Forces branch.* Special Forces is a combat arms branch. Special Forces conduct a wide variety of operations across the range of military operations. They interact closely with and live under the same conditions as people of a foreign culture. As representatives of the United States in a foreign country, they serve as teachers as well as warriors. They conduct peacetime operations and promote regional stability in areas where conventional forces normally do not operate. Their continuous forward presence can assist in creating the conditions for stable development, thereby reducing the risk of armed conflict.

*c. Unique features of work in Special Forces branch.*

(1) *Missions.* Special Forces performs five primary missions:

*(a) Unconventional warfare.* A broad spectrum of military and paramilitary operations, normally of long duration, predominantly conducted by indigenous or surrogate forces. It includes guerrilla warfare, subversion, sabotage, intelligence collection and unconventional assisted recovery. The primary Special Forces mission in this interagency activity is to organize, train, equip, advise, assist and direct indigenous insurgents or other armed resistance movements.

*(b) Foreign internal defense.* Participation in the action programs of a foreign government to free and protect its society from a wide range of internal, external and transnational threats. The primary Special Forces mission in this interagency activity is to organize, train, advise and assist host nation military and paramilitary forces.

*(c) Direct action.* Short duration strikes and other small scale offensive actions to seize, destroy or inflict damage on a specified target or to destroy, capture or recover designated personnel or materiel.

*(d) Special reconnaissance.* Reconnaissance and surveillance actions to obtain or verify information concerning the capabilities, intentions and activities of an actual or potential enemy, or the hydrographic or geographic characteristics of a particular area. It includes target acquisition, area assessment and poststrike reconnaissance.

*(e) Combating terrorism.* Actions taken to prevent, deter and respond to terrorism. The primary Special Forces mission in this interagency activity is to preclude, preempt and resolve terrorist incidents abroad. Designated Special Forces units prepare for this sensitive mission.

(2) *Collateral activities.* Additionally, Special Forces may perform the following collateral activities:

*(a) Humanitarian assistance.* Actions taken to promote human welfare; reduce pain, suffering and hardship; and prevent loss of life or destruction of property from the aftermath of natural or man-made disasters. Humanitarian assistance includes disaster relief, noncombatant evacuation operations and support to, or resettlement of, displaced civilians.

*(b) Security assistance.* Programs that provide defense articles and services, including training assistance, to eligible foreign countries and international organizations.

*(c) Personnel recovery.* Actions taken to locate, recover and return to friendly control selected persons who are isolated and threatened in sensitive, denied or contested areas.

*(d) Counterdrug activities.* Actions taken to disrupt, interdict and destroy illegal drug activities. These activities could be direct in nature, but most often entail foreign internal defense (FID) type operations assisting other nations or agencies.

*(e) Countermine activities.* Actions taken to reduce or eliminate the threat to noncombatants and military forces posed by mines, booby traps and other explosive devices.

*(f) Support of multinational operations.* Actions taken to enable and orchestrate multinational operations with foreign military units not practiced in interoperability with U.S. forces and capabilities.

*(g) Special activities.* Actions conducted abroad in support of national foreign policy objectives. These activities are planned and executed so that the role of the U. S. government is not apparent or acknowledged publicly. They fall under Executive Order 12333 and require a presidential finding and congressional oversight. Such activities are highly compartmentalized and centrally managed and controlled.

(3) *Special Forces officer roles.* Special Forces officers plan, coordinate, direct and support Special Forces units performing the above missions and collateral activities in all operational environments. A Special Forces captain commands a Special Forces Operational Detachment-A (SFOD-A) or a Special Mission Unit (SMU) troop. The SFOD-A is a flexible and highly trained unit, which includes in addition to the commander, one Special Forces warrant officer and ten Special Forces noncommissioned officers (NCOs). The NCOs hold one or more of the following specialties: operations and intelligence, weapons, communications, engineering or medicine. The successful SFOD-A or SMU troop commander must be adept at accomplishing a wide range of requirements including: training management, logistical planning, resource management, and training plan development for foreign forces; as well as negotiating and working with foreign and U.S. government agencies and country teams. Special Forces officers who successfully command an SFOD-A or SMU troop later command larger Special Forces units, serve on higher level Special Forces or other Army or joint SOF staffs, serve as special operations staff officers assigned to corps and higher level conventional Army and joint staffs, serve on the staff and faculty of the U.S. Army John F. Kennedy Special Warfare Center and School (USAJFKSWCS), serve as SOF observer-controllers at combat training centers, serve in special mission units (SMU), or perform interagency assignments.

(4) *Professional development overview.* The Special Forces branch is a volunteer nonaccession branch which draws its officers from nearly all other Army branches. The U.S. Army Recruiting Command recruits SF volunteers. Officers who volunteer are selected by a HQDA centralized accession board and undergo a rigorous and demanding assessment, selection and training program to qualify as Special Forces officers. Following this unique entry and qualification, Special Forces development is similar to other combat arms branches. All Special Forces officers are airborne qualified and maintain that proficiency throughout their careers. Based upon operational requirements, some Special Forces officers undergo training in advanced special operations skills, such as military free-fall parachuting, combat diving, close-quarter battle, and military mountaineering. Special Forces officers are expected to serve a successful initial tour in the Army in a small unit leadership position in one of the other basic branches as a lieutenant. As a result they are expected to have knowledge of conventional Army operations and be experienced in Army leadership. Throughout their careers, Special Forces officers enhance that knowledge through increasingly sophisticated understanding of the joint and interagency aspects of special operations. They command Special Forces units at levels of increasing responsibility beginning with detachment as a captain, company as a major, battalion as a lieutenant colonel, and group as a colonel.

(5) *Regional orientation.* Special Forces officers continuously undergo intensive preparation for employment in their units' assigned geographic areas. Whether the mission profile calls for a clandestine employment in a denied area or a low visibility foreign internal defense mission in a developing nation, the need for regional orientation, language proficiency and cross-cultural interpersonal skills remains the same. Special Forces officers gain and maintain area

orientation through military and civilian schooling, language study, area study mission preparation and through repetitive deployments during their careers. While initial language qualification is most often achieved through formalized instruction, it must be maintained through practice and self-study. Defense Language Proficiency Test (DLPT) scores reflect language proficiency. Special Forces is not organized by area of concentration, thus the management of regional expertise is informal and subject to modification as the needs of the Army dictate.

## 15–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) *Mental attributes* describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) *Physical attributes* specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) *Emotional attributes* are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) *Interpersonal skills* reflect competence in communicating with people.

(b) *Conceptual skills* refer to competence in handling ideas.

(c) *Technical skills* reflect competence with things.

(d) *Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) *Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) *Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) *Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Special Forces officers must:

(1) Be proficient infantry commanders in addition to being experts in Special Forces operations.

(2) Be familiar with all the technical skills represented on an SFOD-A.

(3) Have an aptitude for learning a foreign language and must sustain foreign language proficiency throughout their careers. This is one of the most important and difficult skills to gain and sustain. Immediately after completing the Special Forces Detachment Officer Qualification Course (SFDOQC), officers typically receive 18 to 24 weeks of initial formal language training (Basic Military Language Course) taught at the USAJFKSWCS.

(4) Be qualified military parachutists.

*c. Unique knowledge.*

(1) Special Forces officers require an in-depth knowledge of at least one region of the world and proficiency in at least one of the region's languages.

(2) Completion of the SFDOQC provides officers with entry level knowledge of Special Forces operations. As they develop, officers gain a broader understanding of Special Forces tactics, techniques and procedures; the special operations targeting and mission planning process; the special operations support and sustainment process; and the joint and interagency aspects of special operations.

(3) Special Forces officers have unique knowledge of specialized infiltration and exfiltration techniques, for many of which the Special Forces branch is the proponent.

*d. Unique attributes.* Special Forces officers must:

(1) Be warfighters.

(2) Be extremely physically fit. They must maintain a high enough state of physical fitness to always inspire their soldiers, no matter how difficult the physical environment, how high the level of exhaustion or how desperate the tactical situation in peace or war.

(3) Possess unquestioned integrity.

(4) Be self-reliant team players who can function as leaders in tightly knit small groups.

(5) Possess the cognitive resilience and mental dexterity to act autonomously while under great stress.

(6) Thrive in complex and ambiguous situations.

(7) Be mentally flexible and willing to experiment and innovate in a decentralized and unstructured environment.

(8) Be able to inspire others to perform effectively under stress.

(9) Possess good interpersonal skills and display political acumen and cultural sensitivity. Mission success will often depend on an ability to establish rapport and influence the attitudes and behaviors of people from foreign cultures.

## 15–3. Critical officer developmental assignments

*a. Branch qualification.* Unique in the Army, at the grade of captain an officer must attain both qualification to branch transfer and subsequent branch qualification as a Special Forces captain. The latter is described below, the former is addressed in paragraph 15-7b.

(1) *Captain.*

*(a)* For branch qualification, Special Forces captains must successfully command an SFOD-A. Officers in SF branch should serve ideally for a minimum of 24 months in A-detachment command. This duty equates to company, battery, or troop command in the other combat arms branches. Typically assignment to be an SFOD-A commander will be an officer's initial assignment following completion of his SF qualification training.

*(b)* The primary developmental assignment for Special Forces captains is duty as a staff officer in a Special Forces battalion or group headquarters. Other key developmental assignments include:

*1.* A second command following SFOD-A command. Second commands for SF captains are limited to headquarters and support companies at SF battalion, group, Special Warfare Center (SWC) or U. S. Army Special Operations Command (USASOC) level, or selected captain commands in the Special Warfare Training Group. Selection to a second command is appropriate for an officer with high potential. This command time is in addition to the officer's tenure as an SFOD-A commander.

*2.* Service as an observer-controller at a combat training center.

*3.* Service as a small group instructor (SGI) at the Special Forces Detachment Officer Qualification Course (SFDOQC).

*4.* Service as a joint staff officer or DOD staff intern.

*5.* Completion of the Naval Post Graduate School Special Operations and Low Intensity Conflict (SOLIC) program. This program entails 18 months of graduate study to include authorship of a thesis on a topic of current interest to the SOF community.

*(c)* In addition to professional development through operational assignments, SF captains should begin an intensive self-development program. Their efforts should focus on gaining an in-depth understanding of combined arms operations, gaining and maintaining regional and linguistic expertise and becoming proficient in Special Forces and Infantry officer common core and branch tasks.

*(d)* Although not required, advanced special operations skill courses such as Combat Diver, Combat Diving Supervisor, Military Free Fall, Military Free Fall Jumpmaster and Special Operations Training (SOT) provide valuable professional development. SF captains should seek these courses prior to or during A-Detachment command. If not already Ranger qualified, they should attend Ranger training after a branch Captains Career Course.

*(e)* SF officers, as commanders of airborne units, are expected to successfully complete static line jumpmaster training early in their careers.

*(f)* SF branch does not offer its own Captains Career Course (previously termed the Officer Advanced Course (OAC)). However, in order to meet Army military education level (MEL) requirements, every SF officer must complete a branch Captains Career Course. Typically, this will be the Infantry or Armor branch course. Every SF officer must complete both phases of the Captains Career Course, the branch training phase and the staff process phase (formerly CAS3). Most officers will attend the staff training module TDY en route from the Captains Career Course to the SFDOQC.

*(g)* Due to the extensive training involved in SF officer accession, officers volunteering for Special Forces who do not have a baccalaureate degree will be required to complete their degree before attending the SFDOQC.

*(h)* Officers will undergo functional area designation between their 5th and 6th years of service. The formal designation of a functional area is based upon the needs of the Army, officer preference, military experience and civilian schooling. A SF officer can expect to contribute to Army Special Operations in a functional area capacity as well as in a branch capacity. Some functional areas have extensive educational requirements. Some officers will attend Advanced Civil Schooling (ACS) based on the needs of their functional area or for service as an instructor. ACS attendance will be a factor in Career Field designation, however it will be considered with all other contributing factors. SF officers may also serve in such key branch/functional generalist assignments as USMA faculty and staff and ROTC.

*(i)* Related to functional area designation, but selected as a result of a separate HQDA board action, is selection for accession to the Army Acquisition Corps (AAC). A limited number of Special Forces officers will be accessed into the AAC each year in their 8th year of service. Throughout their career these officers selected for AAC will maintain strong links to SF branch and remain members of the First Special Forces Regiment. Further information on AAC is found in chapter 47.

*(2) Major.*

*(a)* Immediately following selection for major, the records of those selected will go before a Career Field Designation Board (CFDB). This board of senior officers will decide in which Career Field an officer is best suited to serve. Officer preference will be the predominant criteria in Career Field designation. SF majors not selected for the Operations Career Field (as many as 37 percent of a year group) will be assigned one of the other Career Fields: Operational Support, Information Operations or Institutional Support. Once designated, officers will compete for future promotions within their designated Career Field. Key leader development positions and assignments for majors designated into one of the other Career Fields will be managed by the functional area assignment managers for those Career Fields. Assignments for SF majors in the Operations Career Field will be managed by the Special Forces branch. SF officers in the Operations Career Field will be assigned to branch and branch/functional area generalist positions such as USMA faculty and staff, IG and ROTC. Regardless of the Career Field into which an officer is designated, he will remain a member of the First Special Forces Regiment, wear the branch and regimental insignia, and be a contributor to the broad requirements of Army Special Operations.

*(b)* The key leader development assignment for Special Forces majors is successful service in any of the following positions (paragraph c below) or combination of positions. Successful accomplishment of these assignments is key to the success of Special Forces units. The intent of these key developmental assignments is to prepare the SF major for future leadership responsibilities as a SF battalion commander and senior field grade officer.

*(c)* Ideally, Special Forces majors should successfully serve 24 months in any of the positions listed below or a combination of these positions.

*1. SF company commander.* SF line companies are commanded by majors. Each commander is responsible for his company headquarters (SFOD-B) and six subordinate SFOD-As.

*2. SF battalion S3.* The SF battalion S3 performs duties as the battalion operations, training and plans officer.

*3. SF battalion/group XO.* The SF battalion/group XO performs duties similar to other combat arms battalion/brigade XOs.

*4. SF group S3.* The SF group S3 performs duties as the group operations, training and plans officer.

*5. SF group support company (GSC) commander.* The SF GSC commander is responsible for logistics, medical, intelligence and communications support to the SF group.

*6.* Positions corresponding to 1 through 5 above in the 1st Special Warfare Training Group (1st SWTG), or a Special Mission Unit (SMU).

*7.* Commander, SF Operational Detachment-K in Korea.

*(d)* The primary developmental assignment for SF majors is duty as a staff officer in an SF position at HQDA, major Army command (MACOM) or MACOM major subordinate command (MSC) level.

*(e)* Other key developmental assignments for SF majors include:

*1.* Service as an observer-controller at a combat training center.

*2.* Service as a joint or combined staff officer. Special operations are joint operations and SF majors should seek joint or combined duty before or after their branch qualifying assignment.

*3.* Attendance at the highly competitive Advanced Military Studies Program (AMSP) at the School of Advanced Military Studies (SAMS). The AMSP is a year of advanced study for selected officers completing the Command and General Staff College at Fort Leavenworth. It provides a broad, deep education in the art and science of war at the tactical and operational levels, followed by a tour as an operational planner.

*(f)* There is much greater emphasis on self-development at the

field grade levels, with the focus on more general areas of knowledge rather than specific tasks. Officers without a master's degree should consider enrolling in a civilian college or university and earning an advanced degree either off-duty or, if applicable, through a fully funded program in conjunction with Command and Staff College. However, completion of a master's degree should not take precedence over completion of Command and Staff College (MEL 4) or successful execution of any assignment. Special Forces majors should also maintain and enhance their foreign language proficiency and continue their self-development reading program.

(3) *Lieutenant colonel.*

(a) The key developmental requirement for a Special Forces lieutenant colonel is successful service in any Special Forces coded lieutenant colonel position or combination of positions. The most critical of these assignments is service as a SF battalion commander, which develops the lieutenant colonel for future responsibilities as a SF group commander. For the majority of lieutenant colonels, promotion to lieutenant colonel constitutes success and assignments will be aimed at developing the officer for broader contributions to branch, special operations in general, and the U.S. Army.

(b) Key lieutenant colonel developmental assignments include:

*1.* Command in a Command Selection List (CSL) billet.

*2.* Service as DCO or XO of a Special Forces group.

*3.* Service as a HQDA, DOD or JCS staff officer or in interagency positions requiring Special Forces experience and expertise.

*4.* Service as a staff officer in a joint or combined headquarters and earning a joint service skill identifier.

*5.* Service as a corps level special operations coordinator (SOCOORD).

*6.* Service as Chief, Special Operations Training Detachment at the Joint Readiness Training Center (JRTC).

*7.* Service as a SOF representative to the Battle Command Training Program.

*8.* Service as G3, U.S. Army Special Forces Command.

*9.* Service as assistant DCSOPS, USASOC.

*10.* Service on the staff and faculty of the Command and General Staff College (CGSC).

(c) For self-development, Special Forces lieutenant colonels focus on general areas of knowledge. They should enhance their regional knowledge and improve their language proficiency as well as continue their self-development reading program.

(4) *Colonel.*

(a) Special Forces colonels continue to serve the branch, special operations, and the Army through service in any Special Forces coded colonel position or combination of positions within US-SOCOM, USASOC, USAJFKSWC&S, U.S. Army SF Command, HQDA, joint staffs, service schools and other key organizations.

(b) Key developmental assignments include:

*1.* Command of a Special Forces group (TOE or TDA).

*2.* Command or deputy command of a SMU.

*3.* Command, deputy command, chief of staff or J3 of a theater special operations command (SOC).

*4.* Service as a joint staff officer in a joint critical position requiring Special Forces expertise.

*5.* Service as chief of staff or deputy chief of staff for operations, USASOC.

*6.* Service as deputy commander or chief of staff, USASFC.

*7.* Service as assistant commandant, chief of staff or director of training and doctrine, USAJFKSWCS.

*8.* Service with the Army Staff or with another government agency.

*9.* Service on the staff and faculty of the CGSC or U.S. Army War College.

*10.* Service on a combined staff.

(c) For self-development Special Forces colonels focus on general areas of knowledge. Colonels should further enhance their regional orientation and language proficiency and continue to follow an extensive professional reading regimen.

*b. Branch/functional area generalist assignments.* Special Forces branch officers who remain in the Operations Career Field above the rank of captain will have increasing opportunities to serve in branch/functional area generalist assignments, such as IGs and instructors, as their careers progress.

*c. Joint assignments.* Special Forces officers can expect to be considered for joint duty assignments. Due to the inherent joint nature of special forces operations, SF branch has the highest density of Joint Duty Assignment List positions of any of the combat arms. SF officers are utilized in joint organizations worldwide. Joint experience is important to the Army and essential to individual officers for their advancement into senior leadership positions.

*d. Combined assignments.* Special Forces officers can expect to be considered for duty as commanders or staff officers of combined commands at a rate that equals or exceeds that of the other combat arms. Experience in combined commands provides major professional development to individual officers for their advancement into senior leadership positions.

*e. Command selection criteria.* The main criteria for SF command selection is outstanding performance of duty. To remain competitive for command selection in both SMUs and special forces groups, officers should balance key assignments in both types of units. Special Forces officers are strongly encouraged to volunteer for recruiting and garrison command consideration.

**15–4. Assignment preferences and precedence**

*a. Preferences.* Regional orientation results from language training and the initial special forces group assignment. The goal of SF officer professional development is to produce and sustain highly qualified, regionally oriented officers, and PERSCOM will assign officers to further this goal. Therefore, requests from officers for assignments not supporting their regional orientation may not be approved.

*b. Precedence.* Assignment to developmental leadership positions has precedence. Typically, Special Forces branch officers should seek assignments in the following order:

(1) Command of an SFOD-A. This command will be the officer's first assignment after completion of Special Forces training.

(2) Battalion staff (as an S1, S4 or assistant S3) or company command in a captain company command billet.

(3) Service at the USAJFKSWCS, USASOC or a combat training center.

(4) Command and Staff College.

(5) Command of a special forces company and/or battalion S3 or executive officer and/or group S3.

(6) Joint assignment.

(7) Battalion level command.

(8) Senior Service College.

(9) Group level command.

**15–5. Duration of critical officer life cycle assignments**

*a. Key Special Forces branch qualifying positions.* The goal is for all SF captains and majors to serve 24 months in a branch qualifying position with an absolute minimum of 12 months for purposes of establishing branch qualification.

*b. Special Forces branch life cycle.* Figure 15-1 displays an SF branch life cycle with branch qualifying and other developmental positions.

**15–6. Requirements, authorizations and inventory**

*a. Goal.* The goal is to maintain a healthy, viable career path for SF branch officers who remain in the Operations Career Field. To accomplish this, the field grade inventory must be structured to meet branch authorizations, to provide sufficient flexibility in supporting branch/functional area generalist participation, and to allow all SF officers to serve in branch qualifying assignments for the period needed to achieve requisite professional development.

*b. OPMS XXI implementation.* The numbers of authorized SF billets, by grade, will vary as future force structure decisions are made and implemented. Officers desiring more information on SF branch authorizations should contact the SF proponency office or their PERSCOM assignments officer.

**15–7. Key officer life cycle initiatives for Special Forces**

*a. Structure.* There are no current plans for major changes to SF structure. Special Forces structure is somewhat different from that of the other combat arms because of its high officer content and absence of lieutenants. Its structure will continue to reflect those characteristics for the foreseeable future.

*b. Acquire.* Special Forces is a nonaccession branch. The U.S. Army Recruiting Command recruits SF volunteers. Special Forces branch must access over 115 captains per year .

(1) *Special Forces training prerequisites.* Officers applying for selection for Special Forces training must meet the following prerequisites:

*(a)* Be a male volunteer for Special Forces training in accordance with DA Pam 351-4.

*(b)* As a minimum, be in their 3d year of active federal commissioned service (AFCS) when the Special Forces accession board meets (Active Component only).

*(c)* Be selected for promotion to captain before beginning Special Forces training (Active Component only).

*(d)* Have enough time remaining as a captain to complete Special Forces training and serve 2 years in a special forces unit before HQDA centralized selection board consideration in the primary zone for promotion to major. This is in order to permit completion of the key leader development assignments prior to selection for major.

*(e)* Be airborne qualified or volunteer for airborne training.

*(f)* Have passed the Army Physical Fitness Test, in the 17 to 21 year old age category, with a minimum of 206 points overall and 60 points in each event .

*(g)* Able to swim 50 meters unassisted while wearing combat boots and the battle dress uniform (BDU).

*(h)* Have scored at least 85 on the Defense Language Aptitude Battery (DLAB) or achieved a current score of 1/1 (listening/reading) on the Defense Language Proficiency Test (DLPT) in any language other than English as of the date of their SF volunteer statement.

*(i)* Have met the medical standards for Special Forces training per AR 40-501.

*(j)* Be eligible for a Top Secret security clearance.

*(k)* Be a Captains Career Course graduate (Active Component only) by the time of enrollment in the SFDOQC.

(2) *Alternate accession method.* As an alternate accession method, an officer may branch transfer to Special Forces by first joining one of the Army's SMUs, such as the 1st Special Forces Operational Detachment-Delta (1st SFOD-D). This unit is specially accessed, trained and organized to conduct a broad range of special operations missions. Officers volunteering for 1st SFOD-D must meet the following prerequisites:

*(a)* Be a captain or a major.

*(b)* Be a Captains Career Course (OAC) graduate.

*(c)* Be a college graduate.

*(d)* Have successfully commanded for a minimum of 12 months at the captain branch qualifying level.

*(e)* Have passed a High Altitude Low Opening (HALO)/Self-contained Underwater Breathing Apparatus (SCUBA) physical examination.

*(f)* Have passed the Army Physical Fitness Test and be able to swim 100 meters while wearing combat boots and the BDU.

*(g)* Have successfully completed both the 1st SFOD-D Assessment and Selection program, and the 1st SFOD-D Operator Training Course.

*(h)* Must branch transfer to Special Forces branch at the grade of captain or, on a case by case basis, at the grade of major if branch qualifying standards can be met prior to selection to lieutenant colonel. If the officer elects to branch transfer to Special Forces, 1st SFOD-D troop commander duty will constitute Special Forces branch qualification at the grades of captain and major. The officer must successfully complete SFDOQC prior to branch transfer. All officers who volunteer for an extension of their current SFOD assignments or volunteer for follow-on SFOD assignments must meet the standards of 1st SFOD-D's Formal Periodic Assessment Process

or Follow-on Reassessment Process. Repetitive assignments to 1st SFOD-D should be consistent with the needs of the Army, the unit and the officer's professional development.

(3) *Branch transfer policies.*

*(a)* Although Special Forces branch controls volunteers throughout their SF training, they remain members of their initial branches of assignment during training. The training pipeline begins with attendance in a TDY status at the Special Forces Assessment and Selection (SFAS) Course, which is the first phase of Special Forces qualification, and must be successfully completed in order to continue on to subsequent phases. The training pipeline ends with the assignment of an officer to his first operational unit. PERSCOM branch transfers officers to Special Forces upon successful completion of the SFDOQC. However, to be fully SF qualified the officer must also successfully complete post SFDOQC language training (unless previously language qualified) and Survival, Evasion, Resistance and Escape (SERE) training. Thus, SF officer training is a single entity comprising Special Forces Assessment and Selection (SFAS), SFDOQC, language and SERE training with a single active duty service obligation. Officers failing to achieve SFAS, SFDOQC, language or SERE course standards will not be SF qualified and will be returned to their initial branches of assignment.

*(b)* Officers who completed Special Forces training as enlisted soldiers must still successfully complete SFDOQC prior to branch transfer to Special Forces. They do not have to attend SFAS prior to SFDOQC.

*(c)* Active duty officers who completed the Reserve Component Special Forces qualification program must successfully complete SFAS and SFDOQC before branch transfer to Special Forces. Officers who successfully complete the active component SFOC/SFDOQC as reservists do not have to repeat SFDOQC training.

*(d)* The Commanding General, USAJFKSWCS, is the final waiver authority for course prerequisites as well as SF qualification and branch transfer requirements. All requests for waivers should be addressed to the CG, USAJFKSWCS, ATTN: AOJK-SP, Fort Bragg, NC 28307-5200.

*c. Distribute.* Careful management is required to ensure the optimum number of SF officers are designated into the Information Operations, Institutional Support and Operational Support Career Fields. This number must balance the need to retain sufficient experienced officers in the branch with the need to keep the inventory of majors small enough to provide them adequate opportunity for long enough branch qualifying assignments to achieve requisite professional development. Special Forces branch will be at or near its target inventories by grade upon inception of OPMS XXI. Thus, the percentage of its officers designated into Career Fields other than Operations in the early (transition) years of OPMS XXI may be less than the Career Field take out in later years. Every effort will be made to provide opportunities for SF officers to compete for designation into functional areas. Some Special Forces colonels may have the opportunity to migrate to FA 48 (Foreign Area Officer) based upon their regional expertise and shortages in that functional area.

*d. Deploy.* Special Forces branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Special Forces officers must be deployable to accomplish missions across the full spectrum of conflict. Special Forces officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Special Forces branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major areas affecting officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Following Career Field designation, SF branch officers will compete for promotion only within the Operations Career Field. This eliminates the double counting which occurred previously when officers competed in both their branch and their functional area.

(2) *Command.* SF branch lieutenant colonel and colonel commanders will continue to be centrally selected for command. All SF officer command opportunities are in the Operations Career Field. Army wide these commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional and TRADOC System Managers. Of particular importance are commands within the 1st Special Warfare Training Group. Officers are selected for these TDA commands based upon an overall manner of performance comparable to that of officers selected for TOE command. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process are announced in the Command Selection List (CSL). The SF personnel proponent at the USAJFKSWCS closely monitors the number of commands available to SF officers in order to achieve branch professional development on par with that of the other combat arms branches. Selected SMU commands are filled by a special HQDA board. Officers are selected to command SMUs generally in lieu of CSL commands, not as a second command. Selected SMU positions are designated as second commands.

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his abilities and interests. SF raters and senior raters thus perform a critical function which helps ensure quality officers are designated into both the Operations and other-than-Operations Career Fields.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA billets, and institutional training positions. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly conduct special forces operations in support of the war fighting CINCs. Development occurs through the Army school system as well, and all officers selected for major should complete some form of military education level (MEL) 4 training.

*g. Separate.* The officer separation process remains the same as for the rest of the Army.

## 15–8. Special Forces Reserve Component officers

*a. General career development.* Reserve Component captain, major, lieutenant colonel and colonel branch transfer and career development requirements are the same as for AC officers. Due to geographical and recruiting realities of the Army National Guard system, lieutenants may be assigned to SF companies, volunteer for SFAS and, if selected, attend SFDOQC, language training and SERE training. However, they will not be branch transferred to SF until they meet all branch transfer requirements.

*b. Branch qualification and development opportunities.* Reserve Component captain, major, lieutenant colonel and colonel branch qualification and developmental assignments as well as branch transfer requirements are the same as for AC officers. RC officers may not find a special forces unit with openings at their grade or may be ineligible for promotion until finding a troop unit position at the proper grade. Reserve officers' civilian careers and other considerations may limit them to serving in geographically available units. Other options for such officers include duty in the Individual Ready Reserve (IRR) with possible Individual Mobilization Augmentation (IMA) Program positions or short-tour positions, Active Guard Reserve (AGR) Program positions, or positions in non-SF units. Some officers may have to branch transfer. An RC officer may branch transfer several times during his career and may not be able to follow the normal Special Forces career model.

*c. Life cycle development model.* The Reserve Component life cycle development model for Special Forces officers is shown at figure 15-2.

82

DA PAM 600–3 • 1 October 1998



**Figure 15-1. Special Forces life cycle development model (Active)**



**Figure 15-2. Special Forces life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

Chapter 16
Engineer Branch

## 16–1. Unique features of the Engineer branch

*a. Unique purpose of Engineer branch.* The Corps of Engineers provides the Army and the nation with officers trained and experienced in providing essential engineer support in many different forms. Engineer officers perform missions that span the entire military and civil engineering spectrum while serving our Army and nation in war and peace.

*b. Unique functions performed by Engineer branch.* Engineers provide support to maneuver commanders, MACOM staffs, installations and the nation. As combat Engineers, they execute mobility, countermobility, survivability, general engineering and topographic missions. As directors of public works (DPW), they provide facilities engineering management support at U.S. military installations throughout the world. As construction Engineers, they manage and control military construction programs for the Army and other DOD agencies as well as directing complex water, flood control and natural resource development and restoration civil works programs throughout the nation.

*c. Unique features of work in Engineer branch.* Engineer officers perform many functions that are common throughout the branches, especially as lieutenants and junior captains. Examples include Engineer troop leading and staff positions, e.g., platoon leader, company commander, battalion staff officer, etc. Additionally, Engineers serve as the Engineer advisor/staff officer to the supported command. As an officer gains experience and is promoted, they may serve in senior Engineer positions as the primary staff officer for all engineer functions. In addition to the combat engineer command and staff positions, the United States Army Corps of Engineers (USACE) districts include Engineer positions which require a unique blend of tactical and technical proficiency. The areas of concentration of the Corps of Engineers are:

(1) *General Engineer (21A).* Used to code Engineer staff positions that do not require another specific area of concentration.

(2) *Combat Engineer (21B).* Provides engineer support on the battlefield as a member of the combined arms team.

(3) *Facilities/Construction Management Engineer (21D).* Plans, executes and manages construction projects on installations and in the civil works program.

## 16–2. Officer characteristics required

The Engineer branch requires officers who are well grounded in engineer doctrine; who possess strong Army values, leader attributes and leader skills. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence -what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each

other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Engineer officers are able to:

(1) Visualize the battlefield and know how to optimize the resources at the commander's disposal.

(2) Plan and execute engineer missions, both combat and construction, in support of the maneuver commander at all levels.

*c. Unique knowledge.* As a branch that is both tactically and technically oriented, Corps of Engineers officers gain knowledge through a continuous cycle of education, training and experience. In general, Engineer officers:

(1) Understand tactical decision making and the Engineer's role as a platoon leader, commander and staff officer in a combined arms or joint environment.

(2) Understand terrain analysis and how it can increase the effectiveness of the combined arms team.

(3) Understand the design of and are able to manage large construction projects and facilities in support of the Army and the nation.

*d. Unique attributes.* Engineer officers display the following personal attributes:

(1) *Interpersonal competence.* Engineer officers must be skilled in building teamwork within their organization and recognize they often simultaneously belong to many teams. They must possess the ability to express themselves to their team members clearly, concisely and accurately, both orally and in writing.

(2) *Tactical competence.* Engineers are part of a combined arms team. Engineer officers must show proficiency in required professional knowledge, judgment and warfighting. They must apply their doctrinal knowledge and understanding to the solution of tactical problems, and formulate and defend solutions to tactical problems using current Army and joint doctrine.

(3) *Technical competence.* Engineer officers must understand the capabilities of engineer organizations, equipment and systems. Engineer officers must prepare and present clear and informative briefings relating to their technical areas of expertise to peers, subordinates and superiors. Additionally, Engineer officers are accountable stewards of people, time and, in many instances, financial resources and the environment. These skills are gained and developed through repetitive operational assignments, continuous professional study, self-development and mentoring.

## 16–3. Critical officer developmental assignments

*a. General.* This paragraph represents a path to a successful career by defining those professional development opportunities available at each grade which prepare the Engineer officer for further service at the next higher rank. Branch qualification defines the branch's recognition that an Engineer officer possesses the skills, knowledge, experience and attributes required to perform the basic duties at the current grade and has the potential for further service at the next higher rank.

*b. Leader development and command preparation.* Professional and leader development prepares the Engineer officer to lead complex organizations and/or command an engineer platoon, company, battalion or Corps district, and ultimately a colonel level engineer group, brigade or district command. Command opportunities for the Engineer officer cover a wide variety of units: heavy mechanized and light divisional combat engineer units; corps combat engineer and special engineer units such as bridge, port construction and airborne combat engineer organizations; combat heavy and topographic engineer units; and Engineer Training Center units. Leaders of these organizations must be well versed in basic Engineer branch and combat engineer skills.

*c. Assignments.* At the company grade level, all officers are considered general Engineer officers (21A) and are managed by PERSCOM OPMD Engineer Branch assignment managers. Thus, any company grade Engineer officer can serve in AOC 21A, 21B or 21D company grade designated positions. At the completion of a company grade officer's branch qualification assignment, Engineer officers will serve in a wide variety of positions throughout the military, to include branch/functional area generalist (formerly branch immaterial), functional area, and other Engineer billets. Engineer captains are encouraged to seek assignments in their preferred area of concentration to prepare for assignments as field grade officers.

*d. Engineer officer development.*

(1) *Lieutenant.*

(a) *Branch qualification.* Engineer lieutenants must serve a minimum of 12 months in a troop leading position.

(b) *Education.* All Engineer lieutenants must successfully complete the Engineer Officer Basic Course (EOBC). Special training, e.g., Airborne, Ranger, etc., to support an officer's initial assignment may follow EOBC. All Engineer lieutenants should have a minimum of 60 credit hours towards a bachelor's degree. Officers should devote time to a career long professional reading program to broaden their professional perspective.

(c) *Leader development and command preparation.* Lieutenants should seek positions where they are responsible for leading soldiers and should focus on acquiring and refining troop leading and Engineer branch specific skills. Lieutenants should gain a thorough knowledge of platoon level operations and a basic knowledge of combined arms principles, coordination, logistical operations and company administration.

(d) *Assignments.* Engineer officers will serve in company level positions to gain leadership experience, enhance technical and tactical competence and, when appropriate, complement this service with staff experience at the battalion level. Typical duty positions include Engineer platoon leader, company executive officer or training officer in training center units, and battalion staff officer.

(2) *Captain.*

(a) *Branch qualification.* Captains must complete the Captains Career Course and successfully command a company for a minimum of 12 months.

(b) *Education.*

(1) *Military education.* Engineer captains will attend both phases of the Engineer Captains Career Course, at about the 4th year of service, to prepare for company level command and duties at battalion or higher levels. Some Engineer officers may attend another branch's Captains Career Course. The credit earned from attendance at another branch's course is the same as having attended the Engineer course. Special training, e.g., Airborne, Ranger, etc., to support an officer's next assignment, may follow the completion of the Captains Career Course.

(2) *Civil education.* All officers are required to obtain a baccalaureate degree prior to attending the branch Captains Career Course, but not before their 3d year of commissioning, IAW Title 10 USC 12205. The Army has many programs that provide officers the opportunity to earn baccalaureate and advanced degrees fully funded, full-time or off duty. The Advanced Civil Schooling (ACS) is a fully funded program that supports advanced degree requirements for certain branches and functional areas, including the USMA Instructor Program. The Cooperative Degree Program (CDP), such as the one with University of Missouri at Rolla taken during the Engineer Captains Career Course, and the Degree Completion Program (DCP) program are full-time study programs that provide an officer the opportunity to obtain an advanced degree at his/her own expense. Additionally, an officer can obtain an advanced degree at his/her own expense off duty. A full explanation and eligibility requirements for these programs are contained in AR 621-1.

(c) *Leader development and command preparation.* Captains should prepare for and seek company level command. Engineer officers who successfully serve with troops as lieutenants and have completed the Captains Career Course are basically considered ready for assignments as company commanders. Successful command of a company, for a minimum of 12 months, is required for branch qualification. The goal is to allow Engineer officers to serve in company command 15 to 18 months for continued professional development and to enhance unit cohesion. Typically, Engineer officers will have the opportunity to serve in an Engineer position on a battalion or brigade staff to further prepare for command. Officers should possess a thorough knowledge of company level operations and knowledge of combined arms principles, coordination, logistical operations and battalion administrative requirements.

(d) *Assignments.*

(1) Following company command, Captains can expect to serve in a wide variety of assignments, consistent with the needs of the Army. These include: observer/controller at one of the Combat Training Centers; small group instructor at one of the TRADOC schools; Active Component/ Reserve Component (AC/RC) positions; project officer in a USACE district; service in a DPW; functional area positions; branch/functional area generalist assignments, e.g., ROTC instructor, USAREC, USMA faculty and staff, etc.; other nominative assignments, e.g., Allied service school exchange officer, etc.; or Advanced Civil Schooling (based on functional area or overall Army requirements). Captains are encouraged to seek those assignments which best meet their personal and professional desires for future service as field grade officers.

(2) Between their 5th and 6th years of service, all Engineer officers will undergo functional area (FA) designation. The formal designation of FAs is based upon the needs of the Army, officer preference, military experience and, in some cases, Advanced Civil Schooling. Some FAs have extensive educational requirements. Engineer officers can also be accessed into the Army Acquisition Corps. Captains may receive assignments in their functional area after branch qualification.

(3) *Major.*

(a) *Branch qualification.* Majors must complete CSC schooling requirements and successfully serve a minimum of 12 months in any of the following positions: battalion, brigade or group executive officer (XO); battalion, brigade or group operations officer (S3); assistant division engineer (ADE); cavalry regimental engineer; deputy district engineer (DDE) of a USACE district; or director of public works (DPW).

(b) *Education.* All majors should complete Command and Staff College (CSC) schooling (MEL 4) prior to consideration for promotion to lieutenant colonel. All Engineer majors should continue self-development efforts to become experts in all aspects of Engineering to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training.

(c) *Leader development and command preparation.*

1. Officers will undergo a Career Field Designation Board (CFDB) upon selection for promotion to major. Officers will be designated into one of the four Career Fields: Operations, Operational Support, Information Operations or Institutional Support. After Career Field designation, officers will serve and compete for promotion only in their designated Career Field and will be managed by their branch or functional area assignment officers at OPMD.

2. Engineer majors who are designated into the Operations Career Field should seek assignments in the Engineer regiment to increase diversity and gain a greater understanding of the entire spectrum of the Engineer branch. While 12 months in a designated branch qualifying assignment is the minimum for branch qualification, the goal is to allow officers to serve 18 to 24 months for continued professional development and to enhance unit cohesion.

(d) *Assignments.* Engineer majors in the Operations Career Field can expect to serve in Engineer and/or branch/functional area generalist positions. Engineer assignments include the branch qualifying positions listed above, Army/MACOM/installation staff engineer, joint staff, observer/controller or AC/RC. Branch/functional area generalist assignments can include Army or joint staff, AC/RC, ROTC, USMA faculty and staff, USAREC or Inspector General billets.

(4) *Lieutenant colonel.*

(a) *Branch qualification.* All Engineer lieutenant colonels are considered branch qualified after serving a minimum of 12 months in an Engineer coded position.

(b) *Education.* Officers should continue their self-development and complete resident Senior Service College (SSC) instruction or the nonresident U.S. Army War College Distance Education Course, if selected by a HQDA board.

(c) *Leader development and command preparation.* Leader development for lieutenant colonels is accomplished through the assignment process and self-development. Officers should continue to pursue opportunities for self-development through professional, technical leadership programs. Selection for lieutenant colonel level command is extremely competitive. All promotable majors and lieutenant colonels are eligible to compete for lieutenant colonel level command. Selection is based primarily on the officer's experience, qualifications, overall performance and personal preference. Officers will be allowed to select the categories in which they desire to compete, or in which they wish to decline consideration. The centralized selection boards will select officers in a given category based on HQDA guidance, and PERSCOM will slate officers to specific units within the categories. The HQDA Command Selection List (CSL) designates commands into four functional categories:

1. *Tactical.* This includes TOE engineer battalions. The majority of Engineer lieutenant colonel commands are in this category.

2. *Training and Strategic Support.* TRADOC engineer battalions and lieutenant colonel USACE engineer districts are in this category.

3. *Institutional.* Garrison command and USAREC battalion commands are in this category.

4. *TRADOC System Manager (colonels only).*

(d) *Assignments.* The objective of lieutenant colonel assignments is for officers to continue to provide a valuable contribution to the branch, Army and our nation based on their unique experiences and qualifications. Officers desiring to contribute in the tactical arena should focus on positions such as brigade executive officers, Combat Training Center (CTC) trainers, and staff officers at corps/division/MACOM level and on the Army/DOD/joint staffs. Likewise, those officers desiring to contribute in the facilities/construction management arena should focus on positions as DPW's, deputy division commander, deputy director of civil works or military programs at HQ USACE, or as a primary staff Engineer on the MACOM/HQDA/joint staff. Additionally, officers will have the opportunity to continue to contribute by serving in any of a myriad of key branch/functional area generalist positions at service schools, as ROTC Professors of Military Science, in AC/RC support positions, and at senior level staff Engineer positions throughout the Army and DOD.

(5) *Colonel.*

(a) *Branch qualification.* All Engineer colonels are considered branch qualified once they have served a minimum of 12 months in an Engineer coded position.

(b) *Education.* Officers should complete SSC (MEL1), either resident or nonresident.

(c) *Leader development and command preparation.* Selection for colonel level command is extremely competitive. The HQDA CSL designates commands into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Selection is based primarily on the officer's experience, qualifications, overall performance and personal preference. Officers should continue to pursue self-development through professional, technical, managerial and leadership programs and assignment opportunities.

(d) *Assignments.* The Engineer colonel is the architect of the future. Engineer colonels serve across a broad spectrum of Engineer branch specific positions, such as directors at the Engineer School or USACE, and executive level positions on corps, division, MACOM, joint, DOD and Army staffs. Engineer colonels can also expect to serve in key branch/functional area generalist positions throughout the Army. The range of possible assignments is vast.

e. *Branch/functional area generalist assignments.* Officers, captains and above, can expect to serve in branch/functional area generalist assignments, such as IGs and instructors, that may or may not be directly related to the Engineer branch, but are important to the Army.

f. *Joint assignments.* Engineer officers are considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to officers for advancement to senior leadership positions.

g. *Other assignments.* Engineer officers may be assigned to organizations and duties beyond those discussed previously. These assignments include the White House Fellow program and duty with the National Security Council or the United Nations, as well as Engineer branch representatives at Allied service schools. The spectrum of possible assignments is broad and is characterized as highly responsible, important and requiring mature, skilled and well grounded officers.

## 16–4. Assignment preferences and precedence

a. *Preferences.* Engineer branch has diverse assignment opportunities. Officers should submit preferences that enable them to achieve their career goals. Officer assignments will be influenced by

Army requirements, assignment preferences and personal considerations, e.g., Exceptional Family Member Program (EFMP), joint domicile, etc.

*b. Precedence.* Assignment to developmental leadership positions will have precedence, but there is flexibility in the sequence of assignments. Typically, Engineer officers should seek assignments in the following order: Engineer Officer Basic Course, platoon leader, company executive officer or training officer in training units, battalion staff, Captains Career Course, company command, brigade or division staff, nominative assignment/USACE, CSC, battalion S3 or XO/brigade or group S3/assistant division engineer/ regimental engineer/engineer training support battalion S3 or XO/ USACE deputy district engineer/installation DPW (as a major), battalion level command, SSC, and brigade level command.

## 16–5. Duration of critical officer life cycle assignments

*a. Key Engineer branch qualification positions.* Engineer captains serve as company commanders for a minimum of 12 months for branch qualification; while the goal is to allow them to serve 15 to 18 months for continued professional development and to enhance unit cohesion. The OPMS XXI goal is for majors to spend three years in a unit or district with two years spent in a critical branch qualifying job, i.e., battalion/ brigade/group XO or S3, assistant division engineer, installation DPW or USACE deputy district engineer. Lieutenant colonels and colonels will serve two years in battalion, brigade and district commands. Officers selected for garrison command may have command tours extended up to three years.

*b. Engineer branch life cycle.* Figure 16-1 depicts the Engineer branch timeline with branch qualifying positions and developmental assignments.

## 16–6. Requirements, authorizations and inventory

The numbers of authorized Engineer billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers who want more information on Engineer branch authorizations or inventory, by grade, are encouraged to contact the Engineer proponency office or PERSCOM OPMD Engineer Branch assignment officer.

## 16–7. Key officer life cycle initiatives for Engineer

*a. Structure.* This pamphlet assumes no significant changes to the structure of engineer organizations through FY 2006. There may be changes to the authorizations of engineer units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Officers will continue to be accessed into Engineer branch through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning into the Engineer branch.

*c. Distribute.* Under OPMS XXI tour lengths of assignments will be longer, and officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors should receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to Engineer branch; branch officers in the Operations Career Field will work only in branch or branch/functional area generalist positions. Engineer branch officers designated in another Career Field will no longer serve in Engineer branch billets.

*d. Deploy.* Engineer branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Engineer officers must be deployable to accomplish missions across the full spectrum of conflict. Engineer officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as

individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Engineer branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of four major actions that affect officer career development.

(1) *Career Field designation.* Officers will be designated into Career Fields after selection for promotion to major. Officers will be designated into one of four Career Fields: Operations, Operational Support, Information Operations and Institutional Support.

(2) *Promotion.* The institution of Career Field based promotion boards is a fundamental change. Engineer field grade officers, who remain in the Operations Career Field, will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and functional area. Additionally, the percentage of below-the-zone (BZ) promotions will range from 5 to 7.5 percent of the total selected for promotion. Officers will be eligible for BZ promotion one time for each grade.

(3) *Command.* Engineer branch commanders will continue to be centrally selected for command. All Engineer officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional and TRADOC System Managers. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process are published in the Command Selection List (CSL).

(4) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting at the rank of captain, the rater and senior rater will recommend a Career Field for rated officers which best suits their abilities and interests.

*f. Develop.*

(1) Self-development continues to be an essential component of officer development. The branch's goal is to professionally develop its officers in all aspects of engineer operations while optimizing the education and experience of officers with respect to assignment utilization.

(2) Development occurs through the Army school system, and all officers selected for major should complete either resident or nonresident MEL 4 training. Colonels not picked for resident SSC should complete MEL 1 training by applying for the U.S. Army War College Distance Education Course if selected for the course by a HQDA board.

*g. Separate.* The officer separation process remains unchanged.

## 16–8. Engineer Reserve Component officers

*a. General career development.* The Engineer Reserve Component (RC) officer plays an important role in the Corps of Engineers. The wartime effectiveness of the Corps of Engineers is dependent upon the quality of the Engineer officers in USAR and ARNG units, as well as the Individual Ready Reserve (IRR). Additionally, the quantity and quality of training that RC Engineer officers receive prior to mobilization dictates to a large extent their wartime effectiveness. RC Engineer officer development objectives and qualifications basically parallel those planned for their Active Component (AC) counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

*b. Branch qualification and development opportunities.*

(1) Even though RC Engineer officers are limited by geographical considerations, they should strive for Engineer assignments that yield the same developmental opportunities as their AC counterparts. RC career progression is often constrained by the geographic dispersion of units. There may not be sufficient positions in a geographic area to continue in Engineer assignments. Therefore, planned rotation into progressively challenging engineer positions by RC commands is essential to producing the best qualified Engineer officer. To meet professional development objectives in the USAR, Engineer officers must be willing to rotate between Troop Program Units (TPU), the IRR and the Individual Mobilization Augmentee (IMA), Joint Reserve Unit (JRU), IRR-Augmentee

(IRR-A), and Active Guard Reserve (AGR) programs. ARNG Engineer officers should contact their state personnel officer to ensure they can meet their professional development objectives. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions, or to complete Professional Military Education (PME) requirements. Transfers within a component will normally be temporary, and should not be seen as impacting negatively on an officer's career. The success of an RC Engineer officer is not measured by length of service in any one component or control group, but by the officer's breadth of experience, duty performance and adherence to branch requirements. Officers may elect to apply for a functional area beginning at the rank of captain. For additional guidance on RC officer development, see chapter 7.

(2) Engineer officers in the IRR may find assignments in reinforcement units (RTU); IMA positions in AC organizations, installations or HQDA agencies; and tours of Active Duty for Special Work (ADSW), Annual Training (AT) or Temporary Tour on Active Duty (TTAD). Assignment in the IRR can also be used for completing PME requirements.

(3) Typical assignments could include:

(a) Engineer TPUs or Engineer positions in other than engineer units.

(b) IMA program which provides officers the opportunity to train in the positions they will occupy upon mobilization.

(c) Counterpart Training Program.

(d) Positions in JRUs.

(e) IRR-A program.

(f) AGR tours where officers serve full-time in support of either the USAR or ARNG. They receive the same benefits as AC officers, including the opportunity for retirement after 20 years of active federal service.

*c. Life cycle development model.* Professional development requirements are normally satisfied by attendance at military schools combined with planned, progressive assignments in engineer units or positions. To be considered a branch qualified Engineer officer at each grade, the length of service in a given position is not the focus; the key is assignment diversity and sufficient time served during each assignment to develop branch competence. The following standards should be met:

(1) *Lieutenant.*

(a) Successfully complete EOBC by the end of the second year (USAR) or 18 months (ARNG) of commissioned service.

(b) Obtain a baccalaureate degree from an accredited college or university. This is required for promotion to captain.

(c) Serve in leadership and other Engineer assignments, such as staff positions at battalion level, for a minimum of 24 months.

(d) Actively participate in professional reading programs and continued corresponding studies.

(2) *Captain.*

(a) Successfully complete EOAC (either AC (Captains Career Course) or RC curriculum) and CAS3; CAS3 is a requirement for promotion to major.

(b) Serve in at least one Engineer staff position for a minimum of 24 months.

(c) Successfully command a company (highly desirable, but not mandatory).

(d) Captains should continue to broaden their understanding of warfighting through enrollment in correspondence courses and other independent study.

(3) *Major.*

(a) Successfully complete at least 50 percent of CSC.

(b) Serve a minimum of 24 months in at least one Engineer staff position.

(c) Even though not a requirement for promotion to lieutenant colonel, officers are encouraged to obtain a master's degree from an accredited college or university.

(4) *Lieutenant colonel.*

(a) Successfully complete CSC within three years after promotion to lieutenant colonel.

(b) Serve a minimum of 24 months in at least one Engineer staff position.

(c) Be selected to attend resident or nonresident Senior Service College.

(d) Successfully command a battalion (highly desirable, but not mandatory).

(5) *Colonel.* Serve in at least one Engineer staff officer position for a minimum of 24 months.

(6) For further guidance on training participation and credit, see chapter 7 and the RC life cycle development model for Engineer officers shown at figure 16-2.



**Figure 16-1. Engineer life cycle development model (Active)**



**Figure 16-2. Engineer life cycle development model (Reserve)**

**Chapter 17**
**Signal Corps Branch**

**17–1. Unique features of Signal Corps branch**
  *a. Unique purpose of Signal Corps branch.* Signal Corps (branch code 25) provides an inventory of officers in the Operations Career Field (OPCF) with the requisite aptitude, training and experience necessary to plan, install, integrate, operate and maintain the Army's strategic, operational and tactical communications infrastructure and voice and data information systems, services and resources in support of wartime and peacetime operations. The Signal Corps provides seamless, secure, consistent and dynamic information systems at all levels of command from the fighting platform to the sustaining base in support of Army, joint and multinational warfighting missions. Information systems operation is integral to the command and control of Army and joint forces in every operation, and thus, is the essential element of information dominance on the modern battlefield. The Chief of Signal exercises personnel proponent responsibility over two interrelated functional areas (FA) in the Information Operations Career Field (IOCF): Information Systems Engineering (FA 24) and Information Systems Management (FA 53). FA 24 and FA 53 are affiliated with the Signal Regiment.
  *b. Unique functions performed by Signal Corps branch.* The Signal Corps is the linchpin for the Army's ability to achieve information dominance in the 21st Century. Signal Corps officers are responsible for the Army's information systems. From the tactical to strategic to sustaining base levels, the rapidly increasing complexity of this field is rivaled only by the growth of information technology. The ability to process and rapidly exchange information is one of the most critical elements in the effectiveness of today's modern military force. Every weapon, command and control, and service support system is increasingly dependent on communications and information systems to function properly. For these systems to be effective, each system must be accessible to a number of networks. It is a focus of the Signal Corps to provide these multiple connections across a multitude of platforms. In support of division, corps, and theater combined arms operations, the Signal Corps installs, operates and maintains a myriad of state-of-the-art, real time voice and data tactical information systems to provide information services to all elements on the battlefield. At the strategic level, the Signal Corps installs, operates and maintains the Army's portion of the Defense Information System Network (DISN) and its interface with tactical signal elements at theater and corps. Together with its Air Force and Navy counterparts, the Signal Corps manages and directs the joint operation of the global military information networks serving the Department of Defense and the National Command Authority. In support of sustaining base operations, the Signal Corps installs, manages, operates and maintains a variety of information systems and provides information services on all Army posts, camps and stations.
  *c. Unique features of work in Signal Corps branch.* Today's Signal officers encounter unprecedented challenges that test their tactical and technical abilities. Commensurate with these challenges are tremendous opportunities for advancement and personal satisfaction. Inherent with the Signal Corps missions are command, supervisory, managerial and technical leadership for the installation, operation, administration and maintenance of information systems in both fixed and mobile configurations. From the foxhole to the White House, Signal officers plan, direct, control and manage signal support at all levels—tactical, strategic and sustaining base operations. To support the aforementioned task, the Signal Corps officer works at all levels of command and staff to perform the following functions:
  (1) Commands signal units engaged in the installation, operation, administration and maintenance of information systems supporting tactical, theater, strategic and sustaining base operations.
  (2) Plans, coordinates and supervises the training, administration, operation, supply, maintenance, transportation, security activities and allocation of resources for signal units and facilities.

  (3) Manages or supervises specific automated systems or nodes in data or communications networks supporting tactical, theater, strategic or sustaining base operations.
  (4) Provides detailed technical direction and advice to commanders, staffs and other command, control, communications and computer users (C4) at all echelons on the installation, operation and maintenance of distributed database systems, teleprocessing systems and data communications supporting battlefield automated systems.
  (5) Within maneuver units, such as infantry or armor battalions or brigades, serves with their combat arms counterparts as Signal platoon leaders and as staff and technical advisors (S6) to the commander.
  (6) Within signal units, serves as platoon leaders, company commanders, supply and maintenance officers, operations officers, executive officers, other staff officers and battalion/brigade commanders.
  (7) At major command (MACOM), Department of the Army (DA), and Department of Defense (DOD) levels, serves as staff and as joint duty officers planning, managing and operating information systems around the world.
  (8) Develops doctrine, organizations and equipment for the signal mission area.
  (9) Serves as instructors and training developers at the Signal Center, other branch schools and combat training centers.
  (10) Serves as instructors at precommissioning programs, military academies, service Signal schools and service colleges.
  (11) Performs duties as Signal advisors to U.S. Army Reserve (USAR) and Army National Guard (ARNG) organizations.

**17–2. Officer characteristics required**
The Signal Corps requires officers skilled in leadership at all levels; well grounded in signal tactics, techniques and procedures; who are dynamic and competent; and who possess the following characteristics:
  *a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.
  (1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).
  (a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.
  (b) *Duty.* Fulfill your obligations.
  (c) *Respect.* Treat people as they should be treated.
  (d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.
  (e) *Honor.* Live up to all the Army values.
  (f) *Integrity.* Do what's right, legally and morally.
  (g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.
  (2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a) Mental attributes* describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b) Physical attributes* specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c) Emotional attributes* are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

*(3) Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a) Interpersonal skills* reflect competence in communicating with people.

*(b) Conceptual skills* refer to competence in handling ideas.

*(c) Technical skills* reflect competence with things.

*(d) Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

*(4) Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Decision making skills.* Signal officers must be well grounded in troop leading skills as well as managerial and technical skills.

(2) *Tactical and technical skills.* Signal officers must also have an understanding of the Army's information system networks and how to provide connectivity between different information systems (other services). To help in this understanding, many Signal officers obtain additional degrees in some type of information related discipline. Signal officers must be technically proficient with branch and mission unique equipment, tools and systems. Signal mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c. Unique knowledge.*

(1) Officers in Signal branch have never faced greater challenges than today. Society and DOD have grown increasingly dependent upon information and related systems. Signal officers must aggressively pursue knowledge about existing and future information systems and technology. Additionally, all Signal officers should strive both on and off duty to learn as much as possible about technology management, telecommunications, automation and the Global Information Infrastructure. These technologies have migrated into our daily lives to the extent that all systems, tactical to strategic, must be interoperable. As Signal officers progress through their careers, their knowledge of combined arms, reserve operations, joint and multinational operations, and communications systems also becomes critical.

(2) Officers must possess expert knowledge of signal, combined arms and signal support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations and the employment of direct and indirect fire weapon systems.

(3) Officers gain this knowledge through a logical sequence of continuous education, training, and experience, sustained by mentoring.

(4) Individual officers sustain knowledge through institutional training and education, duty in operational assignments, and continuous self-development.

*d. Unique attributes.*

(1) *Personal attributes.* Signal officers must be warfighters who always display and encourage Army values in all that they do and train. Branch specific attributes include creative thinking, critical reasoning and self-development. Officers in this field must also meet the ever increasing technical demands of the information technology field; therefore, attributes such as initiative, ability to exploit change and technology management are desirable.

(2) *Task orientation.* Work focuses on the successful accomplishment of the mission. Process is important but results count. Tasks performed by units are inseparable and outputs are produced primarily by teams.

(3) *Multifunctionality.* At the field grade level, Signal officer work is branch oriented but becomes increasingly multifunctional—first within the career field and eventually as the officer become more senior, across systems/skills that cross several career fields. Officers must develop and utilize a diverse set of skills as they move between branch leadership positions in tactical, joint and sustaining base positions, and as they serve in branch/functional area generalist assignments.

(4) *Terrain.* Terrain sense—the ability to quickly judge terrain. Signal officers must be able to visualize the battlefield and determine how best to employ signal assets. This process involves map reading, terrain association and knowing the range capability of their systems.

## 17–3. Critical officer developmental assignments

*a. Branch qualification and development.*

(1) *Lieutenant.*

*(a)* After completing the Signal Officer Basic Course (SOBC), lieutenants are normally assigned to signal battalions at company level to gain troop leading experience and to enhance technical and tactical competence. However, due to a shortage of Signal officers, some seasoned lieutenants are assigned to captain positions as battalion Signal officers (S6) in combat arms, combat support and combat service support units.

*(b)* Lieutenants should expect to serve in company level positions to develop leadership, signal skills and, when appropriate, to complement this with staff experience at battalion level. Typical duty positions include platoon leader, company executive officer, company operations officer, signal battalion staff officer, and as the Signal officer of a non-signal battalion (S6).

*(c)* The focus during this phase should be on acquiring and refining troop leading, coordination, logistics, technical and administrative skills, as well as the branch unique technical skills required to plan, install, operate, and maintain signal equipment and systems. In addition to branch unique tasks, Signal lieutenants should also become proficient in common core tasks. Before promotion to captain, officers should possess an excellent knowledge of the Signal branch and a basic knowledge of combined arms principles. This includes practical experience in signal activities and missions, and in tactics and combined arms operations.

*(d)* Upon return to the Signal Corps, branch detailed officers must attend the Signal Branch Qualification (SBQ) Course and obtain one year of experience in an operational signal assignment before being considered branch qualified as a lieutenant. After completing SBQ, detailed officers are developed in the same manner as their non-detailed counterparts.

*(e)* Typical developmental assignments include:

*1.* Platoon leader.

*2.* Company XO.

*3.* Signal battalion staff.

*4.* S6, non-signal battalion.

(2) *Captain.*

(a) For branch qualification, a Signal captain must successfully complete both the branch training and staff process phases of the Signal Captains Career Course (SCCC) and serve at least 12 months as a company, detachment or rear detachment commander.

(b) Captains should aggressively prepare for and seek company level command and assignments as battalion or brigade Signal officers, battalion level principal staff and brigade level staff officers, service Signal school instructors, and combat training center observer controller/evaluators (OC/Es).

(c) Branch qualified captains can also expect assignments consistent with the needs of the Army. These include:

*1.* Branch/functional area generalist positions (e.g., U.S. Army Recruiting Command staff, Reserve Officers' Training Corps (ROTC) instructor, USMA faculty and staff or Active Component/Reserve Component (AC/RC) duty).

*2.* Functional area positions.

*3.* Advanced Civil Schooling (based on branch, functional area or overall Army requirements).

(d) Captains should continue to gain an in-depth understanding of combined arms operations and become proficient in both the Signal branch and common core tasks. These tasks provide the foundation of knowledge required to effectively serve in the branch as a leader at the company and battalion level in all aspects of signal operations and in leading Signal soldiers. Captains gain a working knowledge of command principles, battalion level staff operations and combined arms and signal operations at the battalion to brigade levels.

(e) Most captains undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of FA is based upon the needs of the Army, officer preference, military experience and civilian schooling. The Chief of Signal is the proponent manager for FA 24 (Information Systems Engineering) and FA 53 (Information Systems Management). For more information on FA 24 and FA 53, see chapters 38 and 43 respectively.

(f) Typical developmental assignments include:

*1.* Company, detachment or rear detachment command.

*2.* S6, non-signal battalion.

*3.* Signal battalion/brigade/theater command staff.

*4.* Signal staff officer at MACOM/HQDA/joint/multinational/DOD level.

*5.* Combat training center observer/controller (CTC O/C).

*6.* Instructor/combat developer, TRADOC school/USMA.

*7.* AC/RC support.

*8.* Functional area.

(3) *Major.*

(a) All promotable captains will undergo a Career Field Designation Board upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Signal majors will have an opportunity to seek assignment into one of the four Career Fields: Operations Career Field (See Chapter 9, Part Two), Institutional Support Career Field (See Chapter 29, Part Three), Information Operations Career Field (See Chapter 37, Part Four), and Operational Support Career Field (See Chapter 45, Part Five.). After promotion to major, officers will develop and compete for promotion only within their designated Career Field. Assignments after promotion to major will be managed at PERSCOM by Signal Branch for Signal officers in the Operations Career Field and by the Functional Area Management and Development Division (FAMDD) for other Career Fields. Signal officers who remain in the Operations Career Field will receive both branch assignments and branch/functional area generalist (formerly branch immaterial) assignments.

(b) To be branch qualified and competitive for lieutenant colonel and battalion command, all majors must complete Command and Staff College (CSC) and successfully serve in one or more of the following positions:

*1.* Brigade/group/regimental Signal officer (S6).

*2.* Battalion or brigade executive officer (XO).

*3.* Battalion or brigade operations officer (S3).

*4.* Major (O4) level command.

*5.* Assistant division Signal officer (ADSO).

*6.* Deputy G6 (deputy division Signal officer).

(c) Officers can expect to spend up to possibly 3 years on station and should strive to serve an aggregate total of 18 months in one or more of the critical branch qualifying positions. Twelve (12) months aggregate time is considered minimum essential for major level branch qualification. Those officers selected for the School of Advanced Military Studies (SAMS) will serve at corps and division headquarters as planners.

(d) Majors should continue self-development efforts to become an expert in all aspects of signal coordination to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(e) Typical developmental assignments include:

*1.* Brigade/group/regimental Signal officer (S6).

*2.* Signal battalion executive officer (XO).

*3.* Signal battalion operations officer (S3).

*4.* Major (O4) level command.

*5.* Assistant division Signal officer (ADSO).

*6.* Deputy G6 (deputy division Signal officer).

*7.* Signal brigade/theater signal command staff.

*8.* Joint/multinational/DOD/Army staff/MACOM staff.

*9.* Combat training center observer controller (CTC O/C).

*10.* Command and General Staff College (CGSC) faculty and staff.

*11.* Service Signal school instructor.

*12.* Reserve Component (RC) support.

*13.* Key branch/functional area generalist positions such as USMA faculty and staff, IG and ROTC.

(4) *Lieutenant colonel.*

(a) Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. Critical Signal branch qualifying assignments for lieutenant colonels include the following:

*1.* Battalion command.

*2.* Brigade S3/XO/deputy commander.

*3.* Division G6/deputy corps G6.

*4.* ROTC battalion commander.

(b) Typical developmental assignments include:

*1.* Battalion command.

*2.* Signal brigade S3/deputy commander.

*3.* Division G6/deputy corps G6.

*4.* Theater signal command staff

*5.* MACOM/joint/multinational/DOD/Army staff.

*6.* Service Signal school staff.

*7.* Reserve Component (RC) support.

*8.* ROTC battalion command (Professor of Military Science).

*9.* Director of Information Management (DOIM), corps/division/installation.

(c) Twelve (12) months aggregate time is considered minimum essential for lieutenant colonel level branch qualification.

(5) Colonel.

(a) Critical Signal branch qualifying assignments for colonels include the following:

*1.* Brigade command.

*2.* TRADOC System Manager (TSM).

*3.* Garrison command.

*4.* Corps G6.

(b) Typical developmental assignments include:

*1.* Brigade command (signal brigade, training brigade or garrison command).

*2.* TRADOC System Manager (TSM).

*3.* Corps G6.

*4.* Chief of staff/deputy chief of staff, theater signal command/installation.

*5.* Signal coordinators at echelons above corps.

*6.* MACOM/joint/multinational/DOD/Army staff.

*7.* Deputy Chief of Staff for Information Management (DCSIM), O&M MACOM (G6).

*(c)* Twelve (12) months aggregate time is considered minimum essential for colonel level branch qualification.

*(d)* The goal is to have all officers selected for colonel complete the Senior Service College.

*b. Branch/functional area generalist assignments.* Officers above the rank of lieutenant can expect to serve in assignments that may or may not be directly related to the Signal branch but which are important to the Army. These positions are used to fill Army requirements as well as integrate officers into the total Army concept. The following are examples of such positions:

(1) Inspector General.

(2) ROTC Assistant Professor of Military Science (APMS).

(3) Aide-de-camp.

(4) USMA faculty and staff.

*c. Joint assignments.* Signal officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

*d. Other assignments.* Signal officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellows, duty with the National Security Council, the United Nations, as well as Signal branch representatives at allied service Signal schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled officers.

## 17–4. Assignment preferences and precedence

*a. Preferences.* Preferably, a Signal major should serve 18 months in branch qualifying positions, then strive to serve in joint assignments such as the Joint Staff, Unified Command staff, Defense Information Systems Agency (DISA) and Defense Intelligence Agency (DIA). Selected majors may be required to serve in a joint position or branch/functional area generalist assignment before branch qualification. Lieutenant colonels and colonels should expect to alternate between command and MACOM/joint/DOD/multinational staff assignments. Under OPMS XXI, some technically qualified lieutenant colonels not selected for command may be allowed to crossover to another Career Field if the transfer fills a valid Army need. Crossovers to other Career Fields will be minimal.

*b. Precedence.* It is crucial that officers receive an opportunity for company grade development with troops. Typically, this will be platoon leader time followed by battalion staff and/or battalion Signal officer (S6) for a tactical combat/combat support/combat service support battalion. Company command remains the stepping stone for selection to field grade. At the field grade level, branch qualification positions are command, battalion/brigade S3, executive officer, and assistant division Signal officer (ADSO)/deputy division Signal officer (G6), before battalion command and battalion command before brigade command.

## 17–5. Duration of critical officer life cycle assignments

*a. Key Signal Corps Branch qualification positions.* Key branch qualification requirements apply in Signal branch (Operations Career Field). Company level command, battalion and brigade XO and S3, special operations forces/regimental Signal officer, separate and maneuver brigade Signal officer (S6), field grade command, and assistant division Signal officer (ADSO)/deputy division Signal officer (deputy G6) are the preferred positions. What is new under OPMS XXI is the greater amount of time officers will spend in these jobs. It is expected that these officers will remain on station for 3 years. This should permit increased time in those branch qualifying positions outlined above. Twelve (12) months remains the minimum essential time required to attain branch qualification.

*b. Signal branch life cycle.* Figure 17-1 displays a Signal branch life cycle with branch qualifying and other developmental positions.

## 17–6. Requirements, authorizations, and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Signal branch officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized Signal billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on the Signal Corps branch authorizations or inventory are encouraged to contact the personnel proponent office at Fort Gordon (Office Chief of Signal) or their assignment officer at PERSCOM.

## 17–7. Key officer life cycle initiatives for Signal Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of signal organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Signal officers are acquired as accessions from either the United States Military Academy, ROTC or Officer Candidate School. ROTC is the primary commissioning source for Signal officers. While the Signal Corps remains open to all disciplines, the increasing demands of information technology requires more and more officers with technical degrees. Additionally, the Signal Corps is a donor branch to the branch detail program. This results in some Signal lieutenants working in another branch (primarily combat arms) for a 2 year detail before returning to Signal branch for training and assignment.

*c. Distribute.* A major objective of OPMS XXI is balancing the Signal inventory to authorization as well as stability for units and officers. Careful scrutiny of these positions is necessary to insure the right officer is assigned to the right job. All company grade officers and field grade officers designated in the Operations Career Field are managed by Signal branch at PERSCOM. Field grade officers designated in a Career Field other than the Operations Career Field are managed by the PERSCOM Functional Area Management and Development Division (FAMDD).

*d. Deploy.* Signal branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Signal Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Signal officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Signal branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Signal branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Signal Corps commanders (battalion and higher) will continue to be centrally selected for command. All field grade command opportunities are in the Operations Career Field; therefore, officers in any of the other three Career Fields are not eligible for command. Commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting

the category or categories in which they desire to compete for command, while declining competition in other categories.

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* The development of Signal Corps officers will continue as it is today. The development through the company grade years is expected to remain the same under OPMS XXI; however, functional area designation may take on added significance, especially for those considering leaving the operational track. Additionally, to those Captains who are selected to serve in a functional area, their performance becomes more important because it could be a key factor in their later Career Field designation into that functional area. Regardless of an officer's Career Field aspirations, each job must be performed to the best of his or her ability to insure promotion to the next higher grade. Under OPMS XXI, selection for promotion to major precedes selection for a Career Field designation.

*g. Separate.* The officer separation process remains unchanged under OPMS XXI.

## 17–8. Signal Corps Reserve Component officers

*a. General career development.* The Reserve Component (RC) Army National Guard (ARNG) and U.S. Army Reserve (USAR) Signal officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a significant challenge for professional development. To fulfill its wartime mission of providing collective, integrated and synchronized use of information systems, the Signal Corps is dependent upon extensive interaction between the AC and the RC. The quality of the Signal Corps officers in the ARNG and USAR Signal Corps units, as well as the Individual Ready Reserve (IRR), is tantamount in supporting this mission. For guidance on Reserve Component officer development, see chapter 7.

*b. Branch qualification and development opportunities.*

(1) The Signal Corps officer in the RC has a challenging and complex mission. Inherent with the Signal Corps mission is command, supervisory, managerial and technical leadership for the engineering, acquisition, design, programming, installation, operation and maintenance of information systems in both fixed and mobile configurations. He or she must be tactically and technically proficient and capable of understanding the scope of a Signal officer's duties. A requirement for proficiency in both peacetime and wartime skills usually means a wide variety of educational opportunities and challenging assignments. Planned rotation to progressively challenging Signal Corps related positions by RC commands is essential to producing the best qualified Signal Corps officer.

(2) Geographic dispersion of units constrains RC career progression. To meet professional development objectives, RC Signal officers should be willing to rotate between assignments with Troop Program Unit (TPU) organizations, IRR, Individual Mobilization Augmentee (IMA) and ARNG positions. Often there are insufficient numbers of positions in a geographic area to continue in Signal assignments. If geographic constraints are such that the assignment to a Signal position is not possible, officers should seek qualification and assignment in another branch or functional area required in the geographic region.

(3) TOE or TDA organizations host most RC Signal officer assignments, with the vast majority of positions in TOE organizations. Their duties and responsibilities are fundamentally the same as their AC counterparts except for those personnel management, administrative and operational requirements unique to the ARNG and USAR. All RC Signal assignments are open to male and female officers.

(4) Officers in the IRR may find assignments in reinforcement units (RTU), IMA positions in Active Component organizations, installations or HQDA agencies, as well as tours of Active Duty for Special Work (ADSW) or annual training. Officers may seek assignment in the IRR for completing professional military education (PME).

*c. Life cycle development model.* There are five phases of professional development for RC Signal officers. (See fig 17-2 for the RC Signal Corps life cycle model.) The phases relate to military rank and depict broadly based goals and career opportunities at each rank so that an officer may expand capabilities and optimize performance. The Signal Corps life cycle development objectives, RC requirements and an officer's own strengths, priorities and performance influence his or her professional development and branch qualification standards by grade. They are as follows:

(1) *Lieutenant.* The Signal Officer Basic Course (SOBC) is the starting point for newly accessioned Signal officers. Reserve Component officers must complete the resident SOBC by the 3rd year (USAR) or 18 month (ARNG) point of service. This course emphasizes leadership, military justice, tactics, weapons training, maintenance, supply and physical training. This course also provides basic technical information to prepare them for any Signal assignment. Upon graduation, assignment of the majority of Signal officers are made to divisional, corps and echelons above corps (EAC) level signal positions. All officers are encouraged to actively participate in professional reading programs and continued corresponding studies.

(2) *Captain.* For branch qualification as well as consideration for promotion to major, Signal officers must complete the Signal Officer Advanced Course-Reserve Component (SOAC-RC). SOAC-RC includes nonresident instruction and one ADT (Active Duty for Training) phase at Fort Gordon, Georgia. As an alternative, an officer who has completed any branch OBC or Captains Career Course may attend the Signal Corps ADT phase for branch qualification. Officers should also complete the Combined Arms and Services Staff School (CAS3) to be competitive for career progression (see chap 7). Officers are encouraged to pursue a specialty related graduate degree or specialty related industry certification program. Captains should serve a minimum of 24 months in a signal operations position.

(3) *Major.* The primary professional development objective of a Signal Corps major in the RC is to continue to strengthen Signal skills. During this phase, officers must enroll in and complete Command and General Staff College level military education or its equivalent (50 percent completion required for promotion to lieutenant colonel). Officers are highly encouraged to pursue a specialty related graduate degree or specialty related industry certification program during these years. Majors should serve a minimum of 12 months in a branch qualifying signal operations position.

(4) *Lieutenant colonel.* Lieutenant colonels can expect assignments to senior staff positions in a variety of both branch related and branch/functional area generalist positions in units, training centers and headquarters elements. State Area Command (STARC) or Regional Support Command (RSC) Designated Position Lists identify selected officers for battalion command or their equivalents during this phase. Due to the limited number of command positions available, STARC and RSC commands select very few eligible officers. A lieutenant colonel should seek professional military education at the Senior Service College (CSC) level. RC lieutenant colonels are eligible for selection to the rank of colonel upon completion of the requisite service requirements listed in chapter 7 of this pamphlet. Lieutenant colonels remain eligible for promotion as long as they continue to serve in an active status and meet selection criteria. Lieutenant colonels should serve a minimum of 12 months in a branch qualifying signal operations position.

(5) *Colonel.* The primary objective for officers during this phase is maximum use of the officer's technical and tactical capabilities, managerial skills and executive skills in positions of higher responsibility. Colonels should serve a minimum of 12 months in a branch qualifying signal operations position.

96

DA PAM 600–3 • 1 October 1998



**Figure 17-1. Signal Corps life cycle development model (Active)**



**Figure 17-2. Signal Corps life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

# Chapter 18
# Military Police Branch

## 18–1. Unique features of Military Police branch

a. *Unique purpose of Military Police branch.* The Military Police Corps is a basic branch of the Army. It is both an arm and a service whose soldiers perform combat, combat support and combat service support functions and missions. Military Police provide flexible and effective support, based on the unit's missions and the commander's priorities. These missions range from the aggressive execution of combat operations against enemy forces during wartime to law enforcement operations. MP missions are conducted both in peace and war throughout the full spectrum of Army operations.

b. *Unique functions performed by Military Police branch.* Military Police perform five functions which support force projection Army operations across the full range of military operations and in all environments. These functions and supporting actions performed during joint, multinational and interagency operations are highlighted below:

(1) *Maneuver and mobility support operations.* Military Police conduct maneuver and mobility support operations to support freedom of movement and enhance the movement of friendly resources in all environments. These activities ensure commanders have replacements, supplies and equipment when and where needed. These measures include performing route reconnaissance and surveillance, main supply route (MSR) regulation and enforcement, straggler and refugee control, intelligence collection and reporting, information dissemination, area damage control, and NBC detection and reporting.

(2) *Area security operations.* During area security operations, Military Police provide the commander with a responsive and lethal combat force to defeat enemy threats throughout the battlefield. This includes intelligence and early warning actions, security of critical assets and personnel, response force operations, base and base cluster self-defense, zone and area reconnaissance, and counter-reconnaissance activities.

(3) *Law and order operations.* Law and order operations consist of those measures necessary to enforce laws, directives and punitive regulations. Law and order operations include criminal investigations as well as those measures used to control populations and resources. A criminal threat impacts military operations and requires the commander to minimize that threat to forces, resources and operations. The activities of law and order operations provide a lawful and orderly environment for the commander. Military Police and Criminal Investigation Division (CID) law and order functional capabilities are force multipliers that enhance protection of the force across the full range of military operations.

(4) *Internment and resettlement operations.* Military Police soldiers shelter, sustain, guard, protect and account for enemy prisoners of war/civilian internees (EPW/CI), U.S. military prisoners and dislocated civilians. Military Police provide trained and equipped forces to support internment and resettlement missions during Army, joint, multinational and interagency operations. They assist and direct civilians away from ongoing military operations and ensure the rapid and safe evacuation of EPW/CIs to designated holding areas.

(5) *Police intelligence operations.* Intelligence operations consist of those measures needed to collect, analyze and disseminate information and intelligence resulting from military police operations. Whether in support of peacetime law and order operations or detecting threat forces on the battlefield, military police forces provide the commander a substantial human intelligence source and combat multiplier. Police intelligence is integrated with tactical intelligence to provide the commander a more complete and relevant intelligence picture.

c. *Unique features of work in Military Police branch.* Military Police officers work at all levels of command and staff, participating in a broad spectrum of force protection and contingency operations ranging from security assistance missions to combat operations. Military Police soldiers frequently deploy as the contingency force of choice in support of U.S. policy objectives. Military Police soldiers and units are recognized for their unique mission capabilities. These capabilities include, but are not limited to, expertise in dealing with the demands of cross-cultural operations; universal acceptability as a force focused on security and safety; and conflict resolution using minimum force techniques. These traits make military police units invaluable in supporting contingency and nation assistance operations. Additionally, Military Police officers will:

(1) Command, direct and control military police units and organizations.

(2) Provide military police coordination and liaison at all Army levels.

(3) Develop doctrine, organizations and equipment for future military police missions.

(4) Serve as instructors at various precommissioning programs, service schools and service colleges.

(5) Serve as Military Police advisors to USAR and ARNG organizations.

(6) Command, direct, supervise or manage the operation of U.S. Army Criminal Investigation Command (USACIDC) general investigative units or specialized investigative activities.

## 18–2. Officer characteristics required

The Military Police branch requires officers who are skilled in leadership at all levels; who are knowledgeable in military police tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to ensure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a) Mental attributes* describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b) Physical attributes* specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c) Emotional attributes* are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all officers. The Army recognizes that officers must develop four types of skills.

*(a) Interpersonal skills* reflect competence in communicating with people.

*(b) Conceptual skills* refer to competence in handling ideas.

*(c) Technical skills* reflect competence with things.

*(d) Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, organize to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Military Police officers must possess skill proficiency related to the individual and associated collective tasks that are part of the five Military Police functions. This includes not only knowledge of the tasks, but the ability to execute them under a variety of conditions and at progressive levels of command responsibility. Additionally, Military Police officers must possess:

(1) *Decision making skills.* Military Police officers often work in an environment where time available for problem analysis is seriously constrained and where sound, timely decisions are urgent. Available information in this environment will vary in its completeness and ambiguity. An ability to operate under stress, develop viable courses of action, make decisions and accomplish a mission regardless of constraints is critical to a Military Police officer's success.

(2) *Human dimension skills.* Military Police officers must develop skills which allow them to deal effectively with various cross-cultural, ethnic and human dimensional attitudes encountered in the majority of Military Police related activities. A thorough understanding of these attitudes and emotions is critical to military police success. MP branch officers deal with a broad range of domestic and international issues that require application of the core human values of fairness, patience, compassion and caring. Therefore, an effective grasp of the human dimension is pivotal in effectively managing situations of stress or conflict, and in the proper use of conflict resolution or deterrence.

(3) *Leadership skills.* Leadership is the overarching competency required of all Military Police officers. It summarizes the Army's seven core values of loyalty, duty, respect, selfless service, honor, integrity and personal courage. Leaders inspire soldiers with the will to win and provide purpose, direction and motivation in all operational environments. As Military Police, officers are expected to study the profession, becoming both tactically and technically proficient. Equally important, however, they must continually demonstrate strong character and high ethical standards in order to infuse these traits into their units and soldiers. Lastly, Military Police leadership must focus on taking responsibility for decisions, being loyal to superiors and subordinates, inspiring and directing assigned resources toward a purposeful end, and providing the vision that focuses and anticipates the future. These skills, while inherent in all leaders to some degree, must be constantly refined by the Military Police officer, if he or she is to successfully lead the outstanding soldiers in our Corps.

*c. Unique knowledge.* Army and Military Police professional development programs produce versatile, competent soldiers and leaders. The unique aspects of Military Police knowledge includes the development of special qualifications needed to perform such duties as provost marshal, security officer, physical security officer, corrections and criminal investigations. To be successful, Military Police officers must possess a high degree of knowledge about how the Army, as well as the MP Corps functions. This knowledge about the Army should include general knowledge of combined arms, joint, multinational and interagency operations and how the MP branch supports each of them. Branch officers must, therefore, maintain a proper balance between technical skills and the ability to understand and apply the appropriate tactics, techniques and procedures at the right time and place. These abilities can only be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*d. Unique attributes.* The skills and knowledge needed to function as a Military Police officer must supplement certain core attributes required of all Army officers. Army officers are expected to maintain the necessary technical proficiency and flexibility necessary to perform any branch related mission. However, the nature of the five MP functions often demands that MP officers possess certain attributes unique to the Military Police Corps. The most critical of these unique requirements are:

(1) *Personal attributes.* Military Police officers must possess exceptionally high moral and ethical values. The military police mission to enforce laws, directives and punitive regulations demands that the standards of the Military Police officer be beyond reproach. The diversity of Military Police functions, particularly those associated with collecting, analyzing and disseminating information, also require Military Police officers to continually seek self-improvement across a wide range of skills, from computer applications to interpersonal communications. Finally, branch officers must also recognize the critical importance of physical fitness and personal bearing if they as warfighters are to lead Military Police soldiers effectively across the full range of Military Police functions.

(2) *Professional attributes.* Military Police officers must demonstrate professional attributes that reinforce Military Police Corps values and traditions. Skill proficiency, dedication, teamwork and flexibility, coupled with fairness and respect for others, highlight the essential traits demanded of every Military Police soldier, regardless of rank. These professional attributes form the basis for the trust that the Army has placed in the Corps and is reflected in the mission to impartially enforce the law upon fellow soldiers.

(3) *Multifunctionality.* As Military Police branch officers progress in their careers, they can expect their assignments to become increasingly multifunctional. Initially, officers will perform duties related to their branch. Eventually, as the officer becomes more familiar with his or her specialty and the Army, he or she can expect to be called upon to perform a wide range of military duties. This may include serving in various leadership positions in TOE and TDA positions as well as serving in branch/functional area generalist assignments.

## 18–3. Critical officer developmental assignments

Military police officers develop in the Operations Career Field. This is a command-centric environment, which places great emphasis on leading soldiers. For company grade officers, the focus is on the

platoon leader and company command experience needed to become branch qualified. In the field grade ranks, it concentrates on critical troop related duty positions such as S3/XO and/or division provost marshal and battalion and brigade command. Other professional development assignments include instructor duty at the Military Police School or one of the senior leadership institutions, e.g., CGSC, USMA, etc., and service on the HQDA and joint staffs. Regardless of the duty position, individual success is ultimately and inseparably tied to performance.

*a. Branch qualification.*

(1) *Lieutenant.*

(a) The Military Police lieutenant's first objective is to complete the Military Police Officer Basis Course (MPOBC). This course emphasizes leadership, tactics, training operations, maintenance, supply and physical training. Additional areas of concentration include Military Police operations, law, communicative skills, personnel administration, drivers training and weapons training. Following the basic course, selected officers may attend specialized courses, such as Airborne or Air Assault School, to support follow-on assignment requirements and to complement professional development.

(b) The second objective is a branch assignment with troops. Consistent with Army requirements, lieutenants can expect an initial assignment as a platoon leader in a military police company. Lieutenants should develop a comprehensive understanding of Army operations and military life that will provide a solid foundation for assuming the challenge of company command. With many lieutenants filling staff officer positions after completing platoon leader assignments, the officers should take advantage of these opportunities to broaden their technical, tactical and leadership skills.

(c) Additionally, officers who have not completed an undergraduate degree must do so during this point in their careers. Officers are required to have a baccalaureate degree from an accredited university prior to attending a branch Captains Career Course.

(2) *Captain.*

(a) Officers are eligible to attend the Military Police Captains Career Course (MPCCC) between the third and eighth year of commissioned service. This course prepares officers to command at the company level and to serve in Military Police staff positions. The branch phase (OAC) consists of branch specific technical and tactical training with integrated common core instruction. The staff process phase (CAS3) at Fort Leavenworth prepares officers to function as staff officers at battalion, brigade and division level.

(b) Captains who have not commanded a Military Police company or detachment will be assigned, if possible, to locations that provide an opportunity for command. Command of a TOE or TDA company, MP detachment (Law and Order) and TOE battalion headquarters element are equivalent assignments for purposes of branch qualification. Because of current and projected strengths and the number of available companies, MP company grade officers should not expect more than one assignment to a branch qualifying command.

(c) Military Police captains should continue developing their technical and tactical skills. Maximum hands-on experience in a variety of Military Police leadership positions should be sought during this phase. Attendance at branch specific functional training courses is recommended, depending on timing and opportunity.

(d) Following branch qualification, captains are eligible for nominative, functional area or branch/functional area generalist (branch immaterial) jobs. Assignment to one of these career opportunities is discussed between the service member and the PERSCOM branch assignment manager, and will be confirmed based on the professional development needs of the officer and Army requirements. Officers are normally designated into a functional area (FA) between their 5th and 6th years of service. Officers should seek functional area training and assignment to a FA billet immediately following branch qualification. They should also solicit counseling from their raters and senior raters as well as their branch assignment managers on the FA and Career Field designation processes. Part of

the officer evaluation report includes rater and senior rater recommendations indicating a potential Career Field designation for the rated officer. Captains should be aware of this rater and senior rater responsibility, and this important part of the OER should be discussed during support form counseling. Other key branch/functional area generalist assignments for a Military Police officer include small group leader (SGL) or staff officer at the United States Army Military Police School, USMA faculty and staff, ROTC instructor, recruiting duty or an assignment with the Reserve Component.

(e) A limited number of opportunities exist for highly qualified Military Police officers to participate in fully funded advanced civilian schooling in disciplines such as corrections, operations research/systems analysis (ORSA), comptroller and systems automation. Officers selected to participate in a fully funded civilian training or education program will be assigned to a follow-on utilization tour.

(3) *Major.*

(a) Following selection for promotion to major, an officer's record is sent before the Career Field Designation Board, a HQDA central selection board. The board membership considers the officer's preference statement, rater and senior rater recommendations, branch manner of performance, civilian education, and functional area experience and manner of performance. For officers designated in the Operations Career Field, the primary professional development objective is to continue to strengthen military police skills and leadership. Critical assignments include battalion XO/S3, brigade XO/S3 and deputy provost marshal for a division. Here, as in company command, opportunity rates usually preclude an officer from serving in one or more of these critical positions for more than a total of 24 months. Other typical assignments include division or corps staff, MACOM/joint/DOD/Army staff, Combat Training Center (CTC) Observer Controller, Command and General Staff College (CGSC) faculty and staff, USMA faculty and staff, Inspector General, service school instructor, or Reserve Component (RC) support. Majors will also serve in other branch/functional area generalist positions. Those officers selected for the School of Advanced Military Studies (SAMS) must serve an initial utilization tour as a plans officer on division or corps staffs.

(b) Military education level 4 (MEL 4) education for majors is essential for their professional development. Therefore, all Military Police majors must complete Command and Staff College to remain competitive for promotion. In addition, officers should continue to pursue other professional development goals to include completing a graduate level degree if their job requirements permit.

(c) Military Police officers can expect to undergo a Career Field Designation Board upon selection for major. This HQDA board of senior officers will decide in which Career Field each officer is best suited to serve. After promotion to major, officers will compete for promotion only within their designated Career Fields. Assignments after promotion to major will be managed at PERSCOM by the Military Police Branch for Operations Career Field officers, and by FA assignment managers in the Functional Area Management and Development Division for officers in the other three Career Fields. Military Police officers who remain in the Operations Career Field will receive both branch assignments and branch/functional area generalist assignments.

(4) *Lieutenant colonel.*

(a) Military Police lieutenant colonels can expect assignment to senior staff positions where they will be employed in a wide variety of operational or key branch/functional area generalist positions. Critical assignments include installation and division provost marshal, deputy brigade commander or U.S. Military Police School staff. Branch officers can also be assigned to joint, DOD and Army staff assignments, RC support or positions with other Federal agencies.

(b) A HQDA central selection board will select a limited number of officers for battalion command or its equivalent. Selection rates for command vary because of the number of commands available and the size of the officer's year group.

(c) Lieutenant colonels are encouraged to continue their individual professional development by completing the Senior Service College program. Selection for the resident phase and the U.S. Army

War College Distance Education Course continue to be done by a HQDA central selection board.

(5) *Colonel.*

(a) The primary objective during this phase of an officer's career is to maximize use of his or her technical and tactical capabilities, leader and management skills and other executive skills in positions of high responsibility. A wide variety of critical positions are available, to include major Army command (MACOM) provost marshal, service school director, and HQDA and joint staff.

(b) A limited number of officers will be selected by a HQDA centralized board for brigade command or its equivalent. Selection rates for command can vary because of the number of commands available and year group size.

b. *Branch/functional area generalist assignments.* Officers above the rank of lieutenant can expect to serve in branch/functional area generalist assignments, such as ROTC, USMA faculty and staff and Inspector General, that may or may not be directly related to the Military Police branch but are important to the Army.

c. *Joint assignments.* Military Police officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions. An officer on the active duty list may not be appointed to the grade of O-7 unless the officer has completed a full tour of duty in a joint duty assignment (JDA). The Assistant Secretary of Defense (FMP) may waive that JDA requirement on a case-by-case basis for scientific and technical qualifications for Military Police officers. Officers receiving scientific and technical waivers must serve continuously in the specialized field or serve in a JDA before reassignment to a nonscientific and technical position.

d. *Other assignments.* Military Police branch officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellowships, duty with the National Security Council or the United Nations, as well as Military Police branch representatives at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, requiring mature, skilled officers.

## 18–4. Assignment preferences and precedence

a. *Preferences.* The Military Police branch has diverse assignment opportunities which allow for numerous career development paths. The goal of the professional development of Military Police branch officers is to produce and sustain highly qualified, tactically and operationally oriented officers to lead Military Police soldiers during wartime and on other assigned missions. Assignments in the Military Police Corps will develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will likely be rejected.

b. *Precedence.* Assignment to developmental leadership positions will have precedence, although there is flexibility on the sequence of assignments. Typically, Military Police branch officers should seek assignments in the following order: MP Officer Basic Course, platoon leader, battalion staff, Captains Career Course, company command, brigade or division staff, nominative assignment, Command and Staff College, battalion S3 or executive officer (as a major), battalion level command, Senior Service College, and brigade level command.

## 18–5. Duration of critical officer life cycle assignments

a. *Key Military Police branch qualification positions.*

(1) Platoon leader and company/detachment command.

(2) S3/XO at the battalion and brigade level, and deputy division provost marshal.

(3) Division provost marshal.

(4) Battalion and brigade level command.

b. *Key branch and branch/functional area generalist jobs.*

(1) Instructor/small group leader Military Police School.

(2) Instructor/staff CSC and SSC.

(3) Provost marshal MACOM and corps.

(4) Joint/HQDA staff.

(5) USMA faculty and staff.

(6) Inspector General.

c. *Military Police branch life cycle.* Figure 18-1 displays a Military Police branch time line with branch qualifying positions. Additionally, it identifies those positions that serve as developmental jobs for Military Police officers.

d. *Military Police Corps branch qualification.*

(1) *Requirements.* Officers should meet certain standards in terms of schooling, operational assignments and manner of performance to be qualified in the Military Police branch at each rank. Meeting these standards ensures that the officer has acquired the skills, knowledge and attributes to remain proficient in the Military Police branch at that rank. With this proficiency, the officer is qualified for promotion/retention in the branch. The officer is considered to be branch qualified upon the attainment of the rank of captain and the completion of these standards. Military Police branch qualification is detailed below. The standards for qualification at the ranks of major, lieutenant colonel and colonel are explained as well. These standards for schooling and operational assignments best prepare an officer for command or positions of greater responsibility in the branch. All Military Police branch officers should have the opportunity to be qualified at each rank.

(2) *Company grade branch qualification.* The most important objective for the Military Police Corps officer is to become branch qualified at company grade level. The requirement for branch qualification is important in that it ensures the Military Police officer is able to lead, train and care for soldiers. The Military Police officer must also be well rounded in the basic techniques needed to execute wartime missions. The following requirements should be successfully met to be considered branch qualified in the Military Police Corps.

(a) *Lieutenant.* To be a qualified Military Police Corps lieutenant, the officer should complete one assignment as a platoon leader.

(b) *Captain.* To be a qualified Military Police Corps captain, the officer must meet the following requirements:

1. Complete both the branch and staff process phases of the Captains Career Course. Officers who are branch transferred after successful completion of any branch Captains Career Course will be considered to have met this educational prerequisite for branch qualification.

2. Command a company sized unit or its equivalent for 18 months, plus or minus 6 months.

3. Be proficient in common core and branch military qualification tasks.

(3) Military Police branch field grade standards are:

(a) *Major.* To be a qualified Military Police Corps major, the officer must meet the following requirements:

1. Serve a minimum of 12 months as a battalion or brigade XO/S3; deputy provost marshal at corps or division level; regional correctional facility commander; branch related position on MACOM, Army, joint or multinational staffs; instructor at a branch service school; or in any Military Police branch position that is coded at the rank of major or above.

2. Complete resident or nonresident Command and Staff College leading to MEL 4 credit.

(b) *Lieutenant colonel.* To be a qualified Military Police Corps lieutenant colonel, the officer should serve a minimum of 12 months as a battalion level commander; provost marshal at division or installation level; deputy brigade commander; branch related position on MACOM, Army, joint or multinational staffs; or in any Military Police branch position which is coded at the rank of lieutenant colonel or above. In addition, Military Police Corps officers should complete resident or nonresident Senior Service College, if selected by a HQDA board.

(c) *Colonel.* To be a qualified Military Police Corps colonel, the officer should serve a minimum of 12 months in any one of the positions listed below that is coded at the rank of colonel.

*1.* Military Police coded positions such as brigade level commander; branch related position on MACOM, Army, joint or multinational staffs; MACOM or corps provost marshal; or senior director at USAMPS or other service schools.

*2.* Staff or faculty position at a MEL 1/MEL 4-producing service school or USMA.

*3.* Division chief or higher position on MACOM, Army, joint or DOD staff.

*4.* Installation chief of staff.

*5.* Nominative or specialized position outside DOD.

## 18–6. Requirements, authorizations and inventory

*a. Goal.* The goal of the Military Police Corps is to maintain a healthy, viable career path for Military Police officers. To do this, the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with up to 2 years of branch qualifying time while serving a stabilized 3 year tour.

*b. OPMS XXI implementation.* The numbers of authorized Military Police billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on Military Police branch authorizations or inventory, by grade, are encouraged to contact the Military Police Corps proponency office or their PERSCOM OPMD Military Police Branch assignment officer.

## 18–7. Key officer life cycle initiatives for Military Police Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of military police organizations prior to FY 2006. Any changes to the authorizations of military police units will be based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Additional changes may result due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* The majority of commissioned officers in the Military Police Corps are accessed directly from ROTC, USMA or OCS. All officers should meet the physical and aptitude requirements specified in AR 40-50l. Designation of the Military Police Corps as an initial branch is regulated by HQDA through the various commissioning sources. The remainder of commissioned officers in the Corps are in-service branch transfers. Accession via branch transfer is directed by HQDA and may be voluntary or involuntary. Officers of other branches who desire a transfer to the Military Police Corps can submit a written request for branch transfer in accordance with AR 614-100.

*c. Distribute.* Military Police branch officers will continue to rotate between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to Military Police branch. Operations Career Field Military Police officers will work either in branch or branch/functional area generalist positions. Field grade Military Police branch officers serving in another Career Field will no longer work in Military Police branch billets.

*d. Deploy.* Military Police branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Military Police officers must be deployable to accomplish missions across the full spectrum of conflict. Military Police officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Military Police branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Military Police branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branches and their functional areas. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Senior Military Police branch commanders will continue to be centrally selected for command. All Military Police officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process is announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Today's Military Police officer is confronted by two diverse and complex challenges. First, the officer should lead and train soldiers who can achieve tactical success; protect and expedite the movement of critical resources; evacuate, process and intern enemy prisoners of war; and support law enforcement operations. Second, in the garrison environment the officer manages technical planning and supervision in the areas of law enforcement, crime prevention, criminal investigations, terrorism counteraction, physical security and corrections. There are five phases of professional development for Military Police Corps officers. These phases are related to rank and depict broadly based goals and career opportunities at each rank so that an officer may expand his or her capabilities and optimize performance. Professional development will also occur through the Army school system. Military Police officers selected for major should complete MEL 4 training and all officers selected for colonel should complete MEL 1 training.

*g. Separate.* The separation process for Military Police officers remains unchanged.

## 18–8. Military Police Corps Reserve Component officers

*a.* MP officers in the Reserve Component play a vital role in the total force structure during peace as well as mobilization. Approximately 50 percent of the Military Police Corps is in the RC, and certain specialized organizations such as internee/resettlement units exist almost entirely within the USAR and ARNG. To fulfill its wartime mission, the Military Police Corps must rely on extensive interaction with the RC. Wartime effectiveness will be dictated, to a large extent, by the quality and quantity of training RC Military Police officers receive. As such, RC Military Police officers serve the same roles and missions as their AC counterparts. The limited time the reserve officer has available for military duty often poses a challenge to the officer's professional development program.

*b.* To meet professional development objectives, RC officers must be willing to rotate among Troop Program Units (TPUs), Individual Ready Reserve (IRR), and Individual Mobilization Augmentee (IMA) assignments. Those interested in serving the National Guard or Army Reserve on a full-time basis may apply for admission into the Active Guard Reserve (AGR) program. Officers participating in this program may elect to complete a 20 year active duty career in support of either the National Guard or Army Reserve. RC officers are assigned to positions in TOE and TDA organizations; however, the vast majority of positions are in TOE units. Their duties and responsibilities will be fundamentally the same as their AC counterparts, with the exception of those personnel management, administrative and operational requirements unique to the

National Guard and Army Reserve. All RC Military Police assignments are open to both males and females.

*c.* The RC Military Police officer has a challenging and complex mission. The officer should lead and train soldiers who can achieve tactical success. He or she must be tactically and technically proficient and capable of executing the five Military Police battlefield functions of area security, maneuver and mobility support, law and order, internment and resettlement operations, and police intelligence operations. Additionally, the ARNG Military Police officer plays a major role in preparing for and providing assistance to civil authorities during civil emergencies, sensitive public activities, civil disturbances and counterdrug operations. A requirement for proficiency in both battlefield operations and peacetime military police skills usually means a wide variety of educational opportunities and challenging assignments for the Military Police officer.

*d.* The majority of RC officers appointed for assignment in the Military Police Corps come from ROTC and federal and state OCS programs. All officers should meet the prerequisites specified in AR 135-100 for appointment in the RC of the Army. Appointment to the Military Police Corps as an initial branch is regulated by HQDA and area commanders. Additional requirements for appointment of ARNG officers are listed in NGR 600-100.

*e.* Positions in all Military Police skills are available to RC officers.

*f.* There are five phases of professional development for RC Military Police Corps officers. (See fig 18-2, RC Military Police Corps life cycle development model.) These phases are related to military rank and depict broadly based goals and career opportunities at each rank so that an officer may expand capabilities and optimize performance. These objectives are flexible since the actual course of an officer's professional development and utilization will be influenced by RC requirements and the officer's strengths, experiences, performance and desires.

*g.* The professional development objectives for RC officers by grade are as follows:

(1) *Lieutenant.*

*(a)* The Military Police Corps lieutenant's first objective is to complete the resident Military Police Officer Basic Course (MPOBC). Lieutenants appointed without concurrent active duty should complete the resident MPOBC within 24 months of the date of appointment. This course emphasizes leadership, tactics, training operations, maintenance, supply and physical training. Additional areas of study include military police operations, law, communicative skills, personnel administration, drivers training and weapons training. Following the basic course, selected officers may attend such specialized courses as Airborne and Air Assault, to support follow-on assignments or complement their professional development.

*(b)* The second objective is a branch material assignment with troops. Consistent with Army requirements, RC lieutenants should seek an initial assignment in a military police company. This will ensure lieutenants develop a comprehensive understanding of Army operations and military life that will provide a solid foundation for assuming the challenge of company command. Lieutenants should seek leadership positions and every opportunity to broaden technical, tactical and leadership skills in support of the military police combat and peacetime missions. Most lieutenants will be assigned as platoon leaders in divisional or combat support military police companies. Some assignments may also be with a battalion or brigade headquarters element. Nearly all are with TOE organizations.

*(c)* RC Military Police lieutenants are eligible for promotion to captain when they meet the service and educational requirements contained in chapter 7.

(2) *Captain.*

*(a)* RC officers are eligible to attend the Military Police Officer Advanced Course (MPOAC) after the 3d year of commissioned service. The MPOAC may be taken in residence (Military Police Captains Career Course) at the U.S. Army Military Police School or an RC officer may complete the MPOAC-RC, which consists of a combination of correspondence and two weeks of resident training.

Completion of an officer advanced course and the Combined Armed and Services Staff School (CAS3) are required for an officer to be selected for promotion to major. (CAS3 is included as the second phase of the active duty branch Captains Career Course.) The MPOAC prepares officers to command at the company level and to serve in Military Police staff positions.

*(b)* Military Police captains should continue to work at developing their technical and tactical skills. The most important leadership position for a Military Police captain is to hold is commander of a military police company. Maximum hands-on experience in a variety of military police leadership positions should be sought during this phase. RC captains should actively pursue assignments in both TPUs and as IMAs to broaden their professional experience and enhance opportunities for training and education. Captains can expect to serve in a broad range of command and staff assignments, including a variety of branch/functional area generalist (branch immaterial) opportunities.

*(c)* RC captains who are serving in an active status and meet educational, performance and service requirements may be selected for promotion by a centralized mandatory board or by a unit board convened to fill TPU vacancies.

(3) *Major.*

*(a)* The primary professional development objective of an RC Military Police Corps major is to continue to strengthen military police skills. Key assignments at this phase are battalion and brigade XO and S3 and deputy division provost marshal.

*(b)* A necessary part of professional development during this phase should be the realization that the needs of the service increasingly dictate that an officer serve in positions away from troops. Key developmental positions at this rank include controller in an exercise division in support of unit training and readiness; instructor/staff officer in an institutional training division in support of the Total Army School System; instructor at USAMPS; and staff officer at a Continental U.S. Army (CONUSA) or Regional Support Command (RSC) headquarters.

*(c)* Independent of their career track, Military Police Corps majors should ensure they attend CGSC or equivalent. RC officers not on active duty should apply to attend a Command and Staff College level course. Since Reserve Component officers are required to complete 50 percent of CGSC to be considered for promotion to lieutenant colonel, timely completion is key to remaining competitive.

*(d)* RC majors who are serving in an active status and meet educational, performance and service requirements may be selected for promotion by a centralized mandatory board, or by a unit board convened to fill position vacancies. Majors not selected for promotion after consideration by two consecutive mandatory boards are not retained beyond 20 years of commissioned service.

(4) *Lieutenant colonel.*

*(a)* Lieutenant colonels can expect assignments to senior staff positions where they will be employed in a variety of branch and branch/functional area generalist (branch immaterial) positions in units, training centers and headquarters elements. Division provost marshal, deputy brigade commander and S3 are key assignments during this phase.

*(b)* At this phase, officers may be selected for battalion command or its equivalent, as identified by their STARC or Regional Support Command Designated Positions List. Only a very small percentage of eligible officers will actually be selected for battalion command because of the limited number of command positions available.

*(c)* Lieutenant colonels should complete CGSC to be eligible for promotion to the grade of colonel. RC lieutenant colonels are encouraged to complete Senior Service College (SSC), if selected by the ARNG and the USAR boards. Standards for the selection process can be found in AR 351-1, paragraph 8-2b.

*(d)* RC lieutenant colonels are eligible for selection to colonel upon completion of the requisite service requirements listed in chapter 7. Lieutenant colonels remain eligible for promotion to colonel as long as they continue to serve in an active status and meet the selection criteria.

(5) *Colonel.*

*(a)* The primary objective for this phase is maximum use of the officer's technical and tactical capabilities and his or her managerial and executive skills in positions of senior responsibility.

*(b)* Colonels are encouraged to complete SSC. Both the ARNG and USAR conduct SSC selection boards, and standards for the process can be found in AR 351-1, paragraph 8-2b.

*h.* Like their Active Component counterparts, RC officers should meet certain standards in terms of education and operational assignments to be qualified in the Military Police branch at each rank. Meeting these standards ensures the officer has acquired the skills, knowledge and attributes necessary for branch proficiency and is qualified for retention and/or promotion in the branch. At the rank of captain, meeting these standards is considered branch qualification. Military Police branch qualification requirements and field grade standards are detailed below.

(1) The most important objective for the RC Military Police Corps captain is to become branch qualified at the company level. The requirement for branch qualification is important in that it ensures the officer is able to lead, train and care for soldiers and is well rounded in the basic techniques needed to execute wartime missions. A RC Military Police captain is considered branch qualified upon successful completion of:

*(a)* At least one Military Police assignment at the company or battalion level.

*(b)* CAS3 resident and nonresident phases. Captains with 4 or more years time in grade should be enrolled in or have completed CAS3.

(2) A branch qualified Military Police Corps major should meet the military education level required for promotion to lieutenant colonel and demonstrate successful performance in any assignment coded at the rank of major or above.

(3) A branch qualified Military Police Corps lieutenant colonel should meet the military education level required for promotion to colonel and demonstrate successful performance in any assignment coded at the rank of lieutenant colonel or above.

(4) A qualified MP colonel should demonstrate successful performance in any position requiring leadership, management and executive skills commensurate with the rank of colonel.



**Figure 18-1. Military Police Corps life cycle development model (Active)**

106

DA PAM 600–3 • 1 October 1998



**Figure 18-2. Military Police Corps life cycle development model (Reserve)**

# Chapter 19
## Military Intelligence Branch

### 19–1. Unique features of Military Intelligence branch

*a. Unique purpose of Military Intelligence branch.*

(1) The principal focus of Military Intelligence (MI) is to provide timely, relevant and accurate intelligence and electronic warfare (IEW) support to commanders. Military Intelligence reduces uncertainty and risk to U.S. and Allied forces and permits effective application of combat power. Military Intelligence officers lead, manage and direct intelligence planning and operations across the entire operational continuum. The intelligence requirements of a predominantly CONUS-based, force projection Army dictate that all echelons be focused on the needs of contingency forces during any crisis, deployment or actual military operation. This eliminates the traditional distinction between tactical, operational and strategic intelligence. The entire Army intelligence effort must focus to support the warfighter.

(2) At the tactical level of war (corps to battalion), the MI officer commands, directs, supervises and employs organic collection, analytical, production and dissemination assets. The MI officer plans for the optimum use of non-organic intelligence to reduce the commander's uncertainty concerning the enemy, terrain and weather. The MI officer assesses risks associated with friendly and enemy courses of action and acts to counter or neutralize the multidiscipline hostile intelligence threat. Military Intelligence officers use intelligence preparation of the battlefield (IPB) at the tactical level to focus their intelligence efforts to produce the key information requirements commanders need to execute their concept of the operation.

(3) At the operational level, MI officers perform intelligence preparation of the theater. They support development and execution of campaign plans and major operations within the theater of operations. They direct, supervise and employ theater level intelligence collection and analytical assets to assess the capabilities and vulnerabilities of potential and actual adversaries. They collect current information on the enemy, weather and terrain; and other pertinent factors in the theater of operations. They use that information to develop intelligence, to predict and forecast the actions and intentions of the enemy, and the effects of terrain and weather on friendly and enemy operations in the theater. They identify risks associated with enemy and friendly courses of action.

(4) At the strategic level, the MI officer assesses the capabilities and limitations of actual or potential adversaries for national and Army level decision makers who develop national plans and strategy. Other MI officers may perform scientific and technical intelligence functions in support of force modernization. All must be able to focus downward on specific operational and tactical commanders' requirements in crisis and military operations. This includes developing the intelligence preparation of the theater of operations.

(5) At all levels, MI officers plan for, supervise and perform collection and analysis of raw information and produce and disseminate finished all-source intelligence products for commanders and other intelligence consumers.

*b. Unique functions performed by Military Intelligence branch.* Officers serving in the MI Corps manage and direct all facets of intelligence planning and operations at the tactical, operational and strategic levels of war. MI officers analyze data and information, and they perform synthesis to produce and disseminate finished all-source intelligence products such as graphical displays and written and oral reports for the commander.

*c. Unique features of work in Military Intelligence branch.* The complexity of international events, rapidly increasing technological sophistication of intelligence collection and analysis systems, and the constraints of a smaller, force projection Army are among the challenges facing the MI officer. All MI Corps officers must know, understand and be able to function in all intelligence disciplines (imagery intelligence, human intelligence (HUMINT), signals intelligence/electronic warfare and counterintelligence) at all levels of warfare. The primary focus is on warfighting and intelligence support to warfighters. Officers within MI branch are assigned throughout the force from combat arms battalion level to joint, unified and specified commands. They perform a myriad of tasks ranging from intelligence preparation of the battlefield (IPB) in a tactical battlefield situation; to worldwide communications architectures planning; to strategic intelligence collection management and analysis. The processes involved are refined through continuous improvement, often in a high volume production environment. Almost all intelligence work requires the ability to interpret patterns in complex situations as well as the ability to synthesize and interpret such activities. Work requires the transformation of data into applicable and usable information with a collective opinion many times being the objective. Proficiency at tactical skills and understanding of concepts, including threat, is critically important to success. Some other unique features of work MI officers may conduct include:

(1) Command, direct and control military intelligence units.

(2) Provide military intelligence coordination at all levels of command.

(3) Synchronize the military intelligence collection management process with targeting in joint and multinational operations.

(4) Develop doctrine, organizations and equipment for the Military Intelligence mission area.

(5) Instruct and evaluate Military Intelligence skills at service schools and combat training centers.

(6) Serve in positions requiring general combat skills such as staff officers in military headquarters and activities requiring combat arms expertise.

(7) Serve in MACOM, HQDA, joint and multinational levels of command.

*d. Military Intelligence branch areas of concentration (AOC).*

(1) *Imagery Intelligence officer (35C).* Duties include performance and supervision of the exploitation and analysis of optical, infrared and radar imagery using techniques of photogrammetry and terrain analysis. Duties also include using electronic, mechanical and optical devices to support tactical and strategic reconnaissance and surveillance operations.

(2) *All-Source Intelligence officer (35D).* Duties include directing, supervising and coordinating the planning, collection, evaluation, fusion, analysis, production and dissemination of all-source intelligence and counterintelligence at any echelon. They perform multidiscipline collection management, coordination of surveillance and reconnaissance activities and provide advice on the use of intelligence resources at all echelons. They supervise and perform intelligence preparation of the battlefield (IPB) and use automated intelligence data processing systems. They advise the commander and subordinate units on the enemy, weather, and terrain.

(3) *Counterintelligence officer (35E).* Duties include management, direction, coordination and participation in multidiscipline counterintelligence investigations, operations, collection, analysis and production. They provide CI advice and assistance to improve force protection by limiting the effectiveness of foreign multidiscipline collection directed against Army operations, activities, technology and intentions.

(4) *HUMINT officer (35F).* Duties include direction, coordination and participation in controlled collection operations to obtain intelligence information in support of Army and DOD requirements. Branch qualified captains may apply. They must have experience in 35D prior to selection.

(5) *Signals Intelligence/Electronic Warfare officer (35G).* Duties include planning, directing, managing, coordinating and participating in the collection, production and dissemination of signals intelligence (SIGINT) and the conduct of electronic warfare (EW) at tactical, operational and strategic levels.

(6) *All-Source Intelligence Aviator (15/35).* Duties are as both aviators and MI officers. Military Intelligence (35) is a functional area for aviators. As aviators, they command platoons, companies and battalions employing special electronic mission aircraft (SEMA) in support of tactical, operational and strategic intelligence missions. They perform duties as the aviation battalion and brigade S2. They

may also perform in any 35D position. As staff officers in MI aviation units, they plan for, direct and control SEMA units to accomplish assigned intelligence and electronic warfare missions. As MI officers, they are responsible for intelligence and electronic warfare planning and operations at all levels.

## 19–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Many of the skills that are associated with Military Intelligence officers apply equally as well to other branches in the Operations Career Field. Those skills listed below are not intended to be exclusive to MI; rather their inclusion reflects their importance to MI officers relative to officers of other branches.

(1) *Staff skills.* Operating routinely in high level staff assignments where guidance may be minimal and close interaction with senior level decision makers is frequent.

(a) Expressing themselves clearly, concisely and accurately in writing and orally.

(b) Applying highly specialized knowledge effectively in a military environment to address military unique issues.

(c) Preparing and presenting clear, concise and informative briefings and information papers for senior decision makers on highly technical subjects.

(d) Reducing raw data to form and substance usable by senior level decision makers.

(e) Prioritizing actions with minimal guidance and ensuring the most critical actions are worked earliest and most effectively.

(f) Understanding automation, and using the full range of automation support to facilitate work in support of senior level decision makers.

(2) *Management and leadership skills.* MI officers are expected to be capable of:

(a) Employing military leadership techniques to obtain the desired result from subordinates.

(b) Mentoring and coaching subordinate officers and enlisted service members from all services, as well as civilians.

*c. Unique knowledge.* Although there is a body of generic Army officer knowledge, the most important knowledge possessed by MI officers is that associated with the technical aspects of intelligence collection, production and analysis. It is these skill sets which set the MI officer apart from the other branches.

(1) Possess highly specialized knowledge of intelligence processes, procedures and techniques gained through specialized academic training and personal experience over a significant period of time.

(2) Have absolute technical and tactical proficiency in MI operations and systems and be able to integrate them within the communications architecture and scheme of maneuver.

(3) Understand the organization, structure and doctrine of the warfighting Army.

(4) Retain competency in basic warfighting skills.

(5) Understand issues related to the international geopolitical arena and their implications for developing the national security policy and the national military strategy.

(6) Understand foreign military doctrine, capabilities and order of battle.

(7) Understand the organization of the Army, its Title 10 responsibilities, and the missions, roles and functions of its major commands.

(8) Understand the organization of the Department of Defense, the procedures for resourcing the department and developing the national military strategy, and the missions, roles and functions of its warfighting commands and various agencies.

(9) Understand the integration of joint and service systems (planning, resourcing and warfighting) from the tactical to strategic levels of war.

*d. Unique attributes.* MI officers should exhibit the same mental, physical and emotional attributes desired of all Army officers. In particular, they are expected to display the following personal attributes:

(1) Acceptance and internalization of Army values, culture and the warfighting ethos.

(2) Commitment to the Army as an institution and as a way of life.

(3) Action oriented, decisive nature.

(4) Intellectually inquisitive and respectful of academic tradition.

(5) Creative thinking and critical reasoning.

(6) Intellectually honest with superiors and unafraid to state and defend convictions.

(7) Physically fit and possessing military bearing.

## 19–3. Critical officer developmental assignments

*a. Branch qualification.* Military Intelligence officers become branch qualified by successfully performing any of a wide variety of critical and high risk duties at each grade (2d lieutenant and 1st lieutenant combined) for a total of at least 24 months in the MI coded positions listed below. These jobs are critical to the warfighting effort and are linked to ensure the commander receives the intelligence he needs. Success revolves around performance. Qualifying assignments are listed below:

(1) *Lieutenant.* (Directly accessed into MI branch.)

(a) Successfully complete the MI Officer Basic Course (MIOBC) at the U.S. Army Intelligence Center, Fort Huachuca, Arizona. Graduates of MIOBC receive AOC 35D.

(b) Serve with troops in leadership development positions, e.g., platoon leader, or in other assignments such as assistant S2, combat support battalion S2, assistant brigade S2 or staff officer in an MI battalion.

(2) *Lieutenant.* (Detailed to combat arms or another branch.)

(a) Successfully complete the Officer Basic Course of the branch to which detailed.

(b) Serve initially with troops in leadership positions, e.g., platoon leader or executive officer.

(3) *Captain.*

(a) Successfully complete the branch phase of the MI Captains Career Course (MICCC) at the U.S. Army Intelligence Center, Fort Huachuca, Arizona. Officers transitioning into MI through the Branch Detail Program or through branch transfer must successfully complete the MI Officer Transition Course (MIOTC). MIOTC provides an introduction to MI prior to attendance at MICCC

(b) Successfully complete the staff process phase of the MICCC (CAS3) at Fort Leavenworth, Kansas.

(c) Must serve as company or detachment commander and any one of the following positions:

1. Battalion S2 or assistant brigade S2.

2. Intelligence staff officer at any echelon; division staff through EAC, including major commands, joint staffs and national agencies.

(4) *Major.*

(a) Must successfully complete Command and Staff College (CSC).

(b) Must serve in at least one of the following positions:

1. Brigade/regiment/group S2.

2. Battalion/brigade/group XO or S3.

3. Chief, analysis and control element (division).

4. Intelligence officer at corps, Army, TRADOC school, MACOM, HQDA, DOD, joint or multinational staff level.

(5) *Lieutenant colonel.* Serve at least 24 months in any lieutenant colonel or higher level MI coded position.

(6) *Colonel.*

(a) Officer must successfully complete Senior Service College. An advanced degree is optional but highly encouraged.

(b) Serve at least 24 months in any colonel or higher level MI coded position.

*b. All-Source Intelligence Aviator (15/35) branch qualification.*

(1) All-Source Intelligence Aviators become branch qualified by successfully performing any of a wide variety of critical and high-risk duties at each grade (beginning at the grade of captain) for a total of at least 24 months in the positions listed below. As aviators, they command platoons, companies and battalions employing Special Electronic Mission Aircraft (SEMA) in support of tactical, operational and strategic intelligence missions. They perform duties as the S2, Intelligence staff officer for aviation units. They also may be assigned in any 35D position.

(2) Aviation officers selected for MI aviation will train as 15/35 officers. Branch code 35 is mandatory for all AOC 15C officers. The keys to the successful professional development of MI aviators are in obtaining the training and education necessary to qualify to perform in both AOC 15C and branch code 35 positions and in serving in both types of assignments.

(3) Qualifying assignments are as follows:

(a) *Lieutenant.*

1. Successfully complete the Aviation Officer Basic Course.

2. Successfully complete SEMA Systems Qualification Course if assigned to an Aerial Exploitation Battalion.

3. Serve as a QUICKFIX platoon leader or a Aerial Exploitation Battalion (AEB) section leader.

(b) *Captain.*

1. Successfully complete the MI Officer Transition Course (MIOTC). MIOTC provides an introduction to the Military Intelligence branch prior to an officer's instruction at MICCC.

2. Successfully complete both the branch and staff process phases of the MICCC.

3. Will attend SEMA Systems Qualification Course (if not previously attended) or must transition.

4. Serve in any one of the following positions: commander; platoon leader; company executive officer; Aviation brigade or battalion S2 or assistant S3; or flight operations officer, mission operations officer or company operations officer in an Aerial Exploitation Battalion.

(c) *Major.*

1. Must complete Command and Staff College (CSC).

2. Serve in any one of the following positions: brigade S2; MI or Aviation battalion XO/S3; Aviation staff officer; or serve at least 12 months in a major or higher level MI coded position.

(d) *Lieutenant colonel.* Serve at least 24 months in a lieutenant colonel level MI or Aviation coded position.

(e) *Colonel.*

1. Successfully complete Senior Service College.

2. Serve at least 24 months in a colonel level MI or Aviation coded position.

*c. Branch/functional area generalist assignments.* Military Intelligence officers (captains and above) can expect to serve in branch/functional area generalist (branch immaterial) assignments such as instructors or IGs. This allows officers to develop wider perspectives of the Army or other Services.

*d. Joint assignments.* Military Intelligence officers can expect to be assigned to joint duty. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

## 19–4. Assignment preferences and precedence

*a. Preferences.*

(1) Military Intelligence officers follow multiple career patterns to meet the needs of the Army. There is no single ideal career pattern for MI officers. MI requirements and resulting officer career development patterns reflect a wide range of training, duty assignments and responsibilities. Branch qualification as soon as possible after promotion facilitates meeting Army requirements.

(2) All officers will receive a functional area between the 5th and 6th years of service. The majority of Military Intelligence officers will remain in the Operations Career Field.

(3) Military Intelligence officers may apply for a number of skill producing programs. As a rule, selected MI officers participate in only one of the following programs:

*(a) Junior Officer Cryptologic Career Program (JOCCP) (SI 3W).* The JOCCP is a 3 year program conducted at the National Security Agency at Fort Meade, Maryland. This program is designed to develop the cryptologic skills and management practices of selected junior officers for future leadership roles in cryptologic assignments.

*(b) Defense Sensor Interpretation and Application Training Program (DSIATP) (SI 6A).* DSIATP is a 16 week resident course taught at Goodfellow Air Force Base, Texas, which consists of 11 independent imagery courses focusing on Air, Ground and Naval Order of Battle techniques.

*(c) Department of Defense Strategic Debriefing Course (DSDC) (SI 3Q).* DSDC is a 4 week, 3 day course that teaches methodology and techniques to conduct overt strategic debriefings and to prepare appropriate intelligence reports.

*(d) Tactical Exploitation of National Capabilities (TENCAP) (SI 3E).* The TENCAP program emphasizes the need to provide warfighting commanders timely intelligence from national overhead systems through national intelligence organizations. MI officers who understand the limitations and capabilities of TENCAP systems effectively maximize available resources to execute the collection management process at any level.

*(e) Advanced Civil Schooling (ACS) Programs.* Some MI officers may receive the opportunity to participate in fully funded Advanced Civil Schooling (ACS) programs that support MI requirements. Officers obtaining Army funded graduate degrees must serve in a 3 year Army Education Requirements System (AERS) utilization tour.

(4) *Branch detail officers* comprise a significant portion of total accessions. The Army details MI officers to Infantry, Armor, Field Artillery, Air Defense Artillery and Chemical branches. Officers selected for branch detail will attend the basic course of their detailed branch and serve a tour of up to 4 years with that branch. Branch detail officers should lead troops at every opportunity. Following completion of their branch detail, MIOTC and the MICCC, branch detail officers will follow the same career progression patterns and branch qualification requirements as other MI officers.

*b. Precedence.* The great diversity of MI assignments at all levels allows for numerous successful career development paths. The goal of MI officer professional development is to produce and sustain sufficiently qualified officers to accomplish tactical, operational and strategic intelligence assignments consistent with Army requirements.

## 19–5. Duration of critical officer life cycle assignments

*a. Key Military Intelligence branch qualification positions.* Officers must meet certain assignment and schooling standards at each grade to be branch qualified. Meeting these standards ensures that the officer has acquired the skills to remain proficient in MI branch at each grade, and is qualified for promotion and retention in the branch. The preferred amount of time spent in individual critical positions is 12 to 24 months.

*b. Military Intelligence branch life cycle.* Figure 19-1 depicts the Active Component MI career life cycle with key positions.

## 19–6. Requirements, authorizations and inventory

*a. Goal.* Aligning authorizations with current inventory is Military Intelligence branch's goal. It will facilitate a healthy, viable career path for Military Intelligence branch officers. To effectively do this, the field inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The number of authorized Military Intelligence billets, by grade, will fluctuate as force structure decisions are made. Officers desiring more information on branch authorizations or inventory are encouraged to contact the Military Intelligence proponency office or the PERSCOM OPMD MI Branch assignment office.

## 19–7. Key officer life cycle initiatives for Military Intelligence

*a. Structure.* Military Intelligence Corps structure is the classic case of an inverted pyramid. If all field grade requirements were to be filled, far more MI officers would have to be accessed at the grade of lieutenant than there are billets. This dilemma has led MI to become the largest participant in the branch detail program. Modeling efforts indicate that the MI Corps will continue to be a major participant in the branch detail program due primarily to this same inverted force structure, which requires a modest number of lieutenants but a huge number of field grade officers.

*b. Acquire.* Officers will continue to be accessed into the Military Intelligence branch through the United States Military Academy (USMA), Reserve Officers' Training Corps (ROTC) and Officer Candidate School (OCS). While accessions are based on the needs of the Army and officers' preference, MI will continue to donate a huge part of the ROTC accessed officers to their combat arms details for 4 years. Because of the lack of branch specific civil school curriculum and opportunities for relevant experience, there will be few opportunities for direct commissioning in Military Intelligence branch.

*c. Distribute.* MI positions are found at all echelons. The MI AOCs are open to all officers. For more information concerning these AOCs, refer to paragraph 19-1d of this chapter.

*d. Deploy.* Military Intelligence branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Military Intelligence officers must be deployable to accomplish missions across the full spectrum of conflict. Military Intelligence officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Military Intelligence branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.*

(1) MI officers will compete for promotions within the Operations Career Field. Promotion numbers and percentages will be consistent with both MI requirements and other branches within the Operations Career Field.

(2) Military Intelligence branch commanders will continue to be centrally selected for command. Military Intelligence officer command opportunities are in the Operations Career Field. Officers have the option of selecting the category or categories in which they desire to compete for command.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive MI coded intelligence assignments at all levels. Self-development and valuable experience continues to be an essential component of officer development.

(1) *Lieutenant*

*(a) Training.* Officers entering the Military Intelligence Corps attend the Military Intelligence Officer Basic Course or for branch detail officers, the basic course of their detail branch. Branch detailed lieutenants attend the MI Officer Transition Course upon completion of their 4 year detail. They then attend both phases of the MI Captains Career Course prior to serving in Military Intelligence assignments.

*(b) Utilization.* Officers may obtain initial assignments to troop units at the company level as a platoon leader or executive officer, then at battalion or brigade level as assistant or primary staff officers. Many MI lieutenants are assigned to combat arms units as battalion or assistant battalion S2. They are also assigned to assistant brigade S2 positions.

(2) *Captain.*

*(a) Training.* Officers attend both phases of the MI Captains Career Course and intelligence specific professional development courses.

*(b) Utilization.* Officers obtain assignments as a company commanders, as assistant or primary battalion or brigade staff officers,

division staff officers, USMA faculty and staff, service school instructors, or upon branch qualification, nominative or joint assignments.

(3) *Major.*

(a) *Training.* Complete Command and Staff College.

(b) *Utilization.* Military Intelligence officers designated in the Operations Career Field will be assigned for major level branch qualification, following promotion to major. Officers receive assignments as MI battalion staff officers, brigade through corps Intelligence staff officers, MACOM and HQDA Intelligence staff officers and joint duty Intelligence staff officers. MI officers will also serve in key branch/functional area generalist positions to include USMA faculty and staff, ROTC and Inspector General. Duty in a joint assignment is considered an enhancement of an officer's potential.

(4) *Lieutenant colonel.*

(a) *Training.* Officers complete Senior Service College, if selected. An advanced degree is optional but highly encouraged.

(b) *Utilization.* Officers obtain assignments to battalion level commands, staff with troops, and MACOM, installation, HQDA or joint duty positions. Serving in a joint duty assignment may enhance potential.

(5) *Colonel.*

(a) Officers must successfully complete Senior Service College in residence or by correspondence. An advanced degree is optional but highly encouraged.

(b) Officers obtain assignment to brigade or group level command, staff with troops, and MACOM, installation, HQDA or joint duty positions.

g. *Separate.* There are no specific pending alternatives which will impact on the Military Intelligence officer corps.

## 19–8. Military Intelligence Reserve Component officers

a. The Military Intelligence Total Force includes officers within the Army National Guard and the U.S. Army Reserve. There are significant opportunities for Reserve Component (RC) officers in troop units and as Selected Reserve in the Individual Mobilization Augmentee (IMA) program. The opportunities range from lieutenant to general officer positions.

b. All RC lieutenants branched MI will serve in Intelligence positions within an RC troop unit or IMA positions. They must have favorable special background investigations prior to attendance at MIOBC. MI officers should follow a life cycle assignment pattern of upwardly mobile, professionally challenging Intelligence assignments culminating in senior officer status. Such positions include: battalion and brigade S2; MI battalion and brigade commander; division G2; State Intelligence officer; or Strategic MI detachment commander. Key intelligence positions within the RC are generally the same as for Active Component. Figure 19-2 depicts the MI RC career life cycle with key positions.

c. Branch qualification by grade is as follows:

(1) *Lieutenant.*

(a) Complete resident MIOBC (within 24 months for USAR, 18 months for ARNG).

(b) Complete a tour in an MI officer position.

(2) *Captain.*

(a) Complete the MI Officer Transition Course (officers branch transferring into MI only).

(b) Complete branch phase of MICCC.

(c) Complete CAS3 (staff process phase of MICCC). (ARNG officers refer to NGR 600-11.)

(d) Complete a tour in an MI officer position graded for captain or higher.

(3) *Major.*

(a) Complete at least 50 percent of the nonresident Command and General Staff College. (ARNG officers refer to NGR 600-100.)

(b) Complete a tour in an MI officer position graded for major or higher.

(4) *Lieutenant colonel.*

(a) Complete Command and General Staff College. (ARNG officers refer to NGR 600-100.)

(b) Complete a tour in an MI officer position graded for lieutenant colonel or higher.

(5) *Colonel.* Complete a tour in an MI officer position graded for colonel.

d. Emphasis is on serving in MI positions regardless of unit. Reserve Component commands are encouraged to assign MI company grade officers to S2 positions in artillery, engineer or similar RC troop units.

e. RC officers who are not MI, but are selected to hold MI positions because there are no MI officers available, must commit to branch transfer and must attend MIOTC and MICCC. RC officers who branch transfer to MI must be cleared for special intelligence. All MI RC officers must maintain their special intelligence clearance status throughout their careers.

f. There are RC configured versions of MIOTC and MICCC that permit RC officers to complete the courses while maintaining their civilian jobs. All Active Guard Reserve (AGR) MI officers will attend resident MIOTC and MICCC, while all AGR branch transfers will attend both resident MIOTC and MICCC.

g. The MI AOCs are available to RC MI officers on an exception basis. MI RC troop unit and IMA positions generally require the 35D AOC. The basic All-Source Intelligence officer, 35D, satisfies most MI RC requirements.



**Figure 19-1. Military Intelligence life cycle development model (Active)**



**Figure 19-2. Military Intelligence life cycle development model (Reserve)**

# Chapter 20
# Civil Affairs Branch

## 20–1. Unique features of Civil Affairs branch

*a. Unique purpose of Civil Affairs branch.* The Civil Affairs (CA) mission is to support the commander's relationship with the civil authorities and civilian populace, promote mission legitimacy and enhance military effectiveness. The CA branch is a nonaccession combat support branch in the U.S. Army Reserve (USAR). Psychological Operations and Civil Affairs (FA 39) is the active duty counterpart for officers and active duty enlisted soldiers have a counterpart skill qualification identifier (SQI).

*b. Unique functions performed by Civil Affairs branch.* The CA officer develops, plans, coordinates, commands, controls and evaluates strategic and tactical civil affairs operations, policies, doctrine and activities for Army, joint and multinational military commands. The operations performed by CA units enhance the military effort across the spectrum of conflict. They primarily provide support to conventional forces but also work with Special Forces and psychological operations units.

*c. Unique features of work in Civil Affairs branch.* The only area of concentration (AOC) within the CA branch is the Civil Affairs Officer, General (38A). The CA officer commands or serves in CA units or in S5/G5 positions as well as in command and staff positions requiring:

(1) General military expertise and knowledge required to interface with other special, general and joint staffs.

(2) Ability to plan, direct and participate in the conduct of both civil-military operation (CMO) mission activities and support to civil administration mission activities.

(3) Ability to provide the interface between the U.S. military, foreign governments, civilian relief agencies and other U.S. governmental agencies.

(4) Diplomacy and skills to advise and interact with senior officials (ministerial level) of foreign governments.

(5) Ability to analyze economic, social, cultural, psychological or political aspects of an area.

(6) Ability to conduct coordination or liaison with foreign civil or military personnel.

(7) Ability to prepare economic, cultural, governmental, special functional studies, assessments and estimates of a regional area.

(8) Ability to coordinate with civil authorities and enhance, develop, establish or control civil infrastructures in operational areas in support of friendly military operations.

(9) Knowledge to provide advice and assistance to civil, paramilitary and military leaders of U.S. and foreign nations involving CMO matters.

(10) Knowledge and ability to conduct cross-cultural communications to facilitate interaction with foreign governmental officials, soldiers and civilians.

## 20–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These

values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Special or unique civilian skills (within the fields of civil defense, economics, legal, education/training, engineering, communications, transportation, government, agriculture, environmental management and public safety) is the aspect which makes the CA branch unique. The CA officer should have expertise in one of the above fields and should maintain this expertise through his or her civilian employer, continuing civilian education and training as well as correspondence course programs. Those officers possessing one or more of the above civilian skills should request award of one of the skill identifiers (SI) described in AR 611-101.

*c. Unique knowledge.* The CA officer should be regionally oriented and must possess an expert knowledge of a region's culture and institutions at all levels. Ideally, the officer's knowledge of an area will include the ability to speak one of the region's languages. The ability to learn and sustain a foreign language is usually acquired through self-development and mandatory language training at regularly scheduled reserve drills. The CA officer should strive to meet or exceed the following minimum proficiency goals. Languages are grouped by category based on difficulty to learn.

(1) Category 1 languages-DLPT goal (listening/reading)-1+/1+.

(2) Category 2 languages-DLPT goal (listening/reading)-1+/1+.

(3) Category 3 languages-DLPT goal (listening/reading)-1/1.

(4) Category 4 languages-DLPT goal (listening/reading)-1/1. Language proficiency is reflected by the Defense Language Proficiency Test (DLPT) scores.

*d. Unique attributes.* Due to the nature of the work, CA officers must be extremely mature. Even at the company grade level, they are required to work at the highest levels of military and civilian organizations on sensitive issues. The CA officer must be able to work with persons from other cultures under a wide variety of circumstances.

## 20–3. Critical officer developmental assignments

*a. Selection.* The CA branch is a nonaccession branch. Officers selected for branch transfer, or detail, must meet the following criteria:

(1) Completion of a resident branch officer basic course.

(2) Completion of the CA Officer Advanced Course.

(3) Possession of a bachelor's degree.

*b. Desired qualifications.* Due to the regional orientation of U.S. Army Reserve CA units, a foreign language skill and regional/cultural expertise is highly desirable. Additionally, a strong background in one of the CA functional areas listed below is essential:

(1) Governmental: legal, public administration, education, public health and public safety.

(2) Economic: economic development, civilian supply, food and agriculture.

(3) Public facilities: public communications, transportation and public works and utilities.

(4) Special functions: cultural relations, civil information, dislocated civilians, emergency services and environmental management.

*c. Opportunities for female soldiers.* All branch 38 coded positions are open to women. This includes all positions in CA units and command positions.

*d. Application procedures.* Commissioned officers who meet the minimum criteria outlined above and desire a branch transfer to the CA branch may apply as applicable:

(1) U.S. Army Reserve Troop Program Unit (TPU) members may apply through their chain of command to Headquarters, U.S. Army JFK Special Warfare Center and School, ATTN: AOJK-SP, Fort Bragg, NC 28307-5200. TPU members who fall under the control of the United States Army Civil Affairs and Psychological Operations Command (USACAPOC) may apply through their chain of command to Headquarters, USACAPOC, ATTN: AOPE-RP, Fort Bragg, NC 28307-5200.

(2) Individual Ready Reserve (IRR) and Individual Mobilization Augmentee (IMA) members may apply through their respective Personnel Management Officer (PMO), U.S. Army Reserve Personnel Center (AR-PERSCOM), 9700 Page Boulevard, St Louis, MO 63132-5200.

*e. Waiver authority.* The Commanding General, USAJFKSWCS, is the final authority for course prerequisites as well as CA qualification and branch transfer requirements. All requests for waivers should be addressed to the CG, USAJFKSWCS, ATTN: AOJK-SP, Fort Bragg, NC 28307-5200.

*f. Officer management.* Upon acceptance for branch transfer, officers are managed as CA officers by AR-PERSCOM.

*g. Assignment and schooling requirements.* CA officers must complete their operational assignments and schooling to be considered fully qualified in the branch at each grade. By meeting these requirements the officer has acquired the skills and knowledge to remain proficient in the CA branch at that grade and is fully qualified for promotion in the branch. Officers are strongly encouraged, however, to attain exceptional qualification requirements in the CA branch at each grade. Meeting exceptionally qualified requirements will increase the officer's probability of not only being selected for promotion, but will increase the officer's probability of retaining a TPU position. Meeting exceptionally qualified requirements will also improve the possibility of command selection at the lieutenant colonel and colonel grades and selection to the grade of colonel. Officers at all grades must recognize, however, the importance of performance in any assignment.

*h. Civil Affairs qualification.* Because the branch accepts transfers from the rank of 1st lieutenant through colonel, CA qualification is attained at all ranks only through completion of the Civil Affairs Officer Advanced Course (CAOAC). The only exception to this requirement applies to Reserve officers who completed the USAJFKSWCS Civil Affairs Course (CAC) and were awarded the functional area 39C while on active duty. There are no other waivers to this requirement.

*i. Branch qualification.*

(1) *1st lieutenant/captain.*

(a) Professional military education: completion of CAOAC and CAS3.

(b) Assignments: CA team member.

(c) Self-development goals: complete company grade common core and basic branch tasks.

(2) *Major.*

(a) Professional military education: completion of 50% of CGSC.

(b) Assignments: CA team chief or battalion principal staff officer.

(c) Self-development goals: professional readings and mastery of branch skills.

(3) *Lieutenant colonel.*

(a) Professional military education: completion of CGSC.

(b) Assignments: brigade/command team member; brigade principal staff officer; and/or command assistant staff officer.

(c) Self-development goals: professional readings and mastery of branch skills.

(4) *Colonel.*

(a) Professional military education: completion of CGSC.

(b) Assignments: command principal staff officer or CA team chief.

(c) Self-development goals: professional readings and mastery of branch skills.

(d) Colonels should strive to achieve the following additional professional development objectives:

*1.* Professional military education: completion of SSC.

*2.* Assignments: brigade command; command principal staff officer; brigade/command deputy commander; command chief of staff; brigade S3; and/or CA support team A or C leader.

*3.* Self-development goals: attain language proficiency goals as stated in paragraph 20-2; complete a master's degree in one of the CA disciplines as listed in paragraph 20-3b; complete continuing education programs in acquired civilian skills, if applicable; complete the requirements to be awarded one of the CA skill identifiers described in AR 611-101; and meet special operations forces validation requirements.

## 20–4. Assignment preferences and precedence

*a. Preferences.* The assignment of TPU CA officers is based upon authorized vacancies within the units of the USACAPOC. These units are located throughout the continental United States and Hawaii. The majority of officers will elect assignment to CA units in close proximity to their residence. Assignment opportunities allow CA officers to become regional experts and remain proficient in one of the CA functional areas. The goal of CA officer development is to produce officers that can assimilate into a brigade/division/corps staff and immediately integrate CA plans and principles into the deliberate planning process.

*b. Precedence.* Assignment to developmental leadership positions

has precedence, although there is flexibility on the sequence of assignments. Ideally, CA branch officers should seek assignments in the following order: team member, tactical support and/or functional specialty team leader, staff officer at the battalion/brigade/command level, executive officer, and command at the battalion/brigade/command level.

## 20–5. Duration of critical officer life cycle assignments

*a. Civil Affairs branch qualification positions.* Officers in the CA branch should serve ideally for a minimum of 24 months in the following types of assignments:

(1) Commanders of CA commands, brigades, battalions and detachments.

(2) Civil-military operations officers and staff officers, at all levels, in CA units.

(3) CA functional team and section leaders, at all levels, in CA units.

(4) CA instructors in service schools, including joint service schools.

(5) Unified and specified command staff positions that plan civil-military operations.

(6) Members of CA support teams, e.g., theater, operational, tactical, in a theater of operations.

*b. Civil Affairs branch life cycle.* Figure 20-1 displays the CA branch life cycle with both branch qualifying and developmental positions.

## 20–6. Requirements, authorizations and inventory

The goal is to maintain a healthy, viable career path for CA branch officers. The numbers of CA authorized billets allow adequate career progression for CA officers.

## 20–7. Key officer life cycle initiatives for Civil Affairs

*a. Structure.* The structure is somewhat different than that of the other combat support units because of its high officer content and absence of lieutenants.

*b. Acquire.* Civil Affairs is the only nonaccession branch in the USAR. Officers recruited into the branch should meet the prerequisites in paragraph 20-3 a & b and have company grade combat arms or combat support experience.

*c. Distribute.* The vast majority of CA branch authorizations exist within the TPU units of the USACAPOC. A limited number of IMA and IRR authorizations in both TDA and TOE units exist for officers who may be constrained by the geographic locations of CA units.

*d. Deploy.* Civil Affairs branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned IRR, IMA, TPU or AGR programs, all Civil Affairs officers must be deployable to accomplish missions across the full spectrum of conflict. Civil Affairs officers may activate and deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Civil Affairs branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* The CA branch falls within the Operations Career Field. The changes from the implementation of OPMS XXI to the areas of promotion, command and the Officer Evaluation Report have yet to be determined for the USAR.

*f. Develop.* Civil Affairs officers must complete professional military education requirements in order to remain competitive for HQDA selection boards. All officers selected for major must complete some form of MEL 4 training and all officers selected for colonel should complete MEL 1 training. In addition, self-development is key to all CA officers. The uniqueness of the branch requires officers to develop regional expertise and a foreign language capability through self-development.

*g. Separate.* CA officers are separated from the USAR in accordance with AR 135-175.



**Figure 20-1. Civil Affairs life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

# Chapter 21
# Adjutant General Corps Branch

## 21–1. Unique features of the Adjutant General Corps branch

*a. Unique purpose of Adjutant General Corps branch.* The purpose of the Adjutant General Corps is to formulate, interpret and implement policy for and direct all Army military personnel management functions. These functions are performed under the human resource umbrella of the Army Deputy Chief of Staff for Personnel (DCSPER).

(1) *Military personnel manning.*
(a) Personnel readiness management.
(b) Personnel accountability.
(c) AR 220-1, Unit Status Reporting.
(d) Officer distribution and assignment.
(e) Warrant Officer distribution and assignment.
(f) Enlisted distribution and assignment.
(2) *Military personnel services.*
(a) In/out processing.
(b) Information systems management.
(c) SIDPERS.
(d) Casualty management.
(e) ID cards.
(f) Promotions.
(g) Awards and decorations.
(h) AR 600-8, Military Personnel Management, functions.
(3) *Military personnel support.*
(a) Band support.
(b) Postal support.
(c) Retention management.
(4) *Military personnel operations.*
(a) Warfighter planner.
(b) Deployment/soldier readiness processing.
(c) Mobilization execution.
(d) Exercise planning and execution.
(e) Postal operations.
(f) Courier services.

*b. Unique functions performed by Adjutant General Corps branch.* The Adjutant General Corps formulates policy for and directs the Army's military personnel system at all levels, as described in AR 600-8. This includes the critical operational/tactical personnel systems/functions outlined in FM 12-6. Adjutant General Corps officers serve at all levels of the Army and throughout the joint community. They command personnel detachments, personnel services battalions, personnel groups, personnel commands (PERSCOM), postal and replacement companies, Army bands, reception battalions, recruiting companies and battalions, publication centers, replacement battalions and garrison commands. They train military and civilian personnel in personnel administration and military personnel management and develop personnel doctrine to support the spectrum of operations.

*c. Unique features of work in Adjutant General Corps branch.* Duty positions associated with the Adjutant General Corps require thoroughly trained and properly developed officers to provide the knowledge of military personnel operations, its systems, relationships and interfaces. The Adjutant General Corps officer may serve in one of the areas of concentration (AOC) or skills described below:

(1) *Military personnel management (AOC 42B).* Officers who serve in this branch:

(a) Manage military personnel functions that support military personnel management including policy formulation, interpretation and implementation at the brigade, division, installation corps, theater, MACOM or HQDA level. Examples are replacement operations; strength management; distribution, retention, reassignment, sponsorship, and procurement of officer and enlisted personnel; unit manning, leaves and passes, awards and decorations and casualty management.

(b) Manage military personnel functions that support military personnel information management, military personnel services and military personnel automation including policy formulation, interpretation and implementation at all levels of the Army. Examples are personnel database management, personnel automation, personnel records management, personnel accounting and strength reporting, casualty operations, officer and noncommissioned officer (NCO) evaluation systems, and officer and enlisted promotion systems.

(2) *Army band (AOC 42C).* Officers who serve in this branch plan, develop and direct activities of military bands and musical training of Army band members; coordinate all band activities of the command; and conduct technical inspections and evaluate operational status, technical capability and proficiency of command bands.

(3) *Postal Operations (SI 4J).* Officers who hold this skill identifier formulate policies for and direct the activities of units engaged in postal operations. Individuals must complete the Joint Service Postal Operations Course and/or the Postal Supervisor's Course or successfully complete one year in a postal assignment. This skill identifier is only awarded to Adjutant General Corps officers.

*d. Army human resource focus.* The functions of the Adjutant General Corps branch and the Human Resource Management functional area (FA 43) are all performed under the human resource oversight of the HQDA DCSPER. The DCSPER is responsible for all human resource management policy, programs, goals, standards, structure and resources. Included under the DCSPER human resource umbrella are personnel management and personnel programs. Military personnel management is the responsibility of the Adjutant General (AG) branch and FA 43 officers are responsible for personnel programs. The linkage between these officers in performing the military personnel management functions is critical and must be mutually supportive to execute the full range of service and support to commanders, soldiers, civilians and families. AG branch and FA 43 officers serve at all levels, in both TOE and TDA organizations, and each may work for the other depending on the particular position. For example, the division G1 is branch 42 (AG) while the division deputy G1 is FA 43. The G1 has principal responsibility for managing the commander's personnel readiness while the division deputy G1 has principal responsibility for executing the commander's human resource programs. AG officers manage the distribution, assignment and strength accounting systems that assure personnel readiness of the force and they provide personnel and postal service to soldiers, civilians and family members. FA 43 officers develop and implement the programs that affect organizational balance, character and leader development, administrative efficiency and the quality of life for those same soldiers, civilians and family members. The AG and the FA 43 are a vital team on the commander's staff, working together for the good of the organization.

## 21–2. Officer characteristics required

The Adjutant General Corps is open to commissioned officers from all academic disciplines. All Adjutant General Corps positions are open to women, with the exception of selected positions with a direct combat probability code (DCPC) of one (1). The Adjutant General Corps requires officers who are skilled in leadership at all levels; who are thoroughly trained in military personnel operations and its systems; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to ensure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a

leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.*

(1) *Interpersonal.* Interpersonal skills are necessary because Adjutant General Corps officers must effectively communicate with supported commanders, peers and the other personnel who provide support and services. These officers must be able to listen, motivate and lead.

(2) *Conceptual.* Adjutant General Corps officers must have conceptual skills that are necessary for strategic vision, critical reasoning and problem solving. These officers must be able to move from the abstract concept to concrete solutions to everyday problems.

(3) *Technical and tactical.* Both technical and tactical skills are necessary for success as an Adjutant General Corps officer. The systems and processes that are used to accomplish Adjutant General Corps functions make technical skills essential. The understanding of tactical skills and operational strategy is critical for AG officers. They must be able to employ their AG units in the full spectrum of conflict while providing personnel and postal support to the deployed force.

c. *Unique knowledge.*

(1) Adjutant General Corps officers must know the organization, structure and doctrine of the warfighting Army.

(2) Must understand the roles and missions of the other services and how to support joint and multinational operations.

(3) Must retain competency in the operation and management of existing and emerging personnel systems that are critical to success on the battlefield.

(4) Must understand and use automation and other new technology that can improve timeliness and efficiency.

d. *Unique attributes.*

(1) *Personal attributes.* Adjutant General Corps officers are warfighters who must possess and exhibit self-discipline, initiative, good judgment, confidence and high intelligence. Adjutant General Corps officers must be physically fit and possess exceptional military bearing.

(2) *Task orientation.* The Adjutant General Corps officer must demonstrate the ability and willingness to work with others as a team to achieve operational success. Because the Army military personnel system is unique in many ways, knowledge of processes and procedures are obtained from working within the operational and institutional frameworks of the Army. Adjutant General Corps officers provide vital support to commanders while also taking care of soldiers and their families.

(3) *Multifunctionality.* At the field grade level, Adjutant General Corps officer work is branch oriented but becomes increasingly multifunctional—first within the Career Field and eventually across several Career Fields. Officers must develop and utilize a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments.

## 21–3. Critical officer developmental assignments

a. *Branch qualification and development.* The Adjutant General Corps is divided into four professional development phases described as follows:

(1) *Lieutenant phase.* The starting point for AG officers, not branch detailed, is the Adjutant General Officer Basic Course (AGOBC). The AGOBC prepares officers for initial duty assignments in personnel management positions. Officers also receive training in leadership, the military personnel system and functions, weapons, tactics, and common soldier skills that help ensure survivability and mission accomplishment in wartime. Army band officers attend a technical training course at the U.S. Army Element School of Music following AGOBC. All officers should seek to serve in more than one duty position to allow maximum exposure to the wide range of personnel functions. Adjutant General officers who receive 4-year branch details attend the Officer Basic Course (OBC) of their detailed branch and work in platoon leader positions. Detailed officers should seek positions such as S1 in the latter stages of their detail that will familiarize them with AG functions prior to attendance at the AG Captains Career Course.

(2) *Captain phase.*

(a) Attendance at the Adjutant General Captains Career Course

(AGCCC) is normally the next assignment following selection for promotion to captain. Officers attend the branch phase at Fort Jackson, SC, prior to the staff process phase (CAS3) at Fort Leavenworth, Kansas.

*(b)* AG officers become branch qualified during the captain phase by meeting the following standards:

*1.* Possess bachelor's degree.

*2.* Complete AG Captains Career Course.

*3.* Serve a minimum of 24 months in any AG branch position and complete any assignment as one of the following: company/detachment commander; chief, AG section; strength manager; battalion S1/adjutant; or G1 plans and operations.

*4.* Band officers must serve 24 months in any 42C position.

*(c)* Officers normally are assigned to a branch qualifying assignment following the AG Captains Career Course. Captains should complete at least one technical (e.g., strength manager) and one traditional (e.g., company/detachment command) assignment during the captain phase to enhance their competitiveness for promotion to major. Though the following list is not all inclusive or in any order, some specific developmental jobs to be sought by AG officers include:

*1.* DA PERSCOM/DCSPER staff.

*2.* Instructor/service school staff/USMA.

*3.* Operations officer.

*4.* Staff band officer (42C).

*5.* Aide-de-camp.

*6.* Branch/functional area generalist.

*(d)* Branch qualified captains will receive assignments consistent with the needs of the Army. These include:

*1.* Branch/functional area generalist positions (e.g., U.S. Army Recruiting Command, ROTC instructor, USMA faculty and staff or Active Component/Reserve Component (AC/RC) duty).

*2.* Other nominative assignments (e.g., foreign service school exchange officer).

*3.* Functional area positions.

*4.* Advanced Civil Schooling (based on functional area or overall Army requirements).

*(e)* Between the 5th and 6th years of service, an officer's preferences will be solicited for functional area designation. Designation is based upon an officer's desires, qualifications and needs of the Army. Adjutant General officers are encouraged to gain experience in a variety of assignments between branch and a selected functional area, but they may request to remain in AG branch to serve repetitive AG assignments. Key functional areas for AG officers are Human Resource Management (FA 43), Comptroller (FA 45), Public Affairs (FA 46), Operations Research/Systems Analysis (FA 49), Force Management (FA 50) and Information Systems Management (FA 53). Military schooling in support of the functional area will be scheduled when applicable to give AG officers every opportunity to become qualified in their functional area.

*(3) Major phase.*

*(a)* Officers will undergo a Career Field Designation Board upon selection for major. This board will designate AG officers to serve in one of the four Career Fields: Operations, Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion only within their designated Career Field. Assignments after promotion to major will be managed in PERSCOM OPMD by the Adjutant General branch for the Operations Career Field and the functional area assignment officers for all other Career Fields. Adjutant General officers who remain in the Operations Career Field will receive both branch assignments and branch/functional area generalist assignments. Completion of Command and Staff College (CSC) through resident or nonresident instruction is essential for AG majors prior to consideration for promotion to lieutenant colonel.

*(b)* AG officers become branch qualified during the major phase by meeting the following standards:

*1.* Complete CSC.

*2.* Serve a minimum of 18 months in any AG branch position and complete an assignment as one of the following: battalion/group/brigade XO; battalion/group/brigade S3; assistant division G1/strength manager; strength manager; G1, separate brigade; or division personnel actions officer.

*3.* Band officers must serve 24 months in any 42C position.

*(c)* Majors should complete at least one technical (e.g., strength manager) and one traditional (e.g., battalion executive officer/S3) assignment as a major to enhance their competitiveness for promotion to lieutenant colonel. The following assignments enhance an officer's potential for positions of command and greater responsibility. Though the following list is not all inclusive or in any order, some specific jobs to be sought by AG officers include:

*1.* Commander, MEPS.

*2.* Chief, military personnel division.

*3.* Instructor/service school/USMA.

*4.* AG School staff and faculty.

*5.* CGSC faculty and staff.

*6.* AC/RC duty.

*7.* USMA faculty and staff.

*8.* HQDA/PERSCOM staff.

*9.* MACOM/Army/joint staff.

*10.* Other key branch/functional area generalist positions such as USAREC, ROTC or Inspector General.

*(d)* Officers can normally expect to spend up to 3 years on station with 18 months in one of the AG branch positions listed above. Adjutant General officers in the Operations Career Field should aggressively seek tactical and command assignments such as battalion/group/brigade XO, battalion/group/brigade S3, assistant G1, strength manager, division personnel actions officer or MEPS commander to be competitive for battalion command.

*(e)* Majors should continue self-development efforts to become an expert in all aspects of AG branch which include joint and multinational operations. Self-development should include correspondence courses, civilian education, and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

*(4) Lieutenant colonel phase.*

*(a)* Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The Adjutant General Corps lieutenant colonel can expect assignments in senior level command and staff positions. The key education requirement for lieutenant colonels is completion of a senior service college in residence or by correspondence.

*(b)* Lieutenant colonels should serve 18 months in any AG branch coded position and complete an assignment as one of the following:

*1.* Command selection list (CSL) battalion level command.

*2.* Division G1.

*3.* Deputy commander, personnel group.

*4.* Chief, personnel operations (personnel group).

*5.* Installation adjutant general.

*6.* HQDA/PERSCOM branch chief.

*7.* Theater PERSCOM staff principal.

*8.* AG School staff and faculty.

*(c)* Band officers must serve 24 months in any 42C position.

*(5) Colonel phase.*

*(a)* Adjutant General Corps colonels in the Operations Career Field can expect to be assigned to senior command and staff positions where they serve in a variety of branch, branch/functional area generalist and joint positions. The vast majority of colonel level assignments are in Table of Distribution and Allowance (TDA) organizations.

*(b)* Colonels should serve 18 months in any AG branch coded position. Recommended assignments are:

*1.* Brigade level commander.

*2.* Corps G1.

*3.* MACOM DCSPER/AG.

*4.* Commandant, AG school.

*5.* MACOM/Army/joint staff principal.

*(c)* Band officers will serve as either the Commander, The U.S. Army Band or Commander, The U.S. Army Field Band.

*b. Branch/functional area generalist assignments.* All Adjutant General Corps officers will serve in branch/functional area generalist positions, such as instructors and IGs, during various stages in their career. Moreover, officer branch/functional area generalist assignments allow the Army the flexibility to fill important positions from any one of the four Career Fields. Whenever possible, Adjutant General Corps officers should seek branch/functional area generalist positions which fill an Army requirement while professionally developing the officer.

*c. Joint assignments.* Adjutant General Corps officers can expect to be considered for joint duty assignments. There are joint authorizations and joint branch/functional area generalist positions for AG branch officers to fill worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

*d. Other assignments.* Adjutant General Corps officers may be assigned to organizations and duties beyond those indicated above. Those assignments may include White House Fellows, duty with the National Security Council, the United Nations and other international staffs, as well as Adjutant General Corps representatives at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled and well-grounded officers.

*e. Education.* Adjutant General Corps officers are highly encouraged to seek an advanced degree in a branch or functional area related discipline. Upon application they may be selected for Advanced Civil Schooling (ACS) designed to meet specific requirements established by the Army Educational Requirements System (AERS). Army band officers should seek ACS, particularly an advanced degree in conducting, and Training With Industry (TWI).

*f. Self-development.* Adjutant General Corps officers of all grades are encouraged to actively participate in the professional reading program and corresponding studies.

## 21–4. Assignment preferences and precedence

*a. Preferences.* The Adjutant General Corps has diverse assignment opportunities which allow for different career development paths. The goal of the professional development of the Adjutant General Corps officers is to produce and sustain highly qualified, tactically and operationally oriented officers to lead the branch in combat and other assigned missions. Assignments in AG branch will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will likely be disapproved.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Adjutant General Corps officers should seek assignments in the following order: Officer Basic Course, company XO, battalion S1/adjutant, postal platoon leader, Captains Career Course, company/detachment command, brigade or division staff, nominative assignment, Command and Staff College, battalion S3 or XO (as a major), battalion level command, Senior Service College, and brigade level command.

## 21–5. Duration of critical officer life cycle assignments

*a. Key Adjutant General Corps branch qualification positions.* At each grade, the amount of time spent in key or critical assignments must be monitored to ensure that officer professional development is optimized. At the rank of captain, AG Corps officers should serve at least 24 months in any AG branch assignment. The OPMS XXI goal for majors is to spend 3 years in an operational unit with 2 years spent in either a traditional or technical AG branch. Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command may have command tours up to 3 years in length.

*b. Adjutant General Corps branch life cycle.* Figure 21-1 displays

the Adjutant General Corps branch life cycle. Additionally, its identifies branch qualification standards and developmental assignments that increase promotion potential.

## 21–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for AG Corps officers. The field grade inventory must be optimized to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized AG Corps billets, by grade, will vary as force structure decisions are implemented. Officers wanting more information on AG branch authorizations or inventory are encouraged to contact the AG School proponency office or the PERSCOM OPMD AG Branch.

## 21–7. Key officer life cycle initiatives for Adjutant General Corps

*a. Structure.* There will be changes in AG Corps authorizations and structure as the Army transitions to Force XXI. OPMS XXI implementation, restructuring and recoding initiatives, and other evolving force structure issues will impact during the transition period.

*b. Acquire.* Officers will continue to be accessed into the AG Corps through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and the officer's preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in the AG Corps.

*c. Distribute.* The distribution pattern for AG Corps officers will continue to be rotated between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to the AG Corps; officers of the branch who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. AG Corps officers who select a functional area in another Career Field will no longer serve in AG branch billets.

*d. Deploy.* AG branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all AG officers must be deployable to accomplish missions across the full spectrum of conflict. AG officers may deploy at any time with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. AG branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. AG branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers are eligible for BZ promotion one time for each grade.

(2) *Command.* AG branch commanders will continue to be centrally selected for command. AG branch command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Managers. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in

other categories. The results of the command selection process are announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers who are thoroughly trained and properly developed to provide the knowledge of military personnel operations, its systems, relationships and interfaces. Development occurs through the Army school system as well, and all officers selected for major should complete some form of MEL 4 training and all officers selected for colonel should complete MEL 1 training.

*g. Separate.* The officer separation process remains unchanged. For specific policy and regulatory guidance see AR 600-8-24.

## 21–8. Adjutant General Corps Reserve Component officers

*a. General career development.* The Reserve Component (Army National Guard (ARNG) and U.S. Army Reserve (USAR)) officers play an important role in the mission of the Adjutant General Corps. The wartime effectiveness of the Adjutant General Corps is highly dependent upon the quality of the officers in the ARNG and USAR Adjutant General Corps units, as well as the Individual Ready Reserve. For guidance on Reserve Component officer development see chapter 7.

(1) Reserve Component Adjutant General Corps officers are assigned to AG branch positions in TOE units or TDA organizations at ARNG or USAR commands where they perform the same functions as Active Component Adjutant General Corps officers. Their peacetime duties will be similar to their wartime duties except they will also include those separate RC personnel management, administrative and operational reporting requirements unique to the ARNG and the USAR.

(2) Reserve Component career progression is often constrained by the geographic dispersion of units. Often there are not sufficient positions in a geographic area to continue in AG branch assignments. Planned rotation into progressively challenging branch related positions by RC commands is essential to producing the best qualified Adjutant General Corps officer. This includes assignment between the Troop Program Unit organizations, IRR and IMA positions. If geographic constraints are such that assignment to AG branch positions is not possible, officers are encouraged to seek qualification and assignment in another branch or functional area required in the geographic region.

(3) Officers in the IRR may find assignments in Reinforcement Training Units (RTU), Individual Mobilization Augmentee (IMA) positions in active Army organizations, installations or HQDA agencies, as well as tours of Active Duty for Special Work (ADSW) or annual training. Assignment in the IRR can also be used for completing professional military education.

(4) Job opportunities and assignments are the same for both male and female officers.

*b. Branch qualification and development opportunities.* Reserve Component branch qualification standards are as follows:

(1) *Lieutenant phase (years 1 to 6).* The Adjutant General Officer Basic Course (AGOBC) is the starting point for newly accessioned Adjutant General Corps officers. Reserve Component officers should complete the resident AGOBC by the second year of service. Officers should seek to serve in more than one unit position during this phase allowing for maximum exposure to the diversified functions within an Adjutant General unit. Officers are encouraged to actively participate in professional reading programs and continued corresponding studies.

(2) *Captain phase (years 7 to 13).* Adjutant General Corps officers must complete either the resident Adjutant General Captains Career Course (AGCCC) or the Adjutant General Officers Advanced Course (AGOAC) - Reserve Component (RC). AGOAC - RC includes nonresident instruction and an Active Duty for Training (ADT) phase at the U.S. Army Adjutant General School. Officers who have completed an OAC in a different branch may complete the AGOAC-RC to satisfy branch qualification requirements. Officers must also complete the Combined Arms and Services Staff School (CAS3). (CAS3 is the staff process phase of the Captains Career Course). CAS3 provides officers training to enhance their performance as staff officers and is a requirement to be considered fully qualified for promotion to major. During this phase, all officers are highly encouraged to pursue a specialty related undergraduate or graduate degree.

(3) *Major phase (years 14 to 21).* During this phase, officers should enroll in and complete MEL 4 education (50 percent completion required for promotion to lieutenant colonel) and pursue a specialty related graduate degree. Adjutant General Corps officers should seek further development in AG branch assignments during this phase.

(4) *Lieutenant colonel phase (years 21 to 26).* During this phase, officers should seek professional military education at the Senior Service College level. Officers may seek assignment to senior command and staff positions.

(5) *Colonel phase (years 26 to 30).* Assignments during this phase should provide for maximum utilization skills in the Adjutant General Corps or a functional area.

*c. Life cycle development model.* The Reserve Component life cycle development model for Adjutant General Corps officers is shown at figure 21-2.



**Figure 21-1. Adjutant General Corps life cycle development model (Active)**



**Figure 21-2. Adjutant General Corps life cycle development model (Reserve)**

# Chapter 22
# Finance Corps Branch

## 22–1. Unique features of Finance Corps branch

a. *Unique purpose of Finance Corps branch.* The Finance Corps is a combat service support branch in the Operations Career Field. It has the critical mission of sustaining Army, joint and multinational operations through the acquisition and purchase of most classes of supply and services. The Corps fulfills its missions by providing timely commercial vendor and contractual payments, banking and currency support, military pay support, non-U.S. pay support, travel payments, essential cost capturing and accounting information, and making solatium payments.

b. *Unique functions performed by Finance Corps branch.* Finance Corps officers organize, train and lead soldiers in providing disbursement, commercial vendor service and forward pay support on the battlefield. They command finance detachments, battalions, groups and finance commands and perform duties in the Defense Finance and Accounting Service (DFAS) operational base. Additionally, they disburse and account for U.S. Treasury funds; provide pay service to soldiers, noncombatants/family members, and enemy prisoners of war/detainees; manage financial information systems; provide professional analysis of financial data necessary for the efficient use of funds, materiel and personnel; and provide force protection through secure operations in sustaining the force. Finance Corps officers have opportunities to command and serve in other leadership positions where they develop the necessary command and staff expertise, financial management expertise, and professional competence required for senior Army leadership positions.

c. *Unique features of work in Finance Corps branch.* Finance Corps officers perform in a number of different financial management areas.

(1) Military pay.

(2) Commercial vendor support.

(3) Disbursement of public funds.

(4) Auditing.

(5) Travel and transportation allowances.

(6) Accounting.

(7) Financial management information systems.

(8) Finance operations.

(9) Banking.

## 22–2. Officer characteristics required

For entry into the Finance Corps, an officer should have a baccalaureate degree with a minimum of six academic (semester) hours of accounting. Degrees specializing in business, finance, accounting, computer sciences or information systems are most beneficial in supporting the Finance Corps mission.

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women— officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.*

(1) *Accountability.* Finance officers are accountable for the security of U.S. government funds, property and personnel.

(2) *Automation.* Finance officers should be technically proficient with stand alone and networked computers, branch unique software and systems, and hardware.

c. *Unique knowledge.*

(1) Officers must possess knowledge of basic finance and accounting operations and be comfortable with mathematical functions and evolving technology.

(2) Officers gain financial technical knowledge, sustained by mentoring, through a logical sequence of continuous education, training and experience.

d. *Unique attributes.*

(1) *Diverse.* Finance officers must be leader oriented and analytical. They must be warfighters who are proficient at soldiering as well as mastering the technical requirements.

(2) *Responsible.* Finance officers have pecuniary liability for all transactions processed in their unit.

(3) *Flexible.* While remaining oriented toward the branch, Finance officer responsibilities at field grade levels become increasingly multifunctional. Officers must develop and use a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments (branch immaterial), e.g., U.S. Army Recruiting Command (USAREC) staff, Reserve Officers' Training Corps (ROTC) or United States Military Academy (USMA) instructor, Active Component/Reserve Component (AC/RC) duty, etc.

## 22–3. Critical officer developmental assignments

*a. Branch qualification and development.*

(1) *Lieutenant.*

(a) After completing the Finance Officer Basic Course (FOBC), officers can expect an assignment at the finance detachment level to develop leadership experience and to enhance technical competence in various financial management capacities.

(b) Additionally, Finance lieutenants serve in finance battalion positions. Typical duty assignments include detachment/company executive officer (XO); operations officer; cash control officer; disbursing officer; chief, military pay; or battalion S1/S4.

(c) During the lieutenant phase, officers should acquire and expand troop leading, staffing, logistics and administrative skills; while becoming proficient in Finance specific tasks.

(d) Finance officers who participate in the branch detail program should complete the Finance Officer Branch Qualification (FOBQ) course at the end of the detail assignment, in preparation for a Finance branch qualifying assignment.

(2) *Captain.*

(a) Officers will attend both phases of the Finance Captains Career Course (FCCC), which includes instruction formerly taught in the Finance Officer Advanced Course (FOAC) and Combined Arms Services Staff School (CAS3) at about their 4th year of service. The Captains Career Course prepares the officer for detachment command and duties at battalion, group, finance command (FINCOM), DFAS or higher staff levels. Finance Corps captains may also have to complete special training required for their follow-on assignments after the FCCC.

(b) Captains should aggressively prepare for and seek detachment command and assignment as chief, defense military pay office (DMPO). Other assignments include: battalion, group or FINCOM S1/S4; battalion operations officer; deputy Finance officer; training/combat developer, Finance School; service school instructor; and chief, military pay division. Completion of the FCCC and detachment command for 12 to 18 months are the requirements for branch qualification as a captain.

(c) Captains should gain an in-depth understanding of Finance operations and become proficient in both common core and Finance captain skills. They should build the foundation of knowledge required to effectively serve in the branch as a leader at the detachment and battalion level in all aspects of financial management operations and in leading Finance soldiers. Captains gain a working knowledge of command principles, battalion level staff operations and combined arms and Finance operations at the battalion to brigade levels.

(d) Active duty branch qualified captains can expect other assignments consistent with the needs of the Army. These include:

1. Branch/functional area generalist (branch immaterial) positions, e.g., USAREC, ROTC or USMA faculty and staff, AC/RC duty, etc.

2. Other nominative assignments, e.g., Training with Industry (TWI), Joint Chiefs of Staff (JCS) intern or Office of the Secretary of Defense (OSD) Fellow, aide-de-camp, etc.

3. Functional area positions.

4. Advanced Civil Schooling (based on overall Army requirements). Officers compete for a very limited allocation as a branch qualified captain during years 7 through 11 in the Finance branch career life cycle (see para 22-5b, fig 22-1).

(e) Finance officers will undergo functional area (FA) designation between their 5th and 6th years of service. The needs of the Army, officer preference, military experience and, in some cases, civil schooling determine their functional area. Some FAs have extensive educational requirements. Between the 7th and 8th years of service, a limited number of Finance Corps officers will be accessed into the Army Acquisition Corps where they will serve the remainder of their careers.

(3) *Major.*

(a) Officers will undergo a Career Field Designation Board immediately following selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Finance majors will have an opportunity to seek designation in one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After Career Field designation, officers will compete for promotion only within their designated Career Field. Finance officers who remain in the Operations Career Field will receive both branch and branch/functional area generalist assignments. MEL 4 education is essential to a major's professional development.

(b) Branch qualifying positions are: group or FINCOM XO/S3; battalion S3/XO; support operations officer, multi-functional battalion; chief, DMPO; group or FINCOM S1/S4; Finance School instructor or staff; training/combat developer, Finance School; Finance staff officer; DFAS staff officer; operational location (OPLOC) staff officer; and Finance officer, Army Service Component Command (ASCC).

(c) Other assignments include: joint, HQDA and MACOM staff officer; Command and General Staff College (CGSC) faculty and staff; and White House Fellow. Majors may also serve in branch/functional area generalist positions such as USMA faculty and staff and Inspector General. Officers selected for the School of Advanced Military Studies (SAMS) must serve an initial utilization tour as a plans officer on a corps or division staff.

(d) Active duty branch qualified majors can expect assignments consistent with the needs of the Army. Assignments include branch/functional area generalist (branch immaterial) positions, e.g., ROTC instructor, AC/RC duty, etc.

(e) To be competitive for battalion command, majors in the Operations Career Field should aggressively seek various brigade level assignments, as well as battalion XO, battalion S3, finance support operations officer in a multi-functional battalion, or brigade level S3. Officers can expect to spend up to 3 years on station, with 18 to 24 months in one of the critical branch qualifying positions mentioned above.

(f) Majors should continue self-development efforts to expand expertise in all aspects of finance coordination to include joint and multinational operations. Self-development should include distance learning courses, civilian education leading to a graduate degree or higher, and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(4) *Lieutenant colonel.*

(a) Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in branch and branch/functional area generalist positions.

(b) The objective for lieutenant colonel assignments is greater contribution to the branch and the Army. Critical branch qualifying assignments for lieutenant colonels include the following: Command Selection List (CSL) battalion level command; group XO/S3; finance group or FINCOM deputy commander; MACOM level finance and accounting officer; deputy director, operating location (OPLOC); staff Finance officer ASCC; garrison or USAREC command; finance staff officer; and Finance School staff.

(c) Other typical assignments include joint/HQDA/MACOM staff and White House or Congressional Fellowships.

(d) Active duty branch qualified lieutenant colonels can expect

assignments consistent with the needs of the Army. Assignments include branch/functional area generalist (branch immaterial) positions, e.g., USAREC, ROTC Professor of Military Science, AC/RC duty, etc.

*(e)* Lieutenant colonels should complete resident Senior Service College, or apply for the U.S. Army War College Distance Education Course if selected for nonresident MEL 1 training.

(5) *Colonel.*

*(a)* Finance colonels contribute to the branch by serving in critical assignments such as: commandant, Finance School; colonel level commands at a finance group or USAFINCOM; and director, OPLOC.

*(b)* Other assignments include selected positions in the U.S. Army Soldier Support Institute, joint/HQDA/MACOM staff, division/installation staff, and garrison and USAREC commands.

*(c)* If selected, officers should attend Senior Service College or complete it by correspondence.

*b. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments, such as instructors and IGs, that may or may not be directly related to the Finance branch, but which are important to the Army.

*c. Joint assignments.* Finance officers can expect consideration for joint duty assignments. Joint experience is a part of the Army and is essential to individual officers for their advancement into senior leadership positions.

*d. Other assignments.* Finance branch officers may experience assignments to organizations and duties beyond those indicated above. These other assignments may include White House Fellows, Army staff, United Nations and other international staffs, as well as Finance branch representatives at Allied and other Services schools. The spectrum of possible assignments is large and these assignments are characterized as highly responsible and important, requiring mature, skilled and well-grounded officers.

## 22–4. Assignment preferences and precedence

*a. Preferences.* The Finance branch has diverse assignment opportunities that allow numerous career development paths. The goal of the professional development of a Finance officer is to produce and sustain highly qualified tactically and technically proficient officers who can lead, think and leverage existing and future technology to streamline existing resources. Assignments in the Finance Corps will develop the officer's ability to achieve that goal.

*b. Precedence.* Assignments to developmental leadership positions take precedence, although there is a flexibility on the sequence of assignments. Typically, Finance officers should seek assignments in the following order: FOBC; disbursing officer; cash control officer; chief, military pay; battalion staff; Captains Career Course; detachment command; brigade or division staff; nominative assignment; Command and Staff College; battalion S3 or XO (as a major); battalion level command; Senior Service College; and brigade level command.

## 22–5. Duration of critical officer life cycle assignments

*a. Key Finance Corps branch qualification positions.* Under current policy, Finance captains serve as detachment commanders for 12 to 18 months. The OPMS XXI goal is for majors to spend 3 years in an operational unit with 2 years spent in critical branch qualifying jobs (battalion XO, battalion S3, multi-functional battalion finance support operations officer, or group or FINCOM XO/S3). Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command may have command tours up to 3 years in length.

*b. Finance Corps branch life cycle.* Figure 22-1 displays the Finance Corps life cycle with branch qualifying positions. Additionally, it identifies developmental assignments.

## 22–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Finance officers. To do this, the Finance Corps optimizes the field grade inventory in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 year tours.

*b. OPMS XXI implementation.* As force structure decisions emerge and actions to implement them proceed, the number of authorized Finance Corps billets, by grade, will vary. Officers who desire more information on Finance or other branch authorizations or inventory should contact the appropriate branch proponency office or their PERSCOM assignment officer.

## 22–7. Key officer life cycle initiatives for Finance Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of Finance Corps organizations through FY 2004. The Corps constantly reviews its structure, optimizing it towards providing expert and efficient financial management support. Unit authorizations will change based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* The Finance Corps will continue to access officers from the U.S. Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Both the Army's needs and officer preference determine the amount of accessions. There are few opportunities for direct commissioning.

*c. Distribute.* Finance officers will continue to rotate between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments should be longer. Officers will have more time to gain requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules that formerly applied to the Finance branch. Branch officers who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. Finance Corps officers designated into a Career Field other than the Operations Career Field will no longer serve in Finance Corps branch billets.

*d. Deploy.* Finance Corps officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Finance Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Finance Corps officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Finance Corps branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions that affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Under OPMS XXI, Finance falls under the Operations Career Field. Once officers are designated into a Career Field, they will compete for promotion along with their peers in that Career Field. Additionally, the percentage of below-the-zone (BZ) promotions will decrease, and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Centralized selection will continue to determine who will command within the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The result of the command selection process is announced in the CSL.

(3) *Officer Evaluation Report.* The OER will reinforce linkage between officer development and OPMS XXI. Beginning with captain evaluations, the rater and senior rater will recommend the Career Field for the rated officer that best suits his or her abilities.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff

assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ financial management skills in support of combined arms and joint operations. Improvement occurs through the Army school system as well. All officers selected for major should complete some form of MEL 4 training through resident or distance learning, and all officers selected for colonel should complete MEL 1 training if selected for resident or nonresident instruction.

*g. Separate.* The officer separation process remains unchanged.

## 22–8. Finance Corps Reserve Component officers

*a. General career development.* Reserve Component, Army National Guard (ARNG) and U.S. Army Reserve (USAR), officers play an important role in the combat service support mission of the Finance Corps. The wartime effectiveness of the Finance Corps depends upon the quality of the Finance officers in the ARNG and USAR finance units as well as the Individual Ready Reserve (IRR). For overall guidance on Reserve Component officer development, see chapter 7.

(1) Reserve Component Finance officers are assigned to Finance branch coded positions in TOE units or TDA organizations at ARNG or USAR commands, where they perform the same functions as active component Finance officers. Their peacetime duties will be similar to their wartime duties, except they will also include those RC personnel management, administrative and operational reporting requirements unique to the ARNG and the USAR.

(2) Geographical dispersion of units often constrains RC career progression. Some geographical areas often lack sufficient positions to continue in Finance assignments. Planned rotation into progressively challenging Finance related positions by RC commands is essential to producing the best qualified Finance officers possible. This includes assignment between the Troop Program Unit (TPU) organizations, IRR, and Individual Mobilization Augmentation (IMA) positions. If geographic constraints make assignment to Finance positions impractical, officers should consider qualification and assignment in another branch or functional area required in the geographic region.

(3) Officers in the IRR may obtain assignments in TPU organizations; Reinforcement Troop Units (RTU); IMA positions in Active Component organizations, installations or HQDA agencies; as well as tours of Active Duty for Special Work (ADSW) or annual training. Assignment in the IRR also qualifies for completing Professional Military Education.

*b. Branch qualification and development opportunities.* RC branch qualification standards are as follows:

(1) *Lieutenant (years 1-6).*

(a) The FOBC is the starting point for newly accessed Finance officers. RC officers should complete the resident FOBC by the end of their second year (USAR) or 18 months (ARNG) of commissioned service. Officers should seek to serve in more than one unit position during this phase, allowing for maximum exposure to the diversified functions within a finance unit. Typical Finance lieutenant assignments include operations officer; cash control officer; disbursing officer; chief, military pay; and battalion S1/S4. Officers should actively participate in professional reading programs and continue corresponding studies.

(b) Reserve Component officers who have completed an officer basic course other than FOBC and the FOBQ course in residence or by distance learning will satisfy the FOBC requirement.

(2) *Captain (years 7-13).*

(a) Finance officers must complete the FOAC in residence or through the Total Army School System (TASS). TASS includes nonresident instruction through distance learning, Inactive Duty for Training (IDT) and Active Duty for Training (ADT). Officers must also complete CAS3 in residence or through TASS. CAS3 provides officers training to enhance their performance as staff officers and is required for consideration for promotion to major. During this

phase, all officers are highly encouraged to pursue a specialty related undergraduate or graduate degree. Typical assignments include: company or detachment command; finance group S1/S4; disbursing officer; chief, military pay division; operations officer; deputy Finance officer; functional area; service school instructor; and aide-de-camp.

(b) Officers who complete an advanced course (Captains Career Course) in a different branch may complete the FOBQ course in residence or by distance learning to satisfy this requirement.

(3) *Major (years 14-21).*

(a) During this phase, officers should enroll in and complete MEL 4 military education (50 percent completion of Command and Staff College required for promotion to lieutenant colonel) and pursue a specialty related graduate degree. Finance officers should seek further development in Finance assignments during this phase. Branch standard assignments include: finance group or FINCOM S3; battalion S3/XO; finance group or FINCOM S1/S4; joint/ARNG/USAR headquarters staff officer; MACOM/STARC staff officer; finance battalion operations officer; and training/combat developer, Finance School (IMA).

(b) If not previously branch qualified, all majors must complete the FOBQ course in residence or by distance learning prior to being awarded the Finance Corps 44A MOS.

(4) *Lieutenant colonel (years 22-26).*

(a) During this phase, officers should complete the Command and Staff College or its equivalent, if not completed at major, and seek professional military education at the Senior Service College level. Officers may seek assignment to senior command and staff positions. Branch standard assignments include: finance battalion commander; finance group or FINCOM S3/XO; finance group deputy commander; joint/ARNG/USAR staff officer; and total force integrator.

(b) If not previously branch qualified, all lieutenant colonels must complete the FOBQ course in residence or by distance learning.

(5) *Colonel (years 26-30).*

(a) Assignments during this phase should provide for maximum utilization skills in Finance or a functional area. Typical assignments include: FINCOM commander; finance group commander; and USARC/AR-PERSCOM/NGB/OCAR/MACOM/HQDA staff officers.

(b) Completion of Senior Service College is desirable.

*c. Life cycle development model.* The Reserve Component life cycle development model for Finance Corps officers is shown at figure 22-2.



**Figure 22-1. Finance life cycle development model (Active)**



**Figure 22-2. Finance life cycle development model (Reserve)**

# Chapter 23
# Chemical Branch

## 23–1. Unique features of Chemical branch

*a. Unique purpose of Chemical branch.* The Chemical branch is a combat support branch that is focused primarily on warfighting operations and training in support of nuclear, biological and chemical (NBC) defense; smoke, obscurants and flame employment; biological and chemical agents control verification; chemical, smoke and flame munitions technology and management; support of weapons of mass destruction (WMD) force protection programs; and chemical, biological and radiological (CBR) domestic protection programs. Additional functions include scientific, developmental and material management activities for these programs. The branch provides the Army with a highly trained corps of NBC experts to advise commanders and staffs at all levels in the Department of Defense and lead chemical units. Officers assigned to the Chemical branch carry branch code 74.

*b. Unique functions performed by Chemical branch.* Chemical branch officers plan, employ and coordinate Chemical systems in support of joint and combined arms operations. These systems include NBC agent reconnaissance systems (FOX), biological agent detection systems (BIDS), smoke and new obscurants systems (WOLF), flame weapons, and other NBC hazard detection and warning systems at all levels of command, company through corps, and joint task force. Officers also coordinate assets and efforts for WMD force protection programs and CBR domestic protection programs.

*c. Unique features of work in Chemical branch.* Chemical officers work at all levels of command and staff, and perform the following functions and tasks:

(1) Command and lead NBC and smoke units and activities.

(2) Command and supervise environmental and forensic activities.

(3) Advise Army and unified commanders and staffs on NBC operations.

(4) Develop NBC and smoke doctrine and procedures.

(5) Manage NBC force structure and design future NBC and smoke organizations.

(6) Conduct NBC vulnerability analysis.

(7) Plan, conduct and supervise NBC defensive training.

(8) Develop plans for employing and conducting smoke and obscurant operations.

(9) Develop plans for employing and conducting flame field expedient operations.

(10) Develop plans for employing and conducting NBC reconnaissance and biological detection operations.

(11) Develop plans for employing and conducting NBC decontamination operations.

(12) Evaluate NBC technical and tactical intelligence data.

(13) Manage the manufacturing, storage and demilitarization activities for smoke and flame munitions, and the storage and demilitarization activities for chemical munitions.

(14) Develop, design, test and analyze new NBC defense equipment.

(15) Advise logistics personnel on supply matters related to NBC defense materiel.

(16) Develop, analyze or study Chemical compounds or supervise a laboratory involved in such studies.

(17) Provide coordination of all NBC and smoke assets at all levels of command.

(18) Serve as instructors at precommissioning programs, service schools and service colleges.

(19) Serve as Chemical advisors to U.S. Army Reserve and Army National Guard organizations.

(20) Support WMD force protection and CBR domestic preparedness programs.

(21) Support missions for the On-Site Inspection Agency (OSIA)/Treaty Verification.

(22) Support antiterrorism and counterterrorism programs.

(23) Provide coordination of all passive defense areas and initiatives in theater missile defense.

(24) Support and advise commanders of Special Operations forces.

(25) Advise federal and state WMD force protection and domestic preparedness agencies.

(26) Support international information and data exchange in NBC and smoke matters.

## 23–2. Officer characteristics required

The Chemical branch requires officers skilled in leadership at all levels, who are steeped in Chemical Corps tactics, techniques and procedures. They must be dynamic, competent and possess the following characteristics:

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a) Interpersonal skills* reflect competence in communicating with people.

*(b) Conceptual skills* refer to competence in handling ideas.

*(c) Technical skills* reflect competence with things.

*(d) Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Decision making skills.* Chemical officers often work in an environment where time available for problem analysis is seriously constrained; but, where sound and timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress, make decisions and act in primitive field conditions is critical to success.

(2) *Tactical and technical skills.* Chemical officers must be technically proficient with branch and mission unique equipment, tools and systems. Chemical mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development. Chemical officers must not only know their own unique branch skills, tactics, techniques and procedures, and specialized equipment; they must also know the uniqueness of the units that they are assigned to and the effect of their chemical assets on all weapon systems in the theater.

*c. Unique knowledge.*

(1) Officers must possess expert knowledge of Chemical branch requirements, combined arms, chemical unit support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations and employment of all assets available to the Chemical branch. Officers gain this knowledge through a logical sequence of continuous education, training and experience sustained by mentoring. Individual officers sustain knowledge through institutional training and education, duty in operational assignments, and continuous self-development.

(2) A common objective for all ranks is the selection to serve as staff and faculty at the Chemical School. This allows officers with recent troop and Chemical staff assignments to share their field experience with the school. In turn, officers from the school return to the field with an updated knowledge of doctrinal, training and materiel developments. With such an exchange of knowledge and experience between the field and the Chemical School, these officers ensure the Chemical Corps, sister services and the Army are fully prepared to fight and win on the increasingly complex battlefields of the future.

*d. Unique attributes.*

(1) *Personal attributes.* Chemical officers must know and routinely execute drills and operate within established SOPs. Officers must be warfighters who are physically fit and maintain high levels of stamina.

(2) *Task orientation.* Work focuses on the successful accomplishment of the mission. Process is important, but results count. Teamwork is vital for success.

(3) *Multifunctionality.* At the field grade level, Chemical officer work is branch oriented, but becomes increasingly multifunctional; first within the career field and eventually as the officers become more multifunctional, across systems/skills that cross several career fields. Officers must develop and use a diverse set of skills as they move between branch TOE and TDA leadership positions and as they serve in branch/functional area generalist (formerly branch immaterial) assignments.

(4) *Terrain sense.* The ability to quickly judge terrain. This is more than viewing the terrain and knowing the range capability of threat weapon systems and our weapon systems. It is the ability to visualize the battlespace and know how to optimize Chemical systems in a multi-dimensional space.

## 23–3. Critical officer developmental assignments

*a. Branch qualification and career development.* A Chemical officer should expect, over the span of a 20 to 30 year career, to be assigned to a variety of units and organizations. An officer will serve in several troop assignments in chemical and other units from platoon to corps level, as well as away from troop assignments, such as, combat training centers (CTCs), other TRADOC service schools, surety related assignments, high level staffs, joint staff positions, and AC/RC positions. Branch qualifications for each grade are listed below. Branch qualification includes military education, type of positions, and service time in a Chemical branch coded position. Some assignments by their very nature offer greater opportunity to gain knowledge and experience. These positions significantly impact the Army and the Chemical mission over the longer term and are especially challenging. Officers should seek one or more of these assignments at each level of their career. (See para 23-5b and fig 23-1 for an Active Component career development model. See para 23-8c and fig 23-2, for a Reserve Component career development model.)

(1) *Lieutenant.*

*(a)* Newly commissioned officers will attend the Chemical Officer Basic Course (COBC) at the U.S. Army Chemical School (USACMLS) at Fort Leonard Wood (FLW), Missouri. COBC prepares lieutenants to lead platoons and serve as battalion Chemical officers. During COBC, Chemical lieutenants also undergo instruction with actual toxic chemical agents in the Chemical Defense Training Facility.

*(b)* Lieutenants have the opportunity after COBC to attend Airborne, Ranger, and other schools, if their follow-on duty assignment requires that specific training.

*(c)* COBC graduates should expect to serve in a variety of positions ranging from battalion assistant S3/Chemical officer to chemical company positions which will develop critical leadership and Chemical branch skills. Typical duty positions include battalion staff officer, platoon leader (smoke and decon, NBC reconnaissance, or Biological Identification and Detection System (BIDS)), and company executive officer. These positions build a solid foundation which is the bedrock for the remainder of the officer's career.

*(d)* The focus during this phase should be on acquiring and refining leadership and branch related coordination, logistics and administrative skills. Chemical lieutenants should also become proficient in both common core and branch tasks. Before promotion to captain, officers should possess a greater knowledge of the Chemical branch and a basic knowledge of combined arms principles. This includes, when possible, practical experience in Chemical branch activities, chemical unit employment, chemical missions, tactics, and combined arms operations.

(2) *Captain.*

*(a)* All officers will attend the branch training phase of the Chemical Captains Career Course (CCCC) at the USACMLS at FLW and the staff process phase at Fort Leavenworth, Kansas, at about the 4th year of service to prepare for company level command and duties at brigade or higher levels. Officers have another opportunity to attend Airborne and other military schools en route from CCCC to their next assignment, providing their next duty assignment requires the training.

*(b)* Command is highly desirable for professional development in

the Chemical Corps and, therefore, is very competitive. Many Chemical officers strive for branch immaterial company commands, such as, battalion and brigade HHC. Captains should aggressively prepare for and seek company level command and assignments such as brigade, division artillery (DIVARTY) or division support command (DISCOM) Chemical officers. In these positions, the officer has a major impact on the NBC preparedness of that unit. Other positions available that round out technical proficiency are battalion level primary staff officers, service school instructors, CTC observer controller/evaluator (OC/Es), HQDA staff, and surety officer positions at Johnston Island or technical escort units.

(c) The following requirements should be successfully met to be considered branch qualified in the Chemical Corps:

1. Bachelor's degree.

2. Chemical Officer Basic Course.

3. Chemical Captains Career Course.

4. Assignments in Chemical branch coded positions for 48 plus months with at least 12 months in a troop environment.

(d) Officers who command successfully, and are branch qualified, can be assigned to positions listed below.

1. OC/Es at one of the Army's CTCs.

2. CCCC small group instructors at the Chemical School.

3. Branch/functional area generalist positions (e.g., U.S. Army Recruiting Command (USAREC), Reserve Officers' Training Course (ROTC) instructor, USMA faculty and staff, or Active Component/Reserve Component (AC/RC) duty). For more detail see paragraph 23-3b.

4. Other nominative assignments (e.g., JCS/DOD interns).

5. Functional area (FA) positions.

6. Advanced Civil Schooling (ACS). (Based on FA or overall Army requirements.)

(e) Chemical officers will undergo functional area designation between their 5th and 6th years of service. The formal designation of FAs is based on the needs of the Army, officer preference, military experience and in some cases, civil schooling. The careful selection of an ACS program will lay the groundwork for the officer's future career in an FA under OPMS XXI and the Career Field Designation Board (CFDB) process at promotion to major. Some FAs will have extensive educational requirements. A limited number of officers will be accessed into the Army Acquisition Corps (as discussed in para 23-3e).

(f) Captains should continue to gain an in-depth understanding of combined arms operations and become proficient in all captain level common core and branch tasks for Chemical officers. These tasks provide the foundation of Chemical operations and leadership required to effectively serve in the branch as a leader at the company and battalion. Captains gain a working knowledge of command principles, battalion level staff operations, and combined arms and Chemical operations at the battalion to brigade levels. An officer should also dedicate time to complete the Chemical Corps Professional Reading Program to gain a historical perspective on tactical, strategic and leadership challenges of interest to Chemical Corps soldiers.

(g) The following are considered key positions for Chemical captains:

1. Company level command.

2. Principal battalion staff.

3. USACMLS COBC platoon trainer.

4. USACMLS COAC small group leader.

5. OC/Es at a CTC.

6. United States Military Academy (USMA) instructor.

7. JCS/DOD intern.

(3) *Major.*

(a) Officers will undergo a Career Field Designation Board (CFDB) upon selection for major. This board of senior officers will decide which functional area and Career Field each officer is best suited to serve. Chemical officers who remain in the Operations Career Field will serve only in branch or branch/functional area generalist assignments. After promotion to major, assignments will be managed at PERSCOM by the Chemical branch for the Operations Career Field Chemical Corps officers. Some Chemical majors will be designated to a functional area in one of the other three Career Fields: Operational Support (OS), Information Operations (IO), and Institutional Support (IS). After promotion to major, officers will compete for promotion only within their designated Career Field. Functional area assignment officers will manage assignments for all other Career Fields. All Chemical Corps majors should complete either resident or nonresident Command and Staff College (CSC).

(b) Majors in the Operations Career Field should aggressively seek assignments as a major level unit commander; a battalion/brigade XO or S3; brigade staff; tactical chemical operations officer/assistant division Chemical officer; Special Forces group or separate brigade or regiment Chemical officer; Department of the Army or joint staff, ATC OC/Es; and service school instructor. Many Chemical officers seek XO/S3 positions in other battalions, such as, FSBs and DISCOMs. Other assignments include: corps or MACOM/unified staff, Command and Staff College faculty and staff, service school instructor, branch chief at the USACMLS, or Reserve Component (RC) support. Majors will also serve in other branch/functional area generalist positions such as ROTC or USMA faculty and staff and staff and Inspector General. Those officers selected for the School of Advanced Military Studies (SAMS) at Fort Leavenworth will serve at corps and division headquarters as planners.

(c) Majors should continue self-development efforts to become an expert in all aspects of the Chemical Corps and joint and multinational operations. Self-development should include correspondence courses (such as the Defense Strategy Course) and civilian education. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(d) For branch qualification, majors should have completed company grade branch qualification and assignments as majors in Chemical branch coded positions for 24 plus months, and should complete Command and Staff College.

(e) The following positions are considered key positions for Chemical majors:

1. Major level command.

2. Battalion level XO or S3.

3. Brigade staff.

4. Tactical Chemical operations officer/assistant division Chemical officer.

5. Separate brigade/regiment or Special Forces group Chemical officer.

6. HQDA or joint staff.

7. OC/Es at a CTC.

8. Service school instructor.

(4) *Lieutenant colonel.*

(a) Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. The two pinnacle assignments for Chemical lieutenant colonels are battalion commander and division Chemical officer.

(b) Chemical lieutenant colonels are centrally selected by a Department of the Army board to serve as commanders of chemical battalions, training battalions, ammunition plants, chemical facilities, depots, base support battalions, garrisons and recruiting battalions. Commands are typically 24 months in length.

(c) Chemical lieutenant colonels are chosen to serve as division Chemical officers by the Chief of Chemical at the USACMLS. Division Chemical officer assignments are typically 24 months for CONUS and 36 months for OCONUS (24 months in Korea).

(d) Other challenging positions include joint, HQDA staff, MACOM, corps, service school staff, field operating agencies, division chief at the USACMLS, and Reserve Component support.

(e) Selection for Senior Service College is extremely competitive. Officers are selected to either attend SSC in residency or to complete SSC through the U.S. Army War College Distance Education Course. Both of these courses are centrally selected by a HQDA

board. Self-development objectives should continue to build warfighting and branch technical expertise as well as support the officer's functional area when applicable.

*(f)* Officers should strive to complete a master's degree or equivalent at this point in their career.

*(g)* For branch qualification, lieutenant colonels should have completed branch qualification as a major and assignments as a lieutenant colonel in Chemical branch coded positions for 24 plus months.

*(h)* The following positions and military schooling are considered key for Chemical lieutenant colonels:

*1.* Lieutenant colonel level command.

*2.* Division Chemical officer.

*3.* Brigade XO/S3.

*4.* HQDA, DOD or joint staff officer.

*5.* Duty with chemical biological arms control/verification activities.

*6.* Complete resident or nonresident SSC.

*(5) Colonel.*

*(a)* The primary objective for this grade is optimal application of a colonel's tactical and technical capabilities and executive and leadership skills in those positions that best support the DOD, unified and multinational force requirements.

*(b)* Chemical colonels are assigned to command and senior staff positions in a wide variety of branch and branch/functional area generalist positions.

*(c)* Key Chemical colonel assignments include: brigade or depot command; assistant commandant; corps Chemical officer; MACOM/ unified command Chemical officer; Department of the Army, DOD and joint staff positions at the division chief level; program manager; and director positions at the U.S. Army Chemical School.

*(d)* For branch qualification, colonels should have completed lieutenant colonel branch qualification and assignments for colonels in Chemical branch positions for 12 plus months.

*(e)* The following positions and military schooling are considered key for Chemical colonels.

*1.* Colonel level command.

*2.* Assistant commandant, USACMLS.

*3.* Corps Chemical officer.

*4.* HQDA or joint Staff (division chief level).

*5.* MACOM or unified command Chemical officer.

*6.* Director, USACMLS.

*b. Branch/functional area generalist assignments.* Officers above the rank of lieutenant can expect to serve in branch/functional area generalist assignments that may or may not be directly related to the Chemical branch. In the past, Chemical officers have rarely filled these positions based on the availability of Chemical officers. As the inventory of Chemical officers dictates, the opportunity to serve in positions such as ROTC instructor, recruiting command, and Inspector General will be available. Although they are not branch qualifying, these positions are important to the Army and can be career enhancing.

*c. Joint assignments.* Chemical officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and professionally develops officers for advancement into senior leadership positions.

*d. Other assignments.* Chemical branch officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellowships, National Security Council duty, United Nations duty, and Chemical branch representative at Allied service schools. The spectrum of possible assignments is large. These assignments can be characterized as highly responsible and important requiring mature, skilled, and well-grounded officers.

*e. Army Acquisition Corps (AAC).* Any Chemical officer can request accession into the AAC. An annual AAC accession board selects three or four Chemical officers during their 8th year of service. These officers are managed as AAC (FA 51) officers and work strictly within the acquisition arena in the Operational Support Career Field for the rest of their careers. An AAC officer's career

development is focused toward serving as a program manager or a commander of Army research and development centers. Throughout their Acquisition career, they continue as members of the Chemical Corps Regiment. This link between the Chemical Corps and AAC should be strong so that the best possible NBC related equipment and systems are developed and procured. Additional information on the AAC can be found in chapter 47.

*f. Advanced Civil Schooling (ACS).* An advanced degree can provide additional opportunities for certain assignments. Some Chemical Corps positions require advanced degrees. The Corps annually sends officers fully funded to graduate school to obtain advanced science degrees in disciplines such as chemistry, biochemistry, microbiology, environmental engineering, and operations research/ systems analysis. Selection for these programs is strongly tied to manner of performance, GPA and GRE scores. Additionally, the USMA Academy Professor (FA 47), Psychological Operations/Civil Affairs (FA 39), and Foreign Area Officer (FA 48), are sources of funding for advanced degrees in many disciplines. Training With Industry (TWI) is another excellent program where officers are assigned to U.S. government agencies (such as, the Environmental Protection Agency) or a civilian corporation for a one year internship. Officers incur a service obligation of 3 years for each year of school or training. Also, officers will serve a follow-on utilization tour in a validated position for 2 or 3 years. Further details on ACS/ TWI can be found in AR 621-1.

*g. Additional military schooling.* Officers have additional opportunities to become proficient in several areas that provide additional skill identifiers. Some of these programs and courses are: Explosive Ordnance Disposal Specialist (Phase I), Technical Escort/J5, Technical Surety, Chemical Surety, and Fox Reconnaissance/5L.

*h. Branch detail officers.* The following applies to branch officers who are detailed:

(1) Under the branch detail program, some Signal, Finance, Transportation, Ordnance and Quartermaster Corps officers are detailed to recipient branches for 2 years. In the same manner, Adjutant General and Military Intelligence officers are branch detailed for 4 years. As a recipient branch, the Chemical Corps receives officers each year from donor branches to fill its lieutenant authorizations.

(2) Lieutenants detailed to the Chemical Corps follow the same career development path as basic branch Chemical lieutenants. They can expect opportunities to serve at the battalion level as an assistant S3/Chemical officer and in platoon leader and executive officer positions at the company level. These officer development opportunities are the foundation for successful careers in every branch of the Army. At the end of the detail period, officers revert to their basic branch. These officers normally attend a transition course sponsored by their basic branch before serving subsequent assignments. See chapter 3 for additional information concerning the branch detail program.

## 23–4. Assignment preferences and precedence

*a. Preferences.* The Chemical branch has diverse assignment opportunities which allow for numerous career development paths. The goal of the professional development of Chemical branch officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead the Chemical branch in combat, and on other assigned missions. Assignments in the Chemical branch will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute to achieving that goal will likely be rejected. Requirements for individuals in the Joint Domicile program are listed in AR 614-100 and for the Exceptional Family Member Program are listed in AR 608-75. All family concerns for individuals in these programs will be considered by assignment officers to support these individuals.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Chemical branch officers should seek assignments in the following order: Officer Basic Course, battalion staff (as an assistant S3/Chemical officer), platoon leader, Captains

Career Course, brigade or division staff, company command, nominative assignment, Command and Staff College, troop assignment (as a major), joint/HQDA staff assignment, battalion level command, Senior Service College, troop assignment (as a lieutenant colonel), joint/HQDA staff assignment, brigade level command, and troop assignment (as a colonel).

## 23–5. Duration of critical officer life cycle assignments

*a. Key Chemical branch qualification positions.* Under current policy, Chemical captains serve as company commanders for 18 months plus or minus six months. The OPMS XXI goal is for majors to spend 3 years in an operational unit with up to 24 months spent in a branch qualifying position. Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command have command tours of 2 years in length, with an option of a third year.

*b. Chemical branch life cycle.* Figure 23-1 displays a Chemical branch life cycle with branch qualifying and developmental positions.

## 23–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Chemical branch officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with up to 24 months of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized Chemical billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring additional information on Chemical branch authorizations or inventory are encouraged to contact the proponency office or PERSCOM assignment officer.

## 23–7. Key officer life cycle initiatives for Chemical Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of Chemical organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Officers will continue to be accessed into the Chemical branch through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in Chemical branch.

*c. Distribute.* Chemical branch officers will continue to rotate between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch. In particular, majors should receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules. Chemical branch officers in the Operations Career Field will work either in branch or branch/functional area generalist positions. Chemical branch officers designated into a functional area in another Career Field will no longer serve in Chemical branch billets.

*d. Deploy.* Chemical Corps officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Chemical Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Chemical officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Chemical Corps officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Chemical branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Chemical branch commanders will continue to be centrally selected for battalion and brigade level command. All Chemical officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training/Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process is announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments, and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ NBC and smoke assets and have knowledge of maneuver skills in support of combined arms and joint operations. Development occurs through the Army school system as well. Other officer development areas include ACS to support the needs of the Army and individual preferences.

*g. Separate.* The officer separation process will continue to support the future requirements of the Army's force structure. Monetary incentives and other means will support actions to shape the force though early retirement or early release programs. Monetary compensation may be available for officers who are not selected for future promotions and must separate from the military.

## 23–8. Chemical Reserve Component officers

*a. General career development.* Currently OPMS XXI does not affect Reserve Component (RC) officers. Reserve Component Chemical officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins. The U.S. Army Chemical Reserve Component officer plays a vital role in the Chemical Corps combat support mission. The Reserve Component comprises the majority of all Chemical units and more than half of the personnel associated with the Chemical Corps force structure. Therefore, interaction and interoperability between the Active and Reserve Components are essential. Reserve officers commissioned into the Chemical Corps are designated branch code 74 (Chemical) by the Commander, AR-PERSCOM. See chapter 7 for guidance on RC officer development.

*b. Branch qualification and development opportunities.*

(1) Even though RC Chemical officers are limited by geographical considerations, they should strive for Chemical assignments that yield the same developmental opportunities as their AC counterparts. RC career progression is often constrained by the geographic dispersion of units. There may not be sufficient positions in a geographic area to continue in Chemical assignments. Therefore, planned rotation into progressively challenging chemical positions by RC commands is essential to producing the best qualified Chemical officer. To meet professional development objectives in the U.S. Army Reserve (USAR), Chemical officers must be willing to rotate between Troop Program Units (TPU), the IRR, and the Individual Mobilization Augmentee (IMA), Joint Reserve Unit (JRU), IRR-

Augmentee (IRR-A), and Active Guard Reserve (AGR) programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions, or to complete Professional Military Education (PME) requirements. Such transfers will normally be temporary, and should not be seen as impacting negatively on the officer's career. The success of a RC Chemical officer is not measured by length of service in any one component or control group, but the officer's breadth of experience, duty performance and adherence to branch requirements. Officers may elect to apply for a functional area beginning at the rank of captain. For additional guidance on RC Officer Development, see chapter 7.

(2) Chemical officers in the IRR may find assignments in reinforcement units (RTU), IMA positions in AC organizations, installations or HQDA agencies, as well as tours of Active Duty for Special Work (ADSW), Annual Training (AT), or Temporary Tour on Active Duty (TTAD). Assignment in the IRR can also be used for completing PME requirements.

(3) Typical assignments could include the following:

(a) Positions in Chemical TPUs, or Chemical positions in non-chemical units.

(b) IMA program which provides officers the opportunity to train in the positions they will occupy upon mobilization.

(c) Counterpart Training Program.

(d) Positions in JRUs.

(e) IRR-A program.

(f) AGR tours where AGR officers serve full-time in support of either the ARNG or USAR. They receive the same benefits as AC officers, including the opportunity for retirement after 20 years of Active Federal Service.

c. Life cycle development model. Professional development requirements are normally satisfied by attendance at military schools combined with planned, progressive assignments in chemical units or positions. To be considered a branch qualified Chemical officer at each grade, the length of service in a given position is not the focus; the key is assignment diversity and sufficient time served during each assignment to develop branch competence. The following paragraphs describe how company and field grade RC officers may gain and maintain Chemical branch qualification throughout a career. The desired goal for Chemical officer assignments is at least one assignment in a Chemical branch coded position for a total of 24 months at the company grade level; and at least two assignments in a Chemical branch coded position for a total of 48 months at the field grade level. The following standards should be met:

(1) Lieutenant.

(a) Newly commissioned officers branched Chemical will attend the Chemical Officer Basic Course (COBC) at U.S. Army Chemical School (USACMLS), Fort Leonard Wood (FLW), Missouri. COBC prepares lieutenants to lead platoons and serve as battalion Chemical officers. During COBC, Chemical lieutenants also undergo instruction with actual toxic chemical agents in the Chemical Defense Training Facility. USAR lieutenants must complete COBC by the end of their 2nd year commissioned service. ARNG officers must complete COBC by the end of 18 months commissioned service.

(b) A baccalaureate degree from an accredited college or university is required for promotion to captain.

(c) Officers should seek assignments to Troop Program Units (TPU) as a platoon leader, company XO, or battalion assistant S3/Chemical officer. These positions build a strong foundation for subsequent development as a Chemical officer.

(d) Lieutenants should also become proficient in common core tasks.

(2) Captains.

(a) All officers should complete an Officer Advanced Course; preferably the resident Chemical Captains Career Course at Fort Leonard Wood, MO.

(b) Officers who have completed the Chemical Officer Basic Course or other branch basic course and are unable to attend the resident Chemical Captains Career Course may receive credit through a combination of distant learning course work and resident training at the USACMLS.

(c) Officers should seek assignments or experience equivalent to brigade/group level Chemical officer or other brigade level staff positions. Company command is highly desirable for continued professional development.

(d) Chemical captains should continue to become proficient in common core tasks. An officer should also dedicate time to complete the Chemical Corps Professional Reading Program to gain a historical perspective on tactical, technical, strategic and leadership challenges of interest to Chemical Corps soldiers.

(e) Successful completion of CAS3 is required for promotion to major.

(f) The desired goal for Chemical officer assignments at the company grade level is at least one assignment in a Chemical branch coded position for a total of 24 months.

(3) Major.

(a) Key requirement for development and progression at this grade is enrollment in and completion of at least 50 percent of Command and General Staff College (CGSC).

(b) Field grade officer development paths reflect a greater variety of assignment possibilities. Developmental positions for majors include: separate brigade, armored cavalry regiment, or group Chemical officer; battalion XO and S3; division and RSC/ARCOM staff; and COSCOM Chemical officer positions.

(c) Chemical majors should continue self-development efforts to become expert in all aspects of the Chemical Corps, joint and multinational operations, as well as in a functional area when applicable. Time should be devoted to a professional reading program to broaden the warfighting perspective.

(d) Majors should strive to obtain a master's degree from an accredited college or university but, it is not a requirement for promotion to lieutenant colonel.

(4) Lieutenant colonel.

(a) Fifty percent completion of CGSC is mandatory for promotion to lieutenant colonel. CGSC must be completed within 3 years after promotion to lieutenant colonel.

(b) Lieutenant colonels who have not gained full qualification as a Chemical officer at this point in their career may do so through completion of the Senior Leader Qualification Course, sponsored by the U.S. Army Chemical School. This course is designed to fill in Chemical professional development gaps and refresh skills diminished by the passage of time.

(c) Developmental positions include lieutenant colonel level staff positions, Chemical or other battalion level command, and selection for resident/nonresident Senior Service College. In the National Guard, state and division Chemical officer positions are available and desirable. Self-development objectives should continue to build warfighting and technical expertise as well as support the officer's functional area when applicable.

(d) Assumption of Chemical position duties at the lieutenant colonel level with no prior Chemical training or experience is discouraged. Fully successful performance generally requires the skills and instincts developed over time by practice of the Chemical segment of the military art. Refer to chapter 7 for a detailed description of Reserve Component career management and development.

(5) Colonel.

(a) Reserve colonels may be qualified in several branches at this time in their careers. Colonels who have not gained qualification as a Chemical officer at this point in their careers may do so by completing the Senior Leader Qualification Course, sponsored by the U.S. Army Chemical School.

(b) Chemical positions available at this grade include Chemical brigade commander, deputy Chemical brigade commander, and high level staff.

(c) Assumption of Chemical position duties at the colonel level with no prior Chemical training or experience is discouraged. Fully successful performance generally requires the skills and instincts developed over time by practice of the Chemical segment of the military art. Refer to chapter 7 for a detailed description of Reserve Component career management and development.

(6) The Reserve Component life cycle development model for Chemical officers is shown at figure 23-2.



**Figure 23-1. Chemical Branch life cycle development model (Active)**



**Figure 23-2. Chemical Branch life cycle development model (Reserve)**

# Chapter 24
# Transportation Corps Branch

## 24–1. Unique features of Transportation Corps branch

*a. Unique purpose of Transportation Corps branch.* The Transportation Corps is a combat service support branch that falls into the Operations Career Field and provides the transportation capabilities essential for a CONUS-based power projection Army in support of the National Military Strategy. The Transportation Corps consists of officers, warrant officers, enlisted and civilian personnel responsible for the worldwide movement of units, personnel, equipment and supplies in peace and war. The Transportation Corps will move critical supplies rapidly under positive control, through an integrated, transportation based global distribution system, bypassing routine warehouse/storage functions from the source to the combatant. The Transportation Corps will leverage emerging technologies and thrive on the digitized battlefield. It will provide movement control and direct delivery to deployed forces in a dynamically fluid, nonlinear battlefield. The Transportation Corps is the "Spearhead of Logistics."

*b. Unique functions performed by Transportation Corps branch.* Functions performed by the Transportation Corps include:

(1) Perform transportation unit operations.

(2) Plan, schedule and supervise the use of each mode of transportation for the effective movement of units, personnel, equipment and supplies in a transportation-based, global distribution system.

(3) Provide theater port opening terminal services for all modes of transportation and stevedoring services at fixed ports, unimproved beach sites and during Logistics-Over-The-Shore (LOTS) operations.

(4) Provide DOD worldwide, single agency management for military traffic, land transportation and common-user ocean terminals.

(5) Develop transportation concepts and doctrine and develop unit organizations and the requirements to support acquisition of transportation systems for the Army.

(6) Provide training and professional development for the DOD, Active and Reserve Components and civilian personnel in transportation and deployment methods.

(7) Provide maintenance (direct support/general support) and supply for marine and rail equipment.

(8) Provide transportation engineering services.

*c. Unique features of work in Transportation Corps branch.*

(1) The Transportation Corps features work that is not common to many branches. A Transportation Corps officer may routinely work at any of the three levels of war: tactical, operational and strategic. This is not limited to a specific grade, e.g., a Transportation Corps lieutenant may operate an Arrival/Departure Air Control Group (A/DACG), which is a joint operation operating at both an operational and strategic levels. Transportation Corps officers will find themselves working in a joint environment or participating in joint operations far more frequently than other branches. Transportation Corps officers plan, direct, staff and control Army and DOD transportation operations at all three levels of war. Among other things, Transportation Corps officers:

*(a)* Manage all facets of transportation related to the planning, operation, coordination and evaluation of all methods of transportation including multi-modal systems.

*(b)* Command all types of transportation, movement control and logistical organizations tasked with controlling and carrying out personnel, cargo/supply, movement control or logistical requirements within a geographic area(s).

*(c)* Recommend priorities; coordinate tasks; documents cargo and/or personnel to be transported; allocate resources; and determine mode(s) necessary for the optimum utilization of assets and timely mission accomplishment.

*(d)* Play a key role in the development, procurement and life cycle management of transportation related equipment, systems and personnel.

(2) All Transportation Corps branch coded (88) positions are open to male and female officers, with the exception of the Ranger regiment Movement Control Officer. Male and female Transportation Corps officers have equal career opportunities and can perform duties in all four Areas of Concentration (AOC). Transportation AOCs are:

*(a) Transportation General (AOC 88A).* Command, direct, control, coordinate, manage or serve in positions requiring general knowledge of transportation organizations/equipment/doctrine and organizations engaged in transportation related services. Develop doctrine, organizations and equipment for the Transportation Corps. Serve in joint assignments. Manage transportation personnel life cycle functions. Instruct Transportation skills at service schools, service colleges, precommissioning programs and combat training centers. Assist U.S. Army Reserve and Army National Guard transportation organizations. Examples of such duty positions are: headquarters staff officer, instructor and proponency officer.

*(b) Traffic Management (AOC 88B).* Involves the planning, procurement, coordination and control of the movement of personnel, personal property and freight worldwide by military or commercial transport. Examples of duty positions include: installation Transportation officer (ITO), Military Traffic Management Command (MTMC) staff officer, movement control officer (MCO).

*(c) Marine and Terminal Operations (AOC 88C).* Command, direct, control, coordinate, manage or serve in positions in water transport, marine maintenance, marine terminal or inland terminal units or organizations. Duties encompass the command, control or management of fixed ports, unimproved ports and bare-beach facilities; air, rail, motor and inland waterway terminal operations; Joint-Logistics-Over-The-Shore (JLOTS) operations; and marine maintenance and salvage operations. Examples of duty positions are: terminal battalion commander/staff officer, cargo transfer company commander/platoon leader, watercraft and causeway unit commander/platoon leader and crane detachment commander.

*(d) Motor/Rail Transportation (AOC 88D).* Command, direct, control, coordinate, manage or serve in positions in motor (truck), rail, truck terminal or trailer transfer units or organizations. All rail units are in the Reserve Components. Duties encompass command, control, management and utilization of motor assets in support of terminal clearance, interzonal/intrazonal motor transport services and operational mobility; truck terminal/trailer transfer point, area support, driveaway, retrograde, container and intermodal operations. Examples of duty positions include: motor transport commander/staff officer/platoon leader and rail operations commander/staff officer/platoon leader. All rail units are in the Reserve Components.

## 24–2. Officer characteristics required

The Transportation Corps requires officers who are skilled in leadership at all levels; who are proficient in tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These

values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Mastery of the following skills relative to each officer's leadership stage is critical for successful performance by all Transportation Corps officers.

(1) *Junior leadership (company grade).* Junior Transportation Corps officers work in an extremely fluid and dynamic environment with a wide variety of personnel and equipment, often having to work independently with minimum guidance. As such, they should focus on the following skills to develop their tactical proficiency:

*(a) Interpersonal skills.* Working in a dynamic environment, information gained will vary in completeness and ambiguity. Therefore, it is imperative that Transportation Corps officers can communicate effectively in both written and verbal forms. Officers should also develop excellent supervisory skills to ensure proper execution of all assigned tasks and missions.

*(b) Conceptual skills.* Since Transportation Corps officers may often work independently with minimum guidance or support, creative thinking is a very critical skill.

*(c) Technical skills.* Transportation Corps officers must be technically proficient with employment of transportation and mission unique equipment, personnel and systems. Transportation Corps officers must understand transportation, supply and maintenance automated systems. In addition to working independently, Transportation Corps officers often work in an environment where time available for problem analysis is seriously constrained but where sound, timely decisions are urgent. Therefore, decision making is vital. Transportation Corps mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. The ability to operate under stress, make decisions and act in primitive field conditions is critical to success.

(2) *Senior leadership (field grade).*

*(a) Interpersonal skills.* Even though envisioning may be considered a conceptual skill, it is essentially a group process and is a skill that all senior Transportation Corps officers need to develop. Envisioning contributes to operational success of missions and assigned tasks by a process that includes establishing purpose, vision, values, goals and objectives.

*(b) Conceptual skills.* Senior Transportation Corps officers should focus on conceptual skills such as critical and moral reasoning, systems understanding and analysis.

*(c) Technical skills.* The senior Transportation Corps officer does not need the same level of detail in their technical skill as do junior leaders. However, their technical skills become more complex because they are involved in resourcing, allocating, integrating and synchronizing transportation equipment, personnel and technologies which requires expert managerial skill. As such, the conceptual skill of systems understanding and analysis contributes to technical skills.

*c. Unique knowledge.*

(1) Transportation Corps officers must possess expert knowledge of transportation and multifunctional logistical support systems, personnel, equipment and operations. This knowledge includes practical experience in transportation and multifunctional logistic operations and the employment of those systems. Specifically, officers must strive to possess and maintain a comprehensive understanding of the following:

*(a)* Power projection.

*(b)* Reception, staging, onward movement and integration (RSO&I).

*(c)* Battlefield distribution.

*(d)* Movement control.

*(e)* Joint Logistics-Over-The-Shore (JLOTS).

*(f)* Inter- and intratheater transportation operations.

*(g)* Deliberate and crisis action planning.

*(h)* Emerging transportation technologies.

*(i)* Transportation automated systems: Global Transportation Network (GTN), Global Command and Control System-Army (GCCS-A), Department of the Army Movements Management System-Redesigned (DAMMS-R), Transportation Coordinators' Automated Information for Movement System II (TC-AIMS II), Automated Identification Technology (AIT), and Joint Total Asset Visibility (JTAV).

*(j)* Roles and functions of the Military Traffic Management Command (MTMC).

*(k)* Army maintenance and supply systems and automation.

*(l)* Velocity management.

(2) Transportation Corps officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

(3) Individual officers sustain knowledge through institutional

training and education, duty in operational assignments and continuous self-development.

*d. Unique attributes.* Transportation Corps officers should exhibit the same mental, physical and emotional attributes desired of all Army officers. However, Transportation Corps officers must also focus on developing the following attributes:

(1) *Mental attributes.* Transportation Corps officers must possess the mental agility and creativity to provide support on the battlefield at all levels. Attributes that lead to mission success are:

*(a) Initiative.* Transportation Corps officers must have the ability to be self-starters and to take the necessary action without prompting. This is extremely important because Transportation Corps officers may often find themselves working independently and must take action in situations in which there is no clear instruction or guidance.

*(b) Anticipation.* Anticipating requirements goes hand-in-hand with initiative and is absolutely vital in all support operations.

*(c) Responsiveness.* Because of the unpredictable nature of the battlefield and variations to the intensity of combat, Transportation Corps officers must be warfighters with the mental and physical ability to cope with new or changing requirements.

*(d) Improvisation.* No matter how carefully commanders and planners try to anticipate events, unforeseen contingencies occur. Whether the result of enemy action or natural disaster, plans are upset and require improvisation. Transportation Corps officers must be able to improvise; however, they should not use it as a substitute for good prior planning.

*(e) Judgment.* Transportation Corps officers must have the ability to size up a situation quickly, determine what is important and do what needs to be done. Additionally, they must combine hard data, questionable data and intuitive guesses to reason and arrive at a good conclusion.

(2) *Physical and emotional attributes.* Transportation Corps officers should exhibit the same physical and emotional attributes desired of all Army officers.

## 24–3. Critical officer developmental assignments

*a. Branch qualification and development.* Criteria for branch qualification is determined by certain standards of schooling and operational assignments (outlined below) which will best prepare an officer for command or positions of greater responsibility. The purpose of branch qualification is to ensure that the officer has acquired the skills, knowledge and attributes to remain proficient in the Transportation Corps at that grade. Officers must meet these standards to be qualified in the branch at each grade as well as for promotion or retention.

(1) *Lieutenant.*

*(a)* After completing the Transportation Officer Basic Course (TOBC), officers are normally assigned at company level to gain leadership experience and to enhance technical and tactical competence. Special training necessary to support an officer's follow-on assignment may be scheduled after TOBC. Officers should expect to serve in progressive positions to develop leadership, Transportation branch skills and, when appropriate, to complement this with staff experience at battalion level. Typical duty positions include Transportation unit platoon leader, company operations officer, detachment commander, battalion staff officer and executive officer or training officer in training center units.

*(b)* The focus of lieutenants should be on acquiring and refining the following skills: troop leading procedures; Transportation branch related skills; and coordination, planning, training, logistics and administrative skills. Before promotion to captain, officers should possess an excellent knowledge of the Transportation Corps' purpose, missions and core competencies. This includes practical experience in Transportation Corps operations, activities and missions.

*(c)* Some lieutenants are accessed into the Transportation Corps, but detailed to a combat arms branch for 2 years. For those officers, at the conclusion of the 2 year detail, they will be assigned in a Transportation Corps position. Some officers may attend the Transportation Officer Branch Qualification Course. However, the course

is not a requirement for branch qualification. Additional information on the Combat Arms Detail Program is in chapter 3.

*(d)* For self-development, the Transportation Corps lieutenant should master common core and branch tasks; expand their professional readings; and support the Transportation Corps Regimental Association and other military and civil Transportation professional organizations.

*(e)* To be considered branch qualified, lieutenants should meet the following requirements:

*1.* Graduate from the Transportation Officer Basic Course (TOBC) or a combat arms officer basic course, if branch detailed.

*2.* Serve as a platoon leader or detachment commander in a troop unit for a minimum of 12 months or as an executive officer in a training company for a minimum of 12 months.

*3.* Become proficient in common core and branch tasks for lieutenants.

(2) *Captain.*

*(a)* Officers will attend both phases of the Combined Logistics Captains Career Course (CLCCC) at about the 4th year of service, in preparation for company level command and duties at battalion or higher levels. Special training necessary to support an officer's follow-on assignment may be scheduled after completion of both phases of the CLCCC.

*(b)* Captains should aggressively prepare for and seek company level command and assignments as Transportation or multifunctional battalion primary staff officers, service school instructors, and combat training center observer controller/evaluators (OC/Es).

*(c)* Branch qualified captains can also expect assignments consistent with the needs of the Army. These include:

*1.* Branch/functional area generalist (branch immaterial) positions, e.g., USAREC, ROTC instructor, USMA faculty and staff, or Active Component/Reserve Component (AC/RC) duty.

*2.* Other nominative assignments, e.g., Allied service school exchange officer.

*3.* Functional area positions.

*4.* Advanced Civil Schooling (ACS), based on functional area or overall Army requirements.

*5.* Training With Industry (TWI).

*(d)* Transportation Corps officers will undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of an FA is based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. However, the majority of Transportation Corps officers will be designated FA 90, Multifunctional Logistician Program.

*(e)* Captains should continue to gain an in-depth understanding of transportation operations as well as multifunctional logistic operations. They also must become proficient in both common core and Transportation captain tasks to gain the knowledge required to effectively serve in the branch as a leader at the company and battalion level in all aspects of Transportation operations and in leading Transportation soldiers.

*(f)* For self-development, the Transportation Corps captain should master common core and branch tasks; expand their professional readings; support the Transportation Corps Regimental Association and other military and civil Transportation professional and social organizations; attend seminars and conferences; and participate in community activities.

*(g)* To be considered branch qualified, captains should meet the following requirements:

*1.* Successfully command a unit with at least 50 soldiers and administer Uniform Code of Military Justice (UCMJ) authority for a minimum of 12 months as a captain.

*2.* Have a baccalaureate degree from an accredited college.

*3.* Complete both phases of a branch Captains Career Course.

*4.* Successfully serve in at least one Transportation branch coded (88) assignment for a minimum of 12 months.

(3) *Major.*

*(a)* All officers will undergo a Career Field Designation Board upon selection for promotion to major. This board of senior officers will decide in which Career Field each officer is best suited to

serve. Transportation majors will have an opportunity to seek designation into the Operations Career Field or one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion only within their designated Career Field. Transportation Corps officers who remain in the Operations Career Field will receive branch, multifunctional logistics and branch/functional area generalist assignments such as ROTC and USMA faculty and staff. Their assignments will be managed by the PERSCOM OPMD Transportation Branch assignment officers. Officers designated into one of the other three Career Fields will serve functional area and branch/functional area generalist assignments and will have their careers managed by functional area assignment officers in the OPMD Functional Area Management and Development Division.

(b) Military Education Level (MEL) 4 education for all Transportation Corps officers is essential to their professional development.

(c) Majors in the Operations Career Field should aggressively seek assignments to prepare them for command. Officers can expect to spend up to 3 years on station with 24 months in a branch qualifying position. Other typical assignments include: division or corps staff, joint/DOD/Army staff, MACOM staff, combat training center (CTC) observer controller, Command and General Staff College (CGSC) faculty and staff, service school instructor, or Reserve Component (RC) assignment. Majors will also serve in other branch/functional area generalist positions such as Inspector General. Those officers selected for the School of Advanced Military Studies (SAMS) at the completion of CGSC must serve an initial utilization tour as a plans officer on corps or division staffs.

(d) Majors should continue self-development efforts to become expert in all aspects of Transportation and multifunctional logistics to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting and logistical perspective and conduct research and write articles for professional military publications.

(e) To be considered branch qualified, majors must meet the following requirements:

1. Complete resident or nonresident Command and Staff College (MEL 4).

2. Successfully serve in at least one of the positions in the categories shown in table 24-1 for a minimum of 12 months:

**Table 24–1**
**Transportation Corps major branch qualification**

| Categories | Positions |
| --- | --- |
| Transportation General | Division transportation officer<br>Battalion/brigade/group executive officer<br>Battalion/brigade/group S3 |
| Movement Control | Division movement control officer<br>Movement control team commander<br>Battalion/TMCA executive officer<br>Battalion/TMCA S3 |
| Marine and Terminal Operations | Battalion/group executive officer<br>Battalion/group S3<br>MTMC company commander |
| Highway/Rail Transportation | Battalion/brigade/group executive officer<br>Battalion/brigade/group S3 |
| Multifunctional Logistics | Support operations officer<br>Support battalion/support group/DISCOM executive officer<br>Support group/DISCOM S3 |

(4) *Lieutenant colonel.* Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in the branch and branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. Critical Transportation Corps branch qualifying assignments for lieutenant colonels include the following:

(a) Successfully command a Command Selection List (CSL) battalion.

(b) Successfully serve in at least one of the following senior level staff assignments for a minimum of 12 months: division level assistant chief of staff, G4; group/brigade/DISCOM executive officer; group/brigade/DISCOM S3; corps Transportation officer; Military Traffic Management Command (MTMC) Transportation staff officer; Movement Control Agency (MCA) division chief; HQDA/MACOM/installation Transportation staff officer; Army General Staff (AGS)/COSCOM Transportation staff officer; service school staff/faculty; and U.S. Transportation Command Transportation staff officer.

(5) *Colonel.*

(a) Officers selected for colonel should seek assignments of greatest responsibility in the branch. Transportation Corps colonels contribute to the branch by serving in critical assignments to include the following:

1. Colonel level command ,e.g., commander of a Transportation brigade-level unit, training brigade or garrison command.

2. Chief of staff.

3. Deputy chief of staff, logistics.

4. Assistant chief of staff, general staff (GS) (corps).

5. Assistant chief of staff, transportation.

6. Assistant chief of staff, movements.

7. Assistant chief of staff, materiel (COSCOM).

8. HQDA/MACOM/installation staff officer.

9. MTMC Transportation staff officer.

10. U.S. TRANSCOM Transportation staff officer.

11. Service school staff/faculty.

(b) Officers selected for colonel should apply for the U.S. Army War College Distance Education Course, if not selected for the Senior Service College resident course.

b. *Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments, such as instructors and IGs, that may or may not be directly related to the Transportation branch, but which are important to the Army.

c. *Joint assignments.* Transportation Corps officers can expect to be considered for joint duty assignments in joint organizations worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

d. *Other assignments.* Transportation Corps officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellows and duty with the National Security Council, the United Nations and other international staffs, as well as Transportation branch representatives at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled and well-grounded officers.

**24–4. Assignment preferences and precedence**

a. *Preferences.* The Transportation Corps has diverse assignment opportunities, which allow for numerous career development paths. The goal of the professional development of Transportation Corps officers is to produce and sustain highly qualified, tactically and operationally oriented officers to lead the Transportation Corps in combat and on other assigned missions. Assignments in the Transportation Corps will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute to achieving that goal will likely be rejected.

b. *Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Transportation Corps officers should seek assignments in the following order: Officer Basic Course, platoon leader, battalion staff (as an S1 or assistant S3), Captains Career

Course, company command, brigade or division staff, nominative assignment, Command and Staff College, battalion S3 or executive officer (as a major), battalion level command, Senior Service College, brigade level command.

## 24–5. Duration of critical officer life cycle assignments

*a. Key Transportation Corps qualification positions.* Under current policy, Transportation Corps captains serve as company commanders for 18 months plus or minus 6 months. The OPMS XXI goal is for majors to spend 3 years in an operational unit with 2 years spent in branch qualifying positions. Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command may have command tours extended up to 3 years in length.

*b. Transportation Corps branch life cycle.* Figure 24-1 displays a Transportation branch life cycle with branch qualifying positions and developmental assignments.

## 24–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Transportation Corps officers. To do this, the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The number of authorized Transportation Corps billets, by grade, will vary as force structure decisions are made and action to implement them are taken. Officers desiring more information on Transportation Corps authorizations or inventory are encouraged to contact the Transportation Corps proponency office or their PERSCOM OPMD assignment officer.

## 24–7. Key officer life cycle initiatives for Transportation Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of Transportation Corps organizations through FY 06. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Officers will continue to be accessed into the Transportation Corps through the United States Military Academy, United States Merchant Marine Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in the Transportation Corps.

*c. Distribute.* Officers will continue to be rotated between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. Transportation Corps officers who are designated into the Institutional Support, Operational Support and Information Operations Career Fields will no longer serve in Transportation Corps billets.

*d. Deploy.* Transportation Corps branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Transportation Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Transportation Corps officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Transportation Corps branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions that affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant, but fundamental change. Transportation Corps officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Transportation Corps commanders will continue to be centrally selected for command. Transportation Corps officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process is announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ Transportation and multifunctional logistical skills in support of combined arms and joint operations. Development occurs through the Army school system as well, and all officers selected for major must complete some form of MEL 4 training. All officers selected for colonel should complete MEL 1 training.

*g. Separate.* The officer separation process remains unchanged.

## 24–8. Transportation Corps Reserve Component officers

*a. General career development.*

(1) Transportation Corps Reserve Component (RC) officers serve in the same roles and missions as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as citizen soldier poses a challenge for their professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible with the exception that RC officers have increased windows to complete mandatory educational requirements.

(2) To meet professional development objectives, RC officers must be willing to rotate between Army National Guard (ARNG) and U.S. Army Reserve (USAR) Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) program, and the Active Guard Reserve (AGR) program. These transfers are necessitated by geographical considerations and the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions.

(3) There may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career.

(4) Because of a lack of Transportation units above company level in the Army National Guard, it is recommended that captains attend the Combined Logistics Captains Career Course (CLCCC) and seek multifunctional logistics units for career progression and professional development after company command.

(5) The success of a RC officer is not measured by length of service in any one component or control group, but by the officer's breadth of experience, duty performance and adherence to branch requirements. Refer to chapter 7 for a detailed description of RC officer career management and development.

*b. Branch qualification and development opportunities.* Officers are professionally developed through a succession of schooling and

assignments described below. Generally, education and self-development requirements parallel those identified for active duty Transportation Corps officers. However, assignment opportunities/options are limited for RC officers. Officers may periodically be assigned to a branch/functional area generalist (branch immaterial) position based on Army requirements. Prescribed operational assignments are flexible to meet the needs of the Reserve Components. Reserve Component Transportation Corps officer professional development by grade is as follows:

(1) *Lieutenant.*

(a) The Transportation Officer Basic Course (TOBC) is the starting point for newly accessed Transportation Corps officers. Reserve Component officers should complete the resident TOBC by the third year (USAR) or 18 months (ARNG) of service. Officers should obtain assignments to troop units at the company level as a platoon leader or executive officer, and at battalion/brigade level as an assistant staff officer.

(b) For self-development, the Transportation Corps lieutenant should master common core and branch tasks; expand their professional readings; and support the Transportation Corps Regimental Association and other military and civic Transportation professional organizations.

(c) To be branch qualified, lieutenants must meet the following requirements:

1. Graduate from the Transportation Officer Basic Course (TOBC).

2. Serve as a platoon leader in a troop unit for a minimum of 12 months.

3. Be proficient in common core and branch tasks for lieutenants.

(2) *Captain.*

(a) RC captains must complete the resident or nonresident RC Transportation Officer Advanced Course (TOAC) or the Combined Logistics Captains Career Course (CLCCC). All RC officers must complete the Combined Arms Service Staff School (CAS3), which is the staff process phase of the AC branch Captains Career Course. During the 5th year of service, Transportation Corps officers will be designated to single track in Transportation or will be assigned a functional area. The majority of TC officers will be designated FA 90 (Multifunctional Logistician Program). For self-development, captains should master common core and branch tasks; expand their professional readings; and support the Transportation Corps Regimental Association and other military and civic Transportation professional organizations.

(b) Active Component captains transferring to the Reserve Component, who have completed their branch Captains Career Course, have met the requirements described in (2)(a) above.

(c) To be branch qualified, captains must meet the following requirements:

1. Have a baccalaureate degree from an accredited college.

2. Graduate from an Officer Advanced Course (AC Captains Career Course).

3. Complete the Combined Arms Service Staff School (CAS3) (Staff process phase of an AC Captains Career Course).

4. Successfully serve in at least one of the following positions for a minimum of 12 months: company commander, battalion/brigade staff officer, or motor officer.

(3) *Major.*

(a) Officers should complete 50 percent of Command and Staff College (CSC) for promotion to lieutenant colonel. Completion of Logistics Executive Development Course (LEDC) or Associate LEDC (ALEDC) will substitute for 50 percent of the CSC requirement. If the officer is not in the Transportation Corps, but assigned to a Transportation Corps position in an USAR/ARNG unit, he or she must complete one of the three tracks, (highway, rail or marine terminal) of the Senior Transportation Officer Qualification Correspondence Course to be authorized a secondary skill identifier of 88. Course completion does not branch transfer an officer into the Transportation Corps.

(b) For self-development, officers should obtain a master's degree and devote time to a professional reading program to broaden

their warfighting and logistical perspective. Additionally, they should conduct research and write articles for professional military publications, and support the Transportation Corps Regimental Association and other military and civic Transportation professional organizations.

(c) To be considered branch qualified, majors must meet the following requirements:

1. Complete 50 percent of Command and Staff College.

2. Successfully serve in at least one of the following positions for a minimum of 12 months: battalion/brigade/group executive officer, battalion/brigade/group S3, HQDA Transportation staff officer, division movement control officer, division Transportation officer, joint duty Transportation staff officer, movement control team commander and support operations officer.

(4) *Lieutenant colonel.*

(a) Officers must complete Command and Staff College and be assigned to a battalion/brigade level command and/or senior staff. For self-development, officers should obtain a master's degree and devote time to a professional reading program to broaden their warfighting and logistical perspective. Additionally, they should conduct research and write articles for professional military publications, and support the Transportation Corps Regimental Association and other military and civic Transportation professional organizations.

(b) To be considered branch qualified, lieutenant colonels must meet the following requirements:

1. Complete the Senior Transportation Officer Qualification Course (STOQC).

2. Graduate from Command and Staff College.

3. Successfully serve in at least one of the following senior level staff assignments for a minimum of 12 months: assistant chief of staff, G4 (division), group/brigade/DISCOM executive officer, group/brigade/DISCOM S3, corps Transportation officer, Military Traffic Management Command (MTMC) Transportation staff officer, movement control agency (MCA) division chief, HQDA/MACOM/installation Transportation staff officer, Army General Staff (AGS)/COSCOM/ASG Transportation staff officer, service school staff/faculty, U.S. Transportation Command Transportation staff officer, and MACOM/MUSARC/STARC staff officer.

(5) *Colonel.*

(a) Officers selected for colonel should seek assignments of greater responsibility in the branch. Transportation Corps colonels contribute to the branch by serving in critical assignments to include the following:

1. Colonel level command, e.g., commander of a Transportation brigade level unit, training brigade or garrison command.

2. Chief of staff.

3. Deputy chief of staff, logistics.

4. Assistant chief of staff, General Staff (GS) (corps).

5. Assistant chief of staff, transportation.

6. Assistant chief of staff, movements.

7. Assistant chief of staff, materiel (COSCOM).

8. HQDA/MACOM/installation staff officer.

9. MTMC Transportation staff officer.

10. U.S. TRANSCOM Transportation staff officer.

11. Service school staff/faculty.

(b) Officers selected for colonel should apply for the SSC level U.S. Army War College Distance Education Course, if not selected for the resident course.

c. *Additional options for branch qualification.*

(1) Branch qualification my be awarded by petitioning the Director, Office of the Chief Transportation, ATTN: ATZF-OCOT, Fort Eustis, VA 23604-5407. Criteria for branch qualification is based on military and civilian transportation experience and/or military and civilian education/experience. A military and civilian biography detailing all transportation and logistics experience, along with appropriate Officer Efficiency Reports and letters of recommendation and appreciation, should be forwarded to the above address. A board of officers will review the packet and award branch qualification, if appropriate.

(2) Branch qualification may also be awarded through a formal

request for Federal recognition. The State Area Command (STARC) or Major U.S. Army Reserve Command (MUSARC) processes requests from the petitioning officer. Branch qualification may be awarded based upon the officer's experience, military and civilian education. In some cases, branch qualification is awarded pending completion of additional military education as determined by STARC or MUSARC.

   *d. Life cycle development model.* The RC life cycle development model is at figure 24-2.



| Years of Service | 0 | 5 | 10 | 15 | 20 | 25 | 30 |
|---|---|---|---|---|---|---|---|
| | LT | CPT | MAJ | LTC | COL | | |
| | OBC | Captains Career Course | CSC | SSC | | | |
| | | ★ Functional Area Decision | ★ Career Field Decision | | | | |
| **Branch Qualifying** | TC Detachment Commander Company XO Platoon Leader | Company Commander | 88A DTO Battalion/Brigade/Group XO/S3 88B MCO MCT Commander Battalion/TMCA XO/S3 88C Battalion/Group XO/S3 MTMC Company Commander 88D Battalion/Brigade/Group XO/S3 FA90 Support operations Officer DISCOM/ XO/S3 | Battalion Commander | Group/Brigade Commander | | |
| **Develop-mental** | Platoon Leader Company XO Detachment Commander Battalion Staff Officer | Company Commander Battalion/Brigade Staff Officer Service School Instructor ROTC/USMA Faculty and Staff Training With Industry Logistics Executive Development Course-Florida Institute of Technology ACS Br/FA Generalist Functional Area | DTO, MCO Support Operations Officer Battalion/Brigade/Group XO Battalion/Brigade/Group S3 MTMC Company Commander MCT Commander Corps/Division/ARSTAFF/ Joint Staff Officer ROTC/USMA Faculty and Staff Service School Staff/Faculty Br/FA Generalist | Battalion Commander Brigade/Group/DISCOM XO or S3 CTO ASG/ COSCOM/ MTMC/ Installation/Division/ MACOM Staff Officer Joint Staff Officer Service School Staff/Faculty Br/FA Generalist | Group/Brigade Commander Chief of Staff Assistant CofS ASG/COSCOM/MTMC/ Installation/Division/ MACOM Staff Officer Joint Staff Officer Service School Staff/Faculty Br/FA Generalist | | |

**Figure 24-1. Transportation Corps life cycle development model (Active)**

DA PAM 600–3 • 1 October 1998

147



| Years of Service | 0 | 7 | 14 | 21 | 24 | 30 |
|---|---|---|---|---|---|---|
| | **LT** | **CPT** | **MAJ** | **LTC** | | **COL** |
| | O B C | Captains Career Course | CSC 50% | Complete CSC | | SSC |
| | | ★ Functional Area Decision | | | | |
| **Branch Qualifying** | Platoon Leader | BA/BS Degree<br>Any Transportation coded assignment | Any Transportation coded assignment | Any Transportation coded assignment<br>Complete CSC<br>Senior Transportation Officer Qualification Course | | Complete SSC |
| **Develop-mental** | Platoon Leader<br>Company XO<br>Detachment Commander<br>Battalion Staff Officer | Company Commander<br>Battalion/Brigade Staff Officer<br>Service School Instructor<br>Logistics Executive Development Course<br>Advanced Logistics Executive Development Course<br>Br/FA Generalist | Division Transportation Officer, Movement Control Officer<br>Support Operations Officer<br>Battalion/Brigade/Group XO<br>Battalion/Brigade/Group S3<br>Movement Control Team Commander<br>Division/Corps Staff Officer<br>ARSTAFF/Joint Staff Officer<br>Service School Staff/Faculty<br>Br/FA Generalist | Battalion Commander<br>DISCOM/Brigade/Group XO/S3<br>Corps Transportation Officer<br>Installation/MTMC Staff<br>Division/MACOM Staff<br>MUSARC/STRAC Staff<br>Army/Joint Staff<br>Service School Staff/Faculty<br>Br/FA Generalist | | Brigade/Group Commander<br>Chief of Staff<br>Assistant Chief of Staff of:<br>  General Staff (GS) Corps/Transportation/Movements/Materiel (COSCOM)<br>Area Support Group/COSCOM Staff<br>Installation/MTMC Staff<br>Division/MACOM Staff<br>Army/Joint Staff Officer<br>Service School Staff/Faculty<br>Br/FA Generalist |

**Figure 24-2. Transportation Corps life cycle development model (Reserve)**

**Chapter 25**
**Ordnance Corps Branch**

## 25–1. Unique features of Ordnance Corps branch

*a. Unique purpose of Ordnance Corps branch.* The Ordnance branch is a combat service support arms branch that supports the development, production, acquisition and sustainment of weapon systems and ammunition, missiles, electronics and ground mobility materiel during peace and war to provide combat power to the U.S. Army.

*b. Unique functions performed by Ordnance Corps branch.* Ordnance branch officer responsibilities encompass the functions of life cycle management in three primary areas: tank/automotive materiel, munitions materiel and missile/electronics materiel. These include developing, testing, fielding, supporting and disposing of Army materiel. The Ordnance Corps also provides explosive ordnance disposal (EOD) support for the U.S. Army and other U.S. government agencies.

*c. Unique features of work in Ordnance Corps branch.*

(1) All Ordnance positions are open to women and Ordnance officers may have jobs in one or more of these areas of concentration (AOC).

*(a) Materiel Maintenance Management (AOC 91B).* Officers are responsible for integrated maintenance and repair parts supply support of Army conventional weapon systems, small arms, artillery, fire control equipment, missile systems and their associated ground support equipment; electronics; track and wheel vehicles; and engineer and power generation equipment. Maintenance functions include metalworking, fabrication, welding, inspection, test, service, calibration, repair, overhaul and reclamation. They will also be involved in the Army's test, measurement and diagnostic equipment (TMDE) program. Officers working in this AOC are to effectively and efficiently ensure that the maximum number of weapon systems are operational, ready and available to the combat commanders. Duty positions in this commodity require a comprehensive knowledge of maintenance management techniques and integrated logistic support as it applies to multiple commodity areas. Officers must be technically competent in production control and quality assurance techniques. The technical sophistication of today's Army weapon systems; the high dollar cost of production, fielding and maintaining; and their tactical importance require officers with the highest managerial and leadership skills.

*(b) Materiel Munitions Management (AOC 91D).* Officers participate in the life cycle management of the Army's munitions inventory. These officers lead, manage, plan, direct and participate in activities and organizations engaged in support in support of conventional munitions. Support functions include supply, storage, transportation, maintenance, surveillance, inspection, stock control, safety and security, including maintenance of associated test and handling equipment. The increasing technical sophistication of the various munitions in the Army's inventory and the use of robotics in the ammunition field will require officers to develop expertise in engineering technologies and management techniques.

*(c) Explosive Ordnance Disposal (AOC 91E).* Officers must volunteer to become qualified for Explosive Ordnance Disposal. An officer must posses or obtain the 91D identifier before application for 91E. Procedures for volunteering are located in DA Pam 351-4 and AR 611-105. These officers must complete an intense three phased EOD course prior to being awarded this designation. EOD officers provide a unique and critical service to the Army and other U.S. government agencies. These officers lead, manage, plan and direct activities and organizations concerned with identification, location, rendering safe, handling, removal and disposal of U.S. and foreign unexploded conventional, nuclear and chemical munitions. Officers in EOD can expect to serve throughout the world and serve on major command staffs as advisors on EOD matters. These officers will advise and assist law enforcement agencies in the removal and/or neutralization of explosive devices; provide support/protection to the President of the United States, senior American officials,

military and foreign dignitaries; and support intelligence activities through analysis of foreign munitions.

(2) Ordnance officers work at all levels of the Army from platoon and detachment to Department of the Army staff. All Ordnance officers can expect to perform the following functions and tasks:

*(a)* Materiel or maintenance manager at battalion, group, brigade, division, corps or theater Army materiel management center.

*(b)* Course developer, service school instructor, and/or action officer in combat developments involved in planning and development of doctrine, organizations and equipment required to support Army weapon systems.

*(c)* Commander, staff officer, executive officer, materiel officer, maintenance officer, support operations officer, logistics operations officer, or platoon leader of a unit or activity in support of tank/automotive, missile/electronics or munitions materiel. This may include logistics staff officer positions on joint and Army staffs.

*(d)* Observer/controller at a combat training center, e.g., National Training Center (NTC).

*(e)* Assignment within the U.S. Army Recruiting Command, service as Ordnance advisors to the U.S. Army Reserve and Army National Guard organizations, or Reserve Officers' Training Corps (ROTC) instructors.

## 25–2. Officer characteristics required

The Ordnance Corps requires officers skilled in leadership at all levels; who are proficient in Ordnance tactics, techniques and procedures; who posses Army values, leader attributes and leader skills; and who fully understand the key leadership actions to assure success.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women— officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

*(3)* *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

*(4)* *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b.* *Unique skills.*

*(1)* *Decision making skills.* Ordnance officers often work in an environment where time available for problem analysis is seriously constrained, but where sound, timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress, make decisions and act in primitive field conditions is critical to success.

*(2)* *Tactical and technical skills.* Ordnance officers must be technically proficient with branch and mission unique equipment, tools and systems. Ordnance mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c.* *Unique knowledge.*

*(1)* Officers must possess expert knowledge of Ordnance and logistics support principles. This knowledge includes the tactics, techniques and procedures to employ these principles in a combined arms environment.

*(2)* Officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

*(3)* Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*d.* *Unique attributes.*

*(1)* *Flexibility.* As the Army moves towards Force XXI and the Army After Next, flexibility is key for all Ordnance officers. The fluidity of the modern battlefield coupled with the types of missions ordnance and logistical forces are called on to support operations other than war (OOTW), aerial port of embarkation (APOE), seaport of embarkation (SPOE), etc., necessitates a proactive warfighter who can adapt to changing environments. As we move to a modular force, an Ordnance officer must be able to design support packages that best support the customer units.

*(2)* *Multifunctionality.* At the company and field grade level, Ordnance officer work is branch oriented but becomes increasingly multifunctional—first within the career field and eventually as the officers become more senior, across systems/skills that cross several career fields. Officers must develop and utilize a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, FA 90 positions (see chap 28), and as they serve in branch/functional area generalist assignments.

## 25–3. Critical officer developmental assignments

*a.* *Branch qualification and development.*

*(1)* *Lieutenant.* At the grade of lieutenant, the officer should concentrate on developing leadership abilities and communicative, management, technical and tactical skills. This is the stage where officers develop their basic foundation for the rest of their careers. If an officer's initial assignment is where there are limited leadership opportunities available, the officer should strive for a follow-on assignment where leadership assignment opportunities are available.

*(a)* To be considered branch qualified, lieutenants should meet the following requirements:

*1.* Graduate from the Ordnance Officer Basic Course (OOBC) or a combat arms officer basic course if branch detailed. (See chap 3 for more information on the Branch Detail Program.)

*2.* Serve for a minimum of 12 months as a platoon leader, executive officer (training), ammunition operations officer or shop officer.

*(b)* Career objectives are a bachelor's degree, completing an Ordnance Officer Basic Course or branch transition course, initial assignments (usually 36 months) and return to the Combined Logistics Captains Career Course (CLCCC).

*(c)* Officers should expect to serve in company level positions to develop leadership, Ordnance branch skills and, when appropriate, to complement this with staff experience at battalion level. Because all initial assignments are important, an officer should be primarily concerned with manner of performance, development of professional attributes, enthusiasm for the job, and demonstration of potential. The focus during this phase should be on acquiring and refining: troop leading skills; Ordnance branch related skills; and coordination, logistics and administrative skills. Ordnance lieutenants should also become proficient in common core tasks and Ordnance branch tasks. Before promotion to captain, officers should possess an excellent knowledge of the Ordnance branch and a basic knowledge of logistics principles. This includes practical experience in Ordnance branch activities and missions, and in tactics and logistics operations.

*(2)* *Captain.* It is at the grade of captain where emphasis begins to be placed on achieving branch qualification. Throughout this period the officer continues to develop leadership, tactical, and technical and management skills.

*(a)* To be considered branch qualified, captains should meet the following requirements:

*1.* Successfully command a company or separate detachment for 18 months, but not less than 12 months.

*2.* Complete both phases of the CLCCC.

*(b)* Officers will attend both the branch training phase (formerly the Officer Advanced Course) and the staff process phase (formerly CAS3) of the Combined Logistics Captains Career Course, at about the fourth year of service to prepare for company level command and staff duties at the battalion or higher levels. Special training necessary to support an officer's follow-on assignment is scheduled after CLCCC.

*(c)* Captains should aggressively prepare for and seek company or separate detachment level command and assignments as battalion staff officers, battalion level primary staff officers, service school instructors, and combat training center observer controller/evaluator (OC/E).

*(d)* Branch qualified captains can also expect assignments consistent with the needs of the Army. These include:

*1.* Branch/functional area generalist positions (e.g., U.S. Army

Recruiting Command, ROTC instructor, USMA faculty and staff or Active Component/Reserve Component (AC/RC) duty).

*2.* Other nominative assignments (e.g., foreign service school exchange officer).

*3.* Functional area positions.

*4.* Advanced Civil Schooling (ACS) based on functional area or overall Army requirements.

*(e)* Captains should continue to gain an in-depth understanding of logistics operations and become proficient in both the common core and Ordnance branch tasks. These tasks provide the foundation of knowledge required to effectively serve in the branch as a leader at the company and battalion level in all aspects of Ordnance operations and in leading Ordnance soldiers. All officers should seek opportunities in all commodities available to them in the Ordnance Corps. For example, officers who have worked ammunition should seek opportunity in maintenance positions. Captains gain a working knowledge of command principles, battalion level staff operations, and Ordnance operations at the battalion to brigade levels.

*(f)* Ordnance officers will undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of FAs is based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. Some FAs have extensive educational requirements. A limited number of officers will be accessed into the Army Acquisition Corps. A large number of Ordnance officers will be designated FA 90, Multifunctional Logistician Program (see chap 28).

*(g)* The Logistics Executive Development Course (LEDC), advanced maintenance or supply courses, support operations course, or an advanced degree in engineering, physical science, business, or logistics management all contribute to the Ordnance officer's professional development. However, job performance and completion of branch qualification requirements should take precedence over advanced schooling. Officers are eligible for LEDC selection between their 8th and 15th year of active federal commissioned service (AFCS). Five years of logistics experience is required.

*(h)* Training With Industry (TWI) and experience in wholesale logistics provisions are also enhancing to Ordnance officer professional development. This experience will become increasingly important as we move into the 21st Century and increase reliance on the industrial base.

*(3) Major.*

*(a)* To be considered branch qualified, majors must meet the following requirements:

*1.* Complete resident or nonresident Command and Staff College (MEL 4).

*2.* Successfully serve in at least one of the following positions for a minimum of 12 months: battalion XO; division ammunition officer (DAO); support operations officer/materiel officer (MATO); division support command (DISCOM)/group/brigade XO, S3 or S4; division materiel management center (DMMC)/corps materiel management center (CMMC) materiel management officer; senior observer/controller positions; or major (O4) level command.

*3.* The OPMS XXI goal for branch qualification is 24 months in these positions, but an Ordnance officer can expect to serve his or her 24 months in more than one position. For example, an Ordnance officer may serve 12 months as a DAO and then move to a support operations officer job.

*(b)* Officers will undergo a Career Field Designation Board upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Ordnance majors will have an opportunity to seek assignment into a functional area in one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion only within their designated Career Field. Assignments after promotion to major will be managed at PERSCOM by the Ordnance Branch for Operations Career Field officers and the functional area assignment officers for all other Career Fields. FA 90 is also in the Operations Career Field and Ordnance officers may move between functional and multifunctional assignments. Ordnance officers who remain in the Operations

Career Field will receive both branch assignments and branch/functional area generalist assignments. Every officer selected for major should complete either resident or nonresident military education level 4 (MEL 4) education.

*(c)* Majors can expect to spend up to 3 years on station with 24 months in one or more of the critical branch qualifying positions above. Other typical assignments include: division or corps staff, joint/DOD/Army staff, MACOM staff, CTC observer controller, Command and General Staff College (CGSC) faculty and staff, service school instructor, or Reserve Component (RC) support. Majors will also serve in other branch/functional area generalist positions such as ROTC, USMA faculty and staff and Inspector General. Those officers selected for the School of Advanced Military Studies (SAMS) will serve at corps and division headquarters as staff planners.

*(d)* Majors should continue self-development efforts to become an expert in all aspects of Ordnance coordination to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

*(4) Lieutenant colonel.* Officers selected for lieutenant colonel in the Operations Career Field should seek assignments of greater responsibility in the branch and in branch/functional area generalist positions. The objective in lieutenant colonel assignments is greater contribution to the branch and the Army. Critical Ordnance branch assignments to retain qualification for lieutenant colonels include the following:

*(a)* Serve successfully for at least one year in a position coded 91 or FA 90. Typical positions include:

*1.* Brigade level XO.

*2.* ATC task force trainer.

*3.* Corps/COSCOM staff.

*4.* Division G4.

*5.* Group S3.

*6.* HQDA/DOD/joint staff.

*(b)* If selected, successfully complete a Command Selection List (CSL) battalion level command. This includes command of an ammunition plant.

*(5) Colonel.*

*(a)* Ordnance colonels contribute to the branch by serving in critical assignments to include the following:

*1.* Colonel level command (e.g., commander of an Ordnance brigade level unit, depot command, training brigade or garrison command).

*2.* Corps level deputy commander.

*3.* Ordnance coordinators at echelons above corps.

*4.* Selected positions in the Ordnance school.

*5.* Joint/DOD/Army staff, MACOM staff, or installation chief of staff.

*(b)* Officers selected for colonel should complete either resident or nonresident Senior Service College, if selected.

*b. Branch/functional area generalist assignments.* Officers above the rank of lieutenant can expect to serve in branch/functional area generalist assignments that may or may not be directly related to the Ordnance branch, but which are important to the successful execution of DOD, joint, or Army programs. These duty positions require officers who can integrate two or more Army/joint subsystems. The Ordnance Corps supports the assignment of officers to certain branch/functional area generalist positions that can expand breadth of knowledge and understanding of the Army as a whole, i.e., aide-de-camp, branch or division chief on the Army staff, Inspector General, XO to the Deputy Chief of Staff for Logistics or the Army Materiel Command commander. Time spent in these positions should be between 18 to 24 months.

*c. Joint assignments.* Ordnance officers can expect to be considered for joint duty assignments after selection for major. Field grade officers are utilized in joint organizations worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

*d. Other assignments.* Ordnance branch officers may be assigned

to organizations and duties beyond those indicated above. These other assignments may include: White House Fellows, duty with the National Security Council or the United Nations, and Ordnance branch representatives at allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled, and well grounded officers.

## 25–4. Assignment preferences and precedence

*a. Preferences.* The Ordnance branch has diverse assignment opportunities that allow for numerous career development paths. The goal of the professional development of Ordnance branch officers is to produce and sustain highly qualified officers who are experts in specific commodity areas and also have an in-depth knowledge of and experience in the total logistics system. Assignments in the Ordnance branch will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute to achieving that goal must be fully justified.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Ordnance branch officers should seek assignments in the following order: Officer Basic Course, platoon leader, battalion staff, CLCCC, company command, nominative or branch developmental assignment, CSC, branch qualifying job as a major, battalion command, SSC, and colonel level command. Assignment to a joint position should be sought whenever possible following branch qualification requirements as a major.

## 25–5. Duration of critical officer life cycle assignments

*a. Key Ordnance branch qualification positions.* Under current policy, Ordnance captains serve as company commanders for 18 months plus or minus 6 months. The OPMS XXI goal is for majors to spend 3 years in an operational unit with 2 years spent in critical branch qualifying jobs (battalion XO, support operations officer, division ammunition officer, major (O4) level command, materiel officer or brigade level XO/S3/S4). Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command will be scheduled for two year command tours with the opportunity to extend for a third year.

*b. Ordnance branch life cycle.* Figure 25-1 displays the Ordnance branch timeline with branch qualifying and developmental positions.

## 25–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Ordnance branch officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized Ordnance billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on Ordnance branch authorizations or inventory are encouraged to contact the Ordnance proponency office or their PERSCOM assignment officer.

## 25–7. Key officer life cycle initiatives for Ordnance Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of Ordnance organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process. One cannot look at the Ordnance branch in isolation due to its close relationship with FA 90, for at any given time, approximately 30 percent of the FA 90 authorizations will be filled with Ordnance officers.

*b. Acquire.* Officers will continue to be accessed into Ordnance branch through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in Ordnance. As a donor branch, the Ordnance Corps strongly supports the branch detail program which provides officers adequate time to gain experience in their donor branch prior to attending the Combined Logistics Captains Career Course. Officers participating in the two-year detail program will attend a branch transition course after their detail period is up. The Ordnance proponent encourages the branch transfer of quality officers into Ordnance up to and including the rank of major. Majors desiring to branch transfer into Ordnance should do so early, thereby allowing enough time to complete a branch qualifying assignment prior to the lieutenant colonel promotion board.

*c. Distribute.* Officers will continue to rotate between TOE and TDA units in CONUS and OCONUS but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area generalist assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to Ordnance branch; officers of the branch who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. If an Ordnance officer is also an FA 90, he or she may alternate from Ordnance specific jobs to FA 90 jobs. FA 90 is also in the Operations Career Field.

*d. Deploy.* Ordnance branch officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Ordnance officers must be deployable to accomplish missions across the full spectrum of conflict. Ordnance officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Ordnance branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Ordnance branch officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Ordnance branch commanders will continue to be centrally selected for command. All Ordnance officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process are announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments, and institutional training assignments. Self-development continues to be an essential component of officer development. The goal of the Ordnance Corps is to develop highly qualified officers who are experts in specific commodity areas and also have an in-depth knowledge of, and experience in the total logistics system. Development occurs through the Army school system as well, and all officers selected for major should complete some form of military education level 4 (MEL 4) training and all

officers selected for colonel should complete MEL 1 training, if selected.

*g. Separate.* The officer separation process remains unchanged.

## 25–8. Ordnance Corps Reserve Component officers

*a. General career development.* Reserve Component Ordnance officer development objectives and qualifications basically parallel those planned for their Active Component counterparts, with the difference being the Reserve Component (RC) time in service/time in grade requirements. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

*b. Branch qualification and development opportunities.* Even though Reserve Component officers are limited by geographical considerations, they should strive for Ordnance assignments that yield the same developmental opportunities as their Active Component counterparts.

(1) *Lieutenant.* At the grade of lieutenant, the officer should concentrate on developing leadership abilities and communicative, management, technical and tactical skills. This is the stage where officers develop their basic foundation for the rest of their careers. If an officer's initial assignment is where there are limited leadership opportunities available, the officer should strive for a follow-on assignment where leadership assignment opportunities are available.

(a) During the second lieutenant years, RC officers are required to complete an Ordnance Officer Basic Course and complete a bachelor's degree. (2 years)

(b) During the first lieutenant years, an RC officer will spend the first 3 years concentrating on key leadership development positions. Those positions may include, but are not limited to, platoon leader, XO, or detachment commander. Within two years of consideration for promotion to captain, an RC officer should enroll and begin the RC Officer Advance Course (OAC) and concentrate on honing staff officer skills through an assignments such as shop officer, battalion motor officer or S4.

(c) Because all initial assignments are important, an officer should be primarily concerned with manner of performance, development of professional attributes, enthusiasm for the job and demonstration of potential. The focus during this phase should be on acquiring and refining: troop leading skills, Ordnance branch related skills, coordination, logistics and administrative skills. Ordnance lieutenants should also become proficient in both common core tasks and Ordnance branch tasks. Before promotion to captain, officers should possess an excellent knowledge of the Ordnance branch and a basic knowledge of logistics principles. This includes practical experience in Ordnance branch activities and missions, and in tactics and logistics operations.

(2) *Captain.* It is at the grade of captain where emphasis begins to be placed on achieving branch qualification. Throughout this period the officer continues to develop leadership, tactical, technical and management skills.

(a) Officers will complete the RC OAC or attend the resident Combined Logistics Captains Career Course (CLCCC) immediately followed by enrollment in CAS3, at or about the seventh year of service to prepare for company level command and staff duties at the battalion or higher levels.

(b) Captains should aggressively prepare for and seek company or separate detachment level command assignments as battalion staff officers, battalion level primary staff officers, or training division/USAR/STARC school instructors.

(c) Captains should continue to gain an in-depth understanding of logistics operations and become proficient in both the common core and Ordnance captain branch tasks. These tasks provide the foundation of knowledge required to effectively serve in the branch as a leader at the company and battalion level in all aspects of Ordnance operation and in leading Ordnance soldiers. All officers should seek opportunities in all of the commodities available to them in the Ordnance Corps, for example officers who have worked ammunition should seek opportunity in the maintenance areas. Captains gain a working knowledge of command principles, battalion level staff

operations, and Ordnance operations at the battalion to brigade levels.

(d) Ordnance officers will undergo functional area (FA) designation during the 9th year of commissioned service. The formal designation of FAs is based upon the needs of the U.S. Army Reserve/ Army National Guard, officer preference, military experience and, in some cases, civilian schooling. Some FAs have extensive educational requirements. A limited number of officers will be accessed into the Army Acquisition Corps. A larger number of Ordnance officers will be designated FA 90, Multifunctional Logistician Program (see chap 28).

(e) The Reserve Component Logistics Executive Development Course (RC-ALEDC), advance maintenance or supply courses, support operations course, or an advanced degree in engineering, physical science, business, or logistics management all contribute to the Ordnance officer's professional development. However, job performance, completion of branch qualification requirements and logistics experience are required to achieve branch qualification.

(f) Branch transfer officers completing an OAC other than Ordnance should complete all phases of the Ordnance RC-OAC or attend the resident CLCCC. Requests should be directed through: (USAR officers) ARPC-ZPP, AR-PERSCOM, 9700 Page Ave., Saint Louis, Missouri 63132-5200; to: Commandant, USAOC&S, ATTN ATSL-RC, Aberdeen Proving Ground, Maryland 25005-5201 (for 91B) or to: Commandant, USAOMMCS, ATTN ATSK-CS-RC, Redstone Arsenal, Alabama 35897-6804 (for 91D). Requests should include all documentation of Ordnance OAC or CLCCC completion.

(3) *Major.*

(a) At the grade of major, the officer should focus on developing upper level staff skills, completing branch qualification if necessary, and successfully completing at least 50 percent of Command and General Staff Officers Course (CGSOC).

(b) Majors should continue self-development efforts to become an expert in all aspects of Ordnance coordination to include joint and multinational operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective.

(c) For branch transfer officers into the Ordnance Corps, majors must meet the requirements in paragraph c(2)(f). For branch qualification a major must have successfully completed at least one Ordnance assignment of at least 12 months in duration. Documentation of assignment will include all Officer Evaluation Reports and assignment orders and submitted for approval to: (USAR officers) ARPC-ZPP, AR-PERSCOM, 9700 Page Ave., Saint Louis, Missouri 63132-5200; to: Commandant, USAOC&S, ATTN ATSL-RC, Aberdeen Proving Ground, Maryland 25005-5201 (for 91B) or to: Commandant, USAOMMCS, ATTN ATSK-CS-RC, Redstone Arsenal, Alabama 35897-6804 (for 91D). Requests should include all documentation of Ordnance OAC or CLCCC completion.

(4) *Lieutenant colonel.* At the grade of lieutenant colonel, an officer's career reaches the full utilization stage. Emphasis is placed on an officer successfully completing lieutenant colonel level command and/or serving in key Ordnance headquarters staff positions

(a) Lieutenant colonel career objectives are the following: complete a precommand course when selected for battalion command or equivalent staff position; attain military education level 4 (MEL 4); and obtain a skill identifier.

(b) For branch transfer and branch qualification requirements, see paragraph 25-8c(3)(c).

(c) Key RC assignments include battalion commander, executive officer at support groups or ammunition groups, maintenance division chief at USAR command headquarters, headquarters State Area Command, director for maintenance at area support groups, deputy assistant chief of staff materiel, materiel maintenance officer, plans officer at a materiel management center, or maintenance evaluation team leader at a training division.

(d) Officers should complete resident RC or correspondence CGSOC. Completion of CGSOC is a requirement for promotion to colonel. Officers should further develop their military education by enrolling in courses like the RC National Security Course.

(5) *Colonel.* At the grade of colonel, officers reach the maximum utilization period of their career. Such officers should have a broad background in Ordnance with highly developed skills in materiel management. Colonel career objectives include the following: complete a precommand course for group/brigade if selected for command, successfully complete colonel level command of a group or activity, serve on general staff, serve as assistant chief of staff for materiel or operations at a support command, and attend Senior Service College or enroll in the Army War College Distance Education Course to achieve MEL 1.

*c. Life cycle development model.* The Reserve Component life cycle development model for Ordnance officers is shown at figure 25-2.

*d. Standards and qualifications for RC.* Standards and qualifications for RC officers, by grade, are the same as the AC officer as listed in paragraph 25-3.

*e. Additional guidance.* For further guidance, see chapter 7, or contact the Reserve Component officer at either the Ordnance Center and School, Aberdeen Proving Ground, Maryland 25005-5201 or the Ordnance Missile and Munitions Center and School, Redstone Arsenal, Alabama 35897-6804. USAR officers can contact the personnel proponency integration office ATTN: Ordnance, AR-PERSCOM, ARPC-ZPP, 9700 Page Avenue, Saint Louis, Missouri 63132-5200 for specific guidance regarding USAR requirements.



**Figure 25-1. Ordnance life cycle development model (Active)**



**Figure 25-2. Ordnance life cycle development model (Reserve)**

# Chapter 26
# Quartermaster Corps Branch

## 26–1. Unique features of Quartermaster Corps branch

*a. Unique purpose of Quartermaster Corps branch.* Quartermaster Corps officers are the logistics warriors on today's battlefield providing focused logistics support to sustain America's Army in victory today and throughout the 21st Century. The Quartermaster Corps is a combat service support branch that has sustained soldiers since 1775. Combat readiness cannot be achieved without logistical readiness; the timely availability and proper functioning of materiel, resources and systems to maintain and sustain operations on a fluid and resource driven battlefield. The officers, warrant officers and enlisted soldiers of the Quartermaster Corps ensure the highest level of logistics readiness and military operations sustainability by employing sound tactical and innovative technical expertise in achieving the Quartermaster mission: to provide supply support, field services, aerial delivery support, materiel and distribution management, combat developments; and doctrine, training and professional developments of active Army, Reserve Component, civilian personnel, other Services and Allies in Quartermaster proponent and common skill areas. These logistics warriors are the key to the logistical success in sustaining soldiers.

*b. Unique functions performed by Quartermaster Corps branch.* The primary functions of Quartermaster officers allow them to provide supplies, field services, purchasing support and distribution management at the right time, place and quantity to support soldiers, their units and systems in peace, armistice and war.

*c. Unique features of work in Quartermaster Corps branch.* Quartermaster officers work at all levels of command and staff, and perform the following functions and tasks:

(1) Command, manage, control, supervise and direct the activities of Army and joint logistics units and organizations engaged in the acquisition, receipt, storage, preservation, distribution and issue of equipment, repair parts, maps, fortification and construction materiel, subsistence, petroleum products, water, and other general supplies (excluding procurement of ammunition, medical and the management of cryptographic material).

(2) Store, repair, maintain, distribute, and dispose of air items, pack parachutes, and prepare supplies for sling load or aerial delivery.

(3) Coordinate and direct the collection of salvage and/or abandoned property, unserviceable supplies and equipment and dispose of such items through proper channels.

(4) Provide service support in the areas of laundry and shower, bakery, mortuary affairs, and Army and Air Force Exchange Operations.

(5) Manage subsistence operations including determination of requirements, procurement, distribution, storage, issue and accountability. Manage and operate dining facilities.

(6) Manage petroleum operations including procurement and determination of bulk and packaged petroleum requirements, as well as the storage, distribution and quality assurance of all petroleum products. Manage the inland distribution of petroleum products for all services in a theater of operations.

(7) Manage water operations including purification, storage and distribution of bulk and packaged water, plan consumption requirements and establish water supply points.

(8) Advise commanders on supply, service support and other logistical matters.

(9) Establish and maintain necessary supply discipline procedures to ensure maximum use of available assets.

(10) Plan logistical support within the command. As S4, G4, J4 and C4s provide logistics estimates for all operations.

(11) Coordinate with the S3, G3, J3 or C3 for logistical training.

(12) Plan, manage, coordinate and execute host nation support (HNS) for supplies, services and facilities.

(13) Develop doctrine and training, organizations and equipment for the Quartermaster mission area.

(14) Instruct Quartermaster skills at service schools, service colleges, precommissioning programs and Combat Training Centers.

(15) Serve as Quartermaster advisors to U.S. Army Reserve (USAR) and Army National Guard (ARNG) organizations. USAR/ARNG officers also serve as advisors and staff officers in Active Component (AC) organizations.

## 26–2. Officer characteristics required

The Quartermaster Corps requires officers who are skilled in leadership at all levels; who are proficient in tactics, techniques and procedures; who possess strong Army values, leader attributes and skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) The Quartermaster Corps offers a broad spectrum of opportunities. Every officer learns and trains to be a well-rounded logistician, gaining expertise and experience in diverse specialties and skills. The Quartermaster Corps consists of three areas of concentration (AOC) and one skill identifier (SI).

*(a) Quartermaster, Supply and Materiel Management (AOC 92A).* The officer commands, directs, plans and/or manages units engaged in the production, acquisition, receipt, storage, issue and distribution of equipment, repair parts, fortifications and construction material, and general supplies. He or she serves as the focal point for property management and accountability procedures.

*(b) Aerial Delivery and Materiel (AOC 92D).* The officer commands, directs, plans and/or manages units engaged in storage, packing and preparation of materiel to be delivered by air. He or she determines requirements for and plans the employment of aerial delivery systems in support of tactical and special operations.

*(c) Petroleum and Water (AOC 92F).* The officer manages units or activities engaged in petroleum and water operations. He or she directs acquisition, storage, inspection, testing, issue and distribution of petroleum products and purification, storage, testing and distribution of water.

*(d) Mortuary Affairs (SI 4V).* The officer commands, directs and coordinates mortuary affairs support including search, recovery, identification and evacuation of deceased personnel, and collection and disposition of personal effects of decedents.

*(e)* All areas of concentration and the skill identifier are open to male and female officers. A detailed description of each area of concentration and skill is contained in AR 611-101.

(2) *Decision making skills.* Quartermaster officers often work in an environment where time available for problem analysis is seriously constrained but where sound, timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress, make decisions and act in austere field conditions is critical to success.

(3) *Tactical and technical skills.* Quartermaster officers must be warfighters who are technically proficient with branch and mission unique equipment, tools and systems. Quartermaster mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c. Unique knowledge.*

(1) Officers must possess expert knowledge of logistics, combined arms and general support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations and deployment operations.

(2) Officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

(3) Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*d. Unique attributes.*

(1) *Personal attributes.* Quartermaster officers have a high acceptance of convention. Repetitive training is important to maintain unit readiness. However, the dynamics associated with training and operational missions require a sense of ingenuity and foresight. Officers must recognize the importance of physical fitness since high levels of stamina and vigor are critical to sustained endurance.

(2) *Multifunctional attributes.* At the company grade level, Quartermaster officer work is branch oriented but becomes increasingly multifunctional within the career field. As officers progress, work eventually blends across systems and skills that cross several career fields. Officers must develop and use a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist (formerly branch immaterial) assignments.

## 26–3. Critical officer developmental assignments

Officers should meet certain standards in terms of schooling and operational assignments to be qualified in the Quartermaster branch at each grade. Meeting these standards ensures that the officer has acquired the skills, knowledge and attributes to remain proficient in the Quartermaster branch at that grade and is qualified for promotion or retention in the branch. At the grade of captain, meeting these standards is considered to be branch qualification. Quartermaster branch qualification is detailed below. The standards to be a qualified Quartermaster officer at the grades of major, lieutenant colonel and colonel are also detailed below. It is essential that the Quartermaster Corps have officers who are outstanding troop leaders as well as those who can provide requisite technical expertise in other areas, such as in specialized areas of concentration and logistics skills. For an officer to be considered fully qualified in the Quartermaster Corps, the officer should be tactically and technically proficient, be physically fit, and be of the highest moral and ethical character. Recognizing that various assignments require different strengths, techniques and backgrounds, an officer's most important assignment is the current one and the officer should focus on an outstanding performance in that job assignment.

*a. Branch qualification and development.* Underpinning officer development are the three pillars of leader development: institutional training, operational assignments and self-development. The first two, institutional training and operational assignments for Quartermaster officers, are described in the phases below. Self-development is the responsibility of every officer and ranges from professional reading during off-duty time to aggressively seeking out positions of increased responsibility. Each officer, with support from his or her mentors, should develop career goals and clearly articulate those goals to his or her commander and assignments officer at PERSCOM. Always remember that an officer is his or her own best career manager. By actively participating in the management of career decisions, officers will improve the likelihood of a successful career. Professional development is divided into five phases: lieutenant, captain, major, lieutenant colonel and colonel, with particular job assignments and schooling appropriate to each phase (see para 26-5b, fig 26-1). These five phases are described in detail below:

(1) *Phase I, lieutenant phase, initial development for Quartermaster officers.*

*(a)* All officers accessioned into the Quartermaster Corps are designated AOC 92A, Quartermaster, Supply and Materiel Management. The Quartermaster Corps requires young officers trained to perform duties in a wide range of functional logistics areas. To prepare newly commissioned Quartermaster officers to meet the challenge of their duties, they first attend the Quartermaster Officer

Basic Course at the U.S. Army Quartermaster Center and School, Fort Lee, Virginia. During this course, the officer receives training in general military subjects, such as leadership, military justice, weapons and tactics, and is given an introduction to the general functions of logistics. Officers also receive instruction in all of the Quartermaster areas of concentration, providing sufficient background to develop the graduates as Quartermaster generalists, capable of filling any Quartermaster lieutenant position (except aerial delivery positions). Some officers will receive additional training in Aerial Delivery and Materiel (AOC 92D) and are, by regulation, the only officers who may fill parachute rigger positions. These officers, however, will also retain their 92A qualification and be eligible for assignment in that area of concentration. The focus during this phase should be on acquiring and refining troop leading, Quartermaster Corps related, coordination, logistics and administrative skills.

(b) As a lieutenant, the officer is normally assigned at the company level in order to gain troop experience and build a solid leadership foundation. The officer should seek company level positions, such as platoon leader, accountable officer and executive officer, and complement this with staff experience at the battalion level. To fulfill Army needs, a small number of lieutenants are assigned to tables of distribution and allowances (TDA) positions, perhaps at training facilities. In either assignment, lieutenants should concentrate on learning the basics of how the Army works, how to lead soldiers, and how to maintain a motivated and positive outlook. Regardless of assignment, outstanding duty performance allows a lieutenant to advance.

(c) Upon commissioning, some lieutenants accessioned into the Quartermaster Corps are branch detailed for 2 years to another branch. These branch detail officers attend the officer basic course of their detail branch, such as Infantry Officer Basic Course. After 2 years with a detail branch, the detail officers attend the Supply and Services Management Officer (SSMO) at the Quartermaster Center and School. This is a 4 week TDY and return course, which concentrates on specific Quartermaster skills. Following the course, these officers return to their duty station with an assignment in a Quartermaster AOC 92 position. For example, a Quartermaster officer branch detailed to the Infantry branch might spend 2 years in an infantry battalion in a division, attend the transition course, and return to the same division and work in the forward support battalion (FSB) of the DISCOM (division support command). PERSCOM, the Quartermaster Corps proponency office, and the local unit adjutant coordinate to ensure that detailed officers experience a smooth transition.

(d) Other self-development opportunities include furthering civilian and military education by obtaining a master's degree in a logistics related field (such as logistics management, business management, and petroleum engineering) and completing logistics related courses offered by the U.S. Army Logistics Management College (ALMC) or the Quartermaster Center and School, both located at Fort Lee, Virginia. If commissioned without a baccalaureate degree, the officer should coordinate with their branch assignments officer at PERSCOM to obtain an opportunity for degree completion.

(2) Phase 2, captain phase.

(a) Professional development. Upon promotion to or selection for captain, all officers attend both the branch training and staff process (CAS3) phases of the Combined Logistics Captains Career Course (CLCCC) in order to prepare themselves for branch qualification. The CLCCC prepares officers to serve as company commanders and supply and service staff officers for multifunctional logistics organizations. During CLCCC, officers will receive both advanced tactical and technical training as well as instruction in advanced materiel management and multifunctional logistics. Following CLCCC, some officers attend follow-on modules tied to their projected assignment. Others attend specialized courses relating to various Quartermaster areas of concentration such as the Aerial Delivery and Materiel Officer Course (92D) or Advanced Petroleum/Water Management (92F). After promotion to captain, the officer should aggressively seek company command to enhance professional development and complement this with staff experience at the battalion and brigade level. Some specific company grade professional development objectives for officers in the Quartermaster Corps include the following: a baccalaureate degree (CEL 5), completion of the Officer Basic Course (MEL 7) and Captains Career Course (MEL 6 and MEL N), and successful duty performance in branch related assignments such as a company commander or a battalion or DISCOM/COSCOM staff officer. Company command is required for both branch qualification and professional development. Overall, an officer should become technically proficient and master essential troop leading skills. Self-development opportunities include furthering civilian and military education by obtaining a master's degree in a logistics related field (such as logistics management, business management and petroleum engineering) and completing logistics related courses offered by the U.S. Army Logistics Management College (ALMC) or the Quartermaster Center and School. A Quartermaster officer who has a sound educational background, has completed a career course, and successfully commanded a company sized unit, may apply for a fully funded advanced degree in a discipline directly related to his or her area of concentration, functional area or skill. This program is highly competitive and selection is based on demonstrated performance and potential for promotion. Selected officers attend graduate school to meet specific Army requirements established by the Army Education Requirements Board. The Army approves the university or college the officer selects. Many Quartermaster officers are also selected to attend the Logistics Executive Development Course at the U.S. Army Logistics Management College, where advanced degrees in procurement and logistics management can be obtained through the U.S. ALMC Cooperative Degree Program with the Florida Institute of Technology (F.I.T.). Quartermaster areas of concentration have a high requirement for advanced degrees. More information on Advanced Civil Schooling is located in chapter 4 of this pamphlet. Quartermaster officers also have an opportunity to participate in the Training With Industry (TWI) program. This program provides an officer an opportunity to spend 10 months with a civilian industry that provides training in industrial procedures and practices. The training is designed to enhance knowledge, experience and perspectives in management and operational techniques. The officer's follow-on assignment will be in a position of significant responsibility in commands that interface with civilian industry. This program is very competitive and requires an officer to apply through the Quartermaster branch future readiness officer at PERSCOM. Branch qualified captains can also expect assignments consistent with the needs of the Army which include assignments in branch/functional area generalist (formerly branch immaterial) positions (e.g., U.S. Army Recruiting Command, Reserve Officers' Training Corps (ROTC) instructor, USMA faculty and staff or Active Component/Reserve Component (AC/RC) duty) and other nominative assignments (e.g., foreign service school exchange officer). Quartermaster officers will undergo functional area (FA) designation between their 5th and 6th years of service. The formal designation of FAs is based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. Some FAs have extensive educational requirements. A limited number of officers will be accessed into the Army Acquisition Corps.

(b) Branch qualification. Quartermaster captain branch qualification requirements should be successfully met by each captain for him or her to be considered branch qualified in the Quartermaster Corps:

1. A captain must command a company/detachment unit or its equivalent. A command of 12 months or more is required.

2. A captain needs to take the Combined Logistics Captains Career Course (CLCCC). Captains branch transferred to the Quartermaster Corps from another branch after completion of a branch Captains Career Course must take the Quartermaster technical phase of the CLCCC (MEL 6). This can be accomplished by attending the Supply and Services Management Officer (SSMO) course at Fort Lee. Branch transfer officers should contact the Quartermaster

Branch at PERSCOM for information on attending the SSMO course.

*3.* A captain should serve in at least one Quartermaster troop assignment at a TOE/TDA battalion or unit level.

*4.* A captain should have demonstrated performance of common core company grade officer skills.

*5.* A captain must have obtained a baccalaureate degree from an accredited college (CEL 5). Quartermaster officers are permitted to follow multiple career patterns to meet the needs of the Army and the desires of the individual officer.

(3) *Phase 3, major phase.*

*(a) Professional development.* Officers will undergo a Career Field Designation Board upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Quartermaster majors will have an opportunity to seek a functional area related assignment in one of the other three Career Fields: Operational Support, Information Operations and Institutional Support. After promotion to major, officers will compete for promotion only within their designated Career Field. Assignments after promotion to major will be managed at PERSCOM by the Quartermaster Corps Branch for the Operations Career Field and by the Functional Area Management and Development Division for officers designated into the other three Career Fields. Quartermaster officers who remain in the Operations Career Field will receive both branch assignments and branch/functional area generalist assignments. Quartermaster officers in the other three Career Fields will serve in functional area and branch/functional area generalist assignments. Completion of Command and Staff College level education for majors is essential to their professional development. As a senior captain and junior major, Quartermaster officers have an opportunity for broadened professional development in a designated area of concentration, multifunctional logistics development area, training, or possible utilization in a functional area. Logistics positions familiarize officers with the basis of those functions and skills inherent to the combat service support community. See the Mulitifunctional Logistician Program (FA 90), chapter 28, for detailed multifunctional development standards and opportunities. Assignments in FA 90 coded positions meet branch qualification standards for the Quartermaster Corps. The Quartermaster Corps objective is to have approximately 10 percent of each year group single track within the Quartermaster branch, and 90 percent dual track as logisticians (FA 90). Single track officers should diversify their Quartermaster experience and gain expertise through training and assignments in additional Quartermaster areas of concentration. Dual track officers alternate in Quartermaster branch and FA 90 assignments. Majors in the Operations Career Field should aggressively seek assignments to obtain diversified experience. During this phase, Quartermaster officers should attain a balance between retail and wholesale logistics assignments. Officers desiring to command lieutenant colonel troop units should serve in a troop unit as a battalion executive officer, battalion S3, or battalion support operations or logistics operations officer. Successful tours in these positions or in an equivalent position at a higher level, such as group/DISCOM/brigade executive officer, S3, support operations/ logistics operations, CMMC deputy/ executive officer, MMC chief/ commander or as an major level commander, or an observer controller/evaluator (OC/E) at a maneuver training center, enhance the officers' selection potential for lieutenant colonel commands. Officers can expect to spend up to 3 years on station with 24 months in one of the critical branch qualifying positions above. Other typical assignments include: division or corps staff, joint/DOD/Army staff, MACOM staff, combat training center (CTC) OC/E, Command and General Staff College (CGSC) faculty and staff, service school instructor, or Reserve Component (RC) support staff. Majors will also serve in other branch/functional area generalist positions such as ROTC, USMA faculty and staff and Inspector General. Those officers selected for the School of Advanced Military Studies (SAMS) at Fort Leavenworth, Kansas, must serve an initial utilization tour as a plans officer on corps or division staffs. A major should serve in at least one but preferably two of the following types of positions:

*1.* Battalion/brigade/group executive officer.

*2.* Battalion/brigade support/logistics operations officer.

*3.* Battalion/brigade/group S3.

*4.* Major level command commander.

*5.* Chief, brigade/regimental MMC.

*6.* Division, installation, or corps logistics staff (including deputy/ assistant G4, DOL, or Materiel Management Center assignments).

*7.* TAACOM, COSCOM, DISCOM/group operations/petroleum/ logistics operations officer.

*8.* Brigade/group S4.

*9.* Defense Logistics Agency (DLA), HQDA, Army Material Command (AMC) or MACOM staff logistics officer.

*10.* Joint assignment.

*11.* Service school instructor.

*12.* FA 90 (Multifunctional Logistician Program) coded positions.

*13.* Division parachute operations officer. Majors should continue self-development efforts to become experts in all aspects of Quartermaster coordination to include joint and multinational operations.

*(b) Self-development.* Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their warfighting perspective. Other objectives should be obtaining a master's degree in a logistics related field (such as logistics management, business management and petroleum engineering). Those officers not possessing a graduate degree are strongly encouraged to do so.

*(c) Branch qualification.* Majors must strive for successful assignment in at least one (12 months minimum) of the following types of positions, however, it is a goal of OPMS to serve a total of 24 months successfully in branch qualifying positions. When serving in two of these positions is not possible, officers should serve in at least one other developmental position for at least 12 months. Branch qualifying positions are as follows: battalion executive officer; brigade/group/functional battalion S3; brigade/group/battalion support operations or logistics operations officer; commander; group/DISCOM/brigade executive officer; or chief of a brigade/ regimental MMC. Officers must complete Command and Staff College (MEL 4) to be branch qualified.

(4) *Phase 4, lieutenant colonel phase.*

*(a) Professional development.* The Army leadership considers selection for lieutenant colonel as the attainment of a successful career. Upon selection for lieutenant colonel, PERSCOM assignment managers review each lieutenant colonel selectee's file for career experience. This review then acts as a guide for recommending the officer's utilization plans for the remainder of his or her career. This phase provides the Army with officers in senior grades who have developed the expertise needed in specific career fields or multifunctional logistics. Chapter 28 on the logistician program describes multifunctional development standards and opportunities. Assignments in FA 90 coded positions meet branch qualification standards for the Quartermaster Corps. For lieutenant colonels, command of a battalion (TOE/TDA) or its equivalent, such as a defense contract management command or defense energy region, is desirable. However, less than 20 percent of Quartermaster Corps lieutenant colonels in a year group will have the opportunity to command. Therefore, the majority of lieutenant colonels serve in key staff positions throughout the Army as well as in joint duty assignments. Historically, an officer should have commanded a battalion or its equivalent to be selected for a brigade level command. A successful assignment as a lieutenant colonel commander, DMMC/CMMC commander/chief, brigade/ DISCOM/group executive officer, or division/COSCOM G4 also enhances the officer's selection potential for future command. At the lieutenant colonel level or higher, officers can expect to be assigned to senior staff positions at the Army, joint and DOD level where they will serve in a wide variety of branch, logistical positions or branch/functional area generalist positions, unless selected for higher level command or schooling. While lieutenant colonel and colonel functional and logistical command and schooling are key career goals, selection is extremely competitive and only 10 to 20 percent of lieutenant colonels or colonels are

selected. Therefore, the majority of Quartermaster lieutenant colonels or colonels should concentrate on seeking out and performing well in critical staff positions at division, corps, Army, joint, and DOD levels. A lieutenant colonel should serve in at least two of the following types of positions:

*1.* Battalion command of a TOE/TDA battalion or its equivalent.

*2.* Joint assignment.

*3.* Wholesale assignment (e.g., AMC or DLA).

*4.* Staff assignment at the division, installation DOL, corps, MACOM, HQDA or joint staff levels (as G4/J4).

*5.* Service school assignment (e.g., Quartermaster School and Center, CGSC and Senior Service College).

*6.* FA 90 (Multifunctional Logistician Program) coded positions.

*(b) Self-development.* Lieutenant colonels benefit by having an advanced degree and also gain an advantage by being selected for and attending a Senior Service College or completing the U.S. Army War College Distance Education Course (MEL 1).

*(c) Branch qualification.* Lieutenant colonels enhance their consideration for future command by having a successful assignment in a battalion level command or service as a CMMC commander/chief.

*(5) Phase 5, colonel phase.*

*(a) Professional development.* Colonels should serve in one or more of the following types of positions:

*1.* Command at a DISCOM/brigade/group or depot level.

*2.* DLA, HQDA, AMC or MACOM staff officer.

*3.* Service school assignment (e.g., directorate chief at QMC&S/ CAC/ SSC).

*4.* FA 90 (Multifunctional Logistician Program) coded positions.

*5.* Joint assignments.

*(b) Self-development.* Attendance at a Senior Service College or completion of U.S. Army War College Distance Education Course (MEL 1) is advantageous and selective. Except through an established resident program such as the Army War College (AWC), the Industrial College of the Armed Forces (ICAF), and similar senior service courses, completion of the nonresident course is the only other means by which an Army officer can receive credit for Senior Service College training (MEL 1). However, once selected and enrolled in the nonresident course, an officer is no longer eligible to attend a resident Senior Service College. Therefore, it is recommended that the officer discuss with his or her assignment manager prior to applying for the correspondence course. The Senior Service College selection board is responsible for selection of all active duty officers for participation in the U.S. Army War College Distance Education Course. See AR 351-1 for the application process.

*(c) Branch qualification.* Branch qualifying criteria for colonels should include successful command at the colonel level, MEL-1 qualification and a full joint duty tour.

*b. Branch/functional area generalist.* Quartermaster officers may also serve in branch/functional area generalist positions that contribute to their professional development, but may not be specifically related to their AOC. Criteria for selection include overall manner of performance, military experience, military and civilian education, and demonstrated potential to serve in positions of increased responsibility. These positions include but are not limited to:

(1) Multifunctional staff positions at the grade of major and above.

(2) Advisory groups in foreign countries.

(3) Inspector General (IG) office.

(4) U.S. Army Recruiting Command (USAREC) staff.

(5) Reserve Officers' Training Corps (ROTC).

(6) U.S. Army Reserve and Army National Guard liaison.

(7) USMA faculty and staff.

(8) Other executive staff positions.

*c. Joint and multinational forces assignments.* Field grade Quartermaster officers are encouraged to seek joint duty assignments and multinational forces assignments. These assignments are viewed as key for career enhancement. Joint duty is so vitally important to the nation that Congress has mandated many provisions of joint duty assignments in the DOD Reorganization Act of 1986 Title IV (Goldwater-Nichols Act). By law, an officer should serve in a joint billet to be eligible for selection to general officer. Officers should be familiar with the Goldwater-Nichols DOD Reorganization Act, which details requirements for joint schooling/assignments. Joint duty assignments and the Joint Specialty Officer program and designator (3L) are described in chapter 3.

*d. Other assignments.* Quartermaster Corps officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellows, duty with the National Security Council, the United Nations and other international staffs, as well as Quartermaster Corps representatives at allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled and well-grounded officers.

## 26–4. Assignment preferences and precedence

*a. Preferences.* The Quartermaster Corps has diverse assignment opportunities that allow for numerous career development paths. The goal of the professional development of Quartermaster Corps officers is to produce and sustain highly qualified tactically and operationally oriented officers to lead the Quartermaster Corps in combat and on other assigned missions. Assignments in the Quartermaster Corps will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, Quartermaster Corps officers should seek assignments in the following order: Officer Basic Course, platoon leader, battalion staff, Captains Career Course, company command, brigade or division staff, nominative assignment, Command and Staff College, battalion S3 or executive officer (as a major), battalion level command, Senior Service College, and brigade level command.

## 26–5. Duration of critical officer life cycle assignments

*a. Key Quartermaster Corps qualification positions.* Under current policy, Quartermaster captains serve as company commanders for 18 months plus or minus 6 months. The OPMS XXI goal is for majors to spend 3 years in an operational unit with 2 years spent in critical branch qualifying jobs (battalion or brigade level XO/S3). Lieutenant colonels and colonels will serve 2 years in battalion and brigade commands. Officers selected for garrison command may have command tours for 2 years, with an option of a third year.

*b. Quartermaster Corps life cycle.* Figure 26-1 displays a Quartermaster Corps life cycle with branch qualifying and developmental positions.

## 26–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Quartermaster Corps officers. To do this the field grade inventory must be optimized in order to meet branch authorizations, to provide sufficient flexibility to support branch/functional area generalist positions, and to provide majors with 2 years of branch qualifying time while stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized Quartermaster Corps billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on Quartermaster authorizations or inventory are encouraged to contact the Quartermaster Corps proponency office or their PERSCOM assignment officer.

## 26–7. Key officer life cycle initiatives for Quartermaster Corps

*a. Structure.* The Army has no plans to make significant changes to the structure of quartermaster organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Officers will continue to be accessed into Quartermaster Corps through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. Because of the lack of branch specific civil schooling and opportunities for relevant experience, there will be few opportunities for direct commissioning in Quartermaster Corps.

*c. Distribute.* Officers will continue to rotate between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and their branch/functional area assignments. In particular, majors will receive more branch qualifying time and increased stability. OPMS XXI changes some previous distribution rules which formerly applied to Quartermaster Corps; officers of the branch who serve in the Operations Career Field will work either in branch or branch/functional area generalist positions. Quartermaster Corps officers who select a functional area in another Career Field will no longer serve in Quartermaster Corps billets.

*d. Deploy.* Quartermaster Corps officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Quartermaster branch officers must be deployable to accomplish missions across the full spectrum of conflict. Quartermaster Corps officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Quartermaster officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions which affect officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. Quartermaster Corps officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional area. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* Quartermaster Corps commanders will continue to be centrally selected for command. Quartermaster officer command opportunities are in the Operations Career Field. These commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process is announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop Quartermaster officers to logistically support combined arms and joint operations. Development occurs through the Army school system as well, and all officers selected for major should complete some form of MEL 4 training and all colonels selected for either resident or nonresident Senior Service College instruction should complete MEL 1 training.

*g. Separate.* The officer separation process remains unchanged.

## 26–8. Quartermaster Corps Reserve Component officers

*a. General career development.* The Quartermaster Reserve Component (RC) officer plays an important role in the Quartermaster Corps combat service support mission. The Reserve Component comprises the majority of units and personnel in the Quartermaster Corps. Reserve Component Quartermaster officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their branch before specialization begins.

*b. Branch qualification and development opportunities.* Even though RC officers are limited by geographical considerations, they should strive for Quartermaster assignments that yield the same developmental opportunities as their Active Component counterparts. Reserve officers commissioned into the Quartermaster Corps are designated ACO 92A, Quartermaster, Supply and Materiel Management, by the Commander, U.S. Army Reserve Personnel Support Command (AR-PERSCOM) or The Adjutant General (TAG) of the state to which assigned for Army National Guard officers. RC Quartermaster officers may attend specialized courses relating to various Quartermaster AOCs such as the Air Delivery and Materiel Officer Course AOC 92D, Advanced Petroleum/Water Management AOC 92F, or the Mortuary Affairs Course for skill identifier (SI) 4V. Upon promotion to captain, some Reserve Component Quartermaster officers may be given a 92D or 92F AOC respectively by the Commander, U.S. Army Reserve Personnel Support Command (AR-PERSCOM), or by being assigned to a Troop Program Unit (TPU) position in one of these AOCs upon completing the Supply and Service Management Officers Course (SSMO), Combined Logistics Captains Career Course (CLCCC) or the Reserve Component Quartermaster Officer Advanced Course (RC-QMOAC). However, the vast majority of RC Quartermaster officers are awarded AOC 92A.

(1) Professional development for Reserve Component officers is divided into five phases from the grade of lieutenant to colonel (see para 26-8d, fig 26-2). These five phases are described below:

*(a) Phase I, lieutenant phase.* The initial development of a Quartermaster officer includes the establishment of basic leadership skills in the areas of communication, management, technical and tactical knowledge, and troop-leading experience. This critical phase is the foundation for Quartermaster officers. Lieutenants should strive for assignments in platoon leader positions in a TOE/TDA unit. Developmental objectives in the lieutenant phase are as follows:

*1.* Obtaining a bachelor's degree. A bachelor's degree is required for promotion to captain.

*2.* Completing resident Quartermaster OBC within 2 years of initial appointment or completion of college if commissioned early.

*3.* Obtaining key developmental assignments such as platoon leader positions in TOE/TDA units.

*4.* Completing a minimum of 3 years in a Quartermaster branch (branch code 92) assignment.

*(b) Phase II, captain phase.* During this phase, an officer becomes branch qualified. Branch qualification requires completion of the Combined Logistics Captains Career Course (CLCCC) or the RC-QMOAC, successful command, and time in troop leadership positions. Throughout this phase, the officer continues to develop leadership, tactical, technical, communication and management skills. Captain developmental objectives are as follows:

*1.* Attending CLCCC or both phases of the RC-QMOAC. Reserve Component officers must complete an OAC and the Combined Arms and Service Staff School (CAS3) prior to consideration for promotion to the grade of major.

*2.* For branch transfer officers, completing a Captains Career Course other than Quartermaster, completing the Supply and Service Management Officers Course (SSMO) or attending the resident CLCCC or RC-QMOAC. Branch transfer officers who have attained a high level of technical competence through command of a Quartermaster unit, military or civilian Quartermaster related experience, or education may apply for constructive credit for RC-QMOAC. Requests for this credit should be directed to Commander, USAQMC&S, ATTN: ATSM-AC-R, Fort Lee, Virginia 23801. The request should contain substantiation of the individual's experience and training and a recommendation from the officer's commander.

*3.* Obtaining key developmental assignments such as company commander and staff officer at the battalion, brigade/group, DISCOM or COSCOM level.

*4.* Successfully completing a company or detachment command of a TOE/TDA unit.

*5.* Obtaining a bachelor's degree, a requirement for promotion to the grade of major for officers appointed after 1 October 1983.

*6.* Completing CAS3, a prerequisite for promotion to the grade of major.

*7.* Having a cumulative total of 6 years of Quartermaster experience, of which 3 years should be in a TOE/TDA troop unit.

*(c) Phase III, major phase.* At the grade of major, focus is on the development of upper level staff skills and branch standards and successful completion of 50 percent of Command and General Staff College (CGSC) or completion of Phase II of the new Command and General Staff Officer Course (CGSOC). In addition, RC officers may obtain a skill identifier. Developmental objectives for this phase are as follows:

*1.* Completion of Quartermaster branch qualification.

*2.* For branch transfer officers who have completed an OAC other than Quartermaster, completion of the Supply and Service Management Officers Course or RC-QMOAC is required. Branch transfer officers who attain a high level of technical competence through command of a Quartermaster unit, military or civilian experience or education in a Quartermaster related field, may apply for credit for RC-QMOAC at the following address: Commander, USAQMC&S, ATTN: ATSM-RC, Fort Lee, Virginia 23801. This request should be substantiated with proof of experience and a recommendation by the officer's commander.

*3.* Completion of 50 percent of the RC-CSC or completion of Phase II of new Command and General Staff Officer Course (CGSOC).

*4.* Obtaining key RC developmental assignments such as battalion/brigade/group XO/S3, support operations officer, or staff officer at a DISCOM or COSCOM level.

*5.* In addition to the above objectives, officers should further develop their Quartermaster education. The Associate Logistics Executive Development Course (ALEDC), other U.S. Army Logistics Management College courses, and an advanced degree all contribute to the professional development of a Reserve Component Quartermaster officer.

*(d) Phase IV and Phase V, lieutenant colonel and colonel.* Phases IV and V are in the utilization stages in a Reserve Component Officer's career. Emphasis is placed on an officer successfully completing lieutenant colonel and colonel level commands as well as serving in key Quartermaster or multifunctional/logistical staff positions. In addition, all officers should strive to complete their military education level requirements. The developmental objectives for these phases are as follows:

*1.* Completion of a precommand course when selected for lieutenant colonel or colonel command.

*2.* Completion of lieutenant colonel and colonel level command requirements.

*3.* Achievement of MEL 4 for promotion to lieutenant colonel. The officer should continue to enhance military education through other military courses. Upon promotion to lieutenant colonel, the Chief, Army Reserve, and the Chief, National Guard Bureau, select Reserve Component officers for participation in the U.S. Army War College Distance Education Course to achieve MEL 1. Except through an established resident program, completion of the U.S. Army War College Distance Education Course is the only other means by which an Army officer can receive credit for Senior Service College (SSC) training.

*4.* Obtain key RC assignments such as command, division G4, MACOM/HQDA/DOD/joint level staff, and chief at USAR Command Headquarters or Headquarters State Area Command.

*5.* For lieutenant colonels, completion of CGSC is required for promotion to colonel.

*6.* Lieutenant colonels are required by ARNG policy to have completed CGSC to be assigned in battalion or higher commands and in brigade executive officer or S3 positions. Lieutenant colonels with 3 years of time in grade should complete CGSC to qualify for assignment to any principal staff position at brigade or higher.

*c. Additional guidance.* For further qualification and development guidance, see chapter 7.

*d. Life cycle development model.* The Reserve Component life cycle development model for Quartermaster officers is shown at figure 26-2.



**Figure 26-1. Quartermaster Corps life cycle development model (Active)**



Figure 26-2. Quartermaster Corps life cycle development model (Reserve)

## Chapter 27
## Psychological Operations and Civil Affairs Functional Area

### 27–1. Unique features of Psychological Operations and Civil Affairs functional area

a. *Unique purpose of Psychological Operations and Civil Affairs functional area.* The Psychological Operations and Civil Affairs functional area (FA 39) is one of two functional areas in the Operations Career Field, and as such holds a unique place among functional areas in the Army. FA 39 consists of two distinct and very different special operations disciplines. Psychological Operations (PSYOP), FA 39B, and Civil Affairs (CA), FA 39C, form a functional area where officers must apply their specific expertise within a regional and cultural context. While there are some similarities in training, these AOCs are very different and entail separate and distinct missions. The Commanding General, U.S. Army John K. Kennedy Special Warfare Center and School is the proponent for FA 39.

b. *Unique functions performed by Psychological Operations and Civil Affairs functional area.*

(1) *Psychological Operations.* Psychological operations are the planned employment of actions and messages in peacetime, crisis or war. They are directed toward a foreign enemy, friendly and neutral foreign audiences to influence attitudes and behavior in a manner favorable to achievement of U.S. national objectives, both political and military. PSYOP is a combat and diplomatic multiplier as well as a combat reducer. PSYOP core competencies include foreign language proficiency; country and regional familiarization and orientation; social psychology and individual and group behavior; advertising and marketing; planning and staff integration; testing; and employment of loudspeakers, printing presses and radio/TV production and broadcast equipment. The PSYOP officer is concerned with the employment of PSYOP in support of operations across the spectrum of conflict, including conventional and special operations, and in conjunction with other services, U.S. Government agencies and allies. PSYOP officers provide PSYOP training, advice and assistance to U.S. forces, other government agencies and friendly nations/forces. They are able to analyze target groups from cultural, historical, political, social, economic, systemic and religious perspectives for exploitable psychological vulnerabilities and susceptibilities. Based on this ability to analyze, actions and messages are developed and marketed which produce a favorable influence on the behaviors and attitudes of targeted populations towards U.S. goals in peace and war.

(2) *Civil Affairs.* CA operations are those activities conducted during peace and war that facilitate the relationship between U.S. military forces, civil authorities and people of the nation(s) in which the military forces are operating. CA supports both the missions of conventional forces and special operations forces. The CA officer is concerned with the employment of CA individuals, teams and units in support of these missions. CA officers are able to train and advise U.S. forces, other government agencies and foreign nations/forces. They can analyze and assess the political, social, economic and religious aspects of an operational environment.

c. *Unique features of work in Psychological Operations and Civil Affairs functional area.* PSYOP and CA play crucial roles in the full spectrum of operational missions conducted by the Army. They are essential to peacetime engagement and military operations other than war (MOOTW), stability and support operations, or humanitarian assistance and operations short of war. Conducting PSYOP and CA requires interaction with host-nation military and civilian officials as well as the general population, prisoners of war, displaced civilians, and internees. This interaction is necessary for managing development of valid PSYOP actions and products in support of a geographic unified commander or joint task force; obtaining PSYOP and CA related intelligence; developing pre-test and post-test PSYOP products; planning and implementing civic action and civil government programs; assisting in the control of civilian populations; assisting in the management of enemy prisoner of war (EPW) camps; providing PSYOP and CA support to foreign internal defense (FID) and internal defense and development (IDAD) operations in support of country teams; and providing PSYOP and CA support to the counter-drug effort.

d. *FA 39 areas of concentration (AOC).*

(1) *Psychological Operations (AOC 39B).* This AOC coding applies to both PSYOP officers and PSYOP positions. An officer with a FA designation of 39B is a PSYOP officer. A position that is coded 39B on an authorization document calls for a PSYOP officer to fill that position.

(2) *Civil Affairs (AOC 39C).* This AOC coding applies to both CA officers and CA positions. An officer with a FA designation of 39C is a CA officer. A position that is coded 39C on an authorization document calls for a CA officer to fill that position.

(3) *Untrained FA 39 officer (AOC 39X).* A newly accessed FA 39 officer is designated as 39X to denote that he or she has not received any functional area training.

(4) *Authorization documents positions (AOC 39A).* These positions are coded for either a 39B or a 39C officer to fill. Officers are not designated with this AOC.

e. Due to their missions, FA 39 requires a combination of diverse traits. Preferably, FA 39 officers should have previous company grade combat arms or combat support experience because much of the work they perform is at the tactical level. Most of the officers assigned to FA 39 will work in TOE units.

### 27–2. Officer characteristics required

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

*(3) Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

*(4) Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) FA 39 officers form a pool of regionally aligned, culturally attuned and language qualified officers capable of supporting tactical, operational and strategic level requirements in peace and war. FA 39 officers are required to display a wide range of skills, knowledge and attributes.

(2) CA officers are able to train and advise U. S. Forces, other government agencies, nongovernment organizations (NGOs), private organizations (PVOs), humanitarian relief organizations (HROs) and foreign nations/forces. They can analyze and assess the political, social, economic and religious aspects of an operational environment.

(3) Psychological Operations officers conduct PSYOP planning and operations in support of missions across the spectrum of conflict. PSYOP officers are adept at cross-cultural communications, proficient at multimedia marketing techniques and planning, familiar with the use of polling and focus groups to provide scientifically based measures of effectiveness, and skilled at integrating the PSYOP effort with the other information operations/warfare components. They provide PSYOP training, advice and assistance to U. S. forces, other government agencies and friendly nations/forces. They are able to analyze target groups from a cultural, historical, political, social, economic, systematic and religious perspective for exploitable psychological weaknesses.

(4) FA 39 officers must have an aptitude for learning a foreign language and must sustain foreign language proficiency throughout their careers.

(5) FA 39 is unique in that all officers are required to be qualified military parachutists.

*c. Unique knowledge.*

(1) FA 39 officers require an in-depth knowledge of at least one region of the world and proficiency in at least one of the region's languages.

(2) Completion of the FA 39 training provides officers with baseline knowledge of functional area operations. As they develop, officers gain a broader understanding of PSYOP and CA and its application in supporting conventional and special operations forces in the joint and interagency environment.

*d. Unique attributes.*

*(1) Capacity for independent action.* FA 39 officers must be warfighters able to work in remote, often hostile environments. They must be able to make important decisions with little or no immediate supervision.

*(2) Maturity.* Due to the nature of work, FA 39 officers must be extremely mature professionally. Even at junior grades, they are required to work at the highest levels of organizations on sensitive issues, often briefing and even advising flag officers and U.S. Ambassadors.

*(3) Tolerance.* FA 39 officers must demonstrate a spirit of cooperation and consideration for their soldiers and others, and work well in the international and joint communities.

*(4) Ability to deal with ambiguity and change.* FA 39 officers continuously deal with ambiguity and change. They must be adaptable, flexible and capable of independent operations in an unstructured environment.

*(5) Diplomatic and persuasive.* FA 39 officers must be diplomatic in their approach and be able to influence and persuade persons from other cultures.

## 27–3. Critical officer developmental assignments

*a. Development pattern.* FA 39 officers begin their careers in one of the Army's accession branches. All attend branch qualifying officer basic and advanced courses and serve in branch qualifying positions as lieutenants and captains. They are accessed into the functional area between their 5th and 6th years of service.

*b. Accession.* Officers with a graduate degree in a desired discipline or a strong undergraduate performance and/or a foreign language ability as demonstrated by a Defense Language Proficiency Test (DLPT) score of 1/1 (listening/reading) or higher will be given preference. All officers accessed into the FA must meet the following criteria:

(1) Eligible for a Top Secret security clearance according to the provisions of AR 604-5.

(2) Possess a baccalaureate degree, preferably in social/political science or related disciplines. Past academic performance must have demonstrated potential for graduate study.

(3) Have attained a minimum score of 85 on the Defense Language Aptitude Battery (DLAB) or have a foreign language ability as demonstrated by a DLPT score of 1/1 or higher.

(4) Be airborne qualified or medically and physically capable and willing to volunteer for airborne training.

*c. Opportunities for female officers.* There are currently 333 FA 39 positions authorized worldwide, and 25 of these authorizations are closed to women based upon a direct combat probability code (DCPC) 1 position designation. All 25 FA 39B and FA 39C positions in the special forces groups are closed to women. With the exception of the positions noted, all other positions are open to women. This includes all PSYOP and CA unit, joint and command FA 39 positions.

*d. Education and training.* Officers accessed into FA 39 must attend the USAJKFSWCS Psychological Operations Officers' Course and the Civil Affairs Course. This is followed by regional studies, language training and for some officers selected for major, Advanced Civil Schooling (ACS). The normal length of this training is 20 to 76 weeks. Officers will enter FA 39 training as captains. Prior to assignment to a joint or unified command or a position requiring routine interface with a joint or unified command, FA 39 officers will attend the Joint PSYOP Staff Planner Course or the Joint Civil Military Operations Course. All other schooling follows the overall Army professional development sequence.

*e. Advanced degrees.* Advanced degrees supporting FA 39 are shown at table 27-1.

**Table 27-1**
**Acceptable advanced degrees and data codes**

| Degree code | Degree |
|---|---|
| AAA | Commercial Art |
| AGA | Broadcasting |
| AGB | Motion Picture Production |
| AKX | Journalism-Writing/Editing |
| BAC | Advertising |
| BAD | Banking and Finance |
| BAE | General Finance |
| BAF | Commercial-Marketing/Merchandising |
| BAK | Labor Relations |
| BAS | Food Distribution |
| BAV | Human Resources |
| BBA | Public Administration |
| BBB | Personnel Management/Administration |
| BBT | Telecommunications Management |
| BBX | General Management |
| BCA | Foreign Trade |
| BCX | Business Economics |
| BBX | International Business Administration |
| BMS | Masters of Advanced Military Studies |
| BXX | General Business |
| CCF | Engineering-Structural |
| CCG | Civil Engineering-Structural Dynamics |
| CCH | Engineering-Transportation |
| CCL | City Planning |
| CCM | Regional Planning |
| CCR | Civil Engineering-Sanitary |
| CCX | Civil Engineering |
| CHE | Communications |
| CKC | Engineering-Railway |
| CKQ | Sanitary Engineering |
| CLD | Civil Engineering-Construction |
| CPF | Power Engineering |
| DAA | General Agriculture |
| DAF | Food Technology |
| DAK | Animal Husbandry |
| DFX | Economic/Political Geography |
| EBX | Area Studies |
| ECA | Police Science and Administration |
| EDX | General Economics |
| EKB | International Relations |
| EKC | Foreign Affairs |
| EKD | Communications Science |
| ENB | Public Safety |
| ENC | Civil Government |
| END | Military Government |
| ENX | Public Relations |
| EPD | Social Psychology |
| EPD | Industrial Psychology |
| EPX | General Psychology |
| ERX | Political Science |
| FLA | Public Health |

*f. Functional area qualification and development.*

(1) *Captain.* Any FA 39 assignment within the appropriate AOC is functional area qualifying. Captain positions provide significant professional development but are not crucial to career progression in the functional area. Captains considered most qualified are those who successfully serve as operational detachment commanders, tactical team leaders and in other key developmental positions such as PSYOP or CA staff officer on battalion, brigade, division, corps, Army, theater or joint staff.

(2) *Major.* Successful completion of a minimum of 12 months, with a goal of 24 months, as a company/detachment commander, battalion S3/XO or PSYOP group staff officer in a FA 39 major position with the appropriate AOC is functional area qualifying. Successful service in one of the aforementioned positions is considered enhancing for battalion command. Officers should strive to serve in one or more of the developmental positions shown in figure 27-1.

(3) *Lieutenant colonel.* Successful service for a minimum of 12 months with a goal of 24 months as a battalion commander, PSYOP group DCO, division G5, joint staff officer, assistant corps G5, corps PSYOP officer or TAACOM CA officer, in a FA 39 lieutenant colonel position with the appropriate AOC is functional area qualifying. The PSYOP officer must command a PSYOP battalion to be eligible for PSYOP group level command. Officers should strive to serve in one or more of the developmental positions listed in figure 27-1.

(4) *Colonel.* Successful service for a minimum of 12 months with a goal of 24 months in any FA 39 colonel position with the appropriate AOC is functional area qualifying. There is one PSYOP colonel level command. There are no colonel level commands in CA. Under OPMS XXI, both PSYOP and CA officers are eligible to compete for garrison commands.

*g. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments that may or may not be directly related to FA 39, but which are important to the Army. FA 39 officers may expect assignments in ROTC, USMA faculty and staff and Inspector General.

## 27-4. Assignment preferences and precedence

*a. Preferences.* Assignment to functional area qualifying positions will have precedence, although there is flexibility on the sequence of assignments. Some functional area billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

*b. Precedence.* While not essential, it is preferred that an officer serve as a company commander prior to other major level assignments. To be considered for command of the 4th Psychological Operations Group, an officer must have commanded a PSYOP battalion.

## 27-5. Duration of critical officer life cycle assignments

*a.* With the exception of captains, all officers will serve a minimum of 12 months with a goal of 24 months in a functional area position in the designated AOC at the appropriate grade.

*b.* Figure 27-1 displays the FA 39 life cycle model with functional area qualifying and developmental assignments.

## 27-6. Requirements, authorizations and inventory

FA 39 authorizations will increase under OPMS XXI. Officers desiring more information on FA 39 authorizations, by grade, are encouraged to contact the FA 39 proponency office or their PERSCOM OPMD assignment officer.

## 27-7. Key officer life cycle initiatives for Psychological Operations and Civil Affairs

*a. Structure.* FA 39 authorizations will increase under OPMS XXI. FA 39 structure is different from that of other functional areas because of its high percentage of TOE billets.

*b. Acquire.* The functional area will continue to access officers between their 5th and 6th years of service in proportion to the size of their year groups

*c. Distribute.* Under OPMS XXI, FA 39 controlled officers will only serve in FA 39 and branch/functional area generalist positions. Selected branch controlled field grade officers with prior FA 39 experience as captains may fill some FA 39 positions. The first priority for all officers who are branch controlled is to complete branch qualification in their control branch. Upon completion of branch qualification, officers can subsequently be assigned on a case-by-case basis to FA 39 positions. Thus, the subsequent FA 39 assignment occupies a position in the officer's career timeline comparable to a branch/functional area generalist assignment. Only officers with FA 39 training are allowed to fill FA 39 positions. Only FA 39 controlled officers can command FA 39 units.

*d. Deploy.* FA 39 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times.

Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 39 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 39 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 39 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major areas affecting officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. FA 39 officers will compete for promotion only within the Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their branch and their functional areas. Additionally, the percentage of below-the-zone (BZ) promotions will decrease, and officers will be eligible for BZ promotion one time for each grade.

(2) *Command.* FA 39 commanders will continue to be centrally selected for command. All FA 39 officer command opportunities are in the Operations Career Field. Army wide these commands are organized into four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The results of the command selection process are announced in the Command Selection List (CSL). The personnel proponent for FA 39, the USAJFKSWCS, closely monitors the number of commands available to FA 39 officers in order to achieve functional area professional development on par with that of the branches in the Operations Career Field.

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits his or her abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in TOE units with troops, staff/TDA assignments, and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly conduct special operations in support of the war fighting unified commanders. Development occurs through the Army school system as well, and all officers selected for major should complete either resident or nonresident military education level 4 (MEL 4) training. All colonels should complete MEL 1 training.

*g. Separate.* The FA 39 officer separation process is the same as for all Army officers.

## 27–8. Psychological Operations and Civil Affairs Reserve Component officers

*a. General career development.* FA 39B officers in the U.S. Army Reserve (USAR) may command or serve in PSYOP units or serve in staff positions requiring PSYOP experience or training. Army National Guard (ARNG) FA 39B officers serve as PSYOP staff officers in the G3 section within the Army National Guard divisions or within the special forces group headquarters. ARNG FA 39C officers serve as the G5 within the Army National Guard Divisions or within the special forces group headquarters. USAR FA 39C officers serve on the staff of Theater Army Area Commands (TAACOM) and separate military police brigades within the USAR.

*b. FA 39 areas of concentration (AOC).*

(1) *AOC 39B, Psychological Operations.* This AOC coding applies to both PSYOP officers and PSYOP positions. An officer with a FA designation of 39B is a PSYOP officer. A position that is coded 39B on an authorization document calls for a PSYOP officer to fill that position.

(2) *AOC 39C, Civil Affairs.* This AOC coding applies to both CA

officers and CA positions. An officer with a FA designation of 39C is a CA officer. A position that is coded 39C on an authorization document calls for a CA officer to fill that position.

(3) *AOC 39A.* This position on an authorization document can be filled by either a 39B or 39C officer. Officers are not designated with this AOC.

*c. Functional area qualification and development opportunities.* Ideally, all ARNG and USAR officers who desire to become FA 39 officers should have completed officer basic and advanced course instruction prior to attending FA 39 training. RC officers should set as a goal the completion of the same training requirements as those of their AC counterparts. The RC officer however, may be unable to complete all of the training. Officers designated in FA 39B must at a minimum complete the two-phase Reserve Component Psychological Operations Officer Course (RCPOOC). Phase I must be completed by correspondence and consists of 14 sub-courses. The Phase I requirements must be completed prior to beginning Phase II. Phase II is a mandatory 2-week resident phase taught at the USAJFKSWCS. Those officers designated as FA 39C officers must complete the four-week Civil Affairs Course. Both FA 39B and FA 39C officers must request functional area designation from the Special Operations Proponency Office at the USAJFKSWCS upon completion of training. Completion of the Regional Studies Course, language training, and an advanced degree are all highly desirable but not required. Officers should strive to attend the various PSYOP and CA related courses provided at the USAJFKSWCS and the U.S. Air Force Special Operations School at Hurlburt Field, FL. Additionally, the more FA 39 related training an officer receives, the more competitive he or she may be for selection for assignments, promotion and mobilization designee slots. Self-development is critical to the professional development of the RC officer. Ideally, the officer will possess a background within the fields of commercial art, advertising, communications, public administration and relations or psychology. FA 39 officers should maintain this expertise through their civilian employment and continuing civilian and military schooling. Like their AC counterparts, RC officers should also be regionally oriented and must possess an expert knowledge of a region's culture, history, politics, economics and religion. Ideally, the officer's knowledge of a region will include the ability to speak one of a region's languages. The ability to learn and sustain a foreign language is usually acquired through self-development and mandatory language training at regularly scheduled reserve drills. Officers should strive for assignments that yield the same developmental opportunities as their active duty counterparts. Geographic considerations will obviously limit assignment possibilities. Initially, all FA 39B officers should serve in the various positions within a PSYOP tactical support company. The experience gained at this level is instrumental in preparing officers for future assignments within PSYOP. Officers must meet certain educational and assignment requirements to be considered qualified in PSYOP at each grade. Meeting these requirements ensures that the officer has acquired the skills, knowledge and attributes to be considered qualified for promotion. More importantly, however, completing all professional development goals will increase the chances of being allowed to retain a position, and will also improve the possibility of selection for lieutenant colonel and colonel command. Developmental opportunities within PSYOP and CA are open to female officers except those authorizations in the ARNG special forces groups.

(1) *Captain.*

(a) *Qualification.* ARNG and USAR FA 39 captains must complete an advanced course and CAS3 prior to be considered qualified for promotion. Captains must also complete the RC PSYOP Officer Course or the Civil Affairs Course. RC captains should serve in any of the pertinent qualifying assignments listed for Active Component captains in paragraph 27-3f(1).

(b) *Further professional development goals.*

1. Gain foreign language qualification.

2. Complete the Regional Studies Course.

3. Complete a FA 39 related advanced degree.

(2) *Major.*

(a) *Qualification.* Majors must have completed at least 50 percent

of CGSC to be considered qualified for promotion. RC majors must serve in any FA 39 coded major position for a minimum of 12 months with a goal of 24 months in any of the pertinent qualifying assignments listed for Active Component majors in paragraph 27-3f(2).

*(b) Further professional development goals.*

*1.* Complete CGSC.

*2.* Gain foreign language qualification.

*3.* Complete the Regional Studies Course.

*4.* Complete the Joint PSYOP Staff Planners Course.

*5.* Complete a FA 39 related advanced degree.

*6.* Complete the Joint Civil Military Operations Course.

(3) *Lieutenant colonel.*

*(a) Qualification.* Lieutenant colonels must have completed CGSC to be considered qualified for promotion. ARNG and USAR lieutenant colonels must serve in any FA 39 coded lieutenant colonel position for a minimum of 12 months with a goal of 24 months.

*(b) Further professional development goals.*

*1.* Enrollment in Senior Service College (SSC).

*2.* Gain foreign language qualification.

*3.* Complete the Regional Studies Course.

*4.* Complete a FA 39 related advanced degree.

(4) *Colonel.*

*(a) Qualification.* RC colonels should have served in any FA 39 position that is coded for colonels to be considered for promotion. Positions should be held for a minimum of 12 months with a goal of 24 months.

*(b) Further professional development goals.*

*1.* Attain MEL 1.

*2.* Gain foreign language qualification.

*3.* Complete the Regional Studies Course.

*4.* Complete a FA 39 related advanced degree.

*(c) USAR battalion and group command selection.* The foundation for battalion and group command qualification in the USAR for FA 39B is experience and above average job performance. When evaluating USAR FA 39 officers for command the following should be considered:

*1. FA 39B related training.* The more FA 39B related training attained the better.

*2. FA 39B assignment history.* The officer should have met the USAR captain and major branch qualification requirements detailed in paragraphs 27-8c(1) and 27-8c(2). Certain FA 39B assignments are more key than others. Officers who serve successfully in key jobs should be considered more qualified for command than officers who have not. However, manner of performance is the most important criteria that distinguishes an officer and prepares him or her for command selection. FA 39B duty positions that are considered key for USAR command selection are: PSYOP group S3/XO or DCO, PSYOP battalion command, PSYOP battalion S3/XO, and PSYOP company command.

*d. Life cycle development model.* The life cycle development model for RC FA 39 officers is shown at figure 27-2.



**Figure 27-1. FA 39 life cycle development model (Active)**



**Figure 27-2. FA 39 life cycle development model (Reserve)**

**Chapter 28**
# Multifunctional Logistician Program Functional Area

## 28–1. Unique features of Multifunctional Logistician Program functional area

a. *Unique purpose of Multifunctional Logistician Program functional area.* The Multifunctional Logistician Program functional area (FA 90) ensures the development of officers to the grade of colonel who are competent in planning and directing multifunctional logistical operations from the factory to the foxhole, across the entire spectrum of logistical functions of arm, fix, fuel, move and sustain. Additionally, logisticians must understand the concept and employment of split-based operations in order to provide materiel management support to the force, wherever it is located. The Commanding General, U.S. Army Combined Arms Support Command is the proponent for FA 90.

b. *Unique functions performed by Multifunctional Logistician Program functional area.* The FA 90 position code is used in personnel authorization documents to identify multifunctional logistics officer positions from captain to colonel. These positions require experience in integrating the functions of supply, transportation, maintenance, aviation logistics, medical service administration and field services. Logisticians at all levels (strategic, operational and tactical) are needed to ensure successful wars, campaigns, operations, battles and stability and sustainment operations. Therefore, logisticians must be versed not only in tactical operations, but also in the economics of warfare including industrial mobilization, research and development, funding, procurement and testing.

c. *Unique features of work in Multifunctional Logistician Program functional area.* FA 90 is a dual-track functional area for Active Component (AC) officers. Officers (majors and lieutenant colonels) who meet the criteria for certification in FA 90 also meet equivalent certification in their basic branch. FA 90 officers work at all levels of command and staff and perform the following functions and tasks:

(1) Command, direct and control combat service support (CSS) units.

(2) Provide logistical coordination at all levels of command.

(3) Coordinate logistics in joint and multinational operations.

(4) Develop doctrine, organizations and equipment for CSS.

(5) Instruct logistical skills at service schools and colleges.

(6) Serve in positions requiring general combat skills such as staff officers in division, corps and MACOM headquarters.

(7) Serve as logistics advisors to Army National Guard and U.S. Army Reserve organizations.

## 28–2. Officer characteristics required

FA 90 requires officers who are skilled in leadership at all levels; who are proficient in tactics, techniques and procedures; who possess strong Army values, leader attributes and skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are branch unique skills, knowledge and attributes that require professional development.

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—

officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and sustaining.

b. *Unique skills.*

(1) FA 90 is available to the following logistics officers (branch codes (BR) or multifunctional area (MFA) noted). FA 90 is not available to officers of any other branch or functional area. The award of FA 90 as a functional area does not imply that officers are qualified multifunctional logisticians. In order to be qualified as FA 90, officers must meet educational qualifications and serve in a FA 90 coded position for a specified amount of time, based on current grade.

*(a)* Transportation (TC) - BR 88[1].

*(b)* Ordnance (OD) - BR 91[1].

*(c)* Quartermaster (QM) - BR 92[1].

*(d)* Medical Service Corps (MSC) - MFA 67A00[2].

*(e)* Aviation Logistics (AVLOG) - BR 15D[2].

*Note.* 1. QM, OD, or TC officers holding a functional area other than FA 90 who would like to become FA 90s should send their request to change functional areas to the PERSCOM OPMD Functional Area Management and Development Division (FAMDD).

2. Beginning in FY 99 only MSC officers who attend the Combined Logistics Captains Career Course (CLCCC) or the Logistics Executive Development Course (LEDC) may apply for FA 90. Only BR 15D aviators who attend the Aviation Maintenance Officers Course (AMOC), CLCCC or LEDC may apply for FA 90.

(2) *Decision making skills.* Logistics officers often work in an environment where time available for problem analysis is seriously constrained, but where sound, timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress, make decisions and act in austere field conditions is critical to success.

(3) *Tactical and technical skills.* Logistics officers must be warfighters who are technically proficient with branch and mission unique equipment, tools and systems. Logistic mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate tactical skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c. Unique knowledge.*

(1) Officers must possess expert knowledge of logistics, combined arms, and general support and coordination principles. This knowledge includes practical experience in tactics, combined arms operations and deployment operations.

(2) Officers gain this knowledge through a logical sequence of continuous education, training and experience, sustained by mentoring.

(3) Individual officers sustain knowledge through institutional training and education, duty in operational assignments and continuous self-development.

*d. Unique attributes.*

(1) *Personal attributes.* Repetitive training is important to maintain unit readiness; however, the dynamics associated with training and operational missions require a sense of ingenuity and foresight. Officers must recognize the importance of physical fitness since high levels of stamina and vigor are critical to sustained endurance.

(2) *Multifunctional attributes.* At the company grade level, logistics officer work is branch oriented but becomes increasingly multifunctional within the Career Field. As officers progress, work eventually blends across systems and skills that cross several Career Fields. Officers must develop and use a diverse set of skills as they move between branch leadership positions in TOE and TDA positions, and as they serve in branch/functional area generalist assignments.

## 28–3. Critical officer developmental assignments

*a. Functional area qualification and development.* Positions coded FA 90 on authorization documents provide opportunities for the multifunctional experience and development necessary for logistics officers to mature in FA 90. Officers may use the life cycle model (fig 28-1), as a guideline for monitoring their career paths. FA 90 provides progressive career development through challenging command and staff assignments in logistics management and leader development. The logistics education process develops officers using a two-phased approach. Phase 1, the apprentice phase, focuses on educating the officer. Phase 2, the application phase, allows the officer to use the previously acquired skills and knowledge in assignments of greater complexity. Officers should seek to become as proficient as possible in their basic branch before assignment to FA 90 development positions. Active Component (AC) professional development objectives for each FA 90 officer grade follow.

(1) *Captain.* FA 90 captains receive their initial training at the Combined Logistics Captains Career Course and during assignments that meet basic branch qualification requirements. Officers who are contemplating a career as logisticians should seek branch qualifying assignments in multifunctional units as much as possible. Once branch qualified, captains should seek assignments in FA 90 positions. An initial assignment to a multifunctional unit is considered to be developmental, but FA 90 officers can be expected to apply their skills in a variety of logistical areas. Ideally, officers will serve a total of 24 months in company grade positions in two or more logistics functions (supply, transportation, field services, maintenance, aviation logistics or medical service logistics/administration) and not less than 12 months in any one function. Self-development opportunities are listed in each basic branch chapter in this pamphlet.

(2) *Major.* FA 90 field grade officers dual track in their basic branch and functional area. They are assigned to positions of increased responsibility and supervision. Assignment opportunities for FA 90 officers include key positions on staff at battalion, brigade and division levels, including MACOM, HQDA and joint staffs, and in TRADOC training centers and schools. Officers desiring assignments to enhance their professional development should succeed in these positions to meet FA 90 qualifying criteria:

*(a)* Executive officer or support operations officer (SOO) of a forward support battalion (FSB), main support battalion (MSB), corps support battalion (CSB), division aviation support battalion (DASB), or base support battalion (BSB) (which includes S3).

*(b)* Logistics operations officer.

*(c)* Group or division support command (DISCOM) XO, S3 or SOO.

*(d)* Any major level CSS command position.

*(e)* Chief of a division material management center (DMMC). These positions typically meet the officer's basic branch qualifying criteria. FA 90 majors should complete the Support Operations Course (SOC) and seek self-development opportunities such as completing an advanced degree in business or logistics management in addition to those listed in each basic branch chapter in this pamphlet.

(3) *Lieutenant colonel.* This grade requires a higher level of supervisory and managerial skills. FA 90 officers are responsible for integrating and synchronizing logistics operations and influencing and developing policy as it relates to logistics management. In addition, FA 90 lieutenant colonels are responsible for providing more comprehensive supervisory control of subordinate FA 90 and other CSS officers. Assignment opportunities include:

*(a)* Major Army command (MACOM) G4/J4 or deputy chief of staff for logistics (DCSLOG).

*(b)* Deputy director or branch chief at Army, DOD or joint headquarters.

*(c)* Logistics staff officer.

*(d)* Logistics assistance officer (LAO).

*(e)* Key positions in ARNG and USAR logistics organizations (TOE and TDA). These positions typically meet both basic branch and functional area qualification requirements. Officers desiring assignments that will enhance their knowledge of multifunctional logistics should succeed in these positions coded FA 90:

*1.* Commander of an FSB, MSB, CSB, DASB, BSB or garrison.

*2.* Division or corps level commander or chief of a material management center.

*3.* Division assistant chief of staff G4.

*4.* Executive officer or security plans and operations officer (SPO) of a DISCOM, corps support command (COSCOM), corps support group (CSG) or area support group (ASG). Other self-development opportunities are listed in each basic branch chapter in this pamphlet.

(4) *Colonel.* FA 90 ensures the development of officers who can plan and direct multifunctional logistical operations from the factory to the foxhole; across the entire spectrum of combat service support functions of arm, fuel, fix, move and sustain. FA 90 colonels hold positions on HQDA, JCS and DOD staffs. Colonel level FA 90 positions include the following:

*(a)* Commanders of DISCOMs, COSCOMs, CSGs and ASGs.

*(b)* Director of logistics (DOL).

*(c)* Corps G4.

*(d)* Division and directorate TDA and TRADOC logistics positions. Completion of a Senior Service College is encouraged. All officers are encouraged to obtain a graduate level education in an appropriate discipline.

*b. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments, such as ROTC, USMA faculty and staff and Inspector General, that may or may not be directly related to FA 90, but which are important to the Army.

*c. Joint assignments.* FA 90 officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions. Joint is the way we fight and joint assignments and education are interwoven into the fabric of Army officer development.

## 28–4. Assignment preferences and precedence

*a. Preferences.* FA 90 has diverse assignment opportunities which allow for numerous career development paths. The goal of the professional development of Multifunctional Logistics officers is to produce and sustain highly qualified tactically and operationally oriented individuals to provide seamless logistical support in combat and other missions. Assignments in FA 90 will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental leadership positions will have a precedence, although there is flexibility on the sequence of assignments. Typically, FA 90 officers should seek assignments in the following order: company level branch qualifying assignments; battalion, brigade or division staff; nominative assignments; Command and Staff College; battalion S3; support operations officer or executive officer (as a major); battalion level command; Senior Service College; and brigade level command.

## 28–5. Duration of critical officer life cycle assignments

*a.* Officers must meet certain standards in terms of schooling and operational assignments at each grade. Successful completion of both schooling and operational assignments at an officer's current grade demonstrates that officer's potential for service in FA 90 positions at the next higher grade. FA 90 coded positions usually meet both basic branch and functional area qualification requirements.

*b.* Officers must meet the following requirements by grade to be awarded or to retain FA 90:

(1) Captains will—

*(a)* Be branch qualified in their basic branch.

*(b)* Graduate from a branch Captains Career Course or the Combined Logistics Captains Career Course.

*(c)* Complete the Support Operations Course (SOC) or the Logistics Executive Development Course (LEDC). (Note. Required for captains who branch transfer after completing their branch Captains Career Course.)

(2) Majors will—

*(a)* Be basic branch qualified.

*(b)* Complete Command and Staff College.

*(c)* Successfully serve a goal of 24 months (cumulative) in any FA 90 position of which at least 12 months must have been in a FA 90 position that meets qualifying criteria. See paragraph 28-3(2) for a specific listing of positions.

*(d)* Be strongly encouraged to complete the Support Operations Course (SOC) or the Logistics Executive Development Course (LEDC).

*Note.* Majors who have branch transferred must first complete a basic branch qualifying job to become grounded in their basic branch, and then they must complete the SOC or LEDC.

(3) Lieutenant colonels will—

*(a)* Be basic branch qualified.

*(b)* Successfully serve 24 months (cumulative) in any FA 90 position of which at least 12 months must have been in a FA 90 position that meets qualifying criteria. See paragraph 28-3(3) for a specific listing of positions.

(4) Colonels will—

*(a)* Be basic branch qualified.

*(b)* Complete MEL 1 level education.

*(c)* Successfully serve 24 months (cumulative) in any FA 90 position.

*c.* Figure 28-1 displays the Multifunctional Logistician Program functional area life cycle model.

## 28–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 90 officers. To do this, the field grade inventory must be optimized in order to meet branch authorizations, provide sufficient flexibility to support branch/functional area generalist positions, and fill FA 90 coded positions. In addition, the inventory must be sufficient enough to provide majors with 2 years of FA 90 qualifying time when stabilized for 3 years.

*b. OPMS XXI implementation.* The numbers of authorized FA 90 billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring specific numbers, by grade, should contact the FA 90 proponency office or the PERSCOM OPMD FA 90 assignment officer.

## 28–7. Key officer life cycle initiatives for Multifunctional Logistician Program

*a. Structure.* Minor changes to structure are possible due to the iterative nature of the restructuring and recoding process associated with the implementation of OPMS XXI. FA 90 officers serve at all echelons worldwide. FA 90 positions exist in Army division and corps units, headquarters staffs and joint commands.

*b. Acquire.* Officers will continue to be accessed into basic branches through the United States Military Academy, Reserve Officers' Training Corps and Officer Candidate School. Accessions are based on the needs of the Army and officer preference. FA 90 officers comprising a particular year group are designated into the functional area between their 5th and 6th years of service. Criteria for selecting an officer for FA 90 include basic experience, personal preference and manner of performance.

*c. Distribute.* FA 90 officers will continue to be rotated between TOE and TDA units in CONUS and OCONUS, but the tour lengths of such assignments will be longer. Officers will have more time to gain the requisite skills in their branch and in their branch/functional area generalist assignments. In particular, majors will receive more branch and functional area qualifying time and increased stability. Officers of specific branches who serve in the Operations Career Field will work either in branch specific, FA 90 or branch/functional area generalist assignments.

*d. Deploy.* FA 90 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 90 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 90 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 90 branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of three major actions that affect officer career development.

(1) *Promotion.* The institution of requirements driven, Career Field based promotion boards is a significant but fundamental change. FA 90 officers will compete for promotion within the Operations Career Field and within their basic branch.

(2) *Command.* FA 90 officers will continue to be centrally selected for command. FA 90 officer command opportunities are in the Operations Career Field. These commands are organized into

four functional categories: Tactical, Training and Strategic Support, Institutional, and TRADOC System Manager. Officers have the option of selecting the category or categories in which they desire to compete for command, while declining competition in other categories. The result of the command selection process is announced in the Command Selection List (CSL).

(3) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend the rated officer for the Career Field which best suits the officer's abilities and interests.

*f. Develop.* Officer development will continue to occur through a methodical sequence of progressive assignments in troop units, staff assignments and institutional training assignments. Self-development continues to be an essential component of officer development. The goal is to professionally develop officers to expertly employ logistical skills in support of combined arms and joint operations. Development occurs through the Army school system as well, and all officers selected for major must complete some form of MEL 4 training to be competitive, and all officers selected for colonel should complete MEL 1 training.

*g. Separate.* The separation process for FA 90 officers remains unchanged.

## 28–8. Multifunctional Logistician Program Reserve Component officers

*a.* The FA 90 Reserve Component officer plays an important role in the combat service supply mission, as the Reserve Components comprise the majority of units and personnel in the CSS force structure. The training RC officers receive prior to mobilization is extremely important in enhancing wartime effectiveness.

*b.* Professional development of Reserve Component officers is divided into the following four phases from the grades of captain to colonel.

(1) *Phase 1 (Captain).* During this phase, an officer must become branch qualified. The objective is to attend a Logistics Officer Advanced Course or Combined Logistics Captains Career Course. If the officer is assigned to a division or lower organization, then the officer must complete the Support Operations Course (SOC). If the assignment is to echelons above divisions (EAD), then the officer must complete the Reserve Component Multifunctional Combat Service Support (RCMCSS) Course or ALEDC Phase I (resident). Officers assigned to a forward or rear corps support battalion may attend either course.

(2) *Phase 2 (Major).* At the rank of major, focus is on the development of logistical skills and successful completion of the Command and General Staff College (CGSC) or completion of the Associate Logistics Executive Development Course (ALEDC) or the Logistics Executive Development Course. In lieu of these options, officers may complete SOC or RCMCSS to enhance education requirements. Objectives for this phase are to meet basic branch qualifications and:

(a) Serve a minimum of 24 months in any of the following FA 90 coded positions: battalion executive officer; primary staff in a brigade, division, group, Theater Army Area Command (TAACOM) or U. S. Army Reserve Command (ARCOM); support operations officer; DISCOM, COSCOM, TAACOM, ARCOM or Regional Support Command (RCS) staff officer; and equivalent TDA or individual mobilization augmentee (IMA) position.

(b) Pursue self-development opportunities. (See each basic branch chapter.)

(3) *Phase 3 and 4 (Lieutenant colonel and colonel).* Lieutenant colonel and colonel are the refinement stages of an RC officer's career. Thereafter, focus is placed on an officer successfully completing lieutenant colonel or colonel level command as well as serving in key FA 90 positions. Objectives include:

(a) Officers are to complete a CSS precommand course when selected for lieutenant colonel or colonel level command.

(b) Officers who have attended the Industrial College of the Armed Forces (ICAF) meet FA 90 education requirements.

(c) Officers are to successfully serve 12 consecutive months in any FA 90 position.

(d) Officers are encouraged to complete resident or nonresident Senior Service College.

*c.* For further professional development guidance, see chapter 7 of this pamphlet and the RC life cycle model at figure 28-2.

*d.* The following guidelines are provided to assist boards in determining qualifications for awarding FA 90:

(1) Reserve Component officers may present civilian employment records to the board for consideration as a substitute for military experience. Board members must look closely at the civilian position for both similarity and performance.

(2) Any RC officer previously awarded skill identifier 7Z should be considered FA 90 qualified. After awarding the FA 90, the RC officer should consult paragraph 28-8b above for specific requirements by grade. Assignments in positions previously coded 03A qualify for FA 90 credit.

*e.* To apply for award of FA 90, refer to AR 611-101 for a specific listing of all branches and AOCs affected by FA 90. Guard and Reserve officers should forward applications in accordance with published guidance to their state adjutant general, U. S. Army Reserve Personnel Command (AR-PERSCOM), Full-time Support Management Directorate (FTSMD), or U. S. Army Reserve Command, as appropriate.



**Figure 28-1. FA 90 life cycle development model (Active)**

178

DA PAM 600–3 • 1 October 1998



**Figure 28-2. FA 90 life cycle development model (Reserve)**

Part Three
Institutional Support Career Field

# Chapter 29
## Introduction to the Institutional Support Career Field

### 29–1. Unique features of the Institutional Support Career Field (ISCF)

*a.* The functional areas in the Institutional Support Career Field focus on the increasingly technical and complex nature of running the Army as an organization. ISCF officers are warfighters skilled in determining, justifying and managing critical Army resources. The emphasis of this Career Field is broad and diverse. The Career Field Coordinator for the ISCF is the Director of the Army Staff, Headquarters, Department of the Army.

*b.* Institutional Support Career Field officers are responsible for: planning and policy development; financial management; doctrine development; acquisition and management of personnel; tailoring, mobilizing and projecting land power; formulation of strategy; and, quantitative analysis and modeling. This highly trained cadre of officers is specialized in functional areas related to the following institutional force core competencies:

(1) *Develop the force.* Design force necessary to support strategic and operational plans.

(2) *Sustain the force.*

(a) Resource the force by developing programs which execute the policy, program and budget decisions of the President and the Secretary of Defense.

(b) Develop policies and programs to access, retain and promote the morale and welfare of the force.

(3) *Support the force.*

(a) Develop analytical methods and models that facilitate the strategic decision-making process of the force.

(b) Provide the necessary knowledge and expertise to support nuclear operations and decisions at both the theater and strategic level.

(4) Administer the academic programs at the United States Military Academy.

### 29–2. Composition

*a.* The Human Resource Management (FA 43) functional area develops, interprets, integrates and implements human resource related programs and policies for the military and civilian workforce and their families. FA 43 officers are the principal coordinators of activities that assist Army leaders and commanders in developing and motivating military and civilian personnel. The functional area ensures all human resource functions are integrated and synchronized to best benefit the military community

*b.* The Comptroller (FA 45) functional area provides advice and guidance concerning resources (dollars, manpower and time) to commanders and activity chiefs. Comptrollers prepare and execute the program and budget based on available funds. The FA 45 officer evaluates organizational structure and functional responsibilities, administers command and management programs, and conducts work analyses and studies of organizational problems for the purpose of recommending improvements.

*c.* The Academy Professor, United States Military Academy (USMA) (FA 47) functional area is a dual functional area into which committee selected officers are appointed for the purpose of administering the academic programs at the USMA. FA 47 officers provide academic and military leadership to the Academy's mobile, rotating teaching faculty and formulate USMA curriculum, methods of instruction and the academic standards required for graduation.

*d.* The Operations Research/System Analysis (ORSA) (FA 49) functional area encompasses the application of analytic methods to the solution of varied and complex strategic, operational and managerial defense issues. ORSA techniques are used to help identify optimal uses of many different scarce resources and are important decision-support tools.

*e.* The Force Management (FA 50) functional area is the capstone process to establish and field mission-ready Army organizations. The process involves organization, integration, decision making and execution of the full spectrum of activities encompassing requirements definition, structuring, combat developments, materiel developments, training development, resourcing and all elements of the Army life cycle model.

*f.* The Nuclear Research and Operations (FA 52) functional area requires the application of knowledge and expertise in nuclear weapons effects to support theater and strategic operations. FA 52 encompasses research and development associated with material acquisition, national nuclear strategy planning and policy formulation, verification and monitoring.

*g.* The Strategic Plans and Policy (FA 59) functional area provides the capability for strategic analysis and policy development performed by departmental, joint and multinational staffs as well as interagency working groups and task forces in support of the formulation and implementation of national security strategy and national military strategy.

### 29–3. Career options

*a. General considerations.* Functional area qualifying criteria is unique to each functional area within this Career Field. In general, ISCF officers are expected to serve in positions of increasing responsibility supporting senior level decision makers. Each functional area delineates how its officers are developed in their chapters in this pamphlet. CSL command opportunity is not afforded officers in the ISCF.

*b. Branch/functional area generalist assignments.* All Institutional Support Career Field officers may expect to perform in one 24 to 36 month branch/functional area generalist assignment prior to consideration for colonel. These assignments include Recruiting Command, ROTC instructor, service school/USMA faculty and staff, or AC in RC duty. Generalist assignments are intended to broaden the perspective of ISCF officers, and may be in organizations across the Army. With the exception of FA 47, all officers in the ISCF are eligible for assignment to officer generalist (01A) positions.

*c. Joint assignments.* Officers in the Institutional Support Career Field should seek joint duty. It broadens the knowledge base of individual officers, and the Army perspective these officers bring to the joint arena is critical to the health of the Service. The provisions of Title 10, USC, specify that officers on the active duty list may not be appointed to the grade of brigadier general unless they have completed a full tour of duty in a joint duty assignment (JDA).

# Chapter 30
## Human Resource Management Functional Area

### 30–1. Unique features of Human Resource Management functional area

*a. Unique purpose of Human Resource Management functional area.* The Human Resource Management functional area (FA 43) provides the Army with a professional, world-class human resource manager who is educated, trained and repetitively assigned into positions focused on projecting requirements; developing capabilities; and planning, programming and managing Army human resources. As senior career staff officers, FA 43 officers are responsible for developing, interpreting, integrating and implementing the Army's human resource programs and policies for the military and civilian work force and their families at all echelons. FA 43 is a functional area within the Institutional Support Career Field. The Department of the Army Deputy Chief of Staff for Personnel is the proponent for FA 43.

*b. Unique functions performed by Human Resource Management*

functional area. Human Resource Management officers are the principal coordinators of activities that assist Army commanders and leaders at all levels to fulfill their responsibility to develop and properly motivate military and civilian personnel. The FA 43 officer directs programs and implements policies that significantly bear on the commitment and job satisfaction of the work force and serve to build and sustain combat readiness in the Army. While it is the AG's responsibility for the personnel management of soldiers, it is the responsibility of the FA 43 Human Resource Management officer to focus on their character, values, leadership, morale and motivation. These officers support the life cycle functions of structure, acquire, distribute, deploy, sustain, develop, and separate. FA 43 functions include:

(1) Personnel plans, programs and policy:
(a) Strategic planner.
(b) Mobilization planner.
(c) Deployment policy.
(d) Personnel input to Joint Operation Planning and Execution System (JOPES), Army Mobilization and Operations Planning System (AMOPES), Global command and Control System (GCCS) and Time-Phased Force Deployment Data (TPFDD).
(2) Coordinating staff oversight of:
(a) Chaplain.
(b) Staff Judge Advocate.
(c) Surgeon.
(d) Safety.
(e) Civilian personnel officer.
(3) Education Services
(4) Office management:
(a) Secretary of General Staff.
(b) Administrative officer.
(5) Command programs:
(a) Equal opportunity.
(b) Human relations.
(c) Organizational effectiveness/unit climate.
(d) Consideration of Others.
(e) Retiree activities.
(f) ADAPCP.
(g) Community and family support.
(h) Family readiness/rear detachment support.
(i) MWR/NAF operations.
(j) Sponsorship.
(k) Wellness program.
c. Unique features of work in Human Resource Management functional area. Work within FA 43 requires leaders to undertake full human resource responsibility at all echelons. Human resource management positions are located in TOE units at brigade and above, in TDA units, on headquarters staffs and in joint commands. FA 43 officers must have a broad knowledge and experience base which allows them to routinely operate both within and outside of institutional paradigms. FA 43 positions include:
(1) MACOM DCSPER.
(2) MACOM ADCSPER.
(3) Asst G1, corps or equivalent command.
(4) Deputy G1, division or equivalent command.
(5) Brigade S1 (TOE and TDA).
(6) PERSCOM, HQDA and joint staff officer.
(7) Community and Family Support Center (CFSC) staff officer.
(8) Installation/garrison/area support group staff officer.
(9) Equal opportunity staff officer.
(10) Personnel staff officer.
(11) Secretary General Staff.
(12) DPCA.
(13) Administrative officer.
(14) Community activities officer.
d. Army human resource focus. The functions of the Human Resource Management functional area and the Adjutant General Corps branch are all performed under the human resource oversight of the HQDA DCSPER. The DCSPER is responsible for all human resource management policy, programs, goals, standards, structure

and resources. Included under the DCSPER human resource umbrella are personnel management and personnel programs. Military personnel management is the responsibility of the Adjutant General (AG) branch and FA 43 officers are responsible for personnel programs. The linkage between these officers in performing the military personnel management functions is critical and must be mutually supportive to execute the full range of service and support to commanders, soldiers, civilians and families. AG branch and FA 43 officers serve at all levels, in both TOE and TDA organizations, and each may work for the other depending on the particular position. For example, the division G1 is branch 42 (AG) while the division deputy G1 is FA 43. The G1 has principal responsibility for managing the commander's personnel readiness while the division deputy G1 has principal responsibility for executing the commander's human resource programs. AG officers manage the distribution, assignment and strength accounting systems that assure personnel readiness of the force and they provide personnel and postal service to soldiers, civilians and family members. FA 43 officers develop and implement the programs that affect organizational balance, character and leader development, administrative efficiency and the quality of life for those same soldiers, civilians and family members. The AG and the FA 43 are a vital team on the commander's staff, working together for the good of the organization.

## 30–2. Officer characteristics required
FA 43 requires officers with outstanding leadership skills at all levels; who are thoroughly trained to perform human resource management throughout the Army and joint activities; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are unique functional skills, knowledge and attributes that require professional development.

a. Competencies and actions common to all. Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) Values. Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) Loyalty. Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.
(b) Duty. Fulfill your obligations.
(c) Respect. Treat people as they should be treated.
(d) Selfless-service. Put the welfare of the nation, the Army and your subordinates before your own.
(e) Honor. Live up to all the Army values.
(f) Integrity. Do what's right, legally and morally.
(g) Personal courage. Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.
(2) Leader attributes. Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a) Mental attributes* describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b) Physical attributes* specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c) Emotional attributes* are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a) Interpersonal skills* reflect competence in communicating with people.

*(b) Conceptual skills* refer to competence in handling ideas.

*(c) Technical skills* reflect competence with things.

*(d) Tactical skills* refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 43 officers must fully understand the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition:

(1) Interpersonal skills are necessary because FA 43 officers must effectively communicate with supported commanders, peers and others who provide support and services. These officers must be able to listen, motivate and lead.

(2) FA 43 officers must be clear and concise in both written and oral communications.

(3) FA 43 officers must possess well developed analytical skills.

*c. Unique knowledge.* FA 43 officers must remain current on Army organization, structure and doctrine. They also must:

(1) Be current on human resource management programs and techniques in general.

(2) Understand the relationship between human resource management and unit readiness.

(3) Know the basics of the military and civilian personnel systems.

(4) Understand manpower management, funding, staffing and the Planning, Programming, Budgeting, and Execution System (PPBES).

*d. Unique attributes.* FA 43 officers must possess the highest standards of discretion, integrity and professional ethics. In addition, they must:

(1) Be warfighters.

(2) Be soldier-civilian-family focused.

(3) Make decisions based on fact and analysis.

(4) Adapt to changing situations.

(5) Be creative, resourceful and imaginative in daily problem solving.

## 30–3. Critical officer developmental assignments

All officers receive a functional area designation between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. Once an officer has completed the Captains Career Course and is branch qualified, he or she may serve a functional area utilization tour during the captain years. However, the majority of FA 43 officers will receive functional area assignments following selection to major and designation to FA 43 through the Career Field Designation Board (CFDB) process.

*a. Functional area qualification and development.* Officers must complete the FA 43 Human Resource Management Course and serve a minimum of 24 months in FA 43 coded positions at each grade to be functional area qualified. As officers progress through their careers, they will be afforded FA 43 and Army-unique educational opportunities based on their performance of duties and the needs of the Army.

(1) *Captain.* FA 43 experience as a captain is not a requirement for promotion to major, but can enhance selection during functional area designation as a captain and during CFDB consideration as a major. Captains interested in FA 43 should seek those developmental assignments listed in paragraph 30-5b, figure 30-1 to gain additional experience.

(2) *Major.* All FA 43 officers should attend the Human Resource Management Course before their initial assignment to a FA 43 job. Officers will serve primarily in their functional area, with an occasional opportunity for assignment to a branch/functional area generalist position. These billets ensure officers continue to sustain the knowledge and understanding of the operational force. Some will complete graduate school or other civilian training opportunities to prepare them for FA 43 assignments requiring additional skills. Officers should serve in a variety of human resource management positions. Officers identified to serve as equal opportunity officers should complete the Defense Equal Opportunity Management Course. Advanced Civil Schooling (ACS) and Training With Industry (TWI) will be available to a few FA 43 majors per year. In addition to completing the Human Resource Management Course and serving 24 months in FA 43 coded positions, majors must complete either resident or nonresident CSC to be functional area qualified and competitive to promotion to lieutenant colonel. FA 43 officers will compete only against other officers in the Institutional Support Career Field for promotion to lieutenant colonel.

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions, where they can fully use their knowledge of the Army and their functional area. FA 43 lieutenant colonels should strive for positions as human resource management staff officers at corps, field operating agencies (FOA), MACOM and Army staff. Positions in joint commands and in DOD are also considered key developmental jobs. Lieutenant colonels should hold an advanced degree and complete the Senior Service College in residence or by correspondence if selected.

(4) *Colonel.* All FA 43 officers will serve as senior practitioners in their functional area, primarily as senior career staff officers on MACOM/HQDA/joint staffs.

*b. Branch/functional area generalist assignments.* FA 43 officers can expect to serve in branch/functional area generalist assignments during various stages in their careers. These billets, such as ROTC, USMA faculty and staff and Inspector General, are not identified with a specific branch or functional area; but, they are important to the Army. As a minimum, officers can expect to complete one 24 to 36 month generalist assignment prior to selection for colonel.

*c. Joint assignments.* Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all FA 43 officers will receive joint assignments. This will not preclude their promotion to the rank of colonel.

## 30–4. Assignment preferences and precedence

The assignment sequencing in a functional area is not as rigid as

that of a branch. However, the professional development goal of FA 43 officers is to ensure they are trained and experienced in developing, interpreting, integrating and implementing the Army's human resource management programs and policies. Officers will receive their initial functional area training through the Human Resource Management Course. As part of their continued development, they should also serve at least one assignment in a branch/functional area generalist position.

*a. Preferences.* FA 43 has diverse opportunities which allow for numerous career development paths. The professional development goal of FA 43 officers is to develop and sustain skills to perform human resource management support throughout the Army. Assignments in FA 43 are made to develop the officer's ability to achieve that goal. Requests for assignments which do not contribute to achieving that goal should be limited to joint domicile, exceptional family members, compassionate circumstances or other extenuating considerations.

*b. Precedence.* Assignment to developmental functional area positions will have a precedence, although there is flexibility on the sequence of assignments. Some FA 43 billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

## 30–5. Duration of critical officer life cycle assignments

Most assignments for FA 43 officers are 24 to 36 months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths.

*a. FA 43 qualification.* Completion of applicable courses as outlined in paragraph 30-3, and successful completion of 24 months in FA 43 coded positions at each grade are the only requirements for functional area qualification at the field grade level.

*b. FA 43 life cycle.* Figure 30-1 depicts a FA 43 life cycle and lists developmental assignments within the functional area.

## 30–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 43 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist requirements. This will provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of authorized FA 43 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 43 personnel proponent or the FA 43 assignments officer at PERSCOM.

## 30–7. Key officer life cycle initiatives for Human Resource Management

*a. Structure.* FA 43 officers serve at all echelons worldwide. Human Resource Management officer positions are found at brigade, division, corps and echelons above corps. Human Resource Management positions are also found throughout the TOE and TDA Army, within DOD and joint commands.

*b. Acquire.* The FA 43 captain population is acquired through the functional area designation process. All officers in ACC branches are functional areas designated between their 5th and 6th years of service based on the needs of the Army, officer preference, military experience and, in some cases, civil schooling. The FA 43 field grade population is acquired following selection to major and designation into FA 43 by the CFDB. The board designates an officer based on several factors including, but not limited to, the needs of the Army, civilian education, relevant experience, manner of performance and personal preference. Officers considering FA 43, Human Resource Management, as a functional area should have or consider earning a graduate degree in an appropriate field such as

public administration, business, personnel management or human resource management.

*c. Distribute.* All FA 43 officer assignments will be managed by the Functional Area Management and Development Division (FAMDD), OPMD.

*d. Deploy.* FA 43 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 43 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 43 officers may deploy at any time with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 43 branch officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the Institutional Support Career Field will compete within their Career Field for promotion to lieutenant colonel and colonel.

*f. Develop.* FA 43 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. As FA 43 officers progress through their careers, in addition to advanced military schooling opportunities, they become eligible for additional civilian training which prepares them for positions of increased responsibility.

*g. Separate.* The officer separation process remains unchanged. For specific policy and regulatory guidance, see AR 600-8-24.

## 30–8. Human Resource Management Reserve Component officers

*a. General career development.* RC Human Resource Management officers serve the same roles as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have, in some cases, increased windows to complete mandatory education requirements. For more guidance on Reserve Component officer development, see chapter 7.

*b. Assignment opportunities.* RC Human Resource Management officers can expect assignments that are similar to their AC counterparts. The exception is that these assignments will also include those separate RC human resource management, administrative and operational reporting requirements unique to the ARNG and USAR. To meet professional development objectives, officers that have completed an advanced course in a different branch may complete the AGOAC-RC to satisfy branch qualification requirements. The success of an RC officer is not measured by the length of service in any one component or control group, but by the officer's breadth of experience, duty performance and adherence to the requirements described herein. Every attempt will be made to assign RC Human Resource Management officers to FA 43 or branch/functional area generalist positions. Unlike their AC counterparts, geographic constraints limit the ability of RC officers to stay in FA 43 positions throughout their career. When barriers such as this deny the opportunity to successfully participate in the USAR, officers are encouraged to seek qualification and utilization in another functional area.

*c.* Reserve component qualification standards are as follows:

(1) Lieutenant qualification: N/A.

(2) Captain qualification:

(a) Complete an advanced course (resident or nonresident).

(b) Complete the Combined Arms and Services Staff School (CAS3).

(3) Major qualification:

(a) Serve in a FA 43 position for 12 months.

(b) Complete 50 percent of the Command and Staff College or its equivalent.

(4) Lieutenant colonel qualification:

(a) Serve in at least one FA 43 position for 12 months.

(b) Complete the Command and Staff College or its equivalent.

(5) Colonel qualification:

(a) Desirable to complete Senior Service College.

*(b)* Serve in one or more assignments in FA 43 positions for 12 months.

*d.* Life cycle development model. The Reserve Component life cycle development model for FA 43 officers is shown at figure 30-2.



**Figure 30-1. FA 43 life cycle development model (Active)**



Figure 30-2. FA 43 life cycle development model (Reserve)

DA PAM 600–3 • 1 October 1998

# Chapter 31
# Comptroller Functional Area

## 31–1. Unique features of Comptroller functional area

a. *Unique purpose of Comptroller functional area.* Comptroller is a functional area (FA 45) within the Institutional Support Career Field where trained and experienced officers respond to the resource management requirements of the full spectrum Army of the 21st Century. FA 45 officers provide commanders with the advise, expertise and guidance on resource planning, programming, budgeting and execution; finance and accounting; cost analysis; manpower documentation and management; management practices; and review and analysis. The Assistant Secretary of the Army for Financial Management and Comptroller is the proponent for FA 45.

b. *Unique functions performed by Comptroller functional area.* To ensure commanders have the resources necessary to conduct prompt and sustained land operations across the entire spectrum of military operations, the FA 45 officer is the commander's "honest broker" in helping to decide how best to apply limited resources. FA 45 officers perform a myriad of key resource management functions: issuing instructions for and developing and preparing the program and budget; providing recommendations related to resources to leaders and managers to assist in mission accomplishment; monitoring execution of the program and budget at all echelons of resource management; developing performance factors, analyzing capabilities based on available funds and recommending appropriate funding to implement approved programs; exercising staff supervision and control of accounting and financial services; performing cost and economic analysis; evaluating organizational structure and functional responsibilities as well as conducting work analyses and studies of organizational problems; providing for manpower management and documentation of civilian workforce and military TDA structure; coordinating review and analysis presentations and making recommendations; and administering internal controls.

c. *Unique features of work in Comptroller functional area.* The cornerstone of work in the Comptroller functional area is the effective and efficient use of resources. The stewardship of resources is essential in ensuring Army resources used are optimized. FA 45 officers may work in the area of concentration (AOC), 45A, Comptroller, where they serve as the primary staff officer for resource management. Here they plan, develop, justify, analyze, and execute programs and budgets, and advise on matters pertaining to programming and budgeting, finance and accounting, cost analysis, manpower documentation and management, management practices, and review and analysis. Examples of duty positions are:

(1) Deputy (or assistant) chief of staff for resource management.
(2) Comptroller.
(3) Director of resource management.
(4) Management analyst/officer.
(5) Program manager.
(6) Program analyst/officer.
(7) Budget analyst/officer.

## 31–2. Officer characteristics required

The Comptroller functional area requires officers who are skilled in leadership at all levels; who are steeped in branch tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are functional area unique skills, knowledge and attributes that require professional development.

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The

skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) Integrity. Do what's right, legally and morally.

(g) *Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) *Mental* attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) *Physical* attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) *Emotional* attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) *Interpersonal* skills reflect competence in communicating with people.

(b) *Conceptual* skills refer to competence in handling ideas.

(c) *Technical* skills reflect competence with things.

(d) *Tactical* skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) *Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) *Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) *Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 45 officers must fully comprehend the organization, structure and doctrine of the warfighting Army of the 21st Century. In addition, they:

(1) Routinely serve in staff positions where guidance is minimal and close interaction with senior level decision makers is routine.

(2) Apply highly technical resource management concepts to more generalized military unique issues.

(3) Are well versed in information technology automation and automated financial management systems with a capability of clearly and accurately communicating this technical expertise in either written or oral communications.

(4) Are extremely adept at organizing workload, assigning tasks and mentoring civilian and military subordinates.

(5) Able to anticipate and quickly react to change which is sensitive to political and legislative considerations.

(6) Ability to effectively understand and communicate technical aspects of the management process to senior leaders to facilitate decisions.

*c. Unique knowledge.* Comptroller functional area officers must remain up-to-date on Army organization, structure and doctrine. They also:

(1) Possess the technical expertise and understanding of automation technology and related financial management systems.

(2) Remain current on developments in the civilian community in general and Comptroller civilian career program (CP 11) specifically.

(3) Understand how to influence the funding cycle from Congress to local program budget advisory council (PBAC) at installations.

(4) Maintain a knowledge base of the total military resource management process, including manpower management, to better relate their specific portion to the overall system.

(5) Stay attuned to economic trend indicators to facilitate anticipation of their impacts.

(6) Understand the laws, regulations and other guidance governing funds management and use.

*d. Unique attributes.* FA 45 officers must be warfighters who possess the highest standards of discretion, judgment, integrity and professional ethics. In addition, they will:

(1) Be technology and training oriented.

(2) Think in the abstract and often solve problems through visioning.

(3) Be creative in resolving complex financial management impasses.

## 31–3. Critical officer developmental assignments

Officers are designated in the Comptroller functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference and civil education. FA 45 officers are not generally considered for an initial Comptroller assignments until after they are qualified in their basic branch at company grade level. Couple this with the limited number of FA 45 jobs available at the rank of captain, most FA 45 officers will not receive an initial Comptroller assignment until after selection for promotion to major.

*a. Functional area qualification and development.* It is essential that FA 45 officers possess outstanding leadership as well as requisite technical expertise. FA 45 officers must possess the required branch and functional area qualification requirements associated with their grades as prescribed herein. As FA 45 officers progress through their careers, they will be afforded branch/functional area generalist and Army unique educational opportunities based on their performance of duties and the needs of the Army.

(1) *Lieutenant.* There are no officers in the grade of lieutenant designated into the Comptroller functional area. Therefore, there are no FA 45 positions authorized for fill with officers at the grade of lieutenant.

(2) *Captain.* Comptroller functional area experience as a captain is not a requirement for promotion to major, but could enhance designation to the Institutional Support Career Field. Additionally, captains receiving Advanced Civil Schooling (ACS) through the

Army Comptrollership Program (ACP), which confers a Masters in Business Administration (MBA) from Syracuse University, should understand that their acceptance in ACP will be supportive of later designation into the Institutional Support Career Field when considered by the Career Field Designation Board (CFDB).

*(a)* There are no specific functional area qualification requirements for FA 45 captains. They must meet the branch qualification criteria of their basic branches.

*(b)* For functional area developmental assignments, a FA 45 captain may be assigned to one or more of the following positions:

*1.* Deputy division comptroller.

*2.* Budget officer.

*3.* Resource management officer.

*4.* Separate brigade comptroller.

*5.* Program budget officer.

*6.* Cost analyst.

*7.* Management analyst.

*8.* Program analyst.

*9.* Management or systems accountant, DFAS OPLOC.

(3) *Major.* After selection for promotion to major, officers will be designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. Comptroller officers designated into the Institutional Support Career Field will serve exclusively in FA 45 with an occasional opportunity for assignment to a branch/functional area generalist position. These billets ensure Comptroller officers continue to sustain the knowledge and understanding of the operational force. All Comptroller officers should complete either resident or nonresident Command and Staff College as well as the Army Comptrollership Course (ACC). Most FA 45 majors will complete graduate level education, military financial management training opportunities, and/or Training With Industry (TWI) to prepare them for Comptroller assignments requiring additional skills. FA 45 majors will compete only against other majors within the Institutional Support Career Field for promotion to lieutenant colonel.

*(a)* For functional area qualification, a FA 45 major must successfully meet the following criteria:

*1.* Complete Command and Staff College (CSC) (MEL 4).

*2.* Complete the Army Comptrollership Course (ACC).

*3.* Successfully serve 24 months in a FA 45 assignment.

*(b)* For functional area qualifying assignments, a FA 45 major may be assigned to one or more of the following positions:

*1.* Budget officer.

*2.* Division comptroller.

*3.* Resource management officer.

*4.* Separate brigade comptroller.

*5.* Program budget officer.

*6.* DOD/joint/HQDA staff officer.

*7.* Director of resource management.

*8.* Director, accounting operations, DFAS OPLOC.

*9.* Comptroller instructor.

(4) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions where their knowledge of the Army and Comptroller expertise will be utilized. Since there are fewer branch/functional area generalist assignment possibilities at this grade, officers will primarily serve in FA 45 assignments. Some officers will be afforded an opportunity for Training With Industry (TWI). FA 45 lieutenant colonels will compete only against other lieutenant colonels in the Institutional Support Career Field for promotion to colonel.

*(a)* For functional area qualification, a FA 45 lieutenant colonel:

*1.* Must successfully complete the Professional Resource Management Course (PRMC) or Professional Military Comptroller Course (PMCC).

*2.* Must successfully complete 48 months cumulative service in FA 45 assignments.

*3.* Should have a master's degree from an accredited university or college (CEL 2).

*(b)* For functional area qualifying assignments, a FA 45 lieutenant colonel may be assigned to one or more of the following positions:

1. Director of resource management.
2. Deputy director resource management.
3. Budget officer.
4. Division comptroller.
5. Comptroller.
6. Resource management officer.
7. Assistant chief of staff resource management.
8. DOD/joint/HQDA staff officer.
9. Chief, budget analysis.
10. Chief, execution.
11. Chief, formulation.
12. Chief, budget.
13. Chief, budget execution.
14. Chief, operations budget.
15. Chief, program and budget.
16. Executive officer.
17. Comptroller proponency officer.
18. Comptroller assignments officer.
19. Comptroller senior instructor.
20. Director, accounting operations, DFAS OPLOC.
21. Deputy director or director, DFAS OPLOC.

(5) *Colonel.* As senior practitioners in the Comptroller functional area, colonels will primarily serve as FA 45 officers on joint, DOD, HQDA and MACOM staffs or may be assigned to branch/functional area generalist positions.

(a) For functional area qualification, a FA 45 colonel must successfully meet the following criteria:

1. Complete Senior Service College (SSC) or U.S. Army War College Distance Education Course (nonresident) (MEL 1).
2. Successfully complete 60 months cumulative service in FA 45 assignments.

(b) For functional area qualifying assignments, a FA 45 colonel may be assigned to one or more of the following positions:

1. Director of resource management.
2. Deputy chief of staff resource management.
3. Assistant chief of staff resource management.
4. Comptroller.
5. Chief, program and budget.
6. Deputy director resource management.
7. Chief, budget analysis.
8. Chief, military personnel account.
9. Chief, comptroller division.
10. Deputy assistant director.
11. Deputy director investment.
12. Joint/DOD/HQDA staff officer.
13. Military assistant/executive officer.
14. Deputy director for cost analysis.
15. Director, DFAS OPLOC.

*b. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments. These billets are not identified with a specific branch or functional area, but are important to the Army. Many of the branch/functional area generalist positions are within the U.S. Army Recruiting Command, U.S. Army Cadet Command (ROTC), U.S. Military Academy faulty and staff, Inspector General and Reserve Components (RC). As a minimum, FA 45 officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

*c. Joint assignments.* Comptroller functional area positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and may be designated as a Joint Specialty Officer (JSO). In order to be considered for selection to JSO, an officer must have completed JPME II and a full Joint Duty Assignment (JDA), or with a waiver, must have completed two full JDAs. Officers will be considered for the JSO (Skill Identifier 3L), in accordance with the guidelines of the HQDA Select Joint Specialty Officer Designation Board. Comptroller officers are not generally considered for joint duty assignments until selected for major. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all Comptroller officers will receive joint assignments. This will not preclude selection to the rank of colonel.

*d. Other assignments.* Some FA 45 officers will have opportunities to serve in assignments in the business sector and state governments. Training With Industry (TWI) is a unique opportunity for the Army Comptroller functional area officers to work in the financial management of robust businesses and state governments and to learn the best business practices for possible implementation within the Army. Additionally, a few Comptroller officers may experience assignments to organizations and with duties beyond those indicated above. These other assignments may include White House Fellows, the United Nations and other international staffs as well as the Comptroller functional area representative at foreign service schools and sister service schools.

## 31–4. Assignment preferences and precedence

The assignment sequencing in the Comptroller functional area is not as rigid as that of a branch. However, the professional development of FA 45 officers has certain requirements to ensure all of the Army's Comptroller officers are well grounded in operations. Officers will receive their initial functional area training through designated Comptroller training programs. As part of their continued development, they should also serve at least one assignment in a branch/functional area generalist position.

*a. Preferences.* The Comptroller functional area has diverse opportunities which allow for numerous career development paths. The goal of the professional development of FA 45 officers is to produce and to sustain highly qualified tactically and technically proficient officers who are able to lead, to think and to leverage existing and future technology in performing resource management functions. Assignments in the Comptroller functional area will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute directly to this goal must be fully justified.

*b. Precedence.* Assignment to qualifying functional area positions will have a precedence, although there is flexibility on the sequence of assignments. Some Comptroller functional area billets will be designated as requiring advanced education, either military, civilian, or both. Officers assigned to these positions must complete the required courses prior to reporting to their duty assignments.

## 31–5. Duration of critical officer life cycle assignments

Most assignments for Comptroller functional area officers will be 24 to 36 months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region (NCR), Washington, D.C. and at major installations. Overseas locations will continue to require specific tour lengths. Officers desiring additional information on assignments should contact the PERSCOM Comptroller assignments officer or the Comptroller proponency officer in the office of the Assistant Secretary of the Army (Financial Management and Comptroller) (ASA(FM&C)).

*a. Key Comptroller functional area qualification positions.* Comptroller assignments in FA 45A positions are required for functional area qualification. Successful completion of Comptroller assignments as well as applicable level courses and education as outlined in paragraph 31-3 are the requirements for functional area qualification at the field grade level. Before assignment to a joint command or at DOD, FA 45 officers will have successfully completed a previous Comptroller functional area assignment and attended requisite training.

*b. Comptroller functional area life cycle.* Figure 31-1 depicts a Comptroller functional area life cycle with functional area qualifying positions. Additionally, it identifies developmental assignments within the functional area.

## 31–6. Requirements, authorizations and inventory

*a. Goal.* The Comptroller functional area goal is to maintain a healthy, viable career path for FA 45 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area

as well as branch/functional area generalist authorization requirements and provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of Comptroller authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on Comptroller branch authorizations or inventory are encouraged to contact the Comptroller proponency office or their PERSCOM assignment officer.

## 31–7. Key officer life cycle initiatives for Comptroller

*a. Structure.* Comptroller officers serve at all echelons worldwide. FA 45 positions exist in Army divisional and corps units, headquarters staffs, joint commands, DOD and national agencies. The majority of Comptroller related billets will be on MACOM, HQDA and joint staffs. However, authorizations will change based upon the restructuring and recoding initiatives associated with the implementation of OPMS XXI.

*b. Acquire.* Commissioned officers comprising a particular year group are designated into the functional area between their 5th and 6th years of service. The criteria for selecting an officer into FA 45 include type of civilian undergraduate degree, grade point average, personal preference and needs of the Army. FA 45 captains, who request Advanced Civil Schooling (ACS) through the Army Comptrollership Program (ACP), should understand that their acceptance in ACP will be supportive of their designation into the Institutional Support Career Field when considered by the Career Field Designation Board (CFDB). The ASA(FM&C) has the final approval authority for the award or withdrawal of the FA 45 designation.

*c. Distribute.* After designation into the Institutional Support Career Field at the rank of major, all Comptroller officer assignments will be managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate (OPMD), at the Total Army Personnel Command (PERSCOM). Under OPMS XXI, FA 45 officers will have more time to gain requisite skills, knowledge and attributes in Comptrollership coupled with increased stability.

*d. Deploy.* Comptroller functional area officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 45 officers must be deployable to accomplish missions across the full spectrum of conflict. Comptrollers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 45 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the Institutional Support Career Field will compete only within their Career Field for promotion to lieutenant colonel and colonel. FA 45 majors, lieutenant colonels and colonels will compete for qualifying and developmental assignments as well as military and civil schooling opportunities.

*f. Develop.* FA 45 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. As Comptroller officers progress through their careers, in addition to advanced military schooling opportunities, they become eligible for Advanced Civil Schooling through the Army Comptrollership Program at Syracuse University, which prepares them for positions of increased responsibility. Additionally, all officers selected to major should complete either resident or nonresident CSC and the Army Comptrollership Course (ACC).

*g. Separate.* FA 45 officers will separate from the Army in the same manner as all other officers.

## 31–8. Comptroller Reserve Component officers

*a. General career development.* Reserve Component (Army National Guard (ARNG) and U.S. Army Reserve (USAR)) Comptroller officers play an important role in the Comptroller mission of America's Army. The wartime effectiveness of the Reserve Component (RC) FA 45 officers is dependent upon the quality of training the ARNG and USAR officers receive while serving in units as well as the Individual Ready Reserve (IRR). However, RC FA 45 officers' development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their basic branches before specializing in their functional area. For further guidance on Reserve Component officer development, see chapter 7.

*b. Functional area qualification and development opportunities.* Reserve Component officers' career progression is often constrained by the geographical dispersion of units. Often there are not sufficient Comptroller functional area positions in a geographic area to accommodate all FA 45 officers. Planned rotation into progressive and challenging related positions by RC commands is essential in providing qualification and development to RC FA 45 officers. This includes assignments between the Troop Program Unit (TPU) organizations, the Individual Ready Reserve (IRR) and the Individual Mobilization Augmentee (IMA) program. If geographic constraints are such that assignment to FA 45 positions is not possible, RC officers are encouraged to seek qualification and development opportunities in another branch or functional area required in the region. Officers in the IRR may find assignments in reinforcement troop units (RTU), IMA positions in Active Component organizations, installations or Department of the Army (DA) agencies, and tours of Active Duty for Special Work (ADSW) or annual training. Assignments in the IRR can also be used for completing Professional Military Education (PME). Because RC FA 45 officers perform the same general functions as the active duty counterparts, most provisions of paragraphs 31-1 to 31-7 apply to the RC FA 45 officers. Only Comptroller functional area qualified officers may serve in FA 45 assignments. The ASA(FM&C) is the proponent for Comptroller functional area and is responsible for the professional development and career progression of FA 45 officers. The ASA(FM&C) has the final approval authority for the award or withdrawal of the FA 45 designation. RC FA 45 officers' qualification mirrors the Active Component.

*c. Life cycle development model.* The Reserve Component life cycle development model for FA 45 officers is shown at figure 31-2. It depicts functional area qualification requirements and key developmental assignments.



**Figure 31-1. FA 45 life cycle development model (Active)**



**Figure 31-2. FA 45 life cycle development model (Reserve)**

# Chapter 32
# Academy Professor, United States Military Academy, Functional Area

## 32–1. Unique features of Academy Professor functional area

a. *Unique purpose of Academy Professor functional area.* The Academy Professor, United States Military Academy, functional area (FA 47) is a dual functional area: Professor, USMA, area of concentration (AOC) 47A and Academy Professor AOC 47*. (See paragraph 32-1c) FA 47 includes committee recommended officers appointed for the purpose of leading and administering the academic programs at the United States Military Academy (USMA).

(1) *Professor, USMA (AOC 47A).* These officers serve as the senior military and academic leaders of the academic organization. They directly supervise Academy Professors (AOC 47*) and civilian professors. Title 10, United States Code, governs the selection and establishment of Professors, USMA, including the Dean of the Academic Board, the Vice Dean for Education, and 21 department and deputy department heads. Professors, USMA, who are heads of departments, command (less UCMJ authority) their respective departments. The Professor, USMA, performs all duties mentioned in paragraph 32-1b. A 47A at the United States Military Academy who has over 36 years of service is entitled to receive additional compensation in accordance with Title 10, U.S. Code. This additional pay may not be used in the computation of retired pay.

(2) *Academy Professors, (AOC 47*).* Academy Professors serve as military and academic leaders of the West Point faculty and the United States Army Preparatory School (Commandant/Dean position). Academy Professors are a critical link between the senior academic leader and the civilian and rotating faculty and staff. Academy Professors directly lead and supervise the junior faculty and perform the general duties identified in paragraphs 32-1b and 32-1c.

(3) The Superintendent, U.S. Army Military Academy, is the proponent for FA 47.

b. *Unique functions performed by Academy Professor functional area.* USMA stabilized military faculty provides military and academic leadership to USMA's academic departments composed of stabilized military faculty, Army and other service officers on a three year USMA assignment, and civilian faculty hired in accordance with Title 10 United States Code, and professional staff. They are highly successful and experienced military officers and are outstanding educators with doctorates (advanced civilian schooling) in one of the academic areas offered at USMA. Stabilized military faculty members contribute to formulation of USMA's curriculum, methods of instruction and academic standards required for graduation; establish standards within academic departments for classroom instruction; guide and mentor faculty development, professionalism and academic accomplishment; educate, train and inspire cadets within areas of academic expertise; provide continuity to the academic program; serve as a source of experience and academic depth to the rotating and civilian faculty; participate in USMA governance by serving on bodies such as the Academic Board, Installation Planning Board, Admissions Committee, and accreditation committees; select officers to be sponsored for graduate schooling prior to a teaching assignment at USMA; maintain academic currency by research, writing, and involvement with professional education or academic specialty organizations; maintain military professional currency in a variety of ways including operational TDYs with Army troop units and conducting outreach activities in support of the Army; contribute to cadet development by supporting athletic and extracurricular activities at USMA; and contribute to officer development by counseling and mentoring.

c. *Unique features of work in Academy Professor functional area.* HQDA has defined the Academy Professor program to recognize the unique requirements by academic discipline. Academy Professor (AOC 47*-asterisk denotes all Academy Professor AOCs) includes:

(1) *Academy Professor of English, USMA (AOC 47C).* Duties, functions, positions and personnel associated with English and philosophy disciplines.

(2) *Academy Professor of Electrical Engineering and Computer Science, USMA (AOC 47D).* Duties, functions, positions and personnel associated with electrical engineering, computer engineering, computer science, computer information systems, information science, information engineering, artificial intelligence, photonics and related disciplines.

(3) *Academy Professor of Systems Engineering, USMA (AOC 47F).* Duties, functions, positions and personnel associated with systems engineering, engineering management, operations research, industrial engineering, computer sciences and business administration disciplines.

(4) *Academy Professor of Foreign Languages, USMA (AOC 47G).* Duties, functions, positions and personnel associated with linguistics and foreign language disciplines.

(5) *Academy Professor of Physics, USMA (AOC 47H).* Duties, functions, positions and personnel associated with physics, nuclear engineering and photonics disciplines.

(6) *Academy Professor of Social Sciences, USMA (AOC 47J).* Duties, functions, positions and personnel associated with economics, business administration, public administration, political science, comparative politics and international relations disciplines.

(7) *Academy Professor of History, USMA (AOC 47K).* Duties, functions, positions and personnel associated with military, American, European and international history disciplines.

(8) *Academy Professor of Behavioral Sciences and Leadership, USMA (AOC 47L).* Duties, functions and personnel associated with sociology, psychology, human factors psychology and education disciplines, as well as counseling, leadership and management.

(9) *Academy Professor of Chemistry, USMA (AOC 47M).* Duties, functions, positions and personnel associated with chemistry, chemical engineering and the life sciences disciplines.

(10) *Academy Professor of Mathematical Sciences, USMA (AOC 47N).* Duties, functions, positions and personnel associated with mathematics, applied mathematics, operations research and statistics disciplines.

(11) *Academy Professor of Geography and Environmental Engineering, USMA (AOC 47P).* Duties, functions, positions and personnel associated with environmental science and engineering; mapping, charting, and geodesy; and geography disciplines.

(12) *Academy Professor and Associate Dean, USMA; and the Commandant/Dean of the United States Army Preparatory School (AOC 47Q).* Duties, functions, positions and personnel associated with business, personnel administration, resource management, psychology and computer science disciplines; and the responsibilities of the Commandant/Dean of the United States Army Preparatory School.

(13) *Academy Professor of Civil and Mechanical Engineering, USMA (AOC 47R).* Duties, functions, positions and personnel associated with civil engineering, mechanical engineering and aerospace engineering disciplines.

(14) *Academy Professor of Physical Education, USMA (AOC 47S).* Duties, functions, positions and personnel associated with physical education and physical science disciplines.

## 32–2. Officer characteristics required

Service in FA 47 requires extensive experience and sustained exemplary performance with the field Army typically reflected by basic branch or functional area qualification; an outstanding record of academic achievement; high potential for further growth and development within the field of scholarship; successful completion of Command and Staff College (MEL 4); academic achievement including at a minimum a master's degree; and potential for completion of an earned Ph.D. in an appropriate field.

a. *Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-

100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.* FA 47 officers are required to have outstanding records of military performance and solid academic credentials. In addition, they must show evidence of, or demonstrated potential for:

(1) Superior teaching ability at the college level.

(2) Active engagement, participation and growth in an academic discipline.

(3) Contributions to the academic growth of junior faculty.

(4) Contributions to the growth and development of cadets outside formal academic courses.

c. *Unique knowledge.* FA 47 officers are required to have a Ph.D. in their designated academic discipline, or to have a master's degree and be able to obtain a Ph.D. within 3 years of appointment.

d. *Unique attributes.* FA 47 officers must:

(1) Possess the highest standards of integrity and professional ethics.

(2) Show evidence of, or demonstrate potential for, service to the Military Academy, government agencies, and/or the academic discipline through participation in professional organizations and societies.

## 32–3. Critical officer developmental assignments

Officers must have extensive experience and sustained exemplary performance with the field Army, typically reflected by basic branch or functional area qualification and successful completion of Command and Staff College (MEL 4). They must also complete an earned Ph.D. in an appropriate discipline and have at least 2 years of teaching experience at the undergraduate level, or other comparable professional experience.

a. *Functional area qualification and development.*

(1) *Captain.* There are no FA 47 authorizations at the grade of captain.

(2) *Major.* There are no authorized FA 47 positions at the grade of major. However, officers may be selected for Academy Professor positions while in the grade of major and must focus on qualifying for these positions. This includes enrollment in Advanced Civil Schooling in pursuit of a Doctorate degree or serving in a responsible position on the USMA faculty and staff.

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned within their respective organizations to significant academic, administrative and leadership positions such as program directors, division chiefs, and directors of centers of excellence. Lieutenant colonels with an earned Ph.D. are considered functional area qualified and eligible to compete for promotion to colonel.

(4) *Colonel.* Colonels are generally assigned within their respective organizations to significant academic, administrative and leadership positions such as program directors, division chiefs, directors of centers of excellence, and deputy heads in academic departments not authorized 47A deputy head positions.

b. *Branch/functional area generalist assignments.* FA 47 officers do not serve in branch/functional area generalist assignments.

c. *Joint assignments.* FA 47 officers do not serve in joint assignments.

## 32–4. Assignment preferences and precedence

a. *Preferences.* FA 47 assignments are at the United States Military Academy and United States Military Academy Preparatory School.

b. *Precedence.* Developmental assignments will have a precedence within an academic hierarchy.

## 32–5. Duration of critical officer life cycle assignments

Duration of stabilized faculty assignment is through mandatory retirement for Academy Professors (28 years for lieutenant colonels and 30 years for colonels) and for Professors, USMA (age 64).

## 32–6. Requirements, authorizations and inventory

a. *Goal.* The goal is to maintain a faculty, sensitive to both Army

needs and academic standards, that support the USMA mission to provide the Army with commissioned leaders of character.

*b. OPMS XXI implementation.* Officers desiring more information on current authorizations or inventory, by grade, should contact either the FA 47 personnel proponent or the FA 47 assignment officer at PERSCOM.

## 32–7. Key officer life cycle initiatives for Academy Professor

*a. Structure.* FA 47 positions exist only at the United States Military Academy.

*b. Acquire.* USMA-stabilized faculty positions are normally filled through a USMA faculty search committee process. FA 47 vacancies are advertised in the Army Times newspaper (worldwide), on various computer bulletin boards, and computer web sites to include the USMA Adjutant General homepage (http://www.usma.edu/adjutantgeneral). The advertisement will include specific criteria that an officer must meet to be considered for appointment. Applications are forwarded to a selection committee composed of both stabilized and rotating faculty members, civilian faculty and, in some cases, representatives appointed by HQDA. The committee considers all applicants; evaluating the breadth of the applicant's military experience, depth achieved in military specialties and evidence of leadership. A list of the top qualified applicants is forwarded to the Dean of the Academic Board, to the Superintendent, and to the Academic Board. The Academic Board will make a final recommendation. Professor, USMA (AOC 47A) appointments require presidential nomination and congressional approval. HQDA has approval authority for Academy Professors (AOC 47*).

*c. Distribute.* After designation into FA 47, officers are managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, at PERSCOM. However, an Academy Professor appointed from the Medical Service Corps (MSC) currently competes for promotion in the Army Medical Department (AMEDD) Competitive Category and is managed by the MSC proponent.

*d. Deploy.* FA 47 officers are stabilized and normally not considered for worldwide deployment.

*e. Sustain.* FA 47 officers will compete within their Career Field for promotion to lieutenant colonel and colonel.

*f. Develop.* Orderly progression for USMA stabilized faculty includes completing military schooling; training with military units; completing a Ph.D. not later than 3 years following assignment to USMA faculty as an Academy Professor; teaching; developing and implementing courses, programs and curricula; assessment; conducting research and participating in scholarly activities; and conducting outreach activities in support of the Army. Conducting research and participating in scholarly activities provide continued growth and development opportunities within the officer's selected academic discipline. Outreach activities in support of the Army provide continued military growth and professional development opportunities within the officer's selected academic discipline. FA 47 officers are not considered for selection by Army competitive boards for attendance at Senior Service College (SSC). The Dean of the Academic Board has developed a military schooling program that provides SSC for USMA stabilized faculty. USMA stabilized faculty perform outreach service to include service with Army laboratories and consultation with HQDA and DOD agencies related to their academic and military expertise; and special duty with units in the field Army. USMA stabilized faculty normally remain on the USMA faculty until retirement and follow a career pattern that is necessarily directed toward academics, teaching and research. These activities are necessary to ensure that the stabilized faculty continues to develop mastery of their academic disciplines and possess the latest, as well as emerging, techniques and information.

*g. Separate.* Upon retirement, any Professor, USMA (47A) of the United States Military Academy whose grade is below brigadier general, and whose service has been long and distinguished, may at the discretion of the President, be retired in the grade of brigadier

general. Academy Professors (FA 47*) officers will separate from the Army in the same manner as all other officers.

## 32–8. Academy Professor Reserve Component officers
Academy Professor, United States Military Academy, is an Active Component functional area.

# Chapter 33
# Operations Research/Systems Analysis Functional Area

## 33–1. Unique features of Operations Research/Systems Analysis functional area

*a. Unique purpose of Operations Research/Systems Analysis functional area.* The Operations Research/Systems Analysis (ORSA) functional area provides uniquely skilled officers who produce analysis and other analytic products (e.g., decision aids, models) to underpin decisions by leaders and managers at all levels of the Department of Defense (DOD), and to enable solutions to varied and complex strategic, operational, tactical and managerial issues. The functional area (FA 49) is managed within the Institutional Support Career Field (ISCF). The FA 49 Proponency Office is at the TRADOC Analysis Center (TRAC), headquartered at Fort Leavenworth.

*b. Unique functions performed by Operations Research/Systems Analysis functional area.* The FA 49 officer introduces quantitative and qualitative analysis to the processes used throughout the military. The kinds of techniques that the ORSA officer applies include probability models, statistical inference, simulations, optimization and economic models. The functional area contributes directly to personnel management, doctrine and force development, training, system acquisition and resource management, as well as peacetime and wartime operations of the force.

*c. Unique features of work in Operations Research/Systems Analysis functional area.* The FA 49 officer typically bridges the gaps between the military, science and managerial fields, and activities requiring competencies in a variety of Army processes. The ORSA officer will typically serve in one of three general assignments:

(1) Serve as analyst on the staff of a high level Army, joint and defense agency.

(2) Serve as analyst in an organization whose principal mission is to provide analysis that supports the fielding, equipping, manning, training and operations of military forces. Such organizations include the Concepts Analysis Agency (CAA), TRAC, the Operational Test and Evaluation Command (OPTEC), Battle Labs and branch Concepts Developments organizations.

(3) Serve as instructor teaching ORSA and/or mathematics courses at USMA, ALMC, NPS or AFIT.

## 33–2. Officer characteristics required
The ORSA functional area requires officers who are skilled in leadership at all levels; who understand military operations; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. ORSA officers also have the technical aptitude necessary to grasp complex, abstract ideas.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader Attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) *Mental* attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) *Physical* attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) *Emotional* attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) *Interpersonal* skills reflect competence in communicating with people.

(b) *Conceptual* skills refer to competence in handling ideas.

(c) *Technical* skills reflect competence with things.

(d) *Tactical* skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, organize to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) *Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) *Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) *Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.* An FA 49 officer must able to:

(1) Formulate complex problems and design research and study methodologies.

(2) Apply technical analytic skills to military issues.

(3) Infer causal relationships from observed events.

(4) Conduct and supervise quantitative and qualitative analyses.

(5) Summarize and synthesize complex analyses for presentation to decision makers in clear terms relevant to and understood by them.

(6) Organize workload, assign tasks and mentor civilian and military subordinates.

(7) Plan, evaluate, coordinate and integrate ORSA actions with other staff elements and functions.

(8) Conduct research to acquire sufficient knowledge of a new or unfamiliar process or system that is to be analyzed, perhaps for the first time.

c. *Unique knowledge.* The ORSA field requires the application of quantitative and qualitative methods to a wide variety of military problems. Therefore, an ORSA officer must:

(1) Understand how the Army and DOD are organized and operate, for both institutional processes and fielded forces.

(2) Understand the applications of the principles of scientific inquiry, mathematical models and software programs.

(3) Keep pace with developments in the ORSA field.

d. *Unique attributes.* FA 49 officers bring scientific approaches to problems in the military. A FA 49 officer must:

(1) Possess operational experience as a warfighter to complement analytical skills, and to understand the military context of the analysis.

(2) Work and excel in dynamic, high tempo environments.

(3) Communicate and defend analytic work and results in technical and non-technical terms at all levels of interest, from peers to senior officials.

(4) Identify, understand and solve problems.

(5) Work as a team with other members who may or may not be analysts.

(6) Be mathematically oriented.

(7) Possess an inquiring mind.

## 33–3. Critical officer developmental assignments

Officers are designated to the ORSA functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, undergraduate discipline (see table 33-1), and undergraduate grade point average. Officers who have the FA 49 designation generally will not begin the FA 49 training process or be eligible for an ORSA assignment until they have branch qualified as a captain in their basic branch.

a. *Functional area qualification and development.* Generally, before being assigned to a FA 49 billet, the ORSA officer receives his or her initial FA 49 training. Two principal means exist for obtaining the initial training in FA 49. Most officers receive their initial training through the ORSA Military Applications Course I (ORSA MAC I). All officers are encouraged to complete a master's degree in a primary or an associated discipline. Some officers attend a fully funded Advanced Civil Schooling (ACS) program. In addition, ORSA Military Applications Course II (ORSA MAC II) training, although not mandatory, benefits officers by refreshing their ORSA skills upon returning to FA 49 positions after a 2 to 3 year absence from work in the functional area. The qualification criteria listed below are the minimum requirements for an FA 49 officer to qualify for promotion to the next higher rank.

(1) *Captain.* Generally, captains receive their initial training between their 7th and 9th years of service. Captains normally serve as members of study teams or as ORSA staff officers where they are expected to apply the ORSA skills they have acquired through their initial training. Captains who received their initial training through ORSA MAC I should begin working toward completion of a Master's degree in a primary or associated discipline (See Tables 33-2 and 33-3); either through one of the professional development programs offered by organizations with a large population of FA 49 officers, or on their own. Although no requirements for functional area qualification exist at the rank of captain, experience in FA 49 as a captain may enhance the officer's chances of being designated into the Institutional Support Career Field as an FA 49.

(2) *Major.* At selection for promotion to major, officers are designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board (CFDB). Officers identified to serve in FA

49 for the remainder of their careers are designated to the Institutional Support Career Field where they will serve principally in FA 49 assignments with an occasional opportunity for assignment to a branch/functional area generalist (formerly branch immaterial) position. FA 49 majors serve primarily as ORSA analysts. Some majors are selected to attend graduate school and some may be eligible to compete for fully funded schooling to obtain a Ph.D. Those officers who have two or more FA 49 authorized jobs (does not include ACS or branch/functional area generalist positions) as majors should seek FA 49 assignments that provide breadth to their FA 49 experience. Officers should work toward the completion of a graduate degree in a primary or associated discipline (see tables 33-2 and 33-3) either on their own or through a professional development program available through their unit of assignment. To be considered qualified at the rank of major, an officer must complete MEL 4 and successfully serve either two years in an FA 49 position, or successfully serve one year in an FA 49 position and complete a graduate degree in a primary or associated discipline.

(3) *Lieutenant colonel.* Officers of this rank are generally assigned to supervisory positions or to positions on senior level staffs. Lieutenant colonels are expected to be able to set analytic requirements, design studies and establish appropriate methodologies, guide and review the analytic work of subordinates and apply ORSA techniques to a wide range of military and managerial issues. Some ORSA lieutenant colonels fill branch/functional area generalist authorizations. FA 49 lieutenant colonels should seek different types of jobs within the FA 49 structure to provide breadth to their ORSA experiences. An officer who has a total of 5 years field grade experience in FA 49 authorized positions is considered qualified at the rank of lieutenant colonel. It is highly recommended that lieutenant colonels complete a master's degree program in a primary or associated discipline (see tables 33-2 and 33-3).

(4) *Colonel.* As senior analysts, colonels serve in assignments that require both technical ORSA and managerial skills. They should be able to oversee and direct diverse studies and analytical efforts. Colonels should have a broad background in analysis throughout the Army, having served in a variety of different FA 49 authorizations in previous field grade assignments.

*b. Branch/functional area generalist assignments.* These billets, such as ROTC, USMA faculty and staff and Inspector General, while not identified with a specific branch or functional area are important to the Army. The actual number of FA 49 officers filling branch/functional area generalists positions depends on FA 49 inventory and the needs of the Army.

*c. Joint assignments.* ORSA functional area positions exist on the Joint Duty Assignment List (JDAL). Joint experience is not required for an FA 49 officer to be promoted to colonel.

---

**Table 33–1**
**Disciplines which support designation into FA 49**

| Degree code | Degree |
| --- | --- |
| BAL | ORSA (Business) |
| BAN[1] | Computer Science Management |
| BAX[1] | Business Administration |
| BBK[1] | Industrial Management |
| BBR[1] | Systems Management |
| BCX[1] | Business Economics |
| BXX[1] | Business, General |
| CCF | Engineering, Structural |
| CCG | Civil Engineering (Structural Dynamics) |
| CCN | Engineering, Space Facilities |
| CCX | Civil Engineering |
| CFA | Aerospace Engineering (Space Travel) |
| CFB | Physics, Space |
| CFC | Space Systems Engineering |
| CFD | Space Systems Operations |
| CFX | Engineering, Aeronautical |
| CGA | Production Design Engineering |
| CGX | Engineering Administration |
| CHA | Engineering, Electronic |
| CHB | Engineering, Radio |
| CHE | Communications |

---

**Table 33–1**
**Disciplines which support designation into FA 49—Continued**

| Degree code | Degree |
| --- | --- |
| CHJ | Joint Command, Control, and Communications |
| CHX | Engineering, Electrical |
| CKB | Engineering, Ordnance |
| CKH | Engineering, Mechanics |
| CKX | Mechanical Engineering |
| CLD | Civil Engineering (Construction) |
| CLF | Engineering, Nuclear |
| CLX | Civil Engineering, Nuclear |
| CSX | Engineering, Physics |
| CUA | Computer Science (Engineering) |
| CUC | ORSA (Engineering) |
| CUD | Computer Engineering (Artificial Intelligence) |
| CUE | Computer Science |
| CUG | Software Engineering |
| CUX | Systems Engineering |
| CXX | Engineering, General |
| CYA | Human Factors Engineering |
| CYX | Engineering, Industrial |
| CYY | Robotics Engineering |
| DBC | Astrophysics |
| DDE | Chemistry, Physical, General |
| DDX | Chemistry, General |
| DHA | Statistics |
| DHB | Mathematics, Cryptanalysis |
| DHC | Mathematics, Ballistics |
| DHD | Mathematics, Applied |
| DHX | Mathematics, General |
| DLB | Physics, Electricity/Magnetism/Electronics |
| DLD | Physics, Nuclear |
| DLE | Physics, Optics/Light |
| DLK | Applied Science |
| DLP | Aerodynamics |
| DLX | Physics, General |
| EDX | Economics |
| YYY | No Major (USMA) |

Notes:
[1] May require additional mathematics before FA 49 training period.

---

**Table 33–2**
**Primary ORSA graduate degree disciplines**

| Degree code | Degree |
| --- | --- |
| BAL | ORSA (Business) |
| CUC | ORSA (Engineering) |
| CYX | Engineering, Industrial |
| CUX | Systems Engineering |
| DHD | Mathematics, Applied |

---

**Table 33–3**
**Associated ORSA graduate degree program**

| Degree code | Degree |
| --- | --- |
| BAN | Computer Science Management |
| BAX | Business Administration |
| BBR | Systems Management |
| BCX | Business Economics |
| CCF | Engineering, Structural |
| CCG | Civil Engineering (Structural Dynamics) |
| CFX | Engineering, Aeronautical |
| CGA | Production Design Engineering |
| CHJ | Command, Control, and Communications |
| CHX | Engineering, Electrical |
| CKB | Engineering, Ordnance |
| CKH | Engineering, Mechanics |
| CKX | Mechanical Engineering |

**Table 33–3**
**Associated ORSA graduate degree program—Continued**

| Degree code | Degree |
|---|---|
| CLF | Engineering, Nuclear |
| CSX | Engineering, Physics |
| CUA | Computer Science (Engineering) |
| CUD | Computer Engineering (Artificial Intelligence) |
| CUE | Computer Science |
| DHA | Statistics |
| DHB | Mathematics, Cryptanalysis |
| DHC | Mathematics, Ballistics |
| DHX | Mathematics, General |
| DLB | Physics, Electricity/Magnetism/Electronics |
| DLD | Physics, Nuclear |
| DLP | Aerodynamics |
| DLX | Physics, General |

## 33–4. Assignment preferences and precedence.

The professional development of an ORSA officer requires that the officer be exposed to a variety of ORSA related work, preferably in a variety of challenging assignments. The fundamental theory behind ORSA techniques does not change rapidly over time, but the environments in which the tools are applied can vary greatly. After receiving their initial training through either ORSA MAC I or through ACS, FA 49 officers should seek different types of FA 49 assignments in different types of organizations to foster their professional development.

*a. Preferences.* FA 49 has diverse opportunities that allow for numerous career development paths. The goal of the professional development of FA 49 officers is to produce officers skilled in conducting quantitative and qualitative analysis on varied DOD issues. Assignments in the functional area are made to provide the officer exposure to a number of organizations that require FA 49 skills so that the officer develops a fuller understanding of the application of ORSA techniques throughout the military.

*b. Precedence.* The sequencing of assignment to positions within the functional area is flexible; although, in some instances, a precedence for assignment exists. Officers who have not met the qualifying requirements at their respective rank are given the precedence for assignment to the FA 49 authorized positions. An officer's first field grade assignment is generally to an FA 49 authorized position or to initial FA 49 training (ORSA MAC I or ACS) rather than to a branch/functional area generalist position. Some FA 49 authorizations require advanced education, either military or civilian. Officers assigned to those jobs must complete the required education prior to filling the authorized position.

## 33–5. Duration of critical officer life cycle assignments

Most assignments for FA 49 officers are 24 to 36 months in length. An officer may spend a longer period in an area where there is a high concentration of billets such as the National Capital Region. ORSA officers should seek to diversify the types of jobs they fill if the tour length in a particular area exceeds 3 years. OCONUS locations will continue to require specific tour lengths.

*a. Key Operations Research/Systems Analysis qualification positions.* There are no specific FA 49 assignments required for FA 49 qualification at any rank. The only functional area qualification requirements are those outlined in paragraph 33-3 above.

*b. Operations Research/Systems Analysis functional area life cycle.* Figure 33-1 depicts an ORSA functional area life cycle with functional area qualifying requirements. It also identifies developmental assignments within the functional area.

## 33–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to have the kinds and numbers of FA 49 authorizations that provide challenging assignments and multiple career paths for professional development while maintaining an inventory of FA 49 officers that enables each ORSA officer to be competitive for promotion at rates that meet or exceed Army averages.

*b. OPMS XXI implementation.* The number of FA 49 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 49 personnel proponent or the FA 49 assignments officer at PERSCOM.

## 33–7. Key officer life cycle initiatives for Operations Research/Systems Analysis

*a. Structure.* FA 49 officers serve primarily on Army, joint or DOD staffs and in their field operating activities, in dedicated analytical organizations (e.g., Concepts Analysis Agency, TRADOC Analysis Center), or as instructors.

*b. Acquire.* There are two points in an officer's career at which the officer may acquire the FA 49 designation. The first is at the functional area designation point between the officer's 5th and 6th years of service. The second is during the Career Field Designation Board that corresponds with the officer's selection for promotion to major.

(1) The criteria for selecting an officer at the functional area designation point include personal preference, type of undergraduate degree and grade point average. Selection at this point does not necessarily lead to an assignment within the functional area as a captain, nor does it guarantee designation into the Institutional Support Career Field as a FA 49.

(2) The criteria for selecting an officer during the CFDB include officer preference, commander's input, undergraduate degree and graduate degree.

*c. Distribute* The Functional Area Management and Development Division (FAMDD), PERSCOM OPMD manages the FA 49 officer's assignments after the officer's designation into the Institutional Support Career Field at the rank of major. Assignment to FA 49 authorized positions, to ACS, or to branch/functional area generalist positions depend upon the needs of the Army, officer preference and officer qualifications at the time of assignment.

*d. Deploy.* ORSA officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 49 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 49 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. ORSA officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the Institutional Support Career Field compete for promotions with other ISCF officers for lieutenant colonel and colonel promotions. The FA 49 assignments officers in FAMDD monitor the officers' careers, and the personnel proponent provides the directive policies for the functional area.

*f. Develop.* Officers develop their FA 49 skills through a series of progressively more difficult assignments and schools that provide the officer an opportunity to apply his or her skills to a wide range of Army and DOD problems. Additional development of the officer occurs through service in branch/functional area generalist positions. In these generalist positions, officers are exposed to varied Army organizations and functions while allowing FA 49 officers the ability to apply their skills outside the arena of their normal application. Schools include ORSA MAC I, ORSA MAC II (for officers returning to FA 49), fully funded graduate school for completion of a master's or doctorate level degree, and professional development programs that lead to completion of a master's degree. Officers who do not have a master's degree in a primary or associated discipline should complete a program awarding a master's degree in either a

primary ORSA or associated discipline. Schools also include resident Command and Staff College (MEL 4) and, possibly, a Senior Service College (MEL 1).

*g. Separate.* FA 49 officers separate from the Army in the same way as other officers.

## 33–8. ORSA Reserve Component officers

*a. General.* RC ORSA officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows to complete mandatory educational requirements. To meet professional development objectives, RC officers must be willing to rotate among Army National Guard (ARNG) and the U.S. Army Reserve (USAR) Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) program, and the Active Guard and Reserve (AGR) program. Geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions necessitate these transfers. Additionally, there may be occasions when the RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will not be seen as impacting negatively on the officer's career. The success of an RC officer is not measured by the length of service in any one component or control group, but by the officers breadth of experience, duty performance and adherence to the requirements described herein. Every attempt will be made to assign RC ORSA officers either in FA 49 or branch/functional area generalist positions, but opportunities are limited. Unlike their AC counterparts, RC ORSA officers are expected to revert to basic branch assignments to continue reserve participation and career development. For guidance on RC officer development, see chapter 7.

*b. Assignment opportunities.* RC ORSA officers can expect assignments that are identical to their AC counterparts with a few exceptions. There are some requirements for FA 49 qualified captains, mostly AGR, and these are considered entry level. Typically these captains are USAREC marketing officers at recruiting brigade headquarters. They are supervised and mentored by senior analysts who groom them for personnel related assignments at USARC, USAREC, OCAR and AR-PERSCOM. The majority of RC ORSA positions are field grade and they generally exist in the USAR IMA and AGR programs. Colonel positions are few and senior analysts should seek branch/functional area generalist positions. Wartime requirements for FA 49 qualified officers are significant. AR-PERSCOM manages pre-trained individual manpower to support mobilization requirements generated by shortages in Army, Army Reserve and Army National Guard units. During mobilization, IRR officers are subject to these assignments.

*c. Qualification and professional development.* RC ORSA officers satisfy functional area qualification requirements and become competitive for promotion when they attend military schools and then seek assignments in positions of increased responsibility. The following standards must be met (length of service in a given position should not be narrowly construed; key is assignment diversity, level of participation, and sufficient time within each assignment to develop competence):

(1) *Captain.*

(a) Successfully complete basic branch advanced course (either AC or RC curriculum) and CAS3; CAS3 is a requirement for promotion to major.

(b) Serve in at least one basic branch position for a minimum of 24 months.

(c) Successfully command a company (highly desirable, but not mandatory).

(d) Complete ORSA MAC I or obtain a master's degree in a technical discipline listed in table 33-1.

(e) Serve in at least one entry level ORSA position for a minimum of 24 months.

(2) *Major.*

(a) Successfully complete at least 50 percent of CGSC.

(b) Serve a minimum of 36 months in at least one ORSA position.

(c) Complete ORSA MAC II and/or obtain a master's degree in a technical discipline listed in table 33-1. (This is not a requirement for promotion to lieutenant colonel.)

(d) If a second ORSA assignment is not available, serve a minimum of 36 months in either a branch/functional area generalist or basic branch position.

(4) *Lieutenant colonel.*

(a) Successfully complete CGSC within 3 years after promotion to lieutenant colonel.

(b) Serve a minimum of 36 months in at least one ORSA position.

(c) If a second ORSA assignment is not available, seek an assignment in either a branch/functional area generalist or basic branch position.

(d) Be selected to attend a resident or nonresident Senior Service College (MEL 1).

(5) *Colonel.*

(a) Serve in at least one ORSA position for a minimum of 24 months.

(b) If a second ORSA assignment is not available, seek an assignment in either a branch/functional area generalist or basic branch position.

*d. Life cycle development model.* The Reserve Component life cycle development model for FA 49 officers is shown at figure 33-2.

*e. Civilian acquired skills.* Many Reserve Component officers are qualified ORSA officers in their civilian profession, yet they don't possess FA 49. These officers are strongly encouraged to apply for FA 49. Civilian ORSA assignments will be considered as developmental equivalents when qualifying these officers for positions of increased responsibility.

*f. Reserve Component training participation and credit.* See chapter 7.



**Figure 33-1. FA 49 life cycle development model (Active)**



**Figure 33-2. FA 49 life cycle development model (Reserve)**

# Chapter 34
# Force Management Functional Area

## 34–1. Unique features of Force Management functional area

*a. Unique purpose of Force Management functional area.* The institutional force creates, provides and sustains the land component of the combatant commander's joint/multinational force. The Force Management (FA 50) functional area directly supports the Title 10 United States Code (USC) responsibilities of the Department of the Army by developing the four core capabilities of the institutional force required to support the future Force XXI battlefield.

(1) These core capabilities are:

*(a) Develop the force.* The various functions required to create tactical units.

*(b) Generate and project the force.* The various efforts aimed at rapidly deploying combat ready forces.

*(c) Sustain the force.* The provisioning of the force, to include personnel, equipment and consumables.

*(d) Direct and resource the force.* The various functions performed by the department to implement the policy, program and budget decisions of the President and the Secretary of Defense.

(2) FA 50 provides the Army with a highly trained cadre of officers who specialize in the institutional force core competency. The expertise held by Force Management officers is key to building all four core capabilities of the institutional force. FA 50 officers possess in-depth functional area expertise gained through both formal schooling and repetitive functional area assignments.

(3) FA 50 officers serve principally in the institutional force, but some duty positions in this functional area are in units and staffs supporting operational commanders. Other duty positions are outside the Army.

(4) The Department of the Army Deputy Chief of Staff for Operations and Plans is the proponent for FA 50.

*b. Unique functions performed by Force Management functional area.* Force management is the capstone process to establish and field mission-ready Army organizations. The process involves organization, integration, decision making and execution of the full spectrum of activities encompassing requirements definition, structuring, combat developments, materiel developments, training development, resourcing and all elements of the Army life cycle model. These elements are: Force Structure, Acquisition, Distribution, Deployment, Sustainment, Development and Separation.

*c. Unique features of work in Force Management functional area.*

(1) The work in FA 50 is performed primarily in Army, joint and DOD level organizations and staffs. Often it requires interface with interagency organizations and officials or service on these high level non-DOD staffs. It requires officers to operate routinely both within and outside of institutional paradigms.

(2) A Force Management officer provides crucial expertise in developing the force to support the national military strategy (NMS) and defense planning guidance (DPG), determining warfighting requirements, designing operational force units and institutional force organizations, and identifying, allocating and authorizing the resources to integrate them into the force. This officer coordinates the critical interaction and interrelationship between management functions and support systems affecting Army organizations. Force Management work is challenging and provides the officer an opportunity to develop the Army of the future. A Force Management officer may design a new unit, watch it fielded and, with quiet pride, know that he or she was instrumental in its development. Key functions of the FA 50 officer include:

*(a)* Generating doctrine, training, leader development, organization, materiel and soldier (DTLOMS) capabilities and requirements in a process driven by warfighting concepts focused on the future and on experimentation to provide insights.

*(b)* Designing organizations to support Army and joint warfighting concepts and doctrine.

*(c)* Developing organizational models (manpower and equipment requirements) by developing, coordinating and reviewing tables of organization and equipment (TOE), basis-of-issue plans (BOIP) and manpower requirements criteria (MARC)

*(d)* Determining the Army operating forces and generating forces required to implement the NMS and conform to the DPG through the total Army analysis (TAA) process, determining manpower and equipment allocations for the planned, programmed and budgeted forces and related organizations and equipment within the Planning, Programming, Budgeting, and Execution System (PPBES).

*(e)* Developing, allocating, documenting and executing organizational authorizations (modification TOEs (MTOEs) and tables of distribution and allowances (TDAs)); analyzing the planning and programming by performing affordability, supportability, and executability assessments; and monitoring and adjusting the execution through the command plan and concept plan processes.

*(f)* Managing the implementation of new organization designs.

*(g)* Coordinating introduction of new equipment into new/existing organizations.

*(h)* Analyzing personnel or materiel supportability of new/revised organizations.

*(i)* Analyzing and developing requirements for training programs, training devices and simulations in support of new equipment or organizations.

## 34–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are

health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.* Many of the overall skills, knowledge and attributes that are associated with Institutional Support Career Field officers apply to FA 50 officers.

(1) *Staff skills.*

(a) Operate routinely in high level staff assignments where guidance may be minimal and close interaction with senior level decision makers is frequent.

(b) Express themselves clearly, concisely and accurately in writing and orally.

(c) Apply highly specialized knowledge effectively in both military and civilian environments to address national issues, including political, military, economic, social and international challenges.

(d) Prepare and present clear, concise and informative briefings and information papers for senior decision makers on highly technical subjects.

(e) Reduce raw data to form and substance usable by senior level decision makers.

(f) Listen to senior level decision makers and understand their guidance and intent.

(g) Prioritize actions with minimal guidance.

(h) Understand automation and utilize the full range of automation support to facilitate work in support of senior level decision makers.

(i) Demonstrate highly developed analytical and problem solving skills.

(j) Conceptualize and develop creative solutions beyond those of the established operational paradigm.

(k) Network effectively within large organizations and with outside governmental and non-governmental agencies.

(2) *Management and leadership skills.*

(a) Employ military leadership techniques to obtain the desired result from subordinates.

(b) Employ other leadership skills to obtain the desired results from mixed staffs comprised of military and civilian, DOD and non-DOD personnel.

(c) Organize workload and assign tasks to subordinates to best facilitate staff support to senior level decision makers.

(d) Mentor and coach subordinate officers and enlisted service members from all services, as well as civilians.

(e) Organize or lead work groups of military and civilian specialists in areas related to the problem being addressed.

c. *Unique knowledge.* Force Management officers require specialized knowledge of Army organization, structure and doctrine, and other areas. The more general body of knowledge required of FA 50 officers, like the unique skill set, has some overlap with other functional areas and branches. As with the skill set, this list reflects the relative importance of the knowledge set to FA 50. Officers in FA 50 must:

(1) Possess highly specialized knowledge, gained through attendance at specialized education and training over a significant period of time and through repetitive duty assignments requiring use of that knowledge.

(2) Understand the organization, structure and doctrine of the warfighting Army, the Department of the Army, DOD, Joint Staff, unified commands, military alliances and the U.S. Government.

(3) Understand the integration of the branch capabilities to achieve combined arms warfare, as well as joint and multinational warfare.

(4) Understand, in broad terms, the organization of the Army, its Title 10 USC and Title 32 USC responsibilities, and the missions, roles and functions of its major commands.

(5) Understand, in broad terms, the organization of the Department of Defense and, in detail, the formal and informal procedures and processes for resourcing the department and developing the national military strategy, and the missions, roles and functions of its warfighting commands and various agencies.

(6) Understand joint warfighting and the integration of joint and service systems (planning, resourcing and warfighting) at the strategic, operational and tactical levels.

(7) Understand both formal and informal systems of the U.S. Government, the National Security Council, Joint Strategic Planning System (JSPS), and the Planning, Programming and Budgeting System (PPBS).

d. *Unique attributes.* FA 50 officers are expected to display the following personal attributes:

(1) Highly developed analytical and problem solving skills.

(2) Ability to conceptualize and develop creative solutions beyond those of the established operational paradigm.

(3) Action-oriented and decisive in nature; a warfighter.

(4) Intellectually inquisitive and respectful of academic standards.

(5) Highly adept at understanding other societies, their values and their national interests.

(6) Creative thinking and critical reasoning.

(7) Intellectually honest with superiors, and unafraid to state and defend convictions.

(8) Physically fit and possessing military bearing.

## 34–3. Critical officer developmental assignments

Operational force assignments are rich in opportunities for all officers to learn about the Army's basic purpose—fighting the nation's wars. The experience gained by lieutenants and captains during basic branch assignments in the operational force is the foundation for later effectiveness as a FA 50 officer. Officers should attend a branch Captains Career Course before completion of their 5th year of service and should then seek company command by their 8th year of service. Officers are designated into the Force Management functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. However, they are not generally considered for a FA 50 assignment until after they are branch qualified in their basic branch.

a. *Functional area qualification and development.*

(1) FA 50 officers will serve in positions of increasing responsibility supporting senior level decision makers.

(2) Force Management officers must successfully complete the

Force Management Course at the Army Force Management School, Fort Belvoir, Virginia, and a subsequent assignment to a validated FA 50 position for 2 or more years for functional area qualification.

(3) *Captain.*

(a) *Training and education.* Once an officer has earned branch qualification, a FA 50 officer may attend the Force Management Course at the Army Force Management School. Upon successful completion of the course, the officer will receive the 3R skill identifier, Force Management. (This does not automatically place the officer into the Institutional Support Career Field. The officer will remain in his or her basic branch until completion of the Career Field Designation Board process conducted immediately after selection for promotion to major.) Officers should also broaden their education through unit professional development and self-study. Officers may request Advanced Civil Schooling, as well as an assignment to teach at the United States Military Academy (USMA). Advanced Civil Schooling may include graduate degrees in business administration, business management, public administration or a related FA 50 field.

(b) *Career Field designation.* After selection for promotion to major, officers are designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. Those officers designated with a Force Management functional area in the Institutional Support Career Field will serve future assignments either in their functional area or in branch/functional area generalist (branch immaterial) billets.

(4) *Major.*

(a) *Education.* All FA 50 officers must complete MEL 4 schooling before they enter the primary zone for lieutenant colonel. Those officers selected and designated as FA 50 who have not already attended the Force Management Course should do so as soon as possible after their selection and designation. Individual professional development should be continuous, consisting of reading force management history and selected related topics, and self-study in the areas of business process improvement and management to include courses, seminars and workshops. Force Management officers are encouraged to obtain a graduate degree particularly in the fields of business or engineering management, business administration or public administration. Officers may request Advanced Civil Schooling but should also capitalize on other available educational and tuition assistance programs. Training With Industry (TWI) assignments with emphasis on business process improvement or re-engineering are desirable developmental opportunities.

(b) *Utilization.* Most FA 50 majors will serve in a combination of TDA and TOE assignments. FA 50 officers should seek those positions that will qualify them for promotion within the functional area, such as general force management positions, combat/training/materiel development officers, program analysis and evaluation (PAE) analyst, force management positions at OCAR/ARNG, State TAG, RC Readiness Advisor, joint staff (J5/8, Joint Requirements Oversight Council (JROC) and division or corps force modernization officers. Majors should also seek joint duty assignments as well as TWI assignments with emphasis on business process improvement or re-engineering.

(5) *Lieutenant colonel.*

(a) *Education.* A HQDA board determines selection for resident or nonresident Senior Service College (SSC) for eligible lieutenant colonels and colonels. SSC selected officers should compete for fellowships that would further develop their skills and experience base. FA 50 officers who have not already done so will complete the Force Management Course at the Army Force Management School prior to utilization in a lieutenant colonel Force Management assignment. Individual professional development activities begun as a major and described in (3)(a) above should continue. An advanced degree is optional, but it is highly encouraged.

(b) *Utilization.* FA 50 lieutenant colonels should strive for key branch/functional area generalist and other developmental positions. All officers should work towards full qualification for promotion by seeking staff positions at division or higher, joint assignments, nominative assignments or TWI. All FA 50 officers will complete a validated Force Management assignment at the HQDA, MACOM, joint, or service school level. FA 50 lieutenant colonels should not be assigned to supervisory positions without previous force management experience.

(6) *Colonel.*

(a) *Education.* The formal military education requirement at the rank of colonel is successful completion of a recognized SSC program. The goal should be completion of resident SSC, a MEL-1 fellowship, the Army War College Distance Education Course or a foreign military school. Graduation from the Force Management Course at the Army Force Management School is required before utilization in a colonel FA 50 position.

(b) *Utilization.* FA 50 colonels should have successfully completed a variety of key Force Management assignments and should seek senior MACOM, HQDA, joint or nominative staff positions.

b. *Critical officer developmental assignments.* All FA 50 officers should be assigned to staff and faculty positions relating to doctrine, training, force structure, equipment changes and strategy sometime in their careers.

c. *Branch/functional area generalist assignments.* Force Management captains and above can expect to serve in assignments, such as ROTC, USMA faculty and staff and Inspector General, which are not identified with a specific branch or functional area. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

d. *Joint assignments.* All joint rules apply. Joint qualification is not a prerequisite for promotion to any field grade rank. Nonetheless, all officers in FA 50 should seek joint duty. It broadens the knowledge base of individual officers, and the Army perspective that these officers bring to the joint table is critical to the best interests of the DOD.

**34–4. Assignment preferences and precedence**

a. *Preferences.* As discussed in paragraph 34-3, the Force Management functional area has diverse opportunities which allow for numerous career development paths. The goal of the professional development of FA 50 officers is to produce and sustain highly qualified institutional force officers who are operationally oriented. Assignments in the functional area will be made in such a manner as to develop the officer's ability to achieve that goal.

b. *Precedence.* Assignments to Force Management officer positions begin after FA 50 designation. FA 50 officers designated into the Institutional Support Career Field will have repetitive assignments within the functional area and other key developmental assignments. While job sequencing is not critical, to be competitive for promotion a variety of responsible assignments in both the institutional Army and TOE Army are recommended.

**34–5. Duration of critical officer life cycle assignments**

a. *Key Force Management functional area qualification positions.* Most assignments to FA 50 positions will be 24 to 36 months in length. Positions that qualify FA 50 officers in their functional area include: organization integrator, force integrator, or systems integrator at HQDA, MACOM or joint staff; force structure or organization development officer at the service school; and Force Management officer at corps, division or installation. All FA 50 officers are expected to perform in a variety of key Force Management assignments prior to selection for colonel.

b. *Force Management functional area life cycle.* Figure 34-1 displays the FA 50 life cycle with functional area qualifying and developmental positions.

**34–6. Requirements, authorizations and inventory**

a. *Goal.* The goal is to maintain a healthy, viable career path for FA 50 officers. To accomplish this the field grade inventory must be optimized to fulfill functional area and branch/functional area generalist requirements and still provide field grade officers with sufficient time to meet functional area qualification prior to promotion to lieutenant colonel.

b. *OPMS XXI implementation.* The number of authorized Force Management authorizations, by grade, will vary as force structure

decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the Force Management personnel proponency office or the FA 50 assignments officer at PERSCOM OPMD.

## 34–7. Key officer life cycle initiatives for Force Management

a. *Structure.* As with the other functional area based career fields, FA 50 reflects the field grade structure of the OPMS XXI Career Field based management system. Most FA 50 authorizations are in the field grades.

b. *Acquire.* Some captains will receive FA 50 between their 5th and 6th years of service. The principal method of accessing FA 50 officers into the Institutional Support Career Field will be the Career Field designation process. Most FA 50 officers will be accessed by the Career Field Designation Board immediately after selection to major. FA 50 officers accessed as majors will be branch qualified as captains in their basic branch and strong candidates for graduate school. While there is no need to acquire an officer with any special degree at this time, a bench of officers with certain degrees and skill sets would be helpful to gain efficiencies. For FA 50 officers, undergraduate degrees in business management, engineering management or industrial engineering are helpful.

c. *Distribute.* The Functional Area Management and Development Division (FAMDD), PERSCOM OPMD, will manage all Force Management functional area assignments for officers designated into FA 50 and the Institutional Support Career Field at the rank of major.

d. *Deploy.* Force Management officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 50 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 50 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Force Management officers must prepare themselves and their families for this most challenging life cycle function.

e. *Sustain.* Promotions will be based predominantly on requirements and the promotion goal is expected to be at or near DOPMA rates. FA 50 officers will be eligible for below-the-zone promotions. Selection will be based on clearly superior performance over a career, not just in FA 50 coded duty positions. Institutional Support Career Field FA 50 officers are not eligible for field grade level command selection.

f. *Develop.* All FA 50 officers should complete resident or nonresident Command and Staff College as soon as practical after selection for major. Some FA 50 officers will be eligible to attend SAMS and sister service staff colleges. Additionally, all FA 50 officers will graduate from the Force Management Course at the Army Force Management School. All FA 50 officers selected for colonel should complete Senior Service College (SSC), if selected for resident or nonresident attendance by a HQDA board. FA 50 officers will be spread across all SSCs while concentrating on the National War College and the Army War College.

g. *Separate.* All FA 50 officers will separate from the Army in the same manner as all other officers.

## 34–8. Force Management Reserve Component officers

a. *General career development.* Reserve Component Force Management officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Due to the complexity and detailed understanding of Army systems and functions required to serve effectively in this functional area, junior officers must develop a strong foundation through assignments in their branch before functional area specialization begins.

b. *Assignment opportunities.* RC Force Management officers can expect assignment opportunities that mirror those of Active Component officers, as well as positions applicable exclusively to the Reserve Component. RC FA 50 officers serve at all levels within the Department of Defense, and consequently must fully understand and be able to articulate the roles, missions and composition of the RC as an integral component of the Total Army. The success of an RC Force Management officer is not measured by length of service in any one component or control group, but by the officer's breadth of experience, duty performance, and adherence to functional area requirements. Assignments in FA 50 are available throughout the RC (AGR, TPU, IMA).

c. *Functional area qualification and development opportunities.*

(1) The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows to complete mandatory educational requirements. To meet professional development objectives, RC officers must be willing to rotate between ARNG and USAR Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) Program, and the Active Guard and Reserve (AGR) Programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career.

(2) Due to the complexity and diversity of assignments in FA 50, RC officers assigned to these positions must continually develop their knowledge and analytical skills. RC quotas are allocated each year for officers awarded FA 50 to attend the Force Management Course at the Army Force Management School.

d. *Life cycle development model.* The Reserve Component life cycle development model for Force Management officers will essentially mirror that for Active Component officers, except that assignments will not be limited to one component or control group within a component. Figure 34-2 illustrates a typical RC FA 50 career.



**Figure 34-1. FA 50 life cycle development model (Active)**



**Figure 34-2. FA 50 life cycle development model (Reserve)**

# Chapter 35
# Nuclear Research and Operations Functional Area

## 35–1. Unique features of Nuclear Research and Operations functional area

*a. Unique purpose of Nuclear Research and Operations functional area.* Nuclear Research and Operations (FA 52) is a functional area within the Institutional Support Career Field where trained and experienced officers apply knowledge and expertise of weapons of mass destruction in developing national and theater strategy, plans and policy; in conducting weapons effects research and analysis; in international treaty formulation and verification; and in planning the employment of nuclear weapons to support theater and strategic operations. The Director, U.S. Army Nuclear and Chemical Agency is the proponent for FA 52.

*b. Unique functions performed by Nuclear Research and Operations functional area.* The mission of FA 52 is to provide technical advice and policy recommendations to the Army and the Department of Defense senior leadership in the areas of the employment of nuclear weapons to support theater and strategic operations, the survival of equipment and personnel to nuclear weapons effects on the battlefield, and implementation requirements of nuclear treaties. To accomplish this mission, Nuclear Research and Operations officers perform the following FA 52 functions:

(1) Conduct research and analysis of nuclear weapons effects.

(2) Assist in forming national, joint, Army and theater level nuclear weapons strategy, plans, and policies. Assist in identifying requirements for nuclear weapons and for the development, operation, and sustainment of nuclear weapons systems.

(3) Serve as a staff officer or manager in an organization engaged in support to the warfighting forces in the areas related to weapons of mass destruction, to include nuclear weapons research.

(4) Provide technical expertise in nuclear weapons and their effects to assure the operational effectiveness of our nuclear forces and their survivability and endurance based upon threats from weapons of mass destruction.

(5) Provide technical assistance in target analysis and employment planning of nuclear weapons at corps and echelons above corps.

(6) Assist in international arms control treaty formulation and verification.

(7) Assist in integrating the Department of Energy and Department of Defense planning, programming and budgeting research cycles.

(8) Conduct research on both new and fielded materiel to determine vulnerabilities to nuclear weapons effects and to improve survivability.

(9) Assist in the formulation of multinational standardization agreements concerning all aspects of nuclear matters.

(10) Recommend policies and prepare instructions for protecting personnel and equipment from the immediate effects of nuclear detonations.

(11) Conduct vulnerability analysis of personnel to nuclear weapons effects.

(12) Monitor test results and perform analysis to determine nuclear weapon stockpile safety and reliability condition.

(13) Prepare, coordinate, and maintain Nuclear Accident Incident Response and Assistance (NAIRA) policies, procedures, and plans.

(14) Provide technical oversight in the areas of Cooperative Threat Reduction (CTR) and Counterproliferation.

(15) Operate and oversee the operation of or regulate the operation of research or testing nuclear reactors.

*c. Unique features of work in Nuclear Research and Operations functional area.* Work within the Nuclear Research and Operations functional area requires the application of technical skills in their military applications. Nuclear Research and Operations officers are frequently the sole subject matter expert within their command or organization. They:

(1) Serve as staff officers in Army, joint, and defense agencies and commands.

(2) Serve as instructors in the Department of Physics, United States Military Academy.

(3) Serve as military research associates in the Department of Energy national laboratories.

## 35–2. Officer characteristics required

The Nuclear Research and Operations functional area requires officers who are skilled in leadership at all levels; who are steeped in branch tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Additionally, there are functional area unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 52 officers must fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves into the 21st Century. In addition, they:

(1) Routinely serve in staff positions where guidance is minimal and close interaction with senior level decision makers is routine.

(2) Apply highly technical scientific concepts to more generalized military unique issues and applications.

(3) Are capable of communicating this technical expertise in either written or oral communications.

(4) Are extremely adept at organizing workload, assigning tasks and mentoring civilian and military subordinates.

*c. Unique knowledge.* Nuclear Research and Operations officers must remain current on Army organization, structure and doctrine. They also:

(1) Possess the technical expertise and operational understanding of nuclear weapons effects relative to their functional area.

(2) Remain current on developments in research and applications in both the civilian and military environments for possible application to their area of expertise.

*d. Unique attributes.* Nuclear Research and Operations officers must be warfighters who possess the highest standards of discretion, integrity and professional ethic. In addition they will:

(1) Be both technology and operations oriented.

(2) Think in the abstract and be able to apply the engineering approach to problem solving.

## 35–3. Critical officer developmental assignments

Officers are designated to the Nuclear Research and Operations functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. However, they are not generally considered for a Nuclear Research and Operations assignment until they are branch qualified in their basic branch. Most officers will not receive Nuclear Research and Operations assignments until undergoing the Career Field Designation Board after selection to major and designation into the Institutional Support Career Field.

*a. Functional area qualification and development.* Officers who complete the Nuclear Research and Operations Officer Course (NROOC) and successfully perform in a Nuclear Research and Operations functional area assignment are initially qualified in their functional area. As officers progress through their careers, they will be afforded other functional area related and Army unique educational opportunities based upon their performance of duties and the needs of the Army.

(1) *Captain.* Nuclear Research and Operations functional area experience as a captain is not a requirement for promotion to major, but would enhance selection to the Institutional Support Career

Field. The years following basic branch qualification are an opportunity for a Nuclear Research and Operations officer to attend Advanced Civil Schooling and begin a functional area utilization tour prior to Career Field designation.

(2) *Major.* After selection to major, officers will be designated into one of four OPMS XXI Career Fields by a Career Field Designation Board. Nuclear Research and Operations officers will then serve primarily in their functional area, with an occasional opportunity for assignment to a branch/functional area generalist position such as ROTC, USMA faculty and staff and Inspector General. These billets ensure Nuclear Research and Operations officers continue to sustain the knowledge and understanding of the operational force. All Nuclear Research and Operations officers must complete resident or nonresident Command and Staff College (CSC) to remain competitive for promotion to lieutenant colonel. Some will complete graduate school to prepare for Nuclear Research and Operations officer assignments requiring additional skills. Majors who complete CSC (MEL 4) and have served a total of 30 months in FA 52 are functional area qualified. They will compete against other officers in the Institutional Support Career Field for promotion to lieutenant colonel.

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions, where they can fully use their knowledge of the Army and their functional area. Since there are fewer branch/functional area generalist positions at this grade, officers will mainly serve in their functional area. Officers who have completed 48 months cumulative service in Nuclear Research and Operations positions are considered functional area qualified and eligible to compete for promotion to colonel.

(4) *Colonel.* All Nuclear Research and Operations officers selected for colonel should apply for the nonresident U.S. Army War College Distance Education Course, if not selected for resident Senior Service College. As senior practitioners in their functional area, they will primarily serve as Nuclear Research and Operations officers on Army, joint or defense staffs; or may be assigned to branch/functional area generalist positions.

*b. Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist (formerly branch immaterial) assignments. These billets are not identified with a specific branch or functional area, but are important to the Army and include ROTC, USMA faculty and staff and Inspector General. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

*c. Joint assignments.* Nuclear Research and Operations functional area positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and may be designated as a Joint Specialty Officer (skill identifier 3L) upon successful tour completion. Additionally, a number of Nuclear Research and Operations officer positions are found in joint and defense agencies, even though that position may not be listed on the JDAL. Nuclear Research and Operations officers are not generally considered for joint duty assignments until selected for major. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all Nuclear Research and Operations officers will receive joint assignments. This will not preclude their selection to the rank of colonel.

## 35–4. Assignment preferences and precedence

The assignment sequencing in a functional area is not as rigid as that of a branch. However, the professional development of Nuclear Research and Operations functional area officers has certain requirements to ensure all of the Army's Nuclear Research and Operations officers are well grounded in operations. Officers will receive their initial functional area training through the Nuclear Research and Operations Officer Course at the Defense Nuclear Weapons School, Kirtland Air Force Base, New Mexico. As part of their continued development, they should also serve at least one assignment in a branch/functional area generalist position.

*a. Preferences.* The Nuclear Research and Operations functional

area has multiple opportunities which allow for numerous career development paths. The goal of the professional development of FA 52 officers is to produce officers skilled in conducting nuclear research and nuclear operations. Assignments in the Nuclear Research and Operations functional area will be made to develop the officer's ability to achieve that goal. Requests from officers for assignment which do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental functional area positions will have a precedence, although there is flexibility on the sequence of assignments. Some Nuclear Research and Operations functional area billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

## 35–5. Duration of critical officer life cycle assignments

Most assignments for Nuclear Research and Operations officers will be 24 to 36 months in length. Tours could be longer in areas of high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths.

*a. Key Nuclear Research and Operations functional area qualification positions.* There are no specific Nuclear Research and Operations functional area assignments required for functional area qualification. Completion of the applicable courses outlined in paragraph 35-3 and successful completion of a Nuclear Research and Operations functional area tour are the only requirements for functional area qualification at the field grade level. Though preferred, there is no requirement for a Nuclear Research and Operations officer to have completed a previous functional area assignment prior to assignment to a joint command or agency.

*b. Nuclear Research and Operations functional area life cycle.* Figure 35-1 depicts a Nuclear Research and Operations functional area life cycle with functional area qualifying positions. Additionally, it identifies developmental assignments within the functional area.

## 35–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for Nuclear Research and Operations officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist authorization requirements and to provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of FA 52 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 52 personnel proponent or the FA 52 assignments officer at PERSCOM OPMD.

## 35–7. Key officer life cycle initiatives for Nuclear Research and Operations

*a. Structure.* Nuclear Research and Operations officers serve at echelons above corps worldwide. FA 52 positions exist in Army agencies, headquarters staffs, joint commands, and defense and national agencies. The majority of Nuclear Research and Operations related billets will be in joint and defense agencies.

*b. Acquire.* Nuclear Research and Operations officers comprising a particular year group are designated into the functional area between their 5th and 6th years of service. The criteria for selecting an officer to the Nuclear Research and Operations functional area includes type of civilian degree, grade point average, personal preference and manner of performance.

*c. Distribute.* After designation into the Institutional Support Career Field at the rank of major, all Nuclear Research and Operations officer assignments will be managed by the Functional Area Management and Development Division (FAMDD) in PERSCOM OPMD.

*d. Deploy.* FA 52 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 52 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 52 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 52 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* FA 52 officers will compete within the Institutional Support Career for promotions to lieutenant colonel and colonel.

*f. Develop.* FA 52 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. As Nuclear Research and Operations officers progress through their careers, in addition to advanced military schooling opportunities, they become eligible for Advanced Civil Schooling in nuclear related fields, at a wide variety of academic institutions, which prepares them for positions of increased responsibility and technical expertise.

*g. Separate.* FA 52 officers will separate from the Army in the same manner as all other officers.

## 35–8. Nuclear Research and Operations Reserve Component officers

*a. General career development.* Reserve Component Nuclear Research and Operations officer development and qualifications basically parallel those planned for their active duty counterparts. Junior officers must develop a strong foundation through assignments in their basic branches before specializing in this functional area.

*b. Functional area qualification and development opportunities.* Even though Reserve Component officers are limited by geographic considerations, they should strive for FA 52 assignments that yield the same developmental opportunities as their Active Component counterparts. Reserve Component officers are expected to complete the same training as their Active Component counterparts. There are Reserve Component quotas each year for attendance at the Nuclear Research and Operations Officer Course (NROOC). Reserve Component officers desiring to pursue professional development in FA 52 should request that their records be screened for assignment consideration against an FA 52 mobilization position.

*c. Life cycle development model.* The Reserve Component life cycle development model for Nuclear Research and Operations officers is shown at figure 35-2. It depicts functional area qualification requirements and development opportunities.



**Figure 35-1. FA 52 life cycle development model (Active)**



**Figure 35-2. FA 52 life cycle development model (Reserve)**

# Chapter 36
## Strategic Plans and Policy Functional Area

### 36–1. Unique features of Strategic Plans and Policy functional area

*a. Unique purpose of Strategic Plans and Policy functional area.* The Strategic Plans and Policy (FA 59) functional area directly supports the Title 10 United States Code (USC) responsibilities of the Department of the Army and the Title 10 USC responsibilities of the Secretary of Defense concerning the strategic direction of the Department of Defense.

(1) FA 59 provides the capability for strategic analysis and policy development performed by departmental, joint and multinational staffs as well as interagency working groups and task forces in support of the formulation and implementation of national security strategy and national military strategy.

(2) FA 59 provides the Army with a highly trained cadre of officers who specialize in the institutional force core competency. The institutional force creates, provides and sustains the land component of the combatant commander's joint/multinational force. Strategic Plans and Policy officers possess in-depth functional area expertise gained through both formal schooling and repetitive functional area assignments.

(3) FA 59 officers serve principally in the institutional force, but some duty positions in this functional area are in units and staffs supporting operational commanders. Other duty positions are outside the Army.

(4) The Department of the Army Deputy Chief of Staff for Operations and Plans is the proponent for FA 59.

*b. Unique functions performed by Strategic Plans and Policy functional area.* FA 59 officers perform key core processes identified with the institutional force, among them:

(1) Strategy and concepts development.

(2) Force requirements development.

(3) Doctrine development.

(4) Tailoring forces to project land power.

*c. Unique features of work in Strategic Plans and Policy functional area.* The work in FA 59 is performed primarily in Army, joint and DOD level organizations and staffs. Often it requires interface with interagency organizations and officials or service on high level non-DOD staffs. It requires officers to operate routinely both within and outside of institutional paradigms. FA 59 work is primarily goal oriented, with some adherence to process required. Results become apparent in either the near or long term, but their significance materializes only over a long period of time. Strategic Plans and Policy officers serve in positions at multiple levels within the U.S. Armed Forces and the U.S. Government. These include high-level staff positions within the Armed Forces and government agencies, and within Army schools and colleges. Officers in FA 59 specialize in the development and implementation of national level strategic plans and policies; theater strategy and planning; and the development of concepts and doctrine for employing military forces at the operational and strategic levels of warfare. FA 59 officers specialize in relating national security and national military strategies, and strategic level plans, policies and concepts to Army force requirements and other areas, to include force management. FA 59 officers have a firm grounding of experience in the field Army; DOD; joint and service policy and planning; joint and multinational force planning and employment; and U.S. interagency policy development and execution at the national, regional and country levels. FA 59 officers are experts on national security and national military strategic issues, and they possess a deep understanding of the international environment. In addition, they are experts in developing operational and strategic level warfighting concepts and doctrine that ensure the Army's core competencies are fully realized in the execution of national security affairs. Key functions of the FA 59 officer include:

(1) Formulating departmental, DOD and U.S. Government positions on national security policy and national military strategy.

(2) Providing assessments and recommendations to senior military and civilian decision makers (e.g., unified commanders, Army leadership, senior DOD and governmental officials) related to national security.

(3) Preparing or contributing to key policy documents, i.e., the Presidential Decision Directives, the President's National Security Strategy, the Secretary of Defense's Defense Planning Guidance, the Quadrennial Defense Review, the Chairman, Joint Chiefs of Staff's Joint Vision, the Army Strategic Planning Guidance, and a unified commander's Theater Engagement Plan or strategy for a theater of operations.

(4) Relating national security and national military strategies to Army, joint and multinational force requirements.

(5) Developing operational and strategic level Army and joint warfighting concepts and doctrine.

*d. Unique crossover opportunity for FA 59.* OPMS XXI provides for limited and case-by-case crossover from the Operations Career Field to the other Career Fields to satisfy the needs of the Army. In view of the grounding provided Operations Career Field officers possessing the strategist skill identifier 6Z, it is possible that a limited number of these officers could be selected for crossover to FA 59 and the Institutional Support Career Field for the good of the Army.

### 36–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by a leader establishes his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are

health fitness, physical fitness, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.* Many of the overall skills, knowledge and attributes that are associated with Institutional Support Career Field officers apply to FA 59 officers.

(1) *Staff skills.*

(a) Operate routinely in high level staff assignments where guidance may be minimal and close interaction with senior level decision makers is frequent.

(b) Express themselves clearly, concisely and accurately in writing and orally.

(c) Apply highly specialized knowledge effectively in both military and civilian environments to address national issues, including political, military, economic, social and international challenges.

(d) Prepare and present clear, concise and informative briefings and information papers for senior decision makers on highly technical subjects.

(e) Reduce raw data to form and substance usable by senior level decision makers.

(f) Listen to senior level decision makers and understand their guidance and intent.

(g) Prioritize actions with minimal guidance.

(h) Understand automation and utilize the full range of automation support to facilitate work in support of senior level decision makers.

(i) Demonstrate highly developed analytical and problem solving skills.

(j) Conceptualize and develop creative solutions beyond those of the established operational paradigm.

(k) Network effectively within large organizations and with outside governmental and non-governmental agencies.

(2) *Management and leadership skills.*

(a) Employ military leadership techniques to obtain the desired result from subordinates.

(b) Employ other leadership skills to obtain the desired results from mixed staffs comprised of military and civilian, DOD and non-DOD personnel.

(c) Organize workload and assign tasks to subordinates to best facilitate staff support to senior level decision makers.

(d) Mentor and coach subordinate officers and enlisted service members from all services, as well as civilians.

(e) Organize or lead work groups of military and civilian specialists in areas related to the problem being addressed.

c. *Unique knowledge.* Strategic Plans and Policy officers require specialized knowledge of Army organization, structure and doctrine, and other areas. The more general body of knowledge required of FA 59 officers, like the unique skill set, has some overlap with other functional areas and branches. As with the skill set, this list reflects the relative importance of the knowledge set to FA 59. Officers in FA 59 must:

(1) Possess highly specialized knowledge, gained through attendance at specialized education and training over a significant period of time and through repetitive duty assignments requiring use of that knowledge.

(2) Understand the organization, structure and doctrine of the warfighting Army, the Department of the Army, DOD, Joint Staff, unified commands, military alliances and the U.S. Government.

(3) Understand the integration of the branch capabilities to achieve combined arms warfare, as well as joint and multinational warfare.

(4) Understand the domestic political context in which the Army must fulfill its Title 10 USC and Title 32 USC responsibilities and the context in which the Department of Defense provides for national security.

(5) Understand issues related to the international geopolitical arena and their implications for developing the national security policy and the national military strategy.

(6) Understand, in broad terms, the organization of the Army, its Title 10 USC and Title 32 USC responsibilities, and the missions, roles and functions of its major commands.

(7) Understand, in broad terms, the organization of the Department of Defense and, in detail, the formal and informal procedures and processes for resourcing the department and developing the national military strategy, and the missions, roles and functions of its warfighting commands and various agencies.

8. Understand joint warfighting and the integration of joint and service systems (planning, resourcing and warfighting) at the strategic, operational and tactical levels.

(9) Understand both formal and informal systems of the U.S. Government, the National Security Council, Joint Strategic Planning System (JSPS), and the Planning, Programming and Budgeting System (PPBS).

d. *Unique attributes.* FA 59 officers are expected to display the following personal attributes:

(1) Highly developed analytical and problem solving skills.

(2) Ability to conceptualize and develop creative solutions beyond those of the established operational paradigm.

(3) Action-oriented and decisive in nature; a warfighter.

(4) Intellectually inquisitive and respectful of academic standards.

(5) Highly adept at understanding other societies, their values and their national interests.

(6) Creative thinking and critical reasoning.

(7) Intellectually honest with superiors, and unafraid to state and defend convictions.

(8) Physically fit and possessing military bearing.

## 36–3. Critical officer developmental assignments

Operational force assignments are rich in opportunities for all officers to learn about the Army's basic purpose—fighting the nation's wars. The experience gained by lieutenants and captains during basic branch assignments in the operational force is the foundation for later effectiveness as a FA 59 officer. Officers should attend a branch Captains Career Course before completion of their 5th year of service and should then seek company command to fulfill branch qualification requirements by their 8th year of service. Officers are designated into the Strategic Plans and Policy functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases,

civil schooling. However, they are not generally considered for a FA 59 assignment until after they are branch qualified in their basic branch.

*a. Functional area qualification and development.*

(1) *All officers.* FA 59 officers will be expected to serve in positions of increasing responsibility supporting senior level decision makers. Strategic Plans and Policy officers should complete graduate level educational schooling appropriate for service within FA 59 and serve in a validated FA 59 position for 2 or more years for FA 59 functional area qualification.

(2) *Captain.*

(a) *Training and education.* After branch qualification, captains may be assigned to certain FA 59 coded positions for developmental purposes. For FA 59 officers, developmental assignments include positions within MACOM doctrine and concept agencies; plans and policy positions within the operational force; and positions within MACOM or higher level staffs or on the USMA faculty. For prospective FA 59 officers, education is a critical requirement after becoming basic branch qualified as captains. Some FA 59 officers may attend Advanced Civil Schooling for a graduate degree in a strategic plans and policy related discipline while serving as a captain. This may be accomplished in conjunction with assignment to the USMA or ROTC faculty or through the DCSOPS Harvard Strategist Program, or a Rhodes, Marshall or Olmstead Scholarship. FA 59 officers not participating in Advanced Civil Schooling as captains must take advantage of available opportunities as majors.

(b) *Career Field designation.* After selection for promotion to major, officers are designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. Those officers designated with a Strategic Plans and Policy functional area in the Institutional Support Career Field will serve future assignments either in their functional area or in branch/functional area generalist (branch immaterial) billets.

(3) *Major.*

(a) *Education.* All FA 59 officers must complete MEL 4 schooling before they enter the primary zone for lieutenant colonel. If selected for resident attendance at the Command and General Staff College, FA 59 officers should complete the strategist focused electives program. They should also have a master's degree in a strategic plans and policy related field or receive a Master of Military Art and Science (MMAS) with a focus on doctrine, operational art or campaign planning. FA 59 officers who desire to specialize in the development of operational and strategic level concepts and doctrine should take Command and Staff College electives focused on Army and joint doctrine. Enrollment is highly encouraged in the Advanced Military Studies Program (AMSP), a year-long resident course taught by the School of Advanced Military Studies (SAMS) at the U.S. Army Command and General Staff College. The purpose of the AMSP is to provide specially educated officers for command and general staff positions at tactical and operational echelons. Officers attending foreign military schools or other service colleges should take strategy-related and warfighting doctrine courses to the extent possible. All FA 59 officers should continue self-study, emphasizing the operational art, strategic planning and programming. All Strategic Plans and Policy majors should attend the Force Integration Action Officer Course at the Army Force Management School as early as possible during a FA 59 assignment.

(b) *Utilization.* Most majors will serve in TDA assignments. FA 59 officers designated into the Institutional Support Career Field should seek those positions that will provide functional area qualification and those positions of increased responsibilities within FA 59. When not serving in FA 59 positions, these officers should seek to serve in branch/functional area generalist positions that will further their strategic plans and policy capabilities. These include positions with responsibilities related to planning, force requirements, and concepts and doctrine development within division, corps and higher level staffs. (Officers designated FA 59 as captains who are then designated into the Operations Career Field as majors should seek positions that provide branch qualification. When given the opportunity, Operations Career Field officers with prior FA 59 designation should seek SI 6Z or available FA 59 positions that will further develop their strategic plans and policy capabilities.) Joint duty should be sought with organizations specializing in the development of operational and strategic level concepts and doctrine. FA 59 officers specializing in the development of strategic plans and policies; and relating plans, policies, concepts, and doctrine to force requirements; should seek joint positions on combatant command staffs. All FA 59 officers should also seek those developmental opportunities (education, seminars, symposia, speaking engagements, writing for publication) which enrich their understanding of and enhance their capabilities in formulating and articulating the elements of a national security, national military or theater strategy; theater campaign planning; and concepts and doctrine.

(4) *Lieutenant colonel.*

(a) *Education.* A HQDA board determines selection for resident or nonresident Senior Service College (SSC) for eligible lieutenant colonels and colonels. SSC selected officers should compete for fellowships that would further develop their skills, experience base and their FA 59 qualifications; or, they should seek FA 59 related electives at SSC. Strategic Plans and Policy officers not having already attained a master's degree should complete a master's program in conjunction with their SSC experience.

(b) *Utilization.* FA 59 officers designated into the Institutional Support Career Field will normally have previously completed at least one assignment in an authorized FA 59 position prior to being assigned to a FA 59 position at the rank of lieutenant colonel. FA 59 lieutenant colonels should strive for key branch/functional area generalist and other developmental positions. All officers should work towards full qualification for promotion by seeking staff positions at division or higher, joint assignments, or nominative assignments. Branch officers in the Operations Career Field with previous FA 59 designation may be assigned to a FA 59 position if they have attained the educational and professional preparation for the assignment.

(5) *Colonel.*

(a) *Education.* The formal military education requirement at the rank of colonel is successful completion of a recognized SSC program. The goal should be completion of resident SSC, a MEL-1 fellowship, the Army War College Distance Education Course or a foreign military school. A master's/MMAS or Ph. D. in an appropriate discipline is required before utilization in a colonel FA 59 position.

(b) *Utilization.* FA 59 colonels must have successfully completed at least one previous Strategic Plans and Policy assignment, or a 6Z assignment, prior to being assigned to a FA 59 position.

*b. Critical officer developmental assignments.* All FA 59 officers should be assigned to staff and faculty positions relating to concepts and doctrine development, operational and strategic level planning, or theater or national level policy analysis and strategy development sometime in their careers.

*c. Branch/functional area generalist assignments.* Strategic Plans and Policy captains and above can expect to serve in assignments not identified with a specific branch or functional area such as ROTC, USMA faculty and staff and Inspector General. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

*d. Joint assignments.* All joint rules apply. Joint qualification is not a prerequisite for promotion to any field grade rank. Nonetheless, all officers in FA 59 should seek joint duty. It broadens the knowledge base of individual officers, and the Army perspective that these officers bring to the joint table is critical to the best interests of the DOD.

## 36–4. Assignment preferences and precedence

*a. Preferences.* As discussed in paragraph 36-3, the Strategic Plans and Policy functional area has diverse opportunities which allow for numerous career development paths. The goal of the professional development of FA 59 officers is to produce and sustain highly qualified institutional force officers who are operationally oriented. Assignments in the functional area will be made in

such a manner as to develop the officer's ability to achieve that goal.

*b. Precedence.* Assignments to Strategic Plans and Policy officer positions begin after FA 59 designation. Assignments to FA 59 positions may begin as a captain for concepts and doctrine specialists, but will normally start after promotion to major. FA 59 officers will receive repetitive assignments within the functional area. Currently job sequencing is not critical. However, to be most competitive for promotion, assignments both within the institutional and operational Army and to key positions outside the Army, to include those within the Joint Staff and unified commands, are recommended.

## 36–5. Duration of critical officer life cycle assignments

*a. Key Strategic Plans and Policy functional area qualification positions.* Most assignments to Strategic Plans and Policy positions will be 24 to 36 months in length. Completion of applicable education requirements and successful completion of an assignment to a Strategic Plans and Policy position are required for functional area qualification at the field grade level. Positions that qualify FA 59 officers in their functional area include: planner or policy analyst at HQDA, joint staff or DOD level, or strategist at DOD or joint staff level. There are no specific Strategic Plans and Policy position assignments required for functional area qualification. All Strategic Plans and Policy officers are expected to complete a 24 to 36 month assignment in a FA 59 coded position prior to selection for colonel.

*b. Strategic Plans and Policy functional area life cycle.* Figure 36-1 displays the FA 59 life cycle with functional area qualifying and developmental positions.

## 36–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 59 officers. To accomplish this the field grade inventory must be optimized to fulfill functional area and branch/functional area generalist requirements and still provide field grade officers with sufficient time to meet functional area qualification prior to promotion to lieutenant colonel.

*b. OPMS XXI implementation.* The number of Strategic Plans and Policy authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the Strategic Plans and Policy personnel proponency office or the FA 59 assignments officer at PERSCOM OPMD.

## 36–7. Key officer life cycle initiatives for Strategic Plans and Policy

*a. Structure.* As with the other functional area based career fields, FA 59 reflects the field grade structure of the OPMS XXI Career Field based management system. Most FA 59 authorizations are in the field grades.

*b. Acquire.* Some captains will receive FA 59 between their 5th and 6th years of service. The principal method of accessing FA 59 officers into the Institutional Support Career Field will be the Career Field designation process. Most FA 59 officers will be accessed by the Career Field Designation Board immediately after selection to major. FA 59 officers accessed as majors will be branch qualified as captains in their basic branch and strong candidates for graduate school. OPMS XXI provides for limited and case-by-case crossover from the Operations Career Field to the other Career Fields to satisfy the needs of the Army. In view of the grounding provided Operations Career Field officers possessing the skill identifier 6Z, it is possible that a limited number of these officers could be selected for crossover to FA 59 and the Institutional Support Career Field for the good of the Army. While there is no need to acquire an officer with any special degrees at this time, a bench of officers with certain degrees and skill sets would be helpful to gain efficiencies. For Strategic Plans and Policy officers, undergraduate degrees in

political science, international relations, history, government, economics, area studies, and other social sciences are desirable. Because of the need for a very broad grounding in the Army early in their careers, direct commissioning into FA 59 is not an option.

*c. Distribute.* The Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, at PERSCOM will manage all Strategic Plans and Policy functional area officer assignments after designation into the Institutional Support Career Field at the rank of major.

*d. Deploy.* Strategic Plans and Policy officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 59 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 59 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Strategic Plans and Policy officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Promotions will be based predominantly on requirements and the promotion goal is expected to be at or near DOPMA rates. FA 59 officers will be eligible for below-the-zone promotions. Selection will be based on clearly superior performance over a career, not just in FA 59 coded duty positions. Institutional Support Career Field FA 59 officers are not eligible for field grade level command selection.

*f. Develop.* All FA 59 officers should complete resident or nonresident Command and Staff College as soon as practical after selection for major and Career Field designation. Some FA 59 officers will be eligible to attend SAMS and sister service staff colleges. Additionally, all FA 59 officers should complete the Force Integration Action Officer Course at the Army Force Management School. All FA 59 officers selected for colonel should complete Senior Service College (SSC), if selected for resident or nonresident attendance by a HQDA board. FA 59 officers will be spread across all SSCs while concentrating on the National War College and the Army War College.

*g. Separate.* All FA 59 officers will separate from the Army in the same manner as all other officers.

## 36–8. Strategic Plans and Policy Reserve Component officers

*a. General career development.* Reserve Component Strategic Plans and Policy officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Due to the complexity and detailed understanding of Army systems and functions required to serve effectively in this functional area, junior officers must develop a strong foundation through assignments in their branch before functional area specialization begins.

*b. Assignment opportunities.* RC Strategic Plans and Policy officers can expect assignment opportunities that mirror those of Active Component officers, as well as positions applicable exclusively to the Reserve Component. RC FA 59 officers serve at all levels within the Department of Defense, and consequently must fully understand and be able to articulate the roles, missions and composition of the RC as an integral component of the Total Army. The success of an RC Strategic Plans and Policy officer is not measured by length of service in any one component or control group, but by the officer's breadth of experience, duty performance, and adherence to functional area requirements. Strategic Plans and Policy assignments are limited primarily to AGR and IMA. Strategic-level civilian acquired skills, advanced military and civilian education, and demonstrated abilities to function in a strategic environment are highly desirable for assignment to any RC FA 59 position.

*c. Functional area qualification and development opportunities.*

(1) The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. However, RC officers are expected to follow AC officer development patterns as closely as possible, except that RC officers have increased windows

to complete mandatory educational requirements. To meet professional development objectives, RC officers must be willing to rotate between ARNG and USAR Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) Program, and the Active Guard and Reserve (AGR) Programs. These transfers are necessitated by geographical considerations, as well as the need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers will be temporary and should not be seen as impacting negatively on the officer's career.

(2) Due to the complexity and diversity of assignments in FA 59, RC officers assigned to these positions must continually develop their knowledge and analytical skills. RC officers awarded FA 59 will be offered the opportunity to pursue continuing education opportunities (civilian and military), and government internship programs.

*d. Life cycle development model.* The Reserve Component life cycle development model for Strategic Plans and Policy officers will essentially mirror that for Active Component officers, except that assignments will not be limited to one component or control group within a component. Figure 36-2 illustrates a typical RC FA 59 career.



**Figure 36-1. FA 59 life cycle development model (Active)**

DA PAM 600–3 • 1 October 1998



**Figure 36-2. FA 59 life cycle development model (Reserve)**

Part Four
Information Operations Career Field

# Chapter 37
Introduction to the Information Operations Career Field

## 37–1. Unique features of Information Operations Career Field (IOCF)

a. As combat systems and those of potential adversaries become increasingly complex and automation based, the Army will need more, highly trained specialists to take full advantage of information systems—both on the battlefield and in the institutional base. To fulfill the need for warfighters trained with the information related skills necessary to perform in the next century, OPMS XXI created the Information Operations Career Field. Within this Career Field are officers who are information operations specialists capable of integrating and optimizing the Army's relevant information and intelligence, information systems and operations to gain information dominance. The Career Field Coordinator for the IOCF is the Commanding General, U.S. Army Training and Doctrine Command.

b. FM 100-6 defines Information Operations as "continuous military operations within the military information environment that enable, enhance and protect the friendly force's ability to collect, process and act on information to achieve an advantage across the full range of military operations; information operations include interacting with the global information environment and exploiting or denying an adversary's information and decision capabilities." The creation of an Information Operations Career Field binds the related disciplines of information operations, with the eventual goal of unifying them under a single emerging doctrinal concept. By including associated functional areas and creating several new functional areas, the organizational framework for promotions and the development of those critical 21st Century skills was formalized. Officers within the IOCF will continue to be assigned across the Army in both TOE and TDA organizations performing a wide variety of information operations missions.

## 37–2. Composition

a. The Information Systems Engineering (FA 24) functional area encompasses highly technical telecommunication and computer systems engineering functions which require hard skill undergraduate engineering or science degrees. FA 24 officers are operationally-based technical experts responsible for engineering the enterprise-wide telecommunications, computer systems and networks that will enable full spectrum dominance in the next century.

b. The Information Operations (FA 30) functional area provides officers who fully understand and capitalize on the opportunities and challenges presented by accelerating growth in information and information dissemination capabilities. Information Operations (IO) officers integrate efforts to protect the force's command, control, communications, computers, and intelligence, surveillance, and reconnaissance (C4ISR); attack adversary C4ISR; and respond to potentially hostile C4ISR. IO officers coordinate, plan and integrate the execution of offensive and defensive IO to gain information superiority in support of the commander's concept of operations.

c. The Strategic Intelligence (FA 34) functional area provides analysts who are educated, trained, and repetitively assigned to positions requiring long-term background knowledge and study of particular geographic, political or demographic areas worldwide. FA 34 officers participate in intelligence analysis, planning, programming and resourcing, training management, security and intelligence liaison. In addition, they are familiar with both Army and joint intelligence and communications systems and procedures.

d. The Space Operations (FA 40) functional area applies technical knowledge of the environment, system composition and technologies for both space and missile defense. Consisting of primary staff positions down to the divisional level, FA 40 officers are responsible for formulating policy, developing operational concepts, conducting research, developing technologies and planning, evaluating and implementing the tactics and techniques for the operation and use of space and missile defense systems.

e. The Public Affairs (FA 46) functional area meets the internal information needs of military leadership, soldiers, military families and the external news requirements of the American public. This includes providing facts to the soldiers on their roles, keeping families advised on what is happening, and explaining to the American public through the mass media why events are taking place. FA 46 officers help commanders fight the information dimension on the battlefield

f. The Information Systems Management (FA 53) functional area manages the development, integration and implementation of computer systems. These systems include hardware, software, networks and applications, both as stand-alone systems and those integrated into weapons systems. FA 53 officers are the experts in managing, protecting and maximizing the use of computer systems and networks in support of the commander's intent.

g. The Simulations Operations (FA 57) functional area acquires, develops, and manages the high technology military simulations and simulation facilities. FA 57 officers are responsible for a wide range of activities including simulation system engineering, simulation system development and acquisition and simulations operations management.

## 37–3. Career options

a. General considerations. Officers within the IOCF functional areas pursue a professional development model specific to their individual functional areas. Functional area qualifying criteria are unique to each functional area and are addressed in their respective chapters. Officers in the IOCF are not afforded CSL command opportunity.

b. Branch/functional area generalist assignments. All officers, as members of the Information Operations Career Field, regardless of functional area designation, will be eligible for assignment into officer generalist (01A) positions. These assignments include Recruiting Command, ROTC instructor, service school/USMA faculty and staff, or AC in RC duty.

c. Joint assignments. Many positions within the Information Operations Career Field are on the Joint Duty Assignment List (JDAL). Officers assigned to these positions may attend Joint Professional Military Education (JPME) and may receive Joint Specialty officer (JSO) designation (skill identifier 3L). Officers will be assigned into the joint arena as they progress through increasing levels of responsibility. The provisions of Title 10, USC, specify that officers on the active duty list may not be appointed to the grade of brigadier general unless they have completed a full tour of duty in a joint duty assignment (JDA).

# Chapter 38
Information Systems Engineering Functional Area

## 38–1. Unique features of Information Systems Engineering functional area

a. Unique purpose of Information Systems Engineering functional area. The Information Systems Engineering functional area (FA 24) provides the Army with a core of professional information systems engineers to support the nation's full spectrum dominance strategy for the 21st Century. Information Systems Engineering officers possess the requisite aptitude, training, education and experience necessary to engineer, design, develop, install, implement, integrate, test and accept information systems and networks in support of Army and Department of Defense operations worldwide. FA 24 is a functional area within the Information Operations Career Field and is affiliated with the Signal Regiment. The Chief of Signal is the proponent for FA 24.

*b. Unique functions performed by Information Systems Engineering functional area.* FA 24 is a vital part of the Army's ability to leverage technological opportunities and achieve information dominance in the 21st Century. This functional area concentrates on the engineering aspect of information systems. FA 24 officers have responsibility for developing and planning the backbone of the Army's information networks. From the tactical to strategic to sustaining base levels, the rapidly increasing complexity of this field is rivaled only by the growth of information technology. In order for the Army's information systems to be interactive with other services, industry, academia, and other allied nations the FA 24 officer must be knowledgeable of and enforce DOD and Army common architecture features and standards. It is the focus of FA 24 to design and maintain common networks for all information systems across a multitude of platforms on an enterprise-wide basis. Information Systems Engineering officers:

(1) Plan, direct and supervise the installation, modification, test and acceptance of information systems and equipment.

(2) Design, develop and ensure compliance of information systems and networks.

(3) Test and evaluate hardware and software for developmental and non-developmental items.

(4) Plan, design and manage the integration of diverse types of information systems into interoperable information networks.

(5) Gather functional requirements from information systems and translate these into technical solutions that are standards-based and cost efficient.

(6) Develop network architecture for adjacent, higher and lower units, as well as for allied nations, other government agencies and commercial services interfaces.

(7) Perform staff functions requiring information systems engineering expertise, such as quality assurance and control, information system security, configuration management, and network control.

(8) Serve as a technical representative to the contracting officer and technical consultant on information systems engineering matters.

*c. Unique features of work in Information Systems Engineering functional area.* FA 24 requires the practical application of systems engineering principles to plan, design and install tactical and non-tactical information systems and networks using existing and future military and commercial off-the-shelf information systems and equipment.

(1) FA 24 is divided into three areas of concentration (AOC):

(a) *Telecommunications Systems Engineer (AOC 24A).* Requires the application of electrical, electronic and systems engineering theory and principles to design, develop, install, implement, integrate, test and accept local and wide area telecommunications systems.

(b) *Data Systems Engineer (AOC 24B).* Requires the application of computer systems engineering, computer science and software engineering theory and principles to design, develop, install, implement, integrate, test and accept computer hardware, software, systems and networks.

(c) *Information Systems Engineer (AOC 24Z) (colonels only).* Directs and supervises information systems engineering activities and organizations.

(2) Unique features of work in the Information Systems Engineering functional area include:

(a) Serving as the principal Systems Information Engineer staff officer at brigade level and higher.

(b) Serving as an instructor at the United States Military Academy, the Naval Post Graduate School or the U.S. Army Information Systems Engineering Officers Course (ISEOC).

(c) Providing Information Systems Engineering coordination at all levels of command.

(d) Solving technical problems through team work and joint intellectual efforts.

(e) Applying technical skills using both military and non-military equipment and tools. Success is achieved by the application of technical expertise.

(f) An understanding of tactical skills and concepts, which is important for Information System Engineering officers supporting brigades, divisions and corps.

## 38–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the

job done. These actions are applicable across all levels of leadership.

*(a) Influencing* refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b) Operating* or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c) Improving* refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 24 officers must be skilled in the basics of the tools of information systems engineering. They must have a hard skill undergraduate degree in electrical engineering, computer systems engineering, computer science, software engineering, telecommunications engineering, mathematics, physics or a related discipline. Information Systems Engineering officers must also fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition, they:

(1) Routinely serve in staff positions where guidance is minimal and close interaction with senior level decision makers is routine.

(2) Apply highly technical information concepts to more generalized military unique issues.

(3) Are well versed in information technology and capable of clearly and accurately communicating these complex technical concepts to non-technical decision makers.

(4) Are extremely adept at organizing workload, assigning tasks and mentoring civilian and military subordinates.

*c. Unique knowledge.* FA 24 officers must remain up-to-date on emerging technology and networking systems. They also:

(1) Must know and understand military and commercial automation systems operations, information flow and requirements through all levels of operation.

(2) Possess the technical expertise and understanding of automation and networking technology relative to their functional area.

(3) Remain current on developments in the civilian community for possible application to their area of expertise.

*d. Unique attributes.* FA 24 officers must be warfighters who possess the highest standards of discretion, integrity and professional ethics. In addition, they will:

(1) Have information systems engineering skills and the ability to design, engineer and supervise the development and installation of information networks.

(2) Think in the abstract and often solve problems through visioning.

(3) Effectively communicate vision, purpose and direction.

(4) Reason critically.

(5) Be technology and training oriented.

## 38–3. Critical officer developmental assignments

Officers are usually designated to the Information Systems Engineering functional area between their 5th and 6th years of service. Officers are not generally considered for a FA 24 assignment until they are branch qualified in their basic branch. Many officers may not serve in a FA 24 assignment until selection for major and designation into the Information Operations Career Field by the Department of the Army (DA) Career Field Designation Board.

*a. Functional area qualification and development.* Officers must complete the Information Systems Engineering Officers Course (ISEOC) to be initially qualified as a FA 24. Non-Signal officers must complete the Information Systems Operations Transition Course (ISOTC) prior to attending ISEOC. As officers progress through their careers, they will be afforded other functional area and Army unique educational opportunities based on their performance of duties, educational background and the needs of the Army. All FA 24 positions are considered functional area qualifying positions.

(1) *Captain.* Officers receive FA 24 designation between their 5th and 6th years of service based upon the needs of the Army,

officer preference, military experience and civil schooling. An officer selected for FA 24 is eligible for an FA 24 assignment after branch qualification (usually after successful company command) in their basic branch. Branch qualified FA 24 captains are encouraged to work in an Information Systems Engineering assignment to gain experience prior to the Career Field designation process conducted immediately after selection for major. FA 24 experience as a captain is not a requirement for promotion to major, but could enhance final selection for the Information Systems Engineering functional area and designation in the Information Operations Career Field. Captains selected for fully funded Advanced Civil Schooling (ACS) or Training With Industry (TWI) with a follow-on assignment as an FA 24 officer are candidates for Career Field designation into FA 24 and the Information Operations Career Field upon selection to major. Typical developmental assignments include:

*(a)* Systems engineer in echelons above corps (EAC) signal battalion or corps signal brigade.

*(b)* Systems analyst/military engineer at MACOM/HQDA/joint/multinational/DOD level.

*(c)* Instructor or combat developer at TRADOC school or the United States Military Academy (USMA).

(2) *Major.* After selection to major, officers are designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. FA 24 officers will then serve primarily in their functional area, with an occasional opportunity for assignment in a branch/functional area generalist position to include ROTC, USMA faculty and staff and Inspector General. A branch/functional area generalist assignment ensures FA 24 officers sustain the knowledge and understanding of the operational force. All FA 24 officers should complete either resident or nonresident Command and Staff College (CSC). Selected FA 24 officers will complete graduate school or other civilian training opportunities to prepare them for FA 24 assignments requiring additional skills. Majors who complete CSC (MEL 4) and have served 24 months in a FA 24 position are considered functional area qualified (credit will be given for up to 12 months of graduate level education). Officers are encouraged to pursue a specialty related graduate degree or specialty related industry certification program. FA 24 majors will compete only against other officers in the Information Operations Career Field (IOCF) for promotion to lieutenant colonel. Typical developmental assignments include:

*(a)* Systems engineer in a signal battalion/brigade/command.

*(b)* C-E systems engineer or chief, engineer branch at MACOM/HQDA/DOD/joint/multinational staff level.

*(c)* Data systems analyst/engineer at MACOM/HQDA/DOD/joint/multinational level.

*(d)* Chief, combat development branch at TRADOC centers.

*(e)* Instructor at TRADOC school/USMA.

*(f)* Assistant TRADOC System Manager (TSM).

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions, where they can fully use their knowledge of the Army and their functional area. Officers who have completed 48 months cumulative service in FA 24 are considered functional area qualified and eligible to compete for promotion to colonel. Typical developmental assignments include:

*(a)* Chief, systems integration officer in a signal brigade/command.

*(b)* Chief/systems engineer at MACOM/HQDA/joint/multinational/DOD level.

*(c)* Military faculty at USMA/Army War College (AWC)/National Defense University (NDU).

(4) *Colonel.* The goal is to have all FA 24 officers selected for colonel attend the Senior Service College. As senior practitioners in their functional area, they will primarily serve as FA 24 officers on MACOM or HQDA staffs, or may be assigned to branch/functional area generalist positions. Typical developmental assignments include serving as the director/deputy director/chief at MACOM/HQDA/joint/multinational/DOD level.

*b. Branch/functional area generalist assignments.* Branch/functional area generalist positions are those billets, such as instructors

and IGs, which are not identified with a specific branch or functional area. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area assignment prior to selection for colonel.

*c. Joint assignments.* Some FA 24 functional area positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and will be designated as a Joint Specialty Officer (skill identifier 3L) upon successful tour completion. FA 24 officers are not generally considered for joint duty assignments until selection for major. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all FA 24 officers will receive joint assignments. This will not preclude their selection to the rank of colonel.

## 38–4. Assignment preferences and precedence

The assignment sequencing in a functional area is not as rigid as that of a branch. However, the professional development of a FA 24 officer does have certain requirements. This ensures all of the Army's FA 24 officers are well grounded in Information Systems Engineering. Officers will receive their initial functional area training through the Information Systems Engineering Officers Course (ISEOC). As part of their continued development, they should seek civilian education opportunities as well as serve at least one assignment in a branch/functional area generalist position.

*a. Preferences.* Although not required, FA 24 officers are encouraged to obtain a master's degree in one of the fields of study listed in paragraph 38-7b and/or obtain certification from civilian industry in an area related to information systems engineering.

*b. Precedence.* All non-Signal officers must complete the Signal Operations Transition Course prior to attending the Information Systems Engineering Officers Course (ISEOC). All officers must complete the ISEOC or earn a master's degree in one of the fields of study listed in paragraph 38-7b prior to the initial assignment in their functional area. Some FA 24 billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

## 38–5. Duration of critical officer life cycle assignments

Most assignments for FA 24 officers will be 24 to 36 months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths.

*a. Key Information Systems Engineering functional area qualification positions.* Completion of applicable courses and the minimum duration in FA 24 assignments as outlined in paragraph 38-3 are required for functional area qualification. Before assignment to a joint command, FA 24 officers will normally have successfully completed a previous FA 24 assignment.

*b. Information Systems Engineering functional area life cycle.* Figure 38-1 depicts the functional area qualification requirements and developmental assignments by grade.

## 38–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 24 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist authorization requirements and provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of FA 24 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 24 personnel proponent at Fort Gordon (Office Chief of Signal ) or the FA 24 assignments officer at PERSCOM.

## 38–7. Key officer life cycle initiatives for Information Systems Engineering

*a. Structure.* FA 24 officers serve at all echelons worldwide. FA 24 positions exist in Army division and corps units, headquarters staffs, joint commands and national agencies. The majority of FA 24 related billets will be on MACOM and joint staffs.

*b. Acquire.* FA 24 officers are accessed in two ways:

(1) Officers of a particular year group are designated into the functional area between their 5th and 6th years of service.

(2) The majority of officers will be designated into this functional area during the Career Field Designation Board process immediately after being selected for promotion to major. The criteria for selecting an officer for the FA 24 functional area includes the type of civilian degree, grade point average, personal preference and manner of performance. Officers seeking selection to this functional area must possess an undergraduate degree in or related to, one of the disciplines listed below:

(a) Electrical engineering.
(b) Computer Systems Engineering.
(c) Computer Science.
(d) Software Engineering.
(e) Telecommunications Engineering.
(f) Physics.
(g) Math.

*c. Distribute.* After designation into the Information Operations Career Field at the rank of major, all FA 24 officers will be managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, at PERSCOM.

*d. Deploy.* Information Systems Engineering officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 24 officers must be deployable to accomplish missions across the full spectrum of conflict. Information Systems Engineering officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 24 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Captains will compete for promotion to major within the Army Competitive Category. Upon selection to major, officers designated into the Information Operations Career Field (IOCF) will compete for promotion to lieutenant colonel and colonel only against other officers within the IOCF.

*f. Develop.* FA 24 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. As FA 24 officers progress through their careers, in addition to advanced military schooling opportunities, they become eligible for additional civilian engineering training, which prepares them for positions of increased responsibility. FA 24 officers are encouraged to complete civilian certification programs or obtain a license as a professional engineer related to information systems engineering technology.

*g. Separate.* FA 24 officers will separate from the Army in the same manner as all other officers.

## 38–8. Information Systems Engineering Reserve Component officers

*a. General career development.* Reserve Component (RC) Army National Guard (ARNG) and U.S. Army Reserve (USAR) Information Systems Engineering officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a significant professional development challenge. To fulfill its wartime mission of planning, engineering and managing the integration of diverse communication, automation and visual information equipment into information systems and enterprising networks, the Information Systems Engineering officer is dependent upon extensive interaction between the AC and the RC. The quality of the Information Systems

Engineering officers in the ARNG, USAR, FA 24 and Individual Ready Reserve (IRR) is vital to support this mission. For guidance on Reserve Component officer development, see chapter 7. FA 24 is divided into two functional specialists, FA 24A Telecommunications Systems Engineer, and FA 24B Data Systems Engineer.

*b. Functional area qualification and development opportunities.*

(1) Telecommunications Systems Engineer and Data Systems Engineer officers in the RC have challenging and complex missions. Inherent with these missions are specific managerial and technical attributes for developing and employing telecommunications and computer information systems in both fixed and mobile configurations. FA 24 officers must be tactically and technically proficient and capable of understanding the scope of a Telecommunications Systems Engineer/Data Systems Engineer officer's duties. A requirement for proficiency in both peacetime and wartime skills usually means a wide variety of educational opportunities and challenging assignments. Planned rotation into progressively challenging FA 24 related positions is essential to producing the best qualified Information Systems Engineer officer.

(2) Geographic dispersion of Information Systems Engineer positions constrains RC career progression. To meet professional development objectives, RC Information Systems Engineering officers should be willing to rotate between assignments with Troop Program Unit (TPU) organizations, IRR, Individual Mobilization Augmentee (IMA) and ARNG positions. Often there are insufficient numbers of positions in a geographic area to continue in Information Systems Engineering functional area assignments. If geographic constraints are such that the assignment to an Information Systems Engineering position is not possible, officers should seek assignment in their basic branch or in a related functional area required in the geographic region.

(3) TDA organizations host most RC Information Systems Engineering officer assignments. Their duties and responsibilities are fundamentally the same as their AC counterparts except for those personnel management, administrative and operational requirements unique to the ARNG and USAR.

(4) Officers in the IRR may find assignments in reinforcement units (RTU), IMA positions in Active Component organizations, installations or HQDA agencies, as well as tours of Active Duty for Special Work (ADSW) or annual training. Officers may seek assignment in the IRR for completing professional military education (PME) requirements.

(5) Officers who acquire Information Systems Engineering skills, knowledge and attributes in a civilian workplace may apply for constructive credit to award FA 24. Candidates should submit requests for constructive credit with supporting documents through their USAR or ARNG component chain of command to Commander, USASC&FG, Office Chief of Signal, ATTN: ATZH-POO, Fort Gordon, Georgia 30905.

*c. Professional development.* There are four phases of professional development for RC Information Systems Engineering officers. The phases relate to military rank and depict broadly based goals and career opportunities at each rank so that an officer may expand capabilities and optimize performance. Information Systems Engineering life cycle development objectives, RC requirements and an officer's own strengths, priorities and performance influence their professional development. Typical duty positions are found in paragraph 38-3a. Functional area qualification standards by grade are as follows:

(1) *Captain.*

(a) *Telecommunications Systems Engineer officer.* For FA 24A qualification as well as consideration for promotion to major, Telecommunications Systems Engineer officers must have a hard skill undergraduate degree in mathematics, or physics, electrical engineering, telecommunications engineering or related disciplines and complete the Information Systems Engineering Officer Course (ISEOC) at Fort Gordon. Typical TDA positions include communications electronics engineer, electrical engineer and C-E systems engineer.

(b) *Data Systems Engineer officer.* For FA 24B qualification as well as consideration for promotion to major, Data Systems Engineer officers must have a hard skill undergraduate degree in computer science, computer systems engineering or related disciplines, and attend the Systems Automation Course (SAC) at Fort Gordon. Typical TDA positions include software engineer, data systems engineer and systems analysts.

(c) *CAS3.* Officers should also complete the Combined Arms and Services Staff School (CAS3) to be competitive for career progression. During this phase, officers area encouraged to pursue a specialty related graduate degree.

(2) *Major.* The primary professional development objective of an Information Systems Engineering major in the RC is to continue to strengthen Information Systems Engineering skills. During this phase, officers must enroll in and complete Command and Staff College level military education or its equivalent (50 percent completion required for promotion to lieutenant colonel). FA 24 majors are highly encouraged to pursue a specialty related graduate degree and obtain a professional engineering license. Information Systems Engineering majors should serve a minimum of 24 months cumulative service in an Information Systems Engineering operations or operational support major position.

(3) *Lieutenant colonel.* A lieutenant colonel can expect assignments to senior staff positions employing him in a variety of functional area related positions. FA 24 officers should seek professional military education at the Senior Service College level. Information Systems Engineering RC lieutenant colonels are eligible for selection to the rank of colonel upon completion of the requisite service requirements listed in chapter 7 of this pamphlet. Lieutenant colonels remain eligible for promotion as long as they continue to serve in an active status and meet selection criteria. FA 24 lieutenant colonels should serve a minimum of 48 months cumulative service in an Information Systems Engineering support position.

(4) *Colonel.* The primary objective for officers during this phase is maximum use of the officer's technical and tactical capabilities, managerial skills and executive skills in positions of higher responsibility. RC Information Systems Engineering colonels should serve a minimum 24 months in an FA 24 operations or operational support position.

*d. Reserve Component life cycle model.* See figure 38-2 for the FA 24 Reserve Component life cycle model.



**Figure 38-1. FA 24 life cycle development model (Active)**



**Figure 38-2. FA 24 life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

# Chapter 39
## Information Operations Functional Area

### 39–1. Unique features of Information Operations functional area

*a. Unique purpose of Information Operations functional area.*

(1) Information Operations (IO) is a functional area (FA 30) within the Information Operations Career Field to respond to the battlespace opportunities and challenges of accelerating growth in information and information dissemination capabilities supported by emerging information system technologies. Information Operations officers integrate efforts to protect the force's command, control, communications, computers, intelligence, surveillance and reconnaissance (C4ISR) and other IO capabilities; attack adversary C4ISR; and respond to potentially hostile C4ISR. FA 30 officers coordinate, plan and integrate the execution of offensive and defensive IO to gain information superiority in support of the commander's concept of the operation. IO is integral to every phase of Army and joint planning and operations.

(2) The IO functional area links the operations security (OPSEC), military deception, psychological operations (PSYOP), electronic warfare (EW), physical destruction, civil affairs (CA), and public affairs (PA) capabilities to achieve IO objectives. IO officers synchronize IO actions to help fulfill the commander's intent, provide critical information for expeditious decisions, and exploit information advantages. The IO functional area supports commanders of the unified commands; the joint staff; Department of Defense (DOD) agencies; Department of the Army (DA) and its major commands (MACOMs); and Army warfighting organizations at separate brigade and armored cavalry regiment, division, corps and echelons above corps (EAC).

(3) The Commanding General, U.S. Army Combined Arms Center is the proponent for FA 30.

*b. Unique functions performed by Information Operations functional area.* IO officers provide offensive and defensive IO integration skills to achieve information superiority by protecting friendly decision making processes while influencing neutral and adversary decision making processes. Offensive IO includes actions to influence, inform, deceive, disrupt, deny, degrade and/or destroy adversary C4ISR and other IO capabilities, equipment, activities or facilities. Defensive IO includes actions to detect, restore, respond and deter adversary or potentially hostile C4ISR and IO intrusions, activities and attacks. The IO officer's work revolves around three basic functions that help the force gain information superiority:

(1) Coordinate with coordinating and special staff officers, who collect, analyze and disseminate information to ensure that relevant information and intelligence are available for decisions during planning and execution phases.

(2) Coordinate the integration of all existing C4ISR to develop and update the common relevant picture, leading to situational awareness and battlespace visualization.

(3) Synchronize OPSEC, military deception, PSYOP, EW, physical destruction, CA and PA activities to achieve offensive and defensive IO objectives in support of the commander's intent and concept of the operation.

*c. Unique features of work in Information Operations functional area.* IO involves technical, intellectual, and interpersonal skills utilizing both military and nonmilitary resources. IO work requires officers to interact in an Army or joint environment to integrate IO objectives, plans and execution. Unique IO tasks that revolve around the primary functions above are:

(1) Coordinate with the G2, G3 and G6 to assess friendly C4ISR and other IO capabilities and vulnerabilities.

(2) Coordinate with the G2 to assess adversary C4ISR and other IO capabilities and vulnerabilities.

(3) Monitor in conjunction with coordinating and special staffs the status of information systems and networks.

(4) Coordinate with the G2 and G3 for employing models and simulations for IO training, mission planning, mission rehearsal, decision making and execution.

(5) Coordinate with the PA officer and G5 to obtain and disseminate relevant information.

(6) Participate in the targeting process.

(7) Synchronize with the G2 and G3 the means to attack, deny, degrade, exploit and/or influence adversary C4ISR and other IO capabilities in support of offensive and defensive IO objectives.

(8) Synchronize with the G2 and G6 measures to protect friendly information, C4ISR and other IO capabilities from attack to include information assurance and automation protection measures.

(9) Coordinate with the G3, Staff Judge Advocate and other staff officers concerning rules of engagement.

(10) Consolidate and prepare IO input to command standing operating procedures, operations plans and orders, fragmentary orders and warning orders.

(11) Coordinate and synchronize IO to support offensive, defensive, stability and support operations.

### 39–2. Officer characteristics required

IO officers must have a top secret clearance with special compartmented information access. Additionally, there are functional area unique skills, knowledge and attributes.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to

leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

b. *Unique skills.* IO officers must comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition, they must:

(1) Be well versed in C4ISR and other IO activities, and be capable of planning IO to use the full range of IO and C4ISR systems and networks.

(2) Be able to analyze the efficiency and effectiveness of manual and automated information systems within an organization.

(3) Have the ability to process relevant information to satisfy the commander's critical information requirements.

c. *Unique knowledge.* IO officers must remain up-to-date on Army organization, structure and doctrine. They must also:

(1) Possess tactical and operational expertise to counsel and advise the commander on IO.

(2) Understand the capabilities and limitations of C4ISR and other IO activities.

(3) Understand issues related to the global and military information environments.

(4) Understand Army, joint and multinational information systems architectures.

d. *Unique attributes.* IO officers must be warfighters who possess the highest standards of discretion, integrity and professional ethics. In addition, they must possess:

(1) The ability to apply decision making theory in military organizations to optimize the decision making process.

(2) Creative thinking and critical reasoning skills.

(3) The ability to translate complex technical information into operational applications.

(4) Cultural awareness.

## 39–3. Critical officer developmental assignments

Officers are designated into the IO functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, manner of performance in their basic branch and, in some cases, civil schooling. However, officers who have the FA 30 designation generally will not begin FA 30 training or be considered for an IO assignment until they have qualified as a captain in their basic branch. Many officers will not serve in a FA 30 assignment until they are selected for promotion to major and placed in the Information Operations Career Field (IOCF) by a Career Field Designation Board (CFDB).

a. *Information Operations functional area qualification and development.* Generally, FA 30 officers will receive initial IO training before they begin a FA 30 assignment. Officers who complete a qualifying IO training course and a FA 30 assignment are initially qualified in their functional area. As officers progress through their careers, they will be afforded other FA 30 and Army educational opportunities based on their duty performance and Army needs. For example, some officers will be selected to attend a fully funded Advanced Civil Schooling (ACS) program. Although it is not required for promotion consideration, a graduate degree should be a goal of every field grade FA 30 officer. All IO officers, as members of the IOCF, will be eligible for assignment into branch/functional area generalist (formerly branch immaterial) positions.

(1) *Captain.* FA 30 experience as a captain is not a requirement for promotion to major, but the experience may enhance selection to the IOCF as a FA 30. Captains selected for fully funded ACS with a follow-on FA 30 assignment are candidates for Career Field designation into IO upon their selection to major. Branch qualified captains assigned to a FA 30 position will receive IO training. They normally serve as members of an Army or joint command IO team.

(2) *Major.* After selection to major, officers will be designated into a branch or functional area in one of the four Officer Personnel Management System (OPMS) XXI Career Fields by a CFDB. Officers designated into the IOCF as a FA 30 will serve primarily in their functional area in Army or joint warfighting organizations; e.g., corps, divisions and the Land Information Warfare Activity (LIWA). There are also opportunities for assignment to a branch/functional area generalist position to include ROTC, USMA faculty and staff and Inspector General. These billets ensure that IO officers sustain their knowledge and understanding of the operational force. All IO officers must become Military Education Level (MEL) 4 qualified. Some will be selected to attend the School of Advanced Military Studies or a fully funded graduate degree program. Some majors will receive specialized training to prepare them for IO assignments requiring additional skills. Majors who are MEL 4 qualified and have served a total of 24 months in a FA 30 assignment are functional area qualified. They will compete only against other officers in their Career Field for promotion to lieutenant colonel.

(3) *Lieutenant colonel.* FA 30 lieutenant colonels are generally assigned to supervisory positions or to billets on senior level Army or joint staffs, where they can fully apply their knowledge of the Army and the functional area. Many officers will serve in warfighting organizations. A large number of positions are also in Table of Distribution and Allowance (TDA) organizations; e.g., the joint staff, Army staff, a MACOM headquarters staff, and MACOM subordinate commands. Lieutenant colonels who have completed 48 months cumulative service (major and/or lieutenant colonel assignments) are considered functional area qualified at the rank of lieutenant colonel and competitive for promotion to colonel.

(4) *Colonel.* If not selected for resident Senior Service College (SSC), all IO officers selected for colonel should apply for the nonresident U.S. Army War College Distance Education Course. IO colonels are the functional area's senior practitioners. They should have a broad IO background from serving in a variety of field grade FA 30 assignments. FA 30 colonels will serve primarily as the senior IO officer at corps or echelons above corps, and as division chiefs in HQDA, MACOM, Army service component command, or joint staffs. Some assignments may be to branch/functional area generalist positions.

b. *Branch/functional area generalist assignments.* Captains and above can expect to serve in branch/functional area generalist assignments. These billets, such as ROTC, USMA faculty and staff and Inspector General, are not identified with a specific branch or functional area, but are important to the Army. As a minimum, IO officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection to colonel.

c. *Joint assignments.* FA 30 positions are on the Joint Duty Assignment List. Officers assigned to those billets will receive Joint

Professional Military Education and may become a Joint Specialty Officer (skill identifier 3L) upon successful joint tour completion. IO officers are not generally considered for joint duty assignments until selected for major. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all IO officers will receive joint assignments. This will not preclude their selection to the rank of colonel.

## 39–4. Assignment preferences and precedence
The assignment sequencing in a functional area is not as rigid as that of a branch. An objective of professional development for FA 30 officers is to expose them to a variety of environments in which IO is performed. After receiving initial IO training, FA 30 officers should seek different types of jobs within the FA 30 structure to provide breadth to their IO experiences. As part of their continued development, they should also serve a minimum of one assignment in a branch/functional area generalist position.

*a. Preferences.* The IO functional area has diverse opportunities, which allow for numerous career development paths. The goal of FA 30 professional development is to produce officers skilled in planning and executing information operations. Assignments in FA 30 will be made to develop the officer's understanding of the application of IO techniques. All officers will attend an IO course prior to initial assignment to a FA 30 position.

*b. Precedence.* Assignment to developmental functional area positions will have a precedence, although there is flexibility on the sequence of assignments. Some FA 30 billets will be designated as requiring advanced civilian education, such as a master's degree in IO, or advanced military education, such as the master's degree in military art and science conferred by the Command and General Staff College (CGSC). Officers assigned into those jobs must have completed the necessary courses of instruction. If possible, IO officers should complete an Army information operations assignment before a FA 30 assignment to a joint command.

## 39–5. Duration of critical officer life cycle assignments
Most assignments for IO officers will be 24 to 36 months in length. Tours may be longer in areas with a high concentration of billets, such as the National Capital Region. Locations outside the continental United States will continue to require specific tour lengths.

*a. Key Information Operations functional area qualification positions.* There are no positions that specifically qualify an IO officer. Completion of MEL 4 and required IO training and FA 30 assignment experience - 24 months for a major and 48 cumulative months for a lieutenant colonel - qualify an officer in this functional area.

*b. Information Operations functional area life cycle.* Figure 39-1 depicts an IO functional area life cycle for an Active Component (AC) officer.

## 39–6. Requirements, authorizations and inventory
*a. Goal.* The goal is to maintain a healthy, viable career path for FA 30 officers. To do this, the field grade inventory will be optimized to fulfill FA 30 and branch/functional area generalist authorization requirements and provide field grade officers sufficient time for functional area qualification prior to consideration for promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of FA 30 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring specific information on current authorizations or inventory should contact either the FA 30 personnel proponent or the FA 30 assignments officer at the U.S. Total Army Personnel Command (PERSCOM).

## 39–7. Key officer life cycle initiatives for Information Operations
*a. Structure.* FA 30 officers serve at all echelons worldwide. FA 30 positions exist in Army division, corps and EAC units; headquarters staffs; joint commands; and national agencies. Many IO related billets will be on MACOM and joint staffs. At the senior levels, FA 30 officers will participate in strategic operational planning and also develop and implement major information operations strategies.

*b. Acquire.* Officers comprising a particular year group are designated into their functional areas between their 5th and 6th years of service. The criteria for selecting an officer to a functional area include personal preference, needs of the Army, type of civilian degree and grade point average, foreign language aptitude, and manner of performance. Functional area selection does not assure designation into the IOCF as a FA 30. The CFDB occurs after selection to major. The criteria for Career Field designation include officer preference, commanders' input, undergraduate degree, graduate degree, and needs of the Army.

*c. Distribute.* After designation into the IOCF at the rank of major, IO officers will be managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, PERSCOM. Assignment to FA 30 positions, ACS or to branch/functional area generalist positions will depend upon Army needs, professional development considerations, officer preference and officer qualifications at the time of assignment.

*d. Deploy.* Information Operations officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to Table of Organization and Equipment units with high levels of readiness or fixed site TDA organizations, all FA 30 officers must be deployable to accomplish missions across the full spectrum of conflict. Information Operations officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 30 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the IOCF will compete within their Career Field for promotion to lieutenant colonel and colonel. Their careers will be monitored by the FA 30 assignment officers in FAMDD. The IO proponent will develop functional area policy.

*f. Develop.* FA 30 incorporates a professional officer development plan offering maximum diversity for assignment and schooling. FA 30 officers apply and develop IO skills through a series of progressively challenging assignments. Branch/functional area generalist jobs further develop the officer. As IO officers progress through their careers, in addition to advanced military schooling opportunities, they also become eligible for additional civilian information operations educational training, which likewise prepares them for positions of increased responsibility.

*g. Separate.* FA 30 officers will separate from the Army in the same manner as all other officers.

## 39–8. Information Operations Reserve Component officers
*a. General career development.* Reserve Component (RC) IO officer development objectives and qualifications parallel those planned for their active duty counterparts. Junior officers must develop a strong foundation through assignments in their basic branches before specializing in FA 30.

*b. Functional area qualification and development opportunities.* RC officers should strive for IO assignments that yield the same development opportunities as their AC counterparts.

(1) Qualification standards at each rank - professional military education (PME) and length of service in FA 30 assignments - are the same as for AC officers.

(2) RC officers can expect to shift regularly among Troop Program Unit, Individual Mobilization Augmentee (IMA) and Individual Ready Reserve (IRR) assignments. They may also rotate among components. Besides providing officers staff experience in AC units, IMA and IRR assignments with appropriate annual training may help IO officers fulfill PME requirements. Assignment to an IO position in an Army National Guard maneuver unit or U.S. Army Reserve exercise training division will bolster Total Army IO capabilities, develop an IO officer's leadership skills and increase the individual's knowledge of the RC roles and mission.

(3) RC officers with civilian experience in information technology and management, communications, marketing, organizational behavior or other IO-related fields are a valuable Army resource. Officers who develop their skills in these areas through employment or civilian education will be competitive for promotion and selection to positions of increased responsibility.

(4) There is a direct link between IO disciplines and the work performed by officers in PSYOP, CA, PA, Military Intelligence or the Signal Corps. Officers trained in one or more of these fields are prime candidates to receive FA 30 training and designation as an IO officer. An IO officer who is unable to find a FA 30 position should seek assignment in one of the supporting IO disciplines to continue professional development.

(5) Active Guard Reserve IO officers will rotate between troop unit and staff positions within the unified commands, the joint staff, DOD agencies, HQDA and its MACOMs, and the Army Reserve. They should attempt to attend the same residence education courses as their AC counterparts.

(6) Job opportunities and assignments are the same for both male and female officers.

*c. Life cycle development model.* The RC life cycle development model for IO officers is shown in figure 39-2. The model depicts functional area qualification requirements and key developmental assignments.



**Figure 39-1. FA 30 life cycle development model (Active)**



**Figure 39-2. FA 30 life cycle development model (Reserve)**

## Chapter 40
## Strategic Intelligence Functional Area

### 40–1. Unique features of Strategic Intelligence functional area

*a. Unique purpose of Strategic Intelligence functional area.* The Strategic Intelligence functional area (FA 34) provides the Army with a professional Strategic Intelligence analyst who is educated, trained and repetitively assigned into positions requiring long term background knowledge and study of particular geographic, political or demographic areas worldwide. This officer is familiar with both Army and joint intelligence and communications systems and procedures. The FA 34 officer is a world class Strategic Intelligence specialist. The Commanding General, U.S. Army Intelligence Center is the proponent for FA 34.

*b. Unique functions performed by Strategic Intelligence functional area.* Strategic Intelligence officers work at echelons above corps worldwide. FA 34 positions exist in intelligence units, headquarters, national agencies and unified commands. FA 34 officers will participate in intelligence analysis, planning, programming, resourcing, training management, security and intelligence liaison. FA 34 officer duties include coordinating, supervising and participating in all-source current intelligence indications and warnings, threat analysis and general intelligence activities focusing on the intentions, geography and military capabilities of foreign nations, with primary focus on ground forces. FA 34 officers, as part of the Information Operations Career Field, work closely with officers in FA 30 (Information Operations), FA 39 (PSYOP/Civil Affairs), FA 48 (Foreign Area Officer), FA 53 (Information Systems Management), FA 57 (Simulations Operations), and FA 46 (Public Affairs), as well as BR 35 (Military Intelligence) and BR 25 (Signal Corps) officers.

*c. Unique features of work in Strategic Intelligence functional area.* Work within FA 34 requires the transformation of data into information and the formation of collective opinion or interpretation. A team effort is often required to solve long term or technical problems. The work requires the ability to interpret patterns in complex situations as well as the ability to synthesize and analyze both concrete and abstract activities and intentions. An understanding of tactical skills and concepts applied to both friendly and enemy capabilities is critical for success. Although the FA 34 officer has a moderate to long time to conduct analysis and make good decisions resulting from in-depth knowledge, analysis and study, they may also be required to react rapidly in providing intelligence to support a crisis action situation. There is a wide variance in the measurement of success when dealing with strategic intelligence. Reasons for success or failure may be vague or uncertain and may change drastically over short periods of time. Linking cause and effect is complex and usually difficult.

### 40–2. Officer characteristics required

FA 34 requires officers who are skilled in leadership at all levels; who are steeped in Army tactics, techniques and procedures; who are knowledgeable of joint planning, operations and execution; who possess strong Army values, leader attributes and leader skills; who fully understand the key leadership actions that must be taken to assure success. Additionally, there are functional area unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

(a) Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

(b) Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

(c) Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

(a) Interpersonal skills reflect competence in communicating with people.

(b) Conceptual skills refer to competence in handling ideas.

(c) Technical skills reflect competence with things.

(d) Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

(a) Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

(b) Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

(c) Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* The skills listed below are especially important for Strategic Intelligence officers.

(1) *Staff skills.*

*(a)* Operate routinely in high level staff assignments where guidance may be minimal and close interaction with senior level decision makers is frequent.

*(b)* Express themselves clearly, concisely and accurately in writing and orally.

*(c)* Apply highly specialized knowledge effectively in a military environment to address military unique issues.

*(d)* Prepare and present clear, concise and informative briefings and information papers for senior decision makers on highly technical subjects.

*(e)* Reduce raw data to form and substance usable by senior level decision makers.

*(f)* Understand automation and use a full range of automation support to facilitate work in support of senior level decision makers.

(2) *Management and leadership skills.*

*(a)* Employ military leadership techniques to obtain the desired result from subordinates.

*(b)* Organize workload and assign tasks to subordinate officers and enlisted service members from all services as well as civilians.

*c. Unique knowledge.*

(1) Possess highly specialized knowledge pertaining to intelligence law and management; joint and Army intelligence and communications architectures; Army, joint and national intelligence systems; information security principles; national agency functions; and, aspects of intelligence planning which have been gained through attendance at specialized academic training or over a significant period of time.

(2) Understand the organization, structure and doctrine of the Warfighting Army.

(3) Understand joint doctrine and its planning, resourcing and warfighting systems and processes. Know how to integrate Army and joint systems.

(4) Understand domestic political context in which the Army seeks to fulfill its Title 10 responsibilities and the Department of Defense (DOD) seeks to provide for national security.

(5) Understand issues related to the international geopolitical arena and their implications for developing the national security policy and the national military strategy.

(6) Understand the organization of the Army, its Title 10 responsibilities and the missions, roles and functions of its major commands.

(7) Understand the organization of the DOD and the national intelligence community; the defense intelligence programs; the procedures for resourcing the Department and developing the national military strategy; and the missions, roles and functions of its warfighting commands and various agencies.

*d. Unique attributes.* FA 34 Officers are expected to display the following attributes, behaviors or characteristics:

(1) Acceptance and internalization of Army values, culture and the warfighting ethos.

(2) Commitment to the Army as an institution and as a way of life.

(3) Action oriented, decisive nature.

(4) Intellectually inquisitive and respectful of academic tradition.

(5) Creative thinking and critical reasoning.

(6) Intellectually honest with superiors, and unafraid to state and defend convictions.

(7) Physically fit and possessing military bearing.

## 40–3. Critical officer developmental assignments

Officers are designated to FA 34 between their 5th and 6th years of service based upon the needs of the Army, officer preference and military experience. However, they are not considered for FA 34 assignment until they are branch qualified in their basic branch. Most officers will not receive FA 34 assignments until after selection for major and undergoing the Career Field Designation Board.

*a. Functional area qualification and development.* All FA 34 positions are considered key and essential to professional development in this functional area. There are no specific FA 34 assignments to qualify an officer as a Strategic Intelligence officer.

Functional area qualification will consist of completion of the required training and successful performance in an FA 34 assignment. All FA 34 officers should pursue joint qualification as a professional development goal. Strategic Intelligence officers will be considered qualified at each grade based on their manner of performance in their assigned FA 34 positions.

(1) *Major.* After selection to Major, during the Career Field designation process, selected officers will be designated into FA 34 and the Information Operations Career Field. These officers will then attend FA 34 training and serve in Strategic Intelligence positions. Additional specialized training may be needed for specific assignments. FA 34 qualification is:

*(a)* Successful completion of the FA 34 Transition Course conducted at the U.S. Army Intelligence Center and Fort Huachuca, Fort Huachuca, AZ.

*(b)* Successful completion of the Post Graduate Intelligence Program (PGIP) conducted by the Joint Military Intelligence College, Bolling Air Force Base (AFB), Washington, D.C., with a Master of Science in Strategic Intelligence (MSSI).

*(c)* Successful completion of Command and Staff College (CSC).

*(d)* Serve for at least 30 months in any FA 34 coded major position or higher level assignment.

*(e)* Successful completion of Joint Professional Military Education, Phase II is desirable (see chap 3, para 3-6e).

(2) *Lieutenant colonel.*

*(a)* Serve for at least 48 months (cumulative) in any FA 34 coded position at the lieutenant colonel or higher level assignment.

*(b)* Successful completion of Joint Professional Military Education, Phase II is desirable (see chap 3, para 3-6e).

(3) *Colonel.*

*(a)* Successful completion of Senior Service College (resident or nonresident).

*(b)* Successful completion of Joint Professional Military Education, Phase II (see chap 3, para 3-6e).

*(c)* Serve for at least 24 months in any FA 34 coded colonel position.

*b. Branch/functional area generalist assignments.* FA 34 officers will be eligible for assignment to branch/functional area generalist (formerly branch immaterial) billets to include ROTC, USMA faculty and staff and Inspector General. It is reasonable to expect that all FA 34 officers will serve at least once in a branch/functional area generalist assignment prior to selection for colonel.

*c. Joint assignments.* A large percentage of FA 34 positions are located at the joint level. Some of these are in the Joint Duty Assignment List (JDAL). Officers assigned to those positions may attend the Joint Professional Military Education (JPME) and may receive Joint Specialty Officer (JSO) designation (skill identifier 3L).

## 40–4. Assignment preferences and precedence.

Assignment sequencing is not as rigid as that of a branch. Within FA 34, the positions will entail more responsibility with higher grade.

*a. Preferences.* Positions within FA 34 are diverse and varied. The goal of professional development of FA 34 officers is to provide the intelligence community with an officer who is technically competent in all aspects of strategic intelligence. Therefore, assignments for these officers are aimed at increasing the officer's technical expertise. These assignments coupled with selected additional schooling will provide first class Strategic Intelligence officers.

*b. Precedence.* Officers will not be assigned to an FA 34 position until they have completed the FA 34 training.

## 40–5. Duration of critical officer life cycle assignments

*a. Key Strategic Intelligence functional area positions.* Ideally, FA 34 officers should serve 36 to 48 months in each FA 34 position. Tours may be longer in positions within the National Capital Region. OCONUS locations will continue to require specific tour lengths.

*b. Strategic Intelligence functional area life cycle.* Figure 40-1 depicts the FA 34 career life cycle with key positions.

## 40–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 34 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist authorization requirements and provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of FA 34 authorizations, by grade, will fluctuate as force structure decisions are made. Officers desiring information on FA 34 authorizations and inventory should contact the FA 34 proponency office or the PERSCOM OPMD FA 34 assignments officer.

## 40–7. Key officer life cycle initiatives for Strategic Intelligence

*a. Structure.* FA 34 derives its structure from traditional Military Intelligence billets at echelons above corps, with a large majority of the positions at joint commands and national agencies. The Chief of the Military Intelligence Corps is the proponent for FA 34 and guides its development.

*b. Acquire.* Officers with a background in geography, political science, government and social studies will be likely candidates for FA 34. Most FA 34 personnel will receive their functional area designation with their career group between their 5th and 6th years of service. All FA 34 officers must meet the prerequisites for acceptance into the Master of Science in Strategic Intelligence (MSSI) Program associated with the Post Graduate Intelligence Program (PGIP) at the Joint Military Intelligence College (JMIC). All FA 34 personnel must qualify for a top secret security clearance based on a Single Scope Background Investigation (SSBI) and for access to sensitive compartmented information (SCI). Some FA 34 officers may be selected for special programs later in their careers.

*c. Distribute.* The Functional Area Management and Development Division (FAMDD) in PERSCOM OPMD will manage all FA 34 assignments. All field grade FA 34 positions are at echelons above corps. Many FA 34 positions are included on the Joint Duty Assignment List (JDAL) and many others are on headquarters staffs or within defense agencies. Consequently, many FA 34 positions are high priority either by law or by policy, and will receive personnel replacements when required.

*d. Deploy.* FA 34 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 34 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 34 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 34 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* FA 34 officers will compete for promotions within the Information Operations Career Field. Promotion numbers and percentages will be consistent with both FA 34 requirements and other functional areas within the Career Field.

*f. Develop.* All officers designated into FA 34 will complete the FA 34 Transition Course at the U.S. Army Intelligence Center and Fort Huachuca, Fort Huachuca, Arizona. All FA 34 officers will attend the Postgraduate Intelligence Program (PGIP), conducted by the Joint Military Intelligence College, Bolling Air Force Base, Washington, D.C. Officers attending the PGIP must complete the Master of Science in Strategic Intelligence (MSSI) degree offered and all will receive an immediate follow-on FA 34 assignment. FA 34 officers will receive additional training in conjunction with Command and Staff College (CSC). Some FA 34 officers will receive further specialized training and professional development opportunities, depending on the specific requirements of their duty position.

Some FA 34 positions may require foreign language skills, for which personnel may attend the Defense Language Institute (DLI).

*g. Separate.* There are currently no initiatives that specifically impact FA 34 in the area of separation.

## 40–8. Strategic Intelligence Reserve Component officers

*a. General career development.* The FA 34 officer is a world class strategic intelligence specialist. The majority of the FA 34 positions are found in TDA echelons above corps (EAC) units. FA 34 officer duties and responsibilities are fundamentally the same for the Active and Reserve Components. The RC Strategic Intelligence officer serves the same role and missions as his or her counterpart. The unique nature of the RC soldier's role as a citizen soldier poses a significant challenge in the combat support mission of FA 34. A RC officer is expected to follow AC officer development patterns as closely as possible, except in some cases where an RC officer has increased windows to complete mandatory education requirements. For more guidance on Reserve Component Officer Development, see chapter 7.

*b. Functional area qualification and development opportunities.* Reserve Component development and qualification will be equivalent to the Active Component. RC officers must successfully complete the FA 34 Transition Course and the Post Graduate Intelligence Program (PGIP) for award of FA 34 and assignment to FA 34 coded positions.

*c. Functional area qualification and development.* There are three phases of professional development for RC FA 34 officers. The following phases relate to military rank and depict broadly based goals and career opportunities at each rank so that an officer may expand capabilities and optimize performance. FA 34 life cycle development objectives, RC requirements and an officer's own strengths, priorities and performance influence his or her professional development. Functional area qualification standards by grade are as follows:

(1) *Major.*

(a) For award of FA 34, majors must successfully complete the FA 34 Transition Course conducted at the U.S. Army Intelligence Center and Fort Huachuca, and the Post Graduate Intelligence Program (to include the Master of Science in Strategic Intelligence (MSSI)) conducted at the Joint Military Intelligence College at Bolling Air Force Base.

(b) They must successfully complete at least 50 percent of the Command and General Staff College or its equivalent.

(c) They must serve at least 36 months in a FA 34 coded position.

(2) *Lieutenant colonel.*

(a) They must successfully complete CGSC or its equivalent within 3 years after promotion to lieutenant colonel.

(b) They must serve at least 36 months in a FA 34 coded position.

(3) *Colonel.* FA 34 colonels serve in both FA 34 and officer generalist (01A) positions.

*d. Life cycle development model.* The Reserve Component life cycle development model for FA 34 officers is shown at figure 40-2.



**Figure 40-1. FA 34 life cycle development model (Active)**

DA PAM 600–3 • 1 October 1998

DA PAM 600–3 • 1 October 1998



Figure 40-2. FA 34 life cycle development model (Reserve)

# Chapter 41
## Space Operations Functional Area

### 41–1. Unique features of Space Operations functional area

*a. Unique purpose of Space Operations functional area.* Space Operations (FA 40) is a functional area within the Information Operations Career Field where trained and experienced officers respond to the requirements of the 21st Century information age. This functional area provides a career path for officers to obtain operational experience in space related assignments that focus on space-based products to the warfighter. FA 40 officers provide commanders with the expertise and guidance on conducting the space component of information operations, which enhances a command's ability to task, collect, process and act on space-based products, information and warnings. Army XXI will require officers well versed and experienced in the integration of Army and joint space capabilities and military operations because Army doctrine, tactics, techniques and procedures are becoming increasingly dependent on space products for successful operations. FA 40 areas of training and application include:

(1) Space-based communications to include ground station operations, communications, command and control (C3) and logistical enhancements.

(2) Position and navigation from space-based assets.

(3) Satellite-based intelligence collection and surveillance operations.

(4) Missile warning, to include theater and national missile defense.

(5) Joint and interagency space operations.

(6) Obtaining and processing weather, terrain and environmental monitoring data.

(7) Space combat and space combat support activities as they are identified and developed.

(8) Space support infrastructure and operations to include telemetry, tracking and commanding of space systems.

(9) Basic orbital mechanics.

(10) Familiarity with space programs of other nations, both civilian and military (Space Order of Battle).

(11) Familiarity with mobile/transportable systems, which process information, generated by space platforms.

(12) Human exploration and development of space. The Commanding General, Space and Missile Defense Command (SMDC) is the proponent for FA 40. The Force Development and Integration Center's (FDIC) personnel proponency office will maintain oversight for soldier space proponency.

*b. Unique functions performed by Space Operations functional area.* Commanders are inundated with real-time information from a multitude of sources on the battlefield and in Army support or contingency operations. The Army's ability to collect information will further accelerate and grow more complex, as future generations of information systems are fielded; thereby increasing the requirement to rapidly process data and formulate decisions. Space Operations functional area officers provide experience in the planning process, operations and information systems arenas and are the ones to operate the links which tie together the Army's space capabilities to the warfighter. In the past, space assets primarily supported echelons above corps. This is no longer true. Today, most missions and every soldier on the battlefield can benefit from the integration of space systems and products. Space systems are force multipliers able to support missions at all echelons and across the full range of military operations. Commanders at all levels must be aware of space capabilities and how to fully integrate them into Army operations. Therefore, commanders require a space-knowledgeable staff that understands space capabilities and can optimize their application in support of the commander's intent. Virtually every level of Army operations has become more dependent upon the Army's use of space. Future Army operations will require officers to be well versed and experienced in space systems and their joint applications.

*c. Unique features of work in Space Operations functional area.* Work within the Space Operations functional area requires knowledge to apply both military and commercial systems to tactical concepts and doctrine. Understanding how space can contribute to land force operations is a key element within FA 40. Duties require knowledge in military, civil and commercial space systems to include equipment, tools and services. Progressively challenging assignments with increasing responsibility in Space Operations and/or advanced education ensure technical proficiency and significantly enhance success. The ability to understand how space capabilities should work in a joint collaborative environment is essential. Duties entail operational planning analysis, assimilation of diverse information, and making rapid decisions. Army FM 100-18 and TRADOC Pamphlet 525-60 classify space capabilities as force enhancement, space control, force application and space force support. Understanding of tactical skills and concepts, to include the threat, is extremely important for success. Space Operations functional area officers meet frequently with commanders and others in the operations community to determine functional requirements. They:

(1) Serve as the principal Space Operations staff officer in the G3 section at division level and higher.

(2) Serve as an Army Space Support Team (ARSST) team leader.

(3) Serve as the Space Operations instructor at TRADOC schools.

(4) Provide Space Operations coordination at all levels of command.

(5) Serve in a broad spectrum of research, planning, and operational assignments in the Space and Missile Defense Command.

(6) Serve in joint assignments with U.S. Space Command and other unified commands.

(7) Provide engineering and engineering management support to the National Aeronautics and Space Administration (NASA).

(8) Serve as astronauts with NASA.

### 41–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

*(2) Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

*(3) Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

*(4) Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 40 officers must fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition, they:

(1) Routinely serve in high-level staff positions (both Army and joint) where guidance is minimal and close interaction with senior level decision makers is routine.

(2) Apply highly technical information concepts to more generalized military unique issues.

(3) Are well versed in automation, and capable of clearly and accurately communicating this technical expertise in either written or oral communications.

(4) Are extremely adept at organizing workload, assigning tasks and mentoring civilian and military subordinates.

*c. Unique knowledge.* Space Operations functional area officers must remain up-to-date on Army organization, structure and doctrine. They also:

(1) Are well-versed in combined arms and joint operations.

(2) Possess the understanding of automation technology relative to their functional area.

(3) Have a basic understanding of orbital mechanics, mathematics and physics, as well as an aptitude for automation technology and engineering.

(4) Remain current on commercial space product developments for possible application to their area of expertise.

(5) Have an understanding of the interrelationship between the space systems themselves and the battlefield or other functions being hosted by the satellite. This is critical to be able to provide timely and accurate advice to commanders and staffs on the implications of space operational events.

(6) Should be conversant/knowledgeable of other nation's space assets; the space structure in DOD; international treaties related to space; and U.S. and DOD policies and strategies related to space.

*d. Unique attributes.* Space Operations officers are warfighters who possess the highest standards of discretion, integrity and professional ethic. In addition, they will:

(1) Be technology and training oriented.

(2) Think in the abstract and often employ unique mental techniques to solve problems.

## 41–3. Critical officer developmental assignments

Officers may be designated to the Space Operations functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. However, they are not generally considered for a Space Operations assignment until they are branch qualified in their basic branch. Most officers will not receive Space Operations assignments until undergoing the Career Field Designation Board after selection to major and designation into the Information Operations Career Field.

*a. Space Operations functional area qualification and development.* Officers who successfully complete educational requirements as discussed below and successfully perform in a Space Operations functional area assignment are initially qualified in their functional area. Officers will be afforded other space and Army unique educational opportunities based on the performance of duties and the needs of the Army as they progress through their careers.

(1) *Captain.* Space Operations functional area experience as a captain is not a requirement for promotion to major, but could enhance selection to the Information Operations Career Field.

(2) *Major.* A Career Field Designation Board will designate officers into one of the four OPMS XXI Career Fields after selection to major. Those officers selected for FA 40 in the Information Operations Career Field will then serve primarily in their functional area, with an occasional opportunity for assignment to an officer generalist (01A) to include ROTC, USMA faculty and staff and Inspector General. Initially, majors attending the Command and Staff College resident phase at Fort Leavenworth, Kansas, must attend the current space elective course. Those not selected for the resident course should apply for the nonresident corresponding studies course. They must also attend the Interservice Space Fundamentals Course. Majors who complete MEL 4 training and have served a total of 36 months in an FA 40 position (to include space-related schooling or training) are functional area qualified. Some will complete graduate school or other civilian training opportunities to reinforce additional skills required for certain Space Operations assignments. They will compete only against other officers in the Information Operations Career Field for promotion to lieutenant colonel.

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions where they can fully use their knowledge of the Army and their functional area. Officers who have completed 24 months in a FA 40 position (to include space-related schooling or training) as a lieutenant colonel are considered functional area qualified to compete for promotion to colonel.

(4) *Colonel.* All Space Operations officers selected for colonel should apply for the U.S. Army War College Distance Education Course (nonresident) if not selected for resident Senior Service College. FA 40 colonels will primarily serve as Space Operations officers on MACOM, HQDA or joint staffs as senior practitioners in their functional area. Some colonels may receive officer generalist (01A) assignments.

*b. Officer generalist (01A) assignments.* Space Operations officers can expect to serve in officer generalist (formerly branch immaterial) assignments. These duty positions require a broad understanding of Army leadership, doctrine, policy, force structure

and management and are not identified with or limited to one specific branch or functional area. These billets ensure Space Operations officers continue to sustain the knowledge and understanding of the operational force and include ROTC, USMA faculty and staff and Inspector General. As a minimum, officers can expect to complete one 24 to 36 month officer generalist (01A) assignment prior to selection for colonel.

*c. Joint assignments.* Space Operations functional area positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and will be designated as a Joint Specialty Officer (skill identifier 3L) upon successful tour completion. Space Operations officers are not generally considered for joint duty assignments until selected for major. Not all Space Operations officers will receive joint assignments even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions. This will not preclude their selection to the rank of colonel.

**41–4. Assignment preferences and precedence**
The assignment sequencing in a functional area is not as rigid as that of a branch. However, the professional development of a Space Operations functional area officer has certain requirements to ensure all of the Army's Space Operations officers are well grounded in operations. Officers will receive their initial functional area training via the space elective at the Command and General Staff College or via the Interservice Space Fundamentals Course. The Space Operations Course will serve as the qualifying school for all Space Operations officers. (Officers serving in select areas, e.g. NASA, may submit a request for waiver identifying comparable training and/or experience.) FA 40 officers should also serve at least one assignment in an officer generalist (01A) position as part of their continued development.

*a. Preferences.* The Space Operations functional area has diverse opportunities that allow for numerous career development paths. The goal of the professional development of FA 40 officers is to produce officers highly skilled in conducting the space component of information operations. Assignments in the Space Operations functional area will be made to develop the officer's ability to achieve that goal. Requests from officers for assignments that do not contribute to achieving that goal may be rejected.

*b. Precedence.* Assignment to developmental functional area positions will have precedence, although there is flexibility on the sequence of assignments. Some Space Operations billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

**41–5. Duration of critical officer life cycle assignments**
Most assignments for Space Operations officers will be 24 to 36 months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths.

*a. Key Space Operations functional area qualification positions.* There are no specific Space Operations assignments required for functional area qualification. Completion of the space elective at the Command and General Staff College, the Interservice Space Fundamentals Course or, in the future, the Space Operations Course and successful completion of a Space Operations tour are the only requirements for functional area qualification at the field grade level. Space Operations officers will normally have successfully completed a previous functional area assignment before being assignment to a joint command.

*b. Space Operations functional area life cycle.* Figure 41-1 depicts a Space Operations functional area life cycle with examples of some developmental assignments.

**41–6. Requirements, authorizations and inventory**
*a. Goal.* The goal is to maintain a healthy, viable career path for Space Operations officers. The field grade inventory must be optimized in order to fulfill functional area and officer generalist (01A) authorization requirements and provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of Space Operations authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the SMDC Space Operations personnel proponent office or the Space Operations assignments officer at the U.S. Total Army Personnel Command (PERSCOM) Officer Personnel Management Directorate (OPMD).

**41–7. Key officer life cycle initiatives for Space Operations**
*a. Structure.* FA 40 positions will exist in Army division and corps headquarters staffs, major commands, joint commands and national agencies upon full implementation of OPMS XXI. The majority of Space Operations related billets are on MACOM and joint staffs.

*b. Acquire.* Space Operations officers comprising a particular year group are designated into the functional area during their 5th or 6th years of service. The criteria for selecting an officer to the Space Operations functional area includes type of civilian degree, grade point average, personal preference and manner of performance. Once selected for the rank of major, a Career Field Designation Board will designate all officers into a Career Field.

*c. Distribute.* The Functional Area Management and Development Division (FAMDD) in PERSCOM OPMD will manage all Space Operations officer assignments.

*d. Deploy.* FA 40 officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 40 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 40 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 40 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into Space Operations will compete within the Information Operations Career Field for promotion to lieutenant colonel and colonel.

*f. Develop.* FA 40 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. In addition to advanced military schooling opportunities, FA 40 officers become eligible for additional Space Operations training at various civilian educational institutions, to include the Training With Industry program, which prepares them for positions of increased responsibility as they progress through their careers.

*g. Separate.* FA 40 officers will separate from the Army the same manner as all other officers.

**41–8. Space Operations Reserve Component officers**
*a. General career development.* Reserve Component (RC) Space Operations officers serve in the same role as their Active Component (AC) counterparts. Therefore, RC Space Operations officer development objectives and qualifications basically parallel those planned for their AC counterparts. Junior officers must develop a strong foundation through assignments in their basic branches before specializing in FA 40. The quality and quantity of training that RC Space Operations officers receive prior to mobilization dictates, to a large extent, their wartime effectiveness. For more guidance on Reserve Component officer development, see chapter 7.

*b. Functional area qualification and development opportunities.* RC officers should strive for Space Operations assignments that yield the same developmental opportunities as their AC counterparts even though they are limited by geographical considerations. The

citizen soldier's dual role presents a unique challenge in pursuing such a distinct development program. To meet professional development objectives, RC Space Operations officers must be willing to rotate among Army National Guard (ARNG) and United States Army Reserve (USAR) Troop Program Units (TPU), the Individual Ready Reserve (IRR), and the Individual Mobilization Augmentee (IMA), IRR-Augmentee, Joint Reserve Unit (JRU), and Active Guard Reserve (AGR) programs. The need to provide as many officers as possible the opportunity to serve with troops in leadership and staff positions, as well as geographical considerations, necessitate these transfers. Additionally, there may be occasions when RC officers will be transferred to the IRR while they complete mandatory educational requirements. Such transfers should not be seen as impacting negatively on the officer's career. The success of an RC officer is not measured by the length of service in any one component or control group, but by the officer's breadth of experience, duty performance and adherence to the requirements described herein. Every attempt will be made to assign RC officers to FA 40 or officer generalist (01A) positions. Unlike their AC counterparts, geographic constraints limit the ability of RC officers to stay in FA 40 positions throughout their career. When barriers such as this deny the opportunity to successfully participate in the USAR, officers are encouraged to seek qualification and utilization in another functional area. RC FA 40 qualification standards are as follows:

(1) *Lieutenant.* N/A.

(2) *Captain.*

(a) Obtain basic branch qualification.

(b) Complete the Combined Arms and Services Staff School (CAS3).

(3) *Major.*

(a) Successfully complete at least 50 percent of Command and General Staff College or its equivalent.

(b) Successfully complete the Space Operations Course.

(c) Serve in a FA 40 position for minimum of 36 months (to include space related schooling or training).

(d) Officers are encouraged to obtain a master's degree from an accredited college or university in a space related discipline to reinforce additional skills required for certain Space Operations assignments.

(4) *Lieutenant colonel.*

(a) Successfully complete CGSC or its equivalent within 3 years after promotion to lieutenant colonel.

(b) Serve in a FA 40 position for minimum of 24 months (to include space related schooling or training).

(5) Colonel. All Space Operations officers selected for colonel should apply for the U.S. Army War College Distance Education Course (nonresident) if not selected for the resident course. They will primarily serve as Space Operations officers on MACOM or HQDA staffs as senior practitioners in their functional area, or may be assigned to an officer generalist (01A) position.

*c. Life cycle development model.* The Reserve Component life cycle development model for FA 40 officers is shown at figure 41-2.



**Figure 41-1. FA 40 life cycle development model (Active)**



**Figure 41-2. FA 40 life cycle development model (Reserve)**

**Chapter 42**
**Public Affairs Functional Area**

**42–1. Unique features of Public Affairs functional area**

a. *Unique purpose of Public Affairs functional area.* The Public Affairs (FA 46) functional area is an occupational specialty within the Information Operations Career Field where trained and experienced Public Affairs officers (PAO) respond to the requirements of the 21st Century information age. These officers provide their commanders with the expertise and guidance on conducting public affairs/information operations, which enhance a command's ability to collect, process and act on information. Since modern mass media and information technologies now involve the public immediately and intimately with events on the modern battlefield or in a peace-time garrison environment, Public Affairs officers must assist the commander in anticipating and dealing with the effects of mass media both on forward deployed forces and in the rear area while ensuring communication is maintained with internal and external audiences. With the technological advances in communications equipment, commanders cannot assume they will be able to control or monitor all of the information leaving the battlefield. As a result, Army public affairs programs will increasingly play a pivotal role in the overall ability of a command to meet its military objectives. The Public Affairs officer's principle function is to help the commander fight the information dimension of the modern battlefield. Public affairs is a potent information operations combat multiplier. The Department of the Army Chief of Public Affairs is the proponent for FA 46.

b. *Unique functions performed by Public Affairs functional area.* The public affairs (PA) mission is to keep the American people and the Army informed and to help establish the conditions that lead to confidence in America's Army and its readiness to conduct operations in peacetime, conflict and war. This includes providing information to the soldiers and employees on their roles, keeping families advised on what is happening, explaining to the American public through varied media what soldiers are doing, maintaining effective relationships with communities and stakeholder groups and dealing with the issues that arise from media coverage or community interaction.

c. *Unique features of work in Public Affairs functional area.*

(1) Work within Army Public Affairs requires the application of professional and technical skills from the military and civilian sectors. Public Affairs officers are personal staff officers or staff principals and supervise PA staff sections or attached PA units. They serve as the principal Public Affairs officer or on the PA staff at division level and higher. They serve as instructors at the Defense Information School (DINFOS), Fort Meade, Maryland, and other institutions. They provide public affairs coordination at all levels of command and lead public affairs units and organizations. They are responsible for effective execution of the public affairs core processes:

(a) *Public affairs planning.* The process of continuously assessing operational situations for public affairs implications, developing solutions and monitoring the effects of implemented public affairs operations. This includes:

1. Preparation of PA estimates and advising commanders and staff members on global information environment issues likely to impact operations.

2. Development of public affairs courses of action, risk assessments, PA annexes and plans, information strategies and preparation of PA guidance. Conducting research on audience attitudes and perceptions of policies, programs and information needs.

3. Monitoring ongoing PA operations, assessing effectiveness and adjusting plans and operations as required by events.

4. Supervising and executing the public affairs planning, policy, research and resource management functions. This involves anticipating public affairs issues, developing solutions and conducting follow-up analysis.

(b) *Execute information strategies.* The development and execution of synchronized campaigns for using all available and appropriate methods of communicating messages to inform internal (command information) and external (public information) audiences and maintain two-way communication with those audiences. This includes:

1. Acquisition of information to support message development.

2. Production of stories, news releases, media products or other information products from acquisition source material. This includes all aspects of editing and producing a final product.

3. Distribution of products to target audiences through an appropriate medium; leveraging all appropriate components of the global information environment to achieve maximum audience penetration.

4. Protecting information from inadvertent public release; enforcing security at the source procedures and monitoring the operational security (OPSEC) implications of public affairs operations.

(c) *Conduct media facilitation.* The process of assisting media representatives in covering Army operations; maximizing their access to soldiers while also maximizing the commander's access to the media. This process includes:

1. Assisting media entry into the area of operations.

2. Registering media representatives.

3. Orienting media on coverage ground rules and ensuring they understand security policies.

4. Arranging interviews and briefings; coordinating unit visits and unit escorts.

5. Providing thorough and timely responses to media queries.

6. Embedding media in operational units.

7. Establishing and maintaining liaison with news media representatives.

8. Advising the commander on the regulatory requirements and DOD/Army policies regarding the timely release of information.

(d) *Conduct Public Affairs training.* The process of providing or coordinating PA training for soldiers, civilian employees and family members, as well as specialty training for PA professionals. This includes:

1. Training conducted at the installation or home station.

2. Integration of public affairs training into staff exercises, field exercises and combat training center rotations.

3. Management and support of professional development programs and training to support lifetime career progression of PA soldiers and civilians.

(e) *Community relations.* The maintenance of effective community relations contributes to the morale of soldiers and their families, directly supports public understanding of America's Army, enhances the projection and sustainment capabilities of Army installations and garners hometown support for soldiers and their families. Specific community relations efforts include:

1. Evaluating community relations programs and public attitudes through formal, developed feedback mechanisms.

2. Development and management of community relations programs such as commander's councils and speaker's bureaus.

3. Managing community interface programs such as hotlines and complaint resolution activities.

4. Identifying and responding to community issues.

5. Planning and arranging comprehensive special events, open houses, tours, speaking engagements, exhibits and demonstrations.

6. Development and coordination of installation-community cooperative ventures and support arrangements.

(2) The Public Affairs functional area currently has two areas of concentration (AOC). They are:

(a) *General Public Affairs officer (FA 46A).* Includes the majority of public affairs practitioners who are trained to accomplish the functions outlined in paragraph 42-1c(1) above.

(b) *Broadcast officer (FA 46B).* Officers with a professional or educational background in electronic media or broadcast journalism. Such officers command or serve as staff officers in support of AFRTS networks and operations. Officers serve in this AOC following training and an initial qualification assignment in AOC 46A.

**42–2. Officer characteristics required**

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. General.* Public Affairs officers are tactically proficient as a result of successful branch qualification in a basic branch. This grounding in the operational Army is vital to success and credibility as a Public Affairs officer. Because of their role in information operations and duties which require them to explain the Army and its operations to a wide range of external and internal audiences, Public Affairs officers must maintain a sound grasp of Army doctrine and warfighting knowledge throughout their careers.

*c. Unique skills.* FA 46 officers form a pool of highly qualified communications and information operations officers capable of supporting tactical, operational and strategic level requirements in peace and war. FA 46 officers are required to display a wide range of skills, knowledge and attributes.

(1) *Interpersonal skills.* Public Affairs officers are part of a combined arms team. They must be skilled in building teamwork within their staff organization and recognize they often simultaneously belong to many teams; facilitating development of those teams. In addition, they must:

*(a)* Be effective, exemplary communicators with highly developed speaking and listening skills.

*(b)* Demonstrate outstanding leadership skills in both tactical and institutional environments; applying those skills in dealing with both military and civilian personnel.

*(c)* Have highly developed coaching, mentoring and facilitation skills.

(2) *Conceptual and decision making skills.* Public Affairs officers must have sound judgment and be both critical and creative in their thinking. They routinely operate in high level staff assignments where guidance may be minimal and close interaction with senior level decision makers is frequent. They work in a dynamic, high tempo environment and must be highly skilled, effective staff officers with the ability to synthesize data and to clearly communicate information. PAOs work independently and make decisions with little or no immediate supervision. The ability to work under pressure and deal positively with stress is essential.

(3) *Tactical and technical skills.* Public Affairs officers must exhibit proficiency in professional knowledge, judgment and warfighting. They apply skills from both the military and private sectors. They also must:

*(a)* Master and apply a comprehensive set of communication, public relations, counseling and advising skills to the accomplishment of public affairs missions.

*(b)* Incorporate and apply advanced automation and information management skills to the Public Affairs functional area.

*(c)* Be the Army's experts in all forms of personal and organizational communication, to include training others in communications skills.

*d. Unique knowledge.* Public Affairs officers are well versed in current Army organization, structure and doctrine. In addition, they:

(1) Possess a comprehensive knowledge of public relations, organizational communications and issue management.

(2) Remain current on developments in the civilian community for possible application to their area of expertise.

*e. Unique attributes.* Public Affairs practitioners must exhibit intellectual honesty with superiors and be unafraid to state and defend their convictions. Public Affairs officers must often deliver unpleasant news and persuade their superiors to approve or accomplish difficult or unattractive courses of action. They must:

(1) Possess a deep respect for the principles of Constitutional democracy. No one can effectively perform as an Army Public Affairs officer without a thorough knowledge of the Constitution and the conviction that the American people have a right to know.

(2) Realize they represent the Army and the commander first and have a specific mandate to help Army leaders gain and keep public support for Army Leadership goals.

(3) Understand a fundamental tenet of Army Public Affairs philosophy is that the best way to gain and maintain public support is to always tell the truth. Integrity is paramount.

(4) Be warfighters capable of leading change and accommodating ambiguity in the conduct of operations in the global information environment.

## 42–3. Critical officer developmental assignments

*a. General.* The goal of FA 46 development is to provide a successful career within the Information Operations Career Field while providing the Army world-class Public Affairs officers. All FA 46 officers begin their careers in one of the Army's accession branches. All attend branch basic and advanced courses and serve in branch qualifying positions as lieutenants and captains. Officers are designated to the Public Affairs functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and in some cases, civil schooling. Captains are not eligible for a Public Affairs assignment until they are qualified in their basic branch. Most officers will not receive a FA 46 assignment until selection to major and designation into the Information Operations Career Field as a Public Affairs officer.

*b. Functional area qualification and development.* Attendance at the Defense Information School's Public Affairs Officer Course (PAOC) is mandatory for all FA 46 officers prior to their first FA 46 assignment. FA 46 officers whose first Public Affairs assignment is with the Armed Forces Radio and Television Service (AFRTS) attend specialized training in the management and administration of AFRTS networks after attending PAOC. FA 46 officers assigned to AFRTS positions later in their career will attend this training en route to the assignment.

(1) *Captain.* Experience in the Public Affairs functional area at the grade of captain is not a requirement for promotion to major, but could enhance selection to the Information Operations Career Field during the Career Field designation process. FA 46 captain positions are key developmental billets, but in the current system are not crucial to career progression in the functional area. High potential officers are assigned as commanders of Public Affairs Detachments. Captains who have successfully completed 24 months of FA 46 duty and demonstrate strong potential may be considered for early attendance at funded graduate schooling in FA 46 related disciplines.

(2) *Major.* After selection to major, officers will be designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. Public Affairs officers in the Information Operations Career Field will then serve primarily in their functional area, with an occasional opportunity for assignment to a branch/functional area generalist (branch immaterial) position such as ROTC, USMA faculty and staff and Inspector General. FA 46 majors should aggressively seek key assignments as division/installation PAOs, nominative positions on the HQDA, DOD and joint staffs and as a Mobile Public Affairs Detachment (MPAD) commander. Majors who complete all required developmental training and have served successfully for at least 24 months in a Public Affairs assignment are considered qualified for promotion in their functional area. They will compete only against other officers in the Information Operations Career Field for promotion to lieutenant colonel. Of course, completion of Command and Staff College (CSC) is essential for all majors to be competitive for lieutenant colonel.

(3) *Lieutenant colonel.* Officers selected for lieutenant colonel should seek assignments of greater responsibility in their functional area or in branch/functional area generalist positions. FA 46 lieutenant colonels are generally assigned to senior staff positions, where they can fully use their knowledge of the Army and their functional area. High potential PAOs should seek functional area assignments to include: corps PAO, PAOs supporting other 3-star commands, division director and nominative positions on HQDA, DOD and joint staffs, and AFRTS network command slots. Officers should

achieve lieutenant colonel level functional area qualification described below prior to assignment as the FA 46 proponent activity director or assignment officer at PERSCOM.

*(a) Professional development.* FA 46 lieutenant colonels should achieve a graduate degree in a public affairs related discipline prior to primary zone consideration for promotion to colonel. Additionally, they are encouraged to seek professional accreditation through the Public Relations Society of America or the International Association of Business Communicators.

*(b) Functional area qualification.* FA 46 officers are considered functional area qualified and eligible to compete in the Information Operations Career Field for promotion to colonel if they have 48 months cumulative public affairs experience. They also must have served in one of the following positions:

*1.* Principal PAO for a 2-star or 3-star level commander for at least 18 months.

*2.* AFRTS lieutenant colonel level network commander for 24 months.

*3.* Director of an Office of the Chief of Public Affairs (OCPA) field operating activity. All FA 46 officers should have a minimum of 18 months time in field grade division/corps level or equivalent assignments, preferably as a PAO, prior to consideration for promotion to colonel.

(4) *Colonel.* All FA 46 colonels should complete resident or nonresident Senior Service College. As the senior practitioners in their functional area, they will primarily serve on joint, MACOM or HQDA staffs, or may be assigned to branch/functional area generalist positions. Key assignments include warfighting unified commanders and MACOM PAO slots, director of Army Broadcasting Service, or division chief billets on the HQDA and DOD public affairs staffs.

*c. Branch/functional area generalist assignments.* Public Affairs officers can expect to serve at least one branch/functional area generalist (01A coded) assignment such as ROTC, USMA faculty and staff and Inspector General. The goal is for all FA 46 officers to serve one 12 to 24 month branch/functional area generalist assignment prior to consideration for promotion to colonel.

*d. Joint assignments.* FA 46 officers will serve in joint environments whether or not they are formally assigned to a Joint Duty Assignment List (JDAL) position. Officers assigned to JDAL positions will meet all JPME requirements and attend the Joint Officers Public Affairs Course. Only officers who meet current regulatory requirements will be designated as Joint Specialty Officers (skill identifier 3L). FA 46 officers normally will not be considered for assignment to JDAL positions until they have served an initial Army FA 46 assignment and been selected for promotion to major. Since not all FA 46 officers will serve in JDAL assignments, this will not preclude their selection to the rank of colonel.

## 42–4. Assignment preferences and precedence

*a. Assignment sequencing.* Prior to their first FA 46 assignment, all officers will receive their initial functional area training at DINFOS. All Public Affairs officer assignments require incumbents to be graduates of the Public Affairs Officers Course (PAOC). In addition to the PAOC requirement, FA 46B assignments require incumbents to be graduates of the DINFOS Broadcast Management Course. It is extremely important that an officer's first FA 46 assignment be to a position where he or she is personally supervised or mentored by a senior PAO and work with Public Affairs non-commissioned officers.

*b. Precedence.* Some FA 46 billets will be designated as requiring Advanced Civil Schooling or Training With Industry. Officers assigned to those positions must complete the required courses prior to reporting to their duty assignments. Officers who have successfully completed TWI programs will be assigned to positions which provide the Army maximum benefit from this highly valuable form of training.

## 42–5. Duration of critical officer life cycle assignments

*a. General.* Most assignments in public affairs will be 24 to 36

months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require tour lengths specific to those regions.

*b. Key Public Affairs functional area qualification positions.* Public Affairs Detachment commanders will serve for 18 to 24 months. Mobile Public Affairs Detachment commanders will serve for 24 months. Assignment to installation, division, and corps PAO positions will be for a minimum of 24 months. AFRTS network commanders serve for 24 to 36 months per theater assignment policies.

*c. Public Affairs functional area life cycle.* Figure 42-1 depicts the Public Affairs life cycle model.

## 42–6. Requirements, authorizations, and inventory

*a. Goal.* The goal is sustain a cadre of highly qualified Public Affairs officers while providing a viable career path to colonel for high potential FA 46 officers. FA 46 officer inventory must be optimized to fulfill Public Affairs and branch/functional area generalist requirements while providing sufficient time for functional area qualification prior to consideration for promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of authorized FA 46 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 46 personnel proponent office at the PA Proponent Activity, Fort Meade, Maryland, or the FA 46 assignments officer at PERSCOM.

## 42–7. Key officer life cycle initiatives for Public Affairs

*a. Structure.* Public Affairs officers serve in all echelons worldwide. FA 46 positions exist in Army division and corps units, headquarters staffs, joint commands and national agencies.

*b. Acquire.* FA 46 officers comprising a particular year group are designated into the functional area between their 5th and 6th years of service. The criteria for selecting an officer to the Public Affairs functional area includes type of civilian degree, grade point average, personal preference and manner of performance.

*c. Distribute.* After designation into the Information Operations Career Field at the rank of major, all FA 46 officer assignments will be managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, at PERSCOM.

*d. Deploy.* Public Affairs officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 46 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 46 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Public Affairs officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the Information Operations Career Field will compete within their Career Field for promotion to lieutenant colonel and colonel to fill requirements for those grades.

*f. Develop.* PAO development is based upon institutional training, operational assignments and self-development. Effective development and sustainment of FA 46 skills and knowledge occurs throughout the FA 46 life cycle.

(1) *Training.* FA 46 institutional training includes the following elements:

*(a) Initial specialty training.* This training is conducted at DINFOS. All FA 46 officers attend the eight week Public Affairs Officer Course prior to their initial Public Affairs assignment. This course provides the basic set of knowledge and skills required to perform entry level Public Affairs officer duties. Those officers

selected for their first broadcast assignment will attend the Broadcast Managers Course at DINFOS following successful completion of PAOC.

*(b) Graduate level Advanced Civil Schooling (ACS).* Some FA 46 officers attend funded graduate school in a public affairs related discipline. Selection is competitive and normally occurs after the 8th year of service. Following graduation, officers are assigned to Army Educational Requirements System (AERS) designated utilization positions. Utilization tours may be deferred if needed to realize maximum benefit for the Army, and when deferral best meets the professional development needs of the officer.

*(c) Training With Industry (TWI) program.* High potential officers spend from 10 to 12 months training with leading print, broadcast and public relations companies. Following graduation, they are assigned to AERS designated positions. The nomination process for TWI is similar to the ACS program process mentioned above, but officers must have completed CSC, have 24 months public affairs experience and be highly competitive for promotion.

*(d) Combined ACS/TWI program.* This highly competitive program places an officer in a program which combines graduate level schooling with a TWI assignment. At the completion of an 18 month program the officer receives a graduate degree in public communication along with TWI experience at a leading international Washington D.C. based public relations firm. The officer then serves a utilization tour in the Office, Chief of Public Affairs or as the PA assistant to a senior Army leader.

*(e) DOD Advanced Public Affairs Course.* Sponsored by the American Forces Information Service. This graduate level course, taught at a major university, is geared toward public relations research and management, and can be applied toward a graduate communication degree.

*(f) Command and Staff College (CSC).* All FA 46 officers should complete either resident or nonresident MEL 4 requirements.

(2) *Operational assignments.* PAOs should serve in both operational and institutional assignments. PAOs should have least 18 months cumulative field grade division/corps level or equivalent public affairs experience prior to primary zone consideration for promotion to Colonel.

(3) *Self-development.* PAOs must pursue an aggressive self-development program. Membership and accreditation by a relevant professional organization is strongly encouraged. Professional reading and research are key to maintaining both strategic and tactical skills and knowledge. PAOs must maintain currency with doctrinal developments, joint PA policies and procedures, and overall U.S. political, economic and military strategies. All PAOs must be familiar with HQDA level strategic communications programs and goals.

*g. Separate.* Public Affairs officers will separate from the Army in the same manner as all other officers.

## 42–8. Public Affairs Reserve Component officers

*a. General career development.* Reserve Component FA 46 officer development objectives and qualifications parallel those of their Active Component colleagues. Since the majority of tactical Public Affairs assets are in the Reserve Component, RC Public Affairs officers can expect periodic active duty deployments in support of ongoing Army and joint missions. This mandates an equivalent development program for RC FA 46 officers.

*b. Public Affairs Reserve Component functional area qualification and development.* Development and qualification will be equivalent to the Active Component. Greater use of distance learning approaches will be used to ensure delivery of required training and education to RC officers. Reserve Component PAOs should seek the same developmental opportunities as their AC counterparts or equivalent opportunities available in the Army National Guard or U.S. Army Reserve. RC officers will not be awarded FA 46 until successful completion of the DINFOS Reserve Component PAOC (PAOC-RC) or resident AC course. RC officers enrolled in PAOC may serve in a public affairs billet prior to completion. PAOC must be completed within 3 years of enrollment. Qualification requirements for award of the FA 46B AOC are the same as for AC

officers. Successful completion of PAOC is required prior to assumption of PA TOE unit command. Qualification requirements may be waived only with the concurrence of the Chief, Army Public Affairs.

*c. Life cycle development model.* The Reserve Component life cycle development model is shown at figure 42-2.



| Years of Service | 0 | 5 | 10 | 15 | 20 | 25 | 30 |
|---|---|---|---|---|---|---|---|

| | CPT | MAJ | LTC | COL |
|---|---|---|---|---|
| **Officer PME** | Captains Career Course | CSC | SSC | |
| **Functional Area Training and Education** | PAOC<br>BMC<br>ACS (following first 24 months of FA 46 experience) | PAOC    DODJPAC<br>BMC      JOPAC<br>ACS      ACS/TWI Program<br>TWI | ACS      ACS/TWI Program<br>TWI<br>DODJAPAC<br>JOPAC | CPA Fellowship<br>DODJAPAC<br>JOPAC |
| **Functional Area Qualifying** | Officer must be branch qualified prior to PAOC attendance and first FA 46 assignment<br>PAOC required prior to initial FA 46 assignment, plus BMC prior to initial ABS/AFRTS assignment | 24 months of field grade FA 46 service<br>(PAOC required prior to initial FA 46 assignment, plus BMC required prior to initial ABS/AFRTS assignment) | 18 months as the principal PAO for a MG/LTG command or 24 months as AFRTS LTC level commander or OCPA Field Operating Agency Director<br>48 months cumulative field grade FA 46 service | Assignment as Unified Command PAO requires 24 months as MACOM or ASCC PAO (waivable upon agreement of CPA and gaining Commander) |
| **Developmental** | PAD Commander<br>Brigade PAO<br>Division/Corps PA staff<br>ASCC/ABS/MACOM PA staff officer<br>HQDA PA action officer<br>Speechwriter<br>ROTC/USMA Faculty and Staff | Division/Installation PAO<br>MG Command PAO<br>MPAD Commander<br>AFRTS Network Commander<br>DA Senior Leader PA assistant<br>FA 46 Assignment Officer<br>Corps PA staff<br>TAACOM PAO<br>Brigade/COSCOM PAO<br>ASCC/MACOM/HQDA/ABS/ Joint/DOD PA staff officer<br>DINFOS Faculty/Staff<br>Speechwriter<br>ROTC/USMA Faculty and Staff<br>Officer Generalist Billets | LTG Command PAO<br>AFRTS Network Commander<br>Director, PA Proponency<br>Editor, Soldiers Magazine<br>DA Senior Leader PA asst<br>Joint/DOD Senior Leader PA assistant<br>FA 46 Assignment Officer<br>ASCC PA staff officer<br>MACOM/HQDA/ABS/DOD/ Joint PA staff officer<br>DINFOS Faculty/Staff<br>Speechwriter<br>Officer Generalist Billets | ASCC/MACOM/Unified Command PAO<br>OCPA Division Director<br>DINFOS Commandant<br>ABS Commander<br>Director, Defense Information<br>Deputy CPA<br>Director, AFRTS-BC<br>ABS Network Cdr<br>Joint PAO Staff |

**Figure 42-1. FA 46 life cycle development model (Active)**



| Years of Service | 0 | 7 | 14 | 21 | 24 | 30 |
|---|---|---|---|---|---|---|
| | | **CPT** | **MAJ** | **LTC** | **COL** | |
| **Officer PME** | | Captains Career Course | CSC | SSC | | |
| **Functional Area Training and Education** | | PAOC (or equivalent PAOC-RC) BMC | PAOC (or equivalent PAOC-RC) BMC | DODJCC JOPAC BMC | CPA Fellowship DODJAPAC JOPAC | |
| **Functional Area Qualifying** | | Officer must be branch qualified prior to PAOC enrollment and first FA 46 assignment PAOC must be completed within three years of initial enrollment Successful PAOC completion required prior to assumption of PA TOE unit command | 24 months of field grade FA 46 service Training requirements at left apply. BMC completion required prior to BPAD command. | 48 months cumulative field grade FA 46 service | | |
| **Developmental** | | Division PA Staff ASCC/MACOM PA Staff (IMA) State TAG PA Staff PA TOE Unit Staff | Division PAO MG Command PAO State TAG PAO MPAD/BPAD Commander Corps PA Staff (IMA) Brigade/COSCOM PAO ASCC/MACOM/OCPA PA Staff (IMA) DINFOS Staff (IMA) PA TOE Unit Staff NGB-PA Staff | PCH/PAOC Commander LTG Command PAO State TAG PAO ASCC/MACOM/OCPA PA Staff Officer (IMA) Joint IMA Positions NGB PA Staff | Senior IMA Billets State TAG PAO | |

Figure 42-2. FA 46 life cycle development model (Reserve)

DA PAM 600–3 • 1 October 1998

# Chapter 43
## Information Systems Management Functional Area

### 43–1. Unique features of Information Systems Management functional area

*a. Unique purpose of Information Systems Management functional area.* The Information Systems Management functional area (FA 53) provides the Army with a core of professional information systems managers to support the nation's full spectrum dominance strategy for the 21st Century. Information Systems Management officers possess the requisite aptitude, training, education and technical expertise required to plan, manage, administer and maintain computer systems, computer networks and associated information systems resources in support of Army and the Department of Defense operations worldwide. FA 53 is a functional area within the Information Operations Career Field and is affiliated with the Signal Regiment. The Chief of Signal is the proponent for FA 53.

*b. Unique functions performed by Information Systems Management functional area.* FA 53 is a vital part of the Army's ability to leverage technological opportunities and achieve information dominance in the 21st Century. This functional area concentrates on the management of computer information systems and networks. On the battlefield and in routine domestic operations, commanders are inundated with real-time information from a multitude of sources. As future generations of information systems are fielded, the Army's ability to collect information will further accelerate, thereby increasing the requirement to rapidly process the data and formulate decisions. To meet this need, FA 53 officers are developed through a comprehensive approach to personnel management which includes progressive training, education and repetitive assignments in this highly technical area. They provide experience in the planning process, operations and information systems arenas and are the link which ties together the Army's warrior and cyber skills. FA 53 has one area of concentration, 53A, Information Systems Management. Information Systems Management officers:

(1) Supervise automated information processing for units, installations and activities.

(2) Advise commanders and staff on computer information systems policy and technical matters.

(3) Plan and manage the integration of hardware, software and data communications at the user interface level.

(4) Supervise the installation, operation and administration of all computer systems and local area networks at all organizational levels to include multinational, joint and Service agencies.

(5) Translate mission needs into computer systems requirements and help to define functional requirements.

(6) Evaluate and optimize efficiency of computer network resources.

(7) Perform economic analysis, and plan, program and budget for information systems resource requirements (equipment, people and facilities).

(8) Develop and implement procedures for the local procurement, storage, distribution and control of commercial computer system products.

(9) Manage computer information systems resources, maintenance programs and logistics support.

(10) Establish procedures for effective and efficient use of computer systems resources.

(11) Develop, implement and manage data base management systems and local area networks.

(12) Establish and prioritize computer systems goals and objectives at various levels.

(13) Write and maintain accreditation plans for computer systems.

(14) Develop and manage information security procedures.

(15) Configure and maintain firewalls; provide networking security.

(16) Develop and coordinate procedures for contingency operations during system emergencies, outages, degraded operations, or downtime for maintenance.

(17) Design and maintain the installation of web sites.

(18) Develop and conduct customer education programs.

*c. Unique features of work in Information Systems Management functional area.* Work within FA 53 requires the application of technical skills employing both military and civilian systems to tactical concepts. Information Systems Management officers:

(1) Serve as the principal information technology (IT) staff officer at brigade level and higher.

(2) Serve as an IT instructor at the United States Military Academy, the Naval Post Graduate School, or the U.S. Army Computer Science School.

(3) Provide IT coordination at all levels of command.

(4) Solve technical problems through team work and joint intellectual efforts.

(5) Apply technical skills using both military and non-military equipment and tools. Success is achieved by the application of technical expertise.

(6) Possess an understanding of tactical skills and concepts, which is important for information technology staff officers supporting brigades, divisions and corps.

(7) Are responsible for satisfying customers in the Operations Career Field where contact is frequent, requirements are complex and rapidly changing (in tandem with technological changes), and customer feedback helps to develop information technology goals and objectives.

### 43–2. Officer characteristics required

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

(a) *Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

(b) *Duty.* Fulfill your obligations.

(c) *Respect.* Treat people as they should be treated.

(d) *Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

(e) *Honor.* Live up to all the Army values.

(f) *Integrity.* Do what's right, legally and morally.

(g) *Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 53 officers must fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition, they:

(1) Routinely serve in staff positions where guidance is minimal and close interaction with senior level decision makers is routine.

(2) Apply highly technical information concepts to more generalized military unique issues.

(3) Are well versed in information systems, and capable of clearly and accurately communicating this technical expertise in either written or oral communications.

(4) Are extremely adept at organizing workload, assigning tasks and mentoring civilian and military subordinates.

(5) Possess interpersonal skills that emphasize consensus building and that influence peers and other policy makers.

(6) Speak, write and brief tactical, operational and strategic concepts effectively.

(7) Possess information systems operational knowledge/experience.

(8) Possess managerial and executive skills commensurate with various staff levels.

(9) Systematically analyze problems and develop alternative solutions.

(10) Implement plans and orders at tactical level or higher.

(11) Formulate and defend solutions to tactical, operational and strategic problems using current Army and joint doctrine.

(12) Integrate, coordinate and direct staff functions as a principal IT staff officer.

(13) Assess, allocate and integrate forces required to execute tactical, operational and strategic plans.

(14) Translate "IT language" into language understood by the customer.

(15) Create IT vision for the warfighter, commander or other customer.

*c. Unique knowledge.* FA 53 officers must remain up-to-date on Army organization, structure and doctrine. They also:

(1) Possess the technical expertise and understanding of information systems technology relative to their functional area.

(2) Remain current on developments in the civilian community for possible application to their area of expertise.

(3) Understand and keep current with computer science and information management technology developments.

(4) Understand the capabilities and limitations of tactical, theater and strategic information systems.

(5) Understand basic interfaces of joint and multinational information systems.

(6) Understand missions, roles and functions of major organizations and agencies within DOD.

*d. Unique attributes.* FA 53 officers must be warfighters who possess the highest standards of discretion, integrity and professional ethic. In addition, they will:

(1) Effectively communicate vision, purpose and direction.

(2) Be technology and training oriented.

(3) Think in the abstract and often solve problems through visioning.

(4) Be technology and training oriented.

## 43–3. Critical officer developmental assignments

Officers are usually designated in the Information Systems Management functional area between their 5th and 6th years of service. Captains are not generally considered for a FA 53 assignment until they are branch qualified in their basic branch. Many officers do not serve in a FA 53 position until selection for major and designation through the Career Field Designation Board process to the Information Systems Management functional area in the Information Operations Career Field.

*a. Functional area qualification and development.* Officers who complete the Systems Automation Course (SAC) and successfully perform in an FA 53 assignment are initially qualified in their functional area. As officers progress through their careers, they will be afforded other functional area and Army unique educational opportunities based on their performance of duties and the needs of the Army. All FA 53 positions are considered functional area qualifying positions.

(1) *Captain.* Officers receive FA 53 designation between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and civil schooling. An officer selected for FA 53 is eligible for an FA 53 assignment after branch qualification (usually after successful company command) in their basic branch. Branch qualified FA 53 captains are encouraged to work in a Information Systems Management assignment to gain the necessary experience and hone their automation skills prior to Career Field designation as a major. FA 53 experience as a captain is not a requirement for promotion to major, but could enhance final selection to the Information Systems Management functional area and the Information Operations Career Field. Captains selected for fully funded Advanced Civil Schooling (ACS) or Training With Industry (TWI) with a follow-on assignment as an FA 53 officer are candidates for Career Field designation into FA 53 upon selection to major. Typical developmental assignments include:

*(a)* Brigade automation management officer (AMO).

*(b)* AMO on division/corps/theater level staff.

*(c)* Systems automation officer at MACOM/HQDA/DOD/joint/multinational level.

*(d)* Instructor/combat developer on TRADOC school/United States Military Academy (USMA) staff.

(2) *Major.* After selection to major, officers are designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. FA 53 officers will then serve primarily in their functional area, with an occasional opportunity for assignment to a branch/functional area generalist position to include USMA faculty

and staff, ROTC and Inspector General. A branch/functional area generalist assignment ensures FA 53 officers continue to sustain the knowledge and understanding of the operational force. All FA 53 majors should complete either resident or nonresident Command and Staff College (CSC). Selected FA 53 officers will complete graduate school or other civilian training opportunities to prepare them for FA 53 assignments requiring additional skills. Majors who complete CSC (MEL 4) and have served a total of 24 months in FA 53 positions are functional area qualified (credit will be given for up to 12 months of graduate level education). Officers are encouraged to pursue a specialty related graduate degree or specialty related industry certification program. FA 53 majors will compete only against other officers in the Information Operations Career Field (IOCF) for promotion to lieutenant colonel. Typical developmental assignments include:

(a) Division automation management officer (DAMO).

(b) Division combat service support AMO (CSS AMO).

(c) Corps/theater level staff AMO.

(d) Automation staff officer at MACOM/HQDA/DOD/joint/multinational level.

(e) Director of Information Management (DOIM) at installation level.

(f) Instructor or combat developer at a TRADOC school or the USMA.

(g) Assistant TRADOC System Manager (TSM).

(3) *Lieutenant colonel.* Lieutenant colonels are generally assigned to senior staff positions, where they can fully use their knowledge of the Army and their functional area. Since there are fewer branch/functional area generalist assignment possibilities at this grade, officers will mainly serve in their functional area. Officers who have completed 48 months cumulative service in FA 53 are considered functional area qualified and eligible to compete for promotion to colonel. Typical developmental assignments include:

(a) Corps automation management officer (CAMO).</title>

(b) Corps/theater CSS AMO.

(c) Chief, information systems support branch at theater level.

(d) Director/chief at MACOM/HQDA/DOD/joint/multinational staff level.

(e) Staff leader/instructor at an Army/DOD school.

(f) Director of Information Management (DOIM), sustaining base installation.

(4) *Colonel.* The goal is to have all FA 53 officers selected for colonel attend the Senior Service College. As senior practitioners in their functional area, they will primarily serve as FA 53 officers on MACOM or HQDA staffs or may be assigned to branch/functional area generalist positions. Typical developmental assignments include:

(a) Deputy chief of staff for information management (DCSIM).

(b) Director/deputy director/chief at MACOM/HQDA/DOD/joint/multinational staff level.

(c) Director, Army Computer Science School.

b. *Branch/functional area generalist assignments.* Branch/functional area generalist positions are those billets, such as ROTC, USMA faculty and staff and Inspector General, which are not identified with a specific branch or functional area. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

c. *Joint assignments.* Some FA 53 positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and will be designated as a Joint Specialty Officer (skill identifier 3L) upon successful tour completion. FA 53 officers are not generally considered for joint duty assignments until selected for major. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all FA 53 officers will receive joint assignments. This will not preclude their selection to the rank of colonel.

## 43–4. Assignment preferences and precedence

The assignment sequencing in a functional area is not as rigid as that of a branch. However, the professional development of an FA 53 officer does have certain requirements. This ensures all of the Army's FA 53 officers are well grounded in Information Systems Management. Officers will receive their initial functional area training through the Systems Automation Course (SAC). As part of their continued development, they should seek civilian education opportunities as well as serve at least one assignment in a branch/functional area generalist position.

a. *Preferences.* Although not required, FA 53 officers are encouraged to obtain a master's degree in one of the fields of study listed in paragraph 43-7b and/or obtain certification from civilian industry in an area related to information technology.

b. *Precedence.* All officers will attend the Systems Automation Course (SAC) or obtain a master's degree in one of the fields of study listed in paragraph 43-7b prior to the initial assignment to their functional area. Some FA 53 billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

## 43–5. Duration of critical officer life cycle assignments

Most assignments for FA 53 officers will be 24 to 36 months in length. Tours may be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths.

a. *Key Information Systems Management qualification positions.* Completion of applicable level courses and the minimum duration of FA 53 assignments as outlined in paragraph 43-3 are required for functional area qualification. Before assignment to a joint command, FA 53 officers will normally have successfully completed a previous FA 53 assignment.

b. *Information Systems Management functional area life cycle.* Figure 43-1 depicts the functional area qualification requirements and developmental assignments by grade.

## 43–6. Requirements, authorizations and inventory

a. *Goal.* The goal is to maintain a healthy, viable career path for FA 53 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist authorization requirements as well as provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

b. *OPMS XXI implementation.* The number of FA 53 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact the FA 53 personnel proponent at Fort Gordon (Office Chief of Signal) or the FA 53 assignments officer at PERSCOM.

## 43–7. Key officer life cycle initiatives for Information Systems Management

a. *Structure.* FA 53 officers serve at all echelons worldwide. FA 53 positions exist in Army division and corps units, headquarters staffs, joint commands and national agencies. The majority of FA 53 related billets are located in the Washington, DC vicinity.

b. *Acquire.* FA 53 officers are accessed in two ways:

(1) Officers of a particular year group are designated into the functional area between their 5th and 6th years of service.

(2) The majority of officers are designated into this functional area by a Career Field Designation Board after being selected for promotion to major. The criteria for selecting an officer to the functional area includes type of civilian degree, grade point average, personal preference and manner of performance. Officers seeking selection to this functional area should have an undergraduate degree in, or related to, one of the disciplines listed below.

(a) Information Systems Management.

(b) Computer Science Engineering.

(c) Telecommunication Management.

(d) Computer Science.

(e) Computer Engineering (AI).

(f) Systems Engineering.

*c. Distribute.* After designation into the Information Operations Career Field at the rank of major, all FA 53 officer assignments will be managed by the Functional Area Management and Development Division (FAMDD), Officer Personnel Management Directorate, at PERSCOM.

*d. Deploy.* Information Systems Management officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 53 officers must be deployable to accomplish missions across the full spectrum of conflict. Information Systems Management officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Information Systems Management officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Captains will compete for promotion to major within the Army Competitive Category. Upon selection to major, FA 53 officers in the Information Operations Career Field (IOCF) will compete for promotion to lieutenant colonel and colonel against other officers within the IOCF.

*f. Develop.* FA 53 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. FA 53 officers attend the Systems Automation Course at Fort Gordon, Georgia. Selected officers will attend Training With Industry (TWI) where the officers work first hand with civilian industry to learn new and emerging technology. Some of the FA 53 billets require officers with specialized degrees. Fully-funded advanced civilian educational opportunities in the FA 53 arena are available, which prepares them for positions of increased responsibility. Additionally, officers who have graduate credits can apply for the degree completion program to complete the degree at their own expense. FA 53 officers are also encouraged to complete civilian certification programs related to information systems technology.

*g. Separate.* FA 53 officers will separate from the Army in the same manner as all other officers.

## 43–8. Information Systems Management Reserve Component officers

*a. General career development.* Reserve Component (RC) Army National Guard (ARNG) and U.S. Army Reserve (USAR) Information Systems Management officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a significant challenge for professional development. To fulfill its wartime mission of managing information systems and providing information systems expertise at all levels of command including multinational and joint service, the Information Systems Management officer is dependent upon extensive interaction between the AC and the RC. The quality of the Information Systems Management officers in the ARNG, USAR and in the Individual Ready Reserve (IRR) is vital to support this mission. For guidance on Reserve Component officer development, see chapter 7.

*b. Functional area qualification and development opportunities.*

(1) Information Systems Management officers in the RC have challenging and complex missions. Inherent with these missions are specific managerial and technical attributes for supervising automated activities, translating mission needs to computer system requirements, budgeting for information systems requirements, developing/managing information systems, and conducting technical inspections (TI). FA 53 officers must be tactically and technically proficient and capable of understanding the scope of an Information Systems Management officer's duties. A requirement for proficiency in both peacetime and wartime skills usually means a wide variety of educational opportunities and challenging assignments. Planned rotation into progressively challenging FA 53 related positions is essential to producing the best qualified Information Systems Management officer.

(2) Geographic dispersion of Information Systems Management positions constrains RC career progression. To meet professional development objectives, RC Information Systems Management officers should be willing to rotate between assignments with Troop Program Unit (TPU) organizations, IRR, Individual Mobilization Augmentee (IMA) and ARNG positions. Often there are insufficient numbers of positions in a geographic area to continue in Information Systems Management functional area assignments. If geographic constraints are such that the assignment to an Information Systems Management position is not possible, officers should seek assignment in their basic branch or a related functional area required in the geographic region.

(3) TDA organizations host most RC Information Systems Management officer assignments. Their duties and responsibilities are fundamentally the same as their AC counterparts except for those personnel management, administrative and operational requirements unique to the ARNG and USAR.

(4) Officers in the IRR may find assignments in reinforcement units (RTU), IMA positions in Active Component organizations, installations or HQDA agencies, as well as tours of Active Duty for Special Work (ADSW) or annual training. Officers may seek assignment in the IRR for completing professional military education (PME) requirements.

(5) Officers who acquire Information Systems Management skills, knowledge and attributes in a civilian workplace may apply for constructive credit to award FA 53. Candidates should submit requests for constructive credit with supporting documents through their Army National Guard or U.S. Army Reserve component chain of command to Commander, USASC&FG, Office Chief of Signal, ATTN: ATZH-POO, Fort Gordon, Georgia 30905.

*c. Professional development.* There are four phases of professional development for RC Information Systems Management officers. The phases relate to military rank and depict broadly based goals and career opportunities at each rank so that an officer may expand capabilities and optimize performance. Information Systems Management life cycle development objectives, RC requirements and an officer's own strengths, priorities and performance influence his or her professional development. Typical duty assignments are found in paragraph 43-3a. Functional area qualification standards by grade are as follows:

(1) *Captain.* Qualification in Information Systems Management requires officers to complete the Systems Automation Course (SAC) at Fort Gordon and be assigned to a Information Systems Management position. Officers should also complete the Combined Arms and Services Staff School (CAS3) to be competitive for career progression. During this phase, officers are encouraged to pursue a specialty related graduate degree.

(2) *Major.* The primary professional development objective of an Information Systems Management major in the RC is to continue to strengthen Information Systems Management skills. During this phase, officers must enroll in and complete Command and Staff College level military education or its equivalent (50 percent completion required for promotion to lieutenant colonel). FA 53 majors are highly encouraged to pursue a specialty related graduate degree. Information Systems Management majors should serve a minimum of 24 months cumulative service in an Information Systems Management operations or operational support major position to be considered functional area qualified

(3) *Lieutenant colonel.* Lieutenant colonels can expect assignments to senior staff positions employing them in a variety of functional related positions. FA 53 officers should seek professional military education at the Senior Service College level. Information Systems Management RC lieutenant colonels are eligible for selection to the rank of colonel upon completion of the requisite service requirements listed in chapter 7 of this pamphlet. Lieutenant colonels remain eligible for promotion as long as they continue to serve in an active status and meet selection criteria. Information Systems Management lieutenant colonels should serve a minimum of 48 months cumulative service in FA 53 positions.

(4) *Colonel.* The primary objective for officers during this phase is maximum use of the officer's technical and tactical capabilities,

managerial skills and executive skills in positions of higher responsibility.

  *d. Reserve Component life cycle model.* The Reserve Component life cycle development model for FA 53 officers is shown at figure 43-2.



**Figure 43-1. FA 53 life cycle development model (Active)**

DA PAM 600–3 • 1 October 1998



Figure 43-2. FA 53 life cycle development model (Reserve)

# Chapter 44
# Simulations Operations Functional Area

## 44–1. Unique features of Simulations Operations functional area

*a. Unique purpose of Simulations Operations functional area.* High operational tempo (OPTEMPO) and reduced budgets will require increased Army utilization of simulations for training, rehearsals and combat development. The Army needs a group of officers to leverage advances in computer simulation technologies and assist field commanders to optimize training opportunities using simulations. The Director, National Simulations Center is the proponent for FA 57.

*b. Unique functions performed by Simulations Operations functional area.* Simulations Operations (FA 57) functional area officers plan and employ simulation systems in support of training, mission rehearsal, combat development and simulation based acquisition.

*c. Unique features of work in Simulations Operations functional area.* FA 57 officers work at all staff levels, and perform the following functions and tasks:

(1) Provide simulation expertise and coordination at all levels of command.

(2) Develop doctrine, organizations and equipment for the FA 57 mission area.

(3) Instruct FA 57 skills at service schools and Combat Training Centers.

(4) Provide service in positions requiring high level skills in acquiring, developing, managing and operating high technology military simulation systems.

(5) Serve in a wide range of activities to include simulation systems engineering, simulation system development and acquisition, simulation operations management and the application of simulation within the training exercises and military operations (TEMO), research, development and acquisition (RDA) and advanced concepts and requirements (ACR) domains.

(6) Serve as FA 57 advisors to Army National Guard and U.S. Army Reserve organizations.

## 44–2. Officer characteristics required

The Simulations Operations functional area requires officers skilled in leadership at all levels; steeped in tactics, techniques and procedures; and who are dynamic, competent and possess the following characteristics:

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) Leader skills. Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.*

(1) *Conceptual competence.* The ability to synthesize information and to clearly communicate information required to make timely decisions are critical skills. The uncertain conditions of operations demands mental endurance and agility, often under severe time constraints. FA 57 officers must effectively develop and communicate their vision, purpose and direction.

(2) *Interpersonal competence.* FA 57 officers are part of a combined arms team. They must be skilled in building teamwork within their organization and recognize that they often simultaneously belong to many teams. They must possess the ability to express themselves to their team members clearly, concisely and accurately, both orally and in writing.

(3) *Technical competence.* FA 57 officers must possess the necessary expertise to accomplish all tasks and functions of the functional area. They must be able to apply their technical knowledge and skills to solve problems in the TEMO, ACR and RDA arenas. They must be able to prepare and present clear and informative

briefings relating to their technical areas of expertise to their peers, subordinates and superiors.

(4) *Tactical competence.* FA 57 officers must show proficiency in required professional knowledge, judgment and warfighting. They must apply their doctrinal knowledge and understanding to the solution of tactical problems, and formulate and defend solutions to problems using current Army and joint doctrine.

(5) *Decision making skills.* FA 57 officers often work in an environment where time available for problem analysis is seriously constrained; but, where sound, timely decisions are urgent. Information gained in this environment will vary in its completeness and ambiguity. An ability to operate under stress and make decisions is critical to success.

(6) *Tactical and technical skills.* FA 57 officers must be warfighters who are technically proficient with functional area and mission using simulations, tools and systems. FA 57 mission success requires the proper balance between technical skills and the ability to understand and apply the appropriate skills at the right moment. These skills must be gained and developed through repetitive operational assignments and continuous professional study and self-development.

*c. Unique knowledge.* Simulations Operations officers must:

(1) Possess expert knowledge of various simulation systems and their employment.

(2) Possess expert knowledge of computers, communications and C4I systems and their employment.

(3) Understand the organization, structure and doctrine of the warfighting Army, other DOD simulation organizations, as well as other national, civil commercial and allied simulation activities.

(4) Possess expertise and knowledge to support military units and staffs at all levels in planning and executing realistic simulation training in dynamic, synthetic environments.

(5) Retain competency in the basic warfighting skills of their basic branch.

(6) Understand how to design and support efforts to test C2 configurations, C3I design concepts, doctrinal techniques, etc., through well-designed and properly controlled training experiments.

(7) Create a simulation environment for commanders and staffs to conduct structured, interactive training sessions linked through technology.

(8) Understand how to integrate technology with training and combat developments.

(9) Understand DOD and Army policies that govern the development and use of simulations.

(10) Design and implement unique simulation/C4I system federations, on short notice, to support contingency operations, mission planning and rehearsal.

*d. Unique attributes.* FA 57 officers must:

(1) Display systems management skills and the ability to understand, monitor and improve systems.

(2) Work and excel in a dynamic, complex and high-tempo environment performing functions that are typically not intuitive to the majority of their contemporaries.

(3) Integrate technology and training principles to accomplish the mission/task.

(4) Be familiar with the overall requirements for comprehensive integration of software, hardware, networks and communications to support simulation training activities.

(5) Possess the ability to think creatively and have a well developed ability to reason both critically and intuitively.

(6) Analyze and solve complex technical problems.

(7) Demonstrate intellectual honesty with superiors and be unafraid to state and defend convictions.

## 44–3. Critical officer developmental assignments

Some officers are designated in the Simulations Operations functional area between their 5th and 6th years of service. This designation is based upon the needs of the Army, officer preference, military experience, and in some cases civil schooling. FA 57 officers are not generally considered for functional area assignment until they are qualified in their basic branch.

*a. Functional area qualification and development.*

(1) *Captain.* Captains designated FA 57 will receive developmental training prior to any functional area assignment.

(2) *Major.*

(a) All Army Competitive Category officers will undergo a Career Field Designation Board upon selection for major. This board of senior officers will decide in which Career Field each officer is best suited to serve. Majors who receive the Simulations Operations functional area will be designated into the Information Operations Career Field. FA 57 officers will compete for subsequent promotions only within their designated Career Field. Assignments are managed in the PERSCOM Functional Area Development and Distribution Division (FAMDD) by the FA 57 assignment officer. FA 57 officers will receive both functional area and branch/functional area generalist (formerly branch immaterial) assignments such as ROTC, USMA faculty and staff and Inspector General. Every major should complete either resident or nonresident Command and Staff College (CSC).

(b) FA 57 majors will attend a Simulations Operations Officer Orientation course at the National Simulations Center (NSC) prior to the beginning of their initial FA 57 assignment.

(c) Completion of the orientation course and one year of successful experience in a FA 57 designated billet are the functional area qualification requirements for FA 57 majors.

(d) A substantial number of FA 57 billets are located within joint commands. FA 57 officers will be assigned into the joint arena as they progress through increasing levels of responsibility. An example of a joint assignment is service as the Director, Defense Modeling Simulation Office.

(e) Typical FA 57 assignments for majors include: division/MACOM/corps staff, joint/defense/Army staff, National Simulation Center (NSC) staff, Battle Simulation Center (BSC) staff, various acquisition and development agencies staffs and Reserve Component (RC) support.

(f) Majors should continue self-development efforts to become an expert in all aspects of simulation operations. Self-development should include correspondence courses, civilian education and institutional training. Officers should devote time to a professional reading program to broaden their technical and warfighting perspective.

(3) *Lieutenant colonel.*

(a) Officers selected for lieutenant colonel in the Information Operations Career Field should seek assignments of greater responsibility in the functional area and in branch/functional area generalist positions. The objective of lieutenant colonel professional development is greater contribution to the functional area and the Army. Critical FA 57 functional area qualifying assignments for lieutenant colonels include the following: primary staff officers at Battle Simulation Centers, staff officers at MACOM level, branch chiefs at the National Simulation Center, and project officers at simulation acquisition activities and RC simulation support activities.

(b) Lieutenant colonels may also serve in branch/functional area generalist positions.

(4) *Colonels.*

(a) The professional development objective for colonels is greater contribution to the functional area and the Army. Critical FA 57 qualifying assignments for colonels include the following: directors of Battle Simulation Centers, primary staff officers at the MACOM/Army/joint/defense level and division chiefs at the National Simulation Center.

(b) Officers selected for colonel should complete Senior Service College if selected.

*b. Branch/functional area generalist assignments.* All FA 57 officers can expect to serve in branch/functional area generalist (branch immaterial) assignments to include ROTC, USMA faculty and staff and Inspector General. These billets are not identified with a specific branch or functional area, but are important to the Army.

*c. Joint assignments.* FA 57 officers can expect to be considered for joint duty assignments worldwide. Joint experience is important to the Army and is essential to individual officers for their advancement into senior leadership positions.

*d. Other assignments.* FA 57 functional area officers may be assigned to organizations and duties beyond those indicated above. These other assignments may include White House Fellows, duty with the National Security Council, the United Nations, as well as FA 57 functional area representatives at Allied service schools. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled, and well-grounded officers.

## 44–4. Assignment preferences and precedence

*a. Preferences.* The Simulations Operations functional area has diverse career development path opportunities. The goal of the professional development of FA 57 officers is to leverage advances in computer simulation technologies and to optimize training opportunities using simulations. Assignments in the functional area will be made to develop the FA 57 officer's ability to achieve that goal. Requests from FA 57 officers for assignments that do not contribute directly to this goal must be fully justified.

*b. Precedence.* All officers will attend the Simulations Operations Orientation Course prior to their initial FA 57 assignments. Some FA 57 billets are designated as requiring advanced education. Officers assigned those jobs must have completed the necessary courses of instruction prior to reporting for duty.

## 44–5. Duration of critical officer life cycle assignments

*a. Key Simulations Operations functional area qualification positions.* Attendance at the Simulations Operations Orientation Course and one year successful performance in an FA 57 position will serve as qualifying experience. Specific positions may require completion of Advanced Civil Schooling or Training with Industry prior to full qualification.

*b. Simulations Operations functional area life cycle.* Figure 44-1 displays a FA 57 functional area timeline with functional area qualifying and developmental positions.

## 44–6. Requirements, authorizations and inventory

*a. Goal.* The goal is to maintain a healthy, viable career path for FA 57 functional area officers. To do this the field grade inventory must be optimized in order to meet functional area authorizations and to provide sufficient flexibility to support branch/functional area generalist positions.

*b. OPMS XXI implementation.* The numbers of authorized FA 57 billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on FA 57 authorizations and inventory are encouraged to contact the Simulations Operations proponency office or the PERSCOM OPMD FA 57 assignment officer.

## 44–7. Key life cycle initiatives for Simulations Operations

*a. Structure.* The Army has no plans to make significant changes to the structure of FA 57 organizations through FY 2006. There will be changes to the authorizations of those units based on the restructuring and recoding initiatives associated with the implementation of OPMS XXI. Other minor changes are possible due to the iterative nature of the restructuring and recoding process.

*b. Acquire.* Some captains will be designated into the Simulations Operations functional area between their 5th and 6th years of service. Other officers will receive the FA 57 functional area and Information Operations Career Field designations through a Career Field designation process immediately after selection for major.

*c. Distribute.* Assignment managers in PERSCOM FAMDD will manage all FA 57 assignments. The National Simulation Center (FA 57 proponency office) will work in close coordination with PERSCOM to ensure assignments are made in the best interests of both the officer and the Army.

*d. Deploy.* Simulations Operations officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 57 officers must be deployable to accomplish missions across the full spectrum of conflict. FA 57 officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Simulations Operations officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* OPMS XXI changes the manner of execution of two major actions which affect FA 57 officer career development.

(1) *Promotion.* The institution of Career Field based promotion boards is a significant but fundamental change. FA 57 functional area officers will compete for promotion only within the Information Operations Career Field, eliminating the double counting which occurred previously when officers competed in both their functional area and their basic branch. Additionally, the percentage of below-the-zone (BZ) promotions will decrease and officers will be eligible for BZ promotion one time for each grade. Promotion numbers and percentages should reflect Army and functional area requirements.

(2) *Officer Evaluation Report.* The OER will reinforce the linkage between officer development and OPMS XXI. Starting with captain, the rater and senior rater will recommend on the officer's OER the Career Field which best suits his or her abilities and interests.

*f. Develop.* FA 57 will offer some diversity for assignment and professional development. The increasing complexity of the technical skills required will mandate that some officers attend Advanced Civil Schooling or Training With Industry. Officer development will continue to occur through a methodical sequence of progressive assignments. Self-development continues to be an essential component of officer development.

*g. Separate.* The officer separation process remains unchanged.

## 44–8. Simulations Operations Reserve Component officers

*a. General career development.* Reserve Component officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their functional area before specialization begins.

*b. Functional area qualification and development opportunities.* Even though Reserve Component officers are limited by geographical considerations, they should strive for FA 57 assignments that yield the same developmental opportunities as their Active Component counterparts.

*c. Life cycle development model.* The Reserve Component life cycle development model for FA 57 officers is shown at figure 44-2.



**Figure 44-1. FA 57 life cycle development model (Active)**



**Figure 44-2. FA 57 life cycle development model (Reserve)**

Part Five
Operational Support Career Field

# Chapter 45
## Introduction to the Operational Support Career Field

### 45–1. Unique features of Operational Support Career Field (OSCF)

a. The Operational Support Career Field fits the evolving National, joint and Army strategy of "Shape, Respond, and Prepare" by blending elements of both shaping the international environment and preparing for the future. OSCF officers are warfighters who perform functions requiring in-depth experience and knowledge in positions spanning Service, joint, DOD and National Security level organizations and staffs as well as in national and international industrial and political environments. The Career Field Coordinator for the OSCF is the Commanding General, U.S. Army Materiel Command.

b. The functional areas that comprise the Career Field have been grouped together, in part, because of similar goals for experience, and because development and advancement of these groups is based upon requirements, statute and policy. In general, Operational Support Career Field officers will be expected to serve in positions of increasing responsibility with distinct and functional area specific development objectives.

### 45–2. Composition

a. The Foreign Area Officer (FAO) (FA 48) functional area provides the Army with a cadre of officers with in-depth experience and knowledge in political-military operations. FAOs provide specialized expertise concerning political-military considerations in support of senior Army and national decision makers. These officers use their regional expertise to advance U.S. interests in their areas of concentration and enhance the effectiveness of the Army in working with and interacting with foreign armed forces. Unique to FAO is a capability for up to 20% of a year group cohort to develop in the Operations Career Field and later transfer to the Operational Support Career Field, where they will serve in FAO positions for the remainder of their careers. See Chapter 46 for further discussion.

b. The Army Acquisition Corps (AAC) (FA 51) functional area develops, integrates, acquires and fields the systems critical to decisive victory in the 21st Century. AAC officers work closely with the user or user representative, acquisition leaders (military and civilian) and industry during the development and acquisition of systems. AAC officers bring to the acquisition process a first-hand knowledge of military operations combined with technical and managerial competence.

### 45–3. Career options

a. General considerations. Each functional area has its own career development pattern. Qualification in the two OSCF functional areas is addressed in detail in their respective chapters. Acquisition Corps officers have command and project/program manager opportunities within their functional area.

b. Branch/functional area generalist assignments. Based on requirements, OSCF officers may serve in officer generalist (01A) assignments prior to consideration for colonel. These assignments are intended to broaden the perspective and, in some cases, renew operational experiences for officers. Army Acquisition Corps officers can expect these assignments to be limited to 24 to 36 months. These officer generalist positions are found on headquarters staffs to include HQDA, joint staffs, multinational commands, and service school/USMA faculty and staff.

c. Joint assignments. There is considerable opportunity for FAOs to serve in joint assignments as Defense attaches or staff officers on joint staffs. AAC officers may serve in joint assignments, particularly in contracting and production related billets. There is a limited but important need for AAC Joint Service officers. Joint service broadens the knowledge base of individual officers, and the Army

perspective that these officers bring to the joint arena is valuable to the health of the Service. The provisions of Title 10, USC, specify that officers on the active duty list may not be appointed to the grade of brigadier general unless they have completed a full tour of duty in a joint duty assignment (JDA).

# Chapter 46
## Foreign Area Officer Functional Area

### 46–1. Unique features of Foreign Area Officer functional area

a. Unique purpose of Foreign Area Officer functional area. The Foreign Area Officer (FAO) functional area is designed to train and develop commissioned officers to meet worldwide Army requirements for officers possessing regional analysis expertise. It provides officers with opportunities to develop skills required for conducting and analyzing military activities that have economic, social, cultural, psychological or political impact. FAOs combine regional expertise, language competency, political-military awareness and professional military skills to advance U.S. interests. The FAO enhances the effectiveness of the Army in working and interacting with foreign armies and armed forces. As an attaché security assistance officer, political-military staff officer, intelligence staff officer, liaison officer or military instructor, the FAO can best be described as the Army's Soldier-Statesman. Foreign Area Officers are managed under the Operational Support Career Field. The Department of the Army Deputy Chief of Staff for Operations is the proponent for FA 48.

b. Unique functions performed by Foreign Area Officer functional area. Work within the FAO functional area requires the application of learned skills and knowledge, both military and civilian, in critical positions worldwide. FAOs, in many instances, are the sole Army and/or DOD representatives in foreign countries serving as executors of national security strategy or as key advisors to senior level commanders. They:

(1) Serve at embassies worldwide as Defense and Army attaché.

(2) Serve in critical positions, both CONUS and OCONUS, as security assistance officers.

(3) Provide critical advice to senior commanders while serving on division, corps, Army, MACOM and joint staffs.

(4) Represent Army interests and policies as liaison officers to foreign armies and armed forces.

(5) Train the leaders of the world while serving as instructors at the U.S. Military Academy, Command and General Staff College, National Defense University, Army War College and other military schools.

c. Unique features of work in Foreign Area Officer functional area.

(1) Foreign Area Officers serve worldwide in critical and sensitive positions requiring extensive regional analysis expertise and experience. The FAO functional area provides the Army with a cadre of officers with in-depth experience and knowledge in political-military operations.

(2) FAOs provide specialized expertise concerning political-military considerations in support of senior Army and national decision makers. The FAO's role combines regional expertise, language competency and political-military awareness.

(3) FAOs use their regional expertise to advance United States interests in their regional areas of concentration. A FAO's knowledge and skills amplify and build on the foundation of professional military knowledge, experience and values that an officer gains in a basic branch. The FAO program provides officers with opportunities to develop skills required for conducting and analyzing military activities that have economic, social, cultural or political impact. A FAO can serve as an attaché security assistance officer, political-military staff officer, liaison officer or political-military instructor.

(4) FAOs are trained as regional experts in one of the following

nine areas of concentration (AOC). Once trained, only in rare circumstances will officers be allowed to switch between areas of concentration.

*(a) Latin America (AOC 48B).* Mexico, Guatemala, Belize, Honduras, Nicaragua, El Salvador, Costa Rica, Panama, Venezuela, Colombia, Bolivia, Brazil, Ecuador, Peru, Chile, Argentina, Paraguay, Uruguay, Guyana and the Caribbean.

*(b) Europe (AOC 48C).* United Kingdom, Ireland, France, Norway, Netherlands, Belgium, Sweden, Denmark, Luxembourg, Germany, Austria, Switzerland, Italy, Spain, Portugal, Hungary, Bulgaria, Czech Republic, Slovak Republic, Poland, Albania, Croatia, Bosnia-Herzegovina, Serbia Montenegro, Macedonia, Finland, Romania, Greece, Liechtenstein, Malta, Monaco, Andorra, San Marino, Slovenia and Iceland.

*(c) South Asia (AOC 48D).* India, Bangladesh, Pakistan, Sri Lanka, Afghanistan, Nepal, Bhutan and the Maldives.

*(d) Eurasia (AOC 48E).* Russia, Belarus, Ukraine, Moldova, Armenia, Georgia, Kazakhstan, Uzbekistan, Kyrgyzstan, Turkmenistan, Tajikistan, Azerbaijan, Estonia, Latvia and Lithuania.

*(e) China (AOC 48F).* China, Taiwan, Macau and Mongolia.

*(f) Middle East/North Africa (AOC 48G).* Morocco, Algeria, Tunisia, Libya, Egypt, Sudan, Syria, Jordan, Israel, Lebanon, Saudi Arabia, Iraq, Kuwait, Oman, Bahrain, Yemen, Qatar, Iran, Turkey, Cyprus and United Arab Emirates.

*(g) Northeast Asia (AOC 48H).* Japan, South Korea and North Korea.

*(h) Southeast Asia (AOC 48I).* Indonesia, Malaysia, Thailand, the Philippines, Vietnam, Laos, Cambodia, Brunei, Singapore and Mayanmar.

*(i) Africa, South of the Sahara (AOC 48J).* Republic of Congo, Malawi, Botswana, Cote d'Ivoire, Somalia, Namibia, Niger, South Africa, Mauritania, Chad, Ethiopia, Kenya, Tanzania, Uganda, Democratic Republic of Congo, Zimbabwe, Cameroon, Nigeria, Benin, Ghana, Guinea, Liberia, Sierra Leone, Senegal, Guinea Bissau, Burundi, Mali, Rwanda, Angola, Swaziland, Lesotho, Mozambique, Central African Republic, Gabon, Madagascar, Equatorial Guinea, Togo, Sao Tome and Principe, Seychelles, the Gambia, Burkina Faso, Cape Verde, Comoros, Mauritius and Djibouti.

## 46–2. Officer characteristics required

The FAO functional area requires officers who are skilled in leadership at all levels; who are steeped in branch tactics, techniques and procedures; who possess strong Army values, leader attributes and leader skills; and who fully understand the key leadership actions that must be taken to assure success. Further, there are functional unique skills, knowledge and attributes that require professional development.

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 48 Officers must fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. Also, they:

(1) Possess the ability to think independently in both operational and strategic terms.

(2) Possess the academic acuity to obtain an advanced degree. The officer's undergraduate record and Graduate Record Exam (GRE) scores must be adequate for admission to quality graduate schools.

(3) Demonstrate the aptitude for language training by obtaining at least minimum scores on the Defense Language Aptitude Battery (DLAB) or by demonstrated proficiency in a foreign language (Defense Language Proficiency Test (DLPT)). Minimum DLAB score for designation as a Foreign Area Officer is 90. Minimum score for officers designated to study CAT I and II languages is 90. Minimum score for officers to study CAT III languages is 100 and CAT IV

languages is 110. Table 46-1 breaks down target languages by category.

(4) Routinely serve in positions where they are the Army and/or DOD sole representative.

(5) Routinely serve in staff positions providing political-military advice to senior level commanders.

(6) Routinely serve in positions where little guidance and oversight is provided requiring the officer to make decisions and provide guidance based on acquired knowledge and regional experience.

*c. Unique knowledge.* FAO functional area officers must remain up-to-date on Army organization, structure and doctrine. They must also:

(1) Know U.S. national security and national military strategies as well as foreign and security policy goals and objectives.

(2) Understand the interrelationships of DOD and non-DOD agencies and organizations tasked to carry out those policies, goals and strategies.

(3) Remain current on the political-military, economic, social and cultural issues relating to the FAO's AOC.

(4) Maintain fluency in their regional language. Minimum level of fluency is defined as scoring 2/2/2 on the DLPT with a goal of attaining 3/3/3.

*d. Unique attributes.* Foreign Area Officers must be warfighters who possess the highest standards of discretion, integrity and professional ethic. In addition:

(1) The officer must be eligible for sensitive positions requiring a high standard of personal security and behavior.

(2) The officer must be eligible for a Top Secret security clearance under Army Regulation 604-5.

(3) The officer's spouse and other family members must be U.S. citizens.

(4) The officer's spouse and other family members must be free of serious or chronic medical problems that would preclude world-wide assignment.

**Table 46–1**
**Language Proficiencies**

**Category:** I
**Language:** Danish, Dutch, French, Haitian Creole, Italian, Norwegian, Portuguese, Spanish, Swahili, Swedish DLAB: 90
**Minimum standard (listen/read/speak):** 2/2/2

**Category:** II
**Language:** German, Hindi, Indonesian, Malay, Urdu DLAB: 90
**Minimum standard (listen/read/speak):** 2/2/2

**Category:** III
**Language:** Amharic, Bengali, Bulgarian, Burmese, Cambodian, Czech, Finnish, Greek, Hebrew, Hungarian, Lao, Persian, Polish, Russian, Serbo-Croatian, Tagalog, Thai, Turkish, Ukrainian, Vietnamese DLAB: 100
**Minimum standard (listen/read/speak):** 2/2/2

**Category:** IV
**Language:** Arabic, Chinese, Persian, Japanese, Korean DLAB: 110
**Minimum standard (listen/read/speak):** 2/2/2

## 46–3. Critical officer developmental assignments

Officers are accessed into the FA 48 functional area between their 5th and 6th years of service based upon the needs of the Army, officer preference, military experience and, in some cases, civil schooling. However, they are not generally considered for FA 48 training and assignment until they are branch qualified in their basic branch. Most officers will not receive FA 48 assignments until undergoing the Career Field Designation Board after selection to major and designation into their Career Field.

*a. Functional area qualification and development.* The life cycle of the FAO functional area is based on the three pillars of leader development - institutional training, operational assignments and self-development. These three concepts focus and shape FAO management in terms of accession, training, deployment and professional development. The program begins with a lengthy education and training period to develop officers who will serve as regional specialists in the grades of major, lieutenant colonel and colonel. The Army makes a considerable investment in training FAOs, investing 3 to 3 1/2 years in the process. FAO skills, once obtained, must be maintained.

(1) All FAOs, unless waived by the FAO personnel proponent, complete the following training:

*(a) Language training.* FAOs are provided with basic language training, normally conducted at the Defense Language Institute Foreign Language Center (DLIFLC), in their target language. The duration of these courses ranges between 6 to 18 months, depending on the level of difficulty of the language being studied. The FAO must achieve a minimum language proficiency during entry-level training to continue in the program. Minimum language proficiencies are listed in table 46-1.

*(b) Advanced Civil Schooling (ACS).* Officers funded under the Army's ACS program will obtain a master's degree in Area Studies or International Affairs/Relations with a strong area focus. FAOs will attend graduate schools approved by the FAO proponent as published in the annual list of approved graduate degree programs. Some officers enter the FAO program having already completed a graduate degree in a FAO related discipline. These officers will normally have met the graduate level objective and will not receive further Advanced Civil Schooling. Exceptions are approved, on a case-by-case basis, at PERSCOM OPMD (TAPC-OPB-A) after coordination with the FAO proponent. Appropriate FAO related disciplines include: economics, foreign affairs, geography, geopolitics, government, history, language, literature, Master of Military Arts and Science ((MMAS) (from CGSC with a FAO-related concentration)), national security studies, political science, social science and strategic intelligence (from the Defense Intelligence College (DIC)).

*(c) In-country training (ICT).* ICT is designed to immerse the FAO in a foreign culture and linguistic environment, provide advanced language studies and develop in-depth knowledge of the region through a program of travel, research and study. In most cases, ICT includes FAO attendance at a foreign military or civilian course of instruction. Officers who attend foreign military schools are recognized to be performing an Army mission as well as training for future assignments. Contacts developed during ICT at a foreign military school are frequently maintained for years and enhance effectiveness in future assignments. The duration of ICT varies, but is generally no longer than one year. During ICT, a FAO must continue to improve language capability with the goal of attaining a level-3 proficiency. Most Eurasian FAOs (48E) spend 18 months at the Marshall Center in Garmisch, Germany, in lieu of ICT. FAO internships in the 48E region are key elements of the curriculum of the Marshall Center. Also, officers will have the opportunity to conduct training at locations in the former Soviet Union.

*(d) FAO Course (FAOC).* The FAOC is a one-week introductory course normally conducted at the DLIFLC designed to provide the newly assigned FAOs with an overview of duties, roles and responsibilities and to focus the officer's efforts during subsequent FAO developmental phases. Since some FAOs may not be able to attend the FAOC, it is not a mandatory training requirement.

(2) *Captain.* FAOs do not serve in utilization tours as captains. Rather, this period of an officer's career is spent both in honing operational skills and starting/completing FAO training.

(3) *Major.*

*(a)* After selection to major, officers will be designated into one of the four OPMS XXI Career Fields by a Career Field Designation Board. Most FAOs will complete training during this period of their career and then serve primarily in functional area assignments, with an occasional opportunity for assignment to a branch/functional area generalist position. All officers must complete a resident or nonresident MEL 4 program, with some FAOs having the opportunity to attend a foreign school in lieu of a U.S. resident course. Majors who

have successfully completed all training and who have completed or are serving in a FAO utilization tour are considered functional area qualified. Typical positions for majors include serving as an assistant Army attache, security assistance officer, political-military staff officer on a senior level staff or as an instructor at USMA or CGSC. FAOs will compete only against other officers in their Career Field for promotion to lieutenant colonel.

*(b)* Some officers initially designated FAO as a captain will desire, and remain competitive, to continue to serve in their basic branch and compete for battalion and brigade command. Therefore, up to 20 percent of a year group cohort will be accessed into the Operations Career Field. These officers will serve in branch qualifying positions upon completion of training and will compete for promotion and command within the Operations Career Field. They may, but are not required, to serve in FA 48 coded positions following branch qualification. They will not serve in a branch/functional area generalist position while in the Operations Career Field. At some point, the majority of these officers will laterally transfer to the Operational Support Career Field, where they will serve in FAO positions for the remainder of their careers. Those FAOs who were designated into the Operations Career Field may request redesignation into the Operational Support Career Field after selection for promotion to lieutenant colonel.

*(4)* *Lieutenant colonel.*

*(a)* Lieutenant colonels are generally assigned to more senior level positions where they can fully use their knowledge of the Army and functional area. Officers who have completed at least one additional FAO tour at this grade are considered functional area qualified and eligible to compete for promotion to colonel. FAO lieutenant colonels can expect challenging assignments as Defense/ Army/assistant Army attaché, security assistance officers, political-military staff officers, liaison officers and service school instructors. They may also be assigned to fill a branch/functional area generalist position. FAO lieutenant colonels are expected to seek assignments in several of the FA 48 core competency areas (attaché/security assistance/political-military staff officer/liaison officer/instructor) throughout their careers.

*(b)* Those FAOs who were designated into the Operations Career Field may request redesignation into the Operational Support Career Field after selection for promotion to colonel.

*(5)* *Colonel.* As the Army's senior, and most experienced FAOs, colonels fill critical positions as Defense/Army attaches, security assistance officers, primary MACOM and joint staff officers and as instructors at institutions like the Army War College and the National Defense University. All FAO colonels should apply for the U.S. Army War College Distance Education Course (nonresident SSC) if not selected for the resident SSC course. FAO colonels may also be assigned to a branch/functional area generalist position.

*b. Branch/functional area generalist assignments.* FA 48 field grade officers can expect to serve in branch/functional area generalist (formerly branch immaterial) assignments. These billets, to include ROTC, USMA faculty and staff and Inspector General, are not identified with a specific branch or functional area, but are important to the Army. As a minimum, officers can expect to complete one 24 to 36 month branch/functional area generalist assignment prior to selection for colonel.

*c. Joint assignments.* Joint FA 48 positions are on the Joint Duty Assignment List (JDAL). Officers assigned to those billets may attend Joint Professional Military Education (JPME) and will be designated as a Joint Specialty Officer (skill identifier 3L) upon successful tour completion. Even though joint experience is important to the Army and to individual officers for advancement into senior leadership positions, not all FA 48 officers will receive joint assignments. This will not preclude their selection to the rank of colonel.

**46–4. Assignment preferences and precedence**
The assignment sequencing in a functional area is not as rigid as that of a branch. However, the professional development of FA 48 officers requires all Army FAOs to be well grounded in operations.

Officers will receive their initial functional area training through the FAO training program. As part of their continued development, they should also serve at least one assignment in a branch/functional area generalist position.

*a. Preferences.* The FA 48 functional area has diverse opportunities that allow for numerous career development paths. FA 48 functional area assignments will be made with the goal of developing the officer's professional diversity and competence. Requests from officers for assignments that do not contribute to achieving that goal will be rejected.

*b. Precedence.* Assignments to developmental functional area positions will have precedence, although there is flexibility in the sequence of assignments. All FA 48 positions, as a direct offshoot of the requirements to be a FAO, require advanced education. Thus, FAOs must complete the advanced education requirement, as well as language and in-country training, prior to being assigned to their initial duty assignment.

**46–5. Duration of critical officer life cycle assignments**
Most assignments for FAO officers will be 24 to 36 months in length. Tours could be longer in areas with a high concentration of billets such as the National Capital Region. OCONUS locations will continue to require specific tour lengths. Officers desiring to become FAOs must recognize that a high density of FAO positions are located OCONUS.

*a. Key Foreign Area Officer functional area qualification positions.* There are specific FA 48 assignments required for functional area qualification. Completion of training as listed in paragraph 46-2 and successful completion of, or assignment to, a FA 48 tour are the only requirements for functional area qualification at the major level. FAOs can expect to be assigned to duties as attaché, security assistance officers, political-military staff officers, liaison officers and instructors in order to round out their skills as they progress through the ranks. Before assignments to a joint command, FA 48 officers will normally have successfully completed a previous functional area assignment.

*b. Foreign Area Officer functional area life cycle.* Figure 46-1 depicts a FA 48 life cycle with functional area qualifying positions. Additionally, it identifies development assignments within the functional area.

**46–6. Requirements, authorizations and inventory**
*a. Goal.* The goal is to maintain a healthy, viable career path for FA 48 officers. To do this, the field grade inventory must be optimized in order to fulfill functional area and branch/functional area generalist authorization requirements and provide field grade officers sufficient time for functional area qualification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* The number of FA 48 authorizations, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on current authorizations or inventory should contact either the FA 48 proponency office or the FA 48 assignment officers at PERSCOM OPMD.

**46–7. Key officer life cycle initiatives for Foreign Area Officer**
*a. Structure.* FA 48 officers serve at all echelons worldwide. FA 48 positions exist in Army division and corps units, headquarters staffs, joint commands and national agencies. The majority of FA 48 related billets are on MACOM and joint staffs and within the Defense Intelligence Agency.

*b. Acquire.* FA 48 officers comprising a particular year group are designated into the functional area between their 5th and 6th years of service. The criteria for selecting an officer into the FA 48 functional area includes type of civilian degree, grade point average, personal preference, language capability and manner of performance. Once designated as a FAO, officers will be given an opportunity to request training within one of the nine FA 48 AOCs. Based on needs of the Army, personal preferences and pre-existing abilities

or training (such as a documented language skill), the FAO proponent will sub-allocate officers into an AOC for training and utilization.

*c. Distribute.* The Functional Area Management and Development Division (FAMDD) in PERSCOM Officer Personnel Management Directorate (OPMD) manages FA 48 officer assignments.

*d. Deploy.* Foreign Area Officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all FA 48 officers must be deployable to accomplish missions across the full spectrum of conflict. Foreign Area Officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 48 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers designated into the Operational Support Career Field will compete within their Career Field for promotion to lieutenant colonel and colonel.

*f. Develop.* FA 48 incorporates a professional officer development career plan offering maximum diversity for schooling and assignment. All FAOs will be trained according to the three-part training program approved by the Chief of Staff of the Army. This means that every FAO will successfully complete training in a language related to the officer's AOC, earn a fully-funded graduate degree through the ACS program and successfully complete a period of in-country training at one of the program's designated sites. The FAO personnel proponent may, in some cases, waive a requirement for training based on a pre-existing skill or experience.

*g. Separate.* FA 48 officers will separate from the Army in the same manner as all other officers.

*h. Waivers.* Commander, PERSCOM, may waive requirements, when appropriate, based on the needs of the service and the demonstrated ability to serve successfully in FAO regional specialist assignments. These exceptions will be coordinated with the FAO proponent at HQDA ODCSOPS (DAMO-SSF) prior to granting the waiver.

## 46–8. Foreign Area Officer Reserve Component officers

*a. General career development.* Reserve Component FA 48 officer development objectives and qualifications basically parallel those planned for their Active Component counterparts. Junior officers must develop a strong foundation through assignments in their basic branches before specializing in their functional area. For specific information about the process and pre-requisites for designation as a Reserve Component FAO, refer to AR 135-11.

*b. Functional area qualification and developmental opportunities.* Even though Reserve Component officers are limited by geographical considerations, they should strive for FA 48 assignments that yield the same developmental opportunities as their Active Component counterparts.

*c. Life cycle development model.* The Reserve Component life cycle development model for FA 48 officers is shown at figure 46-2. It depicts functional area qualification requirements and key developmental assignments.



**Figure 46-1. FA 48 life cycle development model (Active)**

268

DA PAM 600–3 • 1 October 1998



**Figure 46-2. FA 48 life cycle development model (Reserve)**

# Chapter 47
# Army Acquisition Corps Functional Area

## 47–1. Unique features of Army Acquisition Corps functional area

a. *Unique purpose of Army Acquisition Corps functional area.* The Army Acquisition Corps (AAC) program is designed to create a professional corps of acquisition leaders willing to serve where needed and committed to developing, integrating, acquiring and fielding systems critical to decisive victory for the 21st Century. The Army Acquisition Corps (FA 51) functional area capitalizes on the operational experience of Army officers (both Active and Reserve Components) and the technical skills of Army civilians. The Defense Acquisition Workforce Improvement Act (DAWIA) and DOD Directive 5000.52, Defense Acquisition Education, Training and Career Development Program, and DOD Instruction 5000.58, Defense Acquisition Workforce, are the governing policies for implementation of the AAC. The Assistant Secretary of the Army for Research, Development and Acquisition is the proponent for FA 51.

b. *Unique functions performed by Army Acquisition Corps functional area.* Ultimately, the AAC develops a dedicated pool of highly qualified officers and civilian acquisition specialists. Officers and civilians develop multidisciplinary abilities to be capable of managing the total acquisition process. Placing a successful system in the hands of soldiers results from AAC members striking a balance between keen regard for operational realities and technical knowledge and expertise.

c. *Unique features of work in Army Acquisition Corps functional area.* FA 51 encompasses skills, responsibilities and opportunities associated with three precursor functional areas: Research, Development and Acquisition (formerly FA 51), Contracting and Industrial Management (formerly FA 97) and the Systems Automation Engineering and Systems Automation Acquisition areas of concentration from FA 53 (Information Systems Management). Accordingly, a variety of roles, duties and assignments await the AAC officer depending on the area of concentration (AOC) described below:

(1) *Systems development (AOC 51A).* This AOC is used only with the ranks of captain and major. Officers working in this AOC typically develop materiel requirements to solve battlefield deficiencies identified by combat developers. They analyze life cycle costs, affordability, force structure implications, battlefield systems integration and associated doctrine, training, logistics, organizational and materiel implications of materiel requirements and work with appropriate staff and program personnel to establish viable materiel acquisition programs. Examples of duty positions include:

(a) Combat developments staff officer.
(b) Assistant project/product manager.
(c) Matrix support officer to project manager.
(d) Assistant TRADOC system manager.

(2) *Contracting and industrial management (AOC 51C).* This AOC is used only with the ranks of captain and major. Officers serving in this career field are involved in the overall development, implementation, management and control of procurement, industrial, manufacturing and production activities. Specific responsibilities include procurement planning, determination of contract types, risk analysis, in contract formulation, negotiation, award, contract management, production, program management and other procurement functions of the Army acquisition process that provide material and services required to accomplish Army and DOD missions. Officers can expect to perform these functions at installation, system command, contract management, contingency contracting and staff assignments. Typical assignments include:

(a) Contracting officer.
(b) Chief of contracting.
(c) Procurement staff officer.
(d) Production and industrial manager.
(e) Program integrator.
(f) Assistant project/product manager.

(g) Acquisition commander. (Major, not centrally selected.) Officers serving in any of the above duties may have the opportunity to receive a contracting officer's warrant. Contracting officer warrants permit the officer to legally obligate the U.S. Government through binding contractual agreements. Officers should ensure that a copy of every warrant held is included in their personnel file.

(3) *Systems automation engineering and acquisition (AOC 51R).* This AOC is used only with the ranks of captain and major. These officers are critical to the success of the integration and leveraging of information technology to provide increased warfighting capability for the 21st century. Officers in this field are branch qualified, acquisition trained and typically possess degrees in computer science, information systems, software engineering, electrical engineering, information technology, or related disciplines. The 51R officer is involved in all aspects of acquisition and technology to include the research, engineering and systems integration of information technology. He or she participates from mission analysis and concept development through evaluation of competing technological approaches to battlefield systems integration and post-deployment software support. Officers provide expertise in the management and implementation of areas involving software engineering, simulation and modeling, information networks, computer systems, technical and systems architectures, and systems integration. Officers are expected to maintain awareness of advances in emerging information technologies, and evaluate and assess competing technological approaches that may affect Army systems and capabilities. Examples of duty positions include:

(a) Assistant project/product manager.
(b) Assistant TRADOC system manager.
(c) Software/systems engineer.
(d) Systems analyst.
(e) Computer scientist.
(f) Combat developments staff officer.
(g) Automation staff officer.

(4) *Research and engineering (AOC 51S).* This AOC is used only with the ranks of captain and major. Officers working in this field are usually degreed engineers and scientists performing systems planning, research and development or other engineering tasks. Officers serve as managers or technical specialists directly supporting acquisition programs, projects or activities. They manage the research and development of materiel during the initial phases of the acquisition life cycle. Officers ensure proper interface between the system design and support programs, monitor system development to ensure the system design and characteristics satisfy operational requirements while remaining within schedule and cost constraints. They supervise the formulation, justification and execution of the research and development portion of the budget, coordinate the efforts of combined military and commercial research and development programs, and work with industry on matters of policy and project planning. Most participants in the Army engineers and scientists program will be assigned this AOC. Examples of duty positions include:

(a) Research engineer or scientist.
(b) Research and development coordinator.
(c) Research and development staff/project officer.
(d) Assistant product/project manager.
(e) Instructor and research director, USMA.
(f) Director of research and development.

(5) *Test and evaluation (AOC 51T).* This AOC is used only with the ranks of captain and major. These officers plan, design, monitor and document experiments and tests under conditions ranging from highly controlled scientific experiments to realistic free-play exercises in an operational environment. Officers coordinate and schedule all resources for the test, design automated data processing support plans and instrumentation, and conduct or control the test to achieve the objectives. They produce the test report, evaluate test data and assess the performance, utility, military suitability and effectiveness of systems under test. Examples of duty positions include:

(a) Test and evaluation staff/project officer.

*(b)* Test and evaluation coordinator.

*(c)* Assistant project/product manager for test.

*(d)* Test director.

*(e)* Test board president.

*(f)* Test pilot.

(6) *Acquisition (AOC 51Z).* This AOC is used only with the ranks of lieutenant colonel and colonel. This is the critical capstone AOC for FA 51. These officers have a broad base of acquisition knowledge and experience. They possess a thorough understanding of how the life cycle systems management model interrelates with the concept based requirements system and the planning, programming, budgeting and execution system. These officers lead and manage both government and industry workers from multiple acquisition career fields and organizations. Typical assignments may include:

*(a)* Project/product manager.

*(b)* Deputy project manager or program executive officer.

*(c)* Director or chief of contracting.

*(d)* Principle agent responsible for contracting.

*(e)* Director on ASA(RDA) or OSD acquisition related staff.

*(f)* Commander of Laboratory, Research and Engineering Center, Proving Ground or Contracting Command. The program concentrates on developing AAC members to fill critical acquisition positions. Occupying these positions requires training, education and experience as stated in the Defense Acquisition Workforce Improvement Act and DOD 5000.52-M, Acquisition Career Development Program. Only AAC officers and civilians certified as meeting the DAWIA and DOD 5000.52-M requirements may obtain assignment to these critical positions. While this chapter outlines the leader development model for officers, chapter 5 of AR 690-950 shows AAC career development for each civilian career path.

*d. Army Acquisition Corps officer certifications.* The AAC officer provides the leadership, expertise and management ability necessary to accomplish demanding acquisition objectives in a timely, efficient and cost-effective manner. The AAC officer must be fully qualified at all grades to combine the functions of research and development, financial estimating and control, procurement, manufacturing and production, testing, and integrated logistics support and to lead a team of government (military and civilian) and industry personnel to accomplish program objectives within the designated time, cost and performance constraints.

(1) *Certification requirements for career field and career level.*

*(a)* An AAC officer can be certified in 8 of the 12 acquisition career fields named by DOD: program management; communications-computer systems; contracting; systems planning, research, development, and engineering; test and evaluation engineering; manufacturing and production; quality assurance; and acquisition logistics. In addition, three career levels are used for the purpose of characterizing an acquisition officer's qualifications within a given career field.

*(b)* The DOD has established experience, education and training requirements for each acquisition career field. In general, a career field requires 12 months of experience for level 1, 24 months for level 2 and 48 months for level 3. The appendices to DOD 5000.52-M prescribe the specific requirements for each career field. Credit is given for acquisition experience prior to accession into the AAC. Service in wholesale logistics positions and field positions that deal with the wholesale level (such as maintenance control officer and logistics staff officer) can usually be credited against the experience requirement. Also, not more than 12 months spent pursuing a program of academic education or training may be counted toward fulfillment of the acquisition experience requirement.

*(c)* Each acquisition position on the Military Acquisition Position List (MAPL) has a career field and career level requirement associated with it. Officers should meet position requirements prior to assignment; however, where this is not possible, captains and majors have 18 months in which to meet position requirements, and lieutenant colonels and above have 6 months in which to meet position requirements. In general, captain positions are level 1; major positions are level 2; and lieutenant colonel and above positions are level 3.

(2) Army Acquisition Corps career field level 3 certification and product or project manager qualification requirements.

*(a)* The purpose of AAC career field level 3 certification and product or project manager qualification requirements is to identify those officers who have achieved the requisite level of education, training and experience to serve in acquisition critical positions and be selected for product or project manager. Certification supports implementation of the requirements contained in Title 10 of the U.S. Code and DOD 5000.52-M.

*(b)* As stipulated in DAWIA, only an Acquisition Corps member may fill a critical acquisition position. The act also stipulates that prior to obtaining assignment to duty as a program or deputy program manager of a major defense acquisition program, an officer must:

*1.* Have successfully completed the Advanced Program Management Course (APMC) at the Defense System Management College (DSMC) or a management program at an educational institution determined to be comparable by the Undersecretary of Defense for Acquisition and Technology (USD(A&T)).

*2.* Execute a written agreement to remain on active duty in that position at least until completion of the first major milestone that occurs closest in time to the date on which the person has served in the position for 4 years.

*3.* Have at least 8 years of experience in acquisition, at least 2 of which were performed in a systems program office or similar organization.

*(c)* The DAWIA stipulates that prior to obtaining assignment to duty as a program manager or deputy program manager of a significant non-major defense acquisition program, an officer must:

*1.* Have successfully completed the APMC at DSMC or a management program at an educational institution determined to be comparable by the USD(A&T).

*2.* Have at least 6 years of experience in acquisition.

*(d)* All eligible promotable majors and lieutenant colonels are considered for the lieutenant colonel level of product or project manager and acquisition command positions. All eligible promotable lieutenant colonels and colonels are considered for the colonel level of product or project manager and acquisition command positions. The following is a list of product or project manager and acquisition commander qualification standards:

*(e)* Major (promotable) or lieutenant colonel:

*1.* MEL 4 graduate; APMC graduate (desirable).

*2.* Level 3 certified in at least two acquisition career fields.

*3.* Degree in a technical, scientific, business or managerial field.

*4.* At least 4 years of experience in acquisition, at least one of which was performed while assigned to a systems program office or similar organization. Not more than 12 months spent pursuing a program of academic education or training may be counted toward fulfillment of the acquisition experience requirement.

*5.* Outstanding performance of duty.

*(f)* Lieutenant colonel (promotable) or colonel:

*1.* MEL 4 graduate.

*2.* APMC graduate.

*3.* Level 3 certified in at least two acquisition career fields.

*4.* Degree in a technical, scientific, business or managerial field.

*5.* At least 8 years of experience in acquisition, at least 2 of which were performed while assigned to a systems program office or similar organization. Not more than 12 months spent pursuing a program of academic training or education may be counted toward fulfillment of the acquisition experience requirement.

*6.* Outstanding performance of duty.

(3) The training, education and experience requirements mandated in the Defense Acquisition Workforce Improvement Act and Army policy preclude TOE command by AAC officers. Army Acquisition Corps officers compete for acquisition commands and product and project manager positions that equate to battalion and brigade level commands respectively.

**47–2. Officer characteristics required**

*a. Competencies and actions common to all.* Army officers must be premier warfighters who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal courage.* Face fear, danger or adversity (physical or moral) with the spirit and determination of a warfighter.

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* FA 51 officers must possess highly developed technical and managerial skills. These skills are obtained through a combination of military and civilian schooling and experience which lead to the certifications addressed in paragraph 47-1d. Further grade specific information is contained within the professional development section of this chapter. (See paragraph 47-7)

*c. Unique knowledge.* FA 51 Officers must thoroughly understand the relationship of doctrine, training, leadership, organizations, materiel and soldiers when viewing any issue. They must understand and be as conversant with Army doctrine as with the technology with which they work. FA 51 officers will progress from a specific and detailed knowledge of an individual AOC (contracting; research and engineering; systems development; test and evaluation; systems automation engineering and systems automation acquisition) to a familiarity with all and a certification in at least two AOCs. The FA 51 officer must stay abreast and be able to recognize emerging technical innovations and practices within industry and among governmental and non-governmental organizations worldwide.

*d. Unique attributes.* Given the rapid advances in technology and the ever changing nature of the threat to our national defense, FA 51 officers must be warfighters with the traditional officer attributes of duty, honor, integrity, discretion and professional ethic, and a consciousness of national policy and the state of technology affecting our forces. Army Acquisition Corps officers must be able to analyze and distill nuances in both areas for implications to our modernization efforts.

*e. Accessions and applications requirements.* The implications of the Defense Acquisition Workforce Improvement Act (DAWIA) dictate specific knowledge and experience factors for AAC officers and necessitate a unique application and accession process.

(1) Since the AAC program is requirements driven, the number of officers selected is based on both validated and projected Army requirements by year group, grade, branch and AOC within FA 51. Officers who meet the following criteria are designated or may apply:

*(a)* In the grade of captain through colonel.

*(b)* Branch qualified at the grade of captain.

*(c)* Graduated from the branch Officer Advanced Course and completed CAS3 (MEL N).

*(d)* For captain and major grades, able to meet career field and level certification criteria (DOD 5000.52-M) within 18 months after accession and assignment to an acquisition developmental position.

*(e)* For major (promotable), lieutenant colonel and colonel grades, able to meet career field and level certification criteria within 6 months after accession and assignment to an acquisition-critical position.

*(f)* Have at least 4 years active federal commissioned service (AFCS) remaining.

*(g)* Possess MEL appropriate to grade.

*(h)* Have demonstrated outstanding performance and potential.

*(i)* Have approval from their current control branch or functional area.

(2) Letters of application or nomination should clearly address all criteria in paragraph 47-2e(1) and other pertinent data the officer wishes to have considered. The applicant's immediate superior should endorse the application and forward it through the Commander, U.S. Total Army Personnel Command (PERSCOM), ATTN: TAPC-OPB-C, 200 Stovall Street, Alexandria, Virginia 22332-0411, to Commander, PERSCOM, ATTN (appropriate officer assignment branch) 200 Stovall Street Alexandria, Virginia 22332-

0411. The next regularly scheduled acquisition accession board reviews both nominations and applications. Officers receive notification by letter regarding their selection status. Nonselection does not preclude reapplying in the future.

(3) Upon acceptance, an AAC officer's career is dedicated to repetitive developmental acquisition tours. The officer attends acquisition schooling and obtains acquisition experience to become AAC career field and career level certified. The officer may be offered the opportunity to attend Advanced Civil Schooling at the 8th year initial accession point. Most officers will be assigned immediately after accession to their first acquisition position. Those officers whose manner of performance continues to warrant Advanced Civil Schooling will be afforded that opportunity after their initial acquisition assignment.

(4) The probability of accomplishing the AAC certification and career field and career level requirements decreases with an officer's increasing time in service at entry into the AAC. Promotable majors and above applying for entry into the AAC are expected to meet general entry criteria as well as possess appropriate AAC military education and previous acquisition assignment experience. This will enable them to qualify for assignment to critical acquisition positions under the certification criteria of paragraph 47-1e within 6 months after accession and assignment, and meet DAWIA certifications within 18 months.

(5) An AAC officer's career development consists of the following three phases: branch qualification, development and critical acquisition. Successful progress through all phases provides the Army with technically proficient and experienced leaders to serve at the highest levels of the material acquisition management profession.

(6) Before officers can be Corps certified, DAWIA mandates that they must fulfill the following requirements.

*(a)* Be a major or above.

*(b)* Have a baccalaureate degree.

*(c)* Have at least 24 semester credit hours from among the following disciplines: accounting, business finance, law, contracts, purchasing, economics, industrial management, marketing, quantitative methods, organization, and management; or

*(d)* Have at least 24 semester credit hours in applicant's career field and 12 semester credit hours from among above disciplines (see (c) above).

*(e)* Pass the DANTES or CLEP equivalency exams for (c) or (d) above.

*(f)* Have at least 4 years in an acquisition position.

## 47–3. Critical officer developmental assignments

*a.* The military component of the AAC consists of a single functional area (FA 51, Acquisition) and six areas of concentration (AOC). There are six developmental AOCs (A, systems development; C, contracting and industrial management; R, systems automation engineering and acquisition; S, research and engineering; and, T, test and evaluation) for the captain and major grades, and one critical capstone AOC (Z, acquisition) for the lieutenant colonel and colonel grades. Descriptions of each FA 51 AOC are provided in paragraph 47-1c. At their 8th year of Active Federal Commissioned Service (AFCS), officers are designated by their branch or may apply for entry into the AAC. Officers are accessed into the Corps from all branches.

*b.* Officers accessed into the AAC at their 8th year of service are designated as Acquisition candidate officers working in any one of the five developmental AOCs. During the developmental years, officers should work toward Corps certification and level qualification in at least two AOCs. For example, certification in systems development (A) and contracting and industrial management (C) prepare an officer for critical positions such as project manager or contracting commander. Likewise, systems automation engineering and acquisition (R) and test and evaluation (T) prepare an officer for critical positions such as software development commander and project manager. There are many other successful combinations, but clearly, officers with a multifunctional background best fill critical acquisition positions (lieutenant colonel and colonel level). When they

meet all Corps certification requirements in two developmental AOC, officers are designated as certified Army Acquisition Corps members and their AOC changes to Z, acquisition. When they fulfill the experience, education and training requirements for a particular AAC career field and level, PERSCOM certifies them for levels 1 and 2, and the director, acquisition career management (DACM), certifies them for level 3.

*c.* The 30 year leader development career path for AAC officers is divided into phases.

(1) The branch qualification phase normally consists of the first 8 years of AFCS. During this phase, officers develop basic branch skills, achieve company grade branch qualification, and develop a firm base of warfighting knowledge. Generally, branch qualification means successful company, battery or troop command and successful completion of the branch basic and Captains Career Course. It is important for officers to have experience with soldiers and systems, and with equipment they will eventually develop and acquire for the Army. This phase precedes development of AAC skills and is fundamental to the success of Acquisition officers.

(2) The AAC developmental phase runs from approximately the 8th year through the 16th year of AFCS or from captain through major. Upon selection into the AAC, officers in this phase receive skill specific training and serve in AAC developmental positions. Basic acquisition training occurs at the U.S. Army Logistics Management College (ALMC) at Fort Lee, Virginia, for all AAC officers. In addition, initial systems automation training occurs at Fort Gordon, Georgia, for those officers assigned AOC 51R. In developmental positions, officers gain the knowledge and experience needed to become proficient materiel acquisition managers. These positions are directly associated with their developmental AOCs (A, C, R, S and T). During the developmental years, officers should work toward Corps certification and level qualification in at least two AOCs. While at resident Command and General Staff College (CGSC) at Fort Leavenworth, Kansas, the AAC Focus Program affords AAC student officers an opportunity to complete mandatory acquisition courses required for certification in several developmental AOCs. In FY 98, the AAC Focus Program expanded to provide AAC officers with an opportunity to complete a graduate degree in an acquisition related discipline during their year at resident CGSC.

(3) Sometime between their 15th and 17th years of AFCS, officers are normally sent to the Advanced Program Management Course (APMC) at the Defense Systems Management College (DSMC) or to a management program at a comparable accredited educational institution approved by the USD(A&T). The program goal is to send all AAC officers to APMC.

(4) The Acquisition critical phase runs from approximately the 17th year of AFCS or from promotion to lieutenant colonel through the remainder of the officer's career. It specifically begins when an officer is Corps certified, becomes career level 3 qualified in two or more Acquisition career fields, and is promotable to lieutenant colonel. During this phase, AAC officers receive varied and demanding assignments requiring broad AAC skills. The DAWIA mandates that officers filling critical acquisition positions shall be assigned to positions for not less than 3 years unless the assignment period is waived by the Director of Acquisition Career Management.

(5) Once officers meet the experience, education and training requirements for level 3 in a particular AAC career field, they are certified to hold a critical acquisition position in that career field. They are eligible to compete for selection as a product or project manager or as an acquisition commander. All officers continue to serve in critical acquisition positions; those selected for Senior Service College attend in residence or complete the U.S. Army War College Distance Education Course. On completion of 8 years of acquisition experience (2 of which must have been in a systems program office or similar organization) and completion of the APMC or a management program at a comparable USD(A&T) approved institution, officers then are eligible for selection as a project manager of a major defense acquisition program.

*d.* Professional development objectives for AAC officers are:

(1) *Captain.*

*(a)* Complete development in a branch specialty and begin development of AAC knowledge, technical competency, and leadership and managerial skills.

*(b)* Complete both phases of a branch Captains Career Course (MEL 6 and MEL N).

*(c)* Attain an advanced degree in a business, technical, scientific or managerial field (civilian education level (CEL) 2).

*(d)* Attend the Materiel Acquisition Management (MAM) course and complete applicable career field level 1 mandatory training courses.

*(e)* (Optional) Training With Industry (TWI) (see AR 621-1).

*(f)* Obtain the following key assignments: product or project manager staff officer; matrix support officer to product or project manager; combat development officer in proponent school, doctrine or integration center; contracting officer; contingency contracting officer; program integrator; contract administrator or production officer; software engineer; and automation systems engineers.

(2) *Major.*

*(a)* Pursue advanced development in AAC. Emphasis should be directed towards achieving enhanced knowledge, technical competence and leadership and managerial skills.

*(b)* Complete resident or nonresident CSC (MEL 4). Attendance at resident CGSC, Fort Leavenworth, Kansas, offers special opportunities for AAC officers. The AAC Focus Program affords AAC student officers an opportunity to complete mandatory acquisition courses required for certification in several developmental AOC. It also provides selected AAC officers with an opportunity to complete a graduate degree in an acquisition related discipline during their year at resident CGSC.

*(c)* Pursue AAC related graduate study (CEL 2 strongly recommended). Officers who did not attend fully funded ACS should pursue an advanced degree in a technical, scientific or managerial field.

*(d)* Attend career field level 2 mandatory training courses.

*(e)* (Optional) TWI. (See AR 621-1)

*(f)* Complete key assignments: product or project manager staff officer; matrix support officer to product or project manager; combat development officer in proponent school, doctrine, or integration center; procurement or contracting officer; production officer; fielding officer; program integrator; senior software engineer; research officer; and assistant project manager. Every effort should be made to ensure that one acquisition assignment in this time period is operationally related. Assignments in materiel fielding, division or corps force modernization, contingency contracting at division, corps or Army level, and operational testing help keep AAC officers current in the operational art and sensitive to the needs of the warfighter.

(3) *Lieutenant colonel.*

*(a)* Meet DOD 5000.52-M career field level 3 experience, education and training requirements.

*(b)* Complete the Industrial College of the Armed Forces, Army War College or other MEL 1 producing courses.

*(c)* Complete acquisition related graduate degree (CEL 2). Officers who did not attend fully funded ACS should complete an advanced degree in a technical, scientific, business or managerial field.

*(d)* Attend the APMC at DSMC (or a USD(A&T) approved comparable management program) if not previously completed, followed by a third AAC assignment. Attendance is mandatory to be a product manager.

*(e)* (Optional) TWI. (See AR 621-1)

*(f)* Complete key assignments: product manager (battalion command equivalent); Assistant Secretary of the Army for Research, Development, and Acquisition (ASA(RDA)) branch level chief; Army staff (ARSTAF) branch level chief; Director of Information Systems for Command, Control, Communications and Computers (DISC4) branch level chief; ASA(RDA), ARSTAF or DISC4 action officer; and acquisition commander (e.g., research and development laboratory commander, procurement commander).

(4) *Colonel.*

*(a)* Meet DOD 5000.52-M career field level 3 experience, education and training requirements.

*(b)* Make maximum use of expertise and experience in program manager (PM) and other critical acquisition positions.

*(c)* Complete the Industrial College of the Armed Forces, Army War College or other MEL 1 producing courses.

*(d)* Pursue, at this level, civilian academic opportunities directly related to specific duty position requirements. Short course and seminar study programs may be available as required for specific duty positions.

*(e)* Pursue available acquisition related training:

*1.* Executive Program Manager's Course (DSMC).

*2.* Executive Contracting (DAU).

*3.* Executive Acquisition Logistics Management (NPS).

*4.* Total quality management course (DSMC or other institutions).

*5.* Functional area mandatory training in accordance with DOD 5000.52-M.

*(f)* Attend the APMC at DSMC (or a management program at a comparable USD(A&T) approved educational institution) if not previously completed. Attendance is mandatory to be a project manager.

*(g)* Complete key assignments: project manager (brigade command equivalent), acquisition commander (e.g., proving grounds; laboratories, research, development, and engineering centers; and procurement), and ASA(RDA) and ARSTAF directorate level chief.

*(h)* Complete 8 years of acquisition experience (of which 2 must be in a systems program office or similar organization) as required for selection as project manager of a major defense acquisition program.

*e. Branch/functional area generalist assignments.* FA 51 officers are assigned only to positions on an approved Military Acquisition Position List (MAPL). Therefore, they do not receive assignments to branch/functional area generalist positions after accession into the Corps.

*f. Joint assignments.* Army Acquisition Corps officers can expect to be considered for joint duty assignments since over twenty percent of AAC billets are joint duty authorizations. However, FA 51 officers are exempt under the Secretary of Defense Scientific and Technical waiver category from the joint duty requirement in Title IV of the DOD Reorganization Act of 1986 for eligibility for promotion to brigadier general.

## 47–4. Assignment preferences and precedence

Due to the constraints of statute and policy, and the close correlation between critical Acquisition positions and AAC officer inventory, the assignment sequencing required for multiple AOC certifications and AAC level 3 certification at lieutenant colonel require careful planning and attention to an officer's qualifications and expertise. Accordingly, the assignment sequencing in FA 51 is more rigid than a basic branch. Use of the AAC life cycle model (see fig 47-1) and close communication with the Acquisition Management Branch at PERSCOM will assist the officer in career and assignment planning.

*a. Preferences.* FA 51 has diverse opportunities and actually requires multiple career development paths within the functional area. The FA 51 program concentrates on developing AAC members to fill critical Acquisition positions. Occupying these positions requires training, education and experience as stated in the Defense Acquisition Workforce Improvement Act and DOD 5000.52-M. Only AAC officers and civilians certified as meeting the DAWIA and DOD 5000.52-M requirements may obtain assignment to these critical positions. Requests from officers for assignments that do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental functional area positions will have precedence, although there is some flexibility on the sequence of assignments. Some FA 51 billets are designated as requiring advanced education, either military or civilian. Officers assigned to those positions must possess the requisite skills or education.

**47–5. Duration of critical officer life cycle assignments**

*a. Assignment duration.* Most assignments for Army Acquisition Corps officers will be 24 to 36 months in length. Officers should strive to achieve a variety of experiences within each assignment, consistent with certification requirements. OCONUS locations will continue to require specific tour lengths.

*b. Army Acquisition Corps functional area life cycle model.* Figure 47-1 displays a FA 51 life cycle with functional area qualifying and developmental positions.

**47–6. Requirements, authorizations and inventory**

*a. Goal.* The goal is to provide technically superior officers with the requisite certifications to satisfy regulatory mandates to manage our most critical defense acquisition programs. Concurrently, we must maintain a healthy, viable career path for AAC officers. To do this, assignments must be optimized in order to fulfill critical positions while providing officers sufficient time for AOC certification prior to promotion to lieutenant colonel and colonel.

*b. OPMS XXI implementation.* Acquisition Corps officers serve in critical acquisition positions identified on the Military Acquisition Position List (MAPL). Membership in the AAC closely correlates with the number of authorized positions on the MAPL, by grade. Officers desiring more information on current authorizations or inventory should contact either the Acquisition Career Management Office functional proponent or their AAC assignment officer at PERSCOM.

**47–7. Key officer life cycle initiatives for Army Acquisition Corps**

*a. Structure.* Army Acquisition Corps officers serve within all acquisition, combat development and research facilities worldwide. FA 51 positions exist in TRADOC, Army Materiel Command, Defense Logistics Agency, EAC headquarters staffs, joint commands and national agencies.

*b. Acquire.* Since the AAC program is requirements driven, the number of officers selected is based on both validated and projected Army requirements by year group, grade, branch and AOC within FA 51. Applications and accession processes are covered in paragraph 47-2.

*c. Distribute.* Following accession into FA 51, all officer assignments will be managed by the Acquisition Management Branch, Functional Area Management and Development Division in PERSCOM OPMD. In this branch, a single office centrally manages all AAC officers and civilians under common executive direction, policy, procedure and oversight. This concept further enhances an integrated, multidiscipline community of officers and civilians who have undergone professional development within their AAC career fields. The program ensures that AAC candidates are selected through a common set of criteria addressing competencies strongly linked to success in all acquisition related career tracks. Furthermore, it develops all candidates, both military and civilian, to the same level of certification. Finally, the AAC program centrally manages the assignments of both candidates and critical position incumbents throughout their careers.

*d. Deploy.* AAC officers are warfighters who remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to AAC positions in CONUS or OCONUS in Army or joint services organizations, all AAC officers must be able to deploy to accomplish missions across the full spectrum of conflict. AAC officers may deploy tomorrow as a member of an AAC team; or more likely they may deploy as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. FA 51 officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Officers accessed into the Army Acquisition Corps will compete within the Operational Support Career Field for promotion to lieutenant colonel and colonel.

*f. Develop.* A feature of the AAC program is the goal of a master's degree in an appropriate scientific, technical, engineering or management field. After their first acquisition assignment, officers may be offered the opportunity for fully funded Advanced Civil Schooling (ACS). Attendance at a graduate school, however, is contingent on potential for academic success and whether the career timeline supports the advanced schooling. Approximately 30 percent of all AAC positions are in scientific, technical or engineering fields. Therefore, opportunities for scientific, technical or engineering master's degrees are offered to those with appropriate undergraduate backgrounds.

(1) Although officers selected to pursue MBA degrees are directed to apply and attend only business schools accredited by the American Assembly of Collegiate Schools of Business, the AAC has an established master of science (MS) degree program to study systems acquisition management at the Naval Post-graduate School (NPS). For most officers, this is the preferred degree. All non-technical advanced degree programs attended by AAC officers will be nominally 12 to 18 months in length.

(2) Officers selected to pursue science and engineering degrees are directed to attend only accredited institutions that offer full-time programs. Courses of study normally require 18 to 24 months to complete, depending upon undergraduate background.

(3) Officers selected for AOC 51R pursue MS degrees in computer science or management of information systems (MIS) or a master of business administration (MBA) with an MIS concentration.

(4) Application packets for advanced schooling at a civilian institution routinely require undergraduate transcripts, Graduate Management Admissions Test (GMAT) or Graduate Record Exam (GRE) scores and an endorsed DA Form 1618-R, (Application for Detail as Student Officer at a Civilian Educational Institution or at Training with Industry). The minimum undergraduate grade point average (GPA) normally accepted is 2.5. Officers must individually arrange to take the GMAT or GRE. Applications for these exams can be obtained from the local Army education center or directly from the Education Testing Service, PO Box 6104, Princeton, New Jersey 98541-6104. Most Army education centers administer the GRE and GMAT free of charge the first time it is taken by an eligible soldier. Individual officers are responsible for arranging for this free testing through their Army education center. Specific application procedures are outlined in AR 621-1.

(5) Table 47-1 shows the preferred advanced degrees for AAC officers.

(6) On August 7, 1996, the Deputy Under Secretary of Defense for Acquisition Reform issued an interim policy on the continuing Acquisition education and training for Acquisition Workforce members. This policy establishes a requirement for 40 hours (minimum) of continuing education per certified Acquisition professional per year. Army Acquisition Corps officers are highly encouraged to continue their acquisition education and training by taking courses offered by numerous DOD and civilian institutions. Many of these courses can be found in the Defense Acquisition University (DAU) catalog.

(7) Army Acquisition Corps officers are strongly encouraged to establish and maintain dialogue with the AAC proponent office and their FA proponent office and professional development and assignment officers. Each officer is his or her own best career manager. Maintaining an open dialogue optimizes the opportunities for enhanced professional development training, education and experience.

*g. Separate.* FA 51 officers will separate from the Army in the same manner as all other officers.

**Table 47–1**
**Preferred advanced degrees for ACC officers**

| Discipline | Degree |
|---|---|
| Business and Management | Business Administration |
| | Research Program Management |
| | Industrial Management |
| | Systems Management |
| | Procurement and Contract Management |
| | Management (General) |
| | Business (General) |
| | Information Systems Management (MS) |
| | Automated Data Processing System Management |
| Engineering | Engineering Administration |
| | Mechanical Engineering |
| | Operations Research Analyst (Engineering) |
| | Systems Engineering |
| | Engineering (General) |
| | Industrial Engineering |
| | Computer Science Engineering |
| | Software Engineering |
| | Computer Engineering (Artificial Intelligence) |
| Sciences (specific sciences determined by the Army Educational Requirements System) | Biological Science (General-Chemical officers only) |
| | Chemistry (General) |
| | Statistics |
| | Mathematics (General) |
| | Applied Science |
| | Physical Science (General) |
| | Computer Science |

## 47–8. Army Acquisition Corps Reserve Component officers

*a.* The Army National Guard and the U.S. Army Reserve have many Reserve officer positions in FA 51. Upon mobilization and during peacetime training assignments, officers assigned to these positions must be qualified to function as Army Acquisition officers. Accordingly, they must meet at least the minimum education, training and experience requirements of the Army Acquisition Corps at their respective grade levels. The Army Acquisition Corps represents the Total Army, both Active and Reserve Components (RC). The Army National Guard and Army Reserve contribute much to our Army Acquisition Workforce in day to day peacetime operations, during contingencies and in times of mobilization. These personnel must be certified acquisition professionals. The RC will be provided education, training and acquisition work experience opportunities comparable to that provided Active Component personnel. Differences in Active Component officers and RC officers will exist. One difference allows Acquisition RC officers to dual track rather than single track. This will allow RC Acquisition officers to acquire and maintain professional certification and provide a valuable pool of deployable assets for contingency operations. Much of the extensive and detailed career management guidance, such as progressive and exclusive acquisition assignments, minimum tour length, advanced schooling and prohibition from TOE command, cannot reasonably be applied to RC officer careers. Except for AAC officers who leave the Active Component and join the RC, it is not possible normally for RC officers to acquire 4 full years of acquisition experience in uniform. Reserve officers ordinarily acquire their acquisition expertise in their civilian careers, either in Government or industry. Granting equivalent credit based on civilian experience, coupled with recurring education under the DOD financed Defense Acquisition University (DAU) consortium of schools/courses, will allow the RC to maintain the professional acquisition workforce needed to support the Total Army and meet the legal requirements of DAWIA.

*b.* Eligible RC officers may compete for both PM positions at the lieutenant colonel and colonel level along with AC officers and AAC civilians. These RC officers will be slated off the OML to programs that support the RC.

*c.* The Reserve Component life cycle development model for FA 51 officers is shown at figure 47-2.



**Figure 47-1. FA 51 life cycle development model (Active)**



**Figure 47-2. FA 51 life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

**Part Six**
**The Special Branches**

## Chapter 48
## Judge Advocate General's Corps

### 48–1. Unique features of Judge Advocate General's Corps

*a. Unique purpose of Judge Advocate General's Corps.* The Judge Advocate General's Corps (JAGC) manages the delivery of total legal services to the Department of the Army and its members. Mission areas include the following: military justice/criminal law; administrative law (including military personnel law); procurement law; labor and employment law; regulatory law; intellectual property law; environmental law; litigation; medical-legal jurisprudence; intelligence activities law; and legal assistance.

*b. Unique functions performed by Judge Advocate General's Corps.* The JAGC is a special branch of the Army (Title 10 USC 3064) whose duties and functions are discussed in AR 27-1.

*c. Unique features of work in Judge Advocate General's Corps.*

(1) The JAGC consists of the following:

*(a)* General officers serving as The Judge Advocate General (TJAG); The Assistant Judge Advocate General (TAJAG); Assistant Judge Advocate Generals for Military Law and Operations and for Civil Law and Litigation (AJAG/MIL and AJAG/CIV, respectively); and the Commander, U.S. Army Legal Service Agency (USALSA).

*(b)* Regular Army commissioned officers appointed in the JAGC.

*(c)* Other members of the Army assigned to the JAGC.

(2) TJAG is the military legal advisor to the Secretary of the Army and all officers and agencies of the Department of the Army. Under TJAG's authority to direct members of the JAGC in the performance of their duties (Title 10 USC 3037 and AR 27-1) and to assign Judge Advocates (Article 6, Uniform Code of Military Justice (UCMJ), codified at Title 10 USC 806; AR 614-100), TJAG recruits, selects, determines qualifications, assigns and provides legal education for members of the JAGC. In the Office of The Judge Advocate General (OTJAG), the Personnel, Plans and Training Office (HQDA (DAJA-PT)) manages the JAGC under the supervision of TJAG, and represents TJAG in all personnel proponent matters in coordination with The Judge Advocate General's School of the Army (TJAGSA). Personnel policies are published annually by TJAG in the publication JAGC Pub 1-1.

(3) Judge Advocate (JA) officers perform their duties under commanders of their assigned or attached commands or under other supervisory JAs, such as the Staff Judge Advocate; Chief, Trial Judiciary; or the Chief, Trial Defense Service.

*(a)* JAs receive technical legal supervision from TJAG and from the SJAs from their higher headquarters.

*(b)* Only JAs assigned to the U.S. Army Trial Defense Service authorized to perform the functions of defense counsel, or made available as an individual defense counsel, may provide advice and assistance to soldiers suspected, accused or convicted of violations of the UCMJ on matters relating to those violations or suspected violations.

(4) As much as possible, JAs perform only professional legal duties for which they are trained. They should not perform any nonlegal duties, such as officer of the day, inventory officer, range officer, casualty notification officer, casualty assistance officer, or any other duties that would interfere with their primary assigned legal duties.

(5) The JAGC consists of two areas of concentration and four skill identifiers. Judge Advocates are classified as either 55A (Judge Advocate) or 55B (Military Judge). The four skill identifiers are as follows: 3D (Government Contract Law Specialist); 3F (Patent Law Specialist); 3G (Claims/Litigation Specialist); and 3N (International Law Specialist).

(6) In support of the skill identifier 3D (Government Contract Law Specialist), the JAGC has established the Acquisition Law Specialty Program. This program formally recognizes officers who are qualified acquisition attorneys, although they may not meet the criteria for the skill identifier. These officers support the acquisition process but are not members of the Army Acquisition Corps or the acquisition workforce.

### 48–2. Officer characteristics required

*a. Competencies and actions common to all.* The Army must have officers who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral).

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader

actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Judge advocates must have the education, training and experience equal or similar to that required of other members of the legal professions (Title 10 USC 3065(e)). Under provisions of AR 27-1, JAs must be admitted to practice and maintain membership in good standing of the bar of the highest court of a state of the United States, the District of Columbia, Commonwealth of Puerto Rico, or a Federal court.

*c. Unique knowledge.* As officers and lawyers, JAs develop themselves through progressively more challenging assignments and by continuing their military and legal education. More than most professions, the law makes professional competence a personal responsibility. Moreover, Staff Judge Advocates and JAs in other leadership assignments recognize that one of their primary missions is training subordinates. Thus, the JAGC assists JAs in their self-development.

*d. Unique attributes.* As a general rule, there is no equivalent to command in the JAGC. The JAGC needs both specialists and generalists. Officers who choose not to specialize are expected to seek the opportunity to lead and manage. Service in leadership positions, particularly as Staff Judge Advocates (SJA) or regional defense counsel (RDC), provide significant leadership opportunities. Because there are relatively few opportunities to serve as SJAs or RDCs, however, no prejudice attaches to a JA who does not serve in one of these particular positions.

## 48–3. Critical officer developmental assignments

*a. Branch qualification and development.* Assignments are generally based on whether officers have attended the Judge Advocate Officers Graduate Course.

(1) *Pre-Graduate Course assignments.* The first JAGC assignment is not normally in the state in which a JA is licensed, attended law school or performed on-the-job training (if a FLEP officer). New JAs are rotated through a variety of duties in many of the legal specialties in which JAs are expected to practice. This produces a flexible JA who can deploy in support of combat operations and provides the JA with a foundation for the ensuing graduate course. In these early assignments, some officers will have the opportunity to supervise other attorneys, soldiers and civilians. Many officers serve as defense counsel before the graduate course, although first assignment JAs are not normally assigned to the U.S. Army Trial Defense Service directly from the Judge Advocate Officer Basic Course.

(2) *Post-Graduate Course assignments.* Judge Advocates are usually selected to attend the Judge Advocate Graduate Course upon selection to major, and following the graduate course, officers are assigned to field grade positions. The JAGC provides opportunities for specialization at this point. Some JAs partially specialize but continue to be generalists. Some, like many Acquisition Law Specialty officers, focus on their specialties. Judge Advocates also get significant opportunities for leadership and management. Judge Advocate majors can expect to serve as senior defense counsels; branch and division chiefs in large legal offices; deputy Staff Judge Advocates; instructors at TJAGSA, Command and General Staff College or at West Point; or as staff and trial attorneys in the litigating divisions in Washington D.C., other defense and Government agencies, or in the Office of The Judge Advocate General.

(3) *Senior field grade assignments.* Lieutenant colonels have the opportunity to serve in more specialized assignments and in senior leadership positions. Judge Advocate lieutenant colonels have the first opportunity to serve as a military judge, regional defense counsel, or Staff Judge Advocate. They also serve as branch and division chiefs in the largest offices; the Office of the Judge Advocate, U.S. Army, Europe; or the National Capital Region. Judge Advocate colonels are senior trial and appellate military judges; Staff Judge Advocates to major installations, corps, and echelons above corps; and division chiefs in the Office of The Judge Advocate General and the U.S. Army Legal Services Agency.

*b. Branch/functional area generalist assignments.* Judge Advocates do not serve in branch/functional area generalist assignments.

*c. Joint assignments.* After selection for major, JAGC officers may be considered for joint duty assignments in joint organizations worldwide, including the Office of the Chairman of the Joint Chiefs, the joint staff and the combatant commands. Joint experience is important to the Army. Due to the limited number of joint assignments available, JAs are not precluded from advancing into senior leadership positions because they lack joint experience (see Title 10 USC 619a(b)(3)(C)).

*d. Other assignments.* JAGC officers may be assigned to organizations and duties beyond those indicated above. These assignments may include duty with the Department of Justice, the Department of State and the White House. The spectrum of possible assignments is large and these assignments can be characterized as highly responsible and important, and requiring mature, skilled and well-grounded officers.

## 48–4. Assignment preferences and precedence

*a. Preferences.* Under the statutory authority of TJAG to assign JAs (Title 10 USC 806) and direct them in their duties (Title 10 USC 3037(c)(2)), TJAG closely monitors JA professional development. TJAG's frequent inspections of military legal offices in accordance with Article 6, UCMJ (Title 10 USC 806), offers a unique opportunity to mentor JAGC leaders directly and to monitor how junior officers are developed.

(1) All assignments are made in the best interests of the Army. The objective of the JAGC assignment policy is to build an expert, flexible force by balancing the needs of the Army, professional development, personal and family needs, and personal preferences in every assignment. While personal preferences are considered, circumstances often require that individual desires or needs must be subordinated to the needs of the Army.

(2) Professional development of the JA is accomplished by progressively more challenging assignments to organizations in the field and at higher headquarters, along with opportunities for schooling. Proven performance and potential as reflected in officer evaluation reports are the key factors in deciding who is the best qualified officer for an assignment. The JAGC's goal is to develop every officer professionally, ensure diversity of assignments and provide opportunities for management, leadership and education.

*b. Precedence.* Assignment to developmental leadership positions has precedence, although flexibility exists on the sequence of assignments. While JAs participate in other military and legal training, under provisions of AR 27-1, the TJAG has prescribed the following educational requirements JAs should use as a guide for seeking assignments:

(1) Judge Advocate positions authorized the grade of captain or lower require credit for the Judge Advocate Officer Basic Course (JAOBC) or the Reserve Component Judge Advocate Officer Basic Course (RCJAOBC).

(2) Judge Advocate positions authorized the grade of major or higher require credit for the Judge Advocate Officer Graduate Course or Judge Advocate Officer Advanced Course.

(3) Military Judge positions require completion of the Military Judge Course at TJAGSA in addition to the Judge Advocate Officer Graduate or Advanced Course. Officers selected for military judge positions will be scheduled to attend the next Military Judge course, unless already certified as a Military Judge.

(4) Acquisition Law Specialty JA positions normally require completion of the Contract Attorneys Course, the Fiscal Law

Course, and one additional contract law-related course within 36 months of first assignment to a contract law position (whether contract law is a primary or part-time duty). The Contract Attorneys Course should be completed first and within the first 12 months of assignment to a contract law position.

(5) Staff Judge Advocate positions require completion of Command and General Staff College, or its equivalent.

## 48–5. Duration of critical officer life cycle assignments

*a. Key Judge Advocate General's Corps branch qualification positions.* Assignments in the continental United States (CONUS) are normally a maximum of 3 years; however, the need to staff all legal offices properly and to develop the careers of all JAs effectively often requires shorter or longer tours. Tour lengths for overseas assignments are outlined in AR 614-30.

(1) Trial defense counsels (TDS) will normally be assigned to TDS positions for about 18 months. A senior defense counsel will normally be assigned for a two year tour.

(2) A regional defense counsel will normally serve 2 year tours.

(3) Lieutenant colonel Staff Judge Advocates and colonels serving as corps SJAs will normally be assigned for a 2 year tour. Colonels otherwise serving as SJAs will normally be assigned for a 2 or 3 year tour. Judge Advocates serving in nominative positions as either legal advisors or Staff Judge Advocates will normally be assigned for a 3 year tours.

*b. Judge Advocate General's Corps life cycle.* Figure 48-1 displays a JAGC life cycle with branch qualifying positions.

## 48–6. Requirements, authorization and inventory

*a. Goal.* The goal is to maintain a healthy, upwardly mobile career path for JAGC officers. Fair, candid and open personnel management is critical to meeting the JAGC's mission. Personnel management will be effective only when interest in professional development is shared among the JAGC leadership, supervisors and individual members of the Corps.

*b. OPMS XXI implementation.* The JAGC is not directly affected by OPMS XXI. The numbers of authorized JAGC billets, by grade, will be sufficient to meet the JAGC's mission to provide quality legal services to the Army. Officers desiring more information on the JAGC authorizations or inventory should contact the Personnel, Plans and Training Office, The Judge Advocate General, 2200 Army Pentagon, Washington, DC 20310-2200.

## 48–7. Key officer life cycle initiatives for Judge Advocate General's Corps

*a. Structure.* Judge Advocate General's Corps officers serve at all echelons worldwide.

*b. Acquire.* Judge Advocate General's Corps officers will continue to be accessed into the branch primarily by direct commissioning.

(1) Applications for appointment as a Judge Advocate (JA) come primarily from law students, active members of the civilian bar and active duty commissioned officers seeking participation in the Funded Legal Education Program (FLEP). To be appointed, a person should have already earned a law degree from a law school accredited by the American Bar Association (ABA), be admitted to practice, and have membership in good standing for the bar of the highest court of a state of the United States, the District of Columbia, Puerto Rico or a Federal court.

(2) Judge Advocates commissioned directly from civilian life enter active duty as obligated volunteers for a specific term of service; they are awarded constructive credit for promotion for the time spent in law school. Officers who do not qualify for appointment as captains, U.S. Army Reserve (USAR), are appointed as first lieutenants, USAR, and are usually eligible for promotion to the grade of captain within 6 to 9 months after entry on active duty. Officers must apply for and attain conditional voluntary indefinite (CVI) status to remain on active duty past their initial term of

obligated service. Officers must apply for and attain voluntary indefinite (VI) status to remain on active duty past the expiration of their CVI status.

(3) The Funded Legal Education Program (FLEP), authorized by Title 10 USC 2004 and AR 27-1, allows a small number of active duty officers to attend law school at government expense. The program is available to officers with not less than 2 years nor more than 6 years of total active Federal service at the time school begins. Officers are detailed to the JAGC but remain in their basic branch until later appointed in or assigned to the JAGC in the grade in which they are serving.

*c. Distribute.* Assignments for Judge Advocate General's Corps officers are managed by The Judge Advocate General.

*d. Deploy.* Judge Advocate General's Corps officers must remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Judge Advocate General's Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Judge Advocate General's Corps officers may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Judge Advocate General's Corps officers must prepare themselves and their families for this most challenging life cycle function.

*e. Sustain.* Judge Advocate General's Corps officers will compete within their career field for promotion to all grades.

*f. Develop.* Judge Advocate General's Corps officer development is as follows:

(1) *Development objective.* The JAGC's objective is to build an expert, flexible force through a comprehensive professional development system that links challenging developmental assignments with institutional training and self-development (see fig 48-1). The JAGC expects each officer to seek and have diversity in assignments and opportunities for specialization, management, leadership and education. Balanced professional development yields a JA who can deploy in support of combat forces and provide comprehensive legal service in the field.

(2) *Institutional training.* Institutional training is comprised of both military training and legal education.

*(a) The Judge Advocate General's School.* The Judge Advocate General's School of the Army (TJAGSA) is the home of the Army lawyer and is the cornerstone of the JAGC's training and education. Because the health of the JAGC is contingent on an intellectually vibrant educational institution that is in touch with the field's needs, the assignment of quality, experienced officers to the school's faculty and staff is a high priority.

*(b) Judge Advocate Officer Basic and Graduate Courses.* New JAs attend the 12 week basic course en route to their first duty stations, although a few are assigned in a delayed schooling status to installations before the course. The center piece of junior officer professional development is attendance at the 10 month Judge Advocate Graduate Course (in lieu of Captains Career Course). It educates career JAs in all areas of military law, legal communications and management. The course prepares officers for middle and senior grade positions and also provides an opportunity to develop specialized knowledge and skills. The Judge Advocate Graduate Course is accredited by the American Bar Association as a graduate legal education program and is statutorily empowered to award the only graduate law degree in military law in the United States. Judge Advocates attend the Judge Advocate Graduate Course later than other officers attend branch Captains Career Course so they can have the opportunity for multiple assignments in different areas of law and to enable them to attend the Combined Arms and Services Staff School (CAS3). Officers completing this schooling incur a 2 year active duty service obligation and normally serve a 2 year utilization tour.

*(c) Advanced Civil Schooling.* TJAG selects a limited number of career officers annually to attend civilian institutions for one year at

Government expense to obtain advanced legal education in specialized areas. This schooling supplements TJAGSA graduate course training.

*(d) Continuing professional education.* All JAs participate in continuing legal education throughout their careers. This training is required by many licensing states; it also keeps officers abreast of current legal developments. Continuing legal education consists of training conducted by Staff Judge Advocates, military judges, and regional and senior defense counsel; civilian training; and training provided at TJAGSA. As JAs develop professionally and become eligible for more senior assignments as military judges, Staff Judge Advocates, and deputy Staff Judge Advocates, they attend specialized training, which is part of their overall development. Senior Judge Advocates may also be offered the opportunity for specialized management training.

*(e) Other Army training.* Judge Advocates are both officers and lawyers. Therefore, they participate in officer training programs including CAS3, Command and Staff College (CSC), and Senior Service College (SSC). All JAs attend CAS3. Few resident CSC spaces are allotted to the JAGC; accordingly, the JAGC encourages JAs to complete CSC by correspondence if they are not selected to attend in residence. Judge advocates routinely attend other specialized military training such as airborne and air assault training.

*g. Separate.* Judge Advocate General's Corps officers will separate from the Army in the same manner as all other officers.

## 48–8. Judge Advocate General's Corps Reserve Component officers

The Judge Advocate General exercises technical supervision of Reserve Component JAGC officers not on the Active Duty List. The Guard and Reserve Affairs Division of OTJAG assists TJAG by developing policy and providing technical assistance in the career management of USAR JA officers. The Guard and Reserve Affairs Division, through the Chief, National Guard Bureau, also provides technical assistance to the respective State Adjutants General for the career management of Army National Guard (ARNG) JAGC officers. In general, qualifications and professional development are similar to Active Duty List Judge Advocates.

*a. Reserve Component Judge Advocate career development.*

*(1)* The Reserve Component, U. S. Army Reserve (USAR), professional development objectives regarding JAs are as follows:

*(a)* Development of the professional attributes and capabilities of USAR officers to meet the mobilization needs of the Total Army.

*(b)* Development of the officers in the numbers and skills to meet the functional requirements of the Total Army in partial or total mobilization.

*(c)* Development of officers with technical, managerial and administrative skills to serve in positions of increasing responsibility in the JAGC.

*(2)* Assignments of JAs are made upon the recommendation of The Judge Advocate General (Article 6, UCMJ, Title 10 USC 806). Specific policies on JAGC assignments are contained in AR 140-10, section VI. This discussion is directed toward assignment patterns that prepare Reserve Component Judge Advocates for senior troop program unit and individual mobilization augmentee positions.

*b. Company grade assignments.* Company grade JAGC assignments should allow the officer an opportunity to learn to be both a military lawyer and a soldier. An officer at this stage of his or her career should be exposed to a wide variety of experiences. The Army understands that, at the same time the JAGC officer is learning his or her military craft, he or she is beginning a full-time civilian career; however, high standards of participation and performance are still demanded.

*(1)* Troop program unit JAGC officers should be assigned to junior JAGSO and SJA section positions. Assignment of Judge Advocates with less than 4 years of experience to SJA sections where they are the sole or senior JAGC officer is not advised. During this period of the JAGC officer's career, there are a number of professional development educational requirements; however, the individual should be required to attend annual training with the unit at least three out of five years.

*(2)* Individual mobilization augmentee (IMA) JAGC officers should be assigned to junior IMA positions, which are with active duty division or garrison units when possible. Individual mobilization augmentee supervisors should not only provide training in military legal requirements of the position, but they should ensure that junior officers are exposed to soldier experiences. When possible, SJAs should arrange to pair up new JAGC officers with a platoon leader of a local line unit for a one or two day orientation on life as a soldier. Supervisors should counsel junior officers on both their legal abilities and their soldier abilities. Junior JAGC officers in IMA positions should be encouraged to drill, for points only, at least part of the year with a troop program unit in their home area.

*(3)* Non-JAGC TPU assignments for company grade officers are not advised until the individual has at least 8 years commissioned service. These assignments can be extremely beneficial to both the JAGC and the soldier. The assignments broaden the individual's perspective concerning the mission of the Army and enhance an officer's ability to perform at higher level position later in his or her career. Assignment to non-JAGC positions are approved by TJAG (according to AR 140-10) and are for a period not to exceed 3 years.

*(4)* Company grade officers should not be assigned to the Individual Ready Reserve (IRR) except in unusual circumstances. Appointment of new JAGC officers should be for a TPU or IMA position; however, if JAGC officers are assigned to the IRR, they should ensure they are able to complete their annual training requirements in JAGC-related assignments. It is highly undesirable for company grade JAGC officers to spend 2 or more years in the IRR.

*c. Major assignments.* Reserve Component JAs usually have at least 9 years commissioned service when promoted to major. This is a mid-level grade with opportunities to supervise other Judge Advocates. This is also a time to develop more specific skills and experiences to qualify for senior JAGC positions. Troop program unit JAGC officers should seek assignments as JAGSO team directors and general officer command (GOCOM) Staff Judge Advocates. These assignments should follow developmental TPU or IMA experiences relating to the type of law practices by the unit. Examples of developmental assignments for JAGC position qualification for a U.S. Army Reserve GOCOM Staff Judge Advocate position at the major level are as follows:

*(1) Troop program unit (TPU).* Member of a Staff Judge Advocate section; Judge Advocate for a small unit; or member of courts martial or defense team.

*(2) Individual mobilization augmentee (IMA).* Member of a Staff Judge Advocate section, counsel for Trial Defense Service; or TJAGSA instructor in criminal law, administrative and civil law, or international and operational law.

*d. Lieutenant colonel assignments.* Reserve Component JAs usually have at least 15 years of commissioned service when promoted to lieutenant colonel. This is the beginning of senior level assignment and performance expectations. Officers at this level should have the legal expertise, soldier skills, and confidence to deal effectively with Army commanders. Lieutenant colonel JAGC officer should serve as role models and mentors for junior officers, counseling and assisting them in developing their skills and careers. Troop program unit JAGC officers should be competing for principal tenured JAGC positions such as division Staff Judge Advocate, GOCOM Staff Judge Advocate (lieutenant colonel), or military judge (lieutenant colonel). The degree to which a JAGC officer is competitive for these assignments is a function of prior developmental assignments. Examples of developmental assignments for these two positions are listed below:

*(1)* Developmental assignments for division Staff Judge Advocate and GOCOM Staff Judge Advocate (lieutenant colonel) include the following:

*(a) Troop program unit.* Member SJA section, team director JAGSO detachment and military judge (lieutenant colonel).

*(b) Individual mobilization augmentee.* Staff Judge Advocate or deputy Staff Judge Advocate and TJAGSA instructor.

(2) Developmental assignments for military judge (lieutenant colonel) include the following:

*(a) Troop program unit.* Team director (trial/defense), division Staff Judge Advocate and GOCOM Staff Judge Advocate.

*(b) Individual mobilization augmentee.* U.S. Army Court of Criminal Appeals (USACCA) (lieutenant colonel) and TJAGSA instructor in criminal law.

*e. Colonel assignments.* Reserve Component JAs usually have at least 20 years of commissioned service when promoted to colonel. For all but a handful of JAGC officers, this is their most senior level of service to the Army. Development of the officer is no longer a major professional objective. This is a period of full utilization of the officer's talents, experience and training. At this level, officers should perform effectively with senior Army commanders. Colonels lead, discipline, teach and develop the field grade JAGC officers under their technical and command supervision. Troop program unit JAGC officers, through training and experience, have prepared themselves for maximum use of their skills, abilities and talents as Army Reserve Command (ARCOM) Staff Judge Advocates, Legal Service Organization/Mobilization Support Organization (LSO/MSO) commanders and senior military judges. Prior assignments which offer the experience necessary to succeed at these assignments are listed below.

(1) To succeed as an ARCOM Staff Judge Advocate, officers should serve in the following:

*(a) Troop program unit.* Division Staff Judge Advocate, GOCOM Staff Judge Advocate, LSO commander or military judge.

*(b) Individual mobilization augmentee.* Major command Staff Judge Advocate (lieutenant colonel or colonel) or deputy Staff Judge Advocate (lieutenant colonel), or TJAGSA instructor (lieutenant colonel).

(2) To succeed as an LSO/MSO commander, officers should serve in the following:

*(a) Troop program unit.* Division Staff Judge Advocate, GOCOM Staff Judge Advocate, ARCOM Staff Judge Advocate, chief, LSO section, or military judge.

*(b) Individual mobilization augmentee.* Staff Judge Advocate or deputy Staff Judge Advocate of a major command.

(3) To succeed as a senior military judge, officers should serve in the following:

*(a) Troop program unit.* Military judge (lieutenant colonel), LSO commander or ARCOM Staff Judge Advocate.

*(b) Individual mobilization augmentee.* Military judge (colonel), USACCA (lieutenant colonel or colonel), TDS (lieutenant colonel or colonel), or TJAGSA instructor in criminal law (lieutenant colonel or colonel).

*f. Professional development education for Reserve Component Judge Advocate officers.* The following describes the various professional courses available:

(1) *JAGC Officer Basic Course (JAOBC).*

*(a)* This course is designed to provide basic branch orientation and training for RC officers who are receiving a commission in the Judge Advocate General's Corps without concurrent orders to active duty. This course serves as a branch qualification course for Reserve Component company grade officers. Completion of the course is required as a prerequisite for promotion to captain.

*(b)* RC JAGC officers who have not attended a resident officer basic course must attend Phase I-Required Military Subjects in residence at Fort Lee, Virginia (2 weeks). Phase II-Required Legal Subjects may be taken by correspondence (89 hours) within the first 2 years of appointment (60 hours must be completed in the first year).

(2) *JAGC Officer Advanced Course (JAOAC).*

*(a)* This course is designed to provide a working knowledge of the duties and responsibilities of field grade Judge Advocate General's Corps officers. JAOAC is the nonresident version of the Judge Advocate Officer Graduate Course. This course serves as branch qualification for officers to serve in field grade JAGC positions. Completion of this course is a prerequisite for promotion to major.

*(b)* The JAOAC consists of two legal subject phases. Phase I is a correspondence phase. Phase II is a 2 week resident phase taught at TJAGSA. This course should be taken between the 2d and 5th years of commissioned service.

(3) *Command and Staff College (CSC).*

*(a)* The purpose of CSC is to develop familiarity with employment of multiservice and multinational forces used in joint and combined arms operations; to develop basic knowledge of the joint operations planning process; and to create awareness of DOD requirements as well as individual service capabilities, problems and needs. Completion of 50 percent of CSC is a prerequisite for promotion to lieutenant colonel; however, the entire course should be completed in 36 months, or within 3 years of promotion to lieutenant colonel, whichever is sooner.

*(b)* The CSC is composed of four phases, each being available either by correspondence from the U.S. Army Reserve Forces school or through resident training at Fort Leavenworth, Kansas (the RC Course at Forth Leavenworth runs for 19 weeks beginning in August). CSC should be completed between the 9th and 20th years of commissioned service.

(4) *Senior Service College (SSC).*

*(a)* The U.S. Army War College (AWC) is a Senior Service College designed to prepare officers for duty as commanders and staff officers at the highest levels of the Army. The course is not a prerequisite for promotion, but enhances any officer's ability to perform at the highest level.

*(b)* The U.S. Army War College Distance Education Course is a 2 year correspondence program consisting of home study and two 2 week resident phases at Carlisle Barracks, Pennsylvania. Selection for this course is by a centralized board convened by AR-PERSCOM. This is the only correspondence course that the Army recognizes as military education level 1 (MEL 1) producing. This course should be completed between the 21st and 26th years of service.

(5) *Continuing legal education (CLE).*

*(a)* Each year TJAGSA offers specialized continuing legal education courses at Charlottesville, Virginia, and at over 35 other locations around the world. Taught by TJAGSA faculty, these courses provide an essential update in a particular field of law. Reserve Component JAGC officers are required to attend this training to maintain their basic professional competence as military lawyers.

*(b)* Individuals may apply for TJAGSA resident CLE training which varies in length from 3 days to 3 weeks. These courses provide practice oriented continuing legal education for military attorneys. TJAGSA also provides weekend, on-site CLE training at 20 CONUS Army locations and at selected OCONUS Army sites. The JAGC officers should plan for attendance at one CLE course each year.

(6) *Judge Advocate Reserve Component Workshop.*

*(a)* This is a 4 day workshop designed to update selected senior RC Judge Advocates in both military law and leadership and management. Additionally, many workshop seminars are designed to share ideas on improving the training and administration of military justice.

*(b)* The Judge Advocate Reserve Component Workshop is by invitation only.

(7) *The Military Judge Course.*

*(a)* The purpose of the Military Judge Course is to provide military attorneys with advanced schooling to qualify them to perform duties as military judges at courts-martial.

*(b)* This is a three week course taught at TJAGSA. Army officers are selected for attendance by the Chief Trial Judge, U.S. Army Trial Judiciary.

*g. Life cycle development model.* The Reserve Component life cycle development model is shown at figure 48-2.



DA PAM 600–3 • 1 October 1998

**Figure 48-1. Judge Advocate General's Corps life cycle model (Active)**

284

DA PAM 600–3 • 1 October 1998



| Years of Service | 0 | | 7 | | 14 | | 21 | | 24 | | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**LT** — **CPT** — **MAJ** — **LTC** — **COL**

| Law School Constructive Credit UP U.S.C. 10 section 533 | O B C | O A C | | | | CGSC | | Senior Service College | |
|---|---|---|---|---|---|---|---|---|---|

Special Military Training Airborne/Air Assault

JA Reserve Component Workshop

Continuing Legal Education Throughout Career

**Branch Qualifying**

There are no specific branch qualifications beyond the Officer Basic Course

**Develop-mental**

| | | |
|---|---|---|
| TPU Officers: Junior JAGSO and SJA Section Positions<br><br>IMAs: Company Grade positions at Active Division or Garrison units | TPU Officers: Members of Courts-Martial or Defense Team Judge Advocate for small unit<br><br>IMAs: Trial Defense Counsel Instructor at TJAGSA in Criminal, Administrative or International Law | TPU Officers: Team Director, JAGSO Detachment Military Judge Division Staff Judge Advocate GOCOM Staff Judge Advocate<br><br>IMAs: Staff Judge Advocate Deputy Staff Judge Advocate Appellate Judge TJAGSA Instructor | TPU Officers: ARCOM Staff Judge Advocate Military Judge LSO Commander<br><br>IMAs: Staff Judge Advocate Deputy Staff Judge Advocate Military Judge TJAGSA Instructor |

**Figure 48-2. Judge Advocate General's Corps life cycle model (Reserve)**

**Chapter 49**
**Chaplain Corps**

## 49–1. Unique features of Chaplain Corps

*a. Unique purpose of Chaplain Corps.* The Chaplain Corps is a special branch of the Army whose mission is to provide for the total religious support to the Army across the spectrum of operations.

*b. Unique functions performed by Chaplain Corps.* Chaplains provide the religious, spiritual, moral and ethical support to the Army in any contingency. As religious leaders, they provide the Army community the opportunity to participate in worship and educational opportunities and to receive the pastoral care and spiritual nourishment it seeks. Chaplains preserve and perpetuate the faith based values that often serve as the bedrock of our units and communities. As special staff officers, they coordinate religious support activities to complement the commander's operational plans and objectives in war and peace.

*c. Unique features of work in Chaplain Corps.* Chaplains serve on the personal and special staff of the commander and assist in ensuring that the policies and leadership practices of the command are in keeping with strict moral, ethical and humanitarian standards. The Chaplain advises the commander and staff on matters pertaining to religion, morals and morale. The senior Chaplain assigned to a unit or headquarters is normally designated the Staff Chaplain. The Chaplain is responsible to the commander for all chaplain related activities within the command. The Chaplain exercises staff and technical supervision of the activities of the other Chaplains assigned to the headquarters. He or she provides staff supervision for the activities of Chaplains in subordinate commands and provides commanders and staff with advice, information, recommendations, programming, funding data and plans concerning religious activities, morale, chaplain and chaplain assistant personnel matters.

(1) The Chaplain branch encompasses two areas of concentration (AOCs): Command and Unit Chaplain (56A); and Clinical Ministries Supervisor (56D).

*(a)* The Command and Unit Chaplain (56A) serves as a religious leader with staff functions for unit of assignment and to units requiring area religious coverage. The duties of Chaplains are those which normally pertain to the clergy profession and those which are prescribed by law, regulations and distinctive conditions and circumstances of the Department of the Army.

*(b)* The Clinical Ministries Supervisor (56D) applies to two types of supervisors who offer specialized supervision in the areas of Clinical Pastoral Education (CPE) and Approved Supervisors for Family Life Chaplaincy.

(2) The Chaplain branch incorporates seven skill identifiers (SIs):

*(a)* Chaplain Training Manager (7E).

*(b)* Chaplain Resource Manager (corps and installation) (7F).

*(c)* Marriage and Family Specialist (7K).

*(d)* Chaplaincy Resource Manager (HQDA, MACOM, USACHCS) (7M).

*(e)* Chaplain Service School Instructor (7N).

*(f)* Hospital Chaplain (7R).

*(g)* Combat Medical Ministry (7S) (Proposed).

*(h)* Force Management (3R).

## 49–2. Officer characteristics required

Chaplain officers are fully qualified members of the clergy of a religious faith group. Entry level requirements are established by public law, Department of Defense directive and Army regulations. Chaplains are required to possess a baccalaureate degree of not less than 120 semester hours; have completed 3 years of resident graduate professional study from an accredited institution in theology or related subjects (normally validated by the possession of a Master of Divinity degree, an equivalent degree or 90 semester hours); and be endorsed by a DOD Chaplain's Board recognized ecclesiastical endorsing agency.

*a. Competencies and actions common to all.* The Army must have officers who can effectively apply the four core dimensions of leadership: values, attributes, skills and actions. (For additional discussion of these leadership dimensions, see FM 22-100.) The four core leadership dimensions provide the basis for what a leader must be, know and do. The values and attributes set the basis for the character of the leader - what a leader must be. The skills developed by leaders establish his or her competence - what a leader must know. The actions that leaders conduct and execute constitute leadership - what a leader must do. The leadership framework describes a leader of character and competence who acts to achieve excellence across the spectrum of operations from total war, to operations other than war, to disaster relief and in times of peace.

(1) *Values.* Values are at the core of everything the Army is and does. The Army is an institution of people with unique and enduring values. These values must be a part of the men and women—officers, enlisted personnel and civilians—who are the Army. These values provide the sense of purpose necessary to sustain our soldiers in combat and help resolve ambiguities in operations other than war. Officers must establish and maintain an environment in the Army where soldiers and civilians do what is right; where we treat each other as they should be treated; and, where everyone can be all they can be. There are seven Army values (LDRSHIP).

*(a) Loyalty.* Bear true faith and allegiance to the U.S. Constitution, the Army, your unit and other soldiers.

*(b) Duty.* Fulfill your obligations.

*(c) Respect.* Treat people as they should be treated.

*(d) Selfless-service.* Put the welfare of the nation, the Army and your subordinates before your own.

*(e) Honor.* Live up to all the Army values.

*(f) Integrity.* Do what's right, legally and morally.

*(g) Personal Courage.* Face fear, danger or adversity (physical or moral).

(2) *Leader attributes.* Attributes are fundamental qualities and characteristics. Attributes assist in defining what an officer should be and contribute to leader actions. Army leader attributes are described in three categories - mental, physical and emotional.

*(a)* Mental attributes describe aptitudes and capacities for learning that leaders should possess and develop. Included in this category are will, self-discipline, initiative, judgment, confidence, intelligence and cultural awareness.

*(b)* Physical attributes specify physical dispositions or aptitudes that can be nurtured and developed. Included in this category are health fitness, physical fitness, stamina, military bearing and professional bearing.

*(c)* Emotional attributes are those affective aptitudes or capacities that contribute to how one feels and substantially contribute to leadership. Included in this category are self-control, balance and stability.

(3) *Leader skills.* Skills are synonymous with competencies. They are abilities or competencies that one develops and uses with people, with ideas and with things. Competence is of primary importance for all Army officers. The Army recognizes that officers must develop four types of skills.

*(a)* Interpersonal skills reflect competence in communicating with people.

*(b)* Conceptual skills refer to competence in handling ideas.

*(c)* Technical skills reflect competence with things.

*(d)* Tactical skills refer to the ability to put together technical, interpersonal, and conceptual skills and apply them to warfighting tasks.

(4) *Leader actions.* Officers provide purpose, direction and motivation as they influence their subordinates, operate to accomplish their mission and strive to improve their unit or organization. Leader actions are how Army officers act to achieve excellence and get the job done. These actions are applicable across all levels of leadership.

*(a)* Influencing refers to the use of appropriate people skills to guide subordinates or teams toward mission accomplishment. Influencing subdivides into communicating, decision-making and motivating.

*(b)* Operating or accomplishing the mission refers to the relative

short term actions of getting the job done. Operating divides into planning, executing and assessing.

*(c)* Improving refers to the long term investment-type actions essential to improving everything the leader influences. Improving subdivides into developing (people), building (teams) and learning.

*b. Unique skills.* Chaplains must fully comprehend the organization, structure and doctrine of the warfighting Army as it evolves in the 21st Century. In addition, they:

(1) Plan and execute the religious support plan to support the unit's mission.

(2) Assess the impact of indigenous religious beliefs on the unit's mission.

(3) Provide religious services of worship, including funerals and memorial services, that occur in field and garrison.

(4) Provide specific Essential Elements of Religious Services that normally take place apart from formal religious services.

(5) Provide ministry to marriages and families.

(6) Offer pastoral care through counseling and advising.

(7) Teach classes on moral leadership, suicide awareness and religious education.

(8) Render pastoral care in a hospital setting.

(9) Render pastoral care in a confinement facility.

(10) Design and implement Unit Ministry Team training.

*c. Unique knowledge.* Chaplains must remain up-to-date on Army organization, structure and doctrine. They also:

(1) Possess expert knowledge of distinctive faith groups in order to perform and provide for the religious needs of the Army's soldiers and families.

(2) Remain current on developments in the civilian religious community for possible application to their area of expertise.

(3) Understand the elements of suicide awareness and prevention.

(4) Know the characteristics of healthily marriage and family relationships.

(5) Possess the knowledge of the dynamics of ethical decision making.

*d. Unique attributes.* Chaplains must possess the highest standards of discretion, integrity and professional ethics. In addition, they will:

(1) Be oriented to provide religious support in a religiously pluralistic setting.

(2) Be an advocate for the free exercise of religion.

## 49–3. Critical officer developmental assignments

Chaplain professional development provides skills, knowledge and experience enabling them to provide religious, spiritual and moral leadership and to perform staff officer functions in the Army. This is a comprehensive system that assigns Chaplains according to the needs of the Army, and identifies and provides the training required to prepare and sustain Chaplains for serving in these assignments.

*a. Branch qualification.* Upon completion of Chaplain Officer Basic Course (CHOBC), Chaplain officers are eligible for worldwide deployment in their specialty. There are no by-grade standards for Active Component Chaplains.

*b. Branch development.*

(1) *Newly commissioned Chaplain.* The Chaplain Officer Basic Course (CHOBC), Phases I and II, provides initial entry military training for newly commissioned Chaplains. CHOBC builds on professional ministerial skills acquired in civilian institutions prior to appointment as a Chaplain. CHOBC equips the Chaplains with the skills necessary to perform staff officer and religious support functions at the battalion level. Chaplains develop skills in dealing with religious requirements in a multi-ethnic, multi-cultural, and pluralistic unit setting. Basic Chaplain Training (BCHT), Phase III, is conducted at the installation or unit of assignment and is performance oriented training for Chaplains in their initial assignment. The supervisory Chaplain or designated Chaplain training manager certifies the completion of this training.

(2) *Captain.* Chaplain captains are normally assigned to battalions. They may also serve as hospital Chaplains, confinement facility Chaplains and installation Chaplain resource managers.

*(a)* Chaplain officers will attend the Chaplain Captains Career Course normally between the 4th and 6th years of service as active duty chaplains. The course consists of a branch training phase seamlessly linked with a staff process phase. Chaplains are required to complete the staff process phase (CAS3) prior to enrolling in Command and General Staff College (CGSC). Completion of CGSC qualifies Chaplain officers to serve in MEL 4 coded and nominative positions.

*(b)* Some chaplain officers will be selected annually to attend Clinical Pastoral Education in order to prepare them for ministry in the hospital setting. Chaplains become eligible once they are selected for Conditional Voluntary Indefinite (CVI) status.

*(c)* A select number of Chaplain captains will be offered to participate in the Degree Completion Program to prepare them for specialized assignments.

(3) *Major.*

*(a)* Chaplain majors generally serve as brigade or group Chaplains, assistant division Chaplains, depot Chaplains, service school instructors (or staff), family life directors, hospital Chaplains, installation Chaplain resource managers, installation Chaplain training managers, and corps staff action officers.

*(b)* Some Chaplain majors will attend fully funded civilian schooling to prepare them for Chaplain assignments requiring additional skills. A few Chaplain majors will attend the Command and General Staff Officers Course in residency each year, while all Chaplain majors are strongly encouraged to complete the course by correspondence, in order to continue their career development.

(4) *Lieutenant colonel.*

*(a)* Chaplain lieutenant colonels serve as division staff Chaplains, HQDA and MACOM staff action officers, installation staff Chaplains, CPE and family life supervisors, and hospital Chaplains.

*(b)* A select number of Chaplain lieutenant colonels and colonels will either attend Senior Service College (SSC) in residence, or complete it by correspondence.

(5) *Colonel.* Chaplain colonels serve primarily as corps and MACOM staff Chaplains, CONUS Army staff Chaplains, joint or unified command staff Chaplains, installation staff Chaplains, and medical center staff Chaplains.

*c. Branch/functional area generalist assignments.* Chaplain officers do not normally serve in branch/functional area generalist (formerly branch immaterial) assignments. These assignments will be made only as an exception to policy.

*d. Joint assignments.* Joint experience is important to the Army and valuable to the officers who serve in those billets. Few Chaplains will have the opportunity to serve in joint billets, and it is not a requirement for advancement to senior leadership.

## 49–4. Assignment preferences and precedence

*a. Preferences.* The Chaplain branch has diverse assignment opportunities which allow for several career development paths. The goal of the professional development of Chaplain branch officers is to produce and sustain highly qualified clergy and staff officers. Assignments in the Chaplain branch will be made to develop the Chaplain's ability to achieve that goal. Requests from officers for assignments which do not contribute to achieving that goal will likely be rejected.

*b. Precedence.* Assignment to developmental positions will have a precedence, although there is flexibility on the sequence of assignments. Some Chaplain officer billets will be designated as requiring advanced education, either military or civilian. Officers assigned to those jobs must complete the required courses prior to reporting to their duty assignments.

## 49–5. Duration of critical officer life cycle assignments

*a. Assignment duration.* Most assignments for Chaplain officers will be 24 to 36 months in length. OCONUS locations will continue to require specific tour lengths.

*b. Chaplain branch life cycle.* Figure 49-1 depicts a Chaplain branch life cycle with branch developmental positions.

**49–6. Requirements, authorizations and inventory**

a. *Goal.* The goal is to maintain a healthy, viable career path for Chaplain officers.

b. *OPMS XXI implementation.* The number of authorized Chaplain billets, by grade, will vary as force structure decisions are made and actions to implement them are taken. Officers desiring more information on Chaplain branch authorizations or inventory are encouraged to contact the branch proponency office.

**49–7. Key officer life cycle initiatives for Chaplain Corps**

a. *Structure.* Chaplain officers serve at all echelons worldwide.

b. *Acquire.* Chaplain officers will continue to be accessed into the Chaplain branch primarily by direct commissioning.

c. *Distribute.* Assignments for Chaplain officers will continue to be managed by the Chief of Chaplains.

d. *Deploy.* Chaplain branch officers must remain personally and professionally prepared to deploy worldwide at all times. Whether assigned to mobile TOE units with high levels of readiness or fixed site TDA organizations, all Chaplain Corps officers must be deployable to accomplish missions across the full spectrum of conflict. Chaplains may deploy tomorrow with their units to deter potential adversaries and to protect national interests; or as individuals to support joint and multinational operations other than war such as humanitarian and peace keeping missions. Chaplain Corps officers must prepare themselves and their families for this most challenging life cycle function.

e. *Sustain.* Chaplain officers will compete within the Chaplain Corps for promotion to all grades.

f. *Develop.* Chaplain branch incorporates a professional officer development career plan offering diversity for schooling and assignment. As Chaplain officers progress through their careers, in addition to advanced military schooling opportunities, they become eligible for additional civilian training, which prepares them for specialty positions.

g. *Separate.* Chaplain officers will separate from the Army in the same manner as all other officers.

**49–8. Chaplain Corps Reserve Component officers**

The Chaplain Reserve Component (RC) officer is an integral part of the Total Army Chaplaincy. The Reserve Component, the Army National Guard and the U. S. Army Reserve, are the majority of the units and personnel in the Total Army Chaplaincy. Branch qualifications and standards are the same for the ARNG and USAR Chaplains as they are for the Active Component Chaplains.

a. *General career development.* Developmental patterns and objectives are the same for the Reserve Components with the following exceptions:

(1) Chaplain candidates are RC only officers of the staff specialist branch with the 00A56 (Chaplain Candidate Program) designation. Chaplain candidates are seminary students who are working to establish their academic and ecclesiastical credentials, in order to seek an appointment as a Chaplain. Their training parallels much of the Chaplain Officer Basic Course, while providing ministry practicum experiences. These ministry practicums include ministry at various installations, in Army medical centers, and in the disciplinary barracks. Candidates can enter RC or Active Component (AC) Chaplain assignments upon completing their academic and ecclesiastical credentials and receiving an endorsement from their church bodies.

(2) The Chaplain Officer Basic Course for Reserve Chaplains is the same as the course provided AC Army Chaplains, except CHOBC Phase II instruction may be taken through a correspondence method for RC officers. Reserve Component promotion to captain requires completion of all phases of CHOBC.

(3) The Chaplain Officer Advanced Course (CHOAC) presents the same instructional material for RC and AC Army Chaplains. However, RC Chaplains take CHOAC Phases I and IV in residence and CHOAC Phases II and III by correspondence. Reserve Component promotion to major requires completion of all four phases.

(4) The Combined Arms and Services School (CAS3) is optional for RC Chaplains. It is not required for RC Chaplain promotion purposes.

b. *Branch qualification and development opportunities.* Even though Reserve Component officers are limited by geographical considerations, they should strive for Chaplain assignments that yield the same developmental opportunities as their Active Component counterparts.

c. *Life cycle development model.* The Reserve Component life cycle development model for Chaplain officers is shown at figure 49-2. It depicts developmental assignments within the branch.



**Figure 49-1. Chaplain life cycle development model (Active)**



**Figure 49-2. Chaplain life cycle development model (Reserve)**

DA PAM 600–3 • 1 October 1998

## Chapter 50
## Army Medical Department

### 50–1. The Army Medical Department description

*a.* The Army Medical Department (AMEDD) is a special branch of the Army whose mission is to provide health services for the Army and, as directed, for other agencies, organizations and military Services. Six separate officer Corps or branches provide the leadership and professional expertise necessary to accomplish the broad soldier support functions implicit to the mission. Specific information on AMEDD officer professional and career development may be found in detail in DA Pamphlet 600-4.

*b.* The key to the distinctive personnel management system of the AMEDD is the six individual Corps, each with a defined mission; some with missions provided for by statute. The separate nature of the many disciplines that combine to make the total health care delivery system dictates some diversity in approach to the management of the personnel within that system. The AMEDD capitalizes upon the diversity of its Corps and is committed to developing and selecting the very best qualified officer from all its Corps for key leadership positions. The Surgeon General is responsible for AMEDD officer career management within the general policies established by the Deputy Chief of Staff for Personnel, HQDA. The Director of Personnel, Office of The Surgeon General, and the Commander, PERSCOM, manage AMEDD officers with the advice and assistance of the six AMEDD Corps chiefs and professional consultants.

### 50–2. Officer Personnel Management System XXI (OPMS XXI) relevance

OPMS XXI has significant relevance to AMEDD officer professional military education. All AMEDD officers will complete the AMEDD Captains Career Course and Command and General Staff College (CGSC). Attendance at resident CGSC and Senior Service College (SSC) is determined by a HQDA selection board. AMEDD officers not selected for resident programs will complete CGSC by correspondence or through U.S. Army Reserve sponsored studies. AMEDD officers selected as alternates for resident SSC attendance are highly encouraged to enroll in the U.S. Army War College Distance Education Course.

### 50–3. Army Medical Department Reserve Component officers

*a.* Reserve Component AMEDD officers serve the same role and mission as their Active Component (AC) counterparts. The unique nature of the RC soldier's role as a citizen soldier poses a challenge for professional development. RC officers are expected to follow the officer professional military education requirements as closely as possible except that RC officers have increased time windows to complete mandatory education requirements. Current promotion eligibility requirements do not require military education beyond the AMEDD Officer Basic Course (AOBC) for non-67A AMEDD officers. However, with the implementation of the Reserve Officer Personnel Management Act (ROPMA), professional military education may be a discriminator for selection by centralized boards.

*b.* To meet professional development objectives, RC officers must be willing to rotate between Army National Guard (ARNG) and U.S. Army Reserve (USAR) Troop Program Units (TPU), Individual Ready Reserve (IRR), Individual Mobilization Augmentee (IMA) program, and the Active Guard and Reserve (AGR) programs. These transfers are necessitated by geographical and structural considerations, as well as the need to provide as many officers as possible with the opportunity to serve with troops in leadership, clerical and staff positions. Rotation among components and control groups is encouraged and assignments to IRR allows time to complete military education requirements. The success of an RC officer is not measured by length of service in any one control group but by the officers breadth of experience, duty performance and completion of professional development milestones. For more information on typical RC officer career paths, refer to DA Pamphlet 600-4.

**Appendix A**
**References**

**Section I**
**Required Publications**

**AR 600–3**
The Army Personnel Proponent System. (Cited in paragraphs 1-1, 1-5e, 3-2, 3-2d, and 8-2c.)

**Section II**
**Related Publications**

**AR 27–1**
Judge Advocate Legal Services

**AR 40–501**
Standards of Medical Fitness

**AR 135–18**
The Active Guard Reserve (AGR) Program

**AR 135–100**
Appointment of Commissioned and Warrant Officers of the Army

**AR 135–155**
Promotion of Commissioned Officers and Warrant Officers Other Than General Officers

**AR 135–175**
Separation of Officers

**AR 140–10**
Army Reserve: Assignments, Attachments, Details, and Transfers

**AR 140–145**
Individual Mobilization Augmentation (IMA) Program

**AR 220–1**
Unit Status Reporting

**AR 310–25**
Dictionary of United States Army Terms

**AR 310–50**
Authorized Abbreviations and Brevity Codes

**AR 350–100**
Officer Active Duty Service Obligations

**AR 351–1**
Individual Military Education and Training

**AR 600–8**
Military Personnel Management

**AR 600–8–24**
Officer Transfers and Discharges

**AR 600–8–29**
Officer Promotions

**AR 600–105**
Aviation Service of Rated Army Officer

**AR 608–75**
Exceptional Family Member Program

**AR 611–101**
Commissioned Officer Classification System

**AR 611–105**
Selection, Processing, and Training of Officer Volunteers for Explosive Ordnance Disposal Duty

**AR 611–110**
Selection and Training of Army Aviation Officers

**AR 614–100**
Officer Assignment Policies, Details, and Transfers

**AR 614–200**
Selection of Enlisted Soldiers for Training and Assignment

**AR 621–1**
Training of Military Personnel at Civilian Institutions

**AR 621–5**
Army Continuing Education System (ACES)

**AR 621–7**
Acceptance of Fellowships, Scholarships, and Grants

**AR 621–108**
Military Personnel Requirements for Civilian Education

**AR 623–1**
Academic Evaluation Reporting System

**AR 623–105**
Officer Evaluation Reporting System

**AR 680–29**
Military Personnel--Organization and Type of Transaction Codes

**AR 690–950**
Civilian Personnel Career Management

**DA Pam 350–58**
Leader Development for America's Army

**DA Pam 351–4**
U.S. Army Formal Schools Catalog

**DA Pam 351–20**
Army Correspondence Course Program Catalog

**DA Pam 623–105**
The Officer Evaluation Reporting System "In Brief"

**DOD 5000.52-M**
Acquisition Career Development Program (This and other DOD publications may be obtained through either the Defense Technical Information Center (DTIC) telephone: 703-274-7633) or through the National Technical Information Service (NTIS) telephone: 703-487-4650.)

**DOD 5010.16–C**
Defense Management Education and Training Program

**DODD 1320.12**
Commissioned Officer Promotion Program

**DODD 5000.52**
Defense Acquisition Education, Training, and Career Development Program

**DODI 1300.20**
DOD Joint Officer Management Program Procedures

**DODI 1320.13**
Commissioned Officer Promotion reports (COPRs) and Procedures

**DODI 5000.58**
Defense Acquisition Workforce

**FM 12–6**
Personnel Doctrine

**FM 22–100**
Military Leadership

**FM 25–100**
Training the Force

**FM 100–1**
The Army

**FM 100–5**
Operations

**FM 100–6**
Information Operations

**FM 100–18**
Space Support to Army operations

**NGR 135–155**
Promotion of Commissioned Officers and Warrant Officers Other Than General Officers. (This and other NGR publications may be obtained from the National Guard Bureau.)

**NGR 351–1**
Individual Military Education and Training

**NGR 600–10**
TOUR Program (NGB-controlled Title 10, USC Tours)

**NGR 600–11**
Tour Program

**NGR 600–100**
Army Leadership

**TRADOC Pamphlet 525–60**
Concept for Space Support to Land Operations

**USASOC Regulation 350–1**
Training

**Section III**
**Prescribed Forms**
This section contains no entries.

**Section IV**
**Referenced Forms**

**DA Form 67–9**
Officer Evaluation Report

**DA Form 67–9–1**
Officer Evaluation Report Support Form

**DA Form 67–9–1a**
Junior Officer Developmental Support Form

**DA Form 1058–R**
Application for Active Duty for Training, Active Duty for Special Work, Temporary Tour of Active Duty, and Annual Training for Soldiers of the Army National Guard and U.S. Army Reserve.

**DA Form 1059**
Service School Academic Evaluation Report

**DA Form 1618–R**
Application for Detail as Student Officer at a Civilian Educational Institution or at Training with Industry

**DA Form 4037**
Officer Record Brief

**Glossary**

**Section I**
**Abbreviations**

**A2C2**
Army Airspace Command and Control

**AAC**
Army Acquisition Corps

**AAMDC**
Army Air and Missile Defense Command

**AAPAC**
Army Advanced Public Affairs Course

**AATS**
Army National Guard Aviation Training Site

**ABA**
American Bar Association

**AC**
Active Component

**ACC**
Army Competitive Category; Army Comptrollership Course

**ACCP**
Army Correspondence Course Program

**ACDUTRA**
Application for Active Duty for Training

**ACE**
Army Corps of Engineers

**ACES**
Army Continuing Education System

**ACIA**
Aviation Career Incentive Act of 1989

**ACIP**
Aviation Career Incentive Pay

**ACJCS**
Assistant Chairman Joint Chiefs of Staff

**ACOs**
administrative contracting officer; aviation commissioned officers

**ACP**
Army Comptrollership Program

**ACR**
advanced concepts and requirements

**AC/RC**
Active Component/Reserve Component

**ACS**
Advanced Civil Schooling

**ACSC**
Air Command & Staff College

**ADA**
Air Defense Artillery

**A/DACG**
Arrival/Departure Air Control Group

**ADAOBC**
Air Defense Artillery Officer Basic Course

**ADE**
assistant division Engineer

**ADL**
Active Duty List

**ADSO**
active duty service obligation; assistant division Signal officer

**ADSW**
Active Duty for Special Work

**ADT**
active duty for training

**AEB**
Aerial Exploitation Battalion

**AER**
Academic Evaluation Report

**AERB**
Army Education Requirements Board

**AERS**
Army Educational Requirements System

**AFB**
Air Force Base

**AFCS**
Active Federal Commissioned Service; Armed Forces Staff College

**AFRTS**
Armed Forces Radio and Television Service

**AFSC**
Armed Forces Staff College

**AFSCOORD**
assistant fire support coordinator

**AG**
Adjutant General

**AGCCC**
Adjutant General Captains Career Course

**AGOAC**
Adjutant General Officer Advanced Course

**AGOBC**
Adjutant General Officer Basic Course

**AGOS**
Air-Ground Operations School

**AGR**
Active Guard Reserve

**AGS**
Army General Staff

**AIPD**
Army Institute for Professional Development

**AIT**
advanced individual training; Automated Identification Technology

**AJAG/CIV**
Assistant Judge Advocate General for Civil Law

**AJAG/MIL**
Assistant Judge Advocate General for Military Law

**ALEDC**
Associated Logistics Executive Development Course

**ALMC**
U.S. Army Logistics Management College

**AMBL**
Aviation Maneuver Battle Lab

**AMC**
U.S. Army Materiel Command

**AMEDD**
Army Medical Department

**AMO**
automation management officer

**AMOC**
Aviation Maintenance Officers' Course

**AMSP**
Advanced Military Studies Program

**AOBC**
Armor Officer Basic Course; AMEDD Officer Basic Course

**AOC**
area of concentration

**APMC**
Advanced Program Management Course

**APMS**
Assistant Professor of Military Science

**APOE**
aerial port of embarkation

**AQC**
Aircraft Qualification Course

**ARCOM**
U.S. Army Reserve Command

**ARNG**
Army National Guard

**ARPERCEN**
U.S. Army Reserve Personnel Center

**AR-PERSCOM**
Army Reserve - Personnel Command

**ARSOA**
Army Special Operations Aircraft

**ARSST**
Army Space Support Team

**ARSTAF**
Army Staff

**ASA(FM&C)**
Assistant Secretary of the Army (Financial Management and Comptroller)

**ASA(RDA)**
Assistant Secretary of the Army (Research, Development, and Acquisition)

**ASCC**
Army Service Component Command

**ASD (FMP)**
Assistant Secretary of Defense for Force Management Policy

**ASG**
area support group

**AT**
annual training

**ATRRS**
Army Training Requirements Resource System

**ATS**
air traffic services

**AUS**
Army of the United States

**AVCCC**
Aviation Captains Career Course

**AVIM**
aviation intermediate maintenance

**AVLOG**
Aviation Logistics

**AVOAC**
Aviation Officer Advanced Course

**AVOAC - AC**
Captains Career Course - AC curriculum

**AVOBC**
Aviation Officer Basic Course

**AVOAC - RC**
Captains Career Course - RC curriculum

**AVUM**
aviation unit maintenance

**AWC**
Army War College; Air War College

**AY**
academic year

**AWO**
Aviation Warrant Officers

**BCD**
battlefield coordination detachment

**BCDC**
Battle Commanders Development Course

**BCHT**
Basic Chaplain Training

**BCTP**
Battle Command Training Program

**BIDS**
Biological Identification and Detection System

**BOIP**
basis-of-issue plans

**BPSE**
Battalion PSYOP Support Element

**BR**
branch codes

**Br/FA generalist**
branch/functional area generalist

**BSB**
base support battalion

**BSC**
Battle Simulation Center

**BZ**
below-the-zone

**C2**
command and control

**C3**
command, control and communications

**C4/C4I**
command, control, communications and computers

**C4ISR**
command, control, communications, computers, surveillance and reconnaissance

**CA**
Civil Affairs

**CAC**
Civil Affairs Course; Combined Arms Center

**C&GS**
Command and General Staff

**CAMO**
corps automation management officer

**CAOAC**
Civil Affairs Officer Advanced Course

**CAS3**
Combined Arms and Services Staff School

**CBR**
chemical, biological and radiological

**CCAD**
United States Army Depot, Corpus Christi

**CCC**
Captains Career Course

**CCE**
College of Continuing Education

**CDP**
Cooperative Degree Program

**CDPL**
Command Designated Position List

**CDR**
commander

**CEL**
civilian education level

**CF**
Career Field

**CFD**
Career Field Designation

**CFDB**
Career Field Designation Board

**CFSC**
Community and Family Support Center

**CGSC**
Command and General Staff College

**CGSOC**
Command and General Staff Officer Course

**CHOAC**
Chaplain Officer Advanced Course

**CHOBC**
Chaplain Officer Basic Course

**CID**
Criminal Investigation Division

**CINC**
Commander in Chief

**CJCS**
Chairman Joint Chiefs of Staff

**CLCCC**
Combined Logistics Captains Career Course

**CLE**
continuing legal education

**CLEP**
College Level Examination Program

**CLOAC**
Combined Logistics Officer Advanced Course

**CMFs**
career management fields

**CMIF**
career management individual file

**CMMC**
corps materiel management center

**CMO**
Career Management Officer; civil-military operations

**CNCS**
College of Naval Command & Staff

**CNW**
College of Naval Warfare

**COBC**
Chemical Officer Basic Course

**CONUS**
Continental United States

**CONUSA**
the numbered armies in the continental United States

**COS**
Critical Occupational Specialty

**COSCOM**
corps support command

**CPE**
Clinical Pastoral Education

**CS**
combat support

**CSA**
Chief of Staff Army

**CSB**
corps support battalion

**CSC**
Command and Staff College

**CSL**
Command Selection List

**CSS**
Computer Science School/combat service support

**CSS AMO**
combat service support automation management officer

**CTC**
Combat Training Center

**CTO**
Corps Transportation Officer

**CTR**
Cooperative Threat Reduction

**CVI**
conditional voluntary indefinite

**DA**
Department of the Army

**DAC**
deputy assistant commandant

**DACOM**
Director, Acquisition Career Management

**DAMMS-R**
Department of the Movements Management System-Redesigned

**DAMO**
division automation management officer

**DANTES**
Defense Activity for Non-Traditional Education Support

**DAO**
division ammunition officer

**DASB**
division support battalion

**DAU**
Defense Acquisition University

**DAWIA**
Defense Acquisition Workforce Improvement Act

**DCAA**
Defense Contract Audit Agency

**DCD**
Directorate of Combat Development

**DCMC**
Defense Contract Management Command

**DCP**
Degree Completion Program

**DCPC**
Direct Combat Probability Code

**DCS**
Defense Communications System

**DCSIM**
Deputy Chief of Staff for Information Management

**DCSLOG**
Deputy Chief of Staff for Logistics

**DCSOPS**
Deputy Chief of Staff for Operations and Plans

**DCSPER**
Deputy Chief of Staff for Personnel

**DDE**
Deputy District Engineer

**DES**
Directorate of Evaluation and Standardization

**DFAS**
Defense Finance and Accounting Service

**DFSCOORD**
deputy fire support coordinator

**DIA**
Defense Intelligence Agency

**DIC**
Defense Intelligence College

**DIMA**
Drilling Individual Mobilization Augmentee

**DISA**
Defense Information Systems Agency

**DISC4**
Director of Information Systems, Command, Control, Communications and Computers

**DISCOM**
division support command

**DISN**
Defense Information System Network

**DIVARTY**
division artillery

**DLA**
Defense Logistics Agency

**DLAB**
Defense Language Aptitude Battery

**DLI**
Defense Language Institute

**DLIFLC**
Defense Language Institute Foreign Language Center

**DLPT**
Defense Language Proficiency Test

**DMMC**
division materiel management center

**DMPO**
defense military pay office

**DOD**
Department of Defense

**DODI**
Department of Defense instruction

**DOIM**
Director of Information Management

**DOL**
Director of Logistics

**DOPMA**
Defense Officer Personnel Management Act

**DOR**
date of rank

**DOTDS**
Directorate of Training, Doctrine and Simulation

**DPG**
defense planning guidance

**DPW**
Director of Public Works

**DSDC**
Department of Defense Strategic Course

**DSIATP**
Defense Sensor Interpretation and Application Training Programs

**DSMC**
Defense Systems Management College

**DTAV**
date of availability

**DTO**
division transportation officer

**EAC**
echelons above corps

**EFMP**
Exceptional Family Member Program

**ENCOM**
Engineer Command

**EOAC**
Engineer Officer Advanced Course

**EOBC**
Engineer Officer Basic Course

**EOD**
explosive ordnance disposal

**EPW**
enemy prisoner of war

**EPW/CI**
enemy prisoners of war/civilian internees

**EW**
electronic warfare

**FA**
functional area

**FAMDD**
Functional Area Management and Development Division

**FAO**
Foreign Area Officer; finance and accounting officer

**FAOBC**
Field Artillery Officer Basic Course

**FAOC**
Foreign Area Officer Course

**FBC**
former battalion commanders

**FCCC**
Finance Captains Career Course

**FDIC**
Force Development and Integration Center's

**FG**
finance group

**FID**
foreign internal defense

**FINCOM**
finance command

**1st SFOD-D**
1st Special Forces Operational Detachment-Delta

**1st SWTG**
1st Special Warfare Training Group

**F.I.T.**
Florida Institute of Technology

**FLEP**
Funded Legal Education Program

**FLW**
Fort Leonard Wood

**FOA**
field operating agency

**FOAC**
Finance Officer Advanced Course

**FOBC**
Finance Officer Basic Course

**FOBQ**
Finance officer branch qualification

**FSB**
field support battalion; forward support battalion

**FSCOORD**
fire support coordinator

**FSO**
fire support officer

**FTSMD**
Full-time Support Management Directorate

**G1**
Assistant Chief of Staff, G1 (Personnel)

**G2**
Assistant Chief of Staff, G2 (Intelligence)

**G3**
Assistant Chief of Staff, G3 (Operations and Plans)

**G4**
Assistant Chief of Staff, G4 (Logistics)

**G5**
Assistant Chief of Staff, G5 (Civil Affairs)

**G6**
Assistant Chief of Staff, G6 (Signal)

**GCCS-A**
Global Command and Control System-Army

**GMAT**
Graduate Management Admission Test

**GOCOM**
U.S. Army Reserve General Officer Command

**GPA**
grade point average

**GRE**
Graduate Record Examination

**GS**
general staff

**GSC**
group support command

**GTN**
Global Transportation Network

**HALO**
high altitude low opening

**HNS**
host nation support

**HQDA**
Headquarters, Department of the Army

**HRMC**
Human Resource Management Course

**HROs**
humanitarian relief organizations

**HUMINT**
human intelligence

**IADC**
Inter-American Defense College

**IADT**
initial active duty for training

**ICAF**
Industrial College of the Armed Forces

**ICG**
Initial Certification Group

**ICT**
in-country training; interchangeability testing

**IDAD**
Internal Defense and Development

**IDT**
inactive duty training

**IERW**
Initial Entry Rotary Wing Course

**IEW**
intelligence and electronic warfare

**IG**
Inspector General

**IMA**
individual mobilization asset; individual mobilization augmentee; individual mobilization augmentation

**ING**
Inactive National Guard

**INT'L MIL COL**
International Military College

**IO**
information operations

**IOAC**
Infantry Officer Advanced Course

**IOBC**
Infantry Office Basic Course

**IOCF**
Information Operations Career Field

**IOCOORD**
Information Operations Coordinator

**IPB**
intelligence preparation of the battlefield

**IRR**
Individual Ready Reserve

**IRR-A**
IRR Augmentee

**IS**
institutional support

**ISCF**
Institutional Support Career Field

**ISEOC**
Information Systems Engineering Officers Course

**ISOTC**
Information Systems Operations Transition Course

**IT**
information technology

**ITO**
installation Transportation officer

**J3**
Operations Directorate

**JA**
Judge Advocate

**JAGC**
Judge Advocate General's Corps

**JAGSO**
Judge Advocate General Service Organization

**JAOAC**
Judge Advocate Officer Advanced Course

**JAOBC**
Judge Advocate Officer Basic Course

**JAOC**
Joint Airspace Operations Course

**JCS**
Joint Chiefs of Staff

**JCSOS**
Joint & Combined Staff Officers School

**JCWS**
Joint and Combined Warfighting School

**JDA**
joint duty assignment

**JDAL**
Joint Duty Assignment List

**JEEP**
Joint Education Electives Program

**JFCC**
Joint Firepower Control Course

**JLOTS**
Joint-Logistics-Over-The-Shore

**JMIC**
Joint Military Intelligence College

**JOCCP**
Junior Officer Cryptologic Career Program

**JPME**
Joint Professional Military Education

**JROC**
Joint Requirements Oversight Council

**JRTC**
Joint Readiness Training Center

**JRU**
Joint Reserve Unit

**JSO/JSOs**
Joint Specialty Officer

**JSOAMSP**
Joint Special Operations Advanced Military Studies Program

**JSPS**
Joint Strategic Planning System

**JTAV**
Joint Total Asset Visibility

**KPUP**
Key Personnel Upgrade Program

**LAO**
logistics assistance officer

**LD**
leader development

**LDAP**
Leadership Development Action Plan

**LDRSHIP**
Loyalty, Duty, Respect, Selfless-service, Honor, Integrity, Personal Courage

**LDSS**
Leader Development Support System

**LEDC**
Logistics Executive Development Course

**LIWA**
Land Information Warfare Activity

**LOTS**
Logistics-Over-The-Shore

**LNO**
liaison officer

**LSO/MSO**
Legal Services Organization/Mobilization Support Organization

**MAC**
Military Applications Course

**MACOM**
major Army command

**MAPL**
Military Acquisition Position List

**MARC**
manpower requirements criteria

**MATO**
materiel officer

**MBA**
Masters in Business Administration

**MCA**
Movement Control Agency

**MCCSC**
Marine Corps Command & Staff College

**MCO**
Movement Control Officer

**MCT**
Movement Control Team

**MCWAR**
Marine War College

**MDW**
Military District of Washington

**MEL**
military education level

**MEL1**
military education level 1

**MEL4**
military education level 4

**MEPS**
Military Entrance Processing Station

**METL**
Mission Essential Task List

**MFA**
multifunctional area

**MI**
Military Intelligence

**MICCC**
Military Intelligence Captains Career Course

**MIOBC**
Military Intelligence Officer Basic Course

**MIOTC**
Military Intelligence Officer Transition Course

**MIS**
management of information systems

**MM**
maintenance manager

**MMAS**
Master of Military Arts and Sciences

**MMC**
Materiel Management Center

**MOI**
memorandum of instruction

**MP**
military police

**MPAD**
Mobile Public Affairs Detachment

**MPCCC**
Military Police Captains Career Course

**MPOAC**
Military Police Officer Advanced Course

**MPOBC**
Military Police Officer Basic Course

**MS**
master of science

**MSB**
main support battalion

**MSC**
Medical Service Corps; major subordinate command

**MSO**
Morale Support Officer; military service obligation

**MSSI**
Master of Science in Strategic Intelligence

**MTC**
Maneuver Training Command

**MTMC**
Military Traffic Management Command

**MTOE**
modification table of organization and equipment

**MTP**
Maintenance Test Pilot

**MUSARC**
Major U.S. Army Reserve Command

**NAIRA**
Nuclear Accident and Incident Response and Assistance

**NASA**
National Aeronautics and Space Administration

**NBC**
nuclear, biological, and chemical

**NCO**
noncommissioned officer

**NCR**
National Capital Region

**NDU**
National Defense University

**NG**
National Guard

**NGB**
National Guard Bureau

**NGOs**
nongovernment organizations

**NMS**
national military strategy

**NON RES**
nonresident

**NPS**
Naval Postgraduate School

**NROOC**
Nuclear Research and Operations Officer Course

**NSC**
National Simulations Center

**NTC**
National Training Center

**NVG**
Night Vision Goggle

**NWC**
National War College

**OAC**
Officer Advanced Course

**OADO**
Officer Active Duty Obligor

**OBC**
Officer Basic Course

**OCAR**
Office of the Chief, Army Reserve

**O/C**
Observer/Controller

**OC/E**
Observer, Controller/Evaluator

**OCONUS**
outside continental United States

**OCS**
Officer Candidate School

**OD**
Ordnance

**ODAP**
Officer Development Action Plan

**ODS**
Officer Development System

**ODU**
Officer Development Update

**OER**
Officer Evaluation Report

**OERS**
Officer Evaluation Reporting System

**OES**
Officer Education System/Officer Evaluation System

**OOBC**
Ordnance Officer Basic Course

**OOTW**
operations other than war

**OPCF**
Operations Career Field

**ODP**
Officer Distribution Plan

**OPLOC**
operational location

**OPM**
Officer Personnel Manager

**OPMD**
Officer Personnel Management Directorate

**OPMS**
Officer Personnel Management System

**OPMS-ARNG**
Officer Personnel Management System-Army National Guard

**OPMS USAR**
Officer Personnel Management System--U.S. Army Reserve

**OPMS XXI**
Officer Personnel Management System for the 21st Century

**OPSEC**
operations security

**OPTEMPO**
Operational Tempo

**ORB**
Officer Record Brief

**ORSA**
Operations Research/Systems Analysis

**OS**
operational support

**OSCF**
Operational Support Career Field

**OSD**
Office of the Secretary of Defense

**OSIA**
On-Site Inspection Agency

**OSUT**
one station unit training

**OTJAG**
Office of The Judge Advocate General

**OTRA**
other than Regular Army

**PA**
public affairs

**PAE**
Program Analysis Evaluation

**PAO**
Public Affairs officer

**PAOC**
Public Affairs Officer Course

**PBAC**
Program Budget Advisory Council

**PCC**
precommand course

**PCS**
permanent change of station

**PDE**
Professional Development Education

**PERSCOM**
U.S. Total Army Personnel Command

**PGIP**
Post Graduate Intelligence Program

**PJE**
Program for Joint Education

**PMCC**
Professional Military Comptroller Course

**PME**
Professional Military Education

**PMO**
personnel management officer; provost marshal's office

**PMS**
professor of military science

**PPBES**
Planning, Programming, Budgeting, and Execution System

**PPBS**
Planning, Programming, Budgeting System

**PRMC**
Professional Resource Management Course

**PSYOP**
psychological operations

**PVOs**
private organizations

**QM**
Quartermaster Corps; Quartermaster

**QMC&S**
Quartermaster Center and School

**RA**
Regular Army

**RASL**
Reserve Active Status List

**RC3**
Reserve Component Configured Course

**RC**
Reserve Component

**RCJAOBC**
Reserve Component Judge Advocate Officer Basic Course

**RC-ALEDC**
Reserve Component Associated Logistics Executive Development Course

**RCMCSS**
Reserve Component Multifunctional Combat Service Support

**RC OPMS**
Reserve Component Officer Personnel Management System

**RCPOOC**
Reserve Component Psychological Operations Officer Course

**RC-QMOAC**
Reserve Component-Quartermaster Officer Advanced Course

**RDA**
research, development, and acquisition

**RDC**
regional defense council

**RES**
resident

**RL**
readiness level

**ROPMA**
Reserve Officer Personnel Management Act

**ROTC**
Reserve Officers' Training Corps

**RSC**
Regional Studies Course; Regional Support Command

**RSO&I**
Reception, staging, onward movement and integration

**RTU**
reinforcement training unit

**S1**
Adjutant (U.S. Army)

**S2**
Intelligence Officer (U.S. Army)

**S3**
Operations and Training Officer (U.S. Army)

**S4**
Supply Officer (U.S. Army)

**S5**
Civil Affairs Officer (U.S. Army)

**S6**
Signal Officer (U.S. Army)

**SAAO**
State Army Aviation Officer

**SAC**
Systems Automation Course

**SAMS**
School of Advanced Military Studies

**SARDA**
Secretary of the Army for Research, Development and Acquisition

**SBQ**
Signal branch qualification

**SCCC**
Signal Captains Career Course

**SCI**
sensitive compartmentation information

**SCUBA**
Self-contained Underwater Breathing Apparatus

**SECARMY**
Secretary of the Army

**SECDEF**
Secretary of Defense

**SELCON**
selectively continued

**SEMA**
Special Electronic Mission Aircraft

**SERB**
Selective Early Retirement Board

**SERE**
Survival, Evasion, Resistance, and Escape

**SF**
Special Forces

**SFAS**
Special Forces Assessment and Selection

**SFDOQC**
Special Forces Detachment Officer Qualification Course

**SFOT**
Special Forces Orientation Training Course

**SFOD**
Special Forces Operational Detachment

**SFOD-A**
Special Forces Operational Detachment-A

**SFOD-B**
Special Forces Operational Detachment-B

**SGI**
small group instructional; small group instructors

**SGL**
small group leader

**SGS**
Secretary of the General Staff

**SHRM**
Strategic Human Resource Management

**SI**
skill identifier

**SIGINT**
signals intelligence

**SIWS**
School of Information Warfare & Strategy

**SJA**
Staff Judge Advocate

**SKAs**
skills, knowledge and attributes

**SMDC**
Space and Missile Defense Command

**SMDP**
State Master Development Plan

**SMO**
squadron maintenance officer

**SMP**
Simultaneous Membership Program

**SMU**
Special Mission Units

**SOA**
Special Operations Aviation

**SOAC-RC**
Signal Officer Advanced Course-Reserve Component

**SOAR**
Special Operations Aviation Regiment

**SOATC**
Special Operations Aviation Training Company

**SOBC**
Signal Officer Basic Course

**SOC**
Support Operations Course; Special Operations Command

**SOCOORD**
Special Operations Coordination Cell

**SOF**
Special Operations Forces

**SO/LIC; SOLIC**
Special Operations/Low-Intensity Conflict

**SOLO**
Senior Officer Legal Orientation Course

**SOO**
support operations officer

**SOT**
Special Operations Training

**SPO**
security plans and operations officer; signal property office; systems program office

**SPOE**
seaport of embarkation

**SQI**
skill qualification identifier

**SRAA**
Senior Army Advisor

**SSB**
special selection board; separate support battalion

**SSBI**
Single Scope Background Investigation

**SSC**
Senior Service College

**SSMO**
Supply and Services Management Officer

**STARC**
State Area Command

**STOQC**
Senior Transportation Officer Qualification Course

**SWC**
Special Warfare Center

**TAA**
total Army analysis

**TAACOM**
Theater Army Area Command

**TAADS**
The Army Authorization Documents System

**TAG**
The Adjutant General

**TAJAG**
The Assistant Judge Advocate General

**TASS**
Total Army School System

**TATS**
Total Army Training Study

**TC**
Transportation Corps; transportation

**TC-AIMS II**
Transportation Coordinators' Automated Information for Movement System II

**TCDC**
Tactical Commanders Development Course

**TDA**
tables of distribution and allowances

**TDY**
temporary duty

**TEMO**
Training Exercises and Military Operations

**TENCAP**
Tactical Exploitation of National Capabilities

**THAAD**
Theater High Altitude Area Defense

**TIG**
time in grade

**TIS**
time in service

**TJAG**
The Judge Advocate General

**TJAGSA**
The Judge Advocate General's School, U.S. Army

**TMDE**
test, measurement, and diagnostic equipment

**tng**
training

**TOAC**
Transportation Officer Advanced Course

**TOBC**
Transportation Officer Basic Course

**TOE**
tables of organization and equipment

**TOFDC**
total operational flying duty credit

**TPU**
Troop Program Unit

**TRADOC**
U.S. Army Training and Doctrine Command

**TRANSCOM**
U.S. Transportation Command

**TSM**
TRADOC System Manager

**TTAD**
temporary tour of active duty

**TWI**
Training With Industry

**2XNS**
two times nonselect

**UAV**
Unmanned Aerial Vehicle

**UCMJ**
Uniform Code of Military Justice

**USAALS**
United States Army Aviation Logistics School

**USAARMS**
U.S. Army Armor School

**USAAVNC**
United States Army Aviation Center

**USACAPOC**
United States Army Civil Affairs and Psychological Operations Command

**USACCA**
U.S. Army Court of Criminal Appeals

**USACE**
U.S. Army Corps of Engineers

**USACGSC**
U.S. Army Command & General Staff College

**USACIDC**
U.S. Army Criminal Investigation Command

**USACMLS**
U.S. Army Chemical School

**USAES**
United States Army Engineer School

**USAFINCOM**
United States Army Finance Command

**USAJFKSWCS**
U.S. Army John F. Kennedy Special Warfare Center and School

**USALSA**
U.S. Army Legal Services Agency

**USAR**
U.S. Army Reserve

**USAREC**
U.S. Army Recruiting Command

**USASOC**
U.S. Army Special Operations Command

**USAWC**
U.S. Army War College

**USC**
United States Code

**USD(A&T)**
Undersecretary of Defense for Acquisition and Technology

**USMA**
U.S. Military Academy

**USP&FO**
U.S. Property and Fiscal Office

**USSOCOM**
United States Special Operations Command

**UTA**
Unit Training Assembly

**VCJCS**
Vice Chairman Joint Chiefs of Staff

**VCSA**
Vice Chief of Staff Army

**VI**
voluntary indefinite

**WMD**
weapons of mass destruction

**WO**
warrant officer

**XO**
executive officer

**ZOC**
zone of consideration

**Section II**
**Terms**

**Area of concentration**
Identifies a requirement and an officer possessing a requisite area of expertise (subdivision) within a branch or functional area. An officer may possess and serve in more than one area of concentration.

**Branch**
A branch is a grouping of officers that comprises an arm or service of the Army in which, as a minimum, officers are commissioned, assigned, developed and promoted through their company grade years. Officers are accessed into a single basic branch and will hold that branch designation, which is later augmented between the 5th and 6th years of service with a functional area. An accession branch admits officers upon commissioning; a nonaccession branch admits experienced officers from the accession branches. With the exception of Special Forces, all other branches are accession branches. Special Forces recruits officers with a minimum of 3 years experience. (See Chapter 15 for further discussion.) Officers will serve their first 8 to 12 years developing the leadership and tactical skills associated with their branch. They will continue to wear their branch insignia throughout their military service. All career branches are in the Operations Career Field.

**Branch/Functional Area Generalist position**
An 01A or 02A-coded position that may be filled by any officer, regardless of branch or functional area designation. This is an umbrella term used to collectively describe two subset categories defined as officer generalist and combat arms generalist positions. (NOTE: Previously termed immaterial positions.)

**Captains Career Course**
This course is the second major branch school officers attend before company-level command. It combines the instruction formerly taught in the branch Officer Advanced Course (OAC) and the Combined Arms and Services Staff School (CAS3). The branch phase consists of 18-weeks of branch specific technical and tactical training with integrated common core instruction. The 6-week TDY staff process phase at Fort Leavenworth prepares officers to function as staff officers at battalion, brigade and division level.

**Career Field**

A specific grouping of functionally related officer, warrant officer, enlisted and civilian positions into management categories having a common mission area. Career Fields consist of officer branches and functional areas, warrant officer and enlisted military occupational specialties and civilian occupational series. There are four Career Fields: Operations, Information Operations, Institutional Support and Operational Support. (The term career field in lower case is also a generic term commonly used by military and civilian personnel when referring to their branch, functional area, military occupational specialty or civilian occupational series.)

**Career Field Coordinators**

The senior Army leaders responsible for the oversight of the branch and functional area proponents who collectively comprise their Career Fields. Career Field Coordinators are responsible to integrate, consolidate and report professional development, force structure and personnel policy issues to HQDA.

**Career Field designation**

The process whereby officers are assigned a Career Field. Immediately after selection for promotion to major, an officer's file is reviewed by a formal Career Field Designation Board (CFDB). Designation is based on factors including officer preference, rater and senior rater recommendations, education, training and unique skills or attributes.

**Combat Arms Generalist position**

A duty position requiring a broad understanding of combined arms doctrine, training and force structure. A combat arms generalist position is not identified with one specific branch or functional area, but is limited to officers whose branches are Infantry, Armor, Field Artillery, Air Defense Artillery, Aviation, Special Forces and Corps of Engineers; and who are currently managed in the Operations Career Field. These positions are documented in TAADS with code 02A. (NOTE: Previously termed combat arms immaterial positions.)

**Functional area**

A functional area is a grouping of officers by technical specialty or skill, which usually requires significant education, training and experience. An officer receives his or her functional area between the 5th and 6th years of service. Individual preference, academic background, manner of performance, training and experience, and needs of the Army are all considered during the designation process.

**Officer Generalist position**

A duty position requiring a broad understanding of Army leadership, doctrine, policy, force structure and management. An officer generalist position is not identified with or limited to one specific branch or functional area, but indicates that any officer may be assigned to the position. For example, both Armor branch officers in the Operations Career Field and FA 45 Comptrollers in the Institutional Support Career Field are eligible to serve in officer generalist positions. These positions are documented in The Army Authorization Documents System (TAADS) with code 01A. (NOTE: Previously termed branch immaterial positions.)

**Skill**

Identifies a requirement and an officer possessing specialized skills to perform duties of a specific position that may require significant education, training, and experience. A skill can be related to more than one branch or functional area. An officer may have more than one skill.

**Special branches**

A grouping of branches and officers primarily concerned with providing combat service support and/or administration to the Army as a whole but managed separately from combat service support branches. Special branches include Army Medical Department, Chaplain Corps and Judge Advocate General's Corps.

**Strategic Human Resource Management (SHRM)**

A broader, more holistic perspective on personnel management that extends beyond the fundamental life cycle functions. SHRM focuses on the long term vision of OPMS and links fundamental personnel management decisions to the desired end state. SHRM links character and leader development, the new Officer Evaluation Reporting System (DA Form 67-9) and the personnel life cycle management functions addressed in OPMS XXI. While the initial focus of SHRM is on officer personnel, SHRM will encompass the total force of officers, warrant officers, enlisted and civilian personnel.

**Section III**
**Special Abbreviations and Terms**
This section contains no entries.</title>

**Index**
This section contains no entries.

**UNCLASSIFIED**



ELECTRONIC PUBLISHING SYSTEM
TEXT FORMATTER ... Version 2.56

PIN:            006986–000
DATE:           10-14-98
TIME:           13:12:59
PAGES SET:      307

DATA FILE:      pam6003.fil
DOCUMENT:       DA PAM 600–3
DOC STATUS:     NEW PUBLICATION