ABCMR Proceedings (cont)                                    AR2001056368

promotion microfiche was made on 23 January 1999. All of the microfiche
produced had the same number of documents and images. Therefore, the OSRB
believes the applicant, if he reviewed his record, had ample opportunity to take
corrective actions prior to the convening of the promotion selection board that did
not select him for promotion.

      g.  On 8 February 2000, Appeals and Corrections Branch of PERSCOM
approved the applicant's administrative appeal, dated 8 September 1999. The
PERSCOM memorandum for record was removed and the applicant's missing
OER (contested OER#1) was inserted.

33.  The OSRB concluded that there is no evidence of a material error that
warrants promotion reconsideration. Further, the OSRB pointed out that the
applicant provided no evidence of extenuating circumstances which could have
precluded such updates or reviews, there is no evidence of an effort by the
applicant to update his file despite numerous requests, nor is there an indication
that he took any action to correct his file prior to the convening of the board that
did not select him.  The OSRB then cited paragraph 5-6b of Army Regulation
624-100 (Officer Promotions) which in essence prohibits selection
reconsideration when, in exercising reasonable diligence, an officer could have
discovered and corrected an error in his record.  The OSRB continues that "each
officer's responsibility in that regard is sufficient to overcome deficiencies,
including missing evaluation reports, in the absence of reasons sufficient to
excuse the failure."

34.  By PERSCOM memorandum, dated 29 February 2000, the applicant was
notified that promotion consideration was not warranted in his case.

35.  Evidence of record also shows that the applicant was not selected for
promotion to lieutenant colonel by the FY2000 Lieutenant Colonel, Army
Competitive Category Promotion Selection Board which convened on
29 February 2000 and adjourned on 24 March 2000.

36.  By PERSCOM memorandum, dated 18 July 2000, the applicant was notified
of his selection for continuation on active duty in the grade of major.  The
memorandum also stated that unless the applicant declined, he would be
continued on active duty until eligible for retirement unless sooner separated by
some other provision of law.  There is no evidence in the records available to the
Board that the applicant declined continuation and his ORB shows that his
projected retirement date is 1 June 2003.

37.  He was also not selected for promotion by the FY2001 Lieutenant Colonel,
Army Competitive Category Promotion Selection Board which convened on
27 February 2001 and adjourned on 28 March 2001.

00079

ABCMR Proceedings (cont)                                    AR2001056368

38.  Army Regulation 600-8-29 (Officer Promotions), currently in effect,
prescribes the policies and procedures for promotion of officers on active duty.
Paragraph 7-2a of this regulation states that special selection boards may be
convened under Title 10, United States Code, Section 628 to consider or
reconsider commissioned or warrant officers when Headquarters, Department of
the Army (HQDA), discovers an officer was not considered because of
administrative error, the promotion board acted contrary to law, and/or the
promotion did not have before it some material information.

39.  Paragraph 7-3 of Army Regulation 600-8-29 states that an officer will not be
considered or reconsidered when the officer is pending removal from a promotion
or recommended list and the removal action is not finalized 30 days before the
next selection board convenes; the administrative error was "immaterial" and/or
the officer in exercising due diligence could have discovered the error in the
officer record brief (ORB) or the official military personnel file (OMPF); letters of
appreciation, commendation, or commendatory data for awards below the Silver
Star are missing from the OMPF, the consideration in question involved an officer
below the promotion zone; and the promotion selection board did not see an
official photograph, and the board did not consider correspondence to the board
president that was delivered after the cutoff date.  This paragraph also states that
it is the officer's responsibility to review his of her ORB and OMPF before the
board convenes and to notify the board, in writing, of possible administrative
deficiencies in them.

40.  Paragraph 7-11 of Army Regulation 600-8-29 specifies that officers who
discover a material error existed in their file at the time they were nonselect for
promotion may request reconsideration by a special selection board.  The
regulation also states requests for reconsideration will be forwarded to the
Commander of the Total Army Personnel Command (PERSCOM) and
reconsideration will normally not be granted when the error is minor or when the
officer, by exercising reasonable care, could have detected and corrected the
error.  Further, officers being reconsidered are not afforded the opportunity to
correspond with the special selection board and their file will be reconstructed as
it should have appeared on the convening date of the promotion board that failed
to select the officer for promotion.

CONCLUSIONS:

1.  The applicant authenticated his portion of contested OER#1 on 20 June 1997.

2.  The rater completed his portion of contested OER#1 and authenticated it on
24 June 1997.  The SR completed his portion of contested OER#1 and
authenticated it on 26 June 1997.

00080

ABCMR Proceedings (cont)                                    AR2001056368

3. There is no evidence available to the Board which shows the responsible administrative officer or servicing Personnel Support Center gave a copy of contested OER#1 to the applicant or forwarded a copy of it to him after the SR completed and authenticated his portion of contested OER#1 on 26 June 1997.

4. Evidence of record shows that contested OER#1 was profiled by officials at PERSCOM on 6 July 1997. However, contested OER#1 was not properly filed in the applicant's records by PERSCOM officials.

5. The Board noted the letter from PERSCOM to the servicing Personnel Support Center at the U.S. Military Academy and the letters to the applicant inquiring into the nonrated periods in the applicant's records. The Board noted that the applicant's counsel contends that these notices were not provided to the applicant in a timely manner and were in error which caused confusion. There is no evidence of record which shows that servicing Personnel Support Center at the U.S. Military Academy responded or properly notified the applicant in a timely manner. There also is obvious confusion as to which OER was missing from the applicant's OMPF, contested OER#1 or the complete-the-record OER (contested OER#2), or both. As counsel contends, there is evidence that one of the PERSCOM memoranda was altered.

6. The OSRB opined essentially that there was no material error in this case because the applicant could have resolved this matter through due diligence. The OSRB concluded that the applicant's "failure to respond to PERSCOM inquiries resulted in Evaluations Reports Branch placing a memorandum for record (MFR) into his evaluations file to administratively account for the otherwise unaccounted time. Therefore, the applicant's file that was seen by the promotion selection board was complete and did not have material error; the file had the correct substitute document."

7. Notwithstanding the failure of the applicant to correct his records until after his nonselection to lieutenant colonel, the Board disagrees with the conclusions of the OSRB. First, the Board finds that contested OER#1, which covers a year of the applicant's service, is material to the applicant's promotion, military schooling and future assignments and its absence from his records was a material error at the time of his promotion consideration by the FY99 lieutenant promotion selection board. Secondly, evidence of record shows that contested OER#1 was received at PERSCOM and profiled on 6 July 1997; therefore, PERSCOM, not the applicant, was responsible for the proper filing of that OER. As a result, the Board concluded that the OSRB opinion is flawed and its recommendation to deny promotion reconsideration in this instance improperly disadvantaged the applicant for a fault by PERSCOM in the processing of contested OER#1.

8. In view of the foregoing, this Board determined that the applicant's records, with contested OER#1 properly filed, should be considered by a SSB under the

11

ABCMR Proceedings (cont)                                AR2001056368

criteria in effect for the FY99 Lieutenant Colonel, Army Competitive Category Promotion Selection Board.

RECOMMENDATION:

1.  That all of the Department of the Army records related to this case be submitted to a SSB for consideration under the criteria in effect for the FY99 Lieutenant Colonel, Army Competitive Category Promotion Selection Board.

2.  That if the individual concerned is selected for promotion by the SSB, then he should be promoted to lieutenant colonel, provided an appropriate date of rank and paid all back pay and allowances to which he is entitled.

3.  That, if the individual concerned is not selected for promotion by the SSB, then he be notified of this decision.

BOARD VOTE:

_mm_ _Q_ _KA+_ GRANT AS STATED IN RECOMMENDATION

_____ _____ _____ GRANT FORMAL HEARING

_____ _____ _____ DENY APPLICATION


_____
CHAIRPERSON

12

00082



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA
22332-0411
December 20, 1999

REPLY TO
ATTENTION OF

Functional Area Management
and Development Division

SUBJECT: Request for Functional Area Redesignation

Major Christopher M. Chambers



Dear Major Chambers:

Your request to be redesignated into Functional Area 49, Operations Research/Systems Analysis, was approved by the PERSCOM Functional Area Redesignation Board. Annotations concerning this action will be made to your Career Management Information File (CMIF) and your official records. These changes should be reflected on your next ORB review.

Questions pertaining to future assignments and professional development in your new functional area should be directed to MAJ Mauk at DSN 221-3145.

PERSCOM wishes you the best of success in your new functional area. Our assignment managers will be glad to assist you towards that goal.

Sincerely,

John F. Kendall
Lieutenant Colonel, AV
Deputy Division Chief
Functional Area Management
and Development Division


Printed on Recycled Paper

A



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VA

22332-0442

baj



REPLY TO
ATTENTION OF

TAPC-MSE-A (623-105)                                    1.0 JUL 1995

MEMORANDUM FOR MAJ Christopher M. Chambers, U.S. Military
                Academy, ATTN: MADN-J, West Point, NY 10996

SUBJECT: Appeal of OER (900120 - 900615)


1. This is in response to your appeal of the evaluation report
for the period cited above.

2. The information you submitted and your official records were
reviewed by this headquarters and referred to the Officer Special
Review Board (OSRB). It was the decision of the Board that the
notation "Senior Rater Option" be removed from the header in Part
V; that Part VIIa be deleted in its entirety to include the
senior rater's block check, and that the appeal correspondence
not be placed on the restricted portion of your Official Military
Personnel File. The report has been amended in accordance with
the Board's decision.

3. Enclosed for your personal records are copies of the report
before and after amendment and a copy of the Memorandum for
Record which documents the change. Also enclosed is the original
copy of your appeal correspondence.

4. Your career management officials have been advised of the
change made in your records.

FOR THE DEPUTY CHIEF OF STAFF FOR PERSONNEL:



4 Encls                              ERIC E. LARSEN
                                     Chief, Appeals and
                                        Corrections Branch


CF: TAPC-OPE-P




Printed on ♻ Recycled Paper

00084

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1    06___    ___2    For use of this form, see AR 623-105, proponent agency is US Army Military Personnel Center.    01710072

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| CHAMBERS, CHRISTOPHER M. | | CPT | 87 | 05 | 01 | IN | 11/54 | | 3420 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| HQ Co, HQ Cmd, USATC&FD, Ft Dix, NJ 08640  TRADOC | 03 | CHANGE OF RATER | TC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | X 1. GIVEN TO OFFICER  15 June 90 | |
| 90 | 01 | 20 | 90 | 06 | 15 | 05 | TD16 | ☐ 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)**

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| HOCKMAN, LEE J. | | *[signature]* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MAJ, AG, Co. A, HQ Cmd, USATC, Ft Dix, NJ  08540-7200  Battalion Commander | | | 15 JUN 90 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| ROY, JAMES W. JR. | | *[signature]* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, FA, HQ CO, HQ CMD, USATC, Ft Dix, NJ  08640  Chief of Staff | | | 15 June 90 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *[signature]* | 17 MAY 90 | 15 June 90 | *[initials]* | | 0 |

**PART III – DUTY DESCRIPTION (Rater)**

a. PRINCIPAL DUTY TITLE    Company Commander    b. SSI/MOS  01A00

c. REFER TO PART IIIa. DA FORM 67-8-1  Command a Headquarters Company consisting of 36 officers and 225 enlisted soldiers, including the post command group, 7 post directorates and company cadre. Responsible for the training, health, welfare, morale, and discipline of all assigned soldiers. Responsible for billeting, logistical and administrative support for assigned enlisted soldiers. Oversee and assist a battalion contracted dining facility which feeds all assigned personnel. Manage company budget and provide maintenance for all assigned property.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE    (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

| | HIGH DEGREE | | | | LOW DEGREE |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | |
| 3. Maintains appropriate level of physical fitness    PASS 9004 | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | |
| 8. Displays sound judgment | 1 | | | | |
| 9. Seeks self-improvement | 1 | | | | |
| 10. Is adaptable to changing situations | | | | | 1 |
| 11. Sets and enforces high standards | | | | | 1 |
| 12. Possesses military bearing and appearance    74/183    YES | | | | | 1 |
| 13. Supports EO/EEO | | | | | 1 |
| 14. Clear and concise in oral communication | | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION | (a.3.) In top-notch physical condition. Participates in post sports programs. |
| 2. RESPONSIBILITY | (a.4.) Superb leader. |
| 3. LOYALTY | (a.5.) Highly respected. |
| 4. DISCIPLINE | |
| 5. INTEGRITY | |
| 6. MORAL COURAGE | |
| 7. SELFLESSNESS | |
| 8. MORAL STANDARDS | |

**37**

DA FORM 67-8
1 SEP 79    REPLACES DA FORM 67 7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VA



REPLY TO
ATTENTION OF                    22332-0442                    baj

TAPC-MSE-A (623-105)

MEMORANDUM FOR RECORD

SUBJECT: Officer Evaluation Report/Academic Evaluation Report (OER/AER)

NAME: CHAMBERS, CHRISTOPHER M.    SSN: ▓▓▓▓▓▓    RANK: CPT

BR: IN

PERIOD: 900120 - 900615            P Frames Thru

1. ACTION:

( ) The OER/AER are hereby ALTERED as follows: -

(XXX) The OER/AER has been ALTERED.
( ) The OER/AER is DELETED and the same period is DECLARED NONRATED.
( ) An OER/AER has not been received. The period has been DECLARED NONRATED.
( ) OTHER:

2. AUTHORITY FOR ACTION:

(XXX) DCSPER Officer Special Review Board dated 7 July 1995.
( ) PERSCOM administrative correction
( ) OTHER:

ERIC E. LARSEN
Chief, Appeals and
Corrections Branch

Original To: TAPC-MSR
Copy Furnished: TAPC-OPE-IN

TAPC-MS FL 14
8 Dec 88

Printed on ♻ Recycled Paper

00086

# OFFICER RECORD BRIEF

christopher.chambers@us.army.mil

| ORB TYPE | BREF DATE | ORFLD DESIGNATION | ORFLD DESIG DATE | CIVIL BRANCH | COMPONENT | AD GRADE - ADOR | | SSN | NAME |
|---|---|---|---|---|---|---|---|---|---|
| 2900 | 20021217 | OPERATIONS | 20010928 | IN | RA | MAJ · 19950101 | | | CHAMBERS CHRISTOPHER MARK |

## SECTION I - Assignment Information

| | | OVERSEAS DUTY | NUMBER OF TOURS | INVEST | | SECTION II - Security Data | |
|---|---|---|---|---|---|---|---|

## SECTION III - Service Data

### SECTION IV - Personal/Family Data

NAME CHAMBERS CHRISTOPHER MARK

Date of Birth 19810915
Birthplace MASSACHUSETTS
Sex/Red/Cat M_WHITE/NOT HS
Country of Cit US
Religion PROT-EPIS-CH
No Dependent Acts/Air/Children 01/00
Marital Status MARRIED
Spouse Birthplace NEW YORK
Height/Weight 74/185
Home of Record at Ead MASSACHUSETTS
Mailing Address 219 CLOVE ROAD SALISBURY MILLS NY 12577-0000

## SECTION V - Foreign Language

| Language | Read | Listen |
|---|---|---|

## SECTION VI - Military Education

| Course | DLAT | Year |
|---|---|---|

## SECTION VII - Civilian Education

INSTITUTION PA. U PA. PHILADELPHIA
DISCIPLINE BUSINESS ADM.
INSTITUTION NY, USMA, WEST POINT
DISCIPLINE NO MAJOR
MASTERS MBA  YR 1992
BS  YR 1983

## SECTION VIII - Awards and Decorations

## SECTION IX - Assignment Information

| FROM | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | Date of Last OBR Org Zip Code |
|---|---|---|---|---|---|---|---|---|

## SECTION X - Remarks

PRPAS: NONE

ASSIGNMENT CONSIDERATIONS: COMPLETED AERS UTIL

DATE LAST PHOTO 200201

DA FORM 4037



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA
22332-0443

REPLY TO
ATTENTION OF

TAPC-MSP-S                                                    1 0 JAN 2003

MEMORANDUM FOR Major Christopher M. Chambers,  

SUBJECT:  Correction of Military Records

1.  This is in further reply to your request for correction of your Army records.

2.  You were reconsidered for promotion to lieutenant colonel by a Department of the Army Special Selection Board under the same criteria and instructions established for the regularly constituted FY00 Lieutenant Colonel, Army Promotion Selection Board that recessed on 30 March 1999.

3.  Regretfully, the board did not recommend you for promotion. Your promotion status as determined by the regularly constituted board remains unchanged.

4.  Point of contact is Mrs. Pat Carroll, Promotions Branch, DSN 221-9216 or commercial (703) 325-9216.

FOR THE COMMANDER:

JOE M. LOZANO
Deputy Chief
Promotions Branch

CF:
OSA, ABCMR
TAPC-OPE-IN

Printed on ✪ Recycled Paper

00088

## OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

### PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial)** CHAMBERS, CHRIS  **b. SSN** ___  **c. RANK** MAJ  **d. DATE OF RANK** Year 1995 Month 01 Day 01  **e. BRANCH** IN  **f. DESIGNATED SPECIALTIES** 11A

**g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND** HQ, USMA STAFF & FACULTY, WEST POINT, NY 10996

**h. REASON FOR SUBMISSION** 04  Change of Duty

**i. PERIOD COVERED** FROM Year 1998 Month 12 Day 26  THRU Year 1999 Month 08 Day 02  **j. RATED MONTHS** 8  **k. NONRATED CODES**  **l. NO. OF ENCL**

**m. RATED OFFICER COPY (Check one and date)** 1. Given to Officer  2. Forwarded to Officer  Date 12OCT1999  **n. PSB INITIAL**  **o. CMD CODE** MA  **p. PSB CODE** WP01

### PART II - AUTHENTICATION

**a. NAME OF RATER (Last, First, MI)** WATKINS, GAYLE L.  SSN ___  RANK LTC  POSITION Associate Dean  SIGNATURE Gay Watkins  DATE 27 Sep 1999

**b. NAME OF INTERMEDIATE RATER (Last, First, MI)**  SSN  RANK  POSITION  SIGNATURE  DATE

**c. NAME OF SENIOR RATER (Last, First, MI)** LAMKIN, FLETCHER M., JR.  SSN ___  RANK BG  POSITION DEAN, USMA  SIGNATURE  DATE 27 Sep 1999

**SENIOR RATER'S ORGANIZATION** Office of the Dean, United States Military Academy  **BRANCH**  **SENIOR RATER TELEPHONE NUMBER** DSN 688-2000  **E-MAIL ADDRESS** zf9472@usma.army.mil

e. SIGNATURE OF RATED OFFICER  DATE 1 OCT 1999

### PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE** Associate Dean for Resources  **b. POSITION AOC** 44A00

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IV. DA FORM 67-9-1**
Responsible for managing the Dean of the Academic Board's $20 million operating budget that supports 13 academic departments, 10 research centers, and a 700-person military and civilian faculty and staff. Responsible for developing, managing, and executing the Academic Individual Advanced Development (AIAD) program, the summer academic training program that sends over 550 cadets to over 120 sites world wide. Manage and access all critical support services for the Dean's activities, including textbooks, transportation, credit cards, and printing. Responsible for development of POM input, funding requests, yearly budgets and schedules, and daily monitoring of budget execution. Represent the Dean on Lab Equipment Replacement Committee, Uniform Committee, Installation Acquisition Board, and the Working Senior Resource Management Advisory Committee.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR | X | | 5. RESPECT | | X | |
| 2. INTEGRITY | X | | 6. SELFLESS-SERVICE | | X | |
| 3. COURAGE | X | | 7. DUTY | | X | |
| 4. LOYALTY | | | | | X | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate selected box with optional comments in PART Vb. Comments are mandatory for all "NO" entries.

**b.1. ATTRIBUTES** (Select 1)
| 1. MENTAL [X] NO | 2. PHYSICAL [X] NO | 3. EMOTIONAL [X] NO |
|---|---|---|

**b.2 SKILLS (Competence)** (Select 2)
| 1. CONCEPTUAL [X] NO | 2. INTERPERSONAL [X] NO | 3. TECHNICAL [X] NO |
| 4. TACTICAL | | |

**b.3. ACTIONS (LEADERSHIP)** (Select 3)
| INFLUENCING 1. COMMUNICATING [X] NO | 2. DECISION-MAKING [X] NO | 3. MOTIVATING [X] NO |
| OPERATING 4. PLANNING [X] NO | 5. EXECUTING [X] NO | 6. ASSESSING [X] NO |
| IMPROVING 7. DEVELOPING [X] NO | 8. BUILDING [X] NO | 9. LEARNING [X] NO |

**c. APFT:** PASS  DATE: MAY 1999  HEIGHT: 74  WEIGHT: 189  YES

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.**
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  YES  NO  [X]

DA FORM 67-9, OCT 97  REPLACES DA FORM 67-8, 1 SEP 78, WHICH IS OBSOLETE, 1 OCT 97  USAPA V1.00

00089

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK Year Month Day | e. BRANCH | f. DESIGNATED SPECIALTIES |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | MAJ | 1995  01  01 | IN | 11A/49A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996 | 04  PCS |

| i. PERIOD COVERED FROM Year Month Day | THRU Year Month Day | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1999  12  25 | 2000  05  12 | 5 | | | 1. Given to Officer | | Date | | MA | WP01 |
| | | | | | 2. Forwarded to Officer | X | 19 May 2000 | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has been completed OER Parts I-VII and the administrative data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| WONG, LEONARD | | LTC | Assist Prof/Dir, OEMA | | 16 MAY 00 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| KAUFMAN, DANIEL J. | | COL | Professor and Head | Danl J Kaufman | 16 May 2000 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Department of Social Sciences U.S. Military Academy, West Point, NY 10996 | PR | DSN 688-2800 | jd3704@usma.edu |

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER | DATE 16 May 2000

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  Analyst & Assistant Professor

b. POSITION AOC/SI  49A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IVe, DA FORM 67-9-1

Responsible for conducting research and analysis at the personal direction of the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior military and civilian leaders.  Complete both directed and self-directed studies of current issues to provide recommendations for use by Army-level policy makers.  Provide rapid and independent analysis in the areas of officer and enlisted personnel management, budget formulation, soldier compensation, leadership, human resources and quality of life.  Also, serve as Assistant Professor of Economics, responsible for educating and mentoring undergraduate students in the subjects of economics and finance.  Responsibilities include stimulating learning, evaluating cadet performance and analytical ability, leadership development, intellectual growth and professional inspiration.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES  (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb.  Comments are mandatory in Part Vb for all "NO" entries.

b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics

| | 1. MENTAL | YES/NO | 2. PHYSICAL | YES/NO | 3. EMOTIONAL | YES/NO |
|---|---|---|---|---|---|---|
| X | Possesses desire, will, initiative, and discipline | YES | Maintains appropriate level of physical fitness and military bearing | YES | Displays self-control; calm under pressure | YES |

b.2. SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action

| | 1. CONCEPTUAL | YES/NO | 2. INTERPERSONAL | YES/NO | 3. TECHNICAL | YES/NO |
|---|---|---|---|---|---|---|
| X | Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES | Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES | Possesses the necessary expertise to accomplish all tasks and functions | YES |
| | 4. TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | YES |

b.3. ACTIONS (LEADERSHIP) (Select 3): Major activities leaders perform: influencing, operating, and improving

INFLUENCING Method of reaching goals while operating / improving

| | 1. COMMUNICATING | YES/NO | 2. DECISION-MAKING | YES/NO | 3. MOTIVATING | YES/NO |
|---|---|---|---|---|---|---|
| X | Displays good oral, written, and listening skills for individuals / groups | YES | Employs sound judgment, logical reasoning and uses resources wisely | YES | Inspires, motivates, and guides others toward mission accomplishment | YES |

OPERATING Short-term mission accomplishment

| 4. PLANNING | YES/NO | 5. EXECUTING | YES/NO | 6. ASSESSING | YES/NO |
|---|---|---|---|---|---|
| Develops detailed, executable plans that are feasible, acceptable, and suitable | YES | Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES | Uses after-action and evaluation tools to facilitate consistent improvement | YES |

IMPROVING Long-term improvement in the Army, its people and organizations

| 7. DEVELOPING | YES/NO | 8. BUILDING | YES/NO | 9. LEARNING | YES/NO |
|---|---|---|---|---|---|
| Invests adequate time and effort to develop individual subordinates as leaders | YES | Spends time and resources improving teams, groups and units; fosters ethical climate | YES | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES |

c. APFT: PASS  DATE: APR 2000  HEIGHT: 74  WEIGHT: 194  YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1A AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  ☐ YES  ☐ NO  ☒

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

00090

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

a. NAME (Last, First, Middle Initial): CHAMBERS, CHRISTOPHER M. | b. SSN: [redacted] | c. RANK: MAJ | d. DATE OF RANK: Year 1995 Month 01 Day 01 | e. BRANCH: IN | f. DESIGNATED SPECIALTIES: 11A/49A

g. UNIT, ORG., STATION, ZIP CODE or APO, MAJOR COMMAND: USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996 | h. REASON FOR SUBMISSION: 21 Complete Rec

i. PERIOD COVERED: FROM Year 2001 Month 05 Day 18 THRU Year 2001 Month 12 Day 21 | j. RATED MONTHS: 7 | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date): 1. Given to Officer / 2. Forwarded to Officer — Date 24 Jan 2002 | n. PSB INITIALS: SMS | o. CMD CODE: MA | p. PSB CODE: WP01

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

a. NAME OF RATER (Last, First, MI): WARDYNSKI, E. CASEY | SSN: [redacted] | RANK: LTC | POSITION: Acad Prof/Dir, OEMA | SIGNATURE | DATE: 22 Jan 2002

b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE

c. NAME OF SENIOR RATER (Last, First, MI): HOWARD, RUSSELL D. | SSN: [redacted] | RANK: COL | POSITION: Professor and Head | SIGNATURE | DATE: 22 Jan 2002

SENIOR RATER'S ORGANIZATION: Department of Social Sciences, U.S. Military Academy, West Point, NY 10996 | BRANCH: PR | SENIOR RATER TELEPHONE NUMBER: DSN 688-2800 | E-MAIL ADDRESS: jr7663@usma.edu

d. This is a referred report, do you wish to make comments? Yes, comments are attached / No ☒ | e. SIGNATURE OF RATED OFFICER | DATE: 22 Jan 2002

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director, OEMA | b. POSITION AOC/BR: 49A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IV.a. DA FORM 67-9-1:
Responsible for planning, conducting, and coordinating economic policy and demographic research personally directed by the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior Army leaders. Complete both directed and self-directed studies, which provide senior leadership with independent and rapid analysis to support Army-level policy making with regard to officer and reenlisted personnel management, budget formulation, soldier compensation, human resources and quality of life. Serve as Deputy Director with duties to include manage the officer, enlisted, and civilian personnel, budget, and workload. Serve as an instructor for 28 cadets in Econometrics course SS368. Responsible for lesson planning, class presentation, test design, and student evaluation. Responsible for cadet professional, and ethical development.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use Part Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics:
- 1. MENTAL [X] — Possesses desire, will, initiative, and discipline
- 2. PHYSICAL [YES/NO] — Maintains appropriate level of physical fitness and military bearing
- 3. EMOTIONAL [YES/NO] — Displays self-control; calm under pressure

b.2. SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action:
- 1. CONCEPTUAL [X] [YES/NO] — Demonstrates sound judgment, critical/creative thinking, moral reasoning
- 2. INTERPERSONAL [X] [YES/NO] — Shows skill with people: coaching, teaching, counseling, motivating and empowering
- 3. TECHNICAL [YES/NO] — Possesses the necessary expertise to accomplish all tasks and functions
- 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

INFLUENCING — Method of reaching goals while operating / improving:
- 1. COMMUNICATING [X] [YES/NO] — Displays good oral, written, and listening skills for individuals / groups
- 2. DECISION-MAKING [X] [YES/NO] — Employs sound judgment, logical reasoning and uses resources wisely
- 3. MOTIVATING [X] [YES/NO] — Inspires, motivates, and guides others toward mission accomplishment

OPERATING — Short-term mission accomplishment:
- 4. PLANNING [YES/NO] — Develops detailed, executable plans that are feasible, acceptable, and suitable
- 5. EXECUTING [X] [YES/NO] — Shows tactical proficiency, meets mission standards, and takes care of people/resources
- 6. ASSESSING [X] [YES/NO] — Uses after-action and evaluation tools to facilitate consistent improvement

IMPROVING — Long-term improvement in the Army, its people and organizations:
- 7. DEVELOPING [X] [YES/NO] — Invests adequate time and effort to develop individual subordinates as leaders
- 8. BUILDING [X] [YES/NO] — Spends time and resources improving teams, groups and units; fosters ethical climate
- 9. LEARNING [X] — Seeks self-improvement and organizational growth; envisioning, adapting and leading change

c. APFT: PASS  DATE: OCT 2001  HEIGHT: 74  WEIGHT: 194  YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES / NO ☒

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.01

00091

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES
THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.
ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

2016

| | |
|---|---|
| 1. NAME | 2. DEPARTMENT, COMPONENT AND BRANCH |
| | ARMY/RA/IN |

| 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|
| | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| WEST POINT, NY | STONEHAM, MA  02180 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| USMA STAFF & FACULTY MA | USMA WEST POINT, NY  10996-1926 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| USAR CON GP (RET) AR-PERSCOM, 1 RESERVE WAY, ST LOUIS, MO 63132-5200 | Amount: $250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11A 5P INFANTRY--19 YRS 9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | | | |
| | b. Separation Date This Period | | | |
| | c. Net Active Service This Period | | | |
| | d. Total Prior Active Service | | | |
| | e. Total Prior Inactive Service | | | |
| | f. Foreign Service | | | |
| | g. Sea Service | | | |
| | h. Effective Date of Pay Grade | | | |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
DEFENSE MERITORIOUS SERVICE MEDAL//MERITORIOUS SERVICE MEDAL (5TH AWARD)//JOINT SERVICE COMMENDATION MEDAL//ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY SUPERIOR UNIT AWARD//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMY SERVICE RIBBON //OVERSEAS SERVICE RIBBON (3RD AWARD)//MULTINATIONAL FORCE AND OBSERVERS//CONT IN BLOCK 18.

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**
AIRBORNE SCHOOL, 3 WEEKS, FEB 1983//INFANTRY OFFICER BASIC COURSE, 17 WEEKS, NOV 1983 //ENGINEER OFFICER ADVANCED COURSE, 26 WEEKS, JUL 1987//JUNGLE WARFARE SCHOOL, 3 WEEKS, JUL 1981//COMMAND AND GENERAL STAFF COLLEGE-NONRESIDENT COURSE, OCT 1998//COMBINED ARMS AND SERVICE STAFF SCHOOL, 10 WEEKS, AUG 1990//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X | Yes | | No |
|---|---|---|---|---|

18. REMARKS

24. CHARACTER OF SERVICE
HONORABLE

25. SEPARATION CODE

26. REENTRY CODE

DD Form 214-AUTOMATED, NOV 88    Previous editions are obsolete.    SERVICE -

00092

7