DAPE-MPC-S
SUBJECT: Request for Promotion Reconsideration - CHAMBERS, CHRISTOPHER, MAJ, 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, IN

X (4) 24 Mar 98, PERSCOM, Evaluations Reports Branch sent a letter to the applicant explaining that the rating period 7 May 1996 to 9 May 1997 was unaccounted for in his official file. The letter provided instructions to the applicant to ensure his file was complete. The OSRB notes the period of report at the beginning of the memo shows 970510-970930 indicating the dates of the received report that caused the gap, which initiated the inquiry. Further, the period of unaccounted time, 7 May 96 - 9 May 97, is indicated in the first sentence of this letter.

X (5) 15 May 98, PERSCOM, Evaluations Reports Branch entered a MFR into the applicant's official file indicating that an OER had not been received for the period 960508-970509. The period was declared as NONRATED time.

[OSRB NOTE: This MFR is IAW PERSCOM policy to administratively account for otherwise unaccounted time. This MFR entry into the applicant's OMPF was a result of his failure to reply to the memos addressed above.]

X (6) Officer Records Branch, PERSCOM verified a microfiche was requested and made of the applicant's OMPF on 13 Jan 99 and again on 2 Feb 99 for mailing to the applicant. The promotion fiche was made on 23 Jan 99. All of the microfiche produced had the same number of documents and images. Therefore, the OSRB believes the applicant, if he reviewed his record, had ample opportunity to take corrective actions prior to the convening of the promotion selection board that did not select him for promotion.

(7) 8 Feb 00, Appeals and Corrections Branch approved the applicant's administrative appeal, dated 8 Sep 99. The PERSCOM MFR was removed and the applicant's missing OER inserted.

3. There is no evidence of a material error that warrants promotion reconsideration. Further, the applicant provides no evidence of extenuating circumstances which could have precluded such updates or

DAPE-MPC-S
SUBJECT: Request for Promotion Reconsideration - CHAMBERS, CHRISTOPHER, MAJ, 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, IN

reviews, there is no evidence of an effort by the applicant to update his file despite numerous requests, nor is there an indication that he took any action to correct his file prior to the convening of the board that did not select him. Paragraph 5-6b, AR 624-100 prohibits selection reconsideration when, in exercising reasonable diligence, an officer could have discovered and corrected an error in his record. Each officer's responsibility in that regard is sufficient to overcome deficiencies, including missing evaluation reports, in the absence of reasons sufficient to excuse the failure.

4. All matters considered, promotion reconsideration is not warranted.

3 Encls
nc



ALEXANDRIA, VA
22332-0445

REPLY TO ATTENTION OF

TAPC-MSE-R (623-105a)

S: 16 MAR 98
14 JAN 1998
MR06

MEMORANDUM FOR COMMANDER, US MILITARY ACADEMY, ATTN: MAAG-P WEST POINT, NY 10996-1985

SUBJECT: Request for Clarification of OER Gap

NAME: CHAMBERS, CHRISTOPHER M. [redacted] I/Q, MAJ/IN
REPORT PERIOD: 960508 - 970509
PSB: WP01

1. This office has received and processed an OER(97) on MAJ CHRISTOPHER M. CHAMBRS for the period 970510 - 970930. The previous report on file for this officer is an OER(05) for the period 950508 - 960507. The 367-day gap between these two reports requires an explanation.

2. Request you interview the rated officer and examine his/her Officer Record Brief (ORB) to determine the rated officer's status during the period of the gap:

a. If a report was required for the period, either obtain a copy from the officer or else initiate a shell and support form to reconstruct the report.

b. If the gap period was nonrated time which should have been included in the later report, provide us specific details and we will take corrective action.

c. If the period was rated time that should have been included in one or the other of the two reports, you must submit an administrative appeal IAW Chapter 9, AR 623-105.

3. Be advised that the two reports mentioned in paragraph 1 above have already been accepted as a matter of record and cannot be altered except through the appeal process.

4. Failure to reply by the above suspense date may result in the period being declared non-rated.

5. POC for this action is Melinda Reed at DSN 221-9270.

FOR THE COMMANDER:

SIGNED

DIANA D. LUEKER
Chief Evaluation
Reports Branch

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VA
22332-0443

MAR 1998

REPLY TO ATTENTION OF
Evaluation Reports Branch

Reference:
Name: Chambers, Christopher M., MAJ/IN, U/Q
Period of Report: 970510-970930
PSB: DA00
Examiner: MR06
Suspense: 27 APR 1998

Major Christopher M. Chambers

Dear Major Chambers:

The period 7 May 1996 to 9 May 1997 is presently unaccounted for in your evaluation reports file. Since the period is greater than 90 days, a report probably was required but has not been accepted for file. As you know, the evaluation report is the single most important document used by career managers and selection boards to manage a career. Therefore, it's extremely important that your records are complete.

A suspense date was established as indicated above. Should this suspense date pass without response, your case will be put in our inactive files and no further action will be taken by this office to obtain a report for the gap period.

Request you contact your PSB immediately and provide them a copy of the report for this period. If you do not have one, provide information to the PSB for reconstruction of the report, or provide an explanation if the period was non-rated. If contact with you PSB is not feasible, you may send the information requested, in encl 1, directly to this office.

If you have any questions or wish additional information or assistance, please contact Melinda Reed at Commercial (703) 325-9270 or DSN 221-9270.

Sincerely,

Diana D. Lueker

DIANA D. LUEKER
Chief, Evaluation
Reports Branch

Encl
Memorandum dtd 01 Jan 1998

Received by USMA AG Form Reports Branch

15



DEPARTMENT OF THE ARMY
UNITED STATES MILITARY ACADEMY
WEST POINT, NEW YORK 10996

REPLY TO
ATTENTION OF

MAAG-P (600-8-29a) 8 Sep 99

MEMORANDUM FOR Commander, PERSCOM, ATTN: TAPC-MSP-S, 200 Stovall Street, Alexandria, VA 22332-0443

SUBJECT: Request for Special Selection Board Promotion Reconsideration

1. Request reconsideration for promotion to Lieutenant-Colonel based on a material error in my file, in accordance with AR 600-8-29 para 7-11.

2. After the results of the LTC promotion board were released in July, I discussed the results with my chain of command and branch representative in an attempt to understand my non-selection. Since I was fully branch qualified and had strong performance throughout my career, my immediate concern was that my complete-the-record OER may not have been included in my promotion file. Although the OER was not listed on my OMPF at DA, it was later revealed that the OER was in fact present in hard-copy for the promotion board. However, it was further revealed that the OER from my short-tour deployment to Egypt (Jul 96 - Jul 97) was neither present nor included in my official file for the board to consider.

3. I was somewhat confused since PERSCOM had written me on 24 MAR 98 that I was missing a different report, from the close-out of the old OER system (a period covering May 97 thru Sep 97). It further stated that I must resolve the matter by 27 APR 98. At my request, my BN S-1 resubmitted this OER and that particular issue was resolved. However, when I reviewed my microfiche later, I found that my OER from Egypt was also missing (Jul 96 to May 97). Since I could not locate a personal/unofficial copy of that OER, I contacted my former unit by telephone to see if it had in fact been submitted. The new Personnel Officer for the US Army Element in Egypt did not know but agreed to resubmit their file copy on my behalf. I believed, wrongfully as it turned out, that all problems were completely resolved.

4. I strongly believe that the administrative error that caused the elimination of an entire recent year of my performance must have had a material and negative effect on the promotion board. I am certain the error was entirely innocent, and probably due to the great volume of reports processed at the end of the previous OER system and compounded by the potential difficulties of paper submissions from units in remote locations. Since I am confident that I am highly qualified with great potential to offer the Army in the grade of Lieutenant-Colonel and above, I respectfully request a reconsideration of my promotion. I have attached a copy of the missing OER for inclusion in my file.

Christopher M. Chambers
MAJ, IN

MADN (MAAG-F/8Sep99) 1st End Dr. Grice/jj/DSN 688-5007
SUBJECT: Request for Special Selection Board Promotion Reconsideration

Dean of the Academic Board. United States Military Academy. West Point. New York 10996-5000 24 September 1999

THRU Superintendent, United States Military Academy, ATTN: MAAG-PM/MAJ Richardson. West Point, New York 10996-5000

FOR Commander. PERSOM. ATTN: TAPC-MSP-S, 200 Stovall Street, Alexandria, VA 22332-0443

I strongly support Major Christopher M. Chambers' request to have his file reconsidered by a Special Selection Board. Major Chambers is an outstanding officer fully deserving of promotion to Lieutenant Colonel now. The absence from his promotion board file of a recent Officer Evaluation Report do to an administrative error by the Army should warrant consideration by the Special Selection Board.

Fletcher M. Lamkin, Jr.
Brigadier General. U.S. Army
Dean of the Academic Board

C

00140

LAST NAME - FIRST NAME - MIDDLE INITIAL: CHAMBERS, CHRISTOPHER
SSN: 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
GRADE: MAJ
DATE OF RANK (Year Month Day): 95 01 01
BR: IN
DESIGNATED SPECIALTIES: 11A50
STA CODE: EG160

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND: USAE-MFO, SINAI, EGYPT, APO AE 09832 JOINT ACTIVITIES
j. REASON FOR SUBMISSION: 05 ANNUAL
k. CMD CODE: JA

l. PERIOD COVERED: FROM 96 05 08 THRU 97 05 09
m. NO. OF MONTHS:
n. MILPO CODE: FS27
o. RATED OFFICER COPY (Check one and date): 1. GIVEN TO OFFICER; 2. FORWARDED TO OFFICER
p. FORWARDING ADDRESS

q. EXPLANATION OF NONRATED PERIODS: 960509-960805 Lack of Rater Qualification. 960806 - 980807 Travel

PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First, MI): TOLLE, STEVEN A.
SSN: 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
SIGNATURE
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, TC, USAE-MFO, SINAI, EGYPT, APO AE 09832 CHIEF OF SUPPORT
DATE

b. NAME OF INTERMEDIATE RATER (Last, First, MI)
SSN
SIGNATURE
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
DATE

c. NAME OF SENIOR RATER (Last, First, MI): TADDONIO, FRANK T.
SSN: 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
SIGNATURE
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: COL, AV, USAE-MFO, SINAI, EGYPT, APO AE 09832 CHIEF OF STAFF
DATE: 25 ...

d. SIGNATURE OF RATED OFFICER
DATE: 20 Jun 97
e. DATE ENTERED ON
f. RATED OFFICER'S ...

PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: LIAISON OFFICER
b. SMOS: 11A48
c. REFER TO PART IIIa, DA FORM 67-8-1

Liaison Officer for the 2,600 member Multinational Force and Observers (MFO) deployed along the Israel-Egypt border, comprised of Army, Navy and Air Force elements from 11 nations. Represents the Force Commander (O-8 level) in Cairo in daily interactions with the Egyptian Ministry of Defense and the Egyptian Liaison Agency with International Organizations (LAWIO). Interfaces with a variety of Egyptian government agencies and business to facilitate MFO operations. Coordinates all actions required by the Director General's Representative in Cairo with appropriate staff sections in MFO. Plans, coordinates and executes multinational unit rotations, numbering 1100 soldiers per year, through Cairo. Supervises an Egyptian national serving as the Assistant Liaison Officer. Supports and assists the numerous V.I.P. visits to the MFO

PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below indicate the degree of agreement with the following statements as they describe the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| Item | | Item | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 8. Displays sound judgement | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 9. Seeks self-improvement | |
| 3. Maintains appropriate level of physical fitness PASS 9705 | | 10. Is adaptable to changing situations | |
| 4. Motivates, challenges and develops subordinates | | 11. Sets and enforces high standards | |
| 5. Performs under physical and mental stress | | 12. Possesses military bearing and appearance HT/WT YES | |
| 6. Encourages candor and frankness in subordinates | | 13. Supports EO/EEO | |
| 7. Clear and concise in written communication | | 14. Clear and concise in oral communication | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

DEDICATION, RESPONSIBILITY, LOYALTY, DISCIPLINE, INTEGRITY, MORAL COURAGE, SELFLESSNESS, MORAL STANDARDS

(a.1,2,5) A superb duty performance in one of the most difficult and complex working environments in the world.
(a.8,10) Exceptionally talented and adept at resolving complex and politically sensitive problems.
(a.11,12) An outstanding representative of our Army, his conduct and work ethic are unmatched.
(b.1,3,5) Totally dedicated to his Army and his unit, an invaluable member of the MFO.
(b.6,7,8) Does it all correctly the first time, a true leader.

A

DA FORM 67-8, 1 SEP 79 — REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. — US ARMY OFFICER EVALUATION REPORT — USAPPC V3.00

ERED 960508-970509

PART V - ANCE AND POTENTIAL EVALUATION (Rater)

ED OFFICER'S NAME CHAMBERS, CHRISTOPHER SSN 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

TED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS [X] YES [ ] NO

RFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS [ ] USUALLY EXCEEDED REQUIREMENTS [ ] MET REQUIREMENTS [ ] OFTEN FAILED REQUIREMENTS [ ] USUALLY FAILED REQUIREMENTS

MMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS POTENTIAL

MAJ Christopher Chambers performance of duty as the MFO Liaison Officer with the Arab Republic of 'pt was outstanding in every respect. As the Force Commander's representative he set a superb example of ication, integrity and responsibility. Working in a very sensitive and politically oriented environment, his omplishments are without equal. Calm, brilliant and totally focused he established professional relationships ı ARE Defense officials, customs and immigration officials and other members of the government that wed him to effectively support the Force missions. He is an individual of absolute integrity and the highest ·al standards and these attributes served him well in this job. MAJ Chambers was responsible for the rotation ıver six hundred soldiers through Cairo and demonstrated the technical expertise required to insure success. displayed the same professionalism in his support to numerous VIPs visiting the MFO. He applied these e skills in his daily assistance to the Director Generals Representative in Cairo and his staff. His ability to ı and coordinate sensitive and difficult actions was of immense value to the entire MFO. In summation or Chambers superbly executed all his duties while handling politically sensitive issues and by his efforts has ificantly enhanced the image and capabilities of the MFO.

OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES [ ] PROMOTE WITH CONTEMPORARIES [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

MENT ON POTENTIAL

or Chambers has all of the ability and attributes for promotion. Following his Branch Qualification, select for Lieutenant Colonel and Battalion command. Assign him within a Division where his outstanding ersnip abilities can be utilized.

PART VI - INTERMEDIATE RATER

MENTS

PART VII - SENIOR RATER

ENTIAL EVALUATION (See Chapter 4, AR 623-105)

DA USE ONLY

HI

LO

MPLETED DA FORM 67-8-1 WAS RECEIVED WITH REPORT AND CONSIDERED IN MY EVALUATION REVIEW [ ] YES [ ] NO (Explain in b)

b. COMMENTS

MAJ Chambers performed all of his duties in a truly outstanding manner. Chris is an extraordinarily competent officer with superb communications skills. He was equally effective coordinating with high level dignitaries or working the smooth transition of soldiers through Cairo. Chris performed flawlessly with minimal guidance. Select for CGSC and promote to Lieutenant Colonel as soon as possible. Enormous potential.

USAPPC V1.00

16

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

2016

**1. NAME** *(Last, First, Middle)*: CHAMBERS, CHRISTOPHER MA[illegible]

**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/RA/IN

**3. SOCIAL SECURITY NO.**: [illegible]

**4.a GRADE, RATE OR RANK**: MAJ

**4.b PAY GRADE**: O4

**5. DATE OF BIRTH** *(YYYYMMDD)*: [illegible]

**6. RESERVE OBLIG. TERM. DATE**: Year 0000 Month 00 Day 00

**7.a PLACE OF ENTRY INTO ACTIVE DUTY**: WEST POINT, NY

**7.b HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: STONEHAM, MA 02180

**8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: USMA STAFF & FACULTY MA

**8.b STATION WHERE SEPARATED**: USMA WEST POINT, NY 10996-1926

**9. COMMAND TO WHICH TRANSFERRED**: USAR CON GP (RET) AR-PERSCOM, 1 RESERVE WAY, ST LOUIS, MO 63132-5200

**10. SGLI COVERAGE**: None [ ] Amount: $250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

11A 5P INFANTRY--19 YRS-9 MOS//NOTHING FOLLOWS

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1983 | 05 | 25 |
| b. Separation Date This Period | 2003 | 05 | 31 |
| c. Net Active Service This Period | 0020 | 00 | 06 |
| d. Total Prior Active Service | 0000 | 00 | 00 |
| e. Total Prior Inactive Service | 0000 | 00 | 00 |
| f. Foreign Service | 0004 | 11 | 15 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 1995 | 01 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*

DEFENSE MERITORIOUS SERVICE MEDAL//MERITORIOUS SERVICE MEDAL (5TH AWARD)//JOINT SERVICE COMMENDATION MEDAL//ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY SUPERIOR UNIT AWARD//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMY SERVICE RIBBON //OVERSEAS SERVICE RIBBON (3RD AWARD)//MULTINATIONAL FORCE AND OBSERVERS//CONT IN BLOCK 18.

**14. MILITARY EDUCATION** *(Course title, number of weeks and month and year completed)*

AIRBORNE SCHOOL, 3 WEEKS, FEB 1983//INFANTRY OFFICER BASIC COURSE, 17 WEEKS, NOV 1983 //ENGINEER OFFICER ADVANCED COURSE, 26 WEEKS, JUL 1987//JUNGLE WARFARE SCHOOL, 3 WEEKS, JUL 1981//COMMAND AND GENERAL STAFF COLLEGE-NONRESIDENT COURSE, OCT 1998//COMBINED ARMS AND SERVICE STAFF SCHOOL, 10 WEEKS, AUG 1990//NOTHING FOLLOWS

**15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM**: Yes [ ] No [X]

**15.b HIGH SCHOOL GRADUATE OR EQUIVALENT**: Yes [X] No [ ]

**16. DAYS ACCRUED LEAVE PAID**: NONE

**17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**: Yes [X] No [ ]

**18. REMARKS**

DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OF COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//SERVICE IN SOUTHWEST ASIA 19960807-19970722, 20000709-20010518//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//UNITED STATE FLAG ISSUED //USMA CADET FROM 19790702-19830524 (SERVICE NOT CREDITABLE FOR ANY PURPOSE IN COMMISSIONED OFFICER STATUS)//SERVICE IN AFGANISTAN FROM 20020720-20021120//CONT FROM BLOCK 13: MEDAL (4TH AWARD)//EXPERT INFANTRYMAN BADGE//PARACHUTIST BADGE//NOTHING FOLLOWS

**19.a MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*: [illegible]

**19.b NEAREST RELATIVE** *(Name and address - include Zip Code)*: ERIK CHAMBERS [illegible]

**20. MEMBER REQUESTS COPY 6 BE SENT TO** NY DIR OF VET AFFAIRS: [X] Yes [ ] No

**21. SIGNATURE OF MEMBER BEING SEPARATED**: [signature]

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: PAMELA M. LOZELLE, CHIEF, PERSONNEL SERVICE CTR [signature]

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: RETIREMENT

**24. CHARACTER OF SERVICE** *(include upgrades)*: HONORABLE

**25. SEPARATION AUTHORITY**: AR 600-8-24, PARA 6-14C(1)

**26. SEPARATION CODE**: RBD

**27. REENTRY CODE**: NA

**28. NARRATIVE REASON FOR SEPARATION**: SUFFICIENT SERVICE FOR RETIREMENT

**29. DATES OF TIME LOST DURING THIS PERIOD**: NONE

**30. MEMBER REQUESTS COPY 4** *(Initials)*: [illegible]

# PRESEPARATION COUNSELING CHECKLIST

*(Please read Privacy Act Statement below before completing this form.)*

## SECTION I - PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 1142, E.O. 9397.

**PRINCIPAL PURPOSE(S):** To record preseparation services and benefits requested by and provided to Service members; to identify preseparation counseling areas of interest as a basis for development of an Individual Transition Plan (ITP). The signed preseparation counseling checklist will be maintained in the Service member's official personnel file. Title 10, USC 1142, requires that not later than 90 days before the date of separation, preseparation counseling for Service members be made available.

**ROUTINE USE(S):** None.

**DISCLOSURE:** Voluntary; however, it will not be possible to initiate preseparation services or develop an Individual Transition Plan (ITP) for a Service member if the information is not provided.

## SECTION II - PERSONAL INFORMATION *(To be filled out by all applicants)*

| 1. NAME *(Last, First, Middle Initial)* | | 2. SSN | 3. GRADE |
|---|---|---|---|
| Chambers, Christopher | | [redacted] | MAJ / O4 |
| **4. SERVICE** | **5. DUTY STATION** | **6. EXPECTED SEPARATION DATE** *(YYYYMMDD)* | **7. DATE CHECKLIST PREPARED** *(YYYYMMDD)* |
| ARMY | West Point | 2003 05 31 | 2003 0528 |

## SECTION III. ALL TRANSITIONING SERVICE MEMBERS MUST READ AND SIGN.

I was offered preseparation counseling on the above date (item 7) on my transition benefits and services as appropriate. I understand that this preseparation counseling is provided to assist my transition process as required by Title 10, USC 1142.

I [X] accept [ ] decline *(X appropriate block)* further transition assistance counseling. *(If you declined further transition assistance counseling, sign and date.)* I have checked those items where I desire further information or counseling. I have also been advised where to obtain assistance in developing an Individual Transition Plan (ITP).

| 8a. SERVICE MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* |
|---|---|
| [signature] | 2003 05 28 |
| **9a. TRANSITION COUNSELOR SIGNATURE** | **b. DATE *(YYYYMMDD)*** |
| [signature] Jeanne L. Judd | 20030528 |

**SECTION IV.** Please indicate (by checking YES or NO) whether you (or your spouse if applicable) desire counseling for the following services and benefits. All benefits and services checked YES should be used in developing your ITP. The following services and benefits are available to all Service members, unless otherwise specified:

| | SERVICE MEMBER | | | SPOUSE | | | REFERRED TO *(Input is optional)* |
|---|---|---|---|---|---|---|---|
| | YES | NO | N/A | YES | NO | N/A | |
| 10. INDIVIDUAL TRANSITION PLAN (ITP) | | X | | | X | | |
| 11. EFFECTS OF A CAREER CHANGE | | X | | | X | | |
| 12. EMPLOYMENT ASSISTANCE | | | | | | | |
| a. Dept. of Labor sponsored Transition Assistance Program and Service sponsored Transition Seminars/Programs | | X | | | X | | |
| b. Use of DD Form 2586 (Verification of Military Experience and Training) | | X | | | X | | |
| c. Defense Outplacement Referral System (DORS) and Public and Community Service (PACS) Register | | X | | | X | | |
| d. Transition Bulletin Board (TBB) | | X | | | X | | |
| e. Teacher and Teacher's Aide Opportunities | | X | | | X | | |
| f. Federal Employment Opportunities | | X | | | X | | |
| g. Hiring Preference in Non-Appropriated Fund (NAF) jobs (VSI, SSB, Eligible Involuntary Separatees) | | X | | | X | | |
| h. State Employment Agencies/America's Job Bank | | X | | | X | | |
| 13. RELOCATION ASSISTANCE *NOTE: Status of Forces Agreement limitations apply for overseas Service members. | | | | | | | |
| a. Permissive (TDY/TAD) and Excess leave | | X | | | X | | |
| *b. Travel and transportation allowances | | X | | | X | | |
| *c. Military family housing extension (VSI, SSB, and Eligible Involuntary Separatees) | | X | | | X | | |
| *d. Commissary, exchange benefits extension and MWR Privileges (VSI, SSB, Eligible Involuntary Separatees) | | X | | | X | | |
| *e. DODDS school extension (Eligible Involuntary Separatees) | | X | | | | | |

| PRESEPARATION COUNSELING CHECKLIST SECTION IV *(Continued)* | NAME *(Last, First, Middle Initial)* CHAMBERS, C. | | | | | | SSN |
|---|---|---|---|---|---|---|---|
| | SERVICE MEMBER | | | SPOUSE | | | REFERRED TO *(Input is optional)* |
| | YES | NO | N/A | YES | NO | N/A | |
| **14. EDUCATION/TRAINING** | | | | | | | |
| a. Education benefits (Montgomery GI Bill, Veterans Educational Assistance Program, Vietnam-era, etc.) | | X | | | | | |
| b. Job Training Partnership Act (JTPA) | | X | | | | | |
| c. Additional education or training options | | X | | | X | | |
| **15. HEALTH AND LIFE INSURANCE** | | | | | | | |
| a. 60-day or 120-day extended Military and limited Dental benefits (VSI, SSB, Eligible Involuntary Separatees) | | X | | | X | | |
| b. Option to purchase 18-month conversion health insurance. Concurrent pre-existing condition coverage with purchase of conversion health insurance. | | X | | | X | | |
| c. Veterans' Group Life Insurance | | X | | | | | |
| **16. FINANCES** | | | | | | | |
| a. Financial Management | | X | | | X | | |
| b. Separation pay (VSI, SSB, Eligible Involuntary Separatees Only) | | X | | | X | | |
| c. Unemployment compensation | | X | | | X | | |
| d. Other financial assistance (VA Loans, SBA Loans, and other government grants and loans) | | X | | | X | | |
| **17. RESERVE AFFILIATION/PRIORITY** | | X | | | X | | |
| **18. DISABLED VETERANS BENEFITS** | | | | | | | |
| a. Disabled Transition Assistance Program (DTAP) | | X | | | | | |
| b. VA Disability Benefits | | X | | | | | |

As a separating Service member, after receiving basic preseparation information and completing this checklist, you and your spouse (if applicable) are entitled to receive assistance in developing an ITP and counseling based on the areas of interest you have identified on the checklist. The preseparation checklist addresses a variety of transition services and benefits to which you may be entitled. Each individual is strongly encouraged to take advantage of the opportunity to develop an ITP. The purpose of an ITP is to identify educational, training and employment objectives and to develop a plan to achieve these objectives. It is the Military Department's responsibility to offer Service members the opportunity and assistance to develop an ITP. It is the Service member's responsibility to develop an ITP based on his/her specific objectives and the objectives of his or her spouse, if appropriate.

**SECTION V - REMARKS**

# CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

AN AGREEMENT BETWEEN Christopher M. Chambers AND THE UNITED STATES
(Name of Individual - Printed or typed)

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12356, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Sections 1.1 and 1.2(e) of Executive Order 12356, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of the information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or the termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of Sections 641, 793, 794, 798, and *952, Title 18, United States Code, *the provisions of Section 783(b), Title 50, United States Code, and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of Section 793, Title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. These restrictions are consistent with and do not supersede, conflict with or otherwise alter the employee obligations, rights or liabilities created by Executive Order 12356; Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents), and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

( Continue on reverse. )

11. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this Agreement and its implementing regulation (32 CFR Section 2003.20) so that I may read them at this time, if I so choose.

| SIGNATURE | DATE | SOCIAL SECURITY NUMBER (See Notice below) |
|---|---|---|
| [signature] | 5/23/03 | [redacted] |

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) (Type or Print)

U.S. MILITARY ACADEMY
MABS-FP
621 WILSON ROAD
WEST POINT, NY 10996

| WITNESS | | ACCEPTANCE | |
|---|---|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED. | | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. | |
| SIGNATURE | DATE | SIGNATURE | DATE |
| [signature] | 23 May 03 | [signature] | 23 May 03 |
| NAME AND ADDRESS (Type or print) | | NAME AND ADDRESS (Type or print) | |
| Colette A. Drouin<br>Personnel Security Specialist<br>MABS-FP<br>U.S. Military Academy<br>621 Wilson Road<br>West Point, NY 10996 | | Colette A. Drouin<br>Personnel Security Specialist<br>MABS-FP<br>U.S. Military Academy<br>621 Wilson Road<br>West Point, NY 10996 | |

## SECURITY DEBRIEFING ACKNOWLEDGMENT

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| [signature] | 5/23/03 |

| NAME OF WITNESS (Type or print) | SIGNATURE OF WITNESS |
|---|---|
| Colette A. Drouin, Personnel Security Specialist | [signature] |

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above or 2) determine that your access to the information indicated has terminated. Although disclosure of your SSN is not mandatory, your failure to do so may impede the processing of such certifications or determinations, or possibly result in the denial of your being granted access to classified information.

* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.

DEPARTMENT OF THE ARMY
United States Military Academy
West Point, New York  10996-1926

ORDERS 055-0002                                             24 February 2003

CHAMBERS, CHRISTOPHER MARK     MAJ USMA STAFF & FACULTY (W1FBAA)
WEST POINT NY 10996-5000

You are retired from active duty, released from assignment and duty, and
on the date following, placed on the retired list.  The people of the United
States express their thanks and gratitude for your faithful service.  Your
contributions to the defense of the United States of America are greatly
appreciated.

Effective date: 31 May 2003
Retirement grade/date of rank: MAJ/01 January 1995
Date placed on retirement list: 01 June 2003
DOB: 15 September 1961
Sex: M
Citizenship code: A
Retirement type and allotment code: NON-DISABILITY/1
Component: RA
Statute authorizing retirement: 3911   1370
Vol retirement: 20 years, 0 months, 6 days
Section 1405: 20 years, 0 months, 6 days
Basic pay: 20 years, 0 months, 6 days
Completed over 4 years of active service as Enl or WO: No
Member of an Armed Force on 24 Sep 75: No
Additional instructions: a. PCN is: P20030210085200 b. You are authorized
   up to one year to complete selection of a home and complete travel in
   connection with this action. c. Dependents - Yes d. Movement of
   dependents is authorized.

FOR ARMY USE
Ret list: USA
Total active federal commissioned service date: 25 May 1983
Authorized place of retirement: U.S. MILITARY ACADEMY WEST POINT NY 10996-5000
Requested place of retirement: N/A
Date initially entered military service: 02 July 1979
18 years act Federal svc on 1 Nov 81: No
HOR: STONEHAM MA
Place EAD: WEST POINT NY

ORDERS 055-0002 USMA West Point, New York 10996-1926 24 February 2003

MDC: 7BO3
PEBD: Not applicable
Format: 680

FOR THE SUPERINTENDENT:

PAMELA M. LOZELL
Chief, Personnel Service Center

DISTRIBUTION:
MAJ CHAMBERS (5)
Cdr, USMA STAFF & FACULTY (1)
MAAG-P-CS (1)
MAAG-PM (1)
MAAG-P-O (1)
MAAG-P-PS (1)
OER Clerk (1)
DOPS (1)
DMPO, USMA (1)
Trans Ofc (1)
Housing Ofc (1)
Ticket Ofc, DIA (1)
Cdr, 1st Bn 1st Inf, ATTN: PSNCO (1)
Cdr, PERSCOM, ATTN: TAPC-MSR
200 Stovall Street
Alexandria, VA 22332-1340 (1)

Please read the instructions before completing this form.

# Servicemembers' Group Life Insurance Election and Certificate

Use this form to: (check all that apply)
- [X] Name or update your beneficiary
- [ ] Reduce the amount of your insurance coverage
- [ ] Decline insurance coverage

*Important:* This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance.

| Last name, First name, Middle name | Rank, Title, or Grade | Social Security Number |
|---|---|---|
| CHAMBERS, CHRISTOPHER MARK | MAJ | [redacted] |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| United States Army | USA MEDDAC, WEST POINT, NY 10996 |

## Amount of Insurance

By law, you are automatically insured for $250,000. ***If you want $250,000 of insurance,*** *skip to Beneficiary(ies) and Payment Options.* ***If you want less than $250,000 of insurance,*** please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $10,000. ***If you do not want any insurance,*** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

[X] I want coverage in the amount of $ 250,000 Your Initials [initials]

[ ] ______________________________

(Write "I do not want insurance at this time.")

**Note:** Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name *(first, middle, last)* and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. CATHERINE CHAMBERS [redacted] | | WIFE | 100% | LUMP |
| 2. | | | | |
| **Contingent** | | | | |
| 1. PETER CHAMBERS [redacted] | | BROTHER | 50% | LUMP |
| 2. ERIK CHAMBERS [redacted] | | BROTHER | 50% | LUMP |
| 3. | | | | |

**I HAVE READ AND UNDERSTAND the instructions on pages 2 and 3 of this form. I ALSO UNDERSTAND that:**
- ***This form cancels any prior beneficiary or payment instructions***
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $250,000.

**SIGN HERE IN INK** ▶ [signature] (Your signature. Do not print.) Date: 19 Nov 02

Do not write in space below - For official use only.

| WITNESSED AND RECEIVED BY: | RANK, TITLE, OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| LAURA PEREZ [signature] | GS-07 | AG/PSC WEST POINT, NY | 2002/07/17 |

SGLV 8286, April 2001 SUPERSEDES AND REPLACES FORM SGLV 8286, March 2000 Which Will Not Be Used

Original Copy - Member's Official Personnel File
Photocopy 1 - To Member
Photocopy 2 - To Active or Reserve Component of Uniformed Service

p.2

00150



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO *MAJOR CHRISTOPHER M. CHAMBERS*
*UPON HIS RETIREMENT*

FOR *DISTINGUISHING HIMSELF BY EXCEPTIONALLY MERITORIOUS SERVICE SPANNING A CAREER OF TWENTY YEARS OF ACTIVE MILITARY SERVICE, CULMINATING IN HIS ASSIGNMENTS AS THE DEPUTY DIRECTOR OF THE OFFICE OF ECONOMIC AND MANPOWER ANALYSIS. DUE TO HIS INDUSTRY AND INSIGHT, HE MADE SIGNIFICANT CONTRIBUTIONS AT THE HIGHEST LEVELS OF ARMY DECISION-MAKING AND POLICY FORMULATION ON COMPLEX ISSUES RANGING FROM MODERNIZATION OF THE M1 ABRAMS TANK FLEET TO DEVELOPING STRATEGIES FOR THE AFGHAN NATIONAL ARMY. MAJOR CHAMBER'S LEADERSHIP, ANALYTICAL SKILLS, AND DEDICATION TO DUTY IS IN KEEPING WITH THE HIGHEST TRADITIONS OF MILITARY SERVICE AND REFLECTS GREAT CREDIT ON HIM, THE UNITED STATES MILITARY ACADEMY, AND THE UNITED STATES ARMY.*

*THIS 25TH DAY OF JULY 2003*

PO 133-6, 13 May 2003
*US MILITARY ACADEMY*
*WEST POINT, NEW YORK*

*WILLIAM J. LENNOX, JR.*
*LIEUTENANT GENERAL, US ARMY*
*SUPERINTENDENT*

DA FORM 4980-12, NOV 97

00537818

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | [redacted] | MAJ | 1995 01 01 | IN | 11A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996 | 04 RETIREMENT |

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2002 12 22 | 2003 05 30 | 5 | | | 1. Given to Officer / X 2. Forwarded to Officer | 21 JUL 2003 | TM | MA | WP01 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI) | WARDYNSKI, E. CASEY | [redacted] | COL | Acad Prof/Dir, OEMA | [signature] | 30 MAY 2003 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | HOWARD, RUSSELL D. | [redacted] | COL | Professor and Head | [signature] | 30 May 2003 |

SENIOR RATER'S ORGANIZATION: Department of Social Sciences, U.S. Military Academy, West Point, NY 10996

BRANCH: SF

SENIOR RATER TELEPHONE NUMBER: DSN 688-2800

E-MAIL ADDRESS: russell.d.howard@us.army.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 30 MAY 2003

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director, OEMA

b. POSITION AOC/BR: 01A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for planning, conducting, and coordinating economic policy and demographic research personally directed by the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior Army leaders. Responsible to direct all business operations for the Army in the "America's Army" game project, to include management of development strategy, marketing, public relations, distribution, and strategic partnerships. Serve as Deputy Director with duties to include manage the officer, enlisted, and civilian personnel, budget, and workload.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No |
|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7. DUTY: Fulfills professional, legal, and moral obligations | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

| Selected | Item | Yes | No |
|---|---|---|---|
| X | 1. MENTAL — Possesses desire, will, initiative, and discipline | X | |
| | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | X | |
| | 3. EMOTIONAL — Displays self-control; calm under pressure | X | |

b.2 SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

| Selected | Item | Yes | No |
|---|---|---|---|
| X | 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | |
| X | 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | |
| | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | X | |
| | 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | X | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| Category | Selected | Item | Yes | No |
|---|---|---|---|---|
| INFLUENCING — Method of reaching goals while operating / improving | X | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | X | |
| | X | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | X | |
| | | 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING — Short-term mission accomplishment | | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | X | |
| | | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | |
| | | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING — Long-term improvement in the Army its people and organizations | | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | X | |
| | | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | X | |
| | X | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS DATE: OCT 2002 HEIGHT: 74 WEIGHT: 194 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? ☐ YES ☐ NO ☒ N/A

28 JUL 2003

NAME CHAMBERS, CHRISTOPHER M. SSN [redacted] PERIOD COVERED 20021222 - 20030530

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Major Chambers is an exceptional officer who has made lasting contributions to the Army. As the Operations Officer for the "America's Army" game project he has made contributions at the national level that have dramatically improved the effectiveness and efficiency of Army efforts to communicate with rising generations about Army career opportunities. Indeed, due in large measure to his efforts, research indicates that the "America's Army" game is the most effective of the Army's recruiting sponsorship efforts in generating positive awareness about the Army. At a cost of less than 10 percent of the Army's total annual sponsorship effort of $40 million, his stewardship of public relations, marketing and operational facets of the "America's Army" game have resulted in 29 percent of young Americans, age 16 to 24, reporting positive awareness of the Army. This achievement represents a level of positive awareness equal to the total positive awareness of the Army from all other Army sponsorship efforts. Building upon this success, Major Chambers orchestrated development of local, regional and national level marketing efforts to capitalize on the popularity of the "America's Army" game as part of local and national level recruiting efforts. As a result of these efforts, test-bed units such as the Kansas City Recruiting Battalion have reported that the Game is its most effective and cost efficient recruiting tool. Based upon his vision, creativity, and dedication, Major Chambers can be relied upon to achieve exceptional results at levels of responsibility well beyond his grade. In the event that he is recalled to active duty after retirement, select for LTC and Battalion Command.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Major Chambers is a world-class policy analyst and expert in decision analysis. He continues to make profound contributions in ISCF/49.

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

I currently senior rate 31 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: MAJ CHAMBERS CHRISTOPHER M 013581963

SR: COL HOWARD RUSSELL D 526707663

DATE: 2003 07 28

TOTAL RATINGS: 72

RATINGS THIS OFFICER: 3

c. COMMENT ON PERFORMANCE/POTENTIAL

Of the 597 officers I have rated or senior rated in thirty plus years of commissioned service, Major Chris Chambers is in the top 5%. Chris was the driving force behind the design and production of the "America's Army" game, which is the fourth most popular video game in the world. In order to assist in the development of realistic game content, Chris volunteered, beyond his assigned duties in his recent deployment to Afghanistan, to participate in direct ground combat missions that can be incorporated in the game - and earned the coveted C.I.B. in the process.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Division Chief, OSD PA&E; Deputy Director, Army PA&E. Best suited for future service in the Institutional Support Career Field/49.

00537817 265 BOARDS: ADJ2

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

**PART I - ADMINISTRATIVE DATA**

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | [redacted] | MAJ | 1995 01 01 | IN | 11A |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996

h. REASON FOR SUBMISSION: 05 Annual

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2001 12 22 | 2002 12 21 | 12 | | | 1. Given to Officer; X 2. Forwarded to Officer | 17 Jan 2003 | [initials] | MA | WP01 |

**PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)**

| | NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. RATER | WARDYNSKI, E. CASEY | [redacted] | COL | Acad Prof/Dir, OEMA | [signature] | 27 Dec 2002 |
| b. INTERMEDIATE RATER | | | | | | |
| c. SENIOR RATER | HOWARD, RUSSELL D. | [redacted] | COL | Professor and Head | Russell D. Howard | 3 JAN 2003 |

SENIOR RATER'S ORGANIZATION: Department of Social Sciences, U.S. Military Academy, West Point, NY 10996

BRANCH: SF

SENIOR RATER TELEPHONE NUMBER: DSN 688-2800

E-MAIL ADDRESS: russell.d.howard@us.army.mil

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [ ] No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 8 JAN 2003

**PART III - DUTY DESCRIPTION**

a. PRINCIPAL DUTY TITLE: Deputy Director, OEMA

b. POSITION AOC/BR: 01A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for planning, conducting, and coordinating economic policy and demographic research personally directed by the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior Army leaders. Complete both directed and self-directed studies, which provide senior leadership with independent and rapid analysis to support Army-level policy making with regard to officer and reenlisted personnel management, budget formulation, soldier compensation, human resources and quality of life. Serve as Deputy Director with duties to include manage the officer, enlisted, and civilian personnel, budget, and workload. Serve as an instructor for 28 cadets in Econometrics course SS368. Responsible for lesson planning, class presentation, test design, and student evaluation. Responsible for cadet professional, and ethical development.

FY 03 Promotion

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)**

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No |
|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7. DUTY: Fulfills professional, legal, and moral obligations | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

- X 1. MENTAL — Possesses desire, will, initiative, and discipline — YES
- 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing — YES
- 3. EMOTIONAL — Displays self-control; calm under pressure — YES

b.2 SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

- X 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning — YES
- X 2. INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering — YES
- 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions — YES
- 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting — YES

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

INFLUENCING — Method of reaching goals while operating / improving

- X 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups — YES
- X 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely — YES
- 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment — YES

OPERATING — Short-term mission accomplishment

- 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable — YES
- 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources — YES
- 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement — YES

IMPROVING — Long-term improvement in the Army its people and organizations

- 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders — YES
- 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate — YES
- X 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change — YES

c. APFT: PASS DATE: OCT 2002 HEIGHT: 74 WEIGHT: 194 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? [ ] YES [ ] NO [X] N/A

DA FORM 67-9, OCT 97 REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 USAPA V2.01

27 JAN 2003

NAME CHAMBERS, CHRISTOPHER M. SSN [redacted] PERIOD COVERED 20011222 - 20021221

PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Major Chambers' continues to perform at a level that places him among the top five percent of officers of any rank with whom I have served. This year he made significant contributions with impact at the national level. First, as the Operations Officer for the "America's Army" game project, he developed and executed plans for the national launch and ongoing operation of the "America's Army" game. This Secretary of the Army recruiting initiative, which is now played by over 1.1 million tech savvy young people, is designed to provide young American's with engaging virtual insights into Army training, units and Soldiering with the objective of placing the Army into the set of career alternatives they consider when they enter the workforce. Due to Major Chambers's efforts young people have downloaded over 5 million copies of the Game and spent over 7 million hours playing through Basic Training, Ranger School, Airborne School and virtual squad level missions with Army units. This has led national media and senior Army and DoD leaders to cite the Game as a brilliant stroke to connect the Army with young American's. Second, at the request of the Chief-of-Staff of Combined Joint Task Force 180, Major Chambers also deployed to Kabul Afghanistan to lead planning efforts with regard to recruiting the Afghan National Army. Here again, Major Chambers provided exceptional national level service in that his plan, which he briefed to the U.S. Ambassador, the Commander of CJTF 180 and the Afghan Government, has been adopted for implementation as the foundation for efforts to establish a viable Afghan Army. Major Chambers personifies the type of leader this Army will require to defeat the threats now confronting our nation. He is an innovative leader, thinker, and doer who performs beyond the O-5 level. He must be promoted now and selected for Senior Staff College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Major Chambers is a world-class policy analyst and expert in decision analysis. He continues to make profound contributions in ISCF/49.

PART VI - INTERMEDIATE RATER

PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

I currently senior rate 17 officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*ABOVE CENTER OF MASS*

RO: MAJ CHAMBERS CHRISTOPHER M

SR: COL HOWARD RUSSELL D

DATE: 2003 01 27

TOTAL RATINGS: 55

RATINGS THIS OFFICER: 2

c. COMMENT ON PERFORMANCE/POTENTIAL

Major Chambers is a top five percent officer. He has the capability to craft brilliant concepts and plans from a blank piece of paper and then carry these plans through execution with outstanding results. To highlight his versatility and exceptional talents, he guided the launch of the "America's Army" game such that this Secretary of the Army recruiting initiative exceeded all its first year objectives within its first five months of operation. He guided public relations, marketing and operational aspects of this project so as to achieve a national level impact at a cost that is more than two orders of magnitude below that of traditional recruiting outreach methods. Marching to the sound of the guns, Chris also volunteered to lead efforts to establish and recruit the Afghan National Army in Kabul Afghanistan. His efforts in this regard further attest to his creativity and prowess as a can-do leader. Promote to lieutenant colonel and select for battalion command.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Division Chief, OSD PA&E; Deputy Director, Army PA&E. Best suited for future service in the Institutional Support Career Field/49.



401-C

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO *MAJOR CHRISTOPHER M. CHAMBERS*
*UNITED STATES MILITARY ACADEMY*

FOR *EXCEPTIONALLY MERITORIOUS SERVICE AS EXECUTIVE OFFICER FOR THE ARMY GAME PROJECT. HE DEVELOPED COMPREHENSIVE, INTEGRATED PLANS FOR THE LAUNCH OF "AMERICA'S ARMY, THE OFFICIAL U.S. ARMY GAME" AT THE ELECTRONICS ENTERTAINMENT EXPOSITION, LOS ANGELES CONVENTION CENTER. HE ACHIEVED OUTSTANDING RESULTS THAT PROVIDED WIDE AWARENESS OF "AMERICA'S ARMY," SETTING THE STAGE FOR SUCCESS OF THIS MAJOR RECRUITING INITIATIVE. MAJOR CHAMBERS' PERFORMANCE OF DUTY REFLECTS GREAT CREDIT ON HIM, THE UNITED STATES MILITARY ACADEMY, AND THE UNITED STATES ARMY.*

*FROM 9 AUGUST 2001 TO 24 MAY 2002*

*THIS 21ST DAY OF SEPTEMBER 2002*

PO 308-005, 4 November 2002
*US MILITARY ACADEMY*
*WEST POINT, NEW YORK*

*WILLIAM J. LENNOX, JR.*
*LIEUTENANT GENERAL, US ARMY*
*SUPERINTENDENT*

DA FORM 4980-12, NOV 97

00435727 ... 235 ... BOARDS: ADK1

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | [redacted] | MAJ | 1995 01 01 | IN | 11A/49A |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996

h. REASON FOR SUBMISSION: 21 Complete Rec

| i. PERIOD COVERED FROM (Year/Month/Day) | THRU (Year/Month/Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2001 05 18 | 2001 12 21 | 7 | | | X 2. Forwarded to Officer | 24 Jan 2002 | [initials] | MA | WP01 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| Name | SSN | Rank | Position | Signature | Date |
|---|---|---|---|---|---|
| a. NAME OF RATER: WARDYNSKI, E. CASEY | [redacted] | LTC | Acad Prof/Dir, OEMA | [signature] | 22 Jan 2002 |
| b. NAME OF INTERMEDIATE RATER | | | | | |
| c. NAME OF SENIOR RATER: HOWARD, RUSSELL D. | [redacted] | COL | Professor and Head | [signature] | 22 Jan 2002 |

SENIOR RATER'S ORGANIZATION: Department of Social Sciences, U.S. Military Academy, West Point, NY 10996

BRANCH: PR — SENIOR RATER TELEPHONE NUMBER: DSN 688-2800 — E-MAIL ADDRESS: jr7663@usma.edu

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [ ] No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 22 Jan 2002

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Deputy Director, OEMA

b. POSITION AOC/BR: 49A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for planning, conducting, and coordinating economic policy and demographic research personally directed by the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior Army leaders. Complete both directed and self-directed studies, which provide senior leadership with independent and rapid analysis to support Army-level policy making with regard to officer and reenlisted personnel management, budget formulation, soldier compensation, human resources and quality of life. Serve as Deputy Director with duties to include manage the officer, enlisted, and civilian personnel, budget, and workload. Serve as an instructor for 28 cadets in Econometrics course SS368. Responsible for lesson planning, class presentation, test design, and student evaluation. Responsible for cadet professional, and ethical development.

FY 02 Promotion

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| Value | Yes | No |
|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7. DUTY: Fulfills professional, legal, and moral obligations | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics

| Item | Description | Yes/No |
|---|---|---|
| X MENTAL | Possesses desire, will, initiative, and discipline | YES |
| 2. PHYSICAL | Maintains appropriate level of physical fitness and military bearing | YES |
| 3. EMOTIONAL | Displays self-control; calm under pressure | YES |

b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action

| Item | Description | Yes/No |
|---|---|---|
| X CONCEPTUAL | Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES |
| X INTERPERSONAL | Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES |
| 3. TECHNICAL | Possesses the necessary expertise to accomplish all tasks and functions | YES |
| 4. TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| Category | Item | Description | Yes/No |
|---|---|---|---|
| INFLUENCING: Method of reaching goals while operating / improving | X COMMUNICATING | Displays good oral, written, and listening skills for individuals / groups | YES |
| | X DECISION-MAKING | Employs sound judgment, logical reasoning and uses resources wisely | YES |
| | 3. MOTIVATING | Inspires, motivates, and guides others toward mission accomplishment | YES |
| OPERATING: Short-term mission accomplishment | 4. PLANNING | Develops detailed, executable plans that are feasible, acceptable, and suitable | YES |
| | 5. EXECUTING | Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES |
| | 6. ASSESSING | Uses after-action and evaluation tools to facilitate consistent improvement | YES |
| IMPROVING: Long-term improvement in the Army its people and organizations | 7. DEVELOPING | Invests adequate time and effort to develop individual subordinates as leaders | YES |
| | 8. BUILDING | Spends time and resources improving teams, groups and units; fosters ethical climate | YES |
| | X LEARNING | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES |

c. APFT: PASS DATE: OCT 2001 HEIGHT: 74 WEIGHT: 194 YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES NO [X] N/A

DA FORM 67-9, OCT 97 — REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 — USAPA V2.01

0 1 FEB 2002

00157

NAME CHAMBERS, CHRISTOPHER M. SSN [redacted] PERIOD COVERED 20010518 - 20011221

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER *(Explain)*

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Major Chambers' exceptional performance of duty places him among the top five percent of officers of any rank with whom I have served. He consistently achieves outstanding results on the most challenging missions, thereby making significant contributions at the highest levels of Army decision-making and policy formulation. Specifically, at the request of the Deputy Chief of Staff for Operations and Plans, Major Chambers prepared a detailed net present value analysis of alternative modernization plans for the M1 Abrams tank fleet. Based on Major Chambers' work, the DCSOPS added alternatives into the decision space that had been previously rejected due to erroneous cost analysis. Thereafter, the Vice Chief of Staff of the Army's decision regarding tank fleet modernization turned upon Major Chambers' analysis of this $12 billion project. Indeed, based upon Major Chambers' comprehensive analysis of discounted life cycle costs and cost risks, the VCSA selected the alternative Major Chambers identified as the dominant course of action, and which the DCSOPS had added back into the decision space at Major Chambers' recommendation. Based upon his unique capacities as an innovator and results oriented leader, Major Chambers is now responsible for managing the launch and marketing of a major Secretary of the Army recruiting initiative. By deftly balancing project parameters ranging from requirements to cost and schedule, Major Chambers has achieved significant dollar and time efficiencies in bringing a beyond state-of-the-art strategic communication and recruiting tool, The Army Game Project, to fruition. Due to his efforts, The Army Game Project portends a revolution in the Army's ability to communicate with rising generations of young Americans. As a leader, thinker and doer, Major Chambers provides unparalleled service to our Army. He is already performing beyond the O-5 level. He must be promoted now and selected for Senior Staff College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Major Chambers is a world-class policy analyst and expert on operations research. As such, he can make profound contributions in ISCF/49.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER *(Explain below)*

I currently senior rate 20 officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO *(Explain in c)*

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: MAJ CHAMBERS CHRISTOPHER M 013581963

SR: COL HOWARD RUSSELL D 526707683

DATE: 2002 02 01

TOTAL RATINGS: 30

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Among the top five percent of officers I have ever observed or rated in 30-years of commissioned service. Major Chambers possesses an extraordinary combination of leadership ability, selfless dedication, and substantive expertise. He combines these attributes to achieve brilliant results in everything he does. Specifically, Major Chambers provided key insights upon which the Vice Chief of Staff of the Army based his decision regarding modernization of the M1 tank fleet. Due to Chris's analytical acumen, Army manpower policy-making leaders seek his expertise on issues ranging from transformation of Army recruiting to officer retention. In fact, Chris is spearheading a Secretary of the Army initiative to produce a web based, virtual simulation game that will greatly assist Army recruiting efforts. Chris could easily perform two-grades higher now. Select for LTC immediately.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Division Chief, OSD PA&E; Deputy Director, Army PA&E. Best suited for future service in the Institutional Support Career Field/49.

DA FORM 67-9, OCT 97 (Reverse) USAPA V2.01