



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

MAJOR CHRISTOPHER M. CHAMBERS

FOR exceptionally meritorious service from 18 May 2000 to 17 May 2001 culminating as the Force Liaison Officer, Headquarters, U.S. Task Force, Sinai, 1ˢᵗ Corps Support Command. His outstanding leadership and devotion to duty contributed significantly to his unit's high level of operational readiness. Major Chambers' exemplary performance of duty reflects great credit upon him and is in keeping with the proudest traditions of the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 9ᵗʰ DAY OF APRIL 2001

PERMANENT ORDER 099-4
Commander
1ˢᵗ Corps Support Command
Fort Bragg, NC 28310

ALBERT N. LOVE
Colonel, Ordnance Corps
Commanding

DA FORM 4950-12, NOV 97

DEPARTMENT OF THE ARMY
Headquarters, Task Force Sinai
Multinational Force and Observers
APO AE 09832

PERMANENT ORDER 108-1                                      18 April 2001

CHAMBERS, CHRISTOPHER, MAJ███████ Headquarters, Task Force Sinai,
Multinational Force and Observers (W4JQAA) APO AE 09832

Announcement is made of the following award.

Award:  Multinational Force and Observers Medal (2nd Award)
Date(s) or period of service: 17 November 2000 to 17 May 2001
Authority:  Paragraph 9-18, Army Regulation 600-8-22 and Paragraph 4j, DA Circular 11-93-3
Reason:  For having served six cumulative months with the Multinational Force and Observers
Format:  320

FOR THE COMMANDER:

DISTRIBUTION                        JOHN C. FLOWERS
Indiv conc  (1)                     MAJ, FA
Pers Rec  (1)                       Adjutant
MPRJ  (1)

00160

00364102

## OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-9-1

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. COMPONENT | g. PMOS/BR |
|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | MAJ | Year 1995 | Month 01 | Day 01 | IN | | 11A |

| e. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND | | h. REASON FOR SUBMISSION | i. CMD CODE | j. PSB CODE |
|---|---|---|---|---|
| HQ, U.S. TFS, MFO, SINAI, EGYPT  APO AE 09832 | FORSCOM | 03   Change of Rater | FC | FS27 |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | | n. FOB INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM Year 2000 | Month 12 | Day 22 | THRU Year 2001 | Month 05 | Day 17 | 5 | | | 1. Given to Officer | | Date | |
| | | | | | | | | | 2. Forwarded to Officer | | | |

### PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| MCQUISTION, PATRICIA E. | | COL | Chief of Support | Patricia McQuistion | Undated |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| TISO, ROLAND J. JR. | | COL | Chief of Staff | Roland Tiso | 17 MAY 2001 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| HQ, U.S. TFS-MFO, SINAI, EGYPT  APO AE 09832 | IN | 01197286281816x3183 | cos@mfo.org |

| d. This is a referred report, do you wish to make comments? | | | e. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|---|---|
| Yes  No | Yes, comments are attached | No | | Undated |

### PART III - DUTY DESCRIPTION

e. PRINCIPAL DUTY TITLE  Force Liaison Officer

b. POSITION AOC/BR  11A48

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IV, DA FORM 67-9-1

Liaison Officer for the 2456 member Multinational Force and Observers (MFO) stationed in Sinai, Egypt comprised of land/air/naval components from 11 nations. Establishes and sustains active liaison presence that links the MFO to the two treaty nations and to each other. Facilitates all aspects of MFO operations, under the auspices of the protocol to the treaty to peace, ensuring a durable peace between the Arab Republic of Egypt and the state of Israel. Represents the MFO during daily interactions with the Egyptian Ministry of Defense offices, and other governmental and commercial agencies. Coordinates all actions required by the Director General's Representative in Cairo with appropriate staff sections in MFO headquarters in Rome and the Force in the Sinai.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART V.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

**b.1. ATTRIBUTES (Select 1)**

| | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. MENTAL  Fundamental qualities and characteristics  Possesses desire, will, initiative, and discipline | X | NO | 2. PHYSICAL  Maintains appropriate level of physical fitness and military bearing | | X | NO | 3. EMOTIONAL  Displays self-control; calm under pressure | | X | NO |

**b.2. SKILLS (Competence) (Select 2)**

| | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CONCEPTUAL  Skill development is part of self-development; prerequisite to action  Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | NO | 2. INTERPERSONAL  Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | NO | 3. TECHNICAL  Possesses the necessary expertise to accomplish all tasks and functions | | X | NO |
| | | | 4. TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | X | NO |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of reaching goals while operating / improving | 1. COMMUNICATING  Displays good oral, written, and listening skills for individuals / groups | X | NO | 2. DECISION-MAKING  Employs sound judgment, logical reasoning and uses resources wisely | X | NO | 3. MOTIVATING  Inspires, motivates, and guides others toward mission accomplishment | | X | NO |
| OPERATING  Short-term mission accomplishment | 4. PLANNING  Develops detailed, executable plans that are feasible, acceptable, and suitable | X | NO | 5. EXECUTING  Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | NO | 6. ASSESSING  Uses after-action and evaluation tools to facilitate consistent improvement | | X | NO |
| IMPROVING  Long-term improvement in the Army, its people and organizations | 7. DEVELOPING  Invests adequate time and effort to develop individual subordinates as leaders | X | NO | 8. BUILDING  Spends time and resources improving teams, groups and units; fosters ethical climate | X | NO | 9. LEARNING  Seeks self-improvement and organizational growth; envisioning, adapting and leading change | | X | NO |

| c. APFT: PASS | DATE: JAN 01 | HEIGHT: 74 | WEIGHT: 190 | YES |
|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s

| WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | YES | NO | X |
|---|---|---|---|

DA FORM 67-9, OCT 97        REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97        USAPA V2.00

0 1 JUN 2001

00161

NAME CHAMBERS, CHRISTOPHER M.     SSN     PERIOD COVERED 20001222   –   20010517

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIGHER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE   [ ] SATISFACTORY PERFORMANCE, PROMOTE   [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE   [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Chambers continued to perform critical liaison duties in exemplary fashion. His daily coordination with Egyptian officials within the Ministry of Defense, the Customs and Immigration Department, and with Embassies representing the eleven nations that provide personnel to the MFO is absolutely vital to the efficient operations of the Peacekeeping Force in the Sinai. We literally could not perform the mission without the services he provides. The Middle East situation continues to be volatile and difficult to predict. It requires ongoing, daily communications with the Treaty parties to ensure that current activities within Israel do not get misinterpreted and affect the existing state of peace between Israel and Egypt. The personal interaction that MAJ Chambers performs is critical to maintaining this peace. In addition to his role in implementing effective diplomatic communication, MAJ Chambers has coordinated an increasing number of personnel rotations and visitors to the MFO that are more often traveling via Cairo, instead of through Israel. His ability to coordinate multiple movements and expedite visitors through official channels adds great value to the Director General's office in Cairo. One of the most well-rounded, intelligent, and dedicated officers with whom I have served, MAJ Chambers should be a LTC now. Promote him and select for Senior Service College.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Exceptional analytical and research skills. He will best serve the Army in the Institutional Support Career Field/49.

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED   [ ] FULLY QUALIFIED   [ ] DO NOT PROMOTE   [ ] OTHER (Explain below)

I currently senior rate _13_ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review  [X] YES  [ ] NO (Explain to d)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: MAJ CHAMBERS CHRISTOPHER M

SR: COL TISO ROLAND J JR

DATE: 2001 06 01

TOTAL RATINGS: 10

RATINGS THIS OFFICER: 2

c. COMMENT ON PERFORMANCE/POTENTIAL

Major Chambers continues to be an invaluable asset to the MFO and the Director General's representative in Cairo. This superb officer's military, diplomatic and leadership skills have had a positive and significant impact on the coordination of actions between the MFO and the signatory parties to the treaty. He has been particularly adept in securing cooperation from Egyptian authorities to facilitate increased personnel movement and unit rotations through Cairo. Major Chambers is an impressive soldier. He is clearly one of the most mature, articulate and intelligent officers I know. Major Chambers should be a LTC. Select for Senior Service College and assign to vital military-diplomatic positions or other assignments that leverage his superb analytical skills. He is an outstanding officer.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PAE; OSD PAE; Deputy Director, Army PAE. Best Suited for Institutional Support CF/FA49.

DA FORM 67-9, OCT 97 (Reverse)                                        USAPA V2.00

DEPARTMENT OF THE ARMY
Headquarters, Task Force Sinai
Multinational Force and Observers
APO AE 09832

PERMANENT ORDER 314-2                                    9 November 2000

Chambers, Christopher, MAJ, ███████, Headquarters, Task Force Sinai, Multinational
Force and Observers (W4JQAA) APO AE 09832

Announcement is made of the following award.

Award:  Multinational Force and Observers Medal (3rd Award)
Date(s) or period of service: 18 May 2000 – 25 November 2000
Authority:  Paragraph 9-18, Army Regulation 600-8-22 and Paragraph 4j, DA Circular 11-93-3
Reason:  For having served six cumulative months with the Multinational Force and Observers
Format:  320

FOR THE COMMANDER:

DISTRIBUTION
Indiv conc (5)                          JOHN C. FLOWERS
Pers Rec (1)                            MAJ, FA
MPRJ (1)                                Task Force Sinai S1

00163

00336199                          38\                          BOARDS: 1DJ0

## OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

**SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1**

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | | f. BRANCH/CODE |
|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | | MAJ | Year 1995 | Month 01 | Day 01 | IN | | 11A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | | | | h. REASON FOR SUBMISSION |
|---|---|---|---|---|---|
| HQ, U.S. TFS-MFO, SINAI, EGYPT  APO AE 09832 | | FORSCOM | 21 | | Complete the record |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NON-RATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check box and date) | | n. PSB INITIAL | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | TO | | | 7 | | 0 | X | 1. Given to Officer | | FC | FS27 |
| Year 2000 | Month 05 | Day 14 | Year 2000 | Month 12 | Day 22 | | | | | 2. Forwarded to Officer | | | |

### PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-IV and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| MCQUISTON, PATRICIA E. | | COL | Chief of Support | *Patricia McQuiston* | 22 JAN 01 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| TISO, ROLAND J. JR. | | COL | Chief of Staff | *Roland Tiso* | 22 JAN 01 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| HQ, U.S. TFS-MFO, SINAI, EGYPT  APO AE 09832 | IN | 0097272681801x3183 | cos@mfo.org |

Is this a rated period, do you wish to make comments?  ☐ Yes  ☐ No, comments are attached  ☐ b. *signature* 22 JAN 01

### PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE** Force Liaison Officer

**b. POSITION AOC/BR** 11A48

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO AR, DA FORM 67-9-1**

Liaison Officer for the 2456 member Multinational Force and Observers (MFO) stationed in Sinai, Egypt comprised of land/air/naval components from 11 nations. Establishes and sustains active liaison presence that links the MFO to the two treaty nations and to each other. Facilitates all aspects of MFO operations, under the auspices of the protocol to the treaty of peace, ensuring a durable peace between the Arab Republic of Egypt and the state of Israel. Represents the MFO during daily interactions with the Egyptian Ministry of Defense offices, and other governmental and commercial agencies. Coordinates all actions required by the Director General's Representative in Cairo with appropriate staff sections in MFO headquarters in Rome and the Force in the Sinai.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**a. CHARACTER** (Explanation of the leader: combination of values, attributes, and skills affecting leader actions)

FY 01  Promotion

**b. ARMY VALUES** [Comments mandatory for all "NO" entries. Use PART Vb.]

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

**c. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box to best identify strengths in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | 1. MENTAL Possesses desire, will, initiative, and discipline | X | NO | 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing | X | NO | X | EMOTIONAL Displays self-control; calm under pressure | X | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| b.2. SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | X | CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | NO | X | INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | NO | 3. TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | X | NO |
| | 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | | X | NO |

| b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INFLUENCING Method of reaching goals while operating / improving | X | COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | NO | 2. DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | X | NO | 3. MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | X | NO |
| OPERATING Short-term mission accomplishment | 4. PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | X | NO | X | EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | NO | 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | X | NO |
| IMPROVING Long-term improvement in the Army; its people and organizations | 7. DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | X | NO | 8. BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | X | NO | X | LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change |

**c. APFT:** PASS  **DATE** JAN 01  **HEIGHT:** 74  **WEIGHT:** 190  YES

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.** WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  ☐ YES  ☐ NO  ☒

DA FORM 67-9, OCT 97        REPLACES DA FORM 67-8, 1 SEP 78, WHICH IS OBSOLETE, 1 OCT 97        USAPA V2.00

0 6 FEB 2001

00164

**NAME** CHAMBERS, CHRISTOPHER M.    **SSN**    **PERIOD COVERED** 20000514   .—   20001222

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Chambers' performance in a critical position during a very tense and turbulent period in the Middle East has been nothing less than exceptional. As the senior liaison officer for the Multinational Force and Observers (MFO) in the Sinai, MAJ Chambers provided critical links among the Representative Offices in Cairo and Tel Aviv, the MFO Headquarters in Rome, and the Force in the Sinai peninsula. Over the past four months, as violence escalated in the Middle East, MAJ Chambers provided critical insight and an unbiased view of events that helped shape the MFO's ability to prevent the violence from spilling over and threatening the state of peace between Egypt and Israel. MAJ Chambers worked untiringly to exchange information with Egyptian officials and MFO personnel, to keep open and clear communications flowing, and to prevent misunderstandings that could rapidly develop into conflicts between the Treaty Parties. The entire multinational force relied heavily on MAJ Chambers' leadership abilities, sound advice, and astute understanding of the international environment. In addition to the challenges presented by the current crisis, MAJ Chambers provided outstanding support during President Clinton's attendance at the Sharm el Sheik Summit as well as visits of numerous foreign dignitaries, U.S. and other nations' defense officials, and representatives from Partner and Participating States. Extremely smart, dedicated, and effective, MAJ Chambers has superior potential for increased responsibility. We must promote him immediately and continue to benefit from his truly exceptional talents.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

MAJ Chambers continues to be a key contributor to the DCSPER-sponsored study on the State of Professionalism in the Army. His analytical skills, extensive knowledge of U.S. military operations, and grasp of the international environment make him an invaluable asset for the Institutional Support Career Field/49.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

I currently senior rate ___ 13 ___ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: MAJ CHAMBERS CHRISTOPHER M

SR: COL TISO ROLAND J JR

DATE: 2001 02 06

TOTAL RATINGS: 6

RATINGS THIS OFFICER: 1

Major Chambers is an outstanding officer; clearly one of the top majors I senior rate. He is one of the most intelligent and dedicated officers I've known. His record of achievement as the principal coordinator for the MFO Director General's office in Cairo is remarkable. Highly regarded by the MFO chain of command for his leadership and problem solving ability, he possesses an unparalleled understanding of multinational operations and has unlimited potential for increased responsibility. He should be a LTC now. He currently operates two levels above his present rank. Major Chambers possesses unique intellectual skills and insights that will benefit our Army and nation immensely. His nonstandard career track may have denied him favorable consideration for promotion in the past. However, he is a must select for Lieutenant Colonel and Senior Service College now.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Division Chief, OSD PA&E; Deputy Director, Army PA&E. Best suited for future service in the Institutional Support Career Field/49.

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

00165

00290509

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is DCSPER

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTIES |
|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | MAJ | Year 1995 | Month 01 | Day 01 | IN | 11A/49A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996 | 04   PCS |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (check one and date) | | n. PSB INITIAL | o. CMD CODE | p. PSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 5 | | | 1. Given to Officer | | | MA | WP01 |
| Year 1999 | Month 12 | Day 25 | Year 2000 | Month 05 | Day 12 | | | | X  2. Forwarded to Officer | Date 19 May 2000 | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| WONG, LEONARD | | LTC | Assist Prof/Dir, OEMA | | 15 MAY 00 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| KAUFMAN, DANIEL J. | | COL | Professor and Head | | 16 May 2000 |

SENIOR RATER'S ORGANIZATION
Department of Social Sciences
U.S. Military Academy, West Point, NY 10996

| BRANCH | SENIOR RATER TELEPHONE NUMBER |
|---|---|
| PR | DSN 688-2800 |

E-MAIL ADDRESS: jd3704@usma.edu

d. This is a referred report, do you wish to make comments?  ☐ Yes, comments are attached  ☐ No

e. SIGNATURE OF RATED OFFICER   DATE 16 May 2000

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  Analyst & Assistant Professor

b. POSITION AOC/BR  49A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Responsible for conducting research and analysis at the personal direction of the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior military and civilian leaders.  Complete both directed and self-directed studies of current issues to provide recommendations for use by Army-level policy makers.  Provide rapid and independent analysis in the areas of officer and enlisted personnel management, budget formulation, soldier compensation, leadership, human resources and quality of life.  Also, serve as Assistant Professor of Economics, responsible for educating and mentoring undergraduate students in the subjects of economics and finance.  Responsibilities include stimulating learning, evaluating cadet performance and analytical ability, leadership development, intellectual growth and professional inspiration.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES  (Comments mandatory for all "NO" entries. Use PART IVa.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS:  First, mark "YES" or "NO" for each block.  Second, choose a total of six that best describe the rated officer.  Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP).  Place an "X" in the appropriate numbered box with optional comments in PART Vb.  Comments are mandatory in Part Vb for all "NO" entries.

| b.1. ATTRIBUTES (Select 1)<br>Fundamental qualities and characteristics | X  1. MENTAL<br>Possesses desire, will, initiative, and discipline<br>YES  NO | | 2. PHYSICAL<br>Maintains appropriate level of physical fitness and military bearing<br>YES  NO | | 3. EMOTIONAL<br>Displays self-control; calm under pressure<br>YES  NO |
|---|---|---|---|---|---|
| b.2  SKILLS (Competence)<br>(Select 2)<br>Skill development is part of self-development; prerequisite to action | 1. CONCEPTUAL<br>Demonstrates sound judgment, critical/creative thinking, moral reasoning<br>YES  NO | X | 2. INTERPERSONAL<br>Shows skill with people: coaching, teaching, counseling, motivating and empowering<br>YES  NO | X | 3. TECHNICAL<br>Possesses the necessary expertise to accomplish all tasks and functions<br>YES  NO |
| | 4. TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting  YES  NO | | | | |
| b.3.  ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving | | | | | |
| INFLUENCING<br>Method of reaching goals while operating / improving | 1. COMMUNICATING<br>Displays good oral, written, and listening skills for individual / groups<br>YES  NO | X | 2. DECISION-MAKING<br>Employs sound judgment, logical reasoning and uses resources wisely<br>YES  NO | | 3. MOTIVATING<br>Inspires, motivates, and guides others toward mission accomplishment<br>YES  NO |
| OPERATING<br>Short-term mission accomplishment | 4. PLANNING<br>Develops detailed, executable plans that are feasible, acceptable, and suitable<br>YES  NO | | 5. EXECUTING<br>Shows tactical proficiency, meets mission standards, and takes care of people/resources<br>YES  NO | | 6. ASSESSING<br>Uses after-action and evaluation tools to facilitate consistent improvement<br>YES  NO |
| IMPROVING<br>Long-term improvement in the Army: its people and organizations | 7. DEVELOPING<br>Invests adequate time and effort to develop individual subordinates as leaders<br>YES  NO | | 8. BUILDING<br>Spends time and resources improving teams, groups and units; fosters ethical climate<br>YES  NO | | X  9. LEARNING<br>Seeks self-improvement and organizational growth; envisioning, adapting and leading change<br>YES  NO |

c. APFT:  PASS    DATE:  APR 2000    HEIGHT:  74    WEIGHT:  194    YES

d. JUNIOR OFFICER DEVELOPMENT -  MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1 AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?    ☐ YES  ☐ NO  ☒ NA

DA FORM 67-9, OCT 97       REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97       USAPA V2.00

31 JUL 2000

00166

| NAME CHAMBERS, CHRISTOPHER M. | SSN | PERIOD COVERED 19991225 – 20000512 |
|---|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE  [ ] SATISFACTORY PERFORMANCE, PROMOTE  [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Chris Chambers has continued to help transform the Army through his insightful analysis on the Army's human resource systems. His expertise on the national economic environment combined with his knowledge of the Army as an organization has made him a much sought after resource for strategic analysis. Recently, he has conducted thorough research examining the benefits, compensation, and human resource implications that private corporations, non-governmental organizations, and non-military governmental agencies consider when deploying their employees. As the Army confronts the full spectrum of war, Chris will ensure that the lessons learned from other organizations that also deploy their people will be used to develop programs maximizing retention and commitment to the Army. In addition to the regular load of short-suspense analyses, Chris took the opportunity to be trained in in-depth interview techniques and has conducted interviews concerning individual perceptions of professionalism throughout the Army. These interviews will provide the foundation for a comprehensive look at the Army's professionalism that has not been done for the past thirty years. Chris Chambers continues to be an all-around strategic analyst. He is not afraid to grasp abstract concepts such as the implications of the New Economy, while still being comfortable teaching the concrete principles of financial accounting to West Point cadets. As the Army transforms itself for the future, the expertise, analytical acumen, and leadership of Major Chris Chambers become increasingly valuable. Promote him immediately and put him to work on preparing the Army for the future.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

MAJ Chris Chambers will make an excellent ISCF 49 analyst because of his expertise in economic issues and his unrelenting approach to problem solving.

**PART VI – INTERMEDIATE RATER**

**PART VII – SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

I currently senior rate ___34___ officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review  [X] YES  [ ] NO (Explain in c)

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: MAJ CHAMBERS CHRISTOPHER M

SR: COL KAUFMAN DANIEL J

DATE: 2000 07 31

TOTAL RATINGS: 70

RATINGS THIS OFFICER: 2

c. COMMENT ON PERFORMANCE/POTENTIAL

The best resource and policy analyst in the Army. His views are sought constantly by the Chief of Staff of the Army and other Army leaders. In addition to being a world-class analyst, MAJ Chambers is a dynamic and innovative leader of impeccable integrity and strength of character. He is absolutely calm under fire; he does not shrink from articulating clearly and precisely the tough personnel, resource, and policy choices confronting Army leaders. He is exactly the kind of leader the Army needs in critical senior staff positions advising Army and national leaders. Put Chambers in the most demanding positions where he can help the Army. Groom for service as Director of Army PA&E. A must-select for promotion to lieutenant colonel and for senior service college.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Division Chief, OSD PA&E; Deputy Director, Army PA&E. Best suited for future service in the Institutional Support Career Field/49.

DA FORM 67-9, OCT 97 (Reverse)                     USAPA V2.00





# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

MAJOR CHRISTOPHER M. CHAMBERS
UNITED STATES MILITARY ACADEMY

FOR EXCEPTIONALLY MERITORIOUS SERVICE AS THE ASSISTANT DEAN FOR RESOURCES IN THE OFFICE OF THE
DEAN, AS AN ASSISTANT PROFESSOR IN THE DEPARTMENT OF SOCIAL SCIENCES, AND AS AN ANALYST IN THE
OFFICE OF ECONOMIC MANPOWER ANALYSIS. HIS EXTRAORDINARY INSIGHT, WISDOM, AND ECONOMIC ACUMEN LED
DIRECTLY TO POLICY CHANGES AT WEST POINT AND DEPARTMENT OF THE ARMY. MAJOR CHAMBERS' OUTSTANDING
CONTRIBUTIONS REFLECT GREAT CREDIT ON HIM, THE UNITED STATES MILITARY ACADEMY, AND THE UNITED
STATES ARMY.

FROM JULY 1998 TO JULY 2000

THIS 24TH DAY OF MARCH 2000

PERMANENT ORDER 96-5

US MILITARY ACADEMY
WEST POINT, NEW YORK



DANIEL W. CHRISTMAN
LIEUTENANT GENERAL, US ARMY
SUPERINTENDENT

DA FORM 4980-12, NOV 87

00228357     418     BOARDS: 1DJ9

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial)**
CHAMBERS, CHRISTOPHER M.

**c. RANK** MAJ
**d. DATE OF RANK** Year 1995 Month 01 Day 01
**e. BRANCH** IN
**f. 11A/49A**

**g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND**
USMA STAFF & FACULTY, WEST POINT, NEW YORK 10996

**h. REASON FOR SUBMISSION** 21 COMPLETE RCD

### i. PERIOD COVERED
| FROM | | | THRU | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Month | Day | Year | Month | Day | | | | 1. Given to Officer | | | | |
| 1999 | 08 | 03 | 1999 | 12 | 24 | 5 | | | X 2. Forwarded to Officer  17 Feb 2000 | | | MA | WP01 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|
| WONG, LEONARD | LTC | Assist Prof/Dir, OEMA | | 14 Feb 2000 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | RANK | POSITION | SIGNATURE | DATE |
| | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | RANK | POSITION | SIGNATURE | DATE |
| KAUFMAN, DANIEL J. | COL | Professor and Head | Dan J Kaufman | 14 Feb 2000 |

**SENIOR RATER'S ORGANIZATION**
Department of Social Sciences
U.S. Military Academy, West Point, NY 10996

**BRANCH** PR
**SENIOR RATER TELEPHONE NUMBER** DSN 688-2800
**E-MAIL ADDRESS** jd2700@usma.edu

**e. This is a referred report, do you wish to make comments?** ☐ Yes, comments are attached ☐ No

**f. SIGNATURE OF RATED OFFICER** / DATE 15 FEB 2000

## PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE** Analyst & Assistant Professor
**b. POSITION AOC/SR** 49A00

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1**
Analyst in the Office of Economic and Manpower Analysis. Responsible for conducting research and analysis at the personal direction of the Army's Deputy Chief of Staff for Personnel, the Chief of Staff of the Army, and other senior military and civilian leaders. Complete both directed and self-directed studies of current issues to provide recommendations for use by Army-level policy makers. Provide rapid and independent analysis in the areas of officer and enlisted personnel management, budget formulation, soldier compensation, leadership, human resources and quality of life. Also, serve as Assistant Professor of Economics in the Department of Social Sciences, responsible for educating and mentoring undergraduate students in the subjects of Economics and Finance.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**FY 00**

**CHARACTER** Disposition of the leader; combination of values, attributes, and skills affecting leader actions

### a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART VIb.)

**Promotion** Yes ☐ No ☐

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promote dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

### b. LEADER ATTRIBUTES / SKILLS / ACTIONS:
First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

**b.1. ATTRIBUTES (Select 1)**
Fundamental qualities and characteristics

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 1. MENTAL: Possesses desire, will, initiative, and discipline | YES | | | 2. PHYSICAL: Maintains appropriate level of physical fitness and military bearing | YES | NO | | 3. EMOTIONAL: Displays self-control; calm under pressure | | NO |

**b.2 SKILLS (Competence) (Select 2)**
Skill development is part of self-development; prerequisite to action

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 1. CONCEPTUAL: Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES | | X | 2. INTERPERSONAL: Shows skill with people; coaching, teaching, counseling, motivating and empowering | YES | | | 3. TECHNICAL: Possesses the necessary expertise to accomplish all tasks and functions | YES | |
| | 4. TACTICAL: Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | | | | | |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

**INFLUENCING** Method of reaching goals while operating / improving

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 1. COMMUNICATING: Displays good oral, written, and listening skills for individuals / groups | YES | | | 2. DECISION-MAKING: Employs sound judgment, logical reasoning and uses resources wisely | YES | NO | | 3. MOTIVATING: Inspires, motivates, and guides others toward mission accomplishment | YES | NO |

**OPERATING** Short-term mission accomplishment

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4. PLANNING: Develops detailed, executable plans that are feasible, acceptable, and suitable | YES | NO | | 5. EXECUTING: Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES | NO | | 6. ASSESSING: Uses after-action and evaluation tools to facilitate consistent improvement | YES | NO |

**IMPROVING** Long-term improvement in the Army, its people and organizations

| | | YES | NO | | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7. DEVELOPING: Invests adequate time and effort to develop individual subordinates as leaders | YES | NO | | 8. BUILDING: Spends time and resources improving teams, groups and units; fosters ethical climate | YES | NO | | 9. LEARNING: Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES | NO |

**c. APFT:** PASS    **DATE:** NOV 1999    **HEIGHT:** 74    **WEIGHT:** 192    YES

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.** YES ☐ NO ☐ NA ☒
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?

**DA FORM 67-9, OCT 97**    REPLACES DA FORM 67-8, 1 SEP 78, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

18 FEB 2000

NAME CHAMBERS, CHRISTOPHER M.    SSN [redacted]    PERIOD COVERED 19990803 — 19991224

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIGHER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE    [ ] SATISFACTORY PERFORMANCE, PROMOTE    [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE    [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c DA FORM 67-9-1.

MAJ Chris Chambers has significantly helped to change the Army and initiate critical debate as to how the Army can best address its human resource challenges. His thought-provoking studies, analyses, and writings have stimulated senior Army leaders in looking at the current personnel situation in new ways. For example, his well-received article in "Army" magazine discussing the impact of the New Economy on the Army moves conventional thinking of viewing the economy as the enemy to leveraging the appeal and characteristics of the New Economy into Army policy implications. Chris also co-authored a paper analyzing the impact of resource and organizational factors on recruiting success that framed the debate on Army recruiting at the Inter-University Seminar on Armed Forces and Society, a collection of the foremost thinkers and policy makers on military issues. Using his economic expertise, Chris has advised senior leaders such as the DCSOPS on the future of the NTC prepositioned vehicle fleet and General (Ret) Sullivan on the implications of the current law on the pay gap. In addition to his contributions in influencing the thinking of Army decision-makers, Chris also prepared the Army's future leaders by teaching economics, accounting, and financial responsibility to West Point cadets. Chris has made major contributions to our Army as an out-of-the-box thinker. In a time of transformation, the Army vitally needs creative, competent officers like Chris Chambers. Promote now and immediately utilize his talents in positions of higher responsibility. It is truly in the best interests of the Army to put MAJ Chris Chambers back on the track where he can contribute to our Army at progressively higher levels.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES, FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

An analyst with a complete grasp of economics and personnel issues. He will make major contributions in ISCF 49.

## PART VI – INTERMEDIATE RATER

## PART VII – SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED    [ ] FULLY QUALIFIED    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

I currently senior rate    34    officer(s) in this grade

A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review    [X] YES    [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**CENTER OF MASS**

RO: MAJ CHAMBERS CHRISTOPHER M

SR: COL KAUFMAN DANIEL J

DATE: 2000 02 18

TOTAL RATINGS: 64

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

One of the two most talented analysts I have known in 32 years of commissioned service. MAJ Chambers sets the standards for excellence in everything he does. His exceptional abilities as a leader are matched only by his commitment to selfless service. He is the ideal combination of unsurpassed leadership ability, absolute dedication to mission accomplishment, and superb technical competence. A world-class analyst of defense economics as well as an extraordinary leader. The Army needs Chris Chambers in its fight to acquire more resources; Army leaders already rely on his judgment. He will excel as a division chief in Army PA&E. A must-pick for promotion to lieutenant colonel and for War College attendance.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Resource Analyst, Army PA&E; Division Chief, Army PA&E; Division Chief, OSD PA&E. Ideally suited for future service in the Institutional Support Career Field/49.

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

00197454

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | e. BRANCH | f. designated SPECIALTIES | g. position AMSC |
|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRIS | | MAJ | 1995 Year | 01 Month | 01 Day | IN | 11A |

| h. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND | | | | | | i. REASON FOR SUBMISSION | |
|---|---|---|---|---|---|---|---|
| HQ, USMA STAFF & FACULTY, WEST POINT, NY 10996 | | | | | | 04 Change of Duty | |

| j. PERIOD COVERED | | | | | | 3. RATED MONTHS | 4. NONRATED CODES | 5. NO. OF ENCL | 6. RATED OFFICER COPY (Check one and date) | | 8. PSB ENTITLE | 9. CMD CODE | 9. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 8 | | | 1. Given to Officer | | MA | | WP01 |
| 1998 Year | 12 Month | 26 Day | 1999 Year | 08 Month | 02 Day | | | | 2. Forwarded to Officer | 12 OCT 1999 | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | | b. SSN | c. RANK | d. POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| WATKINS, GAYLE L. | | | LTC | Associate Dean | *Gayle L. Watk* | 27 Sep 1999 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| LAMKIN, FLETCHER M., JR. | | | BG | DEAN, USMA | *F USMA* | 27 Sep 1999 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Office of the Dean United States Military Academy | | DSN 688-2000 | zf9472@usma.army.mil |

| f. THIS IS A REFERRED REPORT, DO YOU WISH TO MAKE COMMENTS? | | YES, comments are attached | | NO | g. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|---|---|---|---|
| | | | | | *signature* | 1 OCT 1999 |

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  Associate Dean for Resources

b. POSITION AOC/SM  44A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES, REFER TO PART IV. DA PAM 67-9-1

Responsible for managing the Dean of the Academic Board's $20 million operating budget that supports 13 academic departments, 10 research centers, and a 700-person military and civilian faculty and staff. Responsible for developing, managing, and executing the Academic Individual Advanced Development (AIAD) program, the summer academic training program that sends over 550 cadets to over 120 sites world wide. Manage and access all critical support services for the Dean's activities, including textbooks, transportation, credit cards, and printing. Responsible for development of POM input, funding requests, yearly budgets and schedules, and daily monitoring of budget execution. Represent the Dean on Lab Equipment Replacement Committee, Uniform Committee, Installation Acquisition Board, and the Working Senior Resource Management Advisory Committee.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES  (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS:  First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb.  Comments are mandatory in Part Vb for all "No" entries.

b.1. ATTRIBUTES (Select 1)  Fundamental qualities and characteristics

| | 1. | MENTAL | | NO | 2. | PHYSICAL | | NO | 3. | EMOTIONAL | | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | Possesses desire, will, initiative, and discipline | X | | | Maintains appropriate level of physical fitness and military bearing | X | | | Displays self-control; calm under pressure | X | |

b.2. SKILLS (Competence) (Select 2)  Skill development is a part of self-development; prerequisite to action

| | 1. | CONCEPTUAL | | NO | 2. | INTERPERSONAL | | NO | 3. | TECHNICAL | | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | | X | Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | | X | Possesses the necessary expertise to accomplish all tasks and functions | X | |

| | 4. | TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | NO |
|---|---|---|---|---|---|
| | | | | X | |

b.3. ACTIONS (LEADERSHIP) (Select 3)  Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | 1. | COMMUNICATING | | NO | 2. | DECISION-MAKING | | NO | 3. | MOTIVATING | | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of reaching goals while operating / improving | | Displays good oral, written, and listening skills for individuals / groups | X | | | Employs sound judgment, logical reasoning and uses resources wisely | X | | | Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING | 4. | PLANNING | | NO | 5. | EXECUTING | | NO | 6. | ASSESSING | | NO |
| Short-term mission accomplishment | X | Develops detailed, executable plans that are feasible, acceptable, and suitable | X | | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | | | Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING | 7. | DEVELOPING | | NO | 8. | BUILDING | | NO | 9. | LEARNING | | NO |
| Long-term improvement in the Army its people and organizations | | Invests adequate time and effort to develop individual subordinates as leaders | X | | | Spends time and resources improving teams, groups and units; fosters ethical climate | X | | | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS  DATE: MAY 1999  HEIGHT: 74  WEIGHT: 189  YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

| WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | YES | NO | X |
|---|---|---|---|

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 87    USAPA V1.00

2 1 OCT 1999

00171

NAME CHAMBERS, CHRIS                SSN [redacted]          PERIOD COVERED 19981226  —  19990802

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE   [ ] SATISFACTORY PERFORMANCE, PROMOTE   [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE   [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART IN, DA FORM 67-9 AND PART IN, II, AND e DA FORM 67-9-1.

Continued outstanding performance by an officer easily in the top 5% of all of the officers I have worked with in 21 years of service. MAJ Chris Chambers combines all the attributes we want to see in the senior leaders of today's Army -- leader, manager, analyst, doer. He performs at an extraordinary level and achieves results others only aspire to. He single-handedly ensured the success of one of the most complex operations undertaken each year at the United States Military Academy, the Academic Individual Advanced Development program. Through his personal leadership and effort, 550 cadets assumed positions around the world and performed their missions in a manner that was only achieved through Chris's astute management of this program's multifaceted activities. This million-dollar program involving 60 program administrators was flawlessly executed. He is a master at tackling the hardest projects that have gone years without solutions and developing action plans that not only meet immediate requirements but ensure long-term success. These included designing and implementing a new purchase and billing system, coordinating and implementing the reorganization of the Plans and Resources Division, and customizing the long-standing challenge of textbook management. The model officer in all respects. MAJ Chris Chambers is destined for senior leadership in the Army and must be promoted immediately to LTC. He is among the best.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Although MAJ Chambers could easily be commanding an Infantry battalion right now, his education and professional experience would have him best serve the Army in ISCF/49.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED   [ ] FULLY QUALIFIED   [ ] DO NOT PROMOTE   [ ] OTHER (Explain below)

I currently senior rate ___ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   [X] YES   [ ] NO (Explain in a)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: MAJ CHAMBERS CHRIS

SR: BG LAMKIN FLETCHER M JR

DATE: 1999 10 21

TOTAL RATINGS: 7

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

One of a kind; an invaluable asset for the Army and the nation. MAJ Chris Chambers is an outstanding officer amongst a group of outstanding officers. His exceptional abilities as a leader are matched only by his technical expertise and commitment to selfless service. He is the ideal combination of unsurpassed leadership ability, dedication to mission accomplishment, and superb technical competence. His management of numerous complex programs and resource projects was accomplished flawlessly. His personal supervision of my resource staff ensured that in a time of fiscal austerity our limited resources were expended in the most efficient and effective manner for mission success. Promote immediately to LTC and make him one of the Army's senior program analysis leaders.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division Chief, Army PA&E; Chief, DCSPER Directorate of Plans, Resources and Operations Division; Director, Army PA&E; would serve the Army best in ISCF/49.

DA FORM 67-9, OCT 97 (Reverse)                                    USAPA V1.00

00172

## SERVICE SCHOOL ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-1; the proponent agency is MILPERCEN.

**DATE** 98 10 09

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| CHAMBERS CHRISTOPHER M | | MAJ | IN | |

| 6. COURSE TITLE COMMAND AND GENERAL STAFF OFFICER COURSE (1-250-C3) 4 | 7. NAME OF SCHOOL US ARMY COMMAND AND GENERAL STAFF COLLEGE | 8. COMP AA |
|---|---|---|

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT (Year, month, day) | | 11. DURATION OF COURSE (Year, month, day) | |
|---|---|---|---|---|
| ☐ RESIDENT | From: N/A | Thru: N/A | From: 95 10 11 | Thru: 98 10 09 |
| ☒ NONRESIDENT | [X] | | | |

**12. EXPLANATION OF NONRATED PERIODS** N/A

**13. PERFORMANCE SUMMARY**

- *a. ☐ XXXXXXXXXXXXXXXXXXX NOT USED IN
  XXXXXXXXXXXXXXXXXX CGSOC
  EXCEED COURSE STANDARDS
- b. ☒ ACHIEVED COURSE STANDARDS
- *c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS
- *d. ☐ FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 16.

**14. DEMONSTRATED ABILITIES**

a. **WRITTEN COMMUNICATION**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

b. **ORAL COMMUNICATION**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

c. **LEADERSHIP SKILLS**
☐ NOT EVALUATED   ☐ UNSAT   ☒ SAT   ☐ SUPERIOR

d. **CONTRIBUTION TO GROUP WORK**
☒ NOT EVALUATED   ☐ UNSAT   ☐ SAT   ☐ SUPERIOR

e. **EVALUATION OF STUDENT'S RESEARCH ABILITY**
☒ NOT EVALUATED   ☐ UNSAT   ☐ SAT   ☐ SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
☒ YES   ☐ NO   ☐ N/A (A "NO" response must be supported by comments in ITEM 16)

**16. COMMENTS** (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential; leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs)

THE STUDENT OFFICER ACHIEVED THE COURSE STANDARDS OF THE CORE CURRICULUM WHICH STRESSES LARGE UNIT WARFIGHTING IN THE CONTEXT OF OPERATIONAL ART. THE COURSE OF STUDY INCLUDED LEADERSHIP CONCEPTS AND COMMUNICATIVE SKILLS AT THE BATTALION THROUGH DIVISION LEVEL; EVOLUTION OF MODERN WARFARE; FUNDAMENTAL COMBAT OPERATIONS; SUSTAINMENT OPERATIONS FROM TACTICAL, OPERATIONAL, AND STRATEGIC LEVELS INCORPORATING ARMY AND JOINT ENVIRONMENTS; COUNTERINSURGENCY, THEATER OF WAR, AND THEATER OF OPERATIONS LEVEL ANALYSIS.
PROGRAM FOR JOINT EDUCATION (PJE) = PHASE I QUALIFIED.

**17. AUTHENTICATION**

| a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER | SIGNATURE |
|---|---|
| DEBBIE LEWIS COUNSELOR CHIEF, CGSC, NRS | *Debbie Lewis* |
| b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER | SIGNATURE |
| KATHIE WAGNER CHIEF, NR MATERIAL/STUDENT SVS, CGSC | *Kathie Wagner* |

**18. MILITARY PERSONNEL OFFICER**

| a. FORWARDING ADDRESS (Rated student) | b. DISTRIBUTION |
|---|---|
| | ☐ STUDENT   ☐ UNIT CDR (P/B NCOES only) |
| | ☐ STUDENT'S OFFICIAL MILITARY RECORDS |

**DA FORM 1059**  1 NOV 77

EDITION OF 1 JUL 73 IS OBSOLETE.

00173



mm 20LL

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO
MAJOR CHRISTOPHER M. CHAMBERS
UNITED STATES MILITARY ACADEMY

FOR  EXCEPTIONALLY MERITORIOUS SERVICE AS THE BATTALION EXECUTIVE OFFICER FOR THE FIRST
BATTALION, FIRST INFANTRY REGIMENT.  HIS SERVICE TO THE UNIT SIGNIFICANTLY AND POSITIVELY IMPACTED
THE OPERATIONS OF THE STAFF AND SUBORDINATE UNITS THROUGH HIS LEADERSHIP AND PERSONAL EXAMPLE,
KEEN INTEREST IN SOLDIERS, DEDICATION TO DUTY, AND THOROUGH PLANNING AND EXECUTION OF HUNDREDS OF
MISSIONS.  MAJOR CHAMBER'S OUTSTANDING PERFORMANCE OF DUTY REFLECTS GREAT CREDIT ON HIM, THE
UNITED STATES MILITARY ACADEMY, AND THE UNITED STATES ARMY.

FROM  JULY 1997  TO  JULY 1998

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    7TH    DAY OF    MAY    19 98



PERMANENT ORDER 147-5
US MILITARY ACADEMY
WEST POINT, NEW YORK

Daniel W. Christman
DANIEL W. CHRISTMAN
LIEUTENANT GENERAL, US ARMY
SUPERINTENDENT

DA FORM 4980-12, APR 91

00174

00019597

## OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1*

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. BRANCH | f. SCHOOL/PME (Year/No) |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | MAJ | Year 1995 Mo 01 Day 01 | IN | 11/54 |

| g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION | |
|---|---|---|
| HHC, 1st Battalion, 1st Infantry, West Point, New York 10996 | 22 | SR Option |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED BY INITIAL (Check one and date) | | n. PSB INITIALS | o. UIC CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1997 | From Month 10 | Day 01 | Year 1998 | Thru Month 05 | Day 20 | 8 | | | 1. Given to Officer ☐  2. Forwarded to Officer ☐ | Date 10 Jun 1998 | MA | WP01 |

### PART II - AUTHENTICATION (Rated officer's signature verifies officer has completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| SNIFFIN, CHARLES T. | | LTC | Battalion Commander | | 20 May 1998 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| KANE, ROBERT P. | | COL | Garrison Commander | | 20 May 1998 |

| d. SENIOR RATER'S ORGANIZATION | e. BRANCH | SENIOR RATER TELEPHONE NUMBER | f. E-MAIL ADDRESS |
|---|---|---|---|
| U.S. Army Garrison<br>West Point, New York 10996 | FA | (914) 938-2022 | yr6113@exmail.usma.army.mil |

| ☐ If this is a referral report, do you wish to make comments? ☐ Yes, comments are attached ☐ No | g. SIGNATURE OF RATED OFFICER | DATE 20 May 1998 |
|---|---|---|

### PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE Executive Officer | b. POSITION AOC/SI 11A00 |
|---|---|

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-8-1**

Senior staff officer for a battalion of approximately 1000 soldiers supporting the training and administration of the U.S. Military Academy. Responsible for the daily operations, planning, and personnel administration of the battalion. Responsible for the maintenance and accountability of $3.6 million of equipment, and the fiscal management of a $1.77 million operating budget. Serve as the battalion commander as needed. Advise the commander on all issues related to the staff sections of the battalion. Personally supervise, motivate, and inspire a total staff of 15 personnel (officers, soldiers and civilians). Serve as the Battalion Commander's safety action officer, maintenance officer, Housing Council representative, and officer professional development action officer. Responsible for the planning, resourcing and execution of the 900 man summer task force.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | | X | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | | X | 6. SELFLESS-SERVICE: Places Army priorities before self | | X |
| 3. COURAGE: Manifests physical and moral bravery | | X | 7. DUTY: Fulfills professional, legal, and moral obligations | | X |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | X | | | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in Part Vb for all "No" entries.**

**b.1. ATTRIBUTES (Select 1)**

| 1. | | MENTAL<br>Fundamental qualities and characteristics | ☒ NO | 2. | | PHYSICAL<br>Maintains appropriate level of physical fitness and military bearing | ☒ NO | 3. | X | EMOTIONAL<br>Displays self control; calm under pressure | ☒ NO |
|---|---|---|---|---|---|---|---|---|---|---|---|

**b.2. SKILLS (Competence) (Select 2)**

| 1. | X | CONCEPTUAL<br>Demonstrates sound judgment, critical/creative thinking, moral reasoning | ☒ NO | 2. | | INTERPERSONAL<br>Shows skill with people: coaching, teaching, counseling, motivating and empowering | ☒ NO | 3. | | TECHNICAL<br>Possesses the necessary expertise to accomplish all tasks and functions | ☒ NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | | TACTICAL<br>Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | | | | |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

| INFLUENCING<br>Method of reaching goals while operating / improving | 1. | X | COMMUNICATING<br>Displays good oral, written, and listening skills for individuals / groups | ☒ NO | 2. | X | DECISION-MAKING<br>Employs sound judgment, logical reasoning and uses resources wisely | ☒ NO | 3. | X | MOTIVATING<br>Inspires, motivates, and guides others toward mission accomplishment | ☒ NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPERATING<br>Short-term mission accomplishment | 4. | X | PLANNING<br>Develops detailed, executable plans that are feasible, acceptable, and suitable | ☒ NO | 5. | | EXECUTING<br>Shows tactical proficiency, meets mission standards, and takes care of people/resources | ☒ NO | 6. | | ASSESSING<br>Uses after-action and evaluation tools to facilitate consistent improvement | ☒ NO |
| IMPROVING<br>Long-term improvement in the Army its people and organizations | 7. | | DEVELOPING<br>Invests adequate time and effort to develop individual subordinates as leaders | ☒ NO | 8. | | BUILDING<br>Spends time and resources improving teams, groups and units; fosters ethical climate | ☒ NO | 9. | | LEARNING<br>Seeks self-improvement and organizational growth; envisioning, adapting and leading change | ☒ NO |

| c. APFT: PASS | DATE: APR 1998 | HEIGHT: 73 | WEIGHT: 192 | YES |
|---|---|---|---|---|

**d. JUNIOR OFFICER DEVELOPMENT -** *MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.*

| WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-8-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | YES | NO | ☒ |
|---|---|---|---|

| DA FORM 67-8, OCT 87 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 87 | USAPA V1.00 |
|---|---|---|

19 JUN 1998

00175

**NAME** CHAMBERS, CHRISTOPHER M.     **SSN** ▓▓▓     **PERIOD COVERED** 19971001 — 19980520

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-8 AND PART IV a, b, AND c DA FORM 67-8-1.**

Truly outstanding. Supremely organized, extremely efficient, and mission oriented toward superior success, MAJ Chambers has rendered a superb performance. His meticulous leadership resulted in adept staff coordination and processing of hundreds of staff actions. Improved staff action suspensing translates to significantly greater section proficiency and soldier service. Conducted a comprehensive staff inspection of all major company commodity areas. Energized the first external look at battalion staff areas of responsibility. Both efforts greatly contributed to the fine tuning of the unit's mission support capability. Tremendous effort given to upgrading unit status reporting. An extensive undertaking, Chris has produced a meaningful snapshot that accurately reflects unit standing and capabilities. Maintenance also reflects his leadership skills. Personally involved every step of the way, he has strengthened the relationship with the supporting maintenance agency dramatically driving up the readiness posture. 90%+ for mission essential equipment is now the only acceptable standard. MAJ Chambers refined the S1 staff section, ensuring personnel actions are handled in a rare personal manner stressing timeliness and accuracy. Above all, his superior abilities in the areas of fiscal awareness and stewardship have been one of the unit's greatest strengths. It is impossible to exaggerate his thorough approach and positive impact. Absorbing a 60% budget decrease in discretionary spending, Chris supervised, organized and prioritized this battalion through the plus side of spending throughout the fiscal year, still ensuring superior mission accomplishment. No one could have done better. In sum, his personal and professional ability to get at the heart of any challenge and achieve a more efficient or successful outcome have increased the operational and administrative effectiveness of the entire battalion. Promote to LTC at the first opportunity. Focus Chris's superior leadership and abilities on our Army's toughest challenges.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

In a period when fiscal awareness and dollar management is at a premium, MAJ Chris Chambers' talents and abilities should be of considerable value to our Army. Schooled and skilled to make a considerable impact in this area. Operations Career Field.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**     I currently senior rate    7    officer(s) in this grade

A completed DA Form 67-8-1 was received with this report and considered in my evaluation and review    [X] YES    [ ] NO (Explain below)

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**CENTER OF MASS**

RO: MAJ CHAMBERS, CHRISTOPHER M.

SR: COL KANE, ROBERT P.

DATE: 1998 06 19

TOTAL RATINGS: 5

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

Definitely on a roll, Chris Chambers has continued a distinguished performance as battalion XO. He is the most adept staff coordinator and fiscal manager I have seen at battalion or brigade level. Outstanding performance! Staff efficiency and unit effectiveness reflect his tireless efforts. Quiet and calm, Chris can meet the toughest challenge head-on and resolve it before others are even aware of the issue. Strongest endorsement for promotion to LTC. Keep this outstanding leader with troops. Give him the toughest staff and command assignments.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Battalion Commander, Joint or Division Staff Officer, Professor of Military Science. Operations Career Field.

DA FORM 67-8, OCT 97 (Reverse)     USAPA V1.00

00176

MR
80

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

14K7

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

73640053

## PART I – ADMINISTRATIVE DATA

| a. LAST NAME – FIRST NAME – MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| CHAMBERS CHRISTOPHER MARK | | MAJ | 95 | 01 | 01 | IN | 11/54 | | 36903 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| HHC, 1st Battalion, 1st Infantry, West Point, NY 10996-1986 | 97  CLOSEOUT | MA |

| l. PERIOD COVERED | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | | | WP01 | ☒ 2. FORWARDED TO OFFICER  18 Dec 97 | 1-1 IN |
| 97 | 05 | 10 | 97 | 09 | 30 | 2 | | | |

q. EXPLANATION OF NONRATED PERIODS
56 days LRQ, 10 May - 3 Jul 97; 18 days PCS leave & travel 4-21 Jul 97; 10 days LRQ, 22-31 Jul 97

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| SNIFFIN CHARLES T. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| 1st Battalion, 1st Infantry, USMA, West Point, NY 10996 | Battalion Commander | 18 NOV 97 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| KANE ROBERT P. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| COL, FA, U.S. Army Garrison, USMA, West Point, NY 10996 | Garrison Commander | 19 NOV 97 |

| d. SIGNATURE OF RATED OFFICER | DATE 17 NOV 97 | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|

## PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE  Battalion Executive Officer        b. SSI/MOS  11A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Senior staff officer for a battalion of approximately 1,000 soldiers supporting the training and administration of the U.S. Military Academy. Responsible for the daily operations, planning, and personnel administration of the battalion. Responsible for the maintenance and accountability of $3.6 million of equipment, and the fiscal management of a $2.6 million operating budget. Serve as the battalion commander in the commander's absence. Advise the commander on all issues related to the staff sections of the battalion. Personally supervise, motivate and inspire a total staff of 15 personnel (officers, soldiers and civilians). Serve as the Battalion Commander's safety action officer, maintenance officer, housing council representative, and officer professional development action officer. Responsible for the planning, resourcing and execution of the 900 man summer task force deployment to conduct cadet summer training.

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE
(In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE        LOW DEGREE

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | |
| 3. Maintains appropriate level of physical fitness  PASS 9708 | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | |
| 8. Displays sound judgement | 1 | | | | |
| 9. Seeks self-improvement | 1 | | | | |
| 10. Is adaptable to changing situations | 1 | | | | |
| 11. Sets and enforces high standards | 1 | | | | |
| 12. Possesses military bearing and appearance  73/190 YES | 1 | | | | |
| 13. Supports EO/EEO | 1 | | | | |
| 14. Clear and concise in oral communication | 1 | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a.1,2.) Extremely outstanding in all areas

(a.3.) Tremendous physical condition

(a.7,14.) Articulate communicator, verbally and in writing

(a.11.) Requires high quality work from the staff

(b. 1-8.) Sets the personal and professional standard in all areas

DA FORM 67-8
1 SEP 79        REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.

US ARMY OFFICER EVALUATION REPORT
USAPPC V3.00

0017

PERIOD COVERED  970510 - 970930

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME    CHAMBERS CHRISTOPHER MARK    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIGHER DESIGNATED SPECIALTIES/MOS    ☒ YES    ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

Major Chris Chambers has performed his duties as the battalion's executive officer in a truly outstanding manner. Throughout an extremely demanding summer and fall mission cycle Chris' hard work and dedication continually produced top results. Arriving in the middle of this fast-paced Academy support period he made an immediate, superior caliber impact. Fast to grasp the significance of this battalion's role in accomplishing a myriad of Academy support missions he quickly took on the task of improving internal unit functions. Developed and implemented a Command Inspection Program focused on strengthening battalion and company operating efficiency. Revamped the unit budget SOP. Improved battalion Unit Status Reporting procedures leading to a more meaningful portrayal of true unit status. Beyond battalion level contributions, MAJ Chambers was chartered by the Academy Superintendent to develop a comprehensive plan for improving the overall maintenance and appearance of the Academy grounds and building complex. Superior staff coordination, thorough staffing actions, and insightful written and briefing products led to speedy concept approval and implementation by the Superintendent. During an intense and wide sweeping period of physical plant revitalization Chris' work is recognized as setting the foundation for improvements observed and enjoyed by some 3 million annual visitors to the Academy. A superior performance in all areas.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |

e. COMMENT ON POTENTIAL

Tremendous potential. Chris Chambers is a winner by every measure. A must select for battalion command. He can do any job with distinction and will be a super commander.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | | DA |
|----|----|----|
| ☒ | ☐[ 13] | RO: MAJ |
| | [ 0] | CHAMBERS C |
| | [ 0] | |
| | [ 0] | SR: COL |
| | [ 0] | KANE |
| | | |
| | [ 0] | DATE 980102 |
| | [ 0] | |
| | [ 0] | TOTAL OFF |
| | [ 0] | RATED  9 |

A COMPLETE THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    ☒ YES    ☐ NO (Explain in b)

b. COMMENTS

Major Chris Chambers' performance as battalion executive officer has been superb. Took over this critical position and put his stamp on it immediately. A proven systems organizer, logistician and planner, he has accomplished absolutely outstanding results. Put together a complex plan that redefines post police responsibilities. This focused effort is already helping us operate more efficiently. Chris is also maximizing staff performance within the battalion. Efficiency within the staff is at the highest ever. Best major of eight I currently rate. An absolute must select for battalion command. Keep this great soldier with troops. A natural leader who will take our Army into the twenty-first century.

USAPPC V3.00

P.4





99
Promotion

# THE UNITED STATES OF AMERICA

**TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:**
**THIS IS TO CERTIFY THAT**
**THE SECRETARY OF DEFENSE**
**HAS AUTHORIZED THE AWARD OF THE**

## DEFENSE MERITORIOUS SERVICE MEDAL

**TO**

MAJOR CHRISTOPHER M. CHAMBERS, UNITED STATES ARMY

**FOR**
**EXCEPTIONALLY MERITORIOUS SERVICE**
**FOR THE ARMED FORCES OF THE UNITED STATES**

**GIVEN UNDER MY HAND THIS**   21ST   **DAY OF**   JULY   1997

FEB 12 '99  10:40PM





OFFICE OF THE SECRETARY OF DEFENSE
COMMAND OR OFFICE

SECRETARY OF DEFENSE

DD FORM 2412, NOV 85

00179





# Citation

## TO ACCOMPANY THE AWARD OF THE

## Defense Meritorious Service Medal

### TO

### CHRISTOPHER M. CHAMBERS

### UNITED STATES ARMY



Major Christopher M. Chambers distinguished himself by exceptionally meritorious service while assigned as Force Liaison Officer, United States Army Element, from 7 August 1996 to 7 July 1997. Major Chambers served in a unique position as the MFO's singular military liaison in Cairo, Egypt. Major Chambers was responsible for daily coordination and negotiation on behalf of the Force with Egyptian officials in the Ministry of Defense, Ministry of Foreign Affairs, Ministry of the Interior and Ministry of Finance. Major Chambers' position required negotiation skill, tact, independent thought, communication skills and diplomatic prowess. As the Force Commander's representative in Cairo, Major Chambers' actions had a positive impact on the operations as well as the professional image of the Multinational Force and Observers. The distinctive accomplishments of Major Chambers reflect great credit upon himself, the United States Army and the Department of Defense.

00180

ON A FORM 67-8-1                                                                 agency is US Army Military Personnel Center.

**US ARMY OFFICER EVALUATION REPORT**

### PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER | | MAJ | Year 95 | Month 01 | Day 01 | IN | 11A50 | | EG160 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| USAE-MFO, SINAI, EGYPT, APO AE 09832 JOINT ACTIVITIES | 05 ANNUAL | JA |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | | FS27 | ☐ 2. FORWARDED TO OFFICER | |
| 96 | 05 | 08 | 97 | 05 | 09 | | | | |

| q. EXPLANATION OF NONRATED PERIODS |
|---|
| 960509-960805 Lack of Rater Qualification, 960806 - 980807 Travel |

### PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| TOLLE, STEVEN A. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| COL, TC, USAE-MFO, SINAI, EGYPT, APO AE 09832 CHIEF OF SUPPORT | 24 Jun 97 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| TADDONIO, FRANK T. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| COL, AV, USAE-MFO, SINAI, EGYPT, APO AE 09832 CHIEF OF STAFF | 26 Jun 97 |

| d. SIGNATURE OF RATED OFFICER | e. DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MFO INITIALS | g. SR MFO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 20 Jun 97 | | | | 0 |

### PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | LIAISON OFFICER | b. SSI/MOS | 11A48 |
|---|---|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Liaison Officer for the 2,600 member Multinational Force and Observers (MFO) deployed along the Israel-Egypt border, comprised of Army, Navy and Air Force elements from 11 nations. Represents the Force Commander (O-8 level) in Cairo in daily interactions with the Egyptian Ministry of Defense and the Egyptian Liaison Agency with International Organizations (LAWIO). Interfaces with a variety of Egyptian government agencies and business to facilitate MFO operations. Coordinates all actions required by the Director General's Representative in Cairo with appropriate staff sections in MFO. Plans, coordinates and executes multinational unit rotations, numbering 1100 soldiers per year, through Cairo. Supervises an Egyptian national serving as the Assistant Liaison Officer. Supports and assists the numerous V.I.P. visits to the MFO

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE ← 1  2  3  4  5 → LOW DEGREE

| | | |
|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 8. Displays sound judgement |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 9. Seeks self-improvement |
| 3. Maintains appropriate level of physical fitness  PASS 9705 | | 10. Is adaptable to changing situations |
| 4. Motivates, challenges and develops subordinates | | 11. Sets and enforces high standards |
| 5. Performs under physical and mental stress | | 12. Possesses military bearing and appearance  73/195 YES |
| 6. Encourages candor and frankness in subordinates | | 13. Supports EO/EEO |
| 7. Clear and concise in written communication | | 14. Clear and concise in oral communication |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION<br>2. RESPONSIBILITY<br>3. LOYALTY<br>4. DISCIPLINE<br>5. INTEGRITY<br>6. MORAL COURAGE<br>7. SELFLESSNESS<br>8. MORAL STANDARDS | (a.1,2,5) A superb duty performance in one of the most difficult and complex working environments in the world.<br>(a.8,10) Exceptionally talented and adept at resolving complex and politically sensitive problems.<br>(a.11,12) An outstanding representative of our Army, his conduct and work ethic are unmatched.<br>(b.1,3,5) Totally dedicated to his Army and his unit, an invaluable member of the MFO.<br>(b.6,7,8) Does it all correctly the first time, a true leader. |
|---|---|

DA FORM 67-8
1 SEP 79

REPLACES DA FORM 67-7, 1 JAN 73 WHICH IS OBSOLETE, 1 NOV 79.

US ARMY OFFICER EVALUATION REPORT
USAPPC V3.00

00181

PERIOD COVERED    960508-970509

PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME  CHAMBERS, CHRISTOPHER                SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    ☒ YES  ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, and c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

MAJ Christopher Chambers performance of duty as the MFO Liaison Officer with the Arab Republic of Egypt was outstanding in every respect. As the Force Commander's representative he set a superb example of dedication, integrity and responsibility. Working in a very sensitive and politically oriented environment, his accomplishments are without equal. Calm, brilliant and totally focused he established professional relationships with ARE Defense officials, customs and immigration officials and other members of the government that allowed him to effectively support the Force missions. He is an individual of absolute integrity and the highest moral standards and these attributes served him well in this job. MAJ Chambers was responsible for the rotation of over six hundred soldiers through Cairo and demonstrated the technical expertise required to insure success. He displayed the same professionalism in his support to numerous VIPs visiting the MFO. He applied these same skills in his daily assistance to the Director Generals Representative in Cairo and his staff. His ability to plan and coordinate sensitive and difficult actions was of immense value to the entire MFO. In summation Major Chambers superbly executed all his duties while handling politically sensitive issues and by his efforts has significantly enhanced the image and capabilities of the MFO.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |

e. COMMENT ON POTENTIAL

Major Chambers has all of the ability and attributes for promotion. Following his Branch Qualification, select early for Lieutenant Colonel and Battalion command. Assign him within a Division where his outstanding leadership abilities can be utilized.

PART VI - INTERMEDIATE RATER

a. COMMENTS

PART VII - SENIOR RATER

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)    DA USE ONLY

b. COMMENTS

| SR | | |
|---|---|---|
| ☒ | [ 2 ] | PO: MAJ |
| *☐ | [ 2 ] | CHAMBERS C |
| | [ 0 ] | |
| | [ 0 ] | SR: COL |
| | [ 0 ] | TADDO |
| | | |
| | [ 0 ] | DATE 970706 |
| | [ 0 ] | |
| | [ 0 ] | TOTAL LIFE |
| | [ 0 ] | RATED  4 |

MAJ Chambers performed all of his duties in a truly outstanding manner. Chris is an extraordinarily competent officer with superb communications skills. He was equally effective coordinating with high level dignitaries or working the smooth transition of soldiers through Cairo. Chris performed flawlessly with minimal guidance. Select for CGSC and promote to Lieutenant Colonel as soon as possible. Enormous potential.

A COMP THIS RE... AND REVIEW    ☐ YES  ☐ NO (Explain in b)

USAPPC V3.00

00182

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

14.98

CGL

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

61620386

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| CHAMBERS, CHRISTOPHER MARK | | MAJ | 95 | 01 | 01 | IN | 11/54 | | 36903 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| STAFF & FACULTY, USMA, WEST POINT, NEW YORK 10996-1798 | 05 | ANNUAL | MA |

| l. PERIOD COVERED | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | | ☐ 1. GIVEN TO OFFICER | SOC SCI |
| Year Month Day | | Year Month Day | | 12 | WP01 | ☒ 2. FORWARDED TO OFFICER | |
| 95 05 08 | | 96 05 07 | | | | _4 Jun 96_ | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** *(Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)*

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| KEISER, BART D. | | _Bart D Keiser_ | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| LTC, FA, Department of Social Sciences, USMA, Assistant Professor | 14 May 96 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| GOLDEN, JAMES R. | | _James R. Golden_ |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| COL, PR, Department of Social Sciences, USMA, Professor and Head | 31 May 96 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL. |
|---|---|---|---|---|---|
| | 8 MAY 96 | | | | 0 |

**PART III – DUTY DESCRIPTION** *(Rater)*

| a. PRINCIPAL DUTY TITLE  Assistant Professor | b. SSI/MOS  54A00 |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Assistant Professor and Course Director for 37 first-class cadets in Corporate Finance with Defense Sector Applications, 30 third-class cadets in the Economics, Principles and Problems, and 25 first-class cadets in Principles of Finance.  Responsible for course design, lesson planning, class presentation, student evaluation, counseling, and mentoring.  Officer-in-Charge for 200 cadets in the Cadet Investment Club and the Finance Forum, responsible for expanding learning opportunities in these fields through a varied guest speaker program, trips, and hands-on application. Officer Representative for the Army Men's Varsity Soccer team, responsible for mentoring and team support at home and away games.  Sponsor and mentor for two cadets, enhancing their professional, social, and ethical development through guidance and leadership.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE  *(In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

| | | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 98 | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 9510 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | School | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  73/186 YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS  *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.2.  Expert in financial management. |
|---|---|

a.2.    Expert in financial management.
a.4.    Superb instructor; immediately gained the respect of his students and the faculty alike.
a.7,14.  An articulate briefer and an excellent writer.
b.3,7.  Gives of himself tirelessly; totally dedicated to the intellectual and professional development of cadets and subordinate faculty members alike.
b.6,8.  When the stress is high and frustration reaches a feverish pitch, he can be counted on to do what is right and just.

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE. 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

0018