| PERIOD COVERED | 950508-960507 |
|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME** CHAMBERS, CHRISTOPHER M.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL**

Major Chambers' superb performance during this rating period distinguished him as an immensely capable and energetic officer who can be relied on to perform the toughest missions to the highest standards. His enthusiasm, knowledge, and innovative techniques to teaching made him one of my best instructors. He excelled at imbuing his cadets with intellectual curiosity and a true desire to learn. His commitment to excellence in education dominates the classroom. His professional abilities are the standard by which I judge all the other officers that work for me. As such, he was selected as a key member of a study team requested by the Vice Chairman of the JCS, and was awarded the Army Achievement Medal for his superb contribution. Major Chambers also led another important and complex study project for the DCSPER which had major impact on the Army retirement system. Major Chambers' contributed further to cadet development by extending himself well beyond the classroom. He continued developing cadets intellectually as the OIC of the Cadet Finance Forum and Investment Club. In his role as the OIC, he improved the club such that student participation grew immensely. As the Assistant Officer Representative to the varsity soccer team, Major Chambers was a vital asset. He donated his time and effort to successfully mentor the players and assist in their academic development. Finally, he was instrumental and successful in grooming the Army's candidates for selection for the prestigious Truman scholarship. His performance throughout this rating period is unparalleled.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

A must for below the zone selection to Lieutenant Colonel. Commanding a battalion is only the first of several successful commands for this officer. There is nothing he can't do. He will lead with distinction.

## PART VI - INTERMEDIATE RATER

**a. COMMENTS**

## PART VII - SENIOR RATER

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)**

SR
[X]

```
*[107] RO: MAJ
[ 34] CHAMBERS C
[  0]
[  0] SR: COL
[  0] GOLDE
[  0] DATE 960611
[  0]
[  0] TOTAL OFF
[  0] RATED    85
```

**b. COMMENTS**

Must select for CGSC immediately. MAJ Chambers is one of the top three officers I senior rate. He has all the leadership traits you look for in an outstanding commander. He will be an absolutely magnificent infantry battalion commander. His superb work for the Vice Chairman of the Joint Chiefs of Staff and for the DCSPER set him apart as one of the Army's very best operations and force development analysts. Promote to LTC below the zone. Keep him on the fast track to brigade command.

**A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW**    [X] YES    [ ] NO (Explain in b)

USAPPC V2.10

00184





# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

MAJOR CHRISTOPHER M. CHAMBERS
UNITED STATES MILITARY ACADEMY

TO

FOR MERITORIOUS SERVICE AS AN ASSISTANT PROFESSOR IN THE DEPARTMENT OF SOCIAL SCIENCES. AS
THE COURSE DIRECTOR FOR BOTH MONEY AND BANKING AND CORPORATE FINANCE WITH DEFENSE SECTOR
APPLICATIONS, HE REDESIGNED THE COURSES TO INCLUDE REAL-TIME DATA ANALYSIS AND INFUSED THE
COURSES WITH INNOVATIVE CASE STUDY WORK. MAJOR CHAMBERS' OUTSTANDING PERFORMANCE OF DUTY
REFLECTS GREAT CREDIT ON HIM, THE UNITED STATES MILITARY ACADEMY, AND THE UNITED STATES ARMY.

FROM JULY 1992 TO JUNE 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    8TH    DAY OF    MARCH    19 96

PERMANENT ORDER 88-1

US MILITARY ACADEMY
WEST POINT, NEW YORK



HOWARD D. GRAVES
LIEUTENANT GENERAL, US ARMY
SUPERINTENDENT

DA FORM 4980-17, APR 91

00185



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

MAJOR CHRISTOPHER M. CHAMBERS
UNITED STATES MILITARY ACADEMY

FOR   OUTSTANDING CONTRIBUTIONS AS A MEMBER OF THE UNITED STATES MILITARY ACADEMY MOBILE OFFSHORE BASES ASSESSMENT TEAM THAT EVALUATED THE CONCEPT FOR THE VICE-CHAIRMAN OF THE JOINT CHIEFS OF STAFF.   THE TEAM MADE MAJOR CONTRIBUTIONS AND RECEIVED HIGH PRAISE FROM NUMEROUS FLAG RANK OFFICERS ON THE ARMY AND JOINT STAFF FOR THEIR THOUGHTFUL AND THOROUGH ASSESSMENT OF THE MOBS.   THIS ACHIEVEMENT REFLECTS GREAT CREDIT UPON MAJOR CHAMBERS, THE UNITED STATES MILITARY ACADEMY AND THE UNITED STATES ARMY.

FROM   20 JANUARY 1995   TO   9 JUNE 1995

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS      23RD      DAY OF      JUNE      19 95

PERMANENT ORDER 187-7
US MILITARY ACADEMY
WEST POINT, NEW YORK

JOHN T. BUCZEK, III
COLONEL, FA
GARRISON COMMANDER

DA FORM 4980-18, AUG 91

CG 1

ON DA FORM 67-8-1    agency is US Army Military Personnel Center.

51920071

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| | | | Year Month Day | | | | |
| CHAMBERS, CHRISTOPHER M. | | MAJ | 95 01 01 | IN | 11/54 | | 36903 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| STAFF & FACULTY, USMA, WEST POINT, NEW YORK 10996-1798 | 05 ANNUAL | MA |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | | | ☒ 2. FORWARDED TO OFFICER | SOC SCI |
| 94 | 05 | 08 | 95 | 05 | 07 | 12 | WP01 | 10 May 95 | |

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY.)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| SCRIBNER, BARRY L. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, AR, Department of Social Sciences, USMA, Associate Professor | | | 9 May 95 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| GOLDEN, JAMES R. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| COL, PB, Department of Social Sciences, USMA, Professor and Head | | | 10 May 95 |

| d. SIGNATURE OF RATED OFFICER | DATE 8 May 95 | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MIQ INITIALS | g. SR MPO INITIALS | h. NO. OF INCL 0 |
|---|---|---|---|---|---|

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE  Assistant Professor | b. SSI/MOS  54A00 |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Assistant Professor and Course Director for 39 first-class cadets in the Economics of Money, Banking, and Financial Markets, and Instructor for 61 third-class cadets in the Principles of Economics. Responsible for course design, lesson planning, class presentation, student evaluation, counseling and mentoring. Officer-in-Charge for 130 cadets in the Cadet Investment Club and the Finance Forum, responsible for expanding learning opportunities in these fields through a varied guest speaker program and hands-on application. Officer Representative for the Army Men's Varsity Soccer team, responsible for mentoring and team support at home and away games. On-site Liaison Officer for all cadets serving in USAREUR during the summer training cycle. Sponsor and mentor for two cadets, enhancing their professional, social and ethical development through guidance and leadership.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

| a. PROFESSIONAL COMPETENCE | (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.) | HIGH DEGREE 1 2 | LOW DEGREE 3 4 5 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 9410 | 1 | 10. Is adaptable to changing situations | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  74/184 YES | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any areas where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1.    Extraordinarily intelligent officer and an expert in resource management.
a.4.    An inspirational leader who motivates young officers and cadets to grow professionally and intellectually.
a.7,14.   Outstanding writer and gifted briefer.
a.8.    I value his counsel and rely on his judgment.
b.1,3.   Totally dedicated and loyal to the army.
b.5,6,8. An officer of immense integrity and a reliable source of sound, candid advice. He is able to make tough decisions.

| FORM | REPLACES DA FORM 67 - 7, 1 JAN 73, WHICH IS OBSOLETE,  1 NOV 78. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

| PERIOD COVERED | 940508-950507 |
| --- | --- |

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME    **CHAMBERS, CHRISTOPHER M.**        SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

MAJ Chambers is one of the top two officers I know. He is my finest instructor. He is both admired by his students and sought out by his peers. He is able to explain complex theories extremely clearly so as to make them understandable to all of his students. He inspires in his cadets a desire to learn. Under Chambers' leadership, the finance curriculum has evolved into the premier area of specialty for cadets majoring in economics. He incorporated into the syllabi numerous examples relevant to future Army leaders. Outside the classroom Chambers served as the officer-in-charge of the Cadet Finance Forum, the officer representative for the men's varsity soccer team, and as an advisor to the Academy's Rhodes and Marshall scholarship candidates. In addition to his heavy teaching load and his numerous leadership positions, Chambers authored a historical article for Army magazine, rewrote several chapters in the <u>Armed Forces Guide to Personal Financial Planning</u>, and conducted the cost analysis for the JCS task force analyzing the Mobile Off-Shore Base for the Vice Chairman of the Joint Chiefs of Staff, Admiral Owens. In short, MAJ Chambers is a real star. His performance during this past year is the best I have ever observed.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

MAJ Chamber's potential is unlimited. He is a natural leader and consummate professional who is ready to command a battalion today. He is manager with enormous analytical ability and leader development skills. Select now for resident Command and General Staff College. Promote immediately to the grade of Lieutenant Colonel and select for command of an infantry battalion.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTENTIAL EVALUATION *(See Chapter 4, AR 623-105)*

| SR | | DA |
| --- | --- | --- |
| [X] | [ 72] RO: MAJ | |
| | [ 34] CHAMBERS C | |
| | [ 0] | |
| | [ 0] SR: COL | |
| | [ 0] GOLDE | |
| | [ 0] DATE 950515 | |
| | [ 0] | |
| | [ 0] | |
| | [ 0] TOTAL CFF | |
| | [ 0] RATED  64 | |

A COMPLETED DA FORM 67-8-1 THIS REPORT AND CONSIDERED IT IN MY EVALUATION AND REVIEW

[X] YES    [ ] NO *(Explain in b)*

b. COMMENTS

Definitely select for CGSC now. MAJ Chambers is clearly in the top ten percent of all officers I senior rate. Everything Chris touches succeeds. He is a dynamic leader, a superb teacher, and a brilliant operations and force development analyst. The outstanding work he prepared on Mobile Offshore Bases went all the way to the Vice Chairman of the Joint Chiefs of Staff. Chris will be one of our very best infantry battalion commanders. Promote to LTC and select for battalion command at the first opportunity.

V2.00

DEPARTMENT OF THE ARMY
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VIRGINIA  22332-0400

ORDER NO:   33-021                                                8 Dec 94

11.  The President  of the  United States  has reposed  special trust and con-
fidence in the patriotism,  valor,  fidelity,  and abilities  of the following
officers.  In view of these  qualities  and  their demonstrated potential for
increased  responsibility, they are, therefore,  promoted  in the United States
Army to the grade of rank shown.

Special Instructions:   The promotion  is not valid and will be revoked if the
officer  concerned  is not in a  promotable  status  on the effective date  of
promotion.  Upon acceptance  of promotion to major,  Other Than  Regular  Army
(OTRA) officers who entered active duty on  30 Sep 81  or earlier must execute
the Regular Army  (RA)  oath of office (DA Form 71), or decline RA in writing.
OTRA officers who entered active duty after 30 Sep 81  must execute an RA oath
or be released from active duty (AR 601-100 and AR 635-100). The authority for
this promotion is Section 624 of Title 10, United States Code.

| Name, SSN, Branch | | Grade of rank promoted to | Effective date | Date of rank |
|---|---|---|---|---|
| CARVER, CURTIS ARTH | SC | MAJ | 1 Jan 95 | 1 Jan 95 |
| CHAMBERS, CHRISTOPH | IN | MAJ | 1 Jan 95 | 1 Jan 95 |
| COOK, JUDSON ALEXAN | EN | MAJ | 1 Jan 95 | 1 Jan 95 |
| COWAN, THOMAS HOUST | AR | MAJ | 1 Jan 95 | 1 Jan 95 |
| CROFFORD, CLIFFORD | EN | MAJ | 1 Jan 95 | 1 Jan 95 |
| CUMMINGS, DANIEL JO | EN | MAJ | 1 Jan 95 | 1 Jan 95 |
| CUMMINGS, TERRENCE | AC | MAJ | 1 Jan 95 | 1 Jan 95 |
| CURRANKELLEY, RICHA | MI | MAJ | 1 Jan 95 | 1 Jan 95 |
| DAVIS, ALFRAZIER JR | EN | MAJ | 1 Jan 95 | 1 Jan 95 |
| DAVIS, GRANT MARTIN | SF | MAJ | 1 Jan 95 | 1 Jan 95 |
| DAVIS, JEFFREY HARR | OD | MAJ | 1 Jan 95 | 1 Jan 95 |
| DAVIS, JIMMY DALE | OD | MAJ | 1 Jan 95 | 1 Jan 95 |
| DEAN, CHARLES EDWIN | IN | MAJ | 1 Jan 95 | 1 Jan 95 |
| DEAN, TIMOTHY JAMES | FA | MAJ | 1 Jan 95 | 1 Jan 95 |
| DEMPSEY, BRUCE WAYN | FA | MAJ | 1 Jan 95 | 1 Jan 95 |
| DERRICK, CHARLES ER | AR | MAJ | 1 Jan 95 | 1 Jan 95 |
| DOESCHER, CURT WALT | FA | MAJ | 1 Jan 95 | 1 Jan 95 |
| DOUGHERTY, KEVIN JO | IN | MAJ | 1 Jan 95 | 1 Jan 95 |
| DOYLE, DAVID MICHAE | AR | MAJ | 1 Jan 95 | 1 Jan 95 |
| DRAGO, JAMES PAUL J | FA | MAJ | 1 Jan 95 | 1 Jan 95 |
| DRISCOLL, JOHN WILL | IN | MAJ | 1 Jan 95 | 1 Jan 95 |
| DUMOULIN, JOHN EUGE | AV | MAJ | 1 Jan 95 | 1 Jan 95 |

Date of Senate Confirmation:  17 Mar 94
Format:   300

BY ORDER OF THE SECRETARY OF THE ARMY:



OFFICIAL COPY
TOTAL ARMY PERSONNEL COMMAND
U.S.

DISTRIBUTION:                        MICHAEL J. VEASEY
Each PSC (1)                         Lieutenant Colonel, GS
Each Major Command (1)               Chief, Promotions Branch

00189

μ‑15

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

6376  CGl    41670116    3cy 2 Jun 94

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK Year Month Day | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | CPT | 87 05 01 | IN | 11A/54A | | 36903 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMO CODE |
|---|---|---|---|
| STAFF & FACULTY, USMA, WEST POINT, NEW YORK 10996-1798 | 05 | ANNUAL | HA |

| l. PERIOD COVERED FROM Year Month Day | THRU Year Month Day | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 93 05 08 | 94 05 07 | 12 | WP01 | ☐ 1. GIVEN TO OFFICER  ☒ 2. FORWARDED TO OFFICER  10 Jun 94 | SOC 8 |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer signature verifies PART I date and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| DAULA, THOMAS V. | | [signature] |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| LTC, EN, Department of Social Sciences, USMA, Professor of Economics | 10 Jun 94 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT    DATE

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| GOLDEN, JAMES R. | | [signature] James R. Golden |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| COL, FA, Department of Social Sciences, USMA, Professor and Head | 2 Jun 94 |

| d. SIGNATURE OF RATED OFFICER | DATE 9 MAY 94 | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|

## PART III — DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE **Assistant Professor**    b. SSI/MOS **54A00**

c. REFER TO PART IIIb, DA FORM 67-8-1    Instructor and Course Director for 58 first-class cadets in the Economics of Money, Banking, and the Financial Markets, and instructor for 60 third-class cadets in the Principles of Economics. Responsible for course design, lesson planning, class presentation, student evaluation, counseling and mentoring. Officer-in-Charge of the Cadet Investment Club and the Finance Forum, responsible for expanding learning opportunities in these fields through a varied guest speaker program and hands-on application. Officer Representative for the Army Men's Varsity Soccer team, responsible for mentoring and team support at home and away games. Sponsor and mentor for four cadets, enhancing their professional, social and ethical development through guidance and leadership.

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

94

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)    HIGH DEGREE 1 2 3 4    LOW DEGREE 5 School

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 9404 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  74/185 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1. Extremely bright; a quick study who swiftly masters any subject. a.2. Exceedingly competent in all areas. a.3. An outstanding athlete who maintains himself in top physical condition. a.4. Excels at developing subordinates. a.9. Constantly works to improve his professional knowledge. a.7,14. An excellent writer and briefer. b.1. An extremely dedicated professional. b.5. Extremely candid and forthright; I rely on him to give me honest feedback. b.6. Able to make tough decisions and always takes responsibility for his decisions. b.8. Totally above reproach.

DA FORM 67-8    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

00190

| PERIOD COVERED | 930508-940507 |
|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME** CHAMBERS, CHRISTOPHER M.    SSN ████████

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES  [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

CPT Chambers' performance during this past year has been truly sensational, proving once again that he is an extraordinarily gifted, can-do leader who takes on and successfully accomplishes the most difficult jobs. In recognition of his outstanding performance as an instructor, I personally selected him to direct an important senior-level finance elective. He responded by significantly revamping the course and provided his students with an exceptional experience. Teaching excellence, however, is but one example of the many contributions he made to this organization and the Army during the past year. He performed many hours of volunteer service to cadets by directing the cadet Finance Forum and serving as an officer representative to the Academy's intercollegiate soccer team. Utilizing his outstanding analytical abilities, he made substantive contributions to Academy governance and the ODCSOPS. He performed critical analyses while serving on the Superintendent's Special Admissions Review Committee. He also performed important integrative analyses on roles and missions and peacetime rules of engagement for the Army. His work on these issues for the DCSOPS, VCSA, and CSA earned him special recognition by the Deputy Director for Strategy, Plans and Policy. CPT Chambers is a truly exceptional officer whose incredible capacity for work and responsibility is matched only by his many outstanding accomplishments.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL** CPT Chambers is a gifted leader who would be an outstanding commander of an Infantry Battalion. Following command, his outstanding analytical skills will enable him to be a highly effective member of high-level Army and Joint staffs. Select for CGSC immediately and promote to LTC below the zone. This officer should be placed in positions where he can lead soldiers.

**PART VI – INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII – SENIOR RATER**

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)**

| SR | DA |
|---|---|
| ⊠ | *[ 63] RQ: CPT |
| | [ 21] CHAMBERS C |
| | [ 0] SR: COL |
| | [ 0] GOLDE |
| | [ 0] ████████ |
| | [ 0] DATE 940617 |
| | [ 0] |
| | [ 0] TOTAL OFF |
| | [ 0] RATED 58 |

A COMPLETED DA FORM 67-8-1 HAS BEEN SEEN BY ME AND CONSIDERED IN MY EVALUATION AND REVIEW    [X] YES  [ ] NO (Explain in b)

**b. COMMENTS** A future battalion commander. Select for CGSC immediately. CPT Chambers is a bright, fit, dedicated leader who is ideally suited to command. His outstanding work with cadets in the classroom, on the athletic field, and in extracurricular activities showed an extraordinary ability to motivate subordinates. A brilliant analyst, he demonstrated extraordinary operations and force development skills during summer TDY in the Pentagon, briefing the DCSOPS, and staffing an action through the Secretary of Defense. After CGSC and assignments as battalion S-3 and XO, select for battalion command at the first opportunity. Promote to LTC below the zone.

*U.S. Government Printing Office: 1989-261-871/02582

2607 JP 29 Oct 93

IAPOMS FORM 88, 27 JUN 87    COMPLETE

SEE PRIVACY ACT STATEMENT
ON DA FORM 87-8-1

O6236-2    1E33   479   31740458   D2

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. DESIGNATED SPECIALTIES | f. PMOS (PMO) | g. BR CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | |
| CHAMBERS, CHRISTOPHER M. | | CPT | 87 | 05 | 01 | IN | 11A/54A | 36903 |

| 2. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | 3. REASON FOR SUBMISSION | h. COMD CODE |
|---|---|---|
| STAFF & FACULTY, USMA, WEST POINT, NEW YORK 10996-1798  21 | COMPLETE RCD | NA |

| 4. PERIOD COVERED | | | | 5. NO. OF MONTHS | 6. MILPO CODE | 7. RATED OFFICER COPY (Check box and date) | 8. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | 10 | WP01 | 1. GIVEN TO OFFICER | |
| Year | Month | Day | | | | ☒ 2. FORWARDED TO OFFICER  18 Jun 93 | SOC-876 |
| 92 | 05 | 22 | 93 05 07 | | | | 93 |

9. EXPLANATION OF NONRATED PERIODS
920522-920707, 47 DAYS, LRQ

Promotion

## PART II — AUTHENTICATION (Rated officer completes verified PART I data and Rating Officials only)

| a. NAME OF RATER (Last, First, MI) | b. SSN | c. SIGNATURE | |
|---|---|---|---|
| DAULA, THOMAS V. | | | |
| d. RANK, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, EN, Department of Social Sciences, USMA Associate Professor | | | 7 June 1993 |

| e. NAME OF INTERMEDIATE RATER (Last, First, MI) | f. SSN | g. SIGNATURE | |
|---|---|---|---|
| | | | DATE |
| h. GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |

| i. NAME OF SENIOR RATER (Last, First, MI) | j. SSN | k. SIGNATURE | |
|---|---|---|---|
| KAUFMAN, DANIEL J. | | | |
| l. GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| COL, PR, Department of Social Sciences, USMA, Professor and Acting Dept. Head | | | 10 June 93 |

| m. SIGNATURE OF RATED OFFICER | DATE | o. DATE ENTERED ON DA FORM 31 | MTD OFFICER | e. BR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 3 MAY 93 | | | | |

## PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   Instructor | b. SSI/MOS   54A00 |
|---|---|

c. REFER TO PART III, DA FORM 87-8-1

Instructor of more than 120 cadets in the Principles of Economics. Responsible for lesson planning, class presentation, student evaluation, counseling, and mentoring. Company Honor Educator responsible for presenting ethical issues to cadets of all classes, and developing the professional military ethic. Assistant Officer-in-Charge of the Cadet Investment Club and the Finance Forum. Sponsor and mentor for four fourth-class cadets, enhancing their professional, social, and ethical development through guidance and leadership.

93
School

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

| 4. PROFESSIONAL COMPETENCE | The items 1 through 14 below indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be referred to in a Rebuttal | | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | | 1 | | | | |
| 3. Maintains appropriate level of physical fitness  PASS .9304 | | | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | | | 1 | | | | |
| 5. Performs under physical and mental stress | | | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | | | 1 | | | | |
| 7. Clear and concise in writing communication | | | 1 | | | | |
| 8. Displays sound judgment | | | 1 | | | | |
| 9. Seeks self-improvement | | | 1 | | | | |
| 10. Is adaptable to changing situations | | | 1 | | | | |
| 11. Sets and enforces high standards | | | 1 | | | | |
| 12. Possesses military bearing and appearance  73/181 YES | | | 1 | | | | |
| 13. Supports EO/EEO | | | 1 | | | | |
| 14. Clear and concise in oral communication | | | 1 | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

a.1.  An extremely bright officer who is able to quickly master any subject.
a.2.  An expert analyst and infantryman.
a.3.  Maintains himself in outstanding physical condition.
a.4.  A caring leader who excels at motivating subordinates.
a.7,14. An excellent writer and an extremely articulate briefer.
a.8.  Can be relied upon to decide wisely in demanding situations.
b.1.  A totally dedicated professional.
b.5,6. Always forthright, not a yes man.
b.8.  Totally beyond reproach.

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

DA FORM 67-8    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

00192

2607 JP 29OCT93

**PERIOD COVERED** 920522-930507

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME **CHAMBERS, CHRISTOPHER M.**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS  [X] YES  [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE, REFER TO PART III, DA FORM 67-8 AND PART IV a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.

CPT Chambers's performance during this rating period has been magnificent and clearly distinguishes him as a highly energetic, self-starting, and effective leader who can be trusted to always achieve outstanding results. An extremely technically competent and very articulate officer, he excelled as an instructor. His positive and dedicated leadership enabled him to motivate his students to strive to achieve the very high standards he set for them. In addition, CPT Chambers also contributed to cadet development by presenting seminars to underclassmen on the moral and ethical dilemmas they will face as officers, by teaching classes on personal financial responsibility, by mentoring cadets and by supervising an extra-curricular cadet activity. CPT Chambers also showed that he is a skillful planner as well as an effective leader. He performed the preliminary planning for a high-level conference on U.S.-Russian relations. He was recognized for his efforts on this project by Fred Ikle, a former Under Secretary of Defense for Policy. He also developed new applications and simulations for the course he will direct next year and authored two chapters for a text on personal finance that will support future instruction to be given to all cadets. Whenever a complex mission needs to be planned and executed, I know I can rely upon CPT Chambers to volunteer for the responsibility and to plan and execute the mission flawlessly with little or no guidance from me.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL  CPT Chambers is an outstanding leader who should command soldiers. He will excel as S-3 or XO and could successfully command a battalion today. His technical skills will enable him to make important contributions on high-level Army or Joint staffs. Promote now to major and early to lieutenant colonel. Select immediately for Command and General Staff College.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

-SR
[X]  [ 14] RO: CPT:
[  0] CHAMBERS:
[  0] SR: COL
KAUFM...
[  0] DATE 930624
[  0]
[  1] TOTAL OFF...
[  0] RATED  1...

A COMPLETED OER. THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW.  [X] YES  [ ] NO (Explain by it)

b. COMMENTS

A superbly talented officer who leads and inspires by example. CPT Chambers has devoted himself to every aspect of the intellectual, ethical, and professional development programs for cadets. His classes are exciting and challenging; his contributions to honor education are invaluable; and his commitment to a variety of extra-curricular activities significantly improves the educational opportunities available to cadets. His leadership and intellectual skills mark him as one destined for the most demanding and responsible command and staff jobs at every level. Select for major and CGSC immediately, and for lieutenant colonel as soon as he is eligible. Select for battalion command at the first opportunity.

*U.S. Government Printing Office: 1981 — 281-406/40448

00193

Z607 RMC 10/9/92

062362

1552 439

## CIVILIAN INSTITUTION ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-11 the proponent agency is MILPERCEN.
(To be completed by the student detachment or installation Education Services Officer)

### SECTION I - ADMINISTRATIVE DATA (To be completed by the student detachment or installation Education Services Officer)

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. SPECIALTY/MOSG | 5. COMP |
|---|---|---|---|---|
| Chambers, Christopher M. | | O-3   '11ASP | | RA |

| 6. TYPE OF REPORT | 7. PERIOD OF REPORT (Year, month, day) | | 8. DURATION OF COURSE (Year, month, day) | |
|---|---|---|---|---|
| ☑ FULL-TIME, ON DUTY | From 900615 | Thru 920531 ☒ | From 900815 | Thru 920515 |
| ☐ PART-TIME, AFTER DUTY | | | | |

| 9. EXPLANATION OF NONRATED PERIODS | 10. APPLICABLE REGULATION |
|---|---|
| | AR 623-105 |

### SECTION II - EVALUATION (To be completed by the Civilian Institution) ATTACH AN OFFICIAL TRANSCRIPT IN DUPLICATE

**11. NAME AND ADDRESS OF CIVILIAN INSTITUTION**

The Wharton School of the University of Pennsylvania

**12. EVALUATION** (Evaluation of Student Performance should be based on the normal standard of performance at the institution. Identify the discipline of study, degree, and any special achievements or deficiencies noted, etc. Include aptitude for further schooling.)

CPT Chambers successfully completed all requirements for a Master's degree in Business Administration. He exceeded the school's requirements in two respects. First, he maintained an above average academic standing. Second, he took on more of an academic load than required and earned majors in both finance and multinational management. I recommend that CPT Chambers be afforded the opportunity to attend further education, where he will undoubtedly excel.

CPT Chambers was active outside the classroom. He played on the Wharton hockey and soccer teams, assisted the local ROTC training program, and performed volunteer work in the local community. He was a valuable member of the Wharton community.

| DATE | TYPED NAME, TITLE AND TELEPHONE NUMBER | SIGNATURE |
|---|---|---|
| 4/6/92 | HOWARD KAUFOLD, ASSOC DIR, 2158987604 | |

### SECTION III - ADMINISTRATIVE REVIEW (To be completed by the Reviewer)

**13. DID STUDENT SUCCESSFULLY COMPLETE THE COURSE?** (A "NO" response must be supported by comments in ITEM 14. An Official Transcript must be attached prior to submission of the report to the OMPF.)    ☐ YES    ☒ NO

**14. REVIEWER COMMENTS**

Degree - Distinct

RCEP3 CODE
Ⓐ B C D E F G

92
Below Zone

| DATE | TYPED NAME AND TITLE | SIGNATURE |
|---|---|---|
| 11 AUG 1992 | Teresa L. Whitney   Military Personnel Technician | |

DA FORM 1059-1, 1 NOV 77    EDITION OF 1 JUL 78 IS OBSOLETE.

00194

#2607  31 Aug 90  JB.

06 2 3 6 5

DEPARTMENT OF THE ARMY
U.S. ARMY COMMAND AND GENERAL STAFF COLLEGE
ATTN: ATZL-SWE-R
FORT LEAVENWORTH, KANSAS 66027-6900

SUBJECT: CERTIFICATE OF COURSE COMPLETION        AA   IN        90  07  10

1. CAPTAIN           CHAMBERS, CHRISTOPHER N.      HAS SUCCESSFULLY
COMPLETED THE COMBINED ARMS AND SERVICES STAFF SCHOOL, CLASS  90-07, FROM
17 MAY    1990 TO 18 JULY    1990 AT THE US ARMY COMMAND AND
GENERAL STAFF COLLEGE, FORT LEAVENWORTH, KANSAS.

2. CAS3 IS A RIGOROUS STAFF OFFICER'S TRAINING PROGRAM.  IT PREPARES
OFFICERS FOR DUTIES ON BATTALION, BRIGADE AND DIVISION LEVEL STAFFS.
COURSE GOALS ARE TO IMPROVE EACH OFFICER'S ABILITY:  TO ANALYZE AND SOLVE
MILITARY PROBLEMS; TO INTERACT AND COORDINATE AS A MEMBER OF A STAFF; TO
WRITE AND BRIEF EFFECTIVELY; AND TO UNDERSTAND ARMY ORGANIZATION,
OPERATIONS AND PROCEDURES.  EACH STAFF GROUP OF TWELVE STUDENTS IS TAUGHT,
EVALUATED, MENTORED, AND LED BY AN EXPERIENCED LTC STAFF LEADER.

FOR THE COMMANDANT

                                        CDR, TAPC
                                        ATTN: TAPC-MSE-R
JAMES E. RING                           200 STOVALL ST.
LTC, FA                                 ALEXANDRIA, VA  22332
REGISTRAR

00195

*2619 28 JAN 91 JB*

062364

DEPARTMENT OF THE ARMY
Headquarters, US Army Training Center and Fort Dix
Fort Dix, New Jersey 08640-5000

PERMANENT ORDERS 132-7                                    16 July 1990

Announcement is made of the following awards.

1.  CHAMBERS, CHRISTOPHER M.               CAPTAIN, HEADQUARTERS COMPANY,
HEADQUARTERS COMMAND (WIDC1) FORT DIX, NEW JERSEY 08640-5000

Award:  Meritorious Service Medal
Date(s) or period of service:  24 July 1987 to 24 August 1990
Authority:  By direction of the President, under the provisions of AR 672-5-1.
Reason:  For meritorious service.

2.  PORTER, GAIL F.               CAPTAIN, COMPANY A, HEADQUARTERS COMMAND
(WIDC06) FORT DIX, NEW JERSEY 08640-7200

Award:  Meritorious Service Medal
Date(s) or period of service:  28 June 1988 to 28 August 1990
Authority:  By direction of the President, under the provisions of AR 672-5-1.
Reason:  For meritorious service

3.  SCHAEFFER, DANIEL W.               CHIEF WARRANT OFFICER  W-2, COMPANY A,
HEADQUARTERS COMMAND (WIDC06) FORT DIX, NEW JERSEY 08640-5000

Award:  Meritorious Service Medal (Second Oak Leaf Cluster)
Date(s) or period of service:  13 February 1987 to 29 June 1990
Authority:  By direction of the President, under the provisions of AR 672-5-1.
Reason:  For meritorious service

4.  TOLBERT, BILLY J.               COMMAND SERGEANT MAJOR  HEADQUARTERS,
2D BATTALION, 26TH INFANTRY (WIMV2B) FORT DIX, NEW JERSEY 08640-5000

Award:  Meritorious Service Medal (Second Oak Leaf Cluster)
Date(s) or period of service:  15 September 1988 to 18 July 1990
Authority:  By direction of the President, under the provisions of AR 672-5-1.
Reason:  For meritorious service.

5.  FENNERTY, THOMAS M.               SERGEANT FIRST CLASS  COMPANY A,
HEADQUARTERS COMMAND (WIDC06) FORT DIX, NEW JERSEY 08640-5000

Award:  Meritorious Service Medal (First Oak Leaf Cluster)
Date(s) or period of service:  9 October 1986 to 1 August 1990
Authority:  By direction of the President, under the provisions of AR 672-5-1.
Reason:  For meritorious service

Format:  320

F.26 la.2.8 Jan 91  JB

C.7

PERMANENT ORDERS 132-7          HQ, USATCFH          16 July 1990

MGR-13

FOR THE COMMANDER:

NICK D. DEMARIA
Chief, Personnel
Operations Branch

DISTRIBUTION:
30-POB Awards
    (5-Ea Indiv Indiv)
    (5-POB Awards)
0-PSB-HN
1-PAO, Ft DIX, NJ
1-PSNCO, Hq Comd
1-PSNCO, 3d BCT Bde
1-HQDA (DAPC-PSR-R) Alexandria, VA 22332
1-Cdr, USA Enl Rec Sec, ATTN: PCRC-RF-I, Ft Benjamin Harrison, IN 46249
2-Cdr, Hq Co, Hq Comd
2-Cdr, Co A, Hq Comd
2-Cdr, Hq, 2/26th Inf

00197





# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO          CAPTAIN CHRISTOPHER M. CHAMBERS, INFANTRY, UNITED STATES ARMY

FOR   EXCEPTIONALLY MERITORIOUS SERVICE FROM 24 JULY 1987 TO 24 AUGUST 1990 WHILE SERVING IN
POSITIONS OF INCREASED TRUST AND RESPONSIBILITY WHICH CULMINATED IN AN ASSIGNMENT AS THE
COMPANY COMMANDER OF ONE OF THE TOUGHEST UNITS ON THE INSTALLATION.  WHILE IN COMMAND, THE
COMPANY'S WEAPONS QUALIFICATION RATE EXCEEDED THE BATTALION STANDARD FOR THE FIRST TIME.
CAPTAIN CHAMBER'S ACHIEVEMENTS ARE IN KEEPING WITH THE MILITARY'S FINEST TRADITIONS AND
REFLECT GREAT CREDIT UPON HIM, FORT DIX, AND THE UNITED STATES ARMY.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS     16TH     DAY OF     JULY       19 90

JAMES W. WURMAN
Major General, USA
Commanding

PO 1327
16 Jul 90

SECRETARY OF THE ARMY

DA FORM 4980-13, APR 81

00198



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA, VA

REPLY TO
ATTENTION OF                    **22332-0442**                    baj



TAPC-MSE-A (623-105)                                   1 0 JUL 1995

MEMORANDUM FOR RECORD

SUBJECT:  Officer Evaluation Report/Academic Evaluation Report (OER/AER)

     NAME:  CHAMBERS, CHRISTOPHER M.     SSN: ▓▓▓▓▓▓▓     RANK:  CPT

     BR:  IN

     PERIOD:  900120 - 900615          P Frames Thru

1.  ACTION:

(   )  The OER/AER are hereby ALTERED as follows:

(XXX)  The OER/AER has been ALTERED.
(   )  The OER/AER is DELETED and the same period is DECLARED NONRATED.
(   )  An OER/AER has not been received.  The period has been DECLARED NONRATED.
(   )  OTHER:

2.  AUTHORITY FOR ACTION:

(XXX)  DCSPER Officer Special Review Board dated 7 July 1995.
(   )  PERSCOM administrative correction
(   )  OTHER:

                        ERIC E. LARSEN
                        Chief, Appeals and
                        Corrections Branch

Original To:  TAPC-MSR
Copy Furnished:  TAPC-OPE-IN

TAPC-MS FL 14
8 Dec 88

 Printed on   Recycled Paper

00199

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

062

01710072

## PART I – ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| CHAMBERS, CHRISTOPHER M. | 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 | CPT | 87 | 05 | 01 | IN | 11/54 | | 34201 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| HQ Co, HQ Cmd, USATC&FD, Ft Dix, NJ 08640 TRADOC | 03 CHANGE OF RATER | TC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | | |
| 90 | 01 | 20 | 90 | 06 | 15 | 05 | TD16 | [X] 1. GIVEN TO OFFICER  15 June 90  [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First, MI)
HOCKMAN, LEE J.
SSN | SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
MAJ, AG, Co A, HQ Cmd, USATC, Ft Dix, NJ 08640-7200 Battalion Commander
DATE 15 JUN 90

b. NAME OF INTERMEDIATE RATER (Last, First, MI)
SSN | SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
DATE

c. NAME OF SENIOR RATER (Last, First, MI)
ROY, JAMES W. JR.
SSN | SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC, FA, HQ CO, HQ CMD, USATC, Ft Dix, NJ 08640 Chief of Staff
DATE 15 Jun 90

| d. SIGNATURE OF RATED OFFICER | DATE 17 MAY 90 | e. DATE ENTERED ON DA FORM 2-1  15 June 90 | f. RATED OFFICER MPC INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | | | | | 0 |

## PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE   Company Commander

b. SSI/MOS 01A00

c. REFER TO PART IIIc, DA FORM 67-8 Command a Headquarters Company consisting of 36 officers and 225 enlisted soldiers, including the post command group, 7 post directorates and company cadre. Responsible for the training, health, welfare, morale, and discipline of all assigned soldiers. Responsible for billeting, logistical and administrative support for assigned enlisted soldiers. Oversee and assist a battalion contracted dining facility which feeds all assigned personnel. Manage company budget and provide maintenance for all assigned property.

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE  (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE  1  2  3   LOW DEGREE  4  5

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness   PASS 9004 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance   74/183 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a.3.) In top-notch physical condition. Participates in post sports programs.
(a.4.) Superb leader.
(a.5.) Highly respected.

37

DA FORM 67-8  REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.  US ARMY OFFICER EVALUATION REPORT

| PERIOD COVERED | 900120 thru 900615 |
|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME** CHAMBERS, CHRISTOPHER M.     **SSN**

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS     ☐ YES  ☒ NO

**b. PERFORMANCE DURING THIS RATING PERIOD.** REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE.** REFER TO PART III, DA FORM 67-8 AND PART III a, b, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL)

CPT Chambers' biggest impact as a commander has been in training. He has continued to run a challenging and effective physical training program. He designed a special physical training program to assist soldiers in improving fitness, to include company runs and a lunchtime Run for Your Life Program. His company's pass rate for the Army Physical Fitness Test exceeds the battalion standard by a wide margin. He developed a training program to prepare his junior enlisted soldiers to attend the Primary Leadership Development Course; his company had no failures. He automated the unit training program thereby improving training management. Efforts to improve barracks living condition also remained a priority. Painting, floor tiling, furniture repair, and procurement of game machines were all accomplished through self-help. CPT Chambers set the battalion standard for cleanliness and orderliness. To enhance soldier quality of life, CPT Chambers assisted the manager of his contract dining facility in smart budgetary planning to provide for special meals, additional foods, and previously unavailable condiments. In addition, he conducted several soldier and family-oriented activities including unit ski and fishing trips and family meals in the dining facility. Among the battalion subordinate commanders, CPT Chambers led the way in participation in off-duty post-level sports programs.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |
|---|---|---|---|

**e. COMMENT ON POTENTIAL**

Promote to Major immediately. Resident command and General Staff College Selection is a must. Select for battalion command.

**PART VI – INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII – SENIOR RATER**

| **a. POTENTIAL EVALUATION** (See Chapter 4, AR 623-105) | **b. COMMENTS** |
|---|---|
| SR | Captain Chambers has continued to perform outstandingly as a Headquarters Company commander. His solid leadership, ability to accomplish any mission, and sound judgment mark him as an officer with superb potential for significantly greater leadership roles. CPT Chambers' calm demeanor and competent actions, even in high-pressure situations, are a great asset to this command. His truly professional company of dedicated soldiers has set the standard for excellence on Fort Dix; training and support programs are among the finest I've witnessed. CPT Chambers should be promoted early to major and attend resident CGSC. Select him to command a TOE Infantry Battalion. Closely monitor his career; he will provide superb leadership to the Army. |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW

☒ YES   ☐ NO (Explain in b)

0.0201

*1346  MB.  5 Feb. 90*

*06236-2*                                                          *C8*  *00250251*

SEE PRIVACY ACT STATEMENT
ON DA FORM 67–8–1

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

## PART I – ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | PMOS/PFO | h. STA CODE |
|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | CPT | Year 87 Month 05 Day 01 | AR | IN 11/54 | | 34201 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| HQ Co, HQ Cmd, USATC&FD, Ft Dix, NJ 08640  TRADOC | 22  SR RTR OPTION | TC |

| l. PERIOD COVERED | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | | X 1. GIVEN TO OFFICER  *19 Jan 90* | |
| Year | Month | Day | Year | Month | Day | | |
| 89 | 07 | 19 | 90 | 01 | 19 | 05 | TD16 | | 2. FORWARDED TO OFFICER | |

| q. EXPLANATION OF NONRATED PERIODS  44 days |
|---|
| 890719-B90831  CHANGE OF DUTY |

## PART II – AUTHENTICATION (Rated officer's signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | | | SIGNATURE | |
|---|---|---|---|---|
| HOCKMAN, LEE J. | | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | | DATE |
| MAJ, AG, Co A, HQ Cmd, USATC&FD, Ft Dix, NJ 08640-7200  Battalion Commander | | | | JAN 19 1990 |

| c. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | SIGNATURE | |
|---|---|---|---|---|
| | | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | | DATE |

| e. NAME OF SENIOR RATER (Last, First, MI) | BSN | | SIGNATURE | |
|---|---|---|---|---|
| MILLER, FRANK D. | | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | | DATE |
| COL, EN, HQ CO, HQ CMD, USATC&FD, Ft Dix, NJ 08640  Chief of Staff | | | | 19 Jan 90 |

| i. SIGNATURE OF RATED OFFICER | DATE JAN 0 8 1990  *19 Jan 90* | j. DATE ENTERED ON DA FORM 4-1 | k. RATED OFFICER INITIALS | l. SR MPO INITIALS | m. NO. OF INCL  cp |
|---|---|---|---|---|---|

## PART III – DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE    Company Commander | b. SSI/MOS  01A00 |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1–**Command a Headquarters Company consisting of 36 officers and 225
enlisted soldiers, including the post command group, 7 post directorates and company
cadre. Responsible for the training, health, welfare, morale, and discipline of all
assigned soldiers. Responsible for billeting, logistical and administrative support
for assigned enlisted soldiers. Oversee and assist a battalion contracted dining
facility which feeds all assigned personnel. Manage company budget and provide
maintenance for all assigned property.**

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

|  | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | |
| 3. Maintains appropriate level of physical fitness  PASS 8910 | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | |
| 8. Displays sound judgment | 1 | | | | |
| 9. Seeks self-improvement | 1 | | | | |
| 10. Is adaptable to changing situations | 1 | | | | |
| 11. Sets and enforces high standards | 1 | | | | |
| 12. Possesses military bearing and appearance  74/180 YES | 1 | | | | |
| 13. Supports EO/EEO | 1 | | | | |
| 14. Clear and concise in oral communication | 1 | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.4. Motivates through personal example
a.6. Without peer.
a.8. Valued his counsel.
b.2. Actively seeks responsibility, encourages subordinates to do the same.
b.5. Up front and honest

DA FORM 67–8  1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 78, WHICH IS OBSOLETE 1 NOV 79    US ARMY OFFICER EVALUATION REPORT

*1346   Mg.  5 Feb 90*

MSR • 17 *C9*

| PERIOD COVERED | 890719-900119 | SENIOR RATER OPTION |
| --- | --- | --- |

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME    CHAMBERS, CHRISTOPHER M.    SSN

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
| --- | --- | --- | --- | --- |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

CPT Chambers was selected to command Headquarters Company, one of the largest and toughest units to command on the installation, because of his previous command experience. He has not disappointed. CPT Chambers consistently demonstrates mature and insightful leadership that sets him apart from his contemporaries. In a very short period he has restored the confidence of soldiers in the company's leadership by establishing a sound, productive command environment. Most importantly, he improved the effectiveness of his company by improving the administration and training programs. Through his efforts, the company's weapons qualification rate exceeded the battalion standard for the first time. He improved the effectiveness of the physical training program; the unit achieved a higher APFT pass rate than under previous commanders. CPT Chambers instituted a no-nonsense weight control program that, coupled with an aggressive remedial physical training program, has gotten results. He has worked hard to upgrade living conditions in the barracks through regular inspections of living areas and a rejuvenated self-help program of painting and furniture repair. Charged with monitoring one of the busiest contract dining facilities on post, he instituted an enlisted dining facility council with members from every unit supported by the facility

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
| --- | --- | --- | --- |

e. COMMENT ON POTENTIAL

Unlimited potential. Ready for the tough field grade jobs now. Promote immediately. Send to advanced civil schooling. Resident Command and General Staff College a must.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | | |
| --- | --- | --- |
| [X] | •[ 10] RO: CPT | |
| | [ 5] CHAMBERS C | |
| | [ 5] | |
| | [ 0] SR: COL | |
| | [ 0] MILLE | |
| | [ 0] | |
| | [ 0] DATE 900126 | |
| | [ 0] TOTAL OFF : | |
| | [ 0] RATED    18 | |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW.    [X] YES    [ ] NO (Explain in b)

b. COMMENTS

CPT Chambers is an outstanding leader and one of the two best company commanders on this post. He aggressively sought appointment as commander of the large Post Headquarters Company which has many unique and difficult challenges. He was chosen for his attitude, performance, and solid leadership - all of which have improved the company greatly. CPT Chambers has created a successful command climate which is positive but disciplined, and fosters excellence from his subordinates. His performance clearly marks him as a leader in his year group and he shows the potential to command a TOE infantry battalion. Promote him early, select him for resident CGSC, and closely monitor his career. Outstanding battalion and brigade command potential.

U.S. GOVERNMENT PRINTING OFFICE : 1983 O - 409-987

00203

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME – FIRST NAME – MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. PMOS | f. DESIGNATED | g. PMOS (RU) | h. STA CODS |
|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | CPT | Year 87 Month 05 Day 01 | IN | 11X | 92790008 | 34201 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | | j. REASON FOR SUBMISSION | | n. COMD CODE |
|---|---|---|---|---|
| HHC 5th Tng Bde/Ft Dix NJ 08640 | TRADOC | 22 | SENIOR RATER OPTION | TC |

| k. PERIOD COVERED | | | | | l. NO. OF MONTHS | m. NILPO CODE | o. RATED OFFICER COPY (Check one and date): | | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM Year 88 Month 12 Day 12 | THRU Year 89 Month 07 Day 18 | | | | 06 | TD16 | X 1. GIVEN TO OFFICER 15 Aug 89 | 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | b. SSN | c. SIGNATURE | |
|---|---|---|---|
| NEEDHAM, MARK D. | | *Mark D. Needham* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, AR, HHC 5th Tng Bde/Ft Dix NJ, BDE S-3 | | | 24 Jul 89 |
| e. NAME OF INTERMEDIATE RATER (Last, First, MI) | | SIGNATURE | |
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| | | | |
| g. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
| LEGRICE, KENNETH P. JR. | | *Kenneth P. LeGrice* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, IN, HHC 5th Tng Bde/Ft Dix NJ, BDE XO | | | 10 Aug 89 |

| j. SIGNATURE OF RATED OFFICER | DATE | k. DATE ENTERED ON DA FORM 2-1 | l. RATED OFFICER BRANCH | m. SR MPO INITIALS | n. NO. OF INCL |
|---|---|---|---|---|---|
| | 21 Jul 89 | 15 Aug 89 | | | 0 |

**PART III – DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| Assistant S-3 Officer | 01A00 |

c. REFER TO PART IIIa, DA FORM 67-8-1

Responsible for all operations/staff actions for two Advanced Individual Training Battalions
training 10,000 soldiers annually in three military occupational specialties, and a U.S.
Army/Air Force Air Base Ground Defense School training 7,000 enlisted and officer students
annually. Directly responsible for coordinating all operations, training, numerous real-
world contingency plans, security operations, and safety management. Conduct the brigade's
Command Inspection Program for the three battalion sized subordinate elements. Supervise
and train a section consisting of three noncommissioned officers and two enlisted personnel.
Additionally, serve as the Brigade Security Officer and Safety Action Officer.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

| a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements by circling the appropriate number. Comments will be referenced to q below) | HIGH DEGREE 1 2 3 | LOW DEGREE 4 5 |
|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 1 |
| 3. Maintains appropriate level of physical fitness  PASG: 8904 | | 1 |
| 4. Motivates, challenges and develops subordinates | | 1 |
| 5. Performs under physical and mental stress | | 1 |
| 6. Encourages candor and frankness in subordinates | | 1 |
| 7. Clear and concise in written communication | 1 | |
| 8. Displays sound judgment | | 1 |
| 9. Seeks self-improvement | | 1 |
| 10. Is adaptable to changing situations | | 1 |
| 11. Sets and enforces high standards | | 1 |
| 12. Possesses military bearing and appearance  73/182  YES | | |
| 13. Supports EO/EEO | | 1 |
| 14. Clear and concise in oral communication | | 1 |

| b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement) | |
|---|---|
| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a1,2,7,14.  Demonstrated a sound grasp of all military concepts, and communicates his expertise superbly. a8.  Uncanny common sense. b1.  Totally dedicated. b2.  Constantly seeks additional responsibility. b3,5.  Loyalty and integrity are above reproach. |

**37**

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 78, WHICH IS OBSOLETE 1 NOV 78    US ARMY OFFICER EVALUATION REPORT

881212 thru 890718    SENIOR RATER OPTION

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

RATED OFFICER'S NAME    CHAMBERS, CHRISTOPHER M.

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [ ] YES    [X] NO

PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8-R AND PART III 4, 5, AND 6, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, b, c, DA FORM 67-8-R AND PART III 3, a, b, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

CPT Chambers performed superbly. With his keen operational skills and training management talent, he adeptly completed all his major performance objectives. CPT Chambers spear-headed the brigade's effort to integrate the Air Base Ground Defense School into the bri-gade. He developed a command inspection program, training procedures, and a training inspec-tion program for the new organization, as well as a completely coordinated and detailed engineer plan to upgrade the school's facilities. His work for this and other projects received praise from commanders at all levels. His expertise in training contributed greatly to the brigade's training successes. CPT Chambers' technical prowess and profes-sional aplomb made him an officer who could always be relied upon and an officer whose opinion was always sought. His competence was again recently recognized and he is now a leading contender for the coveted Olmstead Scholarship awarded only to officers who are a cut above the best. CPT Chambers demonstrated abilities are usually found in officers with much more experience. As the brigade's safety action officer, his astute observations and timely inspections corrected many potential safety hazards on Post. CPT Chambers can meet any challenge!

THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

COMMENT ON POTENTIAL

Monitor this officer's career closely to ensure early selection to Major and the Resident Command and General Staff College. CPT Chambers has unlimited potential. He can easily assume positions occupied by officers much senior to himself.

**PART VI — INTERMEDIATE RATER**

COMMENTS

**PART VII — SENIOR RATER**

POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | DA |
|----|-----|
| *[ 9] | RO: CPT |
| [ 20] | CHAMBERS C |
| [ 4] | 013581963 |
| [ 0] | SR: LTC |
| [ 0] | (EGR) |
| [ 0] | |
| [ 0] | DATE 890818 |
| [ 0] | |
| [ 0] | TOTAL OFF |
| [ 0] | RATED    27 |

COMMENTS

An outstanding performer in every respect. CPT Chambers has proven himself to be a solid officer whose abilities as an administrator, manager, planner, and trainer have been of immeasurable value to the great success that this brigade is now experiencing throughout this assignment. CPT Chambers was able to consistently draw on his personal experience and background and to orchestrate the expertise of his subordinates in providing sound and logical solutions to complex problems. CPT Chambers is a perceptive, conscientious, and serious minded officer who is always prepared to give that extra effort to ensure mission accomplishment. Early selection to major and attendance at CGSC clearly warranted. Fully capable of serving on the highest level staff.

A COMPLETED THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW? [X] YES    [ ] NO (Explain in b)

* U.S.G.P.O. 1987 - 181-031/50702

00205

#603  3 Feb 89   J.B.

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

06236-2

901 70460   C4

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME – FIRST NAME – MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTY | g. PMOS (PO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | CPT | Yr 87 | Mo 05 | Day 01 | IN | 11 | | 34201 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMO CODE |
|---|---|---|
| Co D 3d Bn 39th Inf 5th Tng Bde/Ft Dix NJ 08640  TRADOC | 04  CHANGE OF DUTY | TC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. RATED MONTHS | o. NON-RATED CODES | p. RATED OFFICER COPY (Check one and date) | q. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | | |
| Year 88 | Month 07 | Day 18 | Year 88 | Month 12 | Day 11 | 5 | | TD16 | X GIVEN TO OFFICER 12 Jan 89 / FORWARDED TO OFFICER | |

r. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION (Rated officer's signature verifies PART I data and RATING OFFICIALS ONLY)**

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| ALLEN, JAMES M. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, IN, HQ 3d Bn 39th Inf 5th Tng Bde/Ft Dix NJ, BN CDR | | | 30 Dec 88 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| ARNOLD, JOSEPH C. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| COL, IN, HHD 5th Tng Bde/Ft Dix NJ, BDE CDR | | | 9 Jan 89 |

| d. SIGNATURE OF RATED OFFICER | DATE 21 Dec 88 | e. DATE ENTERED ON LATEST OFFICER 12 Jan 89 | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|

**PART III – DUTY DESCRIPTION (Rater)**

| a. PRINCIPAL DUTY TITLE   Company Commander | b. SSI/MOS  01A000 |
|---|---|

c. REFER TO PART IIIc, DA FORM 67-8-1   Commands a Basic Training Company with an average strength of approxi-
mately 250 soldiers. Plans, coordinates and executes an effective and professional Basic
Training Program in accordance with the Programs of Instruction, TRADOC guidance, and local
policies. Ensures that soldiers graduating from Basic Training are well disciplined, moti-
vated and highly trained. Ensures the timeliness and effectiveness of training and ensures
that safety procedures are maintained at all times. Supervises, trains and aids in the pro-
fessional development of unit cadre. Ensures that the welfare of unit cadre and their fami-
lies is provided for. Ensures that the company supply system operates effectively to support
the soldiers and accountability is always maintained.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE

| | | HIGH DEGREE | | | | LOW DEGREE | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | X | | | | | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | X | | | | | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness   PASS 8810 | | X | | | | | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | | X | | | | | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | | X | | | | | 12. Possesses military bearing and appearance  74/189 YES | 1 |
| 6. Encourages candor and frankness in subordinates | | X | | | | | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | | X | | | | | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area above the rated officer is particularly outstanding or needs improvement)

| | |
|---|---|
| 1. DEDICATION | a.1.  Brilliant, insightful mind. |
| 2. RESPONSIBILITY | a.4.  Subordinates mature professionally under his leadership. |
| 3. LOYALTY | a.5.  Tough physically and mentally – at his best in pressure situations. |
| 4. DISCIPLINE | a.7.&14.  Consummate communicator. |
| 5. INTEGRITY | b.3.  Loyalty beyond reproach. |
| 6. MORAL COURAGE | b.5.&6.  Uncompromisingly honest; his appraisals are tactful, but straightfor- |
| 7. SELFLESSNESS | ward regardless of how unpopular his assessment may be. |
| 8. MORAL STAND-ARDS | |

DA FORM 67-8 (1 SEP 79)   REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.   US ARMY OFFICER EVALUATION REPORT

00206

#603   3 Feb 89 | J.B.

**PERIOD COVERED** 880718-881211   **CHANGE OF RATER**

**PART I — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME**   CHAMBERS, CHRISTOPHER M

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [ ] YES   [X] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III 4, 5, AND 6, DA FORM 67-8-1.**

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III 4, 5 AND 6, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.**

CPT Chambers is a multi-talented officer who has performed all duties, both assigned and implied, in a truly outstanding manner. He is one of those rare officers whose innate leadership qualities are head and shoulders above his contemporaries. CPT Chambers has commanded the finest company in this battalion by any objective measure. Indeed, his training results are at the very top of all the companies on the installation. For example, Delta Company is the only company on post to achieve 100% Basic Rifle Marksmanship qualification twice. His concerned, caring leadership has created a climate in the company that breeds success. His subordinates are a close-knit, mission-oriented group of professionals that produce first rate soldiers for our Army. In all command inspections during the rated period, Delta Company received very high marks, indicative of a solid organization that does business the "right way" every day. Safety was always a top priority. CPT Chambers has developed a well-deserved reputation for absolute effectiveness in everything he undertakes. In summary, a remarkable performance by a very gifted officer.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

**e. COMMENT ON POTENTIAL**

Unquestionably among the very best in his year group, CPT Chambers should be promoted at the earliest possible date, schooled ahead of contemporaries, and his career carefully managed to capitalize on his talents. A definite choice for command of an Infantry Battalion – there is none finer!

**PART VI — INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII — SENIOR RATER**

**a. POTENTIAL EVALUATION** (See Chapter 3, AR 623-105)

SR
[X]

| N[ 25] | RO: CPT |
| [ 46] | CHAMBERS C |
| [ 27] | |
| [ 9] | SR: COL |
| [ 5] | ARNOL |
| [ 0] | DATE 890118 |
| [ 0] | |
| [ 0] | TOTAL OFF |
| [ 0] | RATED  71 |

A COMPLETE THIS REPORT AND CONCURRED IN MY EVALUATION AND REVIEW

[X] YES   [ ] NO (Explain in b.)

**b. COMMENTS**

CPT Chambers has continued his winning ways. His was the best company in the 3/39th. He molded a superior unit cadre that consistently produced Post training records. All aspects of the company operation were rated commendable or satisfactory during the last Command Inspection. CPT Chambers is a natural leader who knows how to motivate and produce superior results. Promote now, select for Command and General Staff College and battalion command.

*Sept 15, 88   mace #1346*

PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | PMOS (YGS) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | 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 | CPT | Year 87 | Month 01 | Day | IN | 11 | | 34201 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| Co D 3d Bn 39th Inf 5th Tng Bde/Ft Dix NJ 08640 TRADOC | 05    ANNUAL | TC |

| l. PERIOD COVERED | | | | m. NO. OF MONTHS | n. RATED MONTHS CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | | | |
| Year | Month | Day | Year | Month | Day | | |
| 87 | 07 | 18 | 88 | 07 | 17 | 12 | TD16 |

☒ 1. GIVEN TO OFFICER   *17 Aug 88*
☐ 2. FORWARDED TO OFFICER

| q. EXPLANATION OF NONRATED PERIODS |
|---|
| 6 DAYS: 870718-870723 Change Duty, PCS, Leave & Travel |

PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| ALLEN, JAMES M. | 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 | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, IN, HQ 3d Bn 39th Inf 5th Tng Bde/Ft Dix NJ, BN CDR | | | 9 Aug 88 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| ARNOLD, JOSEPH C. | 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 | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| COL, IN, HHD 5th Tng Bde/Ft Dix NJ, BDE CDR | | | 11 Aug 88 |

| d. SIGNATURE OF RATED OFFICER | e. DATE ENTERED ON DA FORM 67-8 | f. RATED OFFICER MPO INITIALS | g. BR MPO INITIALS | h. NO. OF INDEX |
|---|---|---|---|---|
| | 27 Jul 88 | 17 Aug 88 | | 0 |

PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE   Company Commander | b. SSI/MOS   01A000 |
|---|---|

c. REFER TO PART III, DA FORM 67-8-1: Commands a Basic Training Company with an average strength of approximately 250 soldiers. Plans, coordinates and executes an effective and professional Basic Training Program in accordance with the Programs of Instruction, TRADOC guidance and local policies. Ensures that soldiers graduating from basic training are well disciplined, motivated and highly trained. Ensures the timeliness and effectiveness of training and ensures that safety procedures are maintained at all times. Supervises, trains and aids in the professional development of unit cadre. Ensures that the welfare of unit cadre and their families is provided for. Ensures that the company supply system operates effectively to support the soldiers and accountability is always maintained.

PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. All comments will be reflected in b below.)

| | | HIGH DEGREE | | | LOW DEGREE | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | | | 8. Displays sound judgment | | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | | | 9. Seeks self-improvement | | | | | 1 |
| 3. Maintains appropriate level of physical fitness   PASS 8804 | 1 | | | | | | 10. Is adaptable to changing situations | | | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | | | | | 11. Sets and enforces high standards | | | | | 1 |
| 5. Performs under physical and mental stress | 1 | | | | | | 12. Possesses military bearing and appearance   74/189   YES | | | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | | | | | | 13. Supports EO/EEO | | | | | 1 |
| 7. Clear and concise in written communication | 1 | | | | | | 14. Clear and concise in oral communication | | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.4. Drill Sergeants flourish under his leadership.
a.8. Unerring judgement, especially under pressure.
a.11. Sets standards through personal example.
b.3. Uncommon loyalty both up and down his chain of command.

| DA FORM 67-8, 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|