*Sept 58?   mac #1346*

MSR-8  03

| PERIOD COVERED | 870718-880717  ANNUAL |
|---|---|

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rate)**

a. RATED OFFICER'S NAME   CHAMBERS, CHRISTOPHER M.   SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   [ ] YES   [X] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67–8 AND PART III c,5, AND e, DA FORM 67–8–1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67–8 AND PART III c, d, AND e, DA FORM 67–8–1. DO NOT USE FOR COMMENTS ON POTENTIAL.

CPT Chambers' performance during the rating period has been outstanding in every respect. The consummate leader, CPT Chambers routinely produces results that are the best in this battalion and among the best on the entire installation. Intelligent and articulate, he possesses a unique ability to communicate with basic trainees and general officers with equal facility. CPT Chambers very quickly grasped the intricacies of the Initial Entry Training environment and, through careful attention to detail, produces the very best soldiers – technically competent and imbued with the soldierly qualities necessary in today's Army. He has devoted energies to building a "company team", including families in many activities, and devoting his attention to the personal and professional development of his subordinates. Chris and Cathy are active in all facets of the community and are valued members of the Battalion Family.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

e. COMMENT ON POTENTIAL

CPT Chambers is clearly in the top 5% of his year group. Promote now and select for Command and General Staff College ahead of his contemporaries. Obvious choice for future Battalion Command – a winner in every respect!

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 1, AR 623-105)

| SR | DA USE ONLY V |
|---|---|
| [X] | |
| | MC [17] RO: CPT |
| | [37] CHAMBERS C |
| | [26] |
| | [9] SR: COL |
| | [5] ARNOL |
| | [0] DATE 880819 |
| | [0] TOTAL OFF |
| | [0] RATED 66 |

A COMPL THIS REPORT AND REVIEW   [X] YES   [ ] NO (Explain in h)

b. COMMENTS

CPT Chambers is the best company commander in the 3d Battalion, 39th Infantry. He is a natural leader whose soldiers produce superior results. His company leads the way in Basic Rifle Marksmanship, holding several Post records. The company has been a consistent winner of the Brigade Commander's Streamer for Excellence in all events. All company administrative and logistical areas were rated satisfactory or commendable during the last Command Inspection. CPT Chambers should be promoted now, selected for Command and General Staff College and battalion command. He is a winner.

SM/9 06236-2                                    7334.0345

| SERVICE SCHOOL ACADEMIC EVALUATION REPORT | DATE |
|---|---|
| For use of this form, see AR 623-1; the proponent agency is MILPERCEN. | 18 July 87 |

**1. LAST NAME - FIRST NAME - MIDDLE INITIAL** Chambers, Christopher M. | **2. SSN** | **3. GRADE** CPT | **4. BR** IN | **5. SPECIALTY/MOSC** 11A

**6. COURSE TITLE** Engineer Officer Advanced Course 4-87 | 6 | **7. NAME OF SCHOOL** USAES, Ft. Belvoir, VA 22060 | **8. COMP.** RA

**9. TYPE OF REPORT** [X] RESIDENT [ ] NONRESIDENT | **10. PERIOD OF REPORT (Year, month, day)** From: 861213 Thru: 870717 | [X] | **11. DURATION OF COURSE (Year, month, day)** From: 870302 Thru: 870717

**12. EXPLANATION OF NONRATED PERIODS**

**13. PERFORMANCE SUMMARY**
- a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- b. [X] ACHIEVED COURSE STANDARDS
- c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 16.

**14. DEMONSTRATED ABILITIES**
- a. WRITTEN COMMUNICATION [ ]NOT EVALUATED [ ]UNSAT [ ]SAT [X]SUPERIOR
- b. ORAL COMMUNICATION [ ]NOT EVALUATED [ ]UNSAT [ ]SAT [X]SUPERIOR
- c. LEADERSHIP SKILLS [ ]NOT EVALUATED [ ]UNSAT [ ]SAT [X]SUPERIOR
- d. CONTRIBUTION TO GROUP WORK [ ]NOT EVALUATED [ ]UNSAT [ ]SAT [X]SUPERIOR
- e. EVALUATION OF STUDENT'S RESEARCH ABILITY [ ]NOT EVALUATED [ ]UNSAT [X]SAT [ ]SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?** [X] YES [ ] NO [ ] N/A

**16. COMMENTS**

Item 13b: An exceptional academic performance throughout the course, scoring over 90 percent. He demonstrated superior skill in the tactical portion of the course, and, though not an engineer officer, he was very successful in the technical engineering subjects as well. He is a very professional officer. He is in excellent physical condition.

Item 14a: He is an exceptional writer.

Item 14b: Poised and confident speaker, he is an excellent briefer.

Item 14c: Superior leadership attributes, he is dedicated and sincere.

Item 14d: An important member in a highly cohesive and high performance team.

CPT Chambers has unlimited potential. He should be given command at the earliest opportunity, and assigned positions of increased responsibility and challenge. Send to CSC ahead of his peers.

PASS 8705    74/192    YES

**17. AUTHENTICATION**
a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER: GORDON C. ROSS, CPT, EN Team Leader, EOAC Division
b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER: JOHN E. SCHAUFELBERGER, COL, EN Course Coordinator

**18. MILITARY PERSONNEL OFFICER**
a. FORWARDING ADDRESS (Rated student) 12 Carriage Way Cinnaminson, NJ 08077
b. DISTRIBUTION

**DA FORM 1059** 1 NOV 77    EDITION OF 1 JUL 73 IS OBSOLETE.

00210

06236-2

DEPARTMENT OF THE ARMY
UNITED STATES ARMY REGIONAL PERSONNEL CENTER, MAINZ
APO NEW YORK 09185-2323

PERMANENT ORDERS  72-1                                    20 May 1987

CHAMBERS, CHRISTOPHER M. ▮▮▮▮▮▮▮▮ 1LT HHC 3rd Bn 8th Inf (M) APO NY
09185-2106

Announcement is made of the following award.

Award: Army Commendation Medal
Date(s) or period of service: 1 Mar 84 - 14 Feb 87
Authority: Paragraph 2-20 Army Regulation 672-5-1 and COL William M. Barron,
Commander, 1st Bde 8th ID
Reason: For Meritorious Service
Format: 320

FOR THE MILITARY PERSONNEL OFFICER:

140/006
DISTRIBUTION
1LT Chambers    (3)
Commander, HHC 370th Inf  (1)
Commander, HQ ATTN: DAPC-MSR-QQO Slevel Col. Alexandria, VA 22332-0400  (1)
Commander, 1st Bde 8-1  (1)
Record (1)
PAO (1)

INQUIRIES CONCERNING THIS ORDER SHOULD BE DIRECTED TO COMMANDER REGIONAL
PERSONNEL CENTER MAINZ APO NEW YORK 09185-2323 TELEPHONE MIL 354-0305 or
7315.

# 2619  18 APR 89   JB

06236-2

SC

DEPARTMENT OF THE ARMY
U.S. ARMY MILITARY PERSONNEL CENTER
200 STOVALL STREET
ALEXANDRIA, VIRGINIA  22332-0400

ORDER NO:  38-028                                     14 Apr 87

12.  The President of the United States has reposed special trust and con-
fidence in the patriotism, valor, fidelity, and abilities of the following
officers.  In view of these qualities and their demonstrated potential for
increased responsibility, they are, therefore, promoted in the United States
Army to the grade of rank shown.  Promotion is in the component in which the
officer is serving.  Promotion is not valid and will be revoked if the officer
concerned is not in a promotable status on the effective date of promotion.
The authority for this promotion is section 624 of Title 10 United States
Code.

| Name, SSN, Branch | | Grade of rank promoted to | Effective date | Date of rank |
|---|---|---|---|---|
| CHAMBERS, CHRISTOPH | IN | CPT | 1 May 87 | 1 May 87 |
| CHARRON, THOMAS WIL | AV | CPT | 1 May 87 | 1 May 87 |
| CHESHIRE, WALTER RO | FA | CPT | 1 May 87 | 1 May 87 |
| CHEW, JAMES EDWARD | IN | CPT | 1 May 87 | 1 May 87 |
| CHING, ROBERT JOSEF | AR | CPT | 1 May 87 | 1 May 87 |
| CHINN, JEFFREY KWAN | EN | CPT | 1 May 87 | 1 May 87 |
| CHLAPOWSKI, ALBERT | QM | CPT | 1 May 87 | 1 May 87 |
| CHU, CONSTANCE REN | MI | CPT | 1 May 87 | 1 May 87 |
| CINO, PAUL VINCENT | OD | CPT | 1 May 87 | 1 May 87 |
| CLARKE, ANTHONY JAM | FA | CPT | 1 May 87 | 1 May 87 |
| CLARKE, ROBERT THEO | OD | CPT | 1 May 87 | 1 May 87 |
| CLAWSON, JAMES ROBE | AR | CPT | 1 May 87 | 1 May 87 |
| CLOUGH, PHILLIP ANT | FA | CPT | 1 May 87 | 1 May 87 |
| CLOWES, WILLIAM BAI | FA | CPT | 1 May 87 | 1 May 87 |
| COATES, JOHN SHELBY | AR | CPT | 1 May 87 | 1 May 87 |
| SODY, JOHN DANIEL J | EN | CPT | 1 May 87 | 1 May 87 |
| CODY, STACY ANNE | MP | CPT | 1 May 87 | 1 May 87 |
| COE, JOANNE FRANCES | OD | CPT | 1 May 87 | 1 May 87 |
| COLDREN, JOHN FRANK | IN | CPT | 1 May 87 | 1 May 87 |
| COLE, JOHN VERMET | MI | CPT | 1 May 87 | 1 May 87 |
| COLE, ROBERT GEORGE | AV | CPT | 1 May 87 | 1 May 87 |
| COLLAZZO, EDWARD CH | AR | CPT | 1 May 87 | 1 May 87 |

Date of Senate Confirmation: Not applicable.
Format:  300

BY ORDER OF THE SECRETARY OF THE ARMY:

OFFICIAL
COPY

DISTRIBUTION:                          ROBERT J. ALBERTAZZI
Each PSC (2)                           Lieutenant Colonel, GS
Each Major Command (2)                 Chief, Promotions Branch

REPRODUCED AT GOVERNMENT EXPENSE

O6236-Z                                                    70230179                        B13

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1
For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

## PART I – ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. DATE OF RANK | d. PR | e. DESIGNATED, PMOS (MOS) | f. STA CODE |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | 1LT/P | 84 11 25 | IN 11 | AF058 |

| 1. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | 2. REASON FOR SUBMISSION | | g. CMD CODE |
|---|---|---|---|
| HHC 3rd Bn(M) 8th Inf 8th Inf Div(M) APO NY 09185 | 04 PCS | | UU |

| 3. PERIOD COVERED | | 4. NO. OF MONTHS | 5. MILPO | 6. RATED OFFICER'S COPY (Check one and return) | 7. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| FROM Year Month Day | THRU Year Month Day | | CODE | 1. GIVEN TO OFFICER | |
| 86 04 21 | 86 12 12 | 8 | EU69 | 2. FORWARDED TO OFFICER | Co C 3rd Bn Eng Sch Bde (Student officer) Ft. Belvoir, VA 22060 |

8. EXPLANATION OF NONRATED PERIODS

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| GERBER, MARION D. | | [signature] | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MAJ IN HHC 3rd Bn(M) 8th Inf Reg 8th Inf Div Battalion Executive Officer | | | 1 JAN 87 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | DATE |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARBOUR, MARK O. | | [signature] | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC IN HHC 3rd Bn(M) 8th Inf Reg 8th Inf Div Battalion Commander | | | 7 JAN 87 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| [signature] | 15 DEC 86 | | | | Ø |

## PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE        Battalion S-1          b. SSI/MOS        11000

c. REFER TO PART IIIb, DA FORM 67-8-1

Principal advisor to the Commander of a forward deployed Mechanized Infantry Battalion on all matters concerning personnel. Directly responsible for managing all matters concerning officer assignments, promotions, sponsorship, evaluations and personnel actions in the battalion. Serve as direct supervisor for the Battalion Personnel Administration Center (PAC). Responsible for the performance, training, welfare and maintenance of the PAC's 12 soldiers, 1 officer and 1 civilian employee, and assigned equipment. Serve as the Commander's principal monitor and advisor on legal actions within the battalion. Responsible for maintaining battalion records. Serve as Rear Detachment Commander when the battalion deploys to training areas.

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements on being descriptive of the rated officer. Any comments will be reflected in b below)

| | | HIGH DEGREE | | LOW DEGREE | |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 8609 | | | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | | 12. Possesses military bearing and appearance  74/190 YES | | |
| 6. Encourages candor and frankness in subordinates | 1 | | 13. Supports EO/EEO | | |
| 7. Clear and concise in written communication | 1 | | 14. Clear and concise in oral communication | | |

b. PROFESSIONAL ETHICS (Comment on any one where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | A1,2. 1LT(P) Chambers worked very hard to learn his job and apply new skills. A10. He does well in balancing competing priorities. A14. He is not afraid to express himself. B6. Definitely not a "yes man". B1,2. 1LT(P) Chambers shows a high degree of dedication and responsibility as he works to improve his overall performance. B5. Unimpeachable integrity. |
|---|---|

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 79, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

00213

| PERIOD COVERED | 860421 – 861212 |
|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME:** CHAMBERS CHRISTOPHER M.

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS**  [X] Yes [ ] No

**b. PERFORMANCE DURING THIS RATING PERIOD:** REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[XXX] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE,** REFER TO PART IV, DA FORM 67-8 AND PART III a, b, AND c, V4 FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

1LT(P) Chambers has done an outstanding job in rebuilding the Battalion Personnel Assistance Center (PAC) and improving overall S-1 operations. As a 1LT with no personnel management training or experience, 1LT(P) Chambers was assigned as the Adjutant and given the onerous task of mastering a failed S-1 operation. Through 1LT(P) Chambers' diligent efforts the Battalion PAC, which had been a slow and error prone operation, was greatly improved and continues to increase in effectiveness and efficiency. As the S-1, 1LT(P) Chambers was also instrumental in producing a comprehensive Battalion Standard Operating Procedure that required numerous hours of detailed preparation. 1LT(P) Chambers worked with great perseverance to improve the Battalion's human resource/people programs. He has a genuine concern for the welfare of his soldiers.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[XXX] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

1LT(P) Chambers is on promotion list to Captain and scheduled to attend the Engineer Officer Advance Course.

He has the potential to become a superb staff officer and to command well.

**PART VI – INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII – SENIOR RATER**

**a. POTENTIAL EVALUATION** (See Chapter 4, AR 623-105)

| SR | DA |
|---|---|
| [ 4] RO! 1LTP |
| [X] [18] CHAMBERS C |
| [ 7] |
| [ 3] SR! LTC |
| [ 0] BARBO |
| [ 0] DATE/870127 |
| [ 1] |
| [ 2] TOTAL OFF |
| [ 0] RATED |

**A COMPLETED THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW**  [X] YES [ ] NO (Explain at 1)

**b. COMMENTS**

1LT Chambers has accomplished wonders in taking a totally unsatisfactory personnel administration section and moving it to acceptable standards. He did this under the most difficult conditions. Overcoming tremendous obstacles, 1LT(P) Chambers restructured the section and established efficient systems to replace crisis management. He pared the overhead of shadow clerks, returning soldiers to the foxhole. He personally involved himself in daily actions to ensure no slips occurred during reorganization. He requested a reinspection which confirmed the soldiness of this revamping. By every measure of timeliness, accuracy and customer satisfaction the improvements are dramatic. Chris Chambers is a bright, dynamic and energetic officer with immense potential. He is calm under fire; a man others turn to in tough situations.

* U.S. GOVERNMENT PRINTING OFFICE: 1986 - 449-811/37044

06236-2₁₈                                    61540171          B11

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

**PART I — ADMINISTRATIVE DATA**

a. LAST NAME / FIRST NAME - MIDDLE INITIAL.
CHAMBERS, CHRISTOPHER M.     LT    84  TI  25  IN  11        AE508

f. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND     USAREUR     04   CHANGE OF DUTY
CO A, 3rd Bn, 8th Inf, 8th Inf Div(M)  APO NY 09185

l. PERIOD COVERED
FROM: Year 85 Month 10 Day 02   THRU: Year 86 Month 04 Day 26   NO. OF MONTHS 7

EU69

**PART II — AUTHENTICATION**

a. NAME OF RATER
GORACKE, MARK L.
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
CPT, IN, ACO, 3rd Bn, 3rd Inf (M) APO NY 09185  CO CDR          27 MAR 86

b. NAME OF INTERMEDIATE RATER
LEWIS, JOHN R.
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
MAJ, IN, HHC, 3rd Bn, 8th Inf Reg (M) APO NY 09185  BN XO        28 MAR 86

c. NAME OF SENIOR RATER
PROSCH, GEOFFREY G.
GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC, IN, HHC, 3rd Bn, 8th Inf Reg (M) APO NY 09185  BN CDR        MAY 86

e. SIGNATURE OF RATED OFFICER                    DATE      23 APR 86

**PART III — DUTY DESCRIPTION**

a. PRINCIPAL DUTY TITLE     EXECUTIVE OFFICER          b. SSI/MOS     11C00

Responsible for managing all combat and garrison support operations for a forward
deployed, Mechanized Infantry Company, to include maintenance of weapons and vehicles,
supply operations, communications and administration. Responsible for the training,
discipline, and welfare of the company headquarters section. Assume the duties of the
Commander in his absence. Additionally serve as the Company POV Control Officer, Tax
Officer, Map Custodian Officer, Unit Fund Officer and Manuever Damage Control Officer.

**PART IV — PERFORMANCE EVALUATION - PROFESSIONALISM**

a. PROFESSIONAL COMPETENCE                                          HIGH DEGREE / LOW DEGREE

1. Possesses capacity to acquire knowledge/grasp concepts
2. Demonstrates appropriate knowledge and expertise in assigned tasks
3. Maintains appropriate level of physical fitness     PASS 8602
4. Motivates, challenges and develops subordinates
5. Performs under physical and mental stress
6. Encourages candor and frankness in subordinates
7. Clear and concise in written communication

8. Displays sound judgment
9. Seeks self-improvement
10. Is adaptable to changing situations
11. Sets and enforces high standards
12. Possesses military bearing and appearance     72/180  YES
13. Supports EO/EEO
14. Clear and concise in oral communication

b. PROFESSIONAL ETHICS

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

His technical knowledge of maintenance and logistical programs far
exceeds that of most officers.
B 2,3,5. LT Chambers' sense of responsibility, his loyalty to the unit and
his personal integrity are beyond compare.
B 6. He has a great ability to express his feelings and influence decisions
in such a manner as to enhance mission accomplishment.

DA FORM 67-8
1 SEP 79     REPLACES DA FORM 67-7, 1 JAN 78, WHICH IS OBSOLETE, 1 NOV 79.     US ARMY OFFICER EVALUATION REPORT

00215

MSR-23    B12

PERIOD COVERED  851002 - 860420

PART V -- PERFORMANCE AND POTENTIAL EVALUATION (Rater)

RATED OFFICER'S NAME  CHAMBERS, CHRISTOPHER M.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES NO.    11TH  [X] YES  [ ] NO

PERFORMANCE DURING THE RATING PERIOD. REFER TO PART III, DA FORM 67-8, AND PART III a-c, AND 4, DA FORM 67-8-1

[XX] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE (REFER TO PART III, DA FORM 67-8 AND c, AND d, PART III, DA FORM 67-8-1). DO NOT USE FOR COMMENTS ON POTENTIAL

LT Chambers has done an outstanding job as the Company Executive Officer. He developed workable, realistic company alert standard operating procedures. He planned and executed two live fire ranges at Grafenwoehr and Baumholder which supported the entire battalion and provided excellent training. His attention to detail and determination have improved maintenance procedures considerably and for the past five months the company's readiness rate for reportable combat essential equipment stands at 95% or better. He refined the company's general defense plan and developed practical procedures for resupply. He superbly managed the company awards program and a great majority of the awards are now distributed before a soldier's DEROS. Because of his supervision, the supply, NBC and arms rooms have progressed steadily and their efficiency has greatly improved. LT Chambers is a superb tactical and technical leader. In my absence, he has taken charge of the company in the field and in garrison and accomplished the mission with poise and confidence.

THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[XX] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE

COMMENT ON POTENTIAL

LT Chambers should be promoted immediately and should attend the Infantry Officers Advance Course at the earliest possible date. He is a superb leader and will be a super Company Commander.

PART VI -- INTERMEDIATE RATER

COMMENTS    LT Chambers has been a solid performer as a Company XO. He is extremely quick to grasp problems before they can effect the performance of his unit. His strongest asset is his ability to rationally solve those problems by thinking before acting. LT Chambers has maintained an effective maintenance program at the company level (95% OR rate), and has met or exceeded all requirements. He has produced outstanding results in the units' administrative and logistical programs and has increased his units' overall effectiveness. LT Chambers understands the soldiers he serves and has outstanding potential to command. He clearly has the best writing skills of all the LT's in this battalion, and has been selected as the S-1 for the unit.

PART VII -- SENIOR RATER

POTENTIAL EVALUATION (See Chapter 4, AR 623-105)    COMMENTS

Agree with rater and intermediate rater. ILT Chambers is a truly outstanding officer with more potential/ability to contribute to the U.S. Army than any LT I know. He has been a great XO. His overwatch of all company logistical and maintenance systems has been outstanding. His calm, professional, wise leadership style perfectly complimented and balanced his commander's aggressive approach to all missions. I hand picked him out of all the officers in the battalion to be the S1, based on his intelligence, tremendous writing ability and seasoning as an outstanding Platoon Leader and XO. Promote soonest and place him in command of a TO&E company.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW.    [X] Yes    [ ] No (Explain in b)

00216

06236-2  08                    1F85/0919    53190043                    39

SEE PRIVACY ACT STATEMENT                    For use of this form, see AR 623-105; proponent
ON DA FORM 67-8-1                            agency is US Army Military Personnel Center.

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED/PMOS/AOC/SPEC NO. | g. STA CODE |
|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | 1LT | 84 11 25 | IN | 11 | AE508 |

| h. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | i. REASON FOR SUBMISSION | j. CMD CODE |
|---|---|---|
| A Co, 3rd Bn, 8th Inf Div (M)  APO NY 09185 USAREUR | 04  Change of Duty | UU |

| PERIOD COVERED | | | | | No. NO. OF MONTHS | k. MILPO CODE | RATED OFFICER COPY (Check one and date) |
|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | |
| Year | Month | Day | Year | Month | Day | 05 | EU09 |
| 85 | 04 | 19 | 85 | 10 | 01 | | |

m. EXPLANATION OF NONRATED PERIODS

**PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)**

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| GORACKE, MARK L. | | Mark L Goracke | |
| b. GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT  IN  HHC, 3rd Bn, 8th Inf Div (M) APO NY 09185, CO CDR | | | 29 OCT 85 |

| c. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |

| e. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| PROSCH, GEOFFREY G. | | Geoffrey G Prosch | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC  IN HHC, 3rd Bn, 8th Inf Div (M) APO NY 09185, BN CDR | | | 31 OCT 85 |

| d. SIGNATURE OF RATED OFFICER | DATE | h. RATED OFFICER | i. RATED OFFICER MPO INITIALS | SR NO. OF INCL |
|---|---|---|---|---|
| Chris M Chambers | 29 OCT 85 | DATA FROM 2-1 | | |

**PART III — DUTY DESCRIPTION (Rater)**

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| Rifle Platoon Leader | 11C00 |

c. Lead a forward deployed Mechanized Infantry Rifle Platoon. Responsible for leading 30 men and attached personnel to close with and destroy the enemy through effective employment of the platoon's organic and indirect fires and decisive tactical maneuver. Develop, implement, and supervise individual and collective training programs so that the platoon can successfully execute it's general defensive position (GDP) plan and all other combat missions. Maintain a high state of readiness on the platoon's weapons, armored personnel carriers and assigned equipment. Additionally serve as Unit Voting Officer, Supply Officer, Map Custodian, Calibration Officer, Hearing Conservation Officer.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements by placing an "X" in the appropriate box.)   HIGH DEGREE   LOW DEGREE

| | | | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 8. Displays sound judgment | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | 9. Seeks self-improvement | |
| 3. Maintains appropriate level of physical fitness | | 10. Is adaptable to changing situations | |
| 4. Motivates, challenges and develops subordinates | | 11. Sets and enforces high standards | |
| 5. Performs under physical and mental stress | | 12. Possesses military bearing and appearance | |
| 6. Encourages candor and frankness in subordinates | | 13. Supports EO/EEO | |
| 7. Clear and concise in written communication | | 14. Clear and concise in oral communication | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement.)

| | |
|---|---|
| 1. DEDICATION | A.2,5,10  Outstanding capacity to learn rapidly, reacts well to last minute changes. |
| 2. RESPONSIBILITY | |
| 3. LOYALTY | A.11  Clear and concise, an outstanding teacher. |
| 4. DISCIPLINE | |
| 5. INTEGRITY | B.1,2,3  Fully dedicated support to the mission at hand. |
| 6. MORAL COURAGE | |
| 7. SELFLESSNESS | B.6,8  Absolutely impeccable standards. |
| 8. MORAL STANDARDS | |

| DA FORM 67-8 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

00217

PERIOD COVERED  850419 - 851001

B10

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME  CHAMBERS, CHRISTOPHER M.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS  [X] YES  [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [XXX] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS...

1LT Chambers is an extremely talented officer who is able to handle the many and varied assigned tasks superbly. As a tactician, 1LT Chambers has proven to be one of the best. During the last platoon qualification course in Grafenwoehr, he lead his platoon to attain a distinguished rating, one of the few platoons to achieve this score in the entire division. Because of his initiative and persistence, the company received the most Expert Infantryman's Badges; his platoon led the way. He has set impeccable standards in marksmanship, 89% of his soldiers have qualified expert. Also, his platoon's average for the physical fitness test was 257 points. 1LT Chambers is a calm and intelligent leader who has inspired his Non Commissioned Officers and soldiers to take charge in his absence. He has developed a flexible and effective platoon tactical SOP. Because of his attention to detail, the platoon's maintenance program sets the pace for the rest of the company. His ability to deal with soldiers and superiors in a candid and forthright manner has made him extremely effective and has earned him tremendous respect.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [XX] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (EXPLAIN) |

e. COMMENT ON POTENTIAL

His demonstrated performance as a Mechanized Rifle Platoon Leader is indicative of the outstanding Rifle Company Commander he will make. He should be promoted immediately and selected for attendance to the Infantry Officer's Advance Course.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)

| SR | 1 |
| --- | --- |
| [X] | * [ 18] RO: 1LT |
| | [ 31] CHAMBERS C |
| | [ 17] |
| | [ 3] SR: LTC |
| | [ 0] PROSC |
| | [ 0] DATE 851118 |
| | [ 0] |
| | [ 0] TOTAL OFF |
| | [ 0] RATED: 35 |

b. COMMENTS

Agree with rater. 1LT Chambers has performed the tough duties of Mechanized Platoon Leader in a forward deployed USAREUR Mechanized Infantry Battalion with an active NATO General Defense Mission in a truly outstanding manner. Everything I and I-men everything he does is outstanding. He is absolutely dependable. He is smart and articulate. His soldiers like, respect and trust him. Promote and select for the Infantry Officer Advanced Course soonest. Great potential for continued outstanding service to the U.S. Army.

A COMPLETE REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW
[X] YES  [ ] NO

00218

06236-2

*1C*    SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1    08    For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.    51410094    *B 7*

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME · FIRST NAME · MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (PMD) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| CHAMBERS, CHRISTOPHER M. | | 1LT | 84 | 11 | 25 | IN | 11A | | AE058 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE or APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| A CO, 3RD BN 8TH INF    APO NY 09185 USAREUR | 03    CHANGE OF RATER | UU |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED COPY (Check yes and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | A CO 3/8TH INF |
| Year | Month | Day | Year | Month | Day | | | 1. GIVEN TO OFFICER | APO NY 09185 |
| 84 | 11 | 08 | 85 | 04 | 18 | 5. | EU69 | ☒ 2. FORWARDED TO OFFICER  6 MAY 1985 | |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer's signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| MASON, E. JAMES | | *James Mason* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| CPT, INF, A CO 3-8TH INF    COMPANY COMMANDER | | | 28 Apr 85 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| PROSCH, GEOFFREY G. | | *Geoffrey G. Prosch* | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| LTC, INF, HHC 3-8TH INF    BATTALION COMMANDER | | | 29 APR 85 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 3-1 | f. RATED OFFICER UPD NO/DA # | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| *Christopher M. Chambers* | 18 APR 85 | | | | 0 |

## PART III — DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE    PLATOON LEADER    b. SSI/MOS 11C00

c. REFER TO PART IIIb, DA FORM 67-8-1    Lead a forward deployed Mechanized Infantry Platoon. Responsible for leading approximately 33 men, one(1) Forward Observer and one(1) Medic to close with and destroy the enemy through effective control of the platoon's organic and indirect fire, and decisive tactical maneuver. Develop, implement and supervise individual and collective training programs so that the platoon can successfully execute its General Defense Position (GDP) Plan and all other combat missions. Maintain a high state of combat readiness on the platoon's 39 weapons, four(4) Armored Personnel Carriers and all communication systems. Additional duties include Voting, Map Custodian, Calibration Coordinator, Hearing Conservation, and POV Officer.

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE    (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be referred to in b. below.)

| | | HIGH DEGREE | | | LOW DEGREE | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | | | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | | | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness  8503  PASS | 1 | | | | | | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | | | | | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | | | | | | 12. Possesses military bearing and appearance  74"/175  YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | | | | | | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | | | | | | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a(4) Exceptionally fit.
(5) Remains on top of stressful situations in the field and in garrison.
(7) Has outstanding ability to write with remarkable clarity and consistency.
b(1) Total commitment to unit goals and welfare of his subordinates.
(3) Loyalty is beyond reproach.
(6) Candid in his opinions and recommendations.

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

00219

MSR-23    B8

| PERIOD COVERED 841108-850418 | PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater) |
|---|---|

**a. RATED OFFICER'S NAME** CHAMBERS, CHRISTOPHER M    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD, REFER TO PART III; DA FORM 67-8-1 AND PART III a, b, DA FORM 67-8-1**

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE, REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL**  LT Chambers has continued to perform as a Rifle Platoon Leader in an outstanding manner. He is an exceptionally intelligent, technically, and tactically proficient leader. He stands out as a strong leader who strives to improve things. He takes whatever action is required on own initiative. All facets of his unit have improved. Morale, discipline, and soldier proficiency are at an all-time high. LT Chambers and his platoon performed all tactical operations during Reforger '85 with great facility and ease. During the 14 days of rugged training in extremely cold and hazardous weather, there were no cold weather injuries, no accidents, and all equipment was 100% fully mission capable throughout the deployment. LT Chambers is a "self-starter", who has completed a German language course, earned a Silver Medal in the German Shutzenschnur Competition, and is a member of the Community Soccer Team. All these things have been, and are being accomplished while he continues to lead his platoon to superior results in every mission assigned. He is professionally competent, mature, enthusiastic and an exciting officer to serve with. LT Chambers leads the best platoon in the company, and this selfless officer is directly responsible for the platoon's success.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**  LT Chambers has unlimited potential and is a very intelligent young officer. He has a bright future in the Army, and should be considered for advance civil schooling ahead of his contemporaries; and be selected for company command at the soonest.

| PART VI – INTERMEDIATE RATER |
|---|

**a. COMMENTS**

| PART VII – SENIOR RATER |
|---|

**a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105) DA**

SR

[ ] 10% ROS 1LT
*[ ] 24% CHAMBERS
[ ] 14%
[ ] 3% SR: LTC
[ ] 0% PROSE
[ ] 0% DATE 850522
[ ] 0%
[ ] 0% TOTAL OFF
[ ] 0% RATED 34

**b. COMMENTS**  The rater has accurately stated the numerous accomplishments of this sterling young officer. Everything he does is outstanding. He has grown tremendously personally and professionally as a Mech platoon leader and comfortably leads a platoon that takes pride in high standards. Solid training, maintenance and people programs have resulted in a cohesive, motivated unit that has improved under his steady hand. He is joined by an equally talented, supportive, caring wife. Great potential for continued outstanding service in the U.S. Army.

**A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW**    [X] YES    [ ] NO (Explain in b)

O6236-2  

DEPARTMENT OF THE ARMY
UNITED STATES ARMY REGIONAL PERSONNEL CENTER, MAINZ
APO NEW YORK 09185

PERMANENT ORDERS 38-16                                     13 March 1985

1. ALLEN, GARY D.                        SP4 Co A 3d Bn 8th Inf (M) APO NY 09185
   (22 Mar 82 to 22 Mar 85)
   CHAMBERS, CHRISTOPHER                  1LT Co A 3d Bn 8th Inf (M) APO NY 09185
   WRIGHT, CLAIRE                         1LT  "   "   "   "   "   "   "   "   "
   JOHNSON, BRICE                         1LT  "   "   "   "   "   "   "   "   "
   TALL, JEFFREY H.                       1LT  "   "   "   "   "   "   "   "   "
   TODD, JACK                             1LT  "   "   "   "   "   "   "   "   "
   BRIGHT, CEPHUS                         SFC  "   "   "   "   "   "   "   "   "
   BRADLEY, LYNN W.                       SSG  "   "   "   "   "   "   "   "   "
   (16 Jan 85 to 25 Jan 85)

Announcement is made of the following award.

Award: Army Achievement Medal
Date(s) or period of service: As indicated above
Authority: Paragraph 2-22 Army Regulation 672-5-1 and LTC Geoffrey G. Prosch
Commander, 3rd Bn 8th Inf
Reason: For meritorious achievement and service
Format: 320

2. ULMAN, GLENN                          SP4 Co A 3d Bn 8th Inf (M) APO NY 09185
   (27 Sep 83 to 27 Mar 85)
   APONTE, DOMINICK P.                    SP4  "   "   "   "   "   "   "   "   "
   (20 Sep 83 to 12 Mar 85)
   MASON, E. JAMES                        CPT  "   "   "   "   "   "   "   "   "
   (16 Jan 85 to 25 Jan 85)

Announcement is made of the following award.

Award: Army Achievement Medal (First Oak Leaf Cluster)
Date(s) or period of service: as indicated above
Authority: Paragraph 2-22 Army Regulation 672-5-1 and LTC Geoffrey G. Prosch
Commander, 3rd Bn 8th Inf
Reason: For meritorious service and achievement
Format: 320

3. DENISTON, ALAN P.                     SP4 279th Station Hosp APO NY 09185

Announcement is made of the following award.

Award: Army Achievement Medal
Date(s) or period of service: 30 November 1983 to 12 March 1985
Authority: Paragraph 2-22 Army Regulation 672-5-1 and LTC A. T. Hadley III
Commander, 279th Station Hospital
Reason: For Meritorious service
Format: 320

4. NEWTON, GEORGE W.                     SP5 Co B 1st Spt Bn APO NY 09185

Announcement is made of the following award.

Award: Army Achievement Medal
Date(s) or period of service: 25 January 1983 to 17 January 1985
Authority: Paragraph 2-22 Army Regulation 672-5-1 and LTC Stewart W. Wallace
Commander, 4th Bn 69th Armor
Reason: For Meritorious achievement
Format: 320

FOR THE MILITARY PERSONNEL OFFICER



DISTRIBUTION:
Each indiv indic (10)
Commander, USA Enl Rcds Ctr ATTN: NCOIC, Admin Svc Div
PCRE-FS Ft Benjamin Harrison IN 46249 (1)
PA (1)
Record (16)
Commander, Off Rcds, 200 Stovall Street, Alexandria, VA 22332 (5)

INQUIRIES CONCERNING THIS ORDER SHOULD BE DIRECTED TO COMMANDER, MAINZ REGIONAL
PERSONNEL CENTER APO NEW YORK 09185 TELEPHONE MAINZ MIL 2838 or 3535

00221



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO  FIRST LIEUTENANT CHRISTOPHER CHAMBERS

FOR  EXTREMELY MERITORIOUS ACHIEVEMENT DURING THE PERIOD 16 JANUARY TO 25 JANUARY 1985, WHILE PARTICIPATING IN REFORGER EXERCISE CENTRAL GUARDIAN. FIGHTING IN ADVERSE COLD WINTER CONDITIONS FIRST LIEUTENANT CHAMBERS NEVER LOST HIS SENSE OF MISSION ACCOMPLISHMENT AND CONTINUED TO SOLDIER IN A TRULY PROFESSIONAL MANNER WHICH RECEIVED MANY LAUDATORY COMMENTS FROM THE ENTIRE CHAIN OF COMMAND HE WAS ATTACHED TO.  AS A MEMBER OF THE "BLUE FORCES," OUTNUMBERED ALMOST 4 TO 1, HE COURAGEOUSLY REPELLED THE ATTACK OF THE "ORANGE FORCES" IN A TENACIOUS MANNER.  FATIGUED AND BITTERLY COLD FIRST LIEUTENANT CHAMBERS DISPLAYED A TRULY PROFESSIONAL ATTITUDE AND CONTRIBUTED IMMEASURABLY TO THE OVERALL SUCCESS OF THE "BLUE FORCES" WHICH REFLECTS GREAT CREDIT UPON HIMSELF, HIS UNIT AND THE UNITED STATES ARMY.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 28TH DAY OF FEBRUARY 19 85



GEOFFREY G. PROSCH
LTC, INFANTRY
Commanding

PO 38-16
13 MAR 85

JohnO Marsh, Jr.
SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81

00222

06236-2

B3

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | 2LT | 83 05 25 | | | IN | 11 | | AE058 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| CO A 3rd Bn, 8th Inf Reg, APO NY 09185 USAREUR | 05 | "Annual" | UU |

| l. PERIOD COVERED | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | |
| Year | Month | Day | Year | Month | Day | | | |
| 83 | 11 | 08 | 84 | 11 | 07 | 8 -89 | EU69 | [X] 1. GIVEN TO OFFICER 141707  [ ] 2. FORWARDED TO OFFICER |

q. EXPLANATION OF NONRATED PERIODS 831108-831208 31daNRQ Dynasgd 831209-840108 31daNRQ Dynasgd 840109-840126 18daNRQ StuOff 840127-840305 39daNRQ Casual PCS

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I, date and h. THRU OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | | SIGNATURE | |
|---|---|---|---|---|
| MASON, E. JAMES | | [ ] | James Mason | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | | DATE |
|---|---|---|---|---|
| CPT, IN, CO A 3rd Bn, 8th Inf Reg  CO CDR | | | | 1 Dec 84 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| PROSCH, GEOFFREY G. | | Geoffrey G Prosch |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| LTC, IN, HQ 3rd Bn, 8th Inf Reg  BN CDR | | 3 Dec 84 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| Christopher M. Chambers | 1 DEC 84 | | JB | | 0 |

**PART III – DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE | b. SSI/MOS |
|---|---|
| Rifle Platoon Leader | 11C00 |

c. REFER TO PART IIIc, DA FORM 67-8-1   Rifle Platoon Leader in a European based Mechanized Infantry Company responsible for the welfare, training, discipline, preparedness, and quality of life of a platoon consisting of 32 personnel. Responsibility for the maintenance, administrative, and logistics support of the platoon's four M113A2 carriers and its weapon systems. Maintain a state of combat readiness which will enable the platoon to successfully accomplish GDP Mission within 48 hours of notification. Also performs additional duties as Unit Voting Officer, Map Custodian, Unit Calibration Coordinating Officer, Privately Owned Vehicle Control Officer and Hearing Conservation Officer.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

| | HIGH DEGREE | LOW DEGREE |
|---|---|---|
| | 1  2  3  4  5 | |

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 8407 | 1 | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  T:74"/175 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.2) Professional knowledge exceeds that of majority of contemporaries; one of very few lieutenants in Brigade to earn EIB. a.4) Exceptionally fit. a.7) Has outstanding ability to write with remarkable clarity and consistency. a.12) Military bearing and appearance is beyond reproach. b.2) Willing to make tough decisions and accept responsibility for them. b.3) One of LT Chambers' strongest traits is his loyalty to his unit and soldiers.

DA FORM 67-8   REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.   US ARMY OFFICER EVALUATION REPORT

00223

B 4

PERIOD COVERED: 831108–841107

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME  CHAMBERS, CHRISTOPHER M.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES  [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67–8 AND PART III a, b, AND c, DA FORM 67–8–1.

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE: REFER TO PART III, DA FORM 67–8 AND PART III a,b, AND c, DA FORM 67–8–1. DO NOT USE FOR COMMENTS ON POTENTIAL.

LT Chambers is one of the most promising and outstanding young officers I have ever served with. As a Rifle Platoon Leader he has developed a close-kit combat ready platoon, which has produced ten (10) EIB awardees, the most of any platoon in the Brigade and a USAREUR light machine-gun team that set a new USAREUR record for the forced road match. His leadership ability is "rock solid" and he has proven to be an ardent trainer, whose platoon is always ready for any mission. LT Chambers is an intelligent and competent Infantryman, whose personal efforts and high standards have lead directly to the outstanding progress made by his platoon. He is reliable and steady in both field and garrison, and needs little or no supervision in accomplishing any assigned mission. LT Chambers dedication and sense of responsibility enabled him to exceed all requirements in an outstanding manner; eager to help, anxious to learn and willing to get involved this officer leads by example and is an asset to this unit.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

e. COMMENT ON POTENTIAL

LT Chambers' performance improves daily with experience and he has unlimited potential. He should be considered for advance schooling and early promotion ahead of his peers. He already shows the potential for Company Command.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTENTIAL EVALUATION (See Chapter 4, AR 623-105)    DA

SR
[ 6] RO: 2LT
[ 18] CHAMBERS C
* [ 12] 013583963
[ 3] SR: LTC
[ 0] PR:SC
2397 47275
[ 0] DATE 841220
[ 0]
[ 0] TOTAL OFF
[ 0] RATED  29

b. COMMENTS

Agree with rater. A top quality officer who has performed the tough duties of platoon leader in a forward deployed USAREUR Mechanized Infantry battalion in an outstanding manner. Through his dedication, enthusiasm, and plain hard work he has molded his unit into a cohesive high performing team. He is a smart, polished officer with great future potential. Promote and select for the Advanced Course sooner. He is joined by an equally talented and supportive wife. Ready for command now.

c. A COMPLETED DA FORM 67-8-1 HAS BEEN PREPARED ON THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    [X] YES  [ ] NO

06236-2

DEPARTMENT OF THE ARMY
UNITED STATES ARMY REGIONAL PERSONNEL CENTER, MAINZ
APO NEW YORK 09185

ORDERS 300-4                                                    26 October 1984

The President of the United States has reposed special trust and confidence in the patriotism, valor, fidelity and abilities of Christopher M. Chambers. In veiw of these qualities and his/her demonstrated potential for increased responsibility, he/she is, therefore, promoted in the US Army from 2LT to 1LT. Promotion is effective 25 November 1984 with a date of rank of 25 November 1984 and is in the component in which he/she is serving. Promotion is not valid and will be revoked if the officer concerned is not in a promotable status on the effective date of promotion. The authority for this promotion is section 10 United States Code 624.

Format: 300

FOR THE MILITARY PERSONNEL OFFICER:

300/004
DISTRIBUTION:
A plus
Commander.
HQ DA, DAPC-MSR, 200 Stovall Street
   Alexandria, VA 22332 (1)
HQ DA, DAPC-OPE-IN 200 Stovall Street
   Alexandria, VA 22332-0400 (1)
HQ DA, DAPC-MSP-D 200 Stovall Street
   Alexandria, VA 22332 (1)
RPC Mainz Officer Records (2)
1LT Chambers ▓▓▓▓▓▓ A Co 3d Bn 8th Inf (WAKDAO) APO NY 09185 (10)

**OFFICIAL**
YVONNE A. BEATTY
CPT, AGC
Asst Pers Off

INQUIRES CONCERNING THIS ORDER SHOULD BE DIRECTED TO COMMANDER, REGIONAL PERSONNEL CENTER MAINZ APO NEW YORK 09185 TELEPHONE MAINZ MIL (2351)-8385 or 7315

JUN-28-1996  14:51        USMA PSC NY                        914 938 2736   P.03/03

1498

DEPARTMENT OF THE ARMY
UNITED STATES ARMY REGIONAL PERSONNEL CENTER, MAINZ
APO NEW YORK 09185

PERMANENT ORDERS 118-4                          28 June 1984



JACKSON, JAMES        SGT HHC 2d Bn 28th Inf (M) APO NY 09185
SOUSA, MICHAEL        SGT  "   "   "   "   "   "   "   "   "
BASSETTE, SCOTT       SP4  "   "   "   "   "   "   "   "   "
COOP, RODNEY          SP4  "   "   "   "   "   "   "   "   "
HEAD, BRUCE           SP4  "   "   "   "   "   "   "   "   "
HOWARD, JIMMY         SP4  "   "   "   "   "   "   "   "   "
WAGNER, FRANK         MAJ  "   "   "   "   "   "   "   "   "
DAVIS, EDMUND         1LT  "   "   "   "   "   "   "   "   "

TAIT, JEFFREY         2LT Co A 2d Bn 28th Inf (M) APO NY 09185
VELAZQUEZ, ITHIER     SP4  "   "   "   "   "   "   "   "   "
WHITE, SCOTT          SP4  "   "   "   "   "   "   "   "   "
STEVENS, ALVIN        SP4  "   "   "   "   "   "   "   "   "
HAYES, WILBERT        CPL  "   "   "   "   "   "   "   "   "
BELL, JAMES           SP4  "   "   "   "   "   "   "   "   "
APONTE, DOMINICK      SP4  "   "   "   "   "   "   "   "   "
NASTONOVICH, STEPHEN  SP4  "   "   "   "   "   "   "   "   "
ALLEN, GARY           SP4  "   "   "   "   "   "   "   "   "
CHAMBERS, CHRISS      2LT  "   "   "   "   "   "   "   "   "
RICHENDOLLAR, LARRY   SSG  "   "   "   "   "   "   "   "   "
PACHECO, JOSEPH       SGT  "   "   "   "   "   "   "   "   "
RADIZIWONSKI, ANDREW  SGT  "   "   "   "   "   "   "   "   "
CHRISTIAN, GEORGE     SP4  "   "   "   "   "   "   "   "   "
HAMAK, THOMAS         SP4  "   "   "   "   "   "   "   "   "
BROOKS, DARRELL       SP4  "   "   "   "   "   "   "   "   "
PARDELLA, ANTHONY     SP4  "   "   "   "   "   "   "   "   "
DONES, SAMUEL         SP4  "   "   "   "   "   "   "   "   "
DOUGHTY, WILLIAM      SP4  "   "   "   "   "   "   "   "   "

SWANSON, SCOTT        CPL Co B 2d Bn 28th Inf (M) APO NY 09185
BENDER, GREGORY       PFC  "   "   "   "   "   "   "   "   "

GOSNELL, FRANK        SP4 Co C 2d Bn 28th Inf (M) APO NY 09185
BRIDGES, RICHARD      SSG  "   "   "   "   "   "   "   "   "
SIDERS, DANIEL        SP4  "   "   "   "   "   "   "   "   "
SMALL, DONNIE         SSG  "   "   "   "   "   "   "   "   "
WALKER, GREG          PFC  "   "   "   "   "   "   "   "   "
MURPHY, KEVIN         SP4  "   "   "   "   "   "   "   "   "
LOFTON, DEWAYNE       PFC  "   "   "   "   "   "   "   "   "
ANTOINE, JAMES        SGT  "   "   "   "   "   "   "   "   "
ATCHISON, JAMES       PV2  "   "   "   "   "   "   "   "   "
PEDERSON, THOMAS      SGT  "   "   "   "   "   "   "   "   "
HADLEY, DAVID         PVT  "   "   "   "   "   "   "   "   "
EMERY, CHARLES        2LT  "   "   "   "   "   "   "   "   "

Announcement is made of the following award.

Award:  Expert Infantry Badge
Date(s) or period of service:  Not applicable
Authority:  Paragraph 5-9, Army Regulation 672-5-1
Reason:  For satisfactorily completing the proficiency test prescribed IAW
   AR 672-12
Format:  320

FOR THE MILITARY PERSONNEL OFFICER:

180/012                              R. L. HENSLY III
DISTRIBUTION:                        1LT, AGC
B plus                               Asst Pers Off
Commander, USA Enl Rcds Ctr ATTN:
   PCRE-FS Ft Benjamin Harrison IN  46249 (1)

INQUIRIES CONCERNING THIS ORDER SHOULD BE DIRECTED TO COMMANDER, MAINZ REGIONAL
PERSONNEL CENTER APO NEW YORK 09185 TELEPHONE MAINZ MIL (2351)-8385 or 7315

96
School

TOTAL P.03
P03
06-28-96  01:54PM

00225

06 0236-2

## SERVICE SCHOOL ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-1; the proponent agency is MILPERCEN

5 0 1 6  | DATE  2 MAY 1984

5 1 0 0 0 4 3 0

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BRANCH | 5. SPECIALTY/MOSC | 6. COMPONENT |
|---|---|---|---|---|---|
| CHAMBERS, CHRISTOPHER M. | | 2LT | INF | 11 | RA |

| 6. COURSE TITLE | 7. NAME OF SCHOOL |
|---|---|
| INFANTRY OFFICER BASIC COURSE, CLASS 8-83 | USA INFANTRY SCHOOL, FT BENNING, GA |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT (Year, Month, Day) | 11. DURATION OF COURSE (Year, Month, Day) |
|---|---|---|
| [X] RESIDENT | From: 830717  Thru: 831128 [X] | From: 830717  Thru: 831128 |
| [ ] NON-RESIDENT | 12. EXPLANATION OF NON-RATED PERIODS | |

### 13. PERFORMANCE SUMMARY

* a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)

* b. [X] ACHIEVED COURSE STANDARDS

* c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS

* d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in Item 16.

### 14. DEMONSTRATED ABILITIES

a. WRITTEN COMMUNICATION
[X] NOT EVALUATED  [ ] UNSAT  [ ] SAT  [ ] SUPERIOR

b. ORAL COMMUNICATION
[ ] NOT EVALUATED  [ ] UNSAT  [X] SAT  [ ] SUPERIOR

c. LEADERSHIP SKILLS
[ ] NOT EVALUATED  [ ] UNSAT  [X] SAT  [ ] SUPERIOR

d. CONTRIBUTED TO GROUP WORK
[ ] NOT EVALUTATED  [ ] UNSAT  [X] SAT  [ ] SUPERIOR

e. EVALUATION OF STUDENTS RESEARCH ABILITY
[X] NOT EVALUATED  [ ] UNSAT  [ ] SAT  [ ] SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in Item 16)

### 15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?
[X] YES  [ ] NO  [ ] N/A  (A "NO" response must be explained by comments in Item 16)

### 16. COMMENTS
(This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving communication or personal affairs.)

2LT Chambers is an outstanding officer whose performance during the Infantry Officer Basic Course was above average. He served in several leadership positions, both in administrative and tactical situations. His overall performance was above average. While acting as platoon sergeant in a non-tactical situation, he carried out all assigned tasks requiring minimum guidance and supervision. As squad leader during the Mechanized Field Training Exercise, he performed his duties in a tactically sound manner, thus demonstrating a thorough understanding of current tactical doctrine. He possesses the technical competency required of an infantry platoon leader as evidenced by his scoring 100% on the Land Navigation Exam and qualifying with all basic infantry weapons. He demonstrated a superior level of physical conditioning as evidenced by his score of 300 out of a possible 300 points on the Army Physical Readiness Test. He also completed the 5 mile run in 36 minutes and the 12-mile road march in 2 hours and 58 minutes. While not in a leadership position, he supported the student chain of command in accomplishing assigned missions. He demonstrated satisfactory ability to interpret new concepts and apply them in a practical manner, which will enhance his performance as a combat platoon leader. He is a mature officer who possesses sound leadership potential. He will make an outstanding combat infantry platoon leader.

8311/PASS     71/169 YES

### 17. AUTHENTICATION

| a. TYPED NAME, GRADE, BRANCH AND TITLE OF PREPARING OFFICER | SIGNATURE |
|---|---|
| BRADLEY A. HOLMES, CPT, INF, SENIOR PLATOON TRAINER | |
| b. TYPED NAME, GRADE, BRANCH AND TITLE OF REVIEWING OFFICER | SIGNATURE |
| MICHAEL W. MENSER, MAJ, INF, COMPANY COMMANDER | |

### 18. MILITARY/PERSONNEL OFFICER

| a. FORWARDING ADDRESS (Rated Student) | b. DISTRIBUTION |
|---|---|
| | [ ] STUDENT  [ ] UNIT (P/S) NCOES only) |
| | [ ] STUDENT'S OFFICIAL MILITARY RECORD |

DA Form 1059 (TRADOC)      HQDA Case Number 5000      Source of Supply: HQ TRADOC

00227

EVALUATION REPORT BRANCH
OFFICER PERSONNEL RECORDS DIVISION, USA MILPERCEN

MEMORANDUM FOR RECORD:

SUBJECT: Amendment of OER/Academic Report, or Nonrated Period in OMPF

SSN

(1)                                                          2CT / IN
                                                          GRADE   BRANCH

LAST NAME                    FIRST NAME           MI
| C | H | A | M | B | E | R | S | C | H | R | I | S | T | O | P | H | E |
(2)

YEAR  MONTH  DAY                          YEAR  MONTH  DAY
| 8 | 3 | 0 | 7 | 1 | 7 |                | 8 | 3 | 1 | 2 | 8 |
(3)   FROM DATE                           (4)   THRU DATE

( X ) D  The OER/Academic Report on this officer for the period indicated has been changed.
   (5)  Basis for action:

        ( )  Special Review Board action dated
        ( )  Information in official records.
        ( X ) Other/Remarks:    OVER CAP  020 DAYS.

( ) Z  An OER/Academic Report for this period ( ) has been voided and the period has
   (6)  been declared nonrated ( ) has not been received and the period has been
        declared nonrated. Basis for Action:

        ( )  Special Review Board action dated
        ( )  Insufficient/duty days involved.
        ( )  Rating officials cannot be identified.
        ( )  Other/Remarks:

For the career branch: Replace the OER now in file, if any, with this memorandum, and
destroy the OER.

Original To: DAPC-MSR
Copy Furnished: DAPC-PSS-O

                                              18Apr85 / DS/16
                                              Date        Initials

                        PERMANENT:
                     file in OMPF and CHF

DAPC-PO Form 190
16 Mar 81           Replaces DAPC-PS Form 190, 21 May 76

00228

DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY INFANTRY CENTER
Fort Benning, Georgia 31905

PERMANENT ORDERS 15-15

25 January 1984

Pres atch 1810, 4th Airborne Training Battalion, The School Brigade, USAIS (W2L52F) Fort Benning, Georgia 31905 (Airborne Class 9-84 44th Co)

| NAME | SSN | RANK |
|---|---|---|
| ALLEN, ROGER A | | 2LT |
| AL-OMIAN, OMAR MS | | 2LT ALLIED |
| AMBERGER, DAVID R | | 2LT |
| ARMSTRONG, CLAYTON L | | 2LT |
| BARR, JAMES L | | 2LT |
| BARTS, DEBORAH A | | 2LT |
| BEACHEM, PAUL D | | 2LT |
| BEARD, RONALD K | | 2LT |
| BECKHARDT, SETH M | | 2LT |
| BENKER, MERRITT A | | 2LT |
| BERGLUND, RICHARD A | | 2LT |
| BOOT, HARRY C | | 2LT |
| BROCKER, DONALD W | | 2LT |
| BROOKS, THOMAS S | | CPT |
| BROWN, NICHOLAS A | | CPT |
| BROWN, THOMAS L II | | ENS |
| CAMARA, BOULEYMANE F | | 1LT ALLIED |
| CAMPBELL, JENNIFER A | | 2LT |
| CARNES, DONALD J JR | | 2LT |
| CHAMBERS, CHRISTOPHER M | | 2LT |
| CIUCCI, ROBERT R | | 2LT |
| CLEMONS, JOHN L | | CPT |
| COMBIN, BRADLEY S | | 2LT |
| CREDLE, IRA O | | 2LT |
| CURRANE, JOHN L | | CPT |
| CURTIS, JOHN Y | | 2LT |
| CWIENE, ROBERT D | | 2LT |
| DAUCH, RICHARD F | | 1LT |
| DEMARINE, BRIAN J | | 2LT |
| DUNLAP, MARK E | | 2LT |
| ESSEX, PETER J III | | 1LT ALLIED |
| FATAKI, RUDUGUZO | | 2LT |
| FEIGE, ERIC A | | 2LT |
| FITZPATRICK, WILLIAM D | | 2LT |
| GALLOWAY, GERALD E | | 2LT |
| GANTT, KENNETH D | | 2LT |
| GOULART, IRIK E | | 2LT |
| GRIFFITH, KEVIN E | | 2LT |
| GUETZLAFF, JOHN W | | 2LT |
| GUYANT, GLENN E | | 2LT |
| HANNAH, JOHN H | | 2LT |
| HARRIS, GEORGE E | | 2LT |
| HEILAND, EUGENE B | | 2LT |
| HERRON, KENNETH D | | 2LT |
| HEVY, GLEN R | | 1LT |
| HIGGINS, TODD H | | 1LT |
| HLAVATY, TODD E | | 1LT |
| HODGES, IRRELL P | | 2LT |
| HOUHIHAN, STEVEN J | | 2LT |
| HUDSON, JAMES D | | 2LT |
| HUGHES, PAUL R | | 1LT |
| HUTSON, JAMES P | | 1LT |

00229

PERMANENT ORDERS 15-15, HQ USATC, Fort Benning, Georgia 31905, dtd 25 January 1984 (Con't)



IPPOLITO, FRANK P                                    2LT
JONES, MICHAEL A                                     2LT
KASTE, MICHAEL S                                     2LT
KEVILLE, KURT L                                      2LT
KILE, ROBERT P                                       2LT
KRADEL, JOHN T                                       2LT
KRUSE, HANS E                                        2LT
KUNZ, TROY W                                         2LT
LAND, BEVERLY C                                      2LT
LEFEBVRE, DOUGLAS W                                  CPT
LESSLEY, DOUGLAS W                                   2LT
LINDER, DAVID S                                      2LT
LIPAIULO, STEVEN P                                   2LT
LIZOTTE, EDMUND J                                    2LT
LOWE, NANCY O                                        2LT
LUCAS, ROBERT D                                      2LT
LUCHERINI, MONTE J                                   2LT
MACDONALD, BRUCE R                                   2LT
MARTIN, JAY L                                        2LT
MAYBERRY, MARVIN L                                   2LT
MCCAULEY, DAVID J                                    2LT
MCCRACKEN, JOHN G                                    2LT
MCKENNA, TIMOTHY P                                   2LT
MCLANO, NATHAN A                                     CPT
MCMAHON, LINDA S                                     2LT
MEDECK, JONATHAN D                                   2LT
MORRIS, RICHARD A                                    2LT
MUZA, STEPHEN R JR                                   CPT
MYRICK, PAUL R                                       2LT
NADAL, JEFFERY J                                     2LT
NELSON, JAMES B                                      2LT
OLIVA, WILLIAM S                                     2LT
PEDONE, JOSEPH C                                     CPT
PETREA, JAMES D                                      2LT
PETTINGELL, GABRIELLE J                              2LT
PIPER, ARNOLD G                                      2LT
PIROZZI, THOMAS L                                    2LT

Announcement is made of the following award.

Award:  Parachute Badge
Date(s) or period of service:  27 Jan 84
Authority:  Paragraph 9-14, AR 672-5-1
Reason:  For successful completion of Airborne training
Format:  320

FOR THE COMMANDER:



DISTRIBUTION:
AG-ASC (2)
1 Ea Indiv Indig (89)
Stu Rec (1 Ea) (89)
Stu Mgt (5)
Cdr, HHC 4th ATB, The Sch Bde, USAIS (3)
DAPC-PCR-R (1 Ea) (89)

00230

| SECTION I – IDENTIFICATION DATA | | SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued) | | | CONT |
|---|---|---|---|---|---|

**1. NAME** CHAMBERS CHRISTOPHER MARK   **2. S.S.N.** ~~████████████~~

**6.** SST, SC A3E   MILITARY OCCUPATIONAL SPECIALTIES

| MOSC | TITLE | DATE |
|---|---|---|
| ~~11Q~~ | ~~Mech Infantry Officer~~ | ~~831108~~ |
| 5P | Parachutist | 840127 |
| 11A | Infantry Officer General | 831108 |

**SECTION II – CLASSIFICATION AND ASSIGNMENT DATA**

**(3)** MOS EVALUATION SCORES   ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**4.** ASSIGNMENT CONSIDERATIONS   ☐ CONT

**[7] AVIATION ASI & GUNNERY QUALIFICATION**   ☐ CONT   **[8] APTITUDE AREA SCORES**   ☐ CONT

| AIRCRAFT | | INSTR PILOT | | GUNNERY SYSTEM | | AREA | SCORE | AREA | SCO |
|---|---|---|---|---|---|---|---|---|---|
| F/W | R/W | F/W | R/W | TNG | INSTR | | | | |
| | | | | | | | | | |

**5.** OVERSEA SERVICE   ☐ CONT   DEPN

**9. AWARDS, DECORATIONS & CAMPAIGNS**   ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | CONT NTC | ARR OS |
|---|---|---|---|---|---|---|
| 840304 | 876363 | EURA–GERMANY | | | | |

ASR/PRCHT BAD/

DATE
PLACE

**10. OTHER TESTS**   ☐ CONT

| TEST | DATE | SCORE |
|---|---|---|
| MOB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- OB | 116 | 820302 |
| WOCB | | |
| DLAB | | |

Rifle M16   EXP₁₁   QualBad ████
M60   UNQ   QualBad 830822
M203   ١٢٢   QualBad 830715
Hand Grenade   QualBad

**11.** AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD   ☐ CONT

**12. LANGUAGE PROFICIENCY**

| DA FORM 330 SUBMITTED | DATE |
|---|---|

DA FORM 2-1   1 JAN 73

| SECTION II — CLASSIFICATION AND ASSIGNMENT DATA *(Continued)* | | | | | | SECTION III — SERVICE, TRAINING AND OTHER DATES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**13. PILOT RATINGS**

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

**18. APPOINTMENTS AND REDUCTIONS** ☐ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ELIG./RANK |
|---|---|---|---|
| 2LT | RA | 830525 | R830525 |

**19. SPECIALIZED TRAINING** ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 *(BCT)* | |
| Geneva-Hague Conventions | |
| Military Justice | |
| Benefits of Honorable Discharge | |

**14. FLYING STATUS** ☐ CONT

**INSTRUMENT CERTIFICATION**

**15. INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS** ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**16. HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE** ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**20. BASIC ENLISTED SERVICE** DATE *(BESD)*

**21. TIME LOST** *(Sec. 972, Title 10, USC)* ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**17. CIVILIAN EDUCATION AND MILITARY SCHOOLS** ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| USAEBO USARSO | JungleWarTng | 3wk | YES | 81 |
| USMA (COL.) | General | 4yr BS | | 83 |
| USAIS | IOBC 8-83 (11C) | 16wk | YES | 83 |
| USAIS | BASIC ABN (5R) | 3wk | Yes | 84 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**SECTION IV — PERSONAL AND FAMILY DATA**

**22. PHYSICAL STATUS**

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 74 | 181 | ☐ YES ☐ NO |

DATE OF EXAM

**23. PLACE OF BIRTH AND CITIZENSHIP**

SELF Malden, MA

SPOUSE

CITIZENSHIP OF SPOUSE

**24. NUMBER OF DEPENDENTS**

| ADULT | CHILDREN |
|---|---|
| | |

**25. HOME OF RECORD/ADDRESS**

Stoneham, MA
CO-D 2nd Bde 39th INF Bn
FT. DIX, NJ 28640

**26.**

JOB TITLE: NONE

CIVILIAN OCCUPATION

| DOT CODE | CRITICAL OCCUPATION | NO. MONTHS EMPLOYED | MOSC |
|---|---|---|---|
| | ☐ YES ☐ NO | | |

DUTIES PERFORMED

EMPLOYER

— Fold Here —

00232

| SECTION V — MISCELLANEOUS | | |
|---|---|---|
| 27. REMARKS | 28. | ITEM CONTINUATION |
| | ITEM NO. | DATA |

| SECTION IX — RESERVE COMPONENT DATA |
|---|
| 32a. READY RESERVE OBLIGATION EXPIRATION DATE: |
| b. DA FORM 3725 OR 3726-1 AGREEMENT EXPIRATION DATE: |
| c. SERVICE OBLIGATION EXPIRATION DATE: |
| d. MANDATORY REMOVAL FROM ACTIVE STATUS: |
| e. RETIREMENT YEAR ENDING DATE: |

(29) DATE DA FORM 2B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

(31) REPORT OF CHANGES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

| 33. DATE | | 34. SIGNATURE |
|---|---|---|
| PREPARED | REVIEWED | |
| 830717 | 841203 | Christh M Chrnl |

00233

| | SECTION VII -- CURRENT AND PREVIOUS ASSIGNMENTS | | | | | CONT |
|---|---|---|---|---|---|---|
| 35. | | RECORD OF ASSIGNMENTS | | | | |
| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-RTN DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
| CADET, USMA 790702-830524 | | | | | | |
| 830525 | | COM --OAD          IN--RA(USMA) | | | | |
| 830830525  0001 | | CASUAL | Enroute to FT BENNING, GA | 00 | 53 | NONE |
| 830717 | 00E11 | Stu IOBC 8-83 (TDY USAIS) | 21st Repl Bn Germany | 00 | 00 | ACAD |
| 831108 | 00A11 | Duties Unasgd (TDY USAIS) | HHC2dBde9thInfDivBaumholderGermany | 00 | 31 | NONE |
| 831209 | 00A11 | DTY UNASGND (TDY USAIS) | 21st Repl Bn Germany | 00 | 31 | None |
| 840109 | 00E11 | STU BAT 9-84 (TDY USAIS) | 21st Repl Bn Germany | 00 | 18 | None |
| 840127 | 00A11 | CASUAL | ENR TO GERMANY | 39 | 00 | NON? |
| 840306 | 11000 | Plt Leader | HHC 2nd Bn 28th Inf GERMANY | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

-- Fold Here --

00234

HB

## OATH-OF OFFICE - MILITARY PERSONNEL

For use of this form, see AR 135-100; the proponent agency is the U.S. Army Reserve Components Personnel and Administration Center.

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX. REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH.
*(See Instructions Below)*

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| ☒ REGULAR ARMY   INFANTRY | ☐ REGULAR ARMY |
| *(Branch, where so appointed)* | |
| ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT | ☐ ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| ☐ RESERVE COMMISSIONED OFFICER | ☐ RESERVE WARRANT OFFICER |

I, **CHRISTOPHER MARK CHAMBERS**                          ▓▓▓▓▓▓▓▓▓▓
  *(First Name - Middle Name - Last name)*                      *[Social Security Account Number]*

having been appointed an officer in the Army of the United States, as indicated above in the grade of _____ **2LT**

do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign

and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reserva-

tion or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter;

*SO HELP ME GOD.*

                          *Christo Mark Chambers*
                          *(Signature - full name as shown above)*

SWORN TO AND SUBSCRIBED BEFORE ME AT     **West Point, New York**

THIS ____**25TH**____ DAY OF ____**MAY**____ 19**83**

**WILLARD W. SCOTT, JR.**          *Willard W Scott*
**Lieutenant General, USA**
**Superintendent**
*(Grade, component, or office of official administering oath)*          *(Signature)*

### INSTRUCTIONS

This form will be executed upon acceptance of appointment as an officer in the Army of the United States as indicated at top of form. Immediately upon receipt of notice of appointment, the appointee will, in case of acceptance of the appointment, return to the agency from which received, the oath of office *(on this form)* properly filled in, subscribed and attested. In case of non-acceptance, the notice of appointment will be returned to the agency from which received, *(by letter)* indicating the fact of non-acceptance.

### FOR THE EXECUTION OF THE OATH OF OFFICE

1. Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he is required before entering upon the duties of his office, to take and subscribe the oath prescribed by Section 1757, Revised Statutes, (5 U.S.C. 16, M.L. 1949, Section 118).

2. 10 U.S.C. 3394 eliminates the necessity of executing oath on promotion of officers.

3. The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty (10 U.S.C. 1031); or before any warrant officer serving on active duty as an adjutant assistant adjutant, acting adjutant, or personnel adjutant in any of the Armed Forces (See UCMJ, Article 136; 10 U.S.C. 936). A warrant officer administering the oath of office will show his title in the block to the left of his signature.

4. Oath of office may also be taken before any civil officer who is authorized by the laws of the United States, or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk of court or other proper local official.

**DA** FORM **71**  (1 AUG 80)          PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.          ☆U.S. GPO: 197- -BAP- 160/9248

00235

# OFFICER RECORD BRIEF

| ORB TYPE | BRIEF DATE | CRFLD DESIGNATION | CRFLD DESIG DATE | CNTL BRANCH | IN | COMPONENT | AD GRADE - ADGR | | NAME |
|---|---|---|---|---|---|---|---|---|---|
| 2900 | 20011212 | | | BR ENTL/EXPIRES | | RA | MAJ 19950101R | | CHAMBERS CHRISTOPHER MARK |

## SECTION I - Assignment Information

| | | | | | SECTION III - Service Data | | | SECTION IV - Personal/Family Data |
|---|---|---|---|---|---|---|---|---|

OVERSEAS DUTY

| YRMO/FM | CRMY | MNTH | TCS | NUMBER OF TOURS |
|---|---|---|---|---|
| 20010518 | EG | 12 | N | SHORT LONG |
| 19960709 | EG | 04 | C | 1 |
| 19970101 | | 33 | | |

SP

DM&T 122

MEL 4 (CGG GRAD)

BRANCH: INFANTRY
Basic Branch: INFANTRY
Functional Area SMOS: OPERATIONS RSCRCHS ANALYS
Career Track: Single X Dual
Primacy: X Branch

AVIATION QUALIFICATIONS

## SECTION II - Security Data

INVEST TI/DT/INV
CLRIC SEC

## SECTION V - Foreign Language

## SECTION VI - Military Education

CMD GEN STAFF COLLEGE
CAS3
ENG OFF ADVANCED
AIRBORNE
INF OFF BASIC
JUNGLE WARFARE SCHOOL

## SECTION VII - Civilian Education

LEVEL COMPLETED          MASTERS

INSTITUTION U OF N PHILADELPHIA    MBA A  YR 1992
INSTITUTION BUSINESS ADM
INSTITUTION MY USMA, WEST POINT    BS  G  YR 1983
DISCIPLINE NO MAJOR
INSTITUTION
DISCIPLINE                          YR

## SECTION VIII - Awards and Decorations

## SECTION IX - Assignment Information

| ASGT | FROM | MO | LAST NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE |
|---|---|---|---|---|---|---|---|---|
| PROJ | | | WXFB | HQ USMA STAFF & FAC | W/POINT MIL RES | 1NY | MA | INSTRUCTOR |
| Contct | 20010529 | 10 | WAO | HQ USMA ELE CDR STF MFO | EL GORA | 1NY | FG | NO LS/US ARMY MFO |
| 1st Prev | 20000709 | 22 | WAO | WTR8 HQ USMA STAFF & FAC | W/POINT M | 1NY | MA | ECONOMIC ANALYST |
| 2nd Prev | 19990708 | 12 | WTFB | HQ USMA STAFF & FAC | W/POINT M | 1NY | MA | ASST DEAN FIN RES |
| 3rd Prev | 19980709 | 13 | WTFB | HQ USMA STAFF & FAC | W/POINT M | 1NY | EG | EXECUTIVE OFFICER |
| 4th Prev | 19970722 | 11 | WAO | HHC-1ST BN 1ST IN | W/POINT M | 1NY | MA | FORCE LIAISON OFFICER |
| 5th Prev | 19970122 | 06 | WAO | USA ELE CDR ST | EL GORA | 1NY | MA | ASST PROF SOC SCI |
| 6th Prev | 19960708 | 37 | WTFB | HQ USMA STAFF & FAC | W/POINT M | 1NY | MA | INSTRUCTOR |
| 7th Prev | 19950712 | 12 | WTFB | HQ USMA STAFF & FAC | W/POINT M | 1NY | MA | COMPANY COMMANDER |
| 8th Prev | 19930720 | 13 | WFD5 | HQ CO USATC | FT DIX | 1NJ | TC | S3 OFFICER |
| 9th Prev | 19930125 | 07 | WMIX | HQ CO USATC | FT DIX | 1NJ | TC | COMPANY COMMANDER |
| 10th Prev | 19881212 | 07 | WMIX | HQ II TNG BDE USATC | GONSENHM | GE | ES | BATTALION S1 |
| 11th Prev | 19870724 | | WMAK | 3-68 IN BCT BDE | GONSENHM | GE | ES | EXECUTIVE OFFICER |
| 12th Prev | 19860422 | 15 | 000B | IN BN G3 HHC | GONSENHM | GE | ES | RIFLE PLATOON LEADER |
| 13th Prev | 19850002 | 16 | 000B | IN BN 03 RIFLE CO A | GONSENHM | GE | ES | RIFLE PLATOON LEADER |
| 14th Prev | 19840201 | 01 | 022B | IN BN 02 RIFLE CO A | GONSENHM | GE | ES | |
| 15th Prev | | | | | | | | |
| 16th Prev | | | | | | | | |
| 17th Prev | | | | | | | | |
| 18th Prev | | | | | | | | |
| 19th Prev | | | | | | | | |

DA FORM 4037