UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER M. CHAMBERS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-440 (RCL) |
| **THE HONORABLE PETE GREEN,** Secretary of the Army, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's Motion [11] for Summary Judgment and plaintiff's Cross-Motion [20] for Summary Judgment, the oppositions and replies thereto, the applicable law, the record herein, and for the reasons set forth in an accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion [11] for Summary Judgment be, and is hereby GRANTED; it is further

ORDERED that plaintiff's Cross-Motion [20] be, and is hereby DENIED; and it is further

ORDERED that this case shall stand dismissed with prejudice.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, April 7, 2008.